# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| Leisha Smith<br>*Plaintiff(s)*<br>v.<br>Lincoln Life Assurance Company of Boston<br>*Defendant(s)* | ) | Civil Action No. 1:20-cv-00294-CLC-SKL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston
by and through the Tennessee Department of Commerce and Insurance
500 James Robertson Parkway, Suite 660
Nashville, TN 37243-1131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/19/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston
was received by me on *(date)* 10·26·2020 .

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☑ Other *(specify)*: certified mail

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-2020

Julie Howard
*Server's signature*

Julie Howard-Paralegal
*Printed name and title*

700 S Thornton Avenue
Dalton GA 30722
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70181130000206777770

Remove X

Your item has been delivered to an agent for final delivery in NASHVILLE, TN 37203 on October 26, 2020 at 11:47 am.

## Delivered to Agent

October 26, 2020 at 11:47 am
Delivered to Agent for Final Delivery
NASHVILLE, TN 37203

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.