**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

November 03, 2020

Lincoln Life Insurance Company Of Boston
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 65315

Certified Mail
Return Receipt Requested
7020 0090 0000 1510 4805
Cashier # 56503

Re: Leisha Smith V. Lincoln Life Insurance Company Of Boston

Docket # 1:20-Cv-00294-Cl

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served October 28, 2020, on your behalf in connection with tl above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
900 Georgia Avenue
Chattanooga, Tn 37402

FILED

NOV 12 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| Leisha Smith<br>*Plaintiff(s)*<br>v.<br>Lincoln Life Assurance Company of Boston<br>*Defendant(s)* | ) | Civil Action No. 1:20-cv-00294-CLC-SKL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston
by and through the Tennessee Department of Commerce and Insurance
500 James Robertson Parkway, Suite 660
Nashville, TN 37243-1131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLEFK OF COURT*

Date: 10/19/2020

UNITED STATES DISTRICT COURT · EASTERN DISTRICT OF TENNESSEE

John Medearis

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston
was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

☐ I returned the summons unexecuted because ________________ ; or

☑ Other *(specify)*: certified mail

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

TN Department of Commerce & Insurance

Service of Process
500 James Robertson Parkway
Nashville, Tennessee 37243

FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 37243 $ 000.50⁰
02 4W
0000369269 NOV 09 2020

FEDERAL DISTRICT COURT CLERK
900 GEORGIA AVENUE
CHATTANOOGA, TN 37402

37402$2259 C003