**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **LEISHA SMITH,** | ) | |
| | ) | CIVIL ACTION NO. 1:20-cv-00294-CLC-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Clifton L. Corker |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Susan K. Lee |
| | ) | |
| Defendant. | ) | |

---

**UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

COMES NOW Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life") and files this Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed her Complaint on October 15, 2020. Lincoln Life was served with process through the State of Tennessee Department of Commerce and Insurance on October 28, 2020, and must file its Answer or otherwise respond by November 18, 2020.

2. Defendant requests an extension for Lincoln Life to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. Accordingly, Defendant respectfully requests that the Court enter an order that Lincoln have until and including November 25, 2020, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, D. Seth Holliday, with regard to the relief requested in this Motion, and Plaintiff's counsel has stated that Plaintiff is not opposed to this Motion.

4. This Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Defendant requests that the Court enter an order that Lincoln Life shall have until and including November 25, 2020, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 17th day of November 2020.

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* pending)
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers