**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| LEISHA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 1:20-cv-00294-CLC-SKL |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S ANSWER TO DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S COUNTERCLAIM**

**COMES NOW** Plaintiff, Leisha Smith ("Smith" or "Plaintiff"), and answers Defendant Lincoln Life Assurance Company of Boston's Counterclaim as follows:

1. The allegations contained in the 1st sentence of the Counterclaim appear to summarize and/or excerpt the contents of a written document, which speaks for itself. To the extent the allegations in this sentence are inconsistent with or contradict the contents of such written document, they are denied. Additionally, with respect to the allegations contained in the 1st sentence of the Counterclaim, Plaintiff admits that any issue of an alleged overpayment has not been resolved and is part of the instant litigation.

2. The allegations contained in the 2nd sentence of the Counterclaim constitute the legal conclusion of and/or legal relief sought by the pleader to which no response is required. To the extent the allegations in this sentence are inconsistent with or contradict the contents of any applicable law, they are denied. Additionally, with respect to the allegations contained in the 2nd sentence of the Counterclaim, Plaintiff admits that any issue of an alleged overpayment has not been resolved and is part of the instant litigation.

3. The allegations contained in the 3rd sentence of the Counterclaim constitute the legal conclusion of and/or legal relief sought by the pleader to which no response is required. To the extent the allegations in this sentence are inconsistent with or contradict the contents of any applicable law, they are denied. Additionally, with respect to the allegations contained in the 3rd sentence of the Counterclaim, Plaintiff admits that any issue of an alleged overpayment has not been resolved and is part of the instant litigation.

4. The allegations contained in the 4th sentence of the Counterclaim are admitted.

5. The allegations contained in the 5th sentence of the Counterclaim appear to summarize and/or excerpt the contents of a written document, which

speaks for itself. To the extent the allegations in this sentence are inconsistent with or contradict the contents of such written document, they are denied.

6. With respect to the allegations contained in 6th sentence of the Counterclaim, Plaintiff admits that if she has received an overpayment of benefits under the Defendant's long-term disability policy due to her receipt of a Social Security disability benefit award and/or other deductible sources of income, then said overpayment may offset in some manner any award of disability benefits she may receive under said policy. Additionally, with respect to the allegations contained in the 6th sentence of the Counterclaim, Plaintiff admits that any issue of an alleged overpayment has not been resolved and is part of the instant litigation.

7. The allegations contained in the 7th sentence of the Counterclaim are denied.

**WHEREFORE**, having fully answered the Counterclaim, Plaintiff Smith requests that the Court dismiss and deny Defendant Lincoln Life Assurance Company of Boston's Counter-Claim and enter an order awarding Plaintiff Smith judgment on her Complaint, her costs and attorneys' fees, and such other relief as the Court deems proper.

This 7th day of December, 2020.

Respectfully submitted,

*/s/D. Seth Holliday*
D. SETH HOLLIDAY
**MCMAHAN LAW FIRM, LLC**
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
(706) 217-6118
shollliday@mcmahanfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2020, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

IWANA RADEMAEKERS
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.,**
14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
Iwana@rademaekerslaw.com
Attorney for Defendant

*/s/D. Seth Holliday*
D. Seth Holliday