**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **LEISHA SMITH,** | ) | |
| | ) | CIVIL ACTION NO. 1:20-cv-00294-CLC-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Clifton L. Corker |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Susan K. Lee |
| | ) | |
| Defendant. | ) | |

---

**NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD**

---

Pursuant to the Scheduline Order (Document 14) entered by the Court on November 24, 2020, Notice is hereby given that on January 8, 2021, Lincoln Life Assurance Company of Boston served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 8th day of January 2021.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **8th day of January 2021**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers