**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **LEISHA SMITH,** | ) | CIVIL ACTION NO. 1:20-cv-00294-CLC-SKL |
| Plaintiff, | ) | |
| v. | ) | Judge Clifton L. Corker |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Susan K. Lee |
| Defendant. | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant Lincoln Life Assurance Company of Boston files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on November 24, 2020 (Document 14).

1. Group Disability Income Policy and Certificate (Lincoln/Smith 0001-0087);
2. January 11, 2020, correspondence containing decision on appeal (Lincoln/Smith 0178-0190); and
3. The Administrative Record pertaining to LTD claim (Lincoln/Carter 0088-0177 and 0191-1277).

Respectfully submitted this 8th day of February 2021.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the **8th day of February 2021**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers