**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8248892 Claim Last Updated 01/13/2020 Printed On 11/17/2020

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | LEISHA D SMITH | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3882.67 | Mode | M |
| | | Date of Hire | 06/06/2011 | | |
| | | Last Work Date | 02/15/2018 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc PRODUCTION TEAM MEMBER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 07/16/2018 |
| Disability Date | 02/16/2018 | Close Date | 08/17/2019 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 03/21/2027 | RTW FT / PT | |
| Ben Begin Date | 08/17/2018 | Apprv Thru Date | 08/16/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc M25.451 Effusion, right hip

Diagnosis 2 Code/Desc G20 Parkinsons disease

Policyholder Information

| | | |
|---|---|---|
| Customer ID | 05 - 290468 | VOLKSWAGEN GROUP OF AMERICA |
| Subsidiary | CHAT | VOLKSWAGEN GROUP OF AMERICA |
| Location | HOURLY00 | VOLKSWAGEN GROUP OF AMERICA |

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2012

Class 1A ALL FULL-TIME EMPLOYEES OF VOLKSWAGEN GROUP OF AMERICA AND SUBSIDI

Waiting Period: New/Mode-Current/Mode 90 Day 90 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 12 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1A | 10/01/2011 |
| PD | 01 | STD | 03 | 06/06/2011 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes | Claim | Class | Correspond | Doc List | Medical | SPELL Letters

Claim Number: 3955162 | Claim Last Updated: 07/16/2018 | Printed On: 11/17/2020

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | LEISHA D SMITH | SSN | | Birth Date | |
| Address | | Salary Amount $ | 896.00 | Mode | W |
| | | Date of Hire | 06/06/2011 | | |
| | | Last Work Date | 02/15/2018 | | |
| | | Federal Tax | Table | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc: PRODUCTION TEAM MEMBER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 02/19/2018 |
| Disability Date | 02/16/2018 | Close Date | 08/17/2018 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 08/16/2018 | RTW FT / PT | |
| Ben Begin Date | 02/16/2018 | Apprv Thru Date | 08/16/2018 | Gross Ben $ | |

Diagnosis 1 Code/Desc: K64.5 | Perianal venous thrombosis

Diagnosis 2 Code/Desc: K62.89 | Other specified diseases of anus and rectum

Policyholder Information

Customer ID: 05 - 290468 | VOLKSWAGEN GROUP OF AMERICA

Subsidiary: CHAT | VOLKSWAGEN GROUP OF AMERICA

Location: HOURLY00 | VOLKSWAGEN GROUP OF AMERICA

Symb: PD | Numeral: 01 | Product: STD | Funding: ASO | Bank: Y | Calcs: Y | Cntr Eff: 01/01/2012

Class: 03 | REGULAR, FULL-TIME HOURLY EMPLOYEES AT CHATTANOOGA, TN

Waiting Period: New/Mode-Current/Mode: 90 | Day | 0 | Day | Days in WRKWK: 7

Elimination Period: Days/Type: 0 | Hospital-Injury | COLA: Mode/Duration:

Successive Period: Period/Mode: 14 | | SS Integration:Type/Value:

Partial Disability Type/Pct: | | Survivor Ben Months/Wait Period:

Non-Verifiable Symptoms Limit: | Own Occupation Definition Limit: | M/N Limit:

Benefit %: | Max Benefit $: | Min Benefit $: | Employer Contr %: 100.00 | Subro Ind: Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1A | 10/01/2011 |
| PD | 01 | STD | 03 | 06/06/2011 |

Additional Information:

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
**Claim ve t eave m er** 8248892 **ommo atio m er**
**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : JMC EMAIL
Text: [11/16/2020 - LAHUE, ROBIN]EMAILED TINA PERECES AT JMC TO REQUEST COLLECTION EFFORTS STOP AND FOR THEM TO CLOSE THEIR FILE AND SEND A COPY OF THEIR FILE TO US AS SOON AS POSSIBLE.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/13/2020 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/07/2020 - NAI, TIMOTHY]INVOICE DATED 12/26/2019 FROM ECN. INV #BOCA77498 , IN THE AMT OF $200.00 FOR PEER REVIEW . INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : INVOICE
Text: [07/01/2020 - KAYLOR, ROBERT]INVOICE DATED 12/26/19 - ECN #136615-5 - INVOICE 77498 - REFERRED FOR VENDOR PAYMENT (MISSED)

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO CHRISTIE CHAPUT.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/Collections
Other Subject : SCORE REFERRAL
Text: 5/20/2020 - REFERRED TO COLLECTIONS UNIT FOR FINANCIAL AND COLLECTION SERVICES.

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : COLLECTION REFERRAL
Text: [05/20/2020 - LAHUE, ROBIN]CLAIMANT FAILED TO REMIT PAYMENT. REFERRED TO COLLECTION AGENCY TODAY. TRANSFERRED FILE TO MAINTENANCE FOR CONTINUED OP MANAGEMENT.

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [05/05/2020 - LAHUE, ROBIN]PHONED 423-595-0406 LMOVM FOR ATTY STATING THAT CONFIRMATION HAS BEEN

RECEIVED THAT THERE IS NO ADDITIONAL INFORMATION NEEDED OR DECISIONS TO BE MADE REGARDING THE APPEAL. AT THIS POINT IN TIME, I CAN NOT HOLD OUR NEXT STEPS TO RECOVER THE BALANCE AS WE PREVIOUSLY DISCUSSED. PLEASE RETURN MY CALL. *** SET FOLLOW UP TO RECEIVE.[05/05/2020 - LAHUE, ROBIN]***SENT 2ND REQUEST LETTER WITH VERBIAGE OF 2 MESSAGES LEFT FOR JULIE TO ADVISE OF DECISION. ALSO SENT COPY OF 3/19/20 LETTER ABOUT DECISION AND OP SUMMARY. SET FOLLOW UP TO REFER TO COLLECTIONS IF NOT RECEIVED.

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called Other
Other Subject : ATTYS OFFICE
Text: [04/24/2020 - GRYGIEL, COURTNEY]REC'D VMM FROM DCM REGARDING MESSAGE LEFT FROM JULIE HOWARD (ATTYS OFFICE). RTN'D TELEPHONE CALL 423-595-0406 AND LEFT DETAILED MESSAGE THAT MS. SMITH'S ADMINISTRATIVE RIGHTS TO REVIEW HAVE BEEN EXHAUSTED. MS. SMITHAPPEALED THE 7/26/19 DENIAL AND THE APPEAL DETERMINATION WAS RENDERED ON 1/10/20 TO MAINTAIN THE DENIAL OF BENEFITS. A DETAILED LETTER WAS SENT TO MS. SMITH THAT EXPLAINED THE BASIS FOR DENIAL. ADDITIONAL THE LETTER SENT TO THEIR OFFICE ON 3/19/20 ADVISED THE SAME. ADVISED NOT FURTHER ACTION WAS BEING TAKEN ON MS. SMITH'S LTD APPEAL AND HER CLAIM WAS CLOSED.

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called Other
Other Subject : ATTNY
Text: [04/24/2020 - KAYLOR, ROBERT]SPOKE TO FRONT DESK, SHE TOOK DCM INFO. ADVISED DCM WAS NEEDING CLARIFICATION ON THE PHONE CALL ABOUT ONGOING APPEAL INFO. DCM WANTED TO MAKE SURE WE DIDN'T MISS ANYTHING. ADMIN ASSISTANT WILL TAKE INFO AND ASK FOR RTC FOR CLARIFICATION FOR DCM. THANKED. NFQ

**R ote**

Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [04/24/2020 - LAHUE, ROBIN]JULIE HOWARD, ATTY LMOVM REGARDING LETTER SENT. RTC TO 423-595-0406 S/W JULIE, FOUND LETTER SHE SENT ASKING NOT TO CONTACT EE SHE IS REPRESENTING HER BASED ON THE APPEAL. SHE IS REQUESTING THAT WE HOLD OFF ON PURSUING THIS UNTIL THE APPEAL DECISION IS MADE WHICH SHE HAS A DATE OF JULY 2020. EXPLAINED I WOULD NEED TO REVIEW SINCE I DON'T HAVE ALL THE APPEAL INFO, BUT FOR NOW I WOULD HOLD OFF ON NEXT STEPS. ADVISED THAT THE AMOUNT WOULD STILL BE DUE, SHE UNDERSTOOD THAT BUT RIGHT NOW THE EE IS LIVING OFF RETRO PAYMENT AS SHE HAS NO OTHER INCOME OTHER THAN SS. SHE THANKED AND CALL ENDED. *** EMAILED DCM ON STATUS AS I CAN NOT FIND APPEAL INFO. ***SET FOLLOW UP TO RECEIVE.

**R ote**

Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : DCKA UPDATE
Text: [04/15/2020 - LAHUE, ROBIN]FROM: KIM OSTROWSKI <KOSTROWSKI@DCKLAW.COM> SENT: MONDAY, APRIL 13, 2020 8:37 AM TO: LAHUE, ROBIN <ROBIN.LAHUE@LFG.COM> SUBJECT: LEISHA DIANNE SMITH 8248892 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** GOOD MORNING, AFTER SEVERAL ATTEMPTS, CLAIMANT WILL NOT RESPOND. WE WILL SEND THE $664.50 IN ESCROW AND CLOSE THE RECORD AT THIS TIME. THANK YOU. KIM M. OSTROWSKI OVERPAYMENT RECOVERY SPECIALIST ****SENT 2ND REQUEST LETTER FOR PAYMENT. SET FOLLOW UP TO RECEIVE.

**R ote**

Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : DCKA UPDATE
Text: [04/02/2020 - LAHUE, ROBIN]FROM: KIM OSTROWSKI <KOSTROWSKI@DCKLAW.COM> SENT: THURSDAY, APRIL 2, 2020 1:59 PM TO: LAHUE, ROBIN <ROBIN.LAHUE@LFG.COM> SUBJECT: RE: LEISHA SMITH - 8248892 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HI ROBIN, NO RESPONSE SO FAR AND I LEFT ANOTHER VOICEMAIL AND SENT ANOTHER EMAIL THIS MORNING AT 9:30AM. I'LL CONTINUE TO FOLLOW UP A BIT LONGER. TY KIM M. OSTROWSKI OVERPAYMENT RECOVERY SPECIALIST *** SET FOLLOW UP TO RECEIVE.

**R ote**

Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : DCKA EMAIL
Text: [04/02/2020 - LAHUE, ROBIN]EMAILED DCKA STATUS OF RECOVERY. SET FOLLOW UP TO RECEIVE.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : COPY JOB
Text: [03/19/2020 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST CLAIM #8248892 & #3955162. SUBMITTED TO THE ATTORNEY VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SHOLLIDAY@MCMAHANFIRM.COM

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : LTR to Atty

Other Subject :
Text: [03/19/2020 - GRYGIEL, COURTNEY]REQUEST SENT TO ADMIN TO HAVE CLAIM FILE AND POLICY AND COVER LETTER SENT TO ATTORNEY HOLLIDAY.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : ATTY REQUESTED FILE
Text: [03/16/2020 - GRYGIEL, COURTNEY]RECEIVED NOTICE FROM MCMAHAN LAW FIRM REQUESTING COPY OF CLAIM FILE AND ADDITIONAL INFORMATION.

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : OP CALCULATION
Text: [02/27/2020 - LAHUE, ROBIN]THE OVERPAYMENT DUE IS $8,871.33 FOR THE PERIOD OF 07/27/18 THRU 08/16/19. CLAIMANT WAS ORIGINALLY PAID $24,426.56. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $10,390.73. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES AND EXCESS FEES WERE CREDITED IN THE AMOUNT OF $5,164.50. RECOVERY STRATEGY: CLAIMANT ELECTED EFT WITH DOHERTY AND LINCOLN.

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : AWARD INFO
Text: [02/14/2020 - LAHUE, ROBIN]DATE OF ENTITLEMENT 8/18. BENEFIT AMOUNT IS $1107.20, 12/18 COLA $1138.20, 1/19 CAE $1158.90. OFFSET IN SYSTEM. TOTAL ATTY FEES TO BE CREDITED ARE $5164.50 . RETRO PAID WAS $15,493.50 (8/18-1/20). NO ELIG DEPENDENTS. PLEASEREFER TO DOC LIST FOR DETAILED AWARD INFORMATION. SET F/U TO COMPLETE CALC.

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : NOA
Text: [02/14/2020 - RIVERA YAGNICH, CAMILLE]REFERRAL ASSIGNED TO ROBIN LAHUE. ONCE THE SS AWARD INFORMATION IS RECEIVED THE SPECIALIST WILL REVIEW THE DOCUMENT AND ADD THE OFFSET TO THE CLAIM AND COMPLETE THE CALCULATION. (PLEASE ALLOW UP TO 5 BUSINESS DAYS FOR THE NOTICE OF AWARD TO APPEAR IN THE DOC LIST FROM OUR SCANNING FACILITY).

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO ROBIN LAHUE.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: AWARD LETTER IN DOC LIST

**R ote**
Claim/Event/Leave: 8248892
NoteSubject : OP/SS
Other Subject : WAITING AWARD
Text: [02/10/2020 - LAHUE, ROBIN]RECEIVED REFERRAL, REVIEWED SSA LETTER AND ADDED OFFSET OF $1158, HOWEVER DCKA SENT EMAIL ON 2/6/20 THAT EE HAS BEEN APPROVED BUT NOA NOT RECEIVED AND WILL BE FORWARDED WHEN RECEIVED. SET FOLLOW UP TO RECEIVE.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : FRS
Text: [02/10/2020 - KAYLOR, ROBERT]SS AWARD LETTER SCORED TO FRS FOR RECALC OF BENEFITS

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [02/06/2020 - GRYGIEL, COURTNEY]CALLED MS. SMITH TO NOTIFY HER FAX SS LETTER WAS REC'S AND THAT I WOULD SEND AN EMAIL TO DCM REQUESTING REFERRAL FOR OP CALC.

**ote**
Claim/Event/Leave: 8248892
NoteSubject : EE Called

NoteSubject : EE Called
Other Subject :
Text: [02/05/2020 - GRYGIEL, COURTNEY]RECEIVED PHONE CALL FROM MS. SMITH. SHE SAID SHE WAS AWARDED SS WITH EFF. DATE OF 3/2019 AND WOULD LIKE TO GET ANY OP TAKEN CARE OF AN REPAID TO LFG. SHE WILL FAX AWARD LETTER. ADVISED HER THAT I WOULD FORWARD ONCERECEIVED.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [01/31/2020 - NILES, CATHY]SENT A PAPER COPY OF THE COMPLETE CLAIM AND POLICY TO CLAIMANT. SENT FEDEX 2 DAY, TRACKING #777657736646

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : LTR to EE
Other Subject :
Text: [01/28/2020 - GRYGIEL, COURTNEY]REQUEST SENT TO ADMIN TO: PLEASE SEND PAPER COPY OF COMPLETE CLAIM FILE, POLICY AND COVER LETTER TO: LEISHA SMITH

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [01/10/2020 - GRYGIEL, COURTNEY]THE DETERMINATION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. DETAILED UPHOLD LETTER SENT TO CLAIMANT.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/08/2020 - ASHWORTH, LORI]TSA REFERRAL COMPLETED AND CLOSED. REPORT DROPPED IN DOC LIST. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN MS. SMITH S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWINGARE EXAMPLES OF OCCUPATIONS MS. SMITH COULD PERFORM: DATA ENTRY CLERK; ORDER CLERK, FOOD AND BEVERAGE; DISPATCHER, MAINTENANCE SERVICE; ORDER CLERK AND RECEPTIONIST. THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $2329.60 IN THE NATIONAL ECONOMY.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/6/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : REF FOR TSA
Text: [01/06/2020 - GRYGIEL, COURTNEY]PEER REVIEWS RECEIVED AND REVIEWED. FILE REFERRED TO VOC FOR UPDATED TSA.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT'
Text: [01/02/2020 - JORGENSEN, ERIKA]INVOICE # 77563 DATED _12/27/2019__ FROM ECN, IN THE AMT OF $ 200.00 FOR __PEER REVIEW ADDENDUM BY ROGER A KASENDORF, DO / PMR_ . INVOICE PAID IN FULL. TID 953327434

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/02/2020 - JORGENSEN, ERIKA]INVOICE #77275 DATED __12/23/2019 _ FROM ECN, IN THE AMT OF $ 200.00 FOR __PEER REVIEW ADDENDUM BY DAVID M BURKE, MD / NEUROLOGY_ . INVOICE PAID IN FULL. TID 953327434

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/02/2020 - JORGENSEN, ERIKA]INVOICE # 77329 DATED _12/23/2019__ FROM ECN, IN THE AMT OF $200.00 FOR __PEER REVIEW ADDENDUM BY ROGER A KASENDORF, DO / PMR_ . INVOICE PAID IN FULL. TID 953327434

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other

Other Subject : INVOICES
Text: [12/27/2019 - GRYGIEL, COURTNEY]PDA INVOICES FOR ADDENDUMS RECEIVED $200.00 DR. KASENDORF(BOCA 77329) AND $200.00 FOR DR. BURKE (BOCA 77275). REFERRED TO J. BEST FOR PAYMENT

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Peer Review
Other Subject : ADDENDUMS
Text: [12/24/2019 - GRYGIEL, COURTNEY]REFERRED ADDITIONAL MEDICAL RECEIVED TO ECN FOR ADDENDUMS BY DR. DAVID BURKE AND DR. ROGER KASENDORF

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [12/23/2019 - GRYGIEL, COURTNEY]CALLED EE. CONFIRMED 7 PAGES RECEIVED VIA FAX.

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [12/23/2019 - GRYGIEL, COURTNEY]RECD' VMM FROM EE . SHE STATED SHE FAXED IN 7 PAGES LAST WEEK FOR HER APPEAL (PT EVAL/TREATMENT PLAN). LEFT HER A MESSAGE THAT I HAVE NOT YET REC'D THE FAX.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [12/16/2019 - GRYGIEL, COURTNEY]REFERRAL MADE TO ECN FOR ADDENDUMS TO DR. DAVID BURKE AND DR. RIGER KASENDORF'S REVIEWS. REFERRAL MADE THROUGH CRT FOR ICP PSYCH ADDENDUM.

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [12/13/2019 - GRYGIEL, COURTNEY]REC'D VMM FROM MS. SMITH LOOKING TO CONFIRM WE REC;D THE 35 PAGES OF INFO. SHE FAXED. RTC AND CONFIRMED RECEIPT AND THAT I WOULD HAVE THIS INFORMATION REVIEWED. SHE SAID SHE WILL BE GOING ON 12/18 FOR PT EVAL AND THEY WILL DETERMINE HER TREATMENT PLAN AND IF THIS INFORMATION IS NEEDED SHE WOULD TRY TO GET IT.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/10/2019 - DEVLIN, TAMIE]INVOICE RECEIVED FROM VENDOR ECN, INV #BOCA 75516, DATED 11/20/2019, IN THE AMOUNT OF $1295.00 FOR PEER REVIEW: PMR/ PAIN MGMT. INVOICE PAID IN FULL.

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [12/03/2019 - GRYGIEL, COURTNEY]VMM FROM MS. SMITH. RTC SHE INDICATED THAT SHE HAS FALLED 2X RECENTLY AN HER DR. IS GOING TO PUT HER BACK INTO PT. SHE HAS BEEN REFERERD FOR X-RAYS ON 12/5/19 AND IF NECESSARY AT CT SCAN FOLLOWING X-RAY. SHE ASKED IFTHIS INFORMATION COULD BE SUBMITTED FOR CONSIDERATION WITH HER APPEAL. I TOLD HER SINCE AN APPEAL DETERMINATION HAS NOT YET BEEN RENDRED THAT WE WOULD CONSIDER THIS INFORMATION. I WILL SEND HER A TOLLING LETTER AFFORDING 2 WEEKS TO SUBMIT INFO. SHE AS IN AGREEMENT AND WOULD CONTACT HER AP TO HAVE INFO. FAXED IN.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Peer Review
Other Subject : REFERRAL
Text: [11/26/2019 - GRYGIEL, COURTNEY]REFERRAL MADE THROUGH CRT FOR PSYCH REVIEW. CURRENTLY WAITING ON ASSIGNMENT.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : INVOICE
Text: [11/25/2019 - GRYGIEL, COURTNEY]ECN INV BOCA 75516 IN THE AMOUNT OF $1295.00 FOR ROGER KASENDORF, DO PEER REVIEW. REFERRED TO J. BEST FOR PAYMENT.

**C ote**
Claim/Event/Leave: 8248892

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/21/2019 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 11/13/2019 AND DATED 11/12/2019 FROM GENEX. INV# BOCA 74828, IN THE AMOUNT OF $1000.00 FOR PEER REVIEW PERFORMED BY DAVID M BURKE, MD WITH A SPECIALTY OF NEUROLOGY.PAID INVOICE IN FULL

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : INVOICE
Text: [11/13/2019 - GRYGIEL, COURTNEY]ECN INVOICE BOCA 74828 IN THE AMOUNT OF $1000.00 FOR DAVID BURKE MD PEER REVIEW REFERRED TO J. BEST FOR PAYMENT.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : COPY JOB
Text: [10/30/2019 - PILAR, SARAH]COPY OF DOC LIST SENT TO ECN VIA ONE DRIVE.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Peer Review
Other Subject :
Text: [10/29/2019 - GRYGIEL, COURTNEY]REQUEST SENT TO ADMIN TO HAVE RECORDS SENT TO ECN FOR PEER REVIEW

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/28/2019 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Peer Review
Other Subject :
Text: [10/21/2019 - GRYGIEL, COURTNEY]REFERRAL MADE THROUGH CT FOR NEUROLOGY REVIEW. WAITING ON ASSIGNMENT.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [10/16/2019 - AVERILL, REBECCA]ASSIGNED TO COURTNEY GRYGIEL, SENT ACK

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : COMPLETE APPEAL
Text: [10/16/2019 - AVERILL, REBECCA]RECVD THE PACKET (53 PAGES) OF INFO/ RECORDS EE INDICATED WAS ON ITS WAY. SHE CONFIRMED ONCE RECVD APPEAL IS COMPLETE

**ote**
Claim/Event/Leave: 8248892
NoteSubject : EE Called
Other Subject :
Text: [10/08/2019 - AVERILL, REBECCA]EE CALLED TO LET ME KNOW THAT SHE MAILED A PACKET TO US. ONCE RECVD THIS WIL COMPLETE HER APPEAL AND WE SHOULD START THE REVIEW. I LET HER KNOW THAT AS SOON AS I SEE IT, I WILL PROCESS IT , SEND THE CLAIM TO AN ARC FORREVIEW, AND SEND HER A LETTER TO CONFIRM ITS BEEN STARTED. INFORMED OF THE 45/90 TAT. EE THANKED ME AND CALL ENDED

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/27/2019 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 09/05/2019 FROM RELEASEPOINT. INV #710315- 763 IN THE AMOUNT OF $132.50 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject : DAY 60 F/U
Text: [09/24/2019 - AVERILL, REBECCA]CALLED EE AND CONFIRMED THAT SHE IS STILL COLLECTING HER APPEAL INFO AND WILL BE SUBMITTING IT TO US. I REMINDED HER THAT THE DEADLINE IS 1/25/20.

**C ote**

C ote
Claim/Event/Leave: 8248892
NoteSubject : Appeal
Other Subject : PENDING APPEAL
Text: [08/26/2019 - BEAUPAIN, LOIS]PRESCREEN COMPLETED APPEAL CODING CORRECT LTD FI ERISA CLAIM FILE DATE 7/16/2018 AUTH IN DOC LIST JD IN DOC LIST CLOSED NOT TD CLOSURE LETTER DATED 7/30/19 APPEAL TIMELINE 180 APPEAL DEADLINE 1/25/20 APPEAL LETTERRECD 8/12/19. REACHED OUT TO CLMT AND ADDITIONAL INFO WILL BE COMING. SENT ACK GATHER INFO LETTER

**ote**
Claim/Event/Leave: 8248892
NoteSubject : EE Called
Other Subject : APPEAL
Text: [08/26/2019 - BEAUPAIN, LOIS]SPOKE TO CLMT - ADV PER APPEAL LETTER SHE WAS ADVISED THAT APPEALS WOULD REACH OUT TO HER SO I AM CALLING TO SEE IF SHE HAS ANY QUESTIONS. SHE WANTED TO KNOW APPEAL DEADLINE 1/25/20. OH SHE WILL PROBABLY HAVE IT IN NEXT WEEK. SHE WILL BE MAILING IT. ADV ONCE REC'D WE WILL CALL HER TO CONFIRM RECT - SHE THANKED ME

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDORPAYMENT
Text: [08/25/2019 - MICHAUD, ROBIN]INVOICE RECEIVED ON 8/12/2019 FROM DANE STREET . INVOICE # 1267708 IN THE AMOUNT OF $1100.00 FOR PMR PEER REVIEW COMPLETED BY A KALMAN . INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [08/19/2019 - COTE, SHANA]ASSIGEND TO BECKY AVERILL

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/16/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Appeals
Other Subject :
Text: [08/16/2019 - KAYLOR, ROBERT]REFERRED TO APPEALS FOR FURTHER REVIEW

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [08/15/2019 - WOOD, KELLY]MGR AGREES W/ REFERRAL TO ARU

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [08/15/2019 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, COVERSHEET, AND LTD POLICY SHIPPED TO CLAIMANT;

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [08/15/2019 - KAYLOR, ROBERT]ADVISED DCM RECEIVED APPEAL LETTER AND HAS REFERRED FOR APPROVAL TO SEND TO APPEALS UNIT. DCM ALSO HAVING FULL COPY OF FILE MAILED TO EE PER HER REQUEST LETTER. EE THANKED. DCM ADVISED TO C/B WITH ANY QUESTIONS. EE THANKED. NFQ

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Appeals
Other Subject :
Text: [08/13/2019 - KAYLOR, ROBERT]INTENT TO APPEAL LETTER AND UPDATED MEDICAL RECORDS ADDED TO DOC LIST. DCM RECOMMENDS REFERRAL TO APPEALS UNIT FOR ONGOING DETERMINATIONS

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Appeal
Other Subject : INTENT TO APPEAL

Text: [08/13/2019 - KAYLOR, ROBERT]INTENT TO APPEAL LETTER RECEIVED. EE ALSO REQUESTED COPY OF HER FILE. ADDED TO DOC LIST

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : ERLANGER HEALTH
Text: [08/11/2019 - KAYLOR, ROBERT]DR. LYDIA SPEER- 8/1/19 OV NOTES ADDED TO DOC LIST. LTR FROM AP SPEER INCLUDED. - EE REFERRED TO PSYCHIATRY

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject : LVM
Text: [07/29/2019 - KAYLOR, ROBERT]CALLED TO DISCUSSED AO CLOSURE. NO ANSWER. LVM FOR RTC

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/29/2019 - WOOD, KELLY]MGR AGREES W/ DCMS RECOMMENDATION TO CLOSE CLAIM FOR NOT TD ANY OCC AS OUTLINED GIVEN INTERNAL MED BCP REVIEW AND TSA WHICH IDENTIFIED ALT OCCS THE CLAIMANT CAN PERFORM.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Closed
Other Subject : NOT TD AO
Text: [07/26/2019 - KAYLOR, ROBERT]LDW: 2/15/18. DOD: 2/16/18. CID- 8/17/2019. DX: RIGHT HIP PAIN, PARKINSONS, HEMORRHOIDECTOMY, HEP C, LUMBAR PAIN. A RECENT CP/PEER REVIEW OF THE MEDICAL RECORDS NOTES THAT THE EE HAS R&LS OF ONLY STAND OR WALK CONTINUOUSLY FOR BRIEF PERIODS OF LESS THAN 15 MINUTES AT A TIME AND CAN ONLY LIFT ITEMS UP TO 10 POUNDS FREQUENTLY. EE CANNOT CROUCH, STOOP, SQUAT, KNEEL, CRAWL OR CLIMB LADDERS. SHE DOES HAVE SUSTAINED CAPACITY FOR FULL TIME WORK OF A SEDENTARY NATURE AND HAS NO IMPAIRMENT OF SITTING OR USE OF HER ARMS, HANDS OR FINGERS FOR REACHING, GRIPPING, GRASPING, KEYBOARDING OR USE OF COMMON OFFICE EQUIPMENT. A TSA WAS COMPLETED AND ALT OCCS WERE IDENTIFIED. DCM RECOMMENDS CLOSING THE CLAIM FOR NOT TD AO BEYOND 8/16/19.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Voc Rehab
Other Subject : TSA REPORT
Text: [06/12/2019 - SCUNGIO, VANESSA]TSA REPORT SUMMARY: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN EMPLOYEE S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS EMPLOYEE COULD PERFORM; ORDER CLERK, RECEPTIONIST, AND DISPATCHER I HAVE NOT MET WITH THE EMPLOYEE FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED. PLACED REPORT IN SYS1 AND NOTIFIEDDCM.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 6/7/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SCUNGIO, VANESSA. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 6/6/2019 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Action Plan
Other Subject : APC AUG 2019
Text: [06/06/2019 - KAYLOR, ROBERT]56 YOF PRODUCTION TEAM MEMBER, LIGHT TO MEDIUM OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRING ADD'L. PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER (VON WILLEBRAND'S DISEASE TYPE 2N). EE ALSO TREATING FOR BILATERAL OSTEOARTHRITIS OF HIPS, DEPRESSION, GERD, RIGHT HAND TREMOR, AND FIBROMYALGIA. EE'S COMORBIDS CONSIST OF POSSIBLE PARKINSON'S DISEASE AND DEPRESSION / ANXIETY. PER THE PEER REVIEW (5/6/19) EE CAN ONLY STAND OR WALK CONTINUOUSLY FOR BRIEF PERIODS OF LESS THAN 15 MINUTES AT A TIME AND CAN ONLY LIFT ITEMS UP TO 10 POUNDS FREQUENTLY. SHE CANNOT CROUCH, STOOP, SQUAT, KNEEL, CRAWL OR CLIMB LADDERS. SHE DOES HAVE SUSTAINED CAPACITY FOR FULL TIME WORK OF A SEDENTARY NATURE. 1) DCM TO GATHER TSA. 2) DCM TO PURSUE APC BASED ON TSA REVIEW. LTD FORMS (2/24/19).

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : TSA REFERRAL
Text: [06/06/2019 - KAYLOR, ROBERT]REFERRED FOR TSA

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/3/2019 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PEER REVIEW
Text: [04/30/2019 - LABOSSIERE, MARGARET]SENT CLAIM FOR BOTH INT MED AND PMR PEER REVIEW VIA CRT TOOL.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : VALADEZ
Text: [04/30/2019 - LABOSSIERE, MARGARET]RECV 3/28/19 OVN FROM AP VALADEZ

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject : MEDS RECV
Text: [04/26/2019 - LABOSSIERE, MARGARET]CALLED EE AND ADVISED THAT WE'VE RECV SOME RECORDS BUT ARE STILL WAITING ON EVERYTHING, CX THAT DR. VALADEZ IS WHO DIAGNOSED HER WITH PARKINSONS, ADVISED THAT WE ARE STILL WAITING ON RECORDS FROM THEM AND ONCE WE HAVE EVERYTHING I WOULD BE SENDING OFF FOR A CLINICAL REVIEW. EE THANKED FOR THE UPDATE AND CALL ENDED

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : AP DUNN
Text: [04/26/2019 - LABOSSIERE, MARGARET]RECV OVNS FROM AP DUNN FOR DOS 2/11/2019-4/10/2019

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SPEER
Text: [04/26/2019 - LABOSSIERE, MARGARET]RECV OVNS FROM AP SPEER FOR DOS 1/29/19-4/25/19

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : NASHVILLE HIP INSTIT
Text: [04/24/2019 - LABOSSIERE, MARGARET]RECV 4/11 OVN FROM NASHVILLE HIP INSTITUTE, EE HAS BEEN REFERRED BACK TO PT LOCAL TO HER IN CLEVELAND TN

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : AP FOWLER
Text: [04/24/2019 - LABOSSIERE, MARGARET]RECV OVNS FROM AP FOWLER FOR DOS 3/30/18-4/12/19

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : AP KOO
Text: [04/24/2019 - LABOSSIERE, MARGARET]RECV OVNS FROM AP COO FOR DOS 4/23/18-4/8/19[04/24/2019 - LABOSSIERE, MARGARET].

**ote**
Claim/Event/Leave: 8248892
NoteSubject : EE Called
Other Subject : STATUS
Text: [04/22/2019 - LABOSSIERE, MARGARET]EE CALLED TO CHECK ON THE STATUS OF THE MEDICAL RECORDS REQ, ADVISED THAT WE ARE STILL WAITING ON THEM FROM ALL HER PROVIDERS.

**C ote**
Claim/Event/Leave: 8248892

NoteSubject : Notice/Proof Review
Other Subject : ONGOING
Text: [04/15/2019 - LABOSSIERE, MARGARET]PLACED EE ON N&P FOR MRS FROM HIP INSTITUTE, DR. COO, DR. SWABY, DR. DUNN, DR. FOWLER DR. VALADEZ, DAY 75 IS 6/28/18

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : LTR to AP
Other Subject : MED REQ
Text: [04/15/2019 - LABOSSIERE, MARGARET]SENT MED REQ VIA RP WITH AUTH ATTACHED TO HIP INSTITUTE, DR. COO, DR. SWABY, DR. DUNN, DR. FOWLER DR. VALADEZ

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2019
Text: [04/04/2019 - LABOSSIERE, MARGARET]CLMT IS A 56 YOF PRODUCTION TEAM MEMBER, PRESUMED LIGHT OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRINGADD'L.PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER. CLMT HAS COMORBID OF RA, VON WILLEBRAND'S DISEASE TYPE 2N, HEPATITIS C, DEPRESSION, GERD, RIGHT HAND TREMOR. PEER REVIEW 1.11.19 RECOMMENDS WORKPLACE RESTRICTIONS FOR THE RECURRENT HEMORRHOIDS AND RECTAL PAIN AND BILATERAL HIP LABRAL TEARS. THE RESTRICTIONS ARE SUPPORTED FROM 3/1/18 GOING FORWARD. THE CLAIMANT MAY WORK AN 8 HOUR DAY. ALTERNATE SIT AND STAND EVERY 30 MINUTES. THE CLAIMANT MAY USE A DONUT FOR SITING. CONSTANT:REACH ALL LEVELS; SIMPLE AND FORCEFUL GRASP/GRIP; FINGER/HANDLE; USE FOOT CONTROLS;FREQUENT: BEND; STOOP; SQUAT; LIFT/CARRY UP TO 10 LBS; OCCASIONAL: KNEEL; CRAWL; CLIMB STAIRS. OA CX OCC IS LIGHT MUST BE ABLE TO LIFT 20 LBS. DCM TO OBTAIN UPDATED MRS FROM OVS IN APRIL AND PLACE ON N&P

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject : UPDATE
Text: [04/03/2019 - LABOSSIERE, MARGARET]CALLED EE FOR AN UPDATE, EE WILL BE GOING TO THE HIP INSTITUTE AT VANDERBILT 615-284-5800 ON 4/11. ON 4/5 EE WILL SEE AP SWABY, 4/8 EE WILL BE SEEING HER PULMONOLOGIST DR. COO 423-778-9101, 4/10 EE WILL BE SEEING DR. DUNN (423) 472-5423, 4/12 EE WILL BE SEEING DR. FOWLER, ENT, 423-267-6738. ADVISED EE THAT I WOULD BE REACHING OUT FOR MRS FROM ALL PROVIDERS AT THAT TIME. EE ALSO MENTIONED THAT SHE SAW DR. VALADEZ 423-778-9001 ON 3/28 FOR SOME TESTING FOR A POTENTIAL PARKINSON'S.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 3/5/2019 - REFERRED TO DOHERTY AND ASSOCIATES AS SS ADVOCATE.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [03/05/2019 - LABOSSIERE, MARGARET]RECV AQ, AUTH, CSS, SSRA, CIF FROM EE

**ote**
Claim/Event/Leave: 8248892
NoteSubject : EE Called
Other Subject :
Text: [03/05/2019 - THOMAS, BRETT]EE CALLED WITH UPDATE AND NOTED SHE SAW SHE NEEDS TO APPLY FOR SS NOW AND WANTED TO KNOW IF SHE COULD HAVE ASSISTANCE WITH DCK AND CM THANKED EE AND ADV REFERRAL WILL BE MADE NOW**SCORED TO DCK

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : FORMS
Text: [02/26/2019 - LABOSSIERE, MARGARET]RECV FORMS

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : LTR to EE
Other Subject : CID LETTER
Text: [02/19/2019 - LABOSSIERE, MARGARET]SENT EE CID LETTER WITH CID, CCS, AUTH, AQ AND SSRA FORMS ATTACHED

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : LTR to AP
Other Subject : LETTER

Text: [02/19/2019 - LABOSSIERE, MARGARET]RECV LETTER FORM AP MCMANUS EE WILL BE HAVING SX FOR HEMORRHOIDS

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/01/2019 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 01/14/2019 FROM RELEASEPOINT. INV # 709216, IN THE AMOUNT OF $ 125.50 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : CLM REASSIGNED
Text: [01/25/2019 - DOWNS, BLAIR]CLM REASSIGNED TO M LABOSSIERE. SENT CICM LETTER

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/16/2019 - MICHAUD, ROBIN]INVOICE RECEIVED ON 1/14/2019 AND DATED 1/11/2019 FROM DANESTREET. INVOICE # 1186459 IN THE AMOUNT OF $ 805.00 FOR INT MED PEER REVIEW REVIEW COMPLETED BY DR . S WINKEL INVOICE PAID IN FULL

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Action Plan
Other Subject : RTW OO APRIL 2019
Text: [01/15/2019 - SCALES, KEISHA]CLMT IS A 56 YOF PRODUCTION TEAM MEMBER, PRESUMED LIGHT OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRING ADD'L.PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER. CLMT HAS COMORBID OF RA, VON WILLEBRAND'S DISEASE TYPE 2N, HEPATITIS C, DEPRESSION, GERD, RIGHT HAND TREMOR. PEER REVIEW 1.11.19 RECOMMENDS WORKPLACE RESTRICTIONS FOR THE RECURRENT HEMORRHOIDS AND RECTAL PAIN AND BILATERAL HIP LABRAL TEARS. THE RESTRICTIONS ARE SUPPORTED FROM 3/1/18 GOING FORWARD. THE CLAIMANT MAY WORK AN 8 HOUR DAY. ALTERNATE SIT AND STAND EVERY 30 MINUTES. THE CLAIMANT MAY USE A DONUT FOR SITING. CONSTANT: REACHALL LEVELS; SIMPLE AND FORCEFUL GRASP/GRIP; FINGER/HANDLE; USE FOOT CONTROLS;FREQUENT: BEND; STOOP; SQUAT; LIFT/CARRY UP TO 10 LBS; OCCASIONAL: KNEEL; CRAWL; CLIMB STAIRS. OA CX OCC IS LIGHT MUST BE ABLE TO LIFT 20 LBS. CP RECOMMENDS A RE-EVALUATIONIN 3 MONTHS PENDING ARTHROSCOPIC PROCEDURES FOR THE HIP LABRAL TEARS AND TO ASSESS THE STATUS OF THE HEMORRHOIDS AND RECTAL PAIN.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : PEER REVIEW
Text: [01/15/2019 - SCALES, KEISHA]RECD PEER REVIEW BACK FROM DANE STREET. SENT INVOICE TO JAMES BEST TEAM TO PROCESSING

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject :
Text: [01/10/2019 - DOWNS, BLAIR]RECEIVED E-MAIL FROM CLMT W/ INFO ABOUT UP-COMING APPT

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject :
Text: [01/09/2019 - DOWNS, BLAIR]RECEIVED AFTER VISIT SX W/ LIST OF UPCOMING APPTS

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject :
Text: [01/08/2019 - DOWNS, BLAIR]RECEIVED MRI RESULTS

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2019
Text: [01/07/2019 - DOWNS, BLAIR]CLMT IS A 56 YOF PRODUCTION TEAM MEMBER, PRESUMED LIGHT OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRING ADD'L.PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER. CLMT HAS COMORBID OF RA. PER MDS REVIEW LESS THAN SED R&L'S REASONABLE THRU 9/17/18. CLMT HAD ADD'L SX 8/15/18. GOAL: RTW OO JAN 2019. HAVE REQUESTED UPDATED RECORDS AND REFERRED FORREVIEW

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF DEDUCTIONS HAS BEEN RECEIVED AND ASSIGNED TO BRENDAN BLAIR.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR DEDUCTIONS. COMMENTS: PLEASE UPDATE DEDUCTIONS BASED ON UPDATED ELIGIBLITY FEED

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [01/03/2019 - BLAIR, BRENDAN]REF RECVD AND DEDUCTIONS UPDATE PER ELIGBILITY.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SPEER
Text: [12/31/2018 - DUNDON, LAUREN]RECD LTR DATED 12/28/18 FROM SPEER, DO AT EMG PRIMARY CARE AT EAST

**ote**
Claim/Event/Leave: 8248892
NoteSubject : EE Called
Other Subject :
Text: [12/24/2018 - DOWNS, BLAIR]CLMT LM ON VM 12/22, 12:47 - SHE SPOKE W/ PCP AND HAS SET UP SURGICAL EVAL W/ ERLANGER AND SHE WILL DECIDE WHETHER TO DO SX AT ERLGANGER OR LOCALLY. HAS APT ON 12/28 TO GET REFERRAL. SHE AGREES HEMROIDECTOMY WILL BE BESTIN THE LONG RUN. SHE HOPES TO HAVE HEMROIDECTOMY COMPLETED IN JANUARY.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/20/2018 - REFERRED TO DANE STREET, LLC FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : IM REVIEW
Text: [12/19/2018 - DOWNS, BLAIR]RECEIVED IM REVIEW

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SWABY
Text: [12/13/2018 - DOWNS, BLAIR]RECEIVED RECORDS 8/16/18 - 11/28/18

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [12/12/2018 - DOWNS, BLAIR]CLMT LMON VM 12/12, 8:46. RTN'D CALL AND SPOKE W /CLMT. SHE SAW DR SWABY. SHORT TERM THINGS ARE OK, BUT SHE RECOMMENDED HEMOIRDECTOMY TO GET BETTER LONG TERM RESULTS. CLMT IS CONCERNED ABOUT HER BLOOD CLOTTING D/O AND HAS APT T SEE PCP/SPER ON 12/28. CLMT ISN'T SURE IF SHE WANTS TO DO SURGERY LOCALLY W/ DR. DUNN SINCE SHE DOESN'T WANT TO STAY IN HOSPITAL THERE - THEY HAVE TRIED TO GIVE HER MEDS SHE CAN TAKE W/B OF CLOTTING D/O. SHE MAY WANT TO LOOK AT GETTING NEWSURGEON THRU ERLANGER. ASKED HER TO CALL W/ UPDATE AFTER APPT. CLMT ADVISED SHE WAS RECENTLY STARTED ON NEW MEDS AS WELL B/C SPEERS CAN'T DETERMINE CAUSE OF RIGHT SIDED CHEST PAIN. GAVE HER A MED FOR ANXIETY BUT CAN ALSO BE USED TO TREAT FM. CLMTWAS TOLD SHE CAN'T PARTICIPATE IN PT STILL AND IS DOING THE DAILY SOAKS.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/11/2018 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Other

Other Subject : OA
Text: [12/06/2018 - DOWNS, BLAIR]RECEIVED OA

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Voc Rehab
Other Subject : OA REPORT
Text: [12/05/2018 - SCUNGIO, VANESSA]RCVD REFERRAL FOR AN OA REPORT; COMPLETED OA AND PLACED IN S1 WITH NOTIFICATION TO DCM

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/4/2018-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SCUNGIO, VANESSA. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/3/2018 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [11/29/2018 - DOWNS, BLAIR]CALLED CLMT AND ADVISED HER SWABY'S RECORDS RECEIVED. EXPLAINED WILL BE REFERRED FOR REVIEW. SHE ASKED IF BENEFITS WILL CONTINUE. EXPLAINED SHE WILL CONTINUE TO BE PAID WHILE WE ARE COMPLETING OUR REVIEWS. IF IT IS DETERMINED THAT RECORDS NO LONGER SUPPORT TD - BENEFITS WILL STOP. IF REVIEWS CONTINUE TO SUPPORT - BENEFITS WILL CONTINUE

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SWABY
Text: [11/29/2018 - DOWNS, BLAIR]RECEIVED RECORDS 6/19/18 - 11/13/18

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [11/27/2018 - DOWNS, BLAIR]CLM TLM ON VM 11/27 6:59 AM TO SEE IF SWABY SENT RECORDS. RTN'D CALL AND LM ON VM THAT WE HAVE NOT RECEIVED RECORDS. PER APO THEY HAVEN'T RECEIVED REQUESTS SO RP RESENT AND ADCM SENT A REQUEST DIRECTLY TO APO AS WELL. WILL F/U W/ HER ONCE RECEIVED.

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : LTR to AP
Other Subject : SWABY
Text: [11/27/2018 - DOWNS, BLAIR]FAXED REQUEST FOR RECORDS 6/20/18 - PRESENT W/ AUTH

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Medical Status
Other Subject : SWABY
Text: [11/27/2018 - DOWNS, BLAIR]PER RP UPDATE ON 11/27 - AP'S OFFICE ADVISED THEY DID NOT GET REQUEST. REQUEST RESENT

**C ote**
Claim/Event/Leave: 8248892
NoteSubject : Medical Status
Other Subject : SWABY
Text: [11/16/2018 - DOWNS, BLAIR]PER RP - RECORDS STILL PENDING. AP'S OFFICE ADVISED THEY DID NOT GET INITIAL REQUEST. RESENT 11/5 AND REQUEST FOR UPDATE LAST SENT 11/11

**ote**
Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [11/14/2018 - DOWNS, BLAIR]CLMT LM ONV M 11/13, 3:18 REQUESTING RTN CALL. RTN'D CALL AND SPOKE W/ CLMT. SHE ADVISED DR SWABY'S OFFICE IS NOW CHARGING FOR RECORDS AND SHE IS VERY UPSET ABOUT THIS. EXPLAINED WE HAVE REQUESTED RECORDS FROM EVERYONE AND ONLY RECORDS STILL OUTSTANDING ARE DR. SWABY. CLMT REPORTED AFTER SEEING DR DUNN SHE DEVELOPED MORE BLEEDING. SHE CONTACT OFFICE AND TOLD TO DO SOAKS

AND TAKE MES. SHE IS GOING TO PICK UP RX TODAY. NOT ACTUALLY AN APT W/ AP

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : HIGGINS
Text: [11/13/2018 - DOWNS, BLAIR]RECEIVED RECORDS 5/18/18 - 8/6/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : DUNN
Text: [11/13/2018 - DOWNS, BLAIR]RECEIVED RECORDS 10/22/2018

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SPEER
Text: [11/12/2018 - DOWNS, BLAIR]RECEIVED RECORDS 8/29/18 - 10/31/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Notice/Proof Review
Other Subject :
Text: [11/02/2018 - DOWNS, BLAIR]MAILED N&P - 30, 45 DAY DEADLINES 12/1, 12/16

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [11/02/2018 - DOWNS, BLAIR]SENT REQUEST FOR UPDATED RECORDS TO DUNN, HIGGINS, SPEERS, SWABY VIA RP W/ AUTH

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SPEER
Text: [11/02/2018 - DOWNS, BLAIR]RECEIVED 8/29/18 OOW NOTE

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2018
Text: [10/30/2018 - DOWNS, BLAIR]CLMT IS A 56 YOF PRODUCTION TEAM MEMBER, PRESUMED LIGHT OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRING ADD'L.PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER. CLMT HAS COMORBID OF RA. PER MDS REVIEW LESS THAN SED R&L'S REASONABLE THRU 9/17/18. CLMT SCHEDULED FOR ADD'L SX 8/15/18. GOAL: RTW OO DEC 2018. WILL REQUEST UPDATED RECORDS AND CONSIDER REVIEW IF R&LS UNCLEAR.

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [10/30/2018 - DOWNS, BLAIR]CALLED CLMT FOR UPDATE. SHE HAS APT W/ PCP/SPEARS TOMORROW. THEY FOUND CYST ON LIVER AND SENT FOR HYDASCAN AND THINKS GLALBLADDERR STOPPED WORKING. SHE STILL ISN'T ALOOWED TO DO PT. DID GO BACK TO SURGEON AND HAS MULTIPLE HEMORROIHDS AGAIN BUT HE DOESN'T WANT TO DO SX UNLESS SHE IS BLEEDING. AP HAS TOL DHER CAN'T SIT FO RMORE THAN 1 HOUR A TA TIME AND CAN'T STAND FMORE THAN 20 LBS. CLMT ADVISED EVEN LIFTING PURSE OR PUSHING SHOPPING CART CAUSES PRESSURE. SHE HADBEEN PUTTING OF DEALIN W/ HIP ISSUE AS WELL SO NEEDS TO ADDRESS THAT STILL - HAS PPT IN DECEMBER. THEY HAD TO TAKE HER OF MEDS AND SHE IS HOPING TO RESTART IN NOVEMBER. SHE HAD FLAREUP W/ LUNGS AS WELL AND HAD TO HAVE STEROIDS. ADVISED HER WILLREQUEST UPDATED RECORDS AFTER APT THIS WEEK AND ASKED HER TO CALL IF ANY CHANGES AFTER APPT

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/18/2018 - MICHAUD, ROBIN]INVOICE RECEIVED ON 10/032018 FROM RELEASEPOINT. INV #708767, IN THE AMOUNT OF $ 108.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :

Other Subject :
Text: [09/11/2018 - DOWNS, BLAIR]CALLED CLMT FOR UPDATE. CLMT WENT BACK TO GI AND TOLD SHE HAS MULTIPLE INTERNAL HEMROOIDS AGAIN. THE WEEK BEFORE PCP HAD TOLD HER TO START PT TO REGAIN STRENGTH. GI TOLD HER TO STOP PT FOR AT LEAST 2 WKS.. SHE IS BEINGSENT BACK TO SURGEON SO HE CAN COMPARE IT TO WHAT IT WAS IN FEBRUARY. SHE MAY NEED ADD'L HEMROIDECTOMIES. NOV W/ SWABY IS IN 3 MONTHS, BUT SHE DI REFER HER TO COLLEGUE TO EVAL UPPER GI. CAN'T REMEMBER WHAT IS WRONG W/ THAT, BUT THERE WAS AN ISSUEW/ ESOPHAGUS. ORTHO ALSO ORDERED MRI OF HIP WHICH IS SCHEDULED FOR 10/15. CLMT HAS HX OF HEP C SO SWABY ORDERED MRI OF LIVER SINCE IT HAS BEEN A WHILE. HAS F/U W/ PCP ON 10/26. CLMT ADVISED OVER PAST COUPLE DAYS RECTAL BLEEDING HAS INCREASED SO SHE MAY NOT WAIT THE FULL 2 WKS TO SEE DR DUNN.

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [08/30/2018 - DOWNS, BLAIR]CLMT LM ON VM 8/29, 2:49 - DID WE GET FAX W/ FORMS. RTN'D CALL AND LM ON VM THAT FORMS WERE RECEIVED BY FAX AND MAIL. WILL F/U IN A COUPLE WEEKS FO RUPDATE

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO BETHANY PECK.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: PLEASE ADD 160/MO FOR FIT

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [08/29/2018 - PECK, BETHANY]REFERRAL RECEIVED AND FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $160.00 PER EE SUBMISSION OF W4S RECEIVED LOCATED IN THE DOC LIST.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : ADD DD
Text: [08/29/2018 - WRIGHT, PATRICIA]ADDED ACCT ROUTING

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : FORMS
Text: [08/29/2018 - DOWNS, BLAIR]RECEIVED DD APP, W4-S, SIF

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [08/28/2018 - DOWNS, BLAIR]CLMT M ON VM REQUESTING RTN CALL TO CONFIRM IF WE RECEIVED DD APP AND FORMS. RTN'D CALL AND SPOKE W/ CLMT. ADVISED HER HAVE NOT RECEIVED YET. SHE WILL TRY TO PRINT ADD'L COPIES AND FAX TO US

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [08/22/2018 - DOWNS, BLAIR]CLMT LM ON VM 8/22, 10:46 - SHE MAILED FORMS 8/20, DID WE GET. RTN'D CALL AND SPOKE W/ CLMT. ADVISED HER HAVEN'T RECEIVED YET, BUT WOULDN'T HAVE EXPECTED T. SHE WILL CALL NEXT WEEK TO SEE IF RECEIVED.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : LTR to EE
Other Subject :
Text: [08/13/2018 - DOWNS, BLAIR]MAILED APPROVAL LETTER W/ FORMS

**ote**

Claim/Event/Leave: 8248892
NoteSubject : EE Called
Other Subject :

Text: [08/13/2018 - DOWNS, BLAIR]CLMT CALLED. SHE GOT CALL FROM AP THIS AM THAT SX SCHEDULED FO RWONR HOSPITAL AND THEY NEEDED TO RESCHEDULED TO 10/23. CLMT HAD A BREAKDOWN AND WAS SO UPSET SHE ENDED UP THROWING UP. SHE ADVISED SHE GOT STERN W/ AP'S OFFICE AND JUST GOT A CALL THEY CAN MOVE SX TO SX CENTER BUT WILL BE ON THURSDAY. AP TOLD HER ESTIMATED RECOVERY IS 6-8 WKS DEPENDING ON WHAT NEEDS TO GET DONE ONCE SHE IS IN THERE. ADVISED CLMT WILL F/U EARLY - MID SEPTEMBER FOR UPDATE ON RECOVERY.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/10/2018 - SULLIVAN, BRIAN]AGREE WITH ANALYSIS, RECOMMENDATION, AND ACTION PLAN.

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [08/09/2018 - DOWNS, BLAIR]CLMT LM ON VM 8/9, 9:03 REQUESTING RTN CALL W/ UPDATE ON CLM. RTN'D CALL AND SPOKE W/ CLMT. EXPALIEND CLINICAL REVIEW COMPLETED YESTERDAY AND HAVE REFERRED TO M1. CLMT WILL BE BUSY W/ APPT'S, THERAPY AND THEN 2 DAY BOWELCLEANSE BEFORE SX SO WANTED TO MAKES SURE EVERYTHING WAS IN.,

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Action Plan
Other Subject : RTW OO OCT 2018
Text: [08/09/2018 - DOWNS, BLAIR]CLMT IS A 56 YOF PRODUCTION TEAM MEMBER, PRESUMED LIGHT OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRING ADD'L.PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER. CLMT HAS COMORBID OF RA. PER MDS REVIEW LESS THAN SED R&L'S REASONABLE THRU 9/17/18. CLMT SCHEDULED FOR ADD'L SX 8/15/18. GOAL: RTW OO OCT 2018. IF NO RTW BY 9/2018, WILL REQUEST UPDATED RECORDS AND CONSIDER ADD'L REVIEW.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : REFER TO MGR
Text: [08/09/2018 - DOWNS, BLAIR]CLMT IS A 56 YOF PRODUCTION TEAM MEMBER, PRESUMED LIGHT OCC. LDW: 2/15/18. DOD: 2/16/18. BBD: 8/17/18. CID: 8/17/19. CLMT IS OOW D/T SURGICAL REMOVAL OF SEVER NUMEROUS HEMORRHOIDS THAT REOCCURRED REQUIRING ADD'L.PROCEDURES AND RECOVERY COMPLICATED BY A GENETIC BLOOD DISORDER. CLMT HAS COMORBID OF RA. PER MDS REVIEW LESS THAN SED R&L'S REASONABLE THRU 9/17/18. CLMT SCHEDULED FOR ADD'L SX 8/15/18. RECOMMEND APPROVAL OO.

**ote**

Claim/Leave: 8248892
Episode #: 2
Nurse Name: ROCKETT, ABIGAIL
Service #: 16630864
Service Date: 08/08/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BLAIR, DOWNS
Note Type: INFORMATION OBTAINED DESC
Text: *2 OF 2*....PT EVALUATION 7/2/18 CLMT REPORTS HIP/PELVIC PAIN CAUSING ABNORMAL GAIT/DIFFICULTY WALKING, WHICH IS ALSO AGGRAVATED WITH STAIRS, SQUAT, SITTING, AND SLEEPING. EXAM SHOWS DECREASED HIP STRENGTH RANGING FROM 3+/5 TO 4+/5 {NORMAL 5/5}, PAIN WITHSTRAIGHT LEG RAISE, AND INCREASED THIGH TENSION CAUSING KNEE PAIN. NOTES THROUGH 7/17/18 INDICATE CLMT IS TOLERATING TX WELL HOWEVER IS SLOW TO COMPLETE EXERCISES WITH FATIGUE, AND REPORTS ONGOING PELVIC/RECTAL PAIN WITH PROLONGED STANDING. IN SUMMARY, NCM IS UNABLE TO DETERMINE R/LS RELATED TO CLMTS RA, ABDOMINAL PAIN/REFLUX/CONSTIPATION, THYROID CONDITION, OR HAND TREMOR AS THESE ARE NOTED TO BE CHRONIC CONDITIONS, AND THERE ARE NO COMPLETE OVNS ON FILE FROM DR. SWABY {GI}, DR. FOWLER {ENT}, RHEUMATOLOGY, OR NEUROLOGY. HOWEVER, GIVEN THE CLMT REQUIRED TWO SXS FOR HEMORRHOIDS AND CONTINUES TO HAVE SIGNIFICANT HIP/PELVIC/RECTAL PAIN AFFECTING ACTIVITY AFTERWARD DESPITE MEDICATIONS/INJECTION, WITH CORRELATING PT EXAM FINDINGS, AND CONSIDERING CLMT IS OLDER, IT IS REASONABLE TO SUPPORT R/LS OF LESS THAN OCCASIONAL STAND/WALK, NO STOOP/SQUAT/CROUCH/CLIMB/CRAWL, NO LIFT/CARRY OVER 10 LBS OCCASIONALLY, NO LADDERS, WORK FROM HEIGHTS, OR OPERATING HEAVY MACHINERY, NO MORE THAN OCCASIONAL BEND/TWIST, AND BREAKSAS NEEDED FROM DOD THROUGH 9/17/18. THIS ALLOWS ABOUT 3 MONTHS AFTER THE LOV WITH DR. SPEER {IM} FOR SYMPTOM RELIEF AND STRENGTHENING WITH PT PRIOR TO F/U; RESTRICTIONS BEYOND THAT TIME WILL DEPEND ON RESPONSE TO THERAPY AND ONGOING TX PLAN. THEREFORE IFNO RTW, RECOMMEND DCM OBTAIN UPDATED OVNS FROM PT, DR. SPEER {IM}, DR. HIGGINS {ORTHO} AND DR. DUNN {SX}, AS WELL AS FROM DR. SWABY {GI}, DR. FOWLER {ENT}, RHEUMATOLOGY, AND NEUROLOGY {AS APPLICABLE} AND MAY REFER BACK TO MDS. DCM ADVISED FILE REVIEW COMPLETE. NO FURTHER NCM ACTIVITY, WILL REMOVE FROM ASSIGNMENT BY EOB DAY. {ICD 10: M62.89, M25.551, M25.552}

**ote**

Claim/Leave: 8248892
Episode #: 2

Nurse Name: ROCKETT, ABIGAIL
Service #: 16630863
Service Date: 08/08/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BLAIR, DOWNS
Note Type: INFORMATION OBTAINED DESC
Text: *1 OF 2* PLEASE SEE PRIOR NCM REVIEW 7/19/18 FOR A SUMMARY. IN BRIEF, THE CLMT IS 56 YEARS OLD AND CEASED WORK 2/16/18 DUE TO NUMEROUS SEVERE HEMORRHOIDS, REQUIRING SURGICAL REMOVAL ON 2/19/18 BY DR. DUNN {SX}. THE CLMT HAS A GENETIC BLOOD DISORDER THAT REQUIRED INFUSIONS TO HELP HER BLOOD CLOT POST-OPERATIVELY UNDER THE CARE OF DR. MCMANUS {HEMATOLOGY}, AND SHE CONTINUED TO REPORT PAIN WITH BOWEL MOVEMENTS AND DIARRHEA THROUGHOUT POST-SX F/US WITH DR. DUNN {SX}. IN 4/2018 CLMT F/U WITH DR. HIGGINS {ORTHO} FOR REPORTED CHRONIC HIP PAIN AFFECTING WALKING; EXAM SHOWED RIGHT HIP TENDERNESS AND BILATERAL HIP IMPINGEMENT, X-RAYS SHOWED VERY MILD ARTHRITIS, AND RECOMMENDATIONS WERE FOR ANTI-INFLAMMATORIES, PHYSICAL THERAPY {PT} AND DIAGNOSTIC RIGHT HIP INJECTION {NO PROCEDURE REPORT ON FILE}. ON 4/27/18 CLMT SOUGHT A SECOND OPINION WITH DR. STANLEY {SX} FOR SHOOTING RECTAL PAIN. EXAM SHOWED ENLARGED INTERNAL HEMORRHOID AND PLAN WAS FOR FIBER, LAXATIVES, AND MUSCLE RELAXANTS. CLMT RE-ESTABLISHED CARE WITH DR. DUNN {SX} AFTER THAT TIME, AND UNDERWENT A REMOVAL OF ONE RECURRENT INTERNAL HEMORRHOID ON 5/14/18. POST-SX F/U 5/21/18 CLMT REPORTS SOME ONGOING RECTAL STINGING/BURNING PAIN, AND HAD A HIP INJECTION 3 DAYS PRIOR. EXAM SHOWED MINIMAL RESIDUAL TISSUE WITH F/U AS NEEDED. AN OVN SUMMARY FROM 6/19/18 INDICATES CLMT SAW DR. SWABY {GI} FOR ABDOMINAL PAIN AND REFLUX; NO EXAM FINDINGS ARE PROVIDED HOWEVER AN UPPER GI SCOPE/ENDOSCOPY WAS SCHEDULED FOR 8/15/18. NOTES FROM DR. SPEER {IM} FROM DOD FORWARD ALSO SHOW COMORBID DXS OF RHEUMATOID ARTHRITIS {RA}, UNSPECIFIED THYROID CONDITION FOLLOWED BY DR. FOWLER {ENT NO OVNS ON FILE}, AND CHRONIC RIGHT HAND TREMOR WITH REFERRAL TO NEUROLOGY {NO OVNS ON FILE}. LOV 6/19/18 CLMT REPORTS CONTINUED CONSTIPATION, PELVIC/BUTTOCK PAIN WITH PROLONGED STANDING, AND HIP PAIN; EXAM SHOWS DECREASED HIP ROM WITH TENDERNESS AND REFERRAL TO PT IS PLACED FOR PELVIC FLOOR DYSFUNCTION WITH PLAN TO EXTEND STD TO 9/17/18. *CONTINUED*

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : ERLANGER EAST/SPEER
Text: [08/07/2018 - DOWNS, BLAIR]RECEIVED RECORDS 3/6/18 - 6/19/18

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [08/06/2018 - DOWNS, BLAIR]CLMT LM ON VM REQUESTING RTN CALL TO CONFIRM FAXES RECEIVED AND WE HAVE ALL INFO FOR CLM. RTN'D CALL AND LM ON VM THAT WE DID GET INFO AND HAS BEEN REFERRED FOR CLINICAL REVIEW.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Managed Care
Other Subject : FOR LA
Text: [08/02/2018 - DOWNS, BLAIR]WHAT ARE REASONABLE R&L'S? DURATION?

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SWABY, STANLEY
Text: [08/02/2018 - DOWNS, BLAIR]RECEIVED RECORDS 6/19/18 FROM SWABY, 4/27/18 FROM STANLEY

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : BHAKTA
Text: [08/02/2018 - DOWNS, BLAIR]RECEIVED RECORDS 2/20/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : BHAKTA/MCMANUS
Text: [08/01/2018 - DOWNS, BLAIR]RECEIVED RECORDS 2/20/18 - 7/26/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [07/31/2018 - LAZZARO, SOKHARY]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY: $46,592.00 / 12 = $3882.67 THE BENEFIT IS 60% OR $2329.60. DEDUCTIONS ENTERED AS FOLLOWS FOR THE PERIOD OF 8/17/2018-2/16/2020: PTVS $10.21; LFPR $20.22; PTDN $19.00; PTMD $192.01; ADDP $1.06, ELIGIBILITY, ADD'T INFO BY CLAIM, MISC) THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**C ote**

Claim/Event/Leave: 8248892

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : SPEER
Text: [07/31/2018 - DOWNS, BLAIR]RECEIVED RECORDS 3/6/18 - 6/19/18

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [07/30/2018 - DOWNS, BLAIR]CALLED ND SPOKE W/ CLMT. CONFIRMED WE RECEIVED THE INFO SHE SENT FROM MY CHART AND DR. BHAKTI/MCMANUS'S OFFICE FAXED INFO AS WELL. SHE WILL PICK UP RECORDS FROM SWABY AND STANLEY TOMORROW AND SEND INT

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [07/30/2018 - DOWNS, BLAIR]CLMT LM ON VM 7/30, 8:09 AND 8:45. RTN'D CALLA ND SPOKE W/ CLMT. SHE GOT N&P LETTER AND SAYS WE NEED RECORDS BY 8/2. APOLOGIZED AND ADVISED N&P DEADLINE IS 9/2. CLMT HAS BEEN ON THE PHONE W/ AP'S THIS MORNING TRYING TOGET THEM TO SEND INFO. EXPLAINED HAVE GOTTEN MORE INFO AND JUST GOT FAX FROM SPEERS AS WELL. CURRENTLY MISSING RECORDS FORM SWABY, STANLEY, AND BHAKTI. CLMT ADVISED SHE DOWNLOADED INFO FROM MY CHART AND E-MAILED AS WELL. REQUESTED RTN CALL LATERTO CONFIRM RECEIVED. CLMT ADVISED 7/28 WAS THE ANNIVERSARY OF HER SON'S DEATH AND N&P LETTER ADDED STRESS. APOLOGIZED FOR THE ADD'L STRESS PLACED ON HER BY LETTER. SHE WILL BE GETTING THE RECORDS FROM SWABY AND STANLEY AND SENDING IN TOMORROW. SHE HAS SEEN DR BHAKTI ONCE IN FEB. HE WILL CALL IN THE INFUSIONS FOR HER. NEXT IS SCHEDULED FOR 8/10 IN PREPARATION FOR HER SX ON 8/15

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : HIGGINS
Text: [07/30/2018 - DOWNS, BLAIR]RECEIVED RECORDS 4/25/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : BENCHMARK PT
Text: [07/30/2018 - DOWNS, BLAIR]RECEIVED RECORDS 7/2/18 - 7/17/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SOKHARY LAZZARO.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Med Records Rcvd
Other Subject : DUNN
Text: [07/24/2018 - DOWNS, BLAIR]RECEIVED RECORDS 2/19/18 - 5/21/18

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [07/23/2018 - DOWNS, BLAIR]SENT REQUEST FOR RECORDS 2/1/18 - PRESENT TO BHAKTI W/ AUTH VIA RP

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [07/23/2018 - DOWNS, BLAIR]CLMT LM ON VM 7/23, 9:22. RTN'D CALL AND SPOEK W/ CLMT. SHE FORGOT TO PUT DOWN HEMATOLOGIST ON THE CIF INITIALLY. SHE FAXED OVER HIS INFO THIS AM. CONFIRMED FAX RECEIVED AND WILL REQUEST THOSE RECORDS AS WELL

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Notice/Proof Review

Other Subject :
Text: [07/20/2018 - DOWNS, BLAIR]MAILED N&P - 45 DAY DEADLINE 9/2

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [07/20/2018 - DOWNS, BLAIR]SENT REQUEST FOR RECORDS 2/1/18 - PRESENT W/ AUTH TO DUNN, SPEAR, SWABY, STNALEY, HIGGINS, AND BENCHMARK PT

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [07/20/2018 - DOWNS, BLAIR]CALLED AND SPOKE W/ CLMT. ADVISED HER WE DO NEED SOME ADD'L RECORDS AND WILL REQUEST. CLMT ADVISED SHE HAS JUST SEEN DR SWABY THE ONE TIME AND SHE WILL BE DOING THE PROCEDURES ON 8/16. SHE NO LONGER SEES DR DUNN AS HE RELEASED HER. SHE JUST SAW STANLEY ONCE AND HE SAID HE WAS OK W/ SWABBY DOING PROCEDURE.[07/20/2018 - DOWNS, BLAIR]EXPLAINED WE DID GET FORMS AND AUTH. CLMT CONFIMED OK TO SEND HER AUTH'S VIA E-MAIL IF AP'S NEED FACILITY AUTHS

**ote**

Claim/Leave: 8248892
Episode #: 1
Nurse Name: PRESUTTI, ANNA
Service #: 16620815
Service Date: 07/19/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BLAIR, DOWNS
Note Type: INFORMATION OBTAINED DESC
Text: (2 OF 2) CLMT ALSO REPORTED CONSTIPATION AND HIP PAIN WITH REQUEST TO START PT; AP NOTES CLMT IS SCHEDULED FOR AN ENDOSCOPY AND COLONOSCOPY ON 08/15/18 WITH DR. SWABY (GI). EXAM NOTES DECREASED ROM (NO NUMERICAL VALUE) AND TENDERNESS TO BOTH HIPS; TX INCLUDED A REFERRAL TO PT (NO NOTES ON FILE), INCREASED DOSE OF LINZESS, AND STD EXTENSION THRU 09/17/18. ADDITIONAL RECORDS INCLUDES AN AFTER VISIT SUMMARY NOTE 06/19/18 WITH DR. SWABY (GI), CLMT SEEN DUE TO ACID REFLUX AND FAMILY HISTORY OF POLYPS IN THE COLON; AN ENDOSCOPY AND COLONOSCOPY WAS ORDERED AND A F/U IN 3 MONTHS WAS ADVISED. THERE ARE NO COMPLETE OVNS ON FILE FOR REVIEW. BASED ON THE RECORDS RECEIVED, THERE IS INSUFFICIENT EVIDENCE TO DETERMINE R&LS FROM 02/16/18 AND BEYOND AS THERE ARE MULTIPLEOUTSTANDING RECORDS/ COMPLETE OVNS FROM THE CLMTS VARIOUS TREATING PROVIDERS ON FILE FOR REVIEW. WHILE IT IS STATED THE CLMT IS RECEIVING PT AND INJECTIONS FOR HIP PAIN, UNDERWENT ANOTHER HEMORRHOID SX, AND IS SCHEDULED TO HAVE AN ENDOSCOPY/ COLONOSCOPY,THESE RECORDS/ EXAM FINDINGS ARE OUTSTANDING AND THERE HAS BEEN NO CONFIRMATION OF SX AND/OR EVIDENCE TO NOTE THE NEED FOR FURTHER GI TESTING. THUS, RECOMMEND DCM CLARIFY CLMTS TREATING PROVIDERS AND OBTAIN THEIR UPDATED RECORDS/ COMPLETE OVNS AS WELL ASRECORDS FROM DR. SPEER (INCLUDING THE 03/30/18 OVN), DR. STANLEY, DR. SWABY (GI), PT, NEUROLOGY, AND DR. HIGGINS, INCLUDING CONFIRMATION OF THE CLMTS LAST HEMORRHOID SX WITH OPERATIVE REPORT AND ANY DIAGNOSTIC TEST RESULTS. ONCE SECURED, DCM MAY REFER BACK TO MDS AS NEEDED. DISCUSSED WITH DCM; NCM TO REMOVE FROM ASSIGNMENT.

**ote**

Claim/Leave: 8248892
Episode #: 1
Nurse Name: PRESUTTI, ANNA
Service #: 16620814
Service Date: 07/19/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BLAIR, DOWNS
Note Type: INFORMATION OBTAINED DESC
Text: (1 OF 2) REVIEWED ASSOCIATED STD CLAIM #3955162. IN BRIEF, THE CLMT IS A 56 YOF WHO HAS BEEN SEPARATED FROM THE WORKPLACE SINCE 02/16/18 DUE TO THROMBOSED HEMORRHOIDS (HEMORRHOIDS THAT HAVE NO BLOOD FLOW DUE TO A BLOOD CLOT IN THE VEIN) WHICH REQUIRED REMOVAL ON 02/19/18 WITH DR. DUNN (GENERAL SURGEON). IT IS NOTED CLMT HAD 21 BLOOD CLOTS REMOVED. OF NOTE, THE CLMT HAS A HX OF A BLEEDING DISORDER (WHICH CAN INCREASE YOUR CHANCE OF BLEEDING WITH ANY SURGERIES, TRAUMA AND/OR PROCEDURES) AND PRIOR KIDNEY SURGERY. POSTOPERATIVELY, AP NOTED THE CLMT RECEIVED AN INFUSION EVERY OTHER DAY TO HELP WITH BLOOD CLOTTING AND ENDORSED SYMPTOMS OF PAIN. AS OF LOV 04/05/18 WITH DR. DUNN, AP NOTES NORMAL BLADDER FUNCTION AND BOWEL MOVEMENTS WITH DAILY USE OF LINZESS (MEDTHAT HELPS TREAT GI SYMPTOMS). EXAM WAS NORMAL AND CLMT ADVISED TO F/U AS NEEDED. ADDITIONAL RECORDS ON FILE INCLUDE OVNS FROM DR. SPEER (PCP). AFTER VISIT SUMMARY NOTE 03/30/18, CLMT SEEN BY DR. SPEER FOR LEFT HIP PAIN IN THE SETTING OF RHEUMATOID ARTHRITIS (RA); AN ORAL PAIN MED WAS PRESCRIBED AND CLMTS LOA WAS EXTENDED TO 05/28/18. THERE ARE NO EXAM FINDINGS NOTED AS THE COMPLETE OVN WAS NOT AVAILABLE FOR REVIEW. OV 05/09/18 WITH DR. SPEER, CLMT REPORTED ONGOING RECTAL PAIN WITH PINK BLOOD; AP NOTED CLMT IS BEING TREATED FOR A NEW HEMORRHOID WITH DR. STANLEY (? PROVIDER UNKNOWN; NO NOTES ON FILE) WITH MEDS AND SHE MAY NEED ANOTHER HEMORRHOID SX. ADDITIONAL SYMPTOMS INCLUDED A HOARSE VOICE AND COUGH DUE TO POSSIBLE GI REFLUX, ARTHRITIS AND BONE SPURS INHIPS WITH POSSIBLE TX WITH INJECTIONS AND PT BY DR. HIGGINS (? ORTHO; NO NOTES ON FILE), AND RIGHT HAND TREMOR FOR OVER 1 YEAR AT REST AND WITH INTENTION. EXAM NOTES A RESTING RIGHT HAND TREMOR AND TX PLAN INCLUDED REFERRAL TO NEUROLOGY (NO NOTES ON FILE) PER CLMTS REQUEST,

CONTINUATION OF LINZESS AND A GI MED, AND EXTENSION OF STD. LOV 06/19/18 WITH DR. SPEER, AP NOTES CLMT HAD HEMORRHOID SX (NO NOTES/ OP REPORT ON FILE) AND OVERALL DOING WELL, HOWEVER HAS PAIN WITH PROLONGED SITTING. **CONT**

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Other
Other Subject : FORMS
Text: [07/19/2018 - DOWNS, BLAIR]RECEIVED AUTH, CIF, CSS, FIQ, TEE

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Called EE
Other Subject :
Text: [07/18/2018 - DOWNS, BLAIR]CLMT LM ON VM 7/17, 11:12 REQUESTING RTN CALL. SHE WENT ONLINE AND DOWNLOADED FORMS. CAN SHE FAX? RTN'D CALL AND SPOKE W/ CLMT. CONFIRMED SHE CAN FAX FORMS. SHE WILL FAX OVER TOMORROW.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : LTR to EE
Other Subject :
Text: [07/16/2018 - DOWNS, BLAIR]MAILED ACKNOWLEDGEMENT W/ FORMS

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : Ref to Managed Care
Other Subject : FOR LA
Text: [07/16/2018 - DOWNS, BLAIR]WHAT ARE REASONABLE R&L'S? DURATION?

**ote**

Claim/Event/Leave: 8248892
NoteSubject : Initial EE Interview
Other Subject :
Text: [07/16/2018 - DOWNS, BLAIR]CALLED AND SPOKE W/ CLMT. CONFIRM LDW/DOD. ALL THE SUDDEN ON 2/15 FELT SOMETHING WRONG. SHE HAD HEMORRHOID XS TO REMOVE 21 BLOOD CLOTS A FEW DAYS LATER. SHE HAS A CLOTTING D/O WHICH HAS CAUSED PROBLEMS W/ RECOVERY AND HAD AD'L SX IN MAY W/ AP DUNN. NO PLANNED F/U'S W/ DUNN AT THIS TIME. SWABY IS GASTRO. SCHEDULED FOR UPPER AND LOWER ENDOSCOPY 8/15 AND MAY CLAMP ESOPHAGUS. AP'S AREN'T REALLY SURE WHAT THEY ARE GOING TO DO UNTIL THE GET IN THERE. CLMT IS CURRENTLY IN PELVIC FLOOR THERAPY. SHE IS ALSO TRYING TO STAY AS ACTIVE AS SHE CAN AROUND THE HOUSE SO SHE IS READY TO RTW WHEN SHE GETS OK. AS OF NOW CAN WALK AROUND HOUSE FOR ABOUT 2 HRS BEFORE SHE IS IN A LOT OF PAIN. AP TOLD HER SHE IS AT RISK OF PROLAPSED RECTUM IF SHE RTW BEFORE SHE IS HEALED. MAY NEED SX TO SNURE THAT DOESN'T HAPPEN AS WELL PRIOR TO RTW. CLMT DOES HAVE RT HAND TREMOR, BUT AT THIS POINT AP THINKS B/C OF ALL THE MEDS SHE IS IS ON. HAD TO TAKE FMLA LAST YEAR TO HELP CARE FORFATHER AND WAS REALLY HOPING THIS YEAR WOULD BE BETTER. SHE HAS HX OF HEPATISITIS AND RECEIVED WHAT WERE ESSENTIALLY CHEMO TX'S FOR IT AND CONTINUED TO WORK SINCE SHE DIDN'T WANT TO HAVE TO TAKE TIME OFF. CLMTIS PRODUCTION TEAM MEMBER. WORKS IN QUALITY CONTROL AND FINESSE IN PAINT DEPARTMENT. PRIOR TO ER WORKED AS CUSTOMER SERVICE REP FOR FAMILYOWNED PRINTING COMPANY. DURING HOUSING/FINANCIAL CRISIS COMPANY HAD TO SHUT DOWN AND HE TOOK WHATEVER JOB SHE COULD TO MAKE ENDS MEETS UNTIL SHE GOTJOB OFFER FROM ER AND VERY THANKFUL AS THINGS WORKED OUT IN THE LONG RUN AND WOULD LIKE TO RTW W/ ER. CONFIRMED ODB, ADDRESS, SYSTEM INFO, NO DEPENDENT. 23 YR OLD DAUGHTER LIVES W/ THEM. EXPLAINED EP, BENEFITS % AND MONTHLY, PROCESS. EXPLAINED WILL GET RECORDS ON FILE REVIEWED OT SEE IF INITIAL DETERM CAN BE RENDERED AND WILL SEND HER FORMS FOR COMPLETION.

**C ote**

Claim/Event/Leave: 8248892
NoteSubject : STD Trans. LTD
Other Subject : ESCALATION NOTE
Text: [07/16/2018 - DOWNS, BLAIR]LDW: 2/15 DOD: 2/16 DX: HEMORRHOIDECTOMY. AUTH FORM ON FILE, JOB: TEAM MEMBER - JD REQUESTED

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

**Claim ve t eave m er** 3955162 **ommo atio m er**

**ote t pe**

Primary Sort Order

Note Type

Note Number

● Note Date/Time

Accm. No.

Sec

●

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [08/15/2019 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, AND COVERSHEET SHIPPED TO CLAIMANT;

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : JD
Text: [07/16/2018 - PRUITT, CAROLANN]JD IN DOC LIST

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Escalation
Other Subject : REVIEW
Text: [07/13/2018 - WIGGINS, DALICE]CLAIM ESCALATED TO SEVERE AND REASSIGNED TO B. DOWNS

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Escalation
Other Subject : TO LTD
Text: [07/11/2018 - PRUITT, CAROLANN]LDW: 2/15 DOD: 2/16 DX: HEMORRHOIDECTOMY. AUTH FORM ON FILE, JOB: TEAM MEMBER - JD REQUESTED

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Med Records Rcvd
Other Subject : SWABY - REJECTION
Text: [07/05/2018 - BROTEMARKLE, JAMES]RCVD REJECTION OF 6/22/18 MED REQUEST DUE TO LACK OF AUTH. HOWEVER, NO ACTION NEEDED, AS RECORDS WERE RCVD ON 6/27/18.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : EMAILED ER
Text: [06/29/2018 - PRUITT, CAROLANN]EMAILED JULIE FOR A JD

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : eSignature
Other Subject : Document Requested

Other Subject : Document Requested

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Extended Benefits
Other Subject : TO MAX 8/16
Text: [06/29/2018 - PRUITT, CAROLANN]REASONABLE TO EXTEND THRU 8/16 WITH CX OF OFFICE VISITS AND MEDICAL RECORDS.

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/29/2018 - PRUITT, CAROLANN]NOV 7/2 FOR PT, 8/6 ORTHOPEDIC, AND ON 8/16 PREP FOR UPPER AND LOWER SCOPE. EE WILL F/U WITH BOTH SPEER AND SWABY AFTER SCOPE

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Med Records Rcvd
Other Subject : AP SPEER
Text: [06/28/2018 - PRUITT, CAROLANN]SEE DOC LIST

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Med Records Rcvd
Other Subject : AP SWABY
Text: [06/27/2018 - PRUITT, CAROLANN]MR RECEIVED

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Notice/Proof Review
Other Subject : SPEER/SWABY
Text: [06/27/2018 - PRUITT, CAROLANN]REQUESTED MR FROM AP SPEER AND AP SWABY WITH CORRECT FAX NUMBERS FOR ONGOING TX DAY 31 7/27

**ote**

Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject :
Text: [06/26/2018 - HALEY-HOWELL, SHANIA]EE CLD TO PROVIDE FAX # 423-778-6154 ATTN: KAREN FOR AP SWADDY

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Extended Benefits
Other Subject : THRU 7/9/18
Text: [06/25/2018 - BROTEMARKLE, JAMES]ER CONFIRMED CHAT PLANT WILL BE SHUTDOWN 6/28/18-7/9/18, REOPENING 7/10/18. BENEFITS SHOULD NOT BE STOPPED DURING THAT PERIOD. EXTENDING BENEFITS THRU 7/9/18.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : LTR to AP
Other Subject : SWABY
Text: [06/22/2018 - SUTTON, CANDANCE]FAXED MRR TO AP FOR OVN FROM JUNE. DL 06/29.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : LTR to AP
Other Subject : SPEER
Text: [06/22/2018 - SUTTON, CANDANCE]FAXED MRR TO AP FOR OVN FROM MAY--PRESENT. DL 06/29

**ote**

Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject :
Text: [06/22/2018 - SUTTON, CANDANCE]OV 06/19 WITH DR. SPEER REFERRED TO PELVIC FLOOR THERAPY. OV 07/02 WILL BE EVALUATED FOR PT, BENCHMARK THERAPY 423-559-0444. OV 08/15 WITH DR. SWADY 423-778-4830. DCM INFORMED EE THAT MEDICAL FROM DR. SPEER WILL BE REQUESTED FOR REVIEW OF EXTENSION, DCM INFORMED EE TO GIVE AP A CALL IN A DAY OR TWO TO CX RECEIPT OF REQUEST, EE ACK.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : REASSIGN
Text: [06/14/2018 - NWETON, MEGAN]CLAIM WAS REASSIGNED AND LETTER HAS BEEN SENT

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : REASSIGNED
Text: [06/13/2018 - BROTEMARKLE, JAMES]CLAIM REASSIGNED TO C. PRUITT.

**ote**
Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : 30 DAY CK IN
Text: [06/04/2018 - MAJESKI, KRISTIE]EE STATED THAT HER RECOVERY IS COMING JUST SLOW, EE NEEDS COLONSCOPY. EE WILL NEED TO BE IN THERAPY. EE NOV 6/19. EE HAS A SON WITH DISABILITY AND HE PASSED AWAY 11 YEARS, HE WORKED UP UNTIL HE PASSED AWAY. EE WANTS TOUSE HIM AS AN EXAMPLE. DCM INFORMED THAT DCM WILL FU AFTER HER NOV TO SEE WHAT HER TREATMENT PLAN WILL BE. EE THANKED, CALL ABRUPTLY DISCONNECTED.

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : LTR to EE
Other Subject : EXTENSION
Text: [05/11/2018 - BROTEMARKLE, JAMES]SENT EMAIL NOTIFYING OF EXTENSION.

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Extended Benefits
Other Subject : THRU 7/8/18
Text: [05/11/2018 - BROTEMARKLE, JAMES]EE OOW DUE TO HEMORRHOIDS AND ONGOING CLOTTING DISORDER. WILL UNDERGO ADDT'L SURGICAL INTERVENTION ON 5/14/18. PER PCP, WILL NEED TO BE OOW 8 WKS FROM SURGERY. BLOOD CLOTTING DISORDER MAKES SX RECOVERY DIFFICULT. EE'SONGOING TX INCLUDES 4 EPSOM SALT BATHS DAILY AND IV INFUSION EVERY 48 HOURS. EE REPORTS JOB DUTIES INCLUDE FREQUENT STANDING AND LIFTING. REASONABLE TO EXTEND BENS THRU 7/8/18 AT THIS TIME TO ALLOW FOR ADDT'L SURGICAL INTERVENTION, RECOVERY, AND RTW. ACTION PLAN: F/U IN 5 WKS FOR UPDATE. IF NO RTW PLANNED, REQUEST UPDATED MEDICAL RECORDS TO EVALUATE ONGOING R/LS AND PREP FOR POSSIBLE ESCALATION TO LTD.

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Med Records Rcvd
Other Subject : SPEER
Text: [05/11/2018 - BROTEMARKLE, JAMES]RCVD 5/9/18 OOW NOTE, DETAILS ON TX PLAN.

**ote**
Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : EXTENSION
Text: [05/11/2018 - BROTEMARKLE, JAMES]M1 CALLED AND S/W EE. CONFIRMED WE RCVD HER EMAIL BUT OOW NOTE WAS UNCLEAR. SHE SAID SHE FAXED IT AS WELL. M1 REVIEWED ADCM RIGHTFAX AND LOCATED OOW NOTE FROM LYDIA SPEER (PCP). NOTE INDICATES SHE SHOULD BE OOW 6 ADDT'L WEEKS FROM 5/28/18. EE EXPLAINED SHE NEEDS ADDT'L SURGERY ON 5/14/18 (CLEVELAND SURGICAL ASSOCIATION). SHE HAS A RECURRING BLOOD CLOT ISSUE. SHE WILL LIKELY NEED PHYSICAL THERAPY (PER OOW NOTE). F/U WITH SURGEON SCHEDULED FOR 5/21/18. HE AND PCP COLLABORATE ON TX PLAN AND R/LS. EE SAID SHE HAS TO STAND AND LIFT ALL DAY AT WORK, SO SHE CAN'T RTW WITH THIS CONDITION AND TX. SHE HAS TO TAKE 4 EPSOM SALT BATHS DAILY AND NEEDS IV INFUSION (AGENT TO PROMOTE BLOOD CLOTTING) EVERY 48 HOURS. M1 CONFIRMED WILL EXTEND BENEFITS THRU 7/8/18 FOR EE TO ALLOW FOR ADDITIONAL SURGERY AND RECOVERY. EE SAID SHE REALLY WANTS TO RTW. M1 EXPLAINED WILL F/U CLOSER TO END OF JUNE TO SEE HOW SHE'S DOING. IF IT APPEARS SHE WON'T BE ABLE TO RTW, ADCM WILL REQUEST MEDICAL RECORDS TO EVALUATE CLAIM FURTHER AND PREPARE FOR POSSIBLE ESCALATION TO LTD. EE THANKED M1 AND REQUESTED CONFIRMATION OF EXTENSION VIA EMAIL. M1 AGREED.

**ote**
Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject :
Text: [05/10/2018 - KAYLOR, ROBERT]EE CALLED TO SEE IF MED DOCS WERE RECEIVED; EE ALSO ADVISED SHE HAS AN INTERNAL HEMRROIDECTOMY ON 5/14/18; DCM ADVISED MED RECORD PICTURES WERE UNCLEAR; EE ADVISED SHE WILL TRY TO FAX INFO OVER; DCM ADVISED WILL RELAY INFO OVER TO ADCM AND TEAM; EE THANKED; NFQ

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : MED REQ DENIED
Text: [04/26/2018 - MAJESKI, KRISTIE]DCM RECVD DENIED MED REQ DUE TO INADADEQUATE AUTH

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : CHANGE IN DCM
Text: [04/11/2018 - BILLER, KATHRYN]REASSIGNED TO K. MAJESKI

Text: [04/11/2018 - BILLER, KATHRYN]REASSIGNED TO K. MAJESKI

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/11/2018 - DAVIS, RYAN]RECEIVED OV NOTES FROM SURGICAL ASSOCIATES, NO ACTION NEEDED, CLAIM APPROVED OUT

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called AP
Other Subject : CLEVELAND SURGICAL
Text: [04/10/2018 - KUMMARI, NARMADA]CALLED CLEVELAND SURGICAL ASSOCIATION OFFICE TO CONFIRM MEDICAL RECORDS RECEIVED. SPOKE WITH DENISE, REQUEST RECEIVED AND SHE SAID THAT SHE HAS FAXED BACK THE RECORDS ON 4/10.

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : LVM
Text: [04/06/2018 - BROWN, CHELSEA]LVM STATING THAT CLAIM HAS BEEN EXT

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Extended Benefits
Other Subject :
Text: [04/06/2018 - BROWN, CHELSEA]BASED ON MEDICAL RECORDS TWO X-RAYS BEING ORDER FOR BOTH HIPS IT IS REASONABLE TO EXT THE CLAIM THROUGH 05/28/2018, ACTION PLAN: DCM WILL STILL FOLLOW UP REGARDING MEDICAL RECORDS FOR ONGOING CASE MANAGEMENT

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : LTR to EE
Other Subject : NOTICE AND PROOF
Text: [04/05/2018 - BROWN, CHELSEA]SENT NOTICE AND PROOF WITH DEADLINE 05/19

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : LTR to AP
Other Subject : CELEVAND SURGICAL AS
Text: [04/05/2018 - BROWN, CHELSEA]SENT REQUEST 02/16/2018-THE PRESENT

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : LTR to AP
Other Subject : DR. STEERS
Text: [04/05/2018 - BROWN, CHELSEA]SENT REQUEST 02/16/2018- THE PRESENT

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Extended Benefits
Other Subject :
Text: [04/05/2018 - BROWN, CHELSEA]BASED ON NOV 04/27 IT IS REASONABLE TO EXT THROUGH NOV 04/27/2018

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : LVM
Text: [04/05/2018 - BROWN, CHELSEA]EE CALLED LVM WANTING A CALL BACK

**ote**

Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject : ACD
Text: [04/04/2018 - HART, TIFFANY]CLMT CALLED TO ADV THAT DR. STEER WANTS TO EXTEND CLAIM. CLAIM NEEDS TO BE EXTENDED THRU 5/28/18. CLMT ADV THAT SHE WILL SEE A SX ON 4/5/18. CLMT DOES NOT THINK SX WILL BE SCHEDULED UNTIL SPECIALISTS WILL BE SEEN ON 4/27/18. AT THIS TIME SX HAS NOT BEEN SCHEDULED PENDING FUTURE APPT'S WITH SPECIALISTS.[04/04/2018 - HART, TIFFANY]CLMT WILL FAX D/C INFO WITH EXT NOTE TO ADCM.. DCM CX FAX# WITH CLMT

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : RE: UPDATE

Text: [04/04/2018 - HELLMAN, GREG]CALLED EE AT ( TO FOLLOW UP ON OV AND POTENTIAL SX. DCM LEFT MESSAGE FOR EE TO CALL BACK.

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : EXT
Text: [03/07/2018 - BROWN, CHELSEA]EE IS AWARE OF EXT THROUGH 04/20/2018 AND THAT DCM WILL FOLLOW UP ON 03/23/2018

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Extended Benefits
Other Subject :
Text: [03/07/2018 - BROWN, CHELSEA]BASED ON ESCALATION OF CARE TO SPECIALISTS AND TESTING AND OV BEING DONE ON 03/23/2018 IT IS REASONABLE TO EXT CLAIM 04/20/2018, ACTION PLAN: DCM WILL FOLLOW UP ON 03/23/2018 AFTER NOV FOR TREATMENT PLANS

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called EE
Other Subject : UPDATED
Text: [03/07/2018 - BROWN, CHELSEA]EE STATED THAT DR. SPERS THAT IS PCP THAT IS TAKING EE OOW, EE IS GOING TO SEE THE SPECIALIST MARCH 23, 2018 TO GET MORE TESTING OR PROCEDURES AS SOON AS POSSIBLE. EE STATED THAT SHE IS UNAWARE OF PHONE# AND FAC# FOR DR.STANLEY. EE STATED THAT AP IS TAKING HER OOW UNTIL 04/20/2018, BECAUSE OF ESCALATION OF CARE TO SPECIALISTS AND TESTING THAT NEEDS TO BE DONE, EE STATED THAT SHE IS NOT SURE IF THERE IS SURGERY NEEDED UNTIL 03/23

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Med Records Rcvd
Other Subject : DR. DUNN
Text: [03/07/2018 - BROWN, CHELSEA]OV NOTE 02/19/2018

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : FINANCIAL SERVICES
Text: [03/07/2018 - KANE, AMANDA]REMOVED FIT/SIT AS PMT HAS PROCESSED FOR PERIOD OF 2/16/18 THRU 3/1/18

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO AMANDA KANE.

**ote**

Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject : CSU
Text: [03/06/2018 - BOOTHROYD, DAVID]EE STATED THAT HER AP HAS REFERRED THE EE TO A SPECIALIST FOR TESTING AND POTENTIAL SURGERY. EE ASKED THAT DOCTOR LYDIA STEER'S FAX NUMBER BE NOTED: . EE ASKED THAT THIS CLAIM BE EXTENDED THROUGH: 4/20/18.ADCM UNAVAILABLE AT THE TIME OF THE CALL. EE DID NOT WANT TO LVM FOR THE ADCM. EE ASKED THAT E-MAIL BE SENT TO THE ADCM TO RETURN THE EE'S CALL, AT: . EE HAD NFQ. THANKED EE. E-MAIL SENT TO THE ADCM TO RETURN THE EE'S CALL.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject : INITIAL PAY
Text: [03/06/2018 - KANE, AMANDA]SCHEDULED PAYMENT FROM 2/16/18 THRU 3/20/18 W PRORATED DEDUCTIONS PER DEDUCTIONS SHEET IN DOC LIST -- CALCULATED FIT/SIT OVERRIDE FOR MULTI-MODE PMT. OVERRIDE IS FOR THE PERIOD OF 2/16/18 THRU 3/1/18 -- FEDERAL AND STATEMODE: WEEKLY (7) # OF MODES: 2.00 FILING STATUS: SINGLE 0 FIT OVERRIDE: $ 103.12 SIT OVERRIDE: (TOTAL STATE WITHHOLDING SHOULD BE WHEN YOU CALC NEXT CHECK) THIS COULD BE OFF A FEW CENTS DUE TO ROUNDING. (IF THE STATE REQUIRES A MINIMUM OF $10.00, IT IS OK TO PUT IN $10.00) **PLEASE REMEMBER TO REMOVE THE OVERRIDE AMOUNTS AFTER THE CHECK HAS BEEN ISSUED.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO BRENDA WHITEHOUSE.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE CALCULATE DEDUCTIONS AND SCHEUDLE INITIAL PAYMENT

**ote**

Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject :
Text: [03/05/2018 - JACKSON, CERAE]EE CALLED CONCERNING LEAVE LETTER REC; ADV OF STD APPROVAL THRU 03/20; ADV LTR OF APPROVAL WILL ARRIVE SOON; EE ADV MAY BE EXTENDED PAST 3/20; DCM ADV TO CALL TO LET US KNOW ASAP AND WE CAN REQ ,M/R TO GET HER EXTENDED WITH NO LAPSE

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : LTR to EE
Other Subject :
Text: [03/02/2018 - ATHERTON, CRAIG]APPROVAL LETTER SENT TO EE VIA MAIL, AND JULIE VIA EMAIL

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Other
Other Subject :
Text: [03/02/2018 - ATHERTON, CRAIG]CASE SCORED FOR INITIAL DEDUCTIONS AND SCHEDULE PAYMENT

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : Approved
Other Subject : THRU 3/20
Text: [03/02/2018 - ATHERTON, CRAIG]56 YOF JOB QUALITY INSPECTOR IN PAINT SHOP ( REQUIRED TO STAND ALL DAY). LDW: 2/15/2018, DOD: 2/16/2018 DX: HEMORRHOIDS, EE UNABLE TO WORK ON 2/16/2018 EE STATED WAS IN PAIN WENT TO THE ER ON 2/18 AND HAD SX ON 2/19 TOREMOVE 21 HEMORRHOIDS, EE HAS A CLOTTING DISORDER, TREATING WITH DR. JASON DUNN P: 423-472-5423 -- DR ADVISED 4 ERTW LOV: 3/1/2018, DR ADVISED 4 ERTW NOV 3/20/2018--- RECOMMEND APPROVAL THROUGH NOV 3/20/2018. APPROVAL SEEMS REASONABLE BASED ON SX PERFORMED, EE CLOTTING DISORDER NOTED IN MEDICALS, AND EE DUTIES.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**

Claim/Event/Leave: 3955162
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**ote**

Claim/Event/Leave: 3955162
NoteSubject : Called AP
Other Subject : CLEVELAND SURGICAL
Text: [03/02/2018 - ATHERTON, CRAIG]SPOKE TO ROXIE, SHE ADVISED EE HAD BEEN SEEN BY THEM FOR F/U TX FOR THE HEMORRHOIDS THAT WERE REMOVED 2/19. LOV 3/1/2018, NOTES SAID 4 WEEKS FROM 2/19, NOV 3/20. FAX FOR RECORDS 423-476-5523 ATTN. DENISE

**ote**

Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject : ACD
Text: [02/28/2018 - ALLEN, KARLA]EE CALLED TO SEE IF MEDICAL RECEIVED. DCM ADV MEDICAL RECEIVED THIS MORNING AND ADCM WILL CALL EE AFTER REVIEWED. EE THANKED, NFQ.

**ote**

ote
Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject : CSU
Text: [02/28/2018 - STACY, MARCIA]EE CALLED FOR STATUS. I CONFIRMED DCM DID SEND FAX TO DR'S OFFICE ON 2/23. EE HAS F/U VISIT 3/1 BUT SHE WILL CALL DR'S OFFICE TODAY TO BE SURE THEY RESPOND TO THE FAX REQUEST.

**ote**
Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject : ACD
Text: [02/23/2018 - DUNN, RETRINA]SX WAS 2/19, ADV WILL SEND MR REQ TO AP

**ote**
Claim/Event/Leave: 3955162
NoteSubject : EE Called
Other Subject : CSU
Text: [02/23/2018 - STACY, MARCIA]EE CALLED FOR STATUS. SHE STATED SHE HAS SIGNED THE AUTHORIZATION FORM. NEITHER EE NOR THE DR'S OFFICE HAS NOT BEEN CONTACTED YET AND SHE WANTS SOMETHING DONE TODAY. SHE HAS NOTIFIED HER HR ABOUT THE SLOWNESS OF THE CLAIM PROCESS. THIS DELAY IS CAUSING HER MORE STRESS AND SHE WILL DO ANYTHING THAT IS NEEDED TO HELP GET THE CLAIM APPROVED. EE HAS LEFT MSGS FOR DCM. SHE WANTS A CALL BACK TODAY. I WILL GIVE MSG TO DCM.[02/23/2018 - STACY, MARCIA]EMAILED NOTE TO DCM AND MGR. R. DALE.

**ote**
Claim/Event/Leave: 3955162
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: [02/21/2018 - BROWN, CHELSEA]LVM TO CALL DCM BACK

**ote**
Claim/Event/Leave: 3955162
NoteSubject : Initial EE Interview
Other Subject :
Text: [02/21/2018 - THOMPSON, LATISHA]EE CX'D ALL INFORMATION, QUALITY INSPECTOR IN PAINT SHOP AND IS REQUIRED TO STAND ALL DAY. LDW: 2/15/2018, DOD: 2/16/2018 DX: HEMORRHOIDS, EE UNABLE TO WORK ON 2/16/2018 EE STATED WAS IN PAIN WENT TO THE ER ON 2/18 ANDHAD SX ON 2/19 TO REMOVE 21 HEMORRHOIDS, EE HAS A CLOTTING DISORDER, TREATING WITH DR. JASON DUNN P: 423-472-5423 AND NOV: 3/1/2018, DCM ADVISED EE THAT ADCM WILL BE IN TOUCH WITH STATUS OF CLAIM.

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/16/2018 AND THE LEAVE END DATE IS 02/16/2018.

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: R.EVA 2/19 ERTW IS UNKNOWN SURGERY TBA

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: HEMORRHOIDS

**C ote**
Claim/Event/Leave: 3955162
NoteSubject : Telephonic Intake
Other Subject : PRIOR RELATED INFO
Text: HAS HAD THIS FOR A WHILE

**Joseph, Mann & Creed**
**8948 Canyon Falls Blvd.**
**Twinsburg, OH 44087**
**(216) 831-5626**

**12/2/2020**

**LEISHA SMITH**
**Leisha Smith**



**12-02-2020 11:05** Kimberly Shane
12/2/2020 11:05:17 AM All Account Notes printed for guarantor
12/2/2020 11:06:15 AM All Account Notes printed for guarantor
12/2/2020 11:09:10 AM Transactions ( Summary ) printed for guarantor

**12-02-2020 11:04** Ashawna Mccarty
12/2/2020 11:04:02 AM All Account Notes printed for guarantor

**11-24-2020 11:36** Chelsey Barnhart
11/24/2020 11:36:09 AM All Account Notes printed for guarantor

**11-16-2020 11:23** Tina Pereces
Per Client: Currently we show that you have the above file for collection. Could you please stop collection efforts and close your file. Our internal legal team is requesting a copy of your file to be forwarded to us as soon as possible
Submitted ticket for note file
Account 11954362 status changed from AW to CR * Queue date changed from 11/14/2020 to 11/14/2020 by Tina Pereces
Mail Allowed

**10-30-2020 17:34** Dialer Call
Answering Machine (Hung Up) Dialer Call: 10/30/2020 10:56:02 AM Duration: 4s, Phone# ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 11/14/2020
Dialer Imported Status Change From AP To AW

**10-16-2020 17:38** Dialer Call
Operator Transfer (Caller Abandoned) Dialer Call: 10/16/2020 4:03:48 PM Duration: 7s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 10/18/2020
Dialer Imported Status Change From AW To AP

**09-25-2020 17:35** Dialer Call
Answering Machine (Hung Up) Dialer Call: 9/25/2020 4:07:37 PM Duration: 4s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 10/10/2020
Dialer Imported Status No Change. Status to Remain in AW

**09-04-2020 17:36** Dialer Call
AGENT - Third Party Dialer Call: 9/4/2020 4:10:00 PM Duration: 23s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: JASON.LAUSCHIN Queued To: 9/19/2020
Dialer Imported Status Change From LB To AW

**08-07-2020 17:42** Dialer Call
Invalid Phone Number Dialer Call: 8/7/2020 4:18:27 PM Duration: 0s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 8/22/2020
Dialer Imported Status Change From AW To LB

**07-17-2020 17:38** Dialer Call
Answering Machine (Hung Up) Dialer Call: 7/17/2020 4:13:39 PM Duration: 4s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 8/1/2020

Dialer Imported Status Change From AP To AW

**06-26-2020 17:34** Dialer Call
Operator Transfer (Caller Abandoned) Dialer Call: 6/26/2020 2:01:45 PM Duration: 10s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 6/28/2020
Dialer Imported Status Change From AW To AP

**06-19-2020 17:33** Dialer Call
Answering Machine (Hung Up) Dialer Call: 6/19/2020 4:12:15 PM Duration: 4s, Phone# ( ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 7/1/2020
Dialer Imported Status No Change. Status to Remain in AW

**06-12-2020 17:34** Dialer Call
Answering Machine (Hung Up) Dialer Call: 6/12/2020 4:08:36 PM Duration: 4s, Phone# ): SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 6/24/2020
Dialer Imported Status No Change. Status to Remain in AW

**05-29-2020 17:33** Dialer Call
Answering Machine (Hung Up) Dialer Call: 5/29/2020 3:54:52 PM Duration: 4s, Phone# SkillName: 3rdParty_CollectionUnit_QC AGENT: Queued To: 6/10/2020
Dialer Imported Status Change From New Work To AW

**05-26-2020 10:19** Faith DeMichele
5/26/2020 Task cycle C executed on account 11954362 Letter initl demand ordered status changed from Scrub to ColPool sent to the collector pool
5/26/2020 Task cycle D executed on account 11954362 status changed from ColPool to New Work
5/26/2020 10:54:28 AM Account: 11954362 assigned to collector: 1157, by:1121
5/26/2020 Letter initl demand ordered for active accounts. Account No. 11954362
05-26-2020 Account 11954362 Letter initl demand sent

**05-23-2020 18:47** Batch Update
Acct Scrubbing LocateSmarter found new phone numbers –
Account has been Cell Scrubbed through LocateSmarter; The number 4 has been changed to a Cell number
Account has been scrubbed in Acct Scrubbing LocateSmarter
Acct Scrubbing LocateSmarter found new phone numbers –
Account has been Cell Scrubbed through LocateSmarter; The number has been changed to a Cell number
Account has been Cell Scrubbed through LocateSmarter; The number has been changed to a Cell number
Account has been scrubbed in Acct Scrubbing LocateSmarter
Account has been Cell Scrubbed through LocateSmarter; The number has been changed to a Cell number
Account sent for Cell Scrubbing

**05-22-2020 09:09** Faith DeMichele
5/22/2020 Task cycle A executed on account 11954362
5/22/2020 Task cycle B executed on account 11954362 status changed from New Work to Scrub

**05-21-2020 10:04** Ashawna Mccarty
5/21/2020 10:04:57 AM account 11954362 added for client Lincoln Financial Group with a original amount of 8871.33 and a total balance of 8871.33

# OVERPAYMENT REFERRAL (Collection Agency and Closed File Administration)

***Instructions:***

***Written approval from the ASO customer is required prior to referral completion. All overpayments and all applicable claim note(s) must be entered into SystemOne prior to submitting this referral.***

***The ASO customer must know that a Collection Agency recovery fee of 25 - 30% of the total overpayment collected will be incurred by the ASO customer.***

***All closed claims with outstanding WC or Subrogation liens should be referred to the Subrogation Unit.***

***Referral Type:***

- [x] ***Collection Agency***
- [x] ***Closed Claim (Operations Analysis)***

Today's Date: **5/20/2020**

Office #: **0096**

Case Managers Name **Robin Lahue**

Phone: **(888) 437-7611**

Extension: **16181**

Claim Number(s): **8248892**

Reason(s) For Overpayment:
- [x] Social Security
- [ ] Pension
- [ ] RTW
- [ ] Partial Disability
- [ ] Stat Benefits
- [ ] WC

Document Location
- [x] Document List
- [x] Correspondence
- [ ] Paper File

Total SystemOne Overpayment Due Amount: **$8,871.33**

Total ASO or RBO Takeover Overpayment:

**Less Attorney Fees**

Total Overpayment to be Collected: **$8,871.33**

Date Overpayment Incurred: **2/27/2020**

Date Overpayment Communication Sent to Claimant
Letter 1: **2/27/2020**
Letter 2: **4/15/2020**

Future Benefit Reduction Recovery Amount (if any):

Date of next payment: **N/A**
- [ ] Weekly
- [ ] Bi-weekly
- [x] Monthly

Date of last claimant phone contact (or attempt): **5/5/2020**

Claim Closure Date (if applicable): **8/17/2019**

Claim Closure Reason (if applicable): **NOAO**

Is Claim Closure in Appeal? (if applicable): [ ] Yes [x] No

**DEBTOR**

Claimant Name: **LEISHA SMITH**

Claimant Social Security Number:

Claimant Telephone Number:

Claimant Address:
Street 1
Street 2
City, St, Zip

Customer Name: **VOLKSWAGEN GROUP OF AMERICA**

Product Type (STAT, STD, LTD): **LTD**

Funding Type (ASO w/checks or Fully Insured: **FI**

***Comments (if any)*** **Claim was previously appealled but has been reviewed and remains closed as of 1/20/20. This information was sent to the atty on record again on 5/5/20**

***For Operations Analysis Use Only***

***Collection Agency Assigned:***

***Record #***

***Date of Referral:***

***File Recommendation/Notes:***

***Referred by:***

***Date of Closure:***

DIS OPS ANAL-OP MGT 1 (7/99)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

D. SETH HOLLIDAY
MCMAHAN LAW FIRM, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON GA 30722

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8172

May 6, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892
Claimant: Leisha Smith

Dear D. Seth Holliday:

We previously wrote to you regarding the overpayment on your Long-Term Claim. As of this date we have not received a full refund.

We spoke with Julie Howard on April 24, 2020, who asked us to hold off on any action until the appeal has been decided. We have since left two messages for Julie to advise of the decision. Enclosed you will find a copy of the letter sent from the Appeal department on March 19, 2020. At this point the full balance is due.

A total of $8,871.33 is still outstanding. You must return the full refund within 10 days of this letter or contact our office before May 19, 2020 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $8,871.33, payable to Lincoln Life Assurance Company of Boston in the return envelope provided or to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

If we do not receive payment by May 19, 2020, under the terms of your Policy Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Lahue
Payment Specialist II
Phone No.: (888) 437-7611 Ext. 16181
Secure Fax No.: (603) 427-2754

CC: Leisha Smith

Attachments: 8248892-RECOVERY/REPAYMENT-CORRESPONDENCE-02.27.2020
8248892-ACKNOWLEDGE-FREEFORM-03.19.2020

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 3955162, 8248892** | | | | |
| | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *7/27/2018* | *through* | *8/16/2019* | $24,426.56 |
| Less: Should have Paid | *7/27/2018* | *through* | *8/16/2019* | $10,390.73 |
| | | | | |
| Overpayment Due | | | | $14,035.83 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $664.50 |
| | | | | |
| **Amount Due** | | | | **$8,871.33** |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

D. SETH HOLLIDAY
MCMAHAN LAW FIRM, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON GA 30722

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

March 19, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892
Claimant: Leisha Smith

Dear D. Seth Holliday:

This letter responds to your correspondence received in our office on February 27, 2020 requesting copies of all pertinent documents relating to the decision to deny Leisha Smith's LTD benefits. As requested, we have enclosed a true and accurate copy of the claim file and the Volkswagen Group of America Group Disability Income Policy. The copy of the file includes any and all communications (including telephone entries), claim forms, electronic eligibility information, medical reviews, vocational reports, and written correspondence. The credentials of the Vocational Consultant are on the reports. No video surveillance was conducted. The disability insurance records have been compiled and maintained in the normal course of business, within the record keeping procedures of Lincoln Financial Group.

Lincoln Life Assurance Company of Boston adheres to all ERISA regulations and procedural requirements. No internal claims and/or appeal administration guidelines and/or protocols, medical literature, or training materials were used to make this claim determination.

A copy of the Volkswagen Group of America (LTD) policy is enclosed. The effective date and address are shown on the attached Volkswagen Group of America Group Disability Income Policy.

As Lincoln Financial Group provides 'Administrative Services Only' for Volkswagen Group of America's short term disability, please contact Volkswagen Group of America directly to obtain copies of any Summary Plan Descriptions (SPD) materials, as well as any and all documents which describe benefits available to Ms. Smith under the Plan(s) that were in effect or that she was eligible for when during her employment at Volkswagen Group of America and for any information regarding premiums paid for coverage.

Ms. Smith's gross monthly LTD benefit (prior to denial) paid by Lincoln Financial Group was

$2329.60, with applicable offsets and deductions her net benefit was $1927.10. The Favorable Social Security award would be an additional offset to her monthly benefit ($1177.00). The Overpayment Summary and Overpayment calculations are contained within this copy of the claim file. There currently remains an outstanding overpayment in the amount of $9535.83 on her claim.

Ms. Smith's LTD claim was denied on July 30, 2019. Ms. Smith was advised of her right to appeal the decision under ERISA guidelines. Ms. Smith appealed the decision and our office conducted a full and fair review of the appeal and a determination was rendered on January 11, 2020 to uphold the denial of benefits. Ms. Smith has exhausted her administrative remedies under ERISA. Therefore, Ms. Smith's claim remains closed and no further action will be taken by Lincoln Financial Group.

The proper entity is The Lincoln National Life Insurance Company, Attn: GP Legal & Compliance, 8801 Indian Hills Dr., Omaha, NE 68114.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8172

May 6, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892
Claimant: Leisha Smith

Dear D. Seth Holliday:

We previously wrote to you regarding the overpayment on your Long-Term Claim. As of this date we have not received a full refund.

We spoke with Julie Howard on April 24, 2020, who asked us to hold off on any action until the appeal has been decided. We have since left two messages for Julie to advise of the decision. Enclosed you will find a copy of the letter sent from the Appeal department on March 19, 2020. At this point the full balance is due.

A total of $8,871.33 is still outstanding. You must return the full refund within 10 days of this letter or contact our office before May 19, 2020 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $8,871.33, payable to Lincoln Life Assurance Company of Boston in the return envelope provided or to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

If we do not receive payment by May 19, 2020, under the terms of your Policy Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Lahue
Payment Specialist II
Phone No.: (888) 437-7611 Ext. 16181
Secure Fax No.: (603) 427-2754

CC: Leisha Smith

Attachments: 8248892-RECOVERY/REPAYMENT-CORRESPONDENCE-02.27.2020
8248892-ACKNOWLEDGE-FREEFORM-03.19.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8172

April 16, 2020

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

We previously wrote to you regarding the overpayment on your Long-Term Claim. As of this date we have not received a full refund.

A total of $8,871.33 is still outstanding. You must return the full refund within 10 days of this letter or contact our office before April 29, 2020 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $8,871.33 payable to Lincoln Life Assurance Company of Boston in the return envelope provided or to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

If we do not receive payment by April 29, 2020, Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Lahue
Payment Specialist II
Phone No.: (888) 437-7611 Ext. 16181
Secure Fax No.: (603) 427-2754

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

D. SETH HOLLIDAY
MCMAHAN LAW FIRM, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON GA 30722

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

March 19, 2020

D. Seth Holliday
McMahan Law Firm, LLC
700 S. THORNTON AVENUE
P O BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892
Claimant: Leisha Smith

Dear D. Seth Holliday:

This letter responds to your correspondence received in our office on February 27, 2020 requesting copies of all pertinent documents relating to the decision to deny Leisha Smith s LTD benefits. As requested, we have enclosed a true and accurate copy of the claim file and the Volkswagen Group of America Group Disability Income Policy. The copy of the file includes any and all communications (including telephone entries), claim forms, electronic eligibility information, medical reviews, vocational reports, and written correspondence. The credentials of the Vocational Consultant are on the reports. No video surveillance was conducted. The disability insurance records have been compiled and maintained in the normal course of business, within the record keeping procedures of Lincoln Financial Group.

Lincoln Life Assurance Company of Boston adheres to all ERISA regulations and procedural requirements. No internal claims and/or appeal administration guidelines and/or protocols, medical literature, or training materials were used to make this claim determination.

A copy of the Volkswagen Group of America (LTD) policy is enclosed. The effective date and address are shown on the attached Volkswagen Group of America Group Disability Income Policy.

As Lincoln Financial Group provides Administrative Services Only for Volkswagen Group of America s short term disability, please contact Volkswagen Group of America directly to obtain copies of any Summary Plan Descriptions (SPD) materials, as well as any and all documents which describe benefits available to Ms. Smith under the Plan(s) that were in effect or that she was eligible for when during her employment at Volkswagen Group of America and for any information regarding premiums paid for coverage.

Ms. Smith s gross monthly LTD benefit (prior to denial) paid by Lincoln Financial Group was

$2329.60, with applicable offsets and deductions her net benefit was $1927.10. The Favorable Social Security award would be an additional offset to her monthly benefit ($1177.00). The Overpayment Summary and Overpayment calculations are contained within this copy of the claim file. There currently remains an outstanding overpayment in the amount of $9535.83 on her claim.

Ms. Smith s LTD claim was denied on July 30, 2019. Ms. Smith was advised of her right to appeal the decision under ERISA guidelines. Ms. Smith appealed the decision and our office conducted a full and fair review of the appeal and a determination was rendered on January 11, 2020 to uphold the denial of benefits. Ms. Smith has exhausted her administrative remedies under ERISA. Therefore, Ms. Smith s claim remains closed and no further action will be taken by Lincoln Financial Group.

The proper entity is The Lincoln National Life Insurance Company, Attn: GP Legal & Compliance, 8801 Indian Hills Dr., Omaha, NE 68114.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

# McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

March 2, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 7018 1130 0002 0676 5890

Robin Lahue
Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7213

| | |
|---|---|
| Re: | Leisha Smith |
| SSN: | |
| Claim No.: | 8248892 |

Dear Ms. Lahue:

We are in receipt of your letter dated February 28, 2020. This is a reminder that all correspondence needs to be sent to our office. Also, we respectfully request you hold off on any overpayment issues until a decision is made regarding Ms. Smith's disability claim.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D. Seth Holliday

D. Seth Holliday

DSH/jh

McMAHAN LAW FIRM, LLC
*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722

**CERTIFIED MAIL**

7018 1130 0002 0676 5890

$7.200
US POSTAGE
FIRST-CLASS
062S0009564986
30720

Robin Lahue
Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7213

40742-721313

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 3955162, 8248892** | | | | |
| | | | | |
| | | | | |
| **Overpayment Calculation** | | | | |
| | | | | |
| Originally Paid | *7/27/2018* | *through* | *8/16/2019* | $24,426.56 |
| Less: Should have Paid | *7/27/2018* | *through* | *8/16/2019* | $10,390.73 |
| | | | | |
| Overpayment Due | | | | $14,035.83 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $664.50 |
| | | | | |
| **Amount Due** | | | | **$8,871.33** |
| | | | | |

# Calculation Worksheet

**Claimant Name: Leisha Smith** **Customer: Volkswagen Group of America**

**Claim Number (s): 3955162, 8248892**

| | |
|---|---|
| **Overpayment Amount:** | $ 8,871.33 |
| **Underpayment Amount:** | $0.00 |

| **Originally Paid** | | **Should have Paid** | |
|---|---|---|---|
| **From Date** | 7/27/2018 | **From Date** | 7/27/2018 |
| **Thru Date** | 8/16/2019 | **Thru Date** | 8/16/2019 |
| **Total** | **$24,426.56** | **Total** | **$10,390.73** |

* (-) indicates an underpayment

| **Credit** | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $4,500.00 |
| **Excess Fees** | $664.50 |
| **Total:** | $5,164.50 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3955162 | 38132897 | 7/27/2018 | 8/2/2018 | 8/2/2018 | $582.40 | $0.00 | $582.40 | $148.18 | $434.22 |
| 3955162 | 38138247 | 8/3/2018 | 8/9/2018 | 8/9/2018 | $582.40 | $0.00 | $582.40 | $148.18 | $434.22 |
| 3955162 | 38143945 | 8/10/2018 | 8/16/2018 | 8/16/2018 | $582.40 | $0.00 | $582.40 | $148.18 | $434.22 |
| 8248892 | 47814514 | 8/17/2018 | 9/16/2018 | 9/10/2018 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 47846109 | 9/17/2018 | 10/16/2018 | 10/10/2018 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 47878706 | 10/17/2018 | 11/16/2018 | 11/12/2018 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 47908827 | 11/17/2018 | 12/16/2018 | 12/10/2018 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 47940802 | 12/17/2018 | 1/16/2019 | 1/10/2019 | $2,329.60 | $0.00 | $2,329.60 | $403.80 | $1,925.80 |
| 8248892 | 47972664 | 1/17/2019 | 2/16/2019 | 2/11/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 48004889 | 2/17/2019 | 3/16/2019 | 3/11/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 48035975 | 3/17/2019 | 4/16/2019 | 4/10/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 48069581 | 4/17/2019 | 5/16/2019 | 5/10/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 48103190 | 5/17/2019 | 6/16/2019 | 6/10/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 48138468 | 6/17/2019 | 7/16/2019 | 7/10/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 8248892 | 48173432 | 7/17/2019 | 8/16/2019 | 8/12/2019 | $2,329.60 | $0.00 | $2,329.60 | $402.50 | $1,927.10 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **Totals:** | **$29,702.40** | **$5,275.84** | **$24,426.56** |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3955162 | 38132897 | 7/27/2018 | 8/2/2018 | 8/2/2018 | $582.40 | $73.80 | | | $508.60 | $148.18 | $360.42 | $0.00 |
| 3955162 | 38138247 | 8/3/2018 | 8/9/2018 | 8/9/2018 | $582.40 | $258.30 | | | $324.10 | $148.18 | $175.92 | $0.00 |
| 3955162 | 38143945 | 8/10/2018 | 8/16/2018 | 8/16/2018 | $582.40 | $258.30 | | | $324.10 | $148.18 | $175.92 | $0.00 |
| 8248892 | 47814514 | 8/17/2018 | 9/16/2018 | 9/10/2018 | $2,329.60 | $1,107.00 | | | $1,222.60 | $402.50 | $820.10 | $781.20 |
| 8248892 | 47846109 | 9/17/2018 | 10/16/2018 | 10/10/2018 | $2,329.60 | $1,107.00 | | | $1,222.60 | $402.50 | $820.10 | $781.20 |
| 8248892 | 47878706 | 10/17/2018 | 11/16/2018 | 11/12/2018 | $2,329.60 | $1,107.00 | | | $1,222.60 | $402.50 | $820.10 | $781.20 |
| 8248892 | 47908827 | 11/17/2018 | 12/16/2018 | 12/10/2018 | $2,329.60 | $1,107.00 | | | $1,222.60 | $402.50 | $820.10 | $781.20 |
| 8248892 | 47940802 | 12/17/2018 | 1/16/2019 | 1/10/2019 | $2,329.60 | $1,117.67 | | | $1,211.93 | $414.56 | $797.37 | $802.63 |
| 8248892 | 47972664 | 1/17/2019 | 2/16/2019 | 2/11/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 8248892 | 48004889 | 2/17/2019 | 3/16/2019 | 3/11/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 8248892 | 48035975 | 3/17/2019 | 4/16/2019 | 4/10/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 8248892 | 48069581 | 4/17/2019 | 5/16/2019 | 5/10/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 8248892 | 48103190 | 5/17/2019 | 6/16/2019 | 6/10/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 8248892 | 48138468 | 6/17/2019 | 7/16/2019 | 7/10/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 8248892 | 48173432 | 7/17/2019 | 8/16/2019 | 8/12/2019 | $2,329.60 | $1,127.00 | | | $1,202.60 | $402.50 | $800.10 | $801.20 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | **Totals:** | **$29,702.40** | **$14,025.07** | **$0.00** | **$0.00** | **$15,677.33** | **$5,286.60** | **$10,390.73** | **$9,535.83** |

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

# McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

February 20, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 7018 1130 0002 0676 5937

Courtney Grygiel
Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7213

Re: Leisha Smith
SSN:
Claim No.: 8248892

Dear Ms. Grygiel:

I represent Leisha Smith in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Volkswagen Chattanooga. Pursuant to my contract with Ms. Smith and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through my office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by my client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of my client's privacy.

At this time, I request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including but not limited to:

a) any document, record or other information that was relied upon in making the benefit determination;

b) any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

c) any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F.R. §2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants:

d) any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) the names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol, or other similar criterion.

i) if any recordings have been made relative to this claim in any way, please provide complete audio copies or these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the Long Term Disability Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for Long Term Disability coverage between you and Volkswagen Chattanooga.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Smith will receive if a favorable determination is made.

11. Please state whether the money deducted from Ms. Smith's paycheck for her portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide me with the status of this claim.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any audio or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to my office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the plan administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D. Seth Holliday

DSH/jh

Enclosure

cc:
Leisha Smith

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** ____________________ **SSN:** ____________________

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained D. Seth Holliday and McMahan Law Firm, LLC, as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that McMahan Law Firm, LLC, are properly paid under the legal service contract, I hereby agree that McMahan Law Firm, LLC, are granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30722

This direction shall remain valid until McMahan Law Firm, LLC, notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to McMahan Law Firm, LLC, (to include D. Seth Holliday) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to D. Seth Holliday and McMahan Law Firm, LLC.

Leisha Smith — 2-11-2020

Signature — Date

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by McMahan Law Firm, LLC.

By: D. Seth Holliday

**LIMITED POWER OF ATTORNEY**

I, ________________________, hereby constitute and appoint, **D. Seth Holliday,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to McMahan Law Firm, LLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, McMahan Law Firm, LLC at the following address:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30722

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 11th day of February, 2020.

Leisha Smith
Signature

STATE OF Georgia
COUNTY OF Whitfield

On this _____ day of ________________, 201___, personally appeared ________________, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

[signature]
NOTARY PUBLIC

YESENIA LOPEZ
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 12, 2022
WHITFIELD COUNTY, GEORGIA

My Commission Expires: 12/12/22

## ELECTRONIC MEDICAL RECORDS RELEASE AUTHORIZATION

I hereby request that ______________________________ release electronic copies of my medical records pursuant to the Heath Information Technology for Economic and Clinical Health Act (HITECH Act) to my attorney, McMahan Law Firm, LLC. Please email my records to my attorney's address listed below. Or, if unable to email the electronic records, please mail a CD or a flash drive of my records to my attorney's address as listed below.

Please email the records to: ylopez@mcmahanfirm.com

**OR**

Please mail a CD or a flash drive of my records to:

McMahan Law Firm, LLC
P.O. Box 1607
Dalton, GA 30722

Patients' Name: ______________________

Patient's Social Security Number: ______________________

DOB: ______________________

Name of Physician/Facility: Courtney Grygiel
Address: Lincoln Life Assurance Company
PO Box 7213
London, KY 40742-7213

**Patient or Authorized Representative's Signature:** Leisha Smith

**Date:** 2-20-20 **Relationship to Patient:** ______________________

**A PHOTOSTATIC OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**RELEASE AUTHORIZATION**

To:

Courtney Grygiel
Lincoln Life Assurance Company
PO Box 7213
London, KY 40742-7213

Dear ______________ ___________,

I have retained McMahan Law Firm, LLC, to act on my behalf. Please furnish any information requested by McMahan Law Firm, LLC, or its employees. I intend this form to be a broad waiver to allow McMahan Law Firm, LLC, access to any information that his employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and or/mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person or any other information about me that is requested by McMahan Law Firm, LLC.

Leisha Smith
Signature

______________________
Social Security Number

______________________
Name

2-20-2020
Date

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722

**CERTIFIED MAIL**

7018 1130 0002 0676 5937

$7.05 0
US POSTAGE
FIRST-CLASS
062S0009565000
30720

Courtney Grygiel
Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7213

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8172

February 28, 2020

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of August 1, 2018. This letter and the attached overpayment summary outline the impact of that award on your benefits from Lincoln Life Assurance Company of Boston.

Since Lincoln Life Assurance Company of Boston paid you disability benefits for the period July 27, 2018 through August 16, 2019 with no reduction for Social Security Benefits, you are now overpaid under the terms of you Policy. The overpayment calculation was prorated beginning August 1, 2018.

**Total Overpayment Amount: $8,871.33**

Lincoln Life Assurance Company of Boston will work with Doherty, Cella, Keane, and Associates regarding the collection of this overpayment. You will be contacted by a representative from Doherty, Cella, Keane, and Associates regarding repayment of this overpayment.

If payment is not received by March 19, 2020, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Lahue
Recovery Specialist

Phone No.: (888) 437-7611 Ext. 16181
Secure Fax No.: (603) 427-2754

Attachments: 8248892-RECOVERY/REPAYMENT-CORRESPONDENCE-02.27.2020

| | | | | |
|---|---|---|---|---|
| Claim Number (s): 3955162, 8248892 | | | | |
| | | | | |
| Overpayment Calculation | | | | |
| | | | | |
| Originally Paid | *7/27/2018* | *through* | *8/16/2019* | $24,426.56 |
| Less: Should have Paid | *7/27/2018* | *through* | *8/16/2019* | $10,390.73 |
| | | | | |
| Overpayment Due | | | | $14,035.83 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $664.50 |
| | | | | |
| **Amount Due** | | | | **$8,871.33** |

DOHERTY CELLA KEANE, LLP
Attorneys at Law | Practice Limited to Social Security Disability
www.dcklaw.com

## Lincoln Life NOA Cover sheet

**Date:** February 13, 2020

**NOA**

| | |
|---|---|
| Claimant #: | 8248892 |
| Claimant Name: | Leisha Dianne Smith |
| EFT: | Y |
| Date of Referral: | 3/5/2019 |
| Dependents: | N |
| Dependent Name & DOB: | N/A |
| Award Level: | IC |
| Date of Entitlement: | 08/18 |
| Past Due Benefit Amount: | $20,658.00 |
| Past Due Benefits Time Period: | 08/18 through 01/20 |
| DOE for Medicare Part A: | 08/20 |
| DOE for Medical Part B: | 08/20 |

**Payment History**

| | |
|---|---|
| Initial Entitlement Amount: | 08/18 - $1,107.00 |
| COLA: | 12/18 - $1,138.00 |
| CAE: | 01/19 - $1,158.00 |
| COLA: | 12/19 - $1,177.00 |
| STAT/WC offset? | |

If Benefit reduction – what is full benefit amt:

**Fees**

| | |
|---|---|
| Agreed Attorney Fee Amount: | $4,500.00 |
| Excess Fees Paid by SS: | $1,500.00 |

**Additional Comments:**

**Please forward op calculations to: awards@dcklaw.com**

Doherty, Cella, Keane & Associates, LLP 100 Cummings Center, Suite 335-N, Beverly, MA 01915
Tel. (800) 211-4736 | Fax (978) 922-1644 | E-mail: ssdilaw@dcklaw.com

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: February 8, 2020
BNC#: 20MS868D93000-HA

LEISHA D SMITH

You are entitled to monthly disability benefits beginning August 2018.

## The Date You Became Disabled

We found that you became disabled under our rules on February 15, 2018.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2018.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $15,493.50 around February 9, 2020.
- This is the money you are due for August 2018 through January 2020.
- Your next payment of $1,177.00, which is for February 2020, will be received on or about the fourth Wednesday of March 2020.
- After that you will receive $1,177.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.
- The day of the month you receive your payments depends on your date of birth.

See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2018 | $1,107.20 | Entitlement began |
| December | 2018 | $1,138.20 | Cost-of-living adjustment |
| January | 2019 | $1,158.90 | Credit for additional earnings |
| December | 2019 | $1,177.40 | Cost-of-living adjustment |

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $20,658.00 for August 2018 through January 2020. Under the fee agreement, the representative cannot charge you more than $5,164.50 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings Operations
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $5,164.50 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $97, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to MARTIN EUGENE KEANE.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*0404X71T000016* 000016

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-207-4867. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
529 INMAN ST W
CLEVELAND TN 37311

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

# PAYMENT SUMMARY

**Your Payment Of $15,493.50**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for August 2018 through January 2020 including any cost of living increase and considering work and earnings through 2018, less monthly rounding of benefits | $20,658.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 5,164.50 |
| This equals the amount of your first payment | $15,493.50 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective February 2020:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 1,177.40 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .40 |
| This equals the amount of your regular monthly payment | $ 1,177.00 |

February 6, 2020

From: Leisha Smith

Phone No.

Claim No. **8248892**

ATTN: Courtney Grygiel

Appeals Consultant

Phone No. (888) 437-7611 Ext 13301

Secure Fax No. (603) 422-7909

Lincoln Financial Group

Long Term Disability (LTD) Benefits

P.O. Box 7213

London, KY 40742-7213

RE: Letter of Approval for SSD

Courtney:

I am faxing the proof of approval from SS for the disability claim I filed March 21, 2019.

Thank you,

Leisha Smith

**Social Security Administration**

LEISHA D SMITH

Date: February 04, 2020
BNC: 20BI050C45346
REF: A

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2019, the full monthly Social Security benefit before any deductions is $1,177.40.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,177.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

**Information About Past Social Security Benefits**

From January 2019 to November 2019, the full monthly Social Security benefit before any deductions was $1,158.90.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,158.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

The date of birth shown on our records is March 22, 1962.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 855-207-4867. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY

529 INMAN ST W
CLEVELAND, TN 37311

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Social Security Administration

my Social Security

Leisha D. Smith Sign Out

My Home Message Center Security Settings

## Overview

**Welcome, Leisha!** You last signed in on February 05, 2020 at 11:54AM EST.

**Overview**

Benefit & Payment Details

Earnings Record

Replacement Documents

My Profile

### Social Security Statement

A Message from Social Security:

Your Social Security Statement...

| | | |
|---|---|---|
| Estimated Benefits: | Not applicable | |
| Last Reported Earnings: | $21,661 in 2018 | View Earnings Record |

### Your Benefit Applications

| Benefit Type | Level | Date Started | Status | More Info |
|---|---|---|---|---|
| Social Security (Disability) | Initial | 03/21/2019 | Decision made | View Decision |

Get Help

### Benefits & Payments

| | | |
|---|---|---|
| You are receiving: | Social Security (Disability) | View Benefit Details |
| Your next payment is: | $0.00 on , | View Payment History |

Get a Benefit Verification Letter

Need proof that you receive Social Security benefits? Here's your official letter.

### Report Wages

Submit Your Pay Stub Information

If you are receiving Social Security Disability and are working, you may report your wages online.

### Social Security Card Replacement

Request a Replacement Card

Go to My Profile

Your profile allows you to view or update your:

- personal information,
- contact information, and
- direct deposit information.

Privacy Policy Accessibility Help

# *my* Social Security

My Home Message Center Security Settings

## Overview

**Welcome, Leisha!** You last signed in on February 05, 2020 at 11:54AM EST.

### Social Security Statement

### A Message from Social Security:

Your Social Security Statement...

| | | |
|---|---|---|
| Estimated Benefits: | Not applicable | |
| Last Reported Earnings: | **$21,661 in 2018** | View Earnings Record |

### Your Benefit Applications

| Benefit Type | Level | Date Started | Status | More Info |
|---|---|---|---|---|
| Social Security (Disability) | Initial | 03/21/2019 | Decision made | View Decision |

### Benefits & Payments

| | | |
|---|---|---|
| You are receiving: | Social Security (Disability) | View Benefit Details |
| Your next payment is: | **$0.00** on , | View Payment History |

Get a Benefit Verification Letter
Need proof that you receive Social Security benefits? Here's your official letter.

### Report Wages

**From:**Awards <awards@dcklaw.com>
**Sent:**Thu, 6 Feb 2020 17:48:08 +0000
**To:**Claims_SSVA
**Subject:**Leisha Dianne Smith, Claim Number: 8248892

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please be advised the SS disability claim for the above claimant has been approved.  We do not have specific award data yet, but will forward to you upon receipt.

Thank you.

**Suzanne Butler**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
awards@dcklaw.com
www.social-security-law.com
***************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
***************************************************************************

February 6, 2020

From: Leisha Smith

Phone No. (

Claim No. **8248892**

ATTN: Courtney Grygiel

Appeals Consultant

Phone No. (888) 437-7611 Ext 13301

Secure Fax No. (603) 422-7909

Lincoln Financial Group

Long Term Disability (LTD) Benefits

P.O. Box 7213

London, KY 40742-7213

RE: Letter of Approval for SSD

Courtney:

I am faxing the proof of approval from SS for the disability claim I filed March 21, 2019.

Thank you,

Leisha Smith

# *my* Social Security

My Home Message Center Security Settings

## Overview

**Welcome, Leisha!** You last signed in on February 05, 2020 at 11:54AM EST.

### Social Security Statement

#### A Message from Social Security:

Your Social Security Statement...

| | | |
|---|---|---|
| Estimated Benefits: | Not applicable | |
| Last Reported Earnings: | **$21,661 in 2018** | View Earnings Record |

### Your Benefit Applications

| Benefit Type | Level | Date Started | Status | More Info |
|---|---|---|---|---|
| Social Security (Disability) | Initial | 03/21/2019 | Decision made | View Decision |

### Benefits & Payments

| | | |
|---|---|---|
| You are receiving: | Social Security (Disability) | View Benefit Details |
| Your next payment is: | **$0.00** on , | View Payment History |

Get a Benefit Verification Letter
Need proof that you receive Social Security benefits? Here's your official letter.

### Report Wages

## Social Security Administration

LEISHA D SMITH

Date: February 04, 2020
BNC: 20BI050C45346
REF: A

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2019, the full monthly Social Security benefit before any deductions is $1,177.40.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,177.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

**Information About Past Social Security Benefits**

From January 2019 to November 2019, the full monthly Social Security benefit before any deductions was $1,158.90.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,158.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

The date of birth shown on our records is

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 855-207-4867. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY

529 INMAN ST W
CLEVELAND, TN 37311

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

ORIGIN ID:PSMA (603) 205-6139
CATHY NILES
LINCOLN FINANCIAL GROUP
100 LIBERTY WAY

DOVER, NH 03820
UNITED STATES US

SHIP DATE: 31JAN20
ACTWGT: 4.00 LB
CAD: 250303643/INET4220

BILL SENDER

TO **MS. LEISHA D. SMITH**

56BJ2/DF82/FE4A

REF: C00997

INV:
PO: DEPT:

FedEx Express

E

J201020011301uv

**TUE - 04 FEB 4:30P**
**** 2DAY ****

1 of 2

TRK# 0201 **7776 5773 6646**

**## MASTER ##**

**ST MMIA**

**37323**
TN-US **CHA**

**After printing this label**:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned

**Warning**: Use only the printed original label for shipping Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ORIGIN ID:PSMA (603) 205-6139
CATHY NILES
LINCOLN FINANCIAL GROUP
100 LIBERTY WAY

DOVER, NH 03820
UNITED STATES US

SHIP DATE: 31JAN20
ACTWGT: 4.00 LB
CAD: 250303643/INET4220

BILL SENDER

TO **MS. LEISHA D. SMITH**

INV:
PO:
REF: 000997
DEPT:

56BJ2/DF82/FE4A

FedEx Express

J201020011301uv

**TUE - 04 FEB 4:30P**
**** 2DAY ****

**2 of 2**
**MPS# 7776 5773 7399** 0201
0263 **Mstr# 7776 5773 6646**

**37323**
**CHA**
TN-US

**ST MMIA**

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Liberty Mutual : Fax 1-603-422-7909

FAX COVER SHEET

2 PAGES

1-21-2020

ATTN: Courtney Grygiel

Appeals Consultant

RE: Leisha Smith

Claim #8248892

January 20, 2020

ATTN: Courtney Grygeil

Appeals Consultant

RE: LTD Claim # 8248892

Courtney,

I am requesting copies of all documents relevant to my claim, free of charge per your letter.

Thank you,

Leisha Smith

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

January 28, 2020

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

This letter responds to your correspondence received in our office on January 23, 2020 requesting copies of all pertinent documents relating to the decision to deny your LTD benefits. As requested, we have enclosed a true and accurate copy of the claim file and the Volkswagen Group of America Group Disability Income Policy. The copy of the file includes any and all communications (including telephone entries), claim forms, electronic eligibility information (application for benefits), medical reviews, vocational reports and written correspondence. The disability insurance records have been compiled and maintained in the normal course of business, within the record keeping procedures of Lincoln Financial Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Liberty Mutual : Fax 1-603-422-7909

FAX COVER SHEET

2 PAGES

1-21-2020

ATTN: Courtney Grygiel

Appeals Consultant

RE: Leisha Smith

Claim #8248892

January 20, 2020

ATTN: Courtney Grygeil

Appeals Consultant

RE: LTD Claim # 8248892

Courtney,

I am requesting copies of all documents relevant to my claim, free of charge per your letter.

Thank you,

Leisha Smith

## Transferable Skills Analysis

**Date:** 1/8/2020
**Claimant:** Leisha Smith
**Claim #:** 8248892
**Policyholder:** Volkswagen Group of America

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. Smith transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, Training Education Experience Form, Peer Review by Roger Kasendorf, DO dated 11/13/2019; Occupational Analysis dated 12/5/2018 and Transferable Skills Analysis dated 6/12/2019 both by Vanessa Scungio, MA, CRC

**Education & Training:**
Education: High School graduate, Computer skills include Microsoft Word, Excel, email, internet and typing 65 wpm

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 741.687-010 | Inspector | 2 | 7 | L |
| 211.462-010 | Cashier II | 2 | 1 mos. | L |
| 318.687-010 | Kitchen Helper | 2 | 2 mos. | M |
| 249.362-026 | Order Clerk | 4 | 10 | S |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Review by Roger Kasendorf, DO dated 11/13/2019

- Standing – Up to 1 hour at a time and up to 2 hours per day
- Walking – Up to 1 hour at a time and up to 2 hours per day
- Lifting – Occasionally, up to 20 pounds
- Carrying – Occasionally, up to 20 pounds
- Pushing – Occasionally, up to 20 pounds
- Pulling – Occasionally, up to 20 pounds
- Climbing stairs - Occasionally
- Stooping - Occasionally
- Kneeling - Never
- Crouching - Never
- Crawling - Never
- Sitting – Up to 3 hours at a time and 6 hours per day
- Reaching –Constantly below desk level, constantly at desk level, occasionally overhead
- Use lower extremities for foot controls - Constantly
- Fine manipulation - Constantly
- Simple and firm grasping – Constantly

**Skills & Abilities:**
Technical Skills:

- Knowledge of tools, materials, and methods used.
- Adhere to object specifications or standards.
- Perform routine work repeatedly.
- Identify and troubleshoot problems.
- Ability to complete thorough inspection, assess problem.

Customer Service Skills:
- Inform and consult with customers.
- Communicate effectively with others while listening to their needs and determining how to best assist customer.
- Work as part of a team.

Cashiering Skills:
- Ability to complete basic mathematical concepts.
- Knowledge of monetary exchanges.
- Ability to meet, greet and assist customers.
- Knowledge of related equipment necessary to complete sales processes.
- Ability to complete repetitive tasks.

Clerical Skills:
- Aptitude for examining, evaluating, improving and developing methods.
- Excellent filing, recording skills.
- Ability to work as a team member and follow directions.
- Ability to perform routine office work using basic clerical skills.
- Ability to work in an office with data entry operations.
- Ability to exercise proper telephone protocol.
- Skilled at computing, compiling, tabulating, reviewing and supporting data and conclusions derived therefrom.

**Profile Adjustments:**
- General Educational Development: Reasoning, Mathematics, Language adjusted to grades 9-12 based on high school graduate.
- Strength: Adjusted to light based on restrictions/limitations. Standing, walking and reaching overhead assessed separately.
- Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Environmental: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- Noise: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- Aptitudes: No adjustments performed.
- Situations: Working alone or apart in physical isolation from others adjusted to yes based on time as a dishwasher.
  Working under specific instructions adjusted to yes based on following supervisory tasks.
  Making judgments and decisions adjusted to yes based on inspections as well through customer service office work.
- Data: Copying adjusted to yes based on order clerk tasks.
- People: Serving adjusted to yes based on customer service.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 203.582-054 | Data Entry Clerk | 4 | S | $2681 |
| 209.567-014 | Order Clerk, Food and Beverage | 2 | S | $2789 |
| 239.367-014 | Dispatcher, Maintenance Service | 3 | S | $3290 |
| 249.362-026 | Order Clerk | 4 | S | $2789 |
| 237.367-038 | Receptionist | 4 | S | $2428 |

**Wage Information is based on median 2018 Bureau of Labor Statistical Data*

In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s).

**Summary:**

***Occupations Identified:***
The Transferable Skills Analysis identified occupations that are within Ms. Smith's physical abilities and within their identified skill level. The following are examples of occupations Ms. Smith could perform: Data Entry Clerk; Order Clerk, Food and Beverage; Dispatcher, Maintenance Service; Order Clerk and Receptionist. The occupations meet their gainful amount of $2329.60 in the national economy.

I have not met with Ms. Smith for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Counselor

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 741.687-010 | Paint-Spray Inspector | 2 | 7 | 0 | Y | N | N | L | 06.03.02 |
| 211.462-010 | Cashier II | 2 | 0 | 1 | Y | N | N | L | 07.03.01 |
| 318.687-010 | Kitchen Helper | 2 | 0 | 2 | Y | N | N | M | 05.12.18 |
| 249.362-026 | Order Clerk | 4 | 10 | 0 | Y | N | N | S | 07.05.03 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 4 (3 to 6 months) | No Change |
| Minimum | | 2 (Up to 1 month) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | Occasionally |
| Balancing | | Never | Unknown |
| Stooping | | Frequently | Occasionally |
| Kneeling | | Never | No Change |
| Crouching | | Frequently | Never |
| Crawling | | Never | No Change |
| Reaching | | Constantly | No Change |
| Handling | | Constantly | No Change |
| Fingering | | Frequently | Constantly |
| Feeling | | Frequently | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Constantly | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Frequently | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Occasionally | Unknown |
| Extreme Heat | | Frequently | Unknown |
| Wet and/or Humid | | Frequently | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Constantly | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Frequently | Unknown |
| Noise Intensity Level | | Loud | Very Loud |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 3 (34-66 Percentile) | No Change |

| | | |
|---|---|---|
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | Yes |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | Yes |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | Yes | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: courtney grygiel DATE: Monday, January 6, 2020

## CLAIM BACKGROUND

Claimant Name: LEISHA SMITH Claim Number: 8248892

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: VOLKSWAGEN GROUP OF AMERICA

Change In DEF. Date: 08/17/2019

Pre-Disability Earnings: $3,882.67 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please update TSA based on r/l's in Dr. Roger Kasendorf's peer review (11/22/19 document date in EDM.) Gross Benefit amount $2329.60

DP 512

# Roger Kasendorf, DO

**Physical Medicine and Rehabilitation**
**Pain Management**

CLAIMANT NAME: Smith, Leisha
EXAMINER: Dr. Roger Kasendorf
ECN #: 136615-2
CLAIM #: 8248892
DATE OF LOSS: 2/16/2018

**12/26/19 ADDENDUM FOR ADDITIONAL MEDICAL RECORDS**

Office visit notes dated 12/18/19 by Megan Brock, PT, the provider documents the claimant underwent physical therapy due to a restricted cervical and bilateral shoulder range of motion. The claimant reports that these impairments significantly limit her function resulting in inability to complete overhead reaching tasks for ADLs, difficulty with driving, and decreased independence with bed mobility.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your peer review. Please explain why or why not**.

No, the additional records provided for review do not contain any information which could indicate a worsening of the claimant's medical conditions or functional capabilities beyond what I have already outlined before. The claimant's complaints of pain and her range of motion limitations have already been taken into consideration when outlining the appropriate activity restrictions and limitations.

The newly provided documentation does not indicate worsening or improvement of the claimant's functionality which would warrant a change in my prior assessment of her functional capabilities. Therefore, my prior assessment remains unchanged.

Sincerely,



Roger Kasendorf, DO
Medical License CA 12928
Board Certified PM&

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 77498**

**Date** **12/26/2019**

***Bill To:***

**Courtney Grygiel**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8248892
**Date of Loss:** 2/16/2018
**ECN #** 136615-5
**Account #**

**Claimant** Leisha Smith

| | | |
|---|---|---|
| 12/26/2019 | Addendum Peer - Long Term Disability: Service<br>Provider: David M Burke, MD<br>Specialty: Neurology | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 77563**

**Date** **12/27/2019**

***Bill To:***

**Courtney Grygiel**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8248892
**Date of Loss:** 2/16/2018
**ECN #** 136615-6
**Account #**

**Claimant** Leisha Smith

| | | |
|---|---|---|
| 12/27/2019 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Roger A Kasendorf, DO<br>Specialty: PMR/Pain Management | $200.00 |

**SubTotal** $200.00

**Final Invoice Total** $200.00

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# DAVID M BURKE, MD

CLAIMANT NAME: Smith, Leisha
EXAMINER: David M. Burke, MD
ECN #: 136615-5
CLAIM #: 8248892
DATE OF LOSS: 2/16/2018
DATE OF SERVICE: 12/26/2019

**12/26/19 ADDENDUM FOR ADDITIONAL MEDICAL RECORDS:**

12/18/19 PT Evaluation Note, the claimant is s/p fall 11/14/ with R shoulder and neck pain, with a known co-morbid history of Parkinson's, and R hip labral tear. Claimant is planned for skilled PT.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your peer review. Please explain why or why not.**

PT initial assessment record does not alter the previous assessment. Her recent injury and hip symptoms are deferred to another reviewer. Considering the claimant's incredible response to Sinemet, which was started on 3/28/19, as per Dr. Valadez's OVN in the setting of 7/1/19 unremarkable physical examination findings, which were devoid of documentation of clinically significant gait abnormalities, use of AD's, decreased lumbar/cervical ROM, or decreased ROM, strength, sensation, coordination, or reflexes of the upper or lower extremities, my assessment remains unchanged.

Sincerely,

David M Burke

David Burke, MD
Board Certified Neurology
Medical License NY188103

FAX COVER SHEET

TO: Courtney Grygiel
Appeals Consultant

FAX # ~~603 422 7909~~

# of pages (7)

(Fax 603 427 2110)

From: Leisha Smith

Claim # 824 8892

Re: Sisken Rehab PT Plan

Claim #
8248892

SISKIN HOSPITAL
FOR PHYSICAL REHABILITATION®

**Siskin Hospital Therapy Services**
3830 Keith St. NW
Cleveland, TN 37312
Phone: 423.339.1492
Fax: 423.339.1496
www.siskinrehab.org

# Physical Therapy Initial Evaluation

| | | | |
|---|---|---|---|
| **Patient Name:** | LEISHA SMITH | **Date Seen:** | 12/18/2019 |
| **Date of Birth:** | | **Referring Physician:** | LYDIA B SPEER |
| **Evaluation Date:** | 12/18/2019 | **Patient ID:** | 10566 |
| **Primary Insurance:** | CIGNA INSURANCE CO | **Paragon ID:** | 000008058978 |
| **Time In:** | 9:00 AM | **Time Out:** | 10:00 AM |
| **Medical Diagnosis:** | Neck pain (M54.2), acute pain of R shoulder (M25.511) | **Treatment Diagnosis:** | Stiffness of joint (cervical spine and R shoulder), muscle weakness, abnormal posture |

## Subjective

### Chief Complaint

57 year old R hand dominant female s/p fall 11/14 with resultant R shoulder and neck pain. Patient well-known to this therapist due to previous episodes of PT care for significant comorbidities including Parkinson's Disease and R hip labral tear. Her chief complaints at this time are R shoulder/neck pain, decreased motion of neck/shoulders, difficulty with bed mobility and impaired performance of UE functional tasks particularly those that require reaching overhead or posteriorly.

**Reason for Referral:** R shoulder and neck pain
**Specific Treatment Requested:** None specified
**Patient Goal:** Decrease pain and restore ability to complete UE functional tasks
**Medical Diagnosis:** Neck pain (M54.2), acute pain of R shoulder (M25.511)
**Treatment Diagnosis:** Stiffness of joint (cervical spine and R shoulder), muscle weakness, abnormal posture
**Onset Date:** 11/14/19
**Mechanism of Injury**

| Mechanism | Comments |
|---|---|
| Fall | 11/14 on outstretched arm with cervical spine hyperextension |

**Diagnostic Testing**

| Test | Findings |
|---|---|
| R shoulder x-ray | No acute osseous abnormality |
| Neck x-ray | No acute osseous abnormality, multilevel cervical spondylosis |

**Pertinent Medical History:** PMH: Von Willebrands Disorder Type 2N, thyroid nodules, RA, OA, Parkinson's Disease (diagnosed 3/2019), Hep C, ovarian cysts, depression, anemia, blood clots, abdominal pain
PSH: partial hysterectomy, lumpectomies, L kidney removed (1984), hemorrhoidectomy (2/2019), (3) c-sections
**Co-Morbidities Affecting Plan of Care:** See Admission Intake Summary.
**Medications:** See Admission Intake Summary.

### Interventions

**Prior Therapy:** None for R shoulder or cervical spine
Did have a massage last week, reports increased pain afterwards
**Injections:** None at R shoulder or cervical spine

### Pain

Claim#
8248892

**Pain Rating**

| Location | Current | Best | Worst | Description |
|---|---|---|---|---|
| Neck | 5-6/10 | 5/10 | 8/10 | constant, then sharp with some movements |
| R shoulder | 0/10 | 0/10 | 4-5/10 | sharp |

**Pain Patterns**

| Location | Aggravating Factors | Relieving Factors | Frequency-Duration | 24hr Behavior |
|---|---|---|---|---|
| Neck | looking up, palpation of upper traps | rest, heat | intermittent | activity dependent |
| R shoulder | reaching back and abduction | rest, heat | intermittent | activity dependent |

**Other Symptoms:** Reports associated headaches
Neck pain radiates down to B scapulae
Denies radiation distal to elbows
Dizziness with cervical extension and in supine, has improved

### Precautions

Von Willebrands Disorder Type 2N (bleeding disorder), RA

### Prior Level of Function

Fully independent with ADLs and IADLs, full use of R UE for ADLs
Completing LSVT BIG (Parkinson's Disease) therapy home program

### Current Level of Function

Limited in driving due to pain
Unable to reach overhead, open jars, limited in ADLs due to overhead reaching required to groom hair, cutting food
No longer able to complete LSVT BIG therapy home program
Able to sleep 4 hours at a time

### Social History

**Living Environment:** Lives with daughter and husband in one level home
Two steps to enter
**DME/Equipment Owned:** Grab bar in shower and elevated toilet seat
Trekking poles
**Prosthetics, Orthotics, Splints Used:** None

### Fall History

| Question | Result |
|---|---|
| Have you fallen in the last 6 months? | 2 |
| Did you sustain an injury as a result of the fall? | Yes, second fall resulted in injury that prompted this PT referral |
| Did you go to the ER or were you hospitalized as a result of the fall? | No |

## Objective

### Observation

**Observed Impairments**

| Area | Status |
|---|---|
| Posture | Resting posture is guarded with elevated and slightly rounded shoulders bilaterally; minimal rotation of cervical spine during conversation. Intermittently moves R arm through various ranges of motion with grimacing noted with abduction or extension. |
| Ocular motor function | Smooth pursuit in tact, vertical provoked dizziness; Saccades intact at slow pace, cautious movements, dizziness with vertical> horizontal |



PAGE 3/7 * RCVD AT 12/23/2019 12:05:30 PM [Eastern Standard Time] * SVR:VA1PWFAX201/2 * DNIS:6034272110 * CSID:4235593384 * ANI:14235593384 * DURATION (mm-ss):03-11

Claim # 8248892

**Neurological Exam**

| Test | Result |
|---|---|
| General UE sensation | Lateral B upper arm with intermittent numbness, denies radiation distal to elbows |

**Palpation**

**Bony / Soft Tissue**

| Area | Result |
|---|---|
| R UE: medial border of scapula, upper trap, levator scap, supraspinatus, infraspinatus/teres minor | Tender to palpation; marked loss of myofascial extensibility |
| L UE: upper trap, levator scap, supraspinatus, infraspinatus/teres minor | Tender to palpation; marked loss of myofascial extensibility |
| Cervical paraspinals | Tender to palpation, moderate loss of myofascial extensibility |

**Behavior / Cognition**

Behavior: Endorses increased anxiety following recent suicide of her first cousin and illness of her son

**Ortho: Upper Extremity**

**Shoulder ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Shoulder Flexion | 85 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | 83 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder Abduction | 50 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | 40 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder External Rotation | 60 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | 40 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder Internal Rotation | Reached behind back to level of L buttock | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | Reaches behind back to level of R lateral hip | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder Extension | 40 degrees, pain | Moves actively through listed ROM, manual | 35 degrees, pain | Moves actively through listed ROM, manual |



PAGE 4/7 * RCVD AT 12/23/2019 12:05:30 PM [Eastern Standard Time] * SVR:VA1PWFAX201/2 * DNIS:6034272110 * CSID:4235593384 * ANI:14235593384 * DURATION (mm-ss):03-11

Claim# 8248892

| | | | | |
|---|---|---|---|---|
| | | muscle testing deferred due to pain and reactivity | | muscle testing deferred due to pain and reactivity |

**Elbow / Wrist ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Elbow Flexion | WFLs | 4-/5 | WFLs | 3+/5, pain limited |

**Hand / Fingers ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Gross grasp | WFLs | fair | WFLs | fair |

**Special Tests - Shoulder**

| Test |
|---|
| Deferred special tests due to reactivity |

## Ortho: Spine

**Cervical ROM / Strength**

| Motion | ROM | Strength |
|---|---|---|
| Flexion | 22, limited by pain | Poor recruitment of deep cervical flexors |
| Extension | 12, limited by pain | |
| R rotation | 55, contralateral pain | |
| L rotation | 45, contralateral pain | |
| R sidebending | 15 degrees, ipsilateral pain | |
| L sidebending | 15 degrees, ipsilateral pain | |

**Special Tests - Cervical**

| Special Test | Result |
|---|---|
| Cervical Foraminal Distraction Test | No change to pain |

## Outcome Measures

**Functional Testing**

| Test | Score | Impairment |
|---|---|---|
| Quick Dash | 42 | 70.5 |

# Assessment

**Clinical Impression:** 57 year old R hand dominant female s/p fall 11/14 with resultant R shoulder and neck pain. Co-morbidities include Parkinson's Disease, R hip labral tear, Von Willebrands Disorder Type 2N, RA and OA. Also with increased, diffuse muscle spasms. Presents with significantly restricted cervical and B shoulder ROM, muscle weakness, altered/guarded posture, dizziness and altered muscle tone. These impairments significantly limit function resulting in inability to complete overhead reaching tasks for ADLs/IADLs, difficulty with driving, inability to sleep >4 hours at a time and decreased independence with bed mobility. These functional limitations are reflected in Quick-DASH score c/w 70.5% UE-related functional loss. Patient will require skilled physical therapy to address above impairments and restore functional independence with UE tasks. Will monitor dizziness with cervical spine movements and ocular motor tasks.

**Prognosis:** Good

**Patient Demonstrates the Following Functional Limitations:** Pain interferes with sleep. Pain interferes with ADL/IADLs. Pain interferes with general tasks and demands. Pain interferes with Community, Social and Civic Life.Decreased ability to perform IADLs. Decreased Independence with bed mobility. Decreased Independence with comprehensive HEP/self-care.Pain interferes with daily activities.

**Functional Limitations Related to Following Impairments:** Postural Abnormality.Decreased ROM. Decreased muscle strength/performance. Pain.

## Plan

Clam # 8248892

### Goals

| Goal Description | Goal Term | Goal Due Date | Status |
|---|---|---|---|
| Patient will be Independent with HEP WITHOUT caregiver assistance. | Long Term Goals | 2/26/2020 | New |
| Patient will demonstrate full ROM of cervical spine with < 2/10 pain and without dizziness, to improve posture and capacity to visually scan. | Long Term Goals | 2/26/2020 | New |
| Patient will demonstrate full ROM of B shoulder with < 2/10 pain to improve functional use of UEs | Long Term Goals | 2/26/2020 | New |
| Patient will demonstrate 4+/5 or better strength throughout B UEs to improve functional use of UEs | Long Term Goals | 2/26/2020 | New |
| Patient will improve Quick DASH score to < 30% disability to indicate improved self-perception of UE function. | Long Term Goals | 2/26/2020 | New |
| Patient will tolerate assisted cervical and shoulder ROM to progress toward long term goals | Short Term Goals | 1/18/2020 | New |
| Patient will tolerate gentle manual therapy to address myofascial restrictions and altered joint mechanics | Short Term Goals | 1/18/2020 | New |

### Treatment Plan

Skilled Physical Therapy Intervention.

**Frequency:** 2 times a week for 3 weeks (due to holidays and decreased patient availability), then increase to 3 times a week for 7 additional weeks for a total of

**Duration:** 10 week(s)

**Treatments To Consist Of:** PT Re-Evaluation (97164), Therapeutic Exercise (97110), Therapeutic Activities (97530), Manual Therapy (97140), Hot/Cold Therapy (97010), Ultrasound (97035), E-Stim - Unattended (97014), Dry Needling, Neuromuscular Re-education (97112)

**Certification From:** 12/18/2019 **to** 02/26/2020

**Justification:** Based on this re-assessment, the patient is making progress towards goals. However, there are still deficits in body functions and structures that are directly impacting execution of daily activities and hindering participation in life skills. With continued skilled therapy intervention, further improvements in functional outcomes are anticipated.

**Plan of Care Education:** POC was discussed with patient and/or caregiver and was agreed upon.

### Initial Treatment

- PT - Initial Evaluation: Initial Evaluation was performed. Plan of Care was established. - 30 minutes
- PT - Therapeutic Activity: To address pain through gentle movement and positioning strategies: Discussed use of pillows to support each UE while sleeping in supine. Patient already using contoured pillow to support cervical lordosis. Attempted gentle scapular retraction x 5 reps and elbow flexion x 5 reps, however patient unable to tolerate additional reps due to pain.Of note: patient experienced a significant L hamstring muscle cramp while seated at rest, this caused her to have to stand suddenly with significant pain. Cramping/pain of L hamstring dissipated with sustained pressure, but patient with diffuse increase in muscular tension as a result. Further treatment deffered today. - 15 minutes

12/18: Non-billable time x 15' of moist heat to B upper traps to decrease pain and guarding with no adverse effects noted.

## Billing

| CPT | Description | Units |
|---|---|---|
| 97162 | PT Eval Moderate Complexity | 1 |

| 2032003 | 97530GP - PT THERAPEUTIC ACTIVITIES | 1 |
|---|---|---|

**Timed Codes:** 15 - **Untimed Codes:** 30 - **Total Treatment Time:** 45

Megan E Brock License #: 11141
(Document electronically signed by TheraOffice Documentation on 12/18/2019)

Claim# 8248892

# Roger Kasendorf, DO

**Physical Medicine and Rehabilitation**
**Pain Management**

CLAIMANT NAME: Smith, Leisha
EXAMINER: Dr. Roger Kasendorf
ECN #: 136615-4
CLAIM #: 8248892
DATE OF LOSS: 2/16/2018
DATE OF SERVICE: 12/23/2019

**12/23/19 ADDENDUM FOR ADDITIONAL MEDICAL RECORDS**

Right shoulder ray report dated 12/5/19 revealed No acute osseous abnormality identified radiographically.

Office visit notes dated 9/12/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 9/19/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 9/26/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 10/3/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 10/9/19 by Robert Stetson, MD, the claimant visited for follow up on anxiety. The claimant underwent psychological evaluation.

Office visit notes dated 10/10/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 10/15/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 10/28/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 11/5/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 11/22/19 by William Moore, LPC, the claimant visited for counseling and follow up on generalized anxiety disorder.

Office visit notes dated 11/26/19 by Robert Stetson, MD, the claimant visited for follow up on anxiety. The claimant underwent psychological evaluation.

Letter dated 12/6/19 by Lydia Speer, DO, the provider noted that the claimant had recently undergone a fall with subsequent injury to her neck and right shoulder as of 11/14/19. It is noted that she continues to regularly follow up with her Psychiatrist and counselor who are working to help get her anxiety and depression under better control.

1. **Does the additional information alter your prior review? What if any restrictions or limitations are supported? Please explain your rationale.**

The additional documentation provided does not contain any additional medical records containing diagnostic studies revealing functionally limiting abnormalities or office visit notes with abnormal physical examination findings which could indicate any further functional impairment. The claimant is noted to have a recent injury with aggravation of possible neck and shoulder symptoms, although, there are no complications pertinent to the injury noted. Therefore, my previous assessment regarding the questions outlined above remains unchanged. In case additional records made available, I would be happy to revisit my assessment.

Sincerely,

Roger Kasendorf, DO
Medical License CA 12928
Board Certified PM&R

# DAVID M BURKE, MD

**CLAIMANT NAME:** Smith, Leisha
**EXAMINER:** David M. Burke, MD
**ECN #:** 136615-3
**CLAIM #:** 8248892
**DATE OF LOSS:** 2/16/2018

**Peer Review Addendum**

**12/23/19, ADDENDUM FOR ADDITIONAL MEDICAL RECORDS:**

On 12/12/19, the claimant reported she was unable to work in any occupation due to daily struggles with anxiety with uncontrolled episodes of crying/anger/fears and her previous other health issues had not changed including having Parkinson's, however the most difficulty and challenging thing for her was her mental/emotional issues including anxiety, depression, and panic attacks that affected her emotionally but also made her feel physically sick.

9/19/19, the claimant advised her therapist that she was going to Alabama today for a funeral in the setting of going to business meetings at church.

12/6/19, Dr. Speer wrote a letter stating it would be detrimental for the claimant's health if she RTW at this time, as she would not be able to physically/mentally cope with added stress in the setting of a 11/14/19 fall with negative Shoulder X-rays and Cervical X-rays showing nothing acute; multilevel spondylosis and no ED/Urgent Care/PCP visits with physical examination findings that would support a functional impairment and no evidence of PT, as reported by Dr. Speer. Otherwise, the claimant had follow up with Dr. Valdez for her tremors and he recently took her off Neupro and placed her on Pramipexole, which is inconsistent with the diagnosis of PD, as reported by the claimant.

**1. Does the additional information alter the prior reviews? What if any, restrictions or limitations are supported?**

No, the additional information does not alter my prior review. In fact, Dr. Speer's 12/6/19 letter supports the claimant does not have PD, as she reports in her 12/12/19 Appeal Letter, as evidenced by Dr. Speer's reports that Dr. Valdez was treating the claimant's tremors. However, there is no documentation of any physical examination findings that would support functional limitations due to tremors and work activity restrictions are not medically necessary.

Otherwise, there was no documentation of diagnostic imaging, NCV/EMG studies, or Laboratory Analysis that would support functional impairments and as per the claimant's own 12/12/19 Appeal Letter; the most difficulty and challenging thing for her was her mental/emotional issues including anxiety, depression, and panic attacks that affected her emotionally but also made her feel physically sick, calling into question the etiology of the ne claimant's neurological complaints that are not supported by the medical evidence.

The determination is unchanged.

Sincerely,

David M Burke

David Burke, MD
Board Certified Neurology
Medical License NY188103

Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 77275** **Date** **12/23/2019**

***Bill To:***

**Courtney Grygiel**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8248892
**Date of Loss:** 2/16/2018
**ECN #** 136615-3
**Account #**

**Claimant** Leisha Smith

| | | |
|---|---|---|
| 12/20/2019 | Addendum Peer - Long Term Disability: Addendum - 1 hour @ $200/hr<br>Provider: David M Burke, MD<br>Specialty: Neurology | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 77329** **Date** **12/23/2019**

***Bill To:***

**Courtney Grygiel**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8248892
**Date of Loss:** 2/16/2018
**ECN #** 136615-4
**Account #**

**Claimant** Leisha Smith

| | | |
|---|---|---|
| 12/20/2019 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Roger A Kasendorf, DO<br>Specialty: PMR/Pain Management | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Addendum to ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA | LEISHA SMITH | 8248892 |

| | | | |
|---|---|---|---|
| **Referred By:** | Courtney Grygiel | **Claimant DOB:** | |
| **Referral Date:** | 12/16/2019 | **Job Title:** | PRODUCTION TEAM MEMBER |
| **Due Date:** | 12/25/2019 | **Medical/ Surgical Condition:** | F33.41 Major Depressive Disorder, Recurrent, In Partial Remission |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/15/2018 |
| **Report Date:** | 12/20/2019 | **DOD:** | 02/16/2018 |
| **Physical Demands:** | | **BBD:** | 08/17/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Please see the prior clinical case review by this same consultant dated December 3, 2019.**

**Core Questions**
There are no core questions.

**Additional Questions**
There are no additional questions.

**Other Comments**

1. **Dr. Yoash-Gantz please review the additional medical records received 12/12/19 in EDM and comment on if additional alters your prior report or supports any r/l's or ongoing impairment.**

The updated medical records related to the claimant's behavioral health symptoms do not alter the prior review dated December 3, 2019. The psychotherapy records include no positive mental status exam findings. The updated psychiatry records note that she is grieving losses (son 2007, uncle 2012, mother 2017) yet this was not mentioned in previously reviewed records. She was improving with increased dose of an antidepressant, and remained under the care of her PCP and neurologist for the tremor. None of the updated medical records indicate that the claimant was unable to perform normal daily activities; in fact, she canceled a psychiatry appointment because she was providing care to her ill grandchildren. Thus, the updated medical records provide no evidence of behavioral health symptoms so severe that they would be considered impairing.

**Brief overview of clinical presentation and course:**
Please see the prior clinical case review by this same consultant dated December 3, 2019. As noted in that report, the claimant has multiple medical diagnoses in the context of a long history of

depression and anxiety which worsened after the death of her mother in 2017 and with increasing health problems. The claimant has been out of work due to a bilateral hip issue and hemorrhoidectomy per medical records. Numerous specialty case reviews have concluded that she is not impaired from an internal medicine perspective (Stander, MD; 5/6/19) or neurological perspective (Burke, MD; 11/11/19). She was found to have physical limitations from August 16, 2019 onward (Kasendorf, DO) from a PM&R perspective but was considered able to work fulltime within listed restrictions.

**Analysis and Support for Conclusions:**
The updated medical records and medical documents are from the claimant's primary care provider (PCP; Speer, DO), psychiatrist (Stetson, MD) and psychotherapist (Moore, LPC) dated from September 12 to December 6, 2019.

The nine available psychotherapy progress notes include diagnosis of Generalized Anxiety Disorder (GAD). Although each progress note includes a mental status exam (MSE), none of the nine sessions indication presence of positive MSE findings. There is no discussion of the model of therapy. Session content includes processing the death of a 25-year-old son in 2007 following chronic medical illness that led to her experience of anxiety. She discussed being raised in a fundamentalist family as the daughter of a minister. The October 28 note states she has "apparent issues with OCD" but there is no information to suggest symptoms of obsessive-compulsive disorder. She reported she quit her job due to health issues. The November 5 progress note states that the death of her mother in 2017 affected her more than the death of her son in 2007, and the most recent note, dated November 22 states that a first cousin died by suicide (8 years ago per psychiatry record) and that her husband did not want her to take antidepressants. None of these records suggest that behavioral health symptoms were impacting the claimant's ability to complete work or non-work activities.

Updated psychiatry records are dated October 9 and November 26. Viibryd (20mg) resulted in improvement. Sleep was reported as interrupted (5 hours), motivation was low and concentration had improved. MSE findings included tremulousness, blepharospasms, limited insight, fair judgment, sad mood and anxious affect. Diagnoses of Major Depressive Disorder (MDD), recurrent, in partial remission and Generalized Anxiety Disorder (GAD) were unchanged. Viibryd was increased (to 30mg for 1 week, then 40mg). The November 26 appointment notes that it was rescheduled due to grandchildren's illness, implying that she was assisting in their care. MSE findings included "grieving mood", anxiety, tearfulness, muscle tremulousness, circumstantial thoughts and limited insight. Lorazepam was increased to 3 times daily. She reported she had fallen.

The updated PCP documents include a patient copy of an office note dated December 4 and a letter from the provider dated December 6. include no MSE findings. The claimant reported a fall with injury to her neck and right shoulder on November 14. Other providers (psychiatry and psychotherapy) were focused on symptoms of depression and anxiety while a neurologist was treating the tremors. The provider stated that the claimant was unable to return to any occupation because she was unable to cope physically or mentally.

In summary, the updated medical records provide little clear evidence that behavioral health symptoms are of the severity to impact the claimant's work and non-work activities.

Symptoms are reported by the psychiatrist, but these would not be of the intensity or severity to limit or restrict work activities and there were no changes in diagnoses; sad mood and anxious affect would not be considered impairing. The claimant was able to provide care to her grandchildren; thus, the reported low energy must have been adequate for such safety-sensitive activity. An anti-depressant medication was increased with reported positive response. The claimant's psychotherapy was focused on her childhood experiences in a fundamentalist household and prior family deaths. None of the updated office notes indicate that behavioral health symptoms caused the claimant to avoid normal daily activities. Impairment from injuries sustained in the reported November fall are unclear. Consequently, the updated medical records and medical documents indicate the claimant has depressed and anxious mood but there is limited evidence of major mental status examination findings to reliably support a higher level of severity and impairment. There is no evidence of the claimant experiencing suicidal/homicidal thoughts, delusions, mania, psychosis, hallucinations, thought disorder, cognitive deficits, depression or anxiety with a globally impairing severity.

**Records Reviewed:**
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is a psychiatry record dated November 26, 2019.

*Electronically Signed*

Ruth E. Yoash-Gantz, PsyD, ABPP
Board Certified Clinical Neuropsychologist

# Olmstead Dental

3439 Keith St. NW
Cleveland, TN 37312
Phone 423-478-3756
Fax 423-478-3567

DATE: 12-20-19

From: Leisha Smith

Claim# 8248892

TO: Courtney Grygiel Appeals Consultant

Fax: 603 422 7909

Re: Sisken Rehab PT Plan

#pages including cover 7

****Confidentiality Notice: This fax is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, *you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and delete all copies of the message.*

SISKIN HOSPITAL FOR PHYSICAL REHABILITATION®

Claim# 8248892

**Siskin Hospital Therapy Services**
3830 Keith St. NW
Cleveland, TN 37312
Phone: 423.339.1492
Fax: 423.339.1496
www.siskinrehab.org

# Physical Therapy Initial Evaluation

| | | | |
|---|---|---|---|
| **Patient Name:** | LEISHA SMITH | **Date Seen:** | 12/18/2019 |
| **Date of Birth:** | (57 years old) | **Referring Physician:** | LYDIA B SPEER |
| **Evaluation Date:** | 12/18/2019 | **Patient ID:** | 10566 |
| **Primary Insurance:** | CIGNA INSURANCE CO | **Paragon ID:** | 000008058978 |
| **Time In:** | 9:00 AM | **Time Out:** | 10:00 AM |
| **Medical Diagnosis:** | Neck pain (M54.2), acute pain of R shoulder (M25.511) | **Treatment Diagnosis:** | Stiffness of joint (cervical spine and R shoulder), muscle weakness, abnormal posture |

## Subjective

### Chief Complaint

57 year old R hand dominant female s/p fall 11/14 with resultant R shoulder and neck pain. Patient well-known to this therapist due to previous episodes of PT care for significant comorbidities including Parkinson's Disease and R hip labral tear. Her chief complaints at this time are R shoulder/neck pain, decreased motion of neck/shoulders, difficulty with bed mobility and impaired performance of UE functional tasks particularly those that require reaching overhead or posteriorly.

**Reason for Referral:** R shoulder and neck pain

**Specific Treatment Requested:** None specified

**Patient Goal:** Decrease pain and restore ability to complete UE functional tasks

**Medical Diagnosis:** Neck pain (M54.2), acute pain of R shoulder (M25.511)

**Treatment Diagnosis:** Stiffness of joint (cervical spine and R shoulder), muscle weakness, abnormal posture

**Onset Date:** 11/14/19

**Mechanism of Injury**

| Mechanism | Comments |
|---|---|
| Fall | 11/14 on outstretched arm with cervical spine hyperextension |

**Diagnostic Testing**

| Test | Findings |
|---|---|
| R shoulder x-ray | No acute osseous abnormality |
| Neck x-ray | No acute osseous abnormality, multilevel cervical spondylosis |

**Pertinent Medical History:** PMH: Von Willebrands Disorder Type 2N, thyroid nodules, RA, OA, Parkinson's Disease (diagnosed 3/2019), Hep C, ovarian cysts, depression, anemia, blood clots, abdominal pain

PSH: partial hysterectomy, lumpectomies, L kidney removed (1984), hemorrhoidectomy (2/2019), (3) c-sections

**Co-Morbidities Affecting Plan of Care:** See Admission Intake Summary.

**Medications:** See Admission Intake Summary.

### Interventions

**Prior Therapy:** None for R shoulder or cervical spine

Did have a massage last week, reports increased pain afterwards

**Injections:** None at R shoulder or cervical spine

### Pain

Claim#
8248892

**Pain Rating**

| Location | Current | Best | Worst | Description |
|---|---|---|---|---|
| Neck | 5-6/10 | 5/10 | 8/10 | constant, then sharp with some movements |
| R shoulder | 0/10 | 0/10 | 4-5/10 | sharp |

**Pain Patterns**

| Location | Aggravating Factors | Relieving Factors | Frequency-Duration | 24hr Behavior |
|---|---|---|---|---|
| Neck | looking up, palpation of upper traps | rest, heat | intermittent | activity dependent |
| R shoulder | reaching back and abduction | rest, heat | intermittent | activity dependent |

**Other Symptoms:** Reports associated headaches
Neck pain radiates down to B scapulae
Denies radiation distal to elbows
Dizziness with cervical extension and in supine, has improved

### Precautions
Von Willebrands Disorder Type 2N (bleeding disorder), RA

### Prior Level of Function
Fully independent with ADLs and IADLs, full use of R UE for ADLs
Completing LSVT BIG (Parkinson's Disease) therapy home program

### Current Level of Function
Limited in driving due to pain
Unable to reach overhead, open jars, limited in ADLs due to overhead reaching required to groom hair, cutting food
No longer able to complete LSVT BIG therapy home program
Able to sleep 4 hours at a time

### Social History
**Living Environment:** Lives with daughter and husband in one level home
Two steps to enter
**DME/Equipment Owned:** Grab bar in shower and elevated toilet seat
Trekking poles
**Prosthetics, Orthotics, Splints Used:** None

### Fall History

| Question | Result |
|---|---|
| Have you fallen in the last 6 months? | 2 |
| Did you sustain an injury as a result of the fall? | Yes, second fall resulted in injury that prompted this PT referral |
| Did you go to the ER or were you hospitalized as a result of the fall? | No |

## Objective

**Observation**

**Observed Impairments**

| Area | Status |
|---|---|
| Posture | Resting posture is guarded with elevated and slightly rounded shoulders bilaterally; minimal rotation of cervical spine during conversation. Intermittently moves R arm through various ranges of motion with grimacing noted with abduction or extension. |
| Ocular motor function | Smooth pursuit in tact, vertical provoked dizziness; Saccades intact at slow pace, cautious movements, dizziness with vertical> horizontal |

Claim # 8248892

**Neurological Exam**

| Test | Result |
|---|---|
| General UE sensation | Lateral B upper arm with intermittent numbness, denies radiation distal to elbows |

**Palpation**

**Bony / Soft Tissue**

| Area | Result |
|---|---|
| R UE: medial border of scapula, upper trap, levator scap, supraspinatus, infraspinatus/teres minor | Tender to palpation; marked loss of myofascial extensibility |
| L UE: upper trap, levator scap, supraspinatus, infraspinatus/teres minor | Tender to palpation; marked loss of myofascial extensibility |
| Cervical paraspinals | Tender to palpation, moderate loss of myofascial extensibility |

**Behavior / Cognition**

**Behavior:** Endorses increased anxiety following recent suicide of her first cousin and illness of her son

**Ortho: Upper Extremity**

**Shoulder ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Shoulder Flexion | 85 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | 83 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder Abduction | 50 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | 40 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder External Rotation | 60 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | 40 degrees, pain | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder Internal Rotation | Reached behind back to level of L buttock | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity | Reaches behind back to level of R lateral hip | Moves actively through listed ROM, manual muscle testing deferred due to pain and reactivity |
| Shoulder Extension | 40 degrees, pain | Moves actively through listed ROM, manual | 35 degrees, pain | Moves actively through listed ROM, manual |



PAGE 4/7 * RCVD AT 12/20/2019 12:30:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/11 * DNIS:6034227909 * CSID:4234783567 * ANI:4234783567 * DURATION (mm-ss):02-01

Claim# 8248892

| | | | | |
|---|---|---|---|---|
| | | muscle testing deferred due to pain and reactivity | | muscle testing deferred due to pain and reactivity |

**Elbow / Wrist ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Elbow Flexion | WFLs | 4-/5 | WFLs | 3+/5, pain limited |

**Hand / Fingers ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Gross grasp | WFLs | fair | WFLs | fair |

**Special Tests - Shoulder**

| Test |
|---|
| Deferred special tests due to reactivity |

**Ortho: Spine**

**Cervical ROM / Strength**

| Motion | ROM | Strength |
|---|---|---|
| Flexion | 22, limited by pain | Poor recruitment of deep cervical flexors |
| Extension | 12, limited by pain | |
| R rotation | 55, contralateral pain | |
| L rotation | 45, contralateral pain | |
| R sidebending | 15 degrees, ipsilateral pain | |
| L sidebending | 15 degrees, ipsilateral pain | |

**Special Tests - Cervical**

| Special Test | Result |
|---|---|
| Cervical Foraminal Distraction Test | No change to pain |

**Outcome Measures**

**Functional Testing**

| Test | Score | Impairment |
|---|---|---|
| Quick Dash | 42 | 70.5 |

## Assessment

**Clinical Impression:** 57 year old R hand dominant female s/p fall 11/14 with resultant R shoulder and neck pain. Co-morbidities include Parkinson's Disease, R hip labral tear, Von Willebrands Disorder Type 2N, RA and OA. Also with increased, diffuse muscle spasms. Presents with significantly restricted cervical and B shoulder ROM, muscle weakness, altered/guarded posture, dizziness and altered muscle tone. These impairments significantly limit function resulting in inability to complete overhead reaching tasks for ADLs/IADLs, difficulty with driving, inability to sleep >4 hours at a time and decreased independence with bed mobility. These functional limitations are reflected in Quick-DASH score c/w 70.5% UE-related functional loss. Patient will require skilled physical therapy to address above impairments and restore functional independence with UE tasks. Will monitor dizziness with cervical spine movements and ocular motor tasks.

**Prognosis:** Good

**Patient Demonstrates the Following Functional Limitations:** Pain interferes with sleep. Pain interferes with ADL/IADLs. Pain interferes with general tasks and demands. Pain interferes with Community, Social and Civic Life.Decreased ability to perform IADLs. Decreased Independence with bed mobility. Decreased Independence with comprehensive HEP/self-care.Pain interferes with daily activities.

**Functional Limitations Related to Following Impairments:** Postural Abnormality.Decreased ROM. Decreased muscle strength/performance. Pain.

Claim # 8248892

## Plan

### Goals

| Goal Description | Goal Term | Goal Due Date | Status |
|---|---|---|---|
| Patient will be Independent with HEP WITHOUT caregiver assistance. | Long Term Goals | 2/26/2020 | New |
| Patient will demonstrate full ROM of cervical spine with < 2/10 pain and without dizziness, to improve posture and capacity to visually scan. | Long Term Goals | 2/26/2020 | New |
| Patient will demonstrate full ROM of B shoulder with < 2/10 pain to improve functional use of UEs | Long Term Goals | 2/26/2020 | New |
| Patient will demonstrate 4+/5 or better strength throughout B UEs to improve functional use of UEs | Long Term Goals | 2/26/2020 | New |
| Patient will improve Quick DASH score to < 30% disability to indicate improved self-perception of UE function. | Long Term Goals | 2/26/2020 | New |
| Patient will tolerate assisted cervical and shoulder ROM to progress toward long term goals | Short Term Goals | 1/18/2020 | New |
| Patient will tolerate gentle manual therapy to address myofascial restrictions and altered joint mechanics | Short Term Goals | 1/18/2020 | New |

### Treatment Plan

Skilled Physical Therapy Intervention.

**Frequency:** 2 times a week for 3 weeks (due to holidays and decreased patient availability), then increase to 3 times a week for 7 additional weeks for a total of

**Duration:** 10 week(s)

**Treatments To Consist Of:** PT Re-Evaluation (97164), Therapeutic Exercise (97110), Therapeutic Activities (97530), Manual Therapy (97140), Hot/Cold Therapy (97010), Ultrasound (97035), E-Stim - Unattended (97014), Dry Needling, Neuromuscular Re-education (97112)

**Certification From:** 12/18/2019 to 02/26/2020

**Justification:** Based on this re-assessment, the patient is making progress towards goals. However, there are still deficits in body functions and structures that are directly impacting execution of daily activities and hindering participation in life skills. With continued skilled therapy intervention, further improvements in functional outcomes are anticipated.

**Plan of Care Education:** POC was discussed with patient and/or caregiver and was agreed upon.

### Initial Treatment

- PT - Initial Evaluation: Initial Evaluation was performed. Plan of Care was established. - 30 minutes
- PT - Therapeutic Activity: To address pain through gentle movement and positioning strategies: Discussed use of pillows to support each UE while sleeping in supine. Patient already using contoured pillow to support cervical lordosis. Attempted gentle scapular retraction x 5 reps and elbow flexion x 5 reps, however patient unable to tolerate additional reps due to pain.Of note: patient experienced a significant L hamstring muscle cramp while seated at rest, this caused her to have to stand suddenly with significant pain. Cramping/pain of L hamstring dissipated with sustained pressure, but patient with diffuse increase in muscular tension as a result. Further treatment deffered today. - 15 minutes

12/18: Non-billable time x 15' of moist heat to B upper traps to decrease pain and guarding with no adverse effects noted.

## Billing

| CPT | Description | Units |
|---|---|---|
| 97162 | PT Eval Moderate Complexity | 1 |

| | | |
|---|---|---|
| 2032003 | 97530GP - PT THERAPEUTIC ACTIVITIES | 1 |

**Timed Codes:** 15 - **Untimed Codes:** 30 - **Total Treatment Time:** 45

Megan E Brock License #: 11141
(Document electronically signed by TheraOffice Documentation on 12/18/2019)

Claim# 8248892



PAGE 7/7 * RCVD AT 12/20/2019 12:30:52 PM [Eastern Standard Time] * SVR:VA1PWFAX301/11 * DNIS:6034227909 * CSID:4234783567 * ANI:4234783567 * DURATION (mm-ss):02-01

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

Total # of Pages including this Sheet 35

12-12-19

CLAIM #
8248892

From
MS. LEISHA SMITH

Fax# 603 427 2110

ATTN Courtney Grygiel
Appeals Consultant

FAX# 603 422 7909

December 12, 2019

Pg 1 of 2

From: Leisha Smith

Claim #: 8248892

To: Liberty Life Assurance Company of Boston

ATTN: Appeal Review Unit

Group Benefits Disability Claims

P.O. Box 7213

London, KY 40742-7213

RE: Long Term Disability Benefits Claim

Additional Medical Information

Dear Courtney Grygiel,

I am sending the additional medical information I spoke to you about on December 3, 2019.

I have included notes from my psychiatrist, counselor, primary care physician, x-ray reports, and a medicine change from my Parkinson's doctor.

My PCP has sent a referral to Siskin for PT to help me with neck and shoulder pain and stiffened movements that happened when I suffered a fall on November 14, 2019 but I have not had any appointments scheduled yet, I am waiting for Siskin to call. The x-rays of my neck and shoulder show the arthritis I have and I cannot treat with medicines for arthritis due to the Von Willebrands, so PCP prescribed prednisone for inflammation and hydrocodone for pain.

Pg 2 of 2

I am still seeing a counselor and psychiatrist yet continue to struggle with anxiety, panic attacks, and depression. I am taking the medicines prescribed and also doing talk therapy yet my anxiety, panic attacks and depression are still a huge problem for me.

I know I cannot return to the workforce at ANY occupation for multiple reasons already stated by my PCP in the previous appeal packet I sent and this one as well. I continue to struggle daily with anxiety and have uncontrolled episodes of crying/anger/fears. As far as the previous health issues mentioned in my original appeal, nothing has changed. I still have constant hip pain due to labral tears; I still have Parkinson's and I am trying to continue my LSVT therapy at home; and I still struggle with sitting more than 30-45 minutes at one time or standing for more than 45-60 minutes due to pain in my hips and from previous hemorrhoid surgeries. In addition to this, my most recent fall on November 14, 2019 has increased the pain in my neck and shoulder pain immensely.

However, the most difficult and challenging for me is the mental and emotional issues I continue to deal with, the extreme anxiety, depression, and panic attacks. It not only affects me mentally and emotionally but also at times, makes me feel physically sick.

Thank you for the opportunity to send in this additional medical information for my appeal.

Sincerely,

Leisha Smith

Claim # 8248892

Pg 1 of 2

## Letter by Lydia Speer, DO on 12/6/2019

erlanger Health System

Re: Claim #
8248892
Leisha Smith

EMG PRIMARY CARE AT EAST
1751 GUNBARREL ROAD
SUITE 201
CHATTANOOGA TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

December 6, 2019

Leisha Dianne Smith

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **12/6/2019**

To Whom it May Concern:

To whom this concerns:

Mrs. Smith has recently undergone a fall with subsequent injury to her neck and right shoulder as of 11/14/19. She is scheduled to get xrays of her neck and shoulder this week and a referral to Siskin's Physical therapy group has been placed to help with the pain in her neck and shoulder.

She continues to regularly follow up with her Psychiatrist and counselor who are working to help get her anxiety and depression under better control.

She is working with her Neurologist, Dr. Valadez, to come up with medication to help her tremors. She has recently been taken off of Neupro and placed on pramipexole.

I feel that it would be detrimental to my patient's health at this time for her to return to any occupation. I do not believe she would be able to cope well mentally or physically with the added stress from any occupation.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer DO/Misty Helton

Pg 2 of 2

Lydia Speer, DO

CC: No Recipients

**Gene Smith**

Re: Claim# 824 8892

**From:** Leisha Smith <
**Sent:** Wednesday, December 4, 2019 4:20 PM
**To:** Gene Smith
**Subject:** Parkinson's doctor notes

Ellen H. Valadez, MDDate received:11/14/2019 01:00 PM

Subject:
RE: Prescription Question
Message body:
I have sent a new prescription to your pharmacy for a medication called pramipexole, which you will take once a day at bedtime. You should remove your Neupro patch before taking the first dose of pramipexole and then continue only on pramipexole.
Reply
Message body:
----- Message -----
From: Leisha Dianne Smith
Sent: 11/13/2019 7:19 AM EST
To: Ellen H. Valadez, MD
Subject: Prescription Question

I cannot wear the patch, it burns my skin too bad. I have tried everything, including the Flonase, but I have blisters.
So what can we do besides the patch?
Leisha Smith

* This is a medication change for Parkinson's

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 09/12/2019 04:05 PM | | |
| Service Date: | 09/12/2019 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: | 90791 Case # |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Focus of Session:**

Intake assessment. Patient has been through a lot of stressors. Patients son died at 25 after lifelong health issues. He had many surgeries and just before he died he was in the hospital for 5 months. He died in 2007. Patient was not able to adequately grieve his loss because her youngest daughter who is in the sixth grade had such a strong reaction to his death. Patient has numerous medical issues. Patient has also had to quit her job at Volkswagen because of her health issues. Patient is having a struggle with anxiety. Patient was taken through a meditation technique and has agreed to do the breathing technique 20 minutes a day. Patient was supported as she processed. Patient will be encouraged continue to process.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment: 09/19/2019 08:00 AM

Staff Signature: William Moore
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 09/12/2019 04:08 PM

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 09/19/2019 01:48 PM | | |
| Service Date: | 09/19/2019 08:00 AM - 09:00 AM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: 90837 | Case # |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

300.02 (F41.1) Generalized Anxiety Disorder

**Focus of Session:**

Patient process her history. Patient talked about as a child she was very sheltered. Patient talked about that she did not know what a hickey was in the ninth grade. She talked about her first marriage was very abusive. This is when she had her son Nick. Patient talked about him having series of health problems. Patient mentioned over 20 surgeries. Patient said he was active and he did work. Patient talked about his died 12 years ago. Patient thinks her anxiety issues started when he was a baby because she was overwhelmed. It was a car wreck that may have caused all these health issues. Patient talked about her husband who is a minister being her knight in shining armor. She was divorced at 19 and he was 17. Patient talked about going to Alabama today so her spouse could do a funeral. Patient has a lot of anxiety about that. The daughters of the uncle who died are hostile toward each other. Patient does not like conflict or fighting. Patient said that when she was little her dad was a minister. She said that her dad had opposed a beer store opening up in their area. Patient said her grandfather's barn was burnt down. Patient said her dad got a note saying his three kids would not get out off the bus someday. Patient talked about business meetings at church being hostile. Patient presents to do well at venting. Patient was supported as she process. Patient will be encouraged to continue to process.

**Therapeutic Intervention:**

**Planned Intervention:**

Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 09/19/2019 01:48 PM | | |
| Service Date: | 09/19/2019 08:00 AM - 09:00 AM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: | 90837 |
| | | Case # | |

Return Appointment: 09/26/2019 01:00 PM

Staff Signature: William Moore
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 09/19/2019 01:57 PM

Re: Claim # 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 09/26/2019 02:04 PM | | |
| Service Date: | 09/26/2019 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: | 90837 |
| | | Case # | |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

300.02 (F41.1) Generalized Anxiety Disorder

**Focus of Session:**

Patient process the medical issues surrounding her sons life.Patient talked about how that at 13 years old he had all the doctors in for a meeting. He told them that they are trying to make him better but he's just trying to stay alive. Patient said the doctor told him that he was wiser than anyone in that room. Patient said the steroids he was taken destroyed his intestines. Patient talked about how the day he died at one in the morning there was over 100 people at her house praying and singing songs. Patient talked about how that staff from the hospital came to visit. She talked about how that her son wanted a cookout to show appreciation for all them before he died. They came in pajamás in honor of him. Patient is concerned about her own health because of her diagnosis of Parkinson's. Patient recognizes that she has had a tough life since she was about 18 years old when she was being physically abused. Patient states that she should be stronger. Patient was supported as she processed. Patient will be encouraged to continue to process.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment: 10/03/2019 09:00 AM

Re: Claim # 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 09/26/2019 02:04 PM | | |
| Service Date: | 09/26/2019 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: 90837 | Case # |

Staff Signature: *William Moore*
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 09/26/2019 02:11 PM

Re: Claim # 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 10/03/2019 10:01 AM
Service Date: 10/03/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Treatment Goals

| Goal | Objectives |
|---|---|
| [Date: 03/26/2020] Coping skills | [Date: 03/26/2020, Status: In Progress] Improve mood<br>*Intervention:* Acceptance (of limitations/reality); Behavior modification. CBT |

### Diagnostic Impressions:

300.02 (F41.1) Generalized Anxiety Disorder

### Focus of Session:

Patient processed her nuclear family. Patient talked about how that her husband Gene was her knight in shining armour. Patient talked about that she was just coming out of a divorce and he was 17-year-old in high school. She's three years older than him. He gave her a ring with both names on it and asked her to marry her. They were married in 1983. He got overwhelmed and left the marriage six weeks after they were married was gone for several weeks before he really decided what he wanted to do. Six years after the married marriage he had affair of the heart. She found out and took him back after having kicked him out. He admitted at one point that he was suicidal and had put a gun in his mouth over his guilt. She talked about how the first year of his ministry in 2007 their got his girlfriend pregnant. Patient talked about she threw a shower for her son and his girlfriend. Patient talked about her mom died in March 8, 2017. Her dad started dating the pianist six weeks later. She was very angry about this and then she had apologized to the church. Patient feels guilty that she's not handled things better than she has. Patient has been encouraged to consider how well she's handled things. Patient supported as she processed. Patient will be encouraged to continue to process.

Re: Claim #
8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 10/03/2019 10:01 AM
Service Date: 10/03/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment: 10/10/2019 09:00 AM

Staff Signature: *William Moore*
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 10/03/2019 10:10 AM

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 10/10/2019 10:03 AM
Service Date: 10/10/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Treatment Goals

| Goal | Objectives |
|---|---|
| [Date: 03/26/2020] Coping skills | [Date: 03/26/2020, Status: In Progress] Improve mood<br>*Intervention:* Acceptance (of limitations/reality); Behavior modification. CBT |

### Diagnostic Impressions:

300.02 (F41.1) Generalized Anxiety Disorder

### Focus of Session:

Patient processed the stressors in her life right now Patient talked about VW has decided to let her come back and meet with her fellow employees so that they can have closure. This will be on October 24 at 5 AM. Patient also talked about how that she has given up one of the the Ministries at the church and the church ladies were upset about it. As it was processed the patient recognized from an early age she was expected to take care of other people and be an example. Patient said that she was so excited to be able to go swimming in the pool at Harrison Bay State Park. The deacons of the church went to the pastor and said that the pastors daughter would not be in mix bathing or wear swimming trunks or short pants. Patient said that her dad went along with it. She said that she set alone and watched at 12 years old other kids swim. Patient cried as she told the story. She can see that she focuses so much on others that it distresses her. Patients saw Dr Stetson yesterday and he wanted her to discuss her former job with the therapist. He increased her meds also. Patient support as issue process. Patient will be Encouraged to continue to process

### Therapeutic Intervention:

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 10/10/2019 10:03 AM | | |
| Service Date: | 10/10/2019 09:00 AM - 10:00 AM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: 90837 | Case # |

**Planned Intervention:**

Return Appointment: 10/15/2019 09:00 AM

Staff Signature: *William Moore*
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 10/10/2019 10:09 AM

Re: Claim # 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 10/15/2019 10:04 AM
Service Date: 10/15/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Treatment Goals

| Goal | Objectives |
|---|---|
| [Date: 03/26/2020] Coping skills | [Date: 03/26/2020, Status: In Progress] Improve mood<br>*Intervention:* Acceptance (of limitations/reality); Behavior modification, CBT |

### Diagnostic Impressions:

300.02 (F41.1) Generalized Anxiety Disorder

### Focus of Session:

Pt processed her stressors she has had in life. Pt can see how she has learned to expect so much out of herself and does not want to let others down. Pt She realizes this could be from being a PK or taking care off Nick for 25 years. Pt expects too much of herself. Pt was supported as she processed. Pt will be encouraged to continue to process.

### Therapeutic Intervention:

### Planned Intervention:

Return Appointment: 10/22/2019 08:00 AM

Re: Claim # 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 10/15/2019 10:04 AM
Service Date: 10/15/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

Staff Signature: William Moore
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 10/15/2019 10:07 AM

Re: Claim #
8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 10/28/2019 12:33 PM
Service Date: 10/28/2019 10:00 AM - 11:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Treatment Goals

| Goal | Objectives |
|---|---|
| [Date: 03/26/2020] Coping skills | [Date: 03/26/2020, Status: In Progress] Improve mood<br>*Intervention:* Acceptance (of limitations/reality); Behavior modification. CBT |

### Diagnostic Impressions:

300.02 (F41.1) Generalized Anxiety Disorder

### Focus of Session:

Pt processed her visit to VW to be able to say goodbye. She had worked there 8 years and had to quit for health reasons. She was asked to come back to say goodbye which was unprecedented to her knowledge and to the employees. As processed process what was a very positive experience it became apparent that she has issues with OCD. She recognized this to be true. She was encouraged to go against the emotions to help distinguish the anxiety. Pt was supported as she processed. Pt will be encouraged to continue to process issues.

### Therapeutic Intervention:

### Planned Intervention:

Return Appointment: 11/05/2019 09:00 AM

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 10/28/2019 12:33 PM | | |
| Service Date: | 10/28/2019 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: | 90837 |
| | | Case # | |

Staff Signature: *William Moore*
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 10/28/2019 12:42 PM

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 11/05/2019 10:03 AM
Service Date: 11/05/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Treatment Goals**

| Goal | Objectives |
|---|---|
| [Date: 03/26/2020] Coping skills | [Date: 03/26/2020, Status: In Progress] Improve mood<br>*Intervention:* Acceptance (of limitations/reality); Behavior modification. CBT |

**Diagnostic Impressions:**

300.02 (F41.1) Generalized Anxiety Disorder

**Focus of Session:**

Pt processed the death of her mom. Pt said the loss of her mom after 8 months from diagnosis to death affected her more than Nick's death. Pt recognizes that Nick's death was merciful. Her mom was the most significant person in her life. Her dad started seeing the pianist 5 weeks after the mom's death. Pt has a hard time with this. Pt would not go to Thanksgiving last year because of this. Pt has trouble being at peace. Pt was supported as she processed. Pt will be encouraged to continue to process.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment: 11/14/2019 10:00 AM

Re: Claim # 8248892

## TRAVERSE COUNSELING SERVICES PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 11/05/2019 10:03 AM | | |
| Service Date: | 11/05/2019 09:00 AM - 10:00 AM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: 90837 | Case # |

Staff Signature: William Moore
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 11/05/2019 10:06 AM

Re: Claim# 8248892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

Client: Leisha Smith (LS01826) Birth Date:
Creation Date: 11/22/2019 12:08 PM
Service Date: 11/22/2019 09:00 AM - 10:00 AM Duration: 60 minutes
Provider(s): William Moore, LPC/MHSP (NPI: 1225547805)
Insurer(s): CIGNA
Place Of Service: Office CPT Code: 90837 Case #

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Treatment Goals

| Goal | Objectives |
|---|---|
| [Date: 03/26/2020] Coping skills | [Date: 03/26/2020, Status: In Progress] Improve mood<br>*Intervention:* Acceptance (of limitations/reality); Behavior modification. CBT |

### Diagnostic Impressions:

300.02 (F41.1) Generalized Anxiety Disorder

### Focus of Session:

Pt processed the suicide of her 1st cousin that had been the assistant police chief. She said that he had retired 8 years ago. He had been getting a lot of meds from a doctor for depression. He apparently had been researching for some time whether suicide would keep him out of heaven. Now the Pt's spouse does not want her or their daughter to take psych meds. Pt said that they need the meds. Pt does art to help her to process stressful situations. She also uses music and devotions. Pt is encouraged to work on finding ways to alleviate stress. Pt presents to manage life regardless of what is going on. Pt was supported as she processed. Pt will be encouraged to continue to process issues.

### Therapeutic Intervention:

### Planned Intervention:

Re: Claimant
824 8892

# TRAVERSE COUNSELING SERVICES PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Leisha Smith (LS01826) | Birth Date: | |
| Creation Date: | 11/22/2019 12:08 PM | | |
| Service Date: | 11/22/2019 09:00 AM - 10:00 AM | Duration: | 60 minutes |
| Provider(s): | William Moore, LPC/MHSP (NPI: 1225547805) | | |
| Insurer(s): | CIGNA | | |
| Place Of Service: | Office | CPT Code: 90837 | Case # |

Return Appointment: 12/06/2019 09:00 AM

Staff Signature: William Moore
William Moore, LPC/MHSP Therapist
I approve this document
Signed: 11/22/2019 12:18 PM

Re: Claim # 824 8892

# Patient Notes

All Dates

ROBERT STETSON, MD, LLC

**Chart #: 6049** **Patient Name: SMITH,LEISHA D** **Date of Birth:**

**Note Type**

| **Date** | **User** | **Provider Profile** |
|---|---|---|
| DOCTOR NOTES | | |
| 10/09/2019 | ROBERT | STETSON, ROBERT |

Name: SMITH, LEISHA D
CPT Coding #99214 + 90833
Current Rx: Viibryd 20mg with food po Q Day
Lorazepam 0.5mg po BID
Neupro
Linzess
Spiriva
Dexilant
Montelukast
Humate P infusion
Vit D
Subjective: The pt is a 57 y/o MCF who presents for follow up. Says Viibryd has helped. Anxiety level is a little better. Still gets irritable when stressed. Her mood is still sad; but she is less tearful. Has mixed emotions about scheduled closing interview for work. Sleeping 6 hrs interrupted. Energy level is good in the morning but drops after lunch. Motivation is low but she stays active. Appetite is too good, gained 8 #s in the last couple months. STM is low. Concentration is a little better. Denies psychosis. Denies SI/HI. Tolerating psych Rx. Participating in talk therapy with Bill Moore. Sees PCP at end of week.
Objective:
Appearance: Dress, grooming and hygiene wnl.
Muscle strength/tone: Tremulousness, blepharospasms
Gait: Steady
Demeanor: Cooperative
Speech: Normal rate, tone and volume
TP: Linear and goal directed
TC: No suicidal ideation or homicidal ideation.
No delusions.
No auditory hallucinations or visual hallucinations.
Insight: Limited
Judgment: Fair
Fund of knowledge: Average
Mood: Sad
Affect: Anxious but not tearful
Assessment:
Axis I: MDD- recurrent (F33.41), GAD (F41.1)
Axis II: Def
Axis III: Parkinsons Disease, Clotting disorder, Treatment for Hep C, Solitary kidney, Thyroid nodules, Wheezing, GERD, H/O head trauma w/ LOC and concussion, Chronic hip pain, No seizures, No headaches
Axis IV: CMI, Personal loss, Multiple medical issues
Axis: V: 45-50
Plan:
1. Return to clinic in one month. Pt to call if problems arise prior to the next appointment.
2. Increase Viibryd to 30mg with food po Q Day x wk, then to 40mg with food po Q Day. Provided sample starter pack. Sent escript for 40mg #30 NR to local pharmacy. Has co pay reduction card.
4. Continue lorazepam 0.5mg po BID, 0.5mg #60 NR by escript to local pharmacy. Rx database checked.
5. Encouraged continuation of talk therapy.
Robert Stetson, M.D.

Re: Claim #
824 8892

# Patient Notes

ROBERT STETSON, MD, LLC

All Dates

**Chart #: 6049** **Patient Name: SMITH,LEISHA D** **Date of Birth:**

**Note Type**

| **Date** | **User** | **Provider Profile** |
|---|---|---|
| DOCTOR NOTES | | |
| 11/26/2019 | ROBERT | STETSON, ROBERT |

Name: SMITH, LEISHA D
CPT Coding #99214 + 90833
Current Rx: Viibryd 40mg with food po Q Day
Lorazepam 0.5mg po BID
Pramipexole
Linzess
Spiriva
Dexilant
Montelukast
Humate P infusion
Vit D

Subjective: The pt is a 57 y/o MCF who presents for follow up after rescheduling appt earlier in the month. Her grandkids were sick. Her first cousin killed himself. Her son has a complicated appendicitis. The pt fell. Granddaughter is scheduled for tonsillectomy. The pt got her PCP to refill Viibryd. Anxiety level is elevated. Not irritable. She is grieving, frequently tearful. Sleep is difficult. Energy level is. Motivation is low but she stays active. Appetite is low, frequently feels nauseous. STM is low, makes lists. Concentration is low. Denies psychosis. Denies SI/HI. Tolerating psych Rx. Participating in talk therapy with Bill Moore. New Parkinson med makes her nauseouos.

Objective:
Appearance: Dress, grooming and hygiene wnl.
Muscle strength/tone: Tremulousness
Gait: Steady
Demeanor: Cooperative
Speech: Normal rate, tone and volume
TP: Linear and circumstantial
TC: No suicidal ideation or homicidal ideation.
No delusions.
No auditory hallucinations or visual hallucinations.
Insight: Limited
Judgment: Fair
Fund of knowledge: Average
Mood: Grieving
Affect: Anxious and tearful

Assessment:
Axis I: MDD- recurrent (F33.41), GAD (F41.1)
Axis II: Def
Axis III: Parkinsons Disease, Clotting disorder, Treatment for Hep C, Solitary kidney, Thyroid nodules, Wheezing, GERD, H/O head trauma w/ LOC and concussion, Chronic hip pain, No seizures, No headaches
Axis IV: CMI, Personal loss, Multiple medical issues
Axis: V: 45-50

Plan:
1. Return to clinic in six weeks. Pt to call if problems arise prior to the next appointment.
2. Continue Viibryd 40mg with food po Q Day, 40mg #30 RF x 1 to local pharmacy.
4. Increase lorazepam to 0.5mg po TID, 0.5mg #90 RF x 1 by escript to local pharmacy. Rx database checked.
5. Encouraged continuation of talk therapy.

Robert Stetson, M.D.

**Gene Smith** Re: Claim # 8248892

**From:** Leisha Smith < >
**Sent:** Thursday, December 5, 2019 8:14 PM
**To:** Gene Smith
**Subject:** See if this works

**Comments from the Doctor's Office**

*Written by Lydia Speer, DO on 12/5/2019 8:30 AM*

No acute fractures on xray of shoulder-some mild arthritis is seen.

**Study Result**

Reason: Fall. Right-sided neck pain. Shoulder pain.

3 views of the right shoulder

FINDINGS:
No acute fracture, dislocation, or destructive osseous abnormality. Mild degenerative joint disease at the right AC joint. No unexpected radiopaque foreign body

IMPRESSION:

No acute osseous abnormality identified.

Dictated By: - 12/5/2019 8:24 AM EST

Electronically Signed By: Samuel Porter, MD - 12/5/2019 8:25 AM EST

Sent from my iPhone

Re: Claim # 824 8892

**Comments from the Doctor's Office**

*Written by Lydia Speer, DO on 12/5/2019 8:30 AM*

Thankfully nothing acute is seen. You do have arthritis in your neck which could have been irritated with the fall.

**Study Result**

Reason: Fall. Right-sided neck pain. Shoulder pain

AP, lateral, open-mouth odontoid views of the cervical spine

FINDINGS:
Straightening of the normal cervical lordosis. Degenerative disc disease noted in the cervical spine, most prominent at C3-C4, C4-C5, and C5-C6. No prevertebral soft tissue swelling. Degenerative changes at the atlantodental articulation. No abnormal widening of the lateral dental interval. Facet joint articulations are maintained. Spinous processes are intact. Dens is intact.

IMPRESSION:

No acute osseous abnormality identified radiographically.

Multilevel cervical spondylosis.

Dictated By: - 12/5/2019 8:25 AM EST

Electronically Signed By: Samuel Porter, MD - 12/5/2019 8:26 AM EST

Re: Claim # 8248892

# AFTER VISIT SUMMARY

erlanger Health System

**Leisha D. Smith** MRN: 01114275 12/4/2019 11:00 AM EMG Primary Care at East 423-778-8909

## Instructions from Lydia Speer, DO

Xray
linzess refill
Prednisone

Your medications have changed today
**See your updated medication list for details.**

Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA
Linzess • predniSONE
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

Pick up these medications from any pharmacy with your printed prescription
HYDROcodone-acetaminophen

## Today's Visit



You saw Lydia Speer, DO on Wednesday December 4, 2019. The following issues were addressed: Acute pain of right shoulder; Neck pain; and Constipation, unspecified constipation type.

Blood Pressure
122/78

BMI
28.22

Weight
164 lb 6.4 oz

Height
5' 4"

Pulse
102

Respiration
18

Oxygen Saturation
98%

## What's Next

DEC 10 2019 — Established with Laurie-Anne Swaby, MD
**Tuesday December 10 8:45 AM (Arrive by 8:30 AM)**

**EMG Gastroenterology**
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

APR 16 2020 — Established with Ellen H. Valadez, MD
**Thursday April 16 10:00 AM (Arrive by 9:45 AM)**

**EMG Neurology**
979 East 3rd Street,
Suite C830
Chattanooga TN
37403-2147
423-778-9001

*MyChart*
**Patient Portal**
View your After Visit Summary and more online at https://mychart.erlanger.org/mychart/.

Re: claim# 8248892

# Your Medication List as of December 4, 2019 11:30 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: Ventolin HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT |
| **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| **carbidopa-levodopa** 25-100 mg per tablet<br>Commonly known as: SINEMET | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| **ergocalciferol** 50,000 unit capsule<br>Commonly known as: VITAMIN D | Take 1 capsule (50,000 Units total) by mouth once a week. |
| **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 20 mg by mouth once daily. |
| **FIBER GUMMIES ORAL** | Take by mouth. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **gabapentin** 100 mg capsule<br>Commonly known as: NEURONTIN | Take 1 capsule (100 mg total) by mouth 3 (three) times a day. |
| START **HYDROcodone-acetaminophen** 5-325 mg per tablet<br>Commonly known as: NORCO<br>Started by: Lydia Speer, DO | Take 1 tablet by mouth every 6 (six) hours as needed for moderate pain. |
| * **linaCLOtide** 145 mcg capsule<br>Commonly known as: Linzess<br>Changed by: Lydia Speer, DO | Take 145 mcg by mouth daily. 1 cap po daily<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * **Linzess** 72 mcg capsule<br>Generic drug: linaCLOtide<br>Changed by: Lydia Speer, DO | Take 72 mcg by mouth daily.<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |

Re: Claim # 8248892

## Your Medication List (continued) as of December 4, 2019 11:30 AM

| | |
|---|---|
| **LORazepam** 0.5 mg tablet<br>Commonly known as: ATIVAN | Take 0.5 mg by mouth 2 (two) times a day. |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet (10 mg total) by mouth once daily. |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **pramipexole** 1.5 mg tablet extended release 24 hr | Take 1.5 mg by mouth at bedtime. |
| **predniSONE** 10 mg tablet<br>Commonly known as: DELTASONE<br>Changed by: Lydia Speer, DO | Take 0.5 tablets (5 mg total) by mouth daily.<br>What changed:<br>• **how much to take**<br>• **how to take this**<br>• **when to take this**<br>• **additional instructions** |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium bromide** 1.25 mcg/actuation mist<br>Commonly known as: Spiriva Respimat | Inhale 2.5 mcg daily. 2 puffs daily |
| * **vilazodone** 10 mg tablet<br>Commonly known as Viibryd | 1 tab po daily x 1 week, 2 tabs po daily |
| * **vilazodone** 40 mg tablet<br>Commonly known as: Viibryd | Take 40 mg by mouth daily. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Re: Claim# 8248892

Name: Leisha Dianne Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# AFTER VISIT SUMMARY

erlanger Health System

**Leisha D. Smith** MRN: 01114276 12/9/2019 EMG Primary Care at East 423-778-8909

## Instructions from Misty Helton, LPN

Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA

Viibryd

Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

## Today's Visit

You saw Misty Helton, LPN on Monday December 9, 2019 for: Med Refill.

## What's Next

FEB 4 2020 — Established with Laurie-Anne Swaby, MD
Tuesday February 4 10:00 AM (Arrive by 9:45 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN 37403-2147
423-778-4830

APR 16 2020 — Established with Ellen H. Valadez, MD
Thursday April 16 10:00 AM (Arrive by 9:45 AM)
EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

Re: Claim # 8248892

# Your Medication List as of December 9, 2019 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: Ventolin HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT |
| **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| **carbidopa-levodopa** 25-100 mg per tablet<br>Commonly known as: SINEMET | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| **ergocalciferol** 1,250 mcg (50,000 unit) capsule<br>Commonly known as: VITAMIN D | Take 1 capsule (50,000 Units total) by mouth once a week. |
| **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 20 mg by mouth once daily. |
| **FIBER GUMMIES ORAL** | Take by mouth. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **gabapentin** 100 mg capsule<br>Commonly known as: NEURONTIN | Take 1 capsule (100 mg total) by mouth 3 (three) times a day. |
| **HYDROcodone-acetaminophen** 5-325 mg per tablet<br>Commonly known as: NORCO | Take 1 tablet by mouth every 6 (six) hours as needed for moderate pain. |
| * **linaCLOtide** 145 mcg capsule<br>Commonly known as: Linzess | Take 145 mcg by mouth daily. 1 cap po daily |
| * **Linzess** 72 mcg capsule<br>Generic drug: linaCLOtide | Take 72 mcg by mouth daily. |
| **LORazepam** 0.5 mg tablet<br>Commonly known as: ATIVAN | Take 0.5 mg by mouth 2 (two) times a day. |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet (10 mg total) by mouth once daily. |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |

Re: Claim # 8248892

| | |
|---|---|
| **pramipexole** 1.5 mg tablet extended release 24 hr | Take 1.5 mg by mouth at bedtime. |
| **predniSONE** 10 mg tablet<br>Commonly known as: DELTASONE | Take 0.5 tablets (5 mg total) by mouth daily. |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium bromide** 1.25 mcg/actuation mist<br>Commonly known as: Spiriva Respimat | Inhale 2.5 mcg daily. 2 puffs daily |
| * **vilazodone** 10 mg tablet<br>Commonly known as: Viibryd | 1 tab po daily x 1 week, 2 tabs po daily |
| * **Viibryd** 40 mg tablet<br>Generic drug: vilazodone | Take 40 mg by mouth daily. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

MyChart® licensed from Epic Systems Corporation © 1999 - 2019

Re: Claim #8248892

Name: Leisha Dianne Smith | DOB | MRN: 01114276 | PCP: Lydia Speer, DO

## Patient Instructions

Lydia Speer, DO at 12/4/2019 11:00 AM

Xray
linzess refill
Prednisone

MyChart® licensed from Epic Systems Corporation © 1999 - 2019

Re: Claim # 8248892

Name: Leisha Dianne Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Upcoming Tests and Procedures

**AMB REF NEUROLOGY/EMG/NCS** ordered by Joseph Miller, MD on 2/14/2019
Expected: 3/14/2019 Expires: 2/14/2020

eval for parkinson's dz
Thanks

**AMB REF NEUROLOGY/EMG/NCS** ordered by Lydia Speer, DO on 3/14/2019
Expected: 3/28/2019 (approximately) Expires: 3/14/2020

**MOTILITY STUDY, ESOPHAGEAL** ordered by Laurie-Anne Swaby, MD on 8/9/2019
Expected: 8/9/2019 (approximately) Expires: 8/9/2020

**POTASSIUM ISTAT SURG** ordered by Lydia Speer, DO on 11/12/2019
Expected: 11/13/2019 Expires: 11/12/2020

**AMB REFERRAL TO PHYSICAL THERAPY** ordered by Lydia Speer, DO on 12/3/2019
Expected: 12/4/2019 Expires: 2/3/2020

Signature certifies medical necessity of prescribed treatment for maximal rehabilitation outcome. Please arrive 15 minutes early for completion of paperwork. Evaluation may last 1 ½ to 2 hours. Bring this prescription with comfortable clothing such as sneakers, T-shirt, shorts or sweats.

MyChart® licensed from Epic Systems Corporation © 1999 - 2019

## ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA | LEISHA SMITH | 8248892 |

| | | | |
|---|---|---|---|
| **Referred By:** | Courtney Grygiel | **Claimant DOB:** | |
| **Referral Date:** | 11/26/2019 | **Job Title:** | PRODUCTION TEAM MEMBER |
| **Due Date:** | 12/10/2019 | **Medical/ Surgical Condition:** | F33.41 Major Depressive Disorder, Recurrent, In Partial Remission |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/15/2018 |
| **Report Date:** | 12/03/2019 | **DOD:** | 02/16/2018 |
| **Physical Demands:** | | **BBD:** | 08/17/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**
There are no core questions.

**Additional Questions**
**Please review all documents listed under APPEAL and MEDICAL.**

**1. What psychiatric diagnosis, per DSM-5, is reasonably supported by the history and clinical presentation in the documentation provided?**
The two psychiatry records support diagnosis of Major Depressive Disorder, Recurrent, In Partial Remission (F33.41).

**2. Please provide a description of the claimant's impairments attributable to the presence of mental illness and outline how any impairment translates to restrictions and limitations from 8/16/19 to the present. Please include the expected duration for any restrictions and limitations identified. Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) from 8/16/19 to the present?**
While the claimant has some ongoing symptoms of depression with depressed mood and anxiety noted on exam, these are not of the severity to support impairment.

**3. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, is there evidence that the side effects contribute to claimant's impairment? Please explain your medical rationale.**
The PCP reported that Tramadol could cause sedation but there is no indication that the claimant reported sedation after starting Tramadol. Gabapentin caused constipation and rectal bleeding. The psychiatry record (see Stetson, 8/28/2019) noted that the claimant

reported activation from Lexapro and nausea from Zoloft. There is no evidence that these side effects cause or contribute to behavioral health symptoms.

**4. Are the severity and scope of the claimant's reported symptoms, consistent with the intensity and scope of treatment? Please provide medical evidence to support your answer.**

Yes. The claimant was initially treated by her primary care provider and has been seen twice by psychiatry with no evidence of behavioral health care since September 10, 2019. More intense and disabling behavioral health disorder could include more frequent psychiatric outpatient care, routine psychotherapy, intensive outpatient program attendance or inpatient hospitalization.

**Brief overview of clinical presentation and course:**

The available medical records indicate the claimant has multiple medical diagnoses in the context of a long history of depression and anxiety. The latter reportedly worsened after the death of her mother in 2017 and with increasing health problems. Medical diagnoses include hemorrhoids, bilateral hip osteoarthritis/labral tears, Von Willebrand's disease Type 2N, hepatitis C, rheumatoid arthritis, GERD, and right-hand tremor. There are numerous medical records available for review from multiple medical specialists in addition to the claimant's primary care provider (PCP; Speer, MD) and psychiatrist (Stetson, MD). The claimant has been out of work due to a bilateral hip issue and hemorrhoidectomy per medical records. Numerous specialty case reviews have concluded that she is not impaired from an internal medicine perspective (Stander, MD; 5/6/19) or neurological perspective (Burke, MD; 11/11/19). She was found to have physical limitations from August 16, 2019 onward (Kasendorf, DO) from a PM&R perspective but was considered able to work fulltime within listed restrictions. The focus of this review is on behavioral health symptoms.

**Analysis and Support for Conclusions:**

Behavioral health symptoms are addressed in PCP documentation dated through September 11, 2019 and two psychiatry office notes dated August 27 and September 10, 2019. There are no office notes available for review from the claimant's PCP since August 1, 2019. There are letters from the PCP dated August 5, 2019 and September 11, 2019. There is a patient copy of an office visit note dated September 11, 2019. The two letters and the patient copy of the office note include no mental status exam (MSE) findings. Dr. Speer noted in the August 5 letter that the claimant was unable to do any occupation due to persistent uncontrolled anxiety and depression as well as the hip pain. She was referred to psychiatry.

Dr. Stetson's initial psychiatry note is dated August 27, 2019. The claimant reported numerous symptoms of depression including sad mood, tearfulness, social isolation, sleep disturbance (initiating and maintaining), low appetite and poor concentration. She also reported chronic anxiety including excessive worrying, irritation and anxiety when her husband is at work as well as panic attacks twice weekly that do not limit activity. There was no description of the panic attacks (e.g., fear, shortness of breath, rapid pulse, tingling sensations, dizziness/vertigo, etc.). She reported that she avoided psychoactive medications in the past due to family beliefs. She reported poor response to Lexapro which caused "activation". She stated that Zoloft caused nausea. The thorough MSE noted limited insight, fair judgment, sad mood and anxious affect only. There was no evidence of poor

concentration or memory difficulty. She was diagnosed with Major Depressive Disorder (MDD), Recurrent in Partial Remission (F33.41) and Generalized Anxiety Disorder (GAD; F41.1). Sertraline was increased (to 50mg BID) and lorazepam (0.5mg BID) was initiated. There is no indication that she was written out of work.

The available records indicate the claimant was seen for follow-up by Dr. Stetson on September 10 and reported she was tolerating the medication. She reported improved sleep, irritation, and appetite but reported no change in mood or anxiety level. The MSE findings were unchanged. Sertraline was tapered, Viibryd (10mg x4 days, then 20mg daily) was initiated and lorazepam was continued. She was referred to Traverse Counseling and was to return for psychiatry follow-up in one month. There are no psychotherapy records available for review and no indication that the claimant was seen again by psychiatry.

In summary, the available medical records support diagnoses of Major Depressive Disorder In Partial Remission and Generalized Anxiety Disorder, although the latter may best be accounted for as part of the MDD diagnosis (Specifier: With anxious distress). These diagnoses are based on Dr. Stetson's initial psychiatry evaluation. The claimant reported a long history of depression and anxiety but only recent behavioral health intervention. This consisted of psychoactive medication prescribed by her PCP until the August 27 psychiatry evaluation. Records provide evidence that the claimant was seen twice by psychiatry, but not since September 10, 2019. There is no evidence that the claimant was seen for psychotherapy as recommended by Dr. Stetson. Neither of the two psychiatry records indicate that the claimant was unable to work. The claimant reported poor concentration, but MSE findings at both appointments document normal concentration (repeating digits forward/backward) and memory (recalling 3 words) on simple screening. MDD in partial remission is not evidence of impairment. Individuals with MDD in partial remission could be expected to work a normal 8-hour day. There is limited evidence of major mental status examination findings to reliably support a higher level of severity and impairment. The claimant's mood and anxiety symptoms were noted to be predominantly self-reported. There is no evidence of the claimant experiencing suicidal/homicidal thoughts, delusions, mania, psychosis, hallucinations, thought disorder, cognitive deficits, depression or anxiety with a globally impairing severity. Consequently, in light of the above noted scant behavioral health medical records, and lack of significant abnormal findings on clinical examination, there is no clear indication that behavioral health symptoms are impairing to the degree that would result in significant restrictions and limitations in any of the claimant's usual life activities, including work.

**Records Reviewed:**
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is the September 10, 2019 psychiatry office note.

*Electronically Signed*

Ruth E. Yoash-Gantz, PsyD, ABPP
Board Certified Clinical Neuropsychologist

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

December 4, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Lincoln Financial Group is responsible for managing claims for benefits under the Volkswagen Group of America Group Disability Policy. We previously wrote to you on October 31, 2019 and November 27, 2019 advising you of the status of your appeal.

As per our telephone conversation on December 3, 2019 we are affording you the opportunity to have updated medical information considered with your appeal. We urge you to contact any of your providers if you would like additional information to be considered.

Please submit any medical information you wish to have considered as your appeal for LTD benefits no later than December 18, 2019. If nothing additional is going to be submitted, please notify this office and we will proceed with the appeal review prior to this date.

Any information you wish to submit in support of your claim may be faxed or mailed to my attention at:

Lincoln Financial Group
Attn: Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611

Secure Fax No.: (603) 427-2110

If the above information is not received by December 18, 2019, we must base our decision on the information contained in your file. Once this information has been received and reviewed, you will be notified in writing of our determination.

As we are waiting for you/ your physicians to submit additional information, we will require

additional time to render a determination on your appeal. Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

November 27, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Lincoln Financial Group is responsible for managing claims for benefits under the Volkswagen Group of America Group Disability Policy. We previously wrote to you on October 31, 2019 advising you of the status of your appeal.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.)

Your file is currently being reviewed in the Appeal Review Unit and has been referred for further medical review and assessment. Upon receipt of the completed medical review, we will proceed with the assessment of your appeal. We will make every effort to render a determination as soon as possible but no later than January 7, 2020.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

# Roger Kasendorf, DO

**Physical Medicine and Rehabilitation**
**Pain Management**

CLAIMANT NAME: Smith, Leisha
EXAMINER: Dr. Roger Kasendorf
ECN #: 136615-2
CLAIM #: 8248892
DATE OF LOSS: 2/16/2018
DATE OF SERVICE: 11/13/2019

## PEER REVIEW

This is a peer review regarding Leisha Smith. I reviewed the following:
Memorandum (12/18/18) from Frederic Schwartz, MD (Internal Medicine); Peer Review (1/11/19) from Steven Winkel, DO (Internal Medicine); ICP Memo (5/6/19) from Paul Stander, MD (Internal Medicine); Occupational Analysis/Vocational Review (12/5/18) and Transferable Skills Analysis (6/12/19) from Vanessa Scungio, MA, CRC; MRI of the Abdomen (9/19/18); MRI of the Left Hip (12/27/18); MRI of the Lumbar Spine (2/8/19); Thyroid Ultrasound (5/16/18, 3/15/19); MRI of the Right Hip (12/27/18; 4/11/19); Laboratory Reports (5/27/16 – 4/12/19); Progress Notes (9/15/92 – 6/11/10) from T.C. Thompson Children's Hospital Medical Center; Summary of Care (2/18/18) from Sara Connaughton, MD (Emergency Medicine); Progress Notes (4/27/18) from John Stanley, MD (Colorectal Surgery); Procedure Note (5/18/18) from Harris Hawk, MD (Radiology); Physical Therapy Notes (7/2/18 – 7/17/18) from BenchMark Rehab Partners; Progress Notes (10/10/18) from Stephen Scorey, DO (Internal Medicine); Procedure Note (1/11/19) from Justin Calvert, MD (Radiology); Progress Notes (1/29/19) from Brandon Cincere, MD (Orthopedic Surgery); Progress Notes (2/20/18) and Letter (2/12/19) from Meghann McManus, DO (Hematology/Oncology); After Visit Summary (2/14/19) from Joseph Miller, MD (Neurosurgery); Progress Notes (3/28/19) from Ellen Valadez, MD (Neurology); Operative Report (2/19/19), Discharge Summary (2/20/19) and Progress Notes (2/19/18 – 4/10/19) from Jason Dunn, MD (General Surgery); Progress Notes (4/11/19) from Elizabeth Bardowski, APN; Physical Therapy Evaluation (4/11/19) from Nashville Hip Institute; Progress Notes (4/27/18 – 4/12/19) from Todd Fowler, MD (Otolaryngology); Progress Notes (7/1/19) from Caleb Heath, NP; Progress Notes (4/25/18 – 2/18/19) and After Visit Summary (7/15/19) from Matthew Higgins, MD (Orthopedic Surgery); Procedure Report (8/16/18), Progress Notes (6/19/18 – 4/5/19) and After Visit Summary (8/9/19) from Laurie-Anne Swaby, MD (Gastroenterology); Progress Notes (4/23/18 – 4/8/19) and After Visit Summary (8/27/19) from Patrick Koo, MD (Pulmonology); Progress Notes (9/10/19) from Robert Stetson, MD (Psychiatry); Progress Notes (3/6/18 – 4/25/19), After Visit Summary (7/17/19 – 9/11/19) and Letter

(5/9/18 – 9/11/19) from Lydia Speer, DO (Family Medicine); and Physical Therapy Notes (4/18/19 – 10/3/19) from Siskin Hospital for Physical Rehabilitation.

I have been asked to review the medical records on behalf of ECN.

The claimant is a 57-year-old female with a medical history significant for bilateral hip degenerative joint disease, lumbar spine degenerative disc disease, Parkinson's disease, anxiety disorder, and depressive disorder.

Vocational review report dated 12/5/18 by Vanessa Scungio, MA, the provider notes that with a reasonable degree of vocational certainty, the typical physical demands of the claimant's occupation of Inspectors, Testers, Sorters, Samplers, and Weighers are most often light and medium in physical demand.

Peer review report dated 1/11/19 by Steven Winkel, DO, the provider notes that the claimant may work an 8-hour day. Alternate sit and stand every 30 minutes. The claimant may use a donut for siting. Constant: reach all levels; simple and forceful grasp/grip; finger/handle; use foot controls; Frequent: bend; stoop; squat; lift/carry up to 10 lbs. Occasional: kneel; crawl; climb stairs.

ICP memo dated 5/6/19 by Paul Stander, MD, the provider notes that many of her symptoms seem out of proportion to findings on physical examination and diagnostic testing. For instance, she has mild osteoarthritis changes and small tears of her labrums (lining of the hip joint) that continue to cause excessive pain. She uses multiple inhaler medications commonly used for individuals with asthma or chronic obstructive pulmonary disease despite normal Pulmonary Function Tests. A detailed neurological evaluation documented only very mild signs and symptoms of Parkinson's disease for which she was prescribed some low dose medication, partly as a diagnostic effort, but these symptoms are not sufficient to interfere with her ability to reliably perform her usual life activities. Finally, although there is documentation by her primary care physician that indicates that the claimant has significant psychiatric symptoms of anxiety and depression, based on the records provided to him for review, she has never been referred to a psychiatrist or mental health clinician and has not consistently been prescribed psychiatric medication.

Transferable skills analysis report dated 6/12/19 by Vanessa Scungio, MA, it is noted that the transferable skills analysis identified occupations are within the claimant's physical abilities and within their identified skill level. The following are examples of occupations employee could perform; order clerk, receptionist, and dispatcher

Thyroid and neck ultrasound report dated 5/16/18 revealed new hypoechoic, potentially solid nodule versus complex cyst left mid gland. 2.5 mm hypoechoic nodule mid-right gland. Cystic nodule posterior right mid gland.

Abdomen MRI report dated 9/20/18 revealed no finding to explain claimant's right upper quadrant pain. Hepatic cyst measuring 1 cm is seen within eighth hepatic segment. The hepatic artery is unremarkable. Hepatic and portal veins are unremarkable.

Left hip MRI report dated 12/27/18 revealed tearing of the anterosuperior left acetabular labrum with partial labral detachment anteriorly.
Mild degenerative changes at the left hip. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Mild to moderate tendinopathy of the left gluteus minimus and medius tendons with low-grade insertional tearing as they attach onto the greater trochanter of the left femur. Mild adjacent soft tissue swelling and small volume bursal fluid.

Right hip MRI report dated 12/27/18 revealed a moderately sized irregular contrast-filled cleft insinuating between the right anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment. Mild degenerative changes at the right hip. Mild degenerative changes in the lower lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space. Moderate tendinopathy of the right gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur.
Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon.

Lumbar spine MRI report dated 2/8/19 mild to moderate multilevel degenerative changes, most pronounced at L5-S1.

Thyroid and neck ultrasound report dated 3/15/19 revealed there is a right mid pole nodular lesion which does not demonstrate abnormal blood flow. Small left inferior pole 0.8 cm x 0.6 cm x 0.5 cm nodular lesion Is seen which demonstrates some Increased blood flow. Further evaluation with nuclear medicine thyroid uptake scan and/or ultrasound-guided FNA may be of benefit. There is what appears to be a possible lymph node posterior to the right lobe.

Right hip MRI report dated 4/11/19 revealed minimal anterior convexity of the hip suggesting cam-type femoroacetabular impingement. There is minimal increased signal within the right anterior superior acetabular labrum. Mild/early bilateral hip osteoarthritis. Small bilateral hip joint effusions. Mild bilateral gluteal tendinopathy, worse on the right with a small amount of fluid in the right greater trochanteric bursa.

Office visit notes dated 4/11/19 by Ken Jenkins, MD, the claimant visited for evaluation of right hip pain.She has a lot of difficulty with right hip soft tissue and joint pain. She has difficulty with pretty much all activity and as confirmed intraarticular pathology and was on the point of having surgery when her comorbidities came into play and the surgery was deferred.Examination revealed: the bilateral hip range of motion was

reduced. She has tenderness to palpation in proximal hip structures, especially the posterior lateral aspect. All motion of the right hip is provocative and irritating.

Office visit notes dated 7/1/19 by Caleb Heath, NP, the claimant visited for follow up on Parkinson's disease and tremors.
She reports tremors in the right > left hands that started 2 years prior to this visit and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.
Examination revealed: Neuro: mental status: oriented to person, place, and time.
Attention: normal. Speech: speech is normal. Level of consciousness: alert
Cranial nerves II through XII were intact. Minimal hypomimia.
Motor Exam Muscle bulk: normal. Muscle tone: minimal rigidity BUE with activation, normal BLE.
Strength 5/5 throughout. RAMs intact
Sensory exam right arm light touch: normal. Left-arm light touch: normal. Right leg light touch: normal. Left leg light touch: decreased from knee.
Gait: (antalgic, mildly decreased arm swing bilaterally)
Tremor resting tremor: absent, minimal intermittent right upper extremity with distraction, although tremor is fine and claimant not truly relaxed. Action tremor, mild RUE > LUE low amp/high freq.

Letter dated 7/29/19 by Lydia Speer, DO, the provider notes that at the time the claimant was not able to return to work due to her uncontrolled anxiety and depression and her ongoing hip pain that doesn't allow her to sit or stand for prolonged periods of time.
The claimant was also continuing physical therapy for her hip pain and her new diagnosis of Parkinson's. She would be reevaluated for both of these conditions in 6 weeks after this visit.

Office visit notes dated from 4/11/19 to 10/3/19 document the claimant underwent physical therapy.

Office visit notes dated 9/10/19 by Robert Stetson, MD, the claimant visited for follow up on anxiety. She reports she has good and bad days. She underwent a psychiatric evaluation.

**DIAGNOSES:**

Bilateral hip degenerative joint disease
Lumbar spine degenerative disc disease
Parkinson's disease

Anxiety disorder
Depressive disorder

**<u>RESPONSE TO QUESTIONS:</u>**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Bilateral hip degenerative joint disease - M16.0
Lumbar spine degenerative disc disease - M51.36

**2. If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD 10 code(s).**

Parkinson's disease - G20

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 8/16/19 to - present, and comment on the expected duration.**

a) **If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

The medical documentation provided reflects that the claimant is moderately functionally limited for the time period under review as of 8/16/19 to present. Therefore, the following activity restrictions and limitations are medically necessary:

Standing – Up to 1 hour at a time and up to 2 hours per day
Walking – Up to 1 hour at a time and up to 2 hours per day
Lifting – Occasionally, up to 20 pounds
Carrying – Occasionally, up to 20 pounds
Pushing – Occasionally, up to 20 pounds
Pulling – Occasionally, up to 20 pounds
Climbing stairs - Occasionally
Stooping - Occasionally
Kneeling - Never
Crouching - Never
Crawling - Never
Sitting – Up to 3 hours at a time and 6 hours per day
Reaching – Constantly below desk level, constantly at desk level, occasionally overhead

Use lower extremities for foot controls - Constantly
Fine manipulation - Constantly
Simple and firm grasping – Constantly

The aforementioned activity restrictions and limitations are permanent.

The claimant is a 57-year-old female with a medical history significant for bilateral hip degenerative joint disease, lumbar spine degenerative disc disease, Parkinson's disease, anxiety disorder, and depressive disorder.

Regarding the claimant's Parkinson's disease, anxiety disorder, and depressive disorder, these medical conditions are outside of my scope of practice. Therefore, I respectfully defer to the appropriate specialty reviewer.

As for the claimant's diagnosis of lumbar spine degenerative disc diseases well as her bilateral hip degenerative joint disease, the medical documentation supports that these conditions warrant functional restrictions and limitations. The claimant's lumbar and hip pathologies are supported by her complaints of back pain as well as by the abnormal results of the left hip MRI report dated 12/27/18 the right hip MRI report dated 12/27/18, the lumbar spine MRI report dated 2/8/19 as well as the right hip MRI report dated 4/11/19.

These diagnostic studies support the claimant's complaints of back pain and bilateral hip and joint pain as documented on 4/11/19 by Dr. Ken Jenkins, as well as on 7/1/19 by Caleb Heath, NP; both these providers also documented a number of functionally limiting abnormalities linked to the claimant's musculoskeletal pathologies in the physical examinations they performed on these dates. Therefore, the above activity restrictions and limitations are medically indicated.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition.

**5. If AP contact may clarify any significant areas such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence**

10:18AM, 14 November 2019, Phone call to Dr. Speer: left a message at UT East Primary Care, on nurse, Misty's voicemail.

10:20AM, 14 November 2019, Phone call to Dr. Valadez: left a message at UT Erlanger Neurology, on nurse, Jennifer's voicemail.

Dr. Speer identified, at 11/14/2019 9:30:02 AM, that the claimant has a history of Parkinson's, with ongoing tremors making it difficult to use the hands, hip pain, anxiety, and depression, and is seeing multiple specialists. Dr. Speer identified that the claimant's condition is getting worse despite compliance with all treatment plans, and recommended that the claimant is unable to work due to the multitude of conditions.

10:06AM, 15 November 2019, Phone call to Dr. Valadez: left an additional message at UT Erlanger Neurology, on nurse, Jennifer's voicemail.

**6. Does the claimant have sustained capacity for full time work within the restrictions and limitations outlined?**

Yes, the claimant is capable of sustaining a full time, 40-hours per week work schedule with the restrictions and limitations that I have outlined.

Sincerely,

Roger Kasendorf, DO
Medical License CA 12928
Board Certified PM&R

Claimant Name: Leisha Smith

Physician Name: Roger A Kasendorf, DO

ECN #: 136615-2

CLAIM #: 8248892

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician

Medical/ Professional License # CA 12928, TX 1977

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 462-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

November 21, 2019

Dr. Speer
T 310-893-6390
F 423-778-8910

CLAIMANT: Leisha Smith
ECN #: 136615-2
CLAIM #: 8248892
DATE OF LOSS: 2/16/2018
DATE OF BIRTH:

This letter is to confirm the conversation we had regarding your patient Leisha Smith on 11/14/19
The following was discussed:

> Dr. Speer identified, at 11/14/2019 9:30:02 AM, that the claimant has a history of Parkinson's, with ongoing tremors making it difficult to use the hands, hip pain, anxiety, and depression, and is seeing multiple specialists. Dr. Speer identified that the claimant's condition is getting worse despite compliance with all treatment plans, and recommended that the claimant is unable to work due to the multitude of conditions.

Agree: 11/22/19
Signature and date

Disagree:

______________________________
Signature and date

If you disagree, please explain:

______________________________

______________________________

______________________________

Please fill out and sign the above indicating your agreement or disagreement by 11/27/19

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

Sincerely,

*Roger A Kasendorf, DO*

Roger A Kasendorf, DO

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 75516**

**Date** **11/20/2019**

***Bill To:***

**Courtney Grygiel**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8248892
**Date of Loss:** 2/16/2018
**ECN #** 136615-2
**Account #**

**Claimant** Leisha Smith

| | | |
|---|---|---|
| 11/18/2019 | Peer Review - Long Term Disability: Service<br>Provider: Roger A Kasendorf, DO<br>Specialty: PMR/Pain Management | $1295.00 |
| | **SubTotal** | $1295.00 |
| | **Final Invoice Total** | $1295.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 74828** **Date** **11/12/2019**

***Bill To:***

**Courtney Grygiel**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8248892
**Date of Loss:** 2/16/2018
**ECN #** 136615-1
**Account #**

**Claimant** Leisha Smith

| | | |
|---|---|---|
| 11/7/2019 | Peer Review - Long Term Disability: Service - 5 hours @ $200/hr<br>Provider: David M Burke, MD<br>Specialty: Neurology | $1000.00 |
| | **SubTotal** | $1000.00 |
| | **Final Invoice Total** | $1000.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: courtney grygiel
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x13301
Fax: (603) 427-2110

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | VOLKSWAGEN GROUP OF AMERICA | Date Sent: | 11/11/2019 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LEISHA D SMITH | Claim #: | 8248892 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/16/2018 |
| Zip: | | Primary Diagnosis: | Effusion, right hip |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Dual Specialty | Physician: Phone/Fax | see below |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: LEISHA D SMITH

# Lincoln Financial Group - Independent Evaluation

## Peer Review

LTD APPEAL FILE.

1. Please identify the primary impairing Diagnosis (es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 8/16/19 to - present, and comment on the expected duration.

a) If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

5. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence

6. Does the claimant have sustained capacity for full time work within the restrictions and limitations outlined?

Instructions For Vendor:

Claimant Name: LEISHA D SMITH

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please refer file for dual boarded PMR and pain specialist.

Providers:
Lydia Speer, DO 423-778-8909
Ellen Valadez, MD 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

Attorney Information (if applicable):

Claimant Name: LEISHA D SMITH

# DAVID M BURKE, MD

**CLAIMANT NAME:** Smith, Leisha
**EXAMINER:** David M. Burke, MD
**ECN #:** 136615-1
**CLAIM #:** 8248892
**DATE OF LOSS:** 2/16/2018
**DATE OF SERVICE:** 11/11/2019

**Peer Review**

This is a peer review regarding Smith, Leisha. I reviewed 424 pages including: Memorandum (12/18/18) from Frederic Schwartz, MD (Internal Medicine); Peer Review (1/11/19) from Steven Winkel, DO (Internal Medicine); ICP Memo (5/6/19) from Paul Stander, MD (Internal Medicine); Occupational Analysis/Vocational Review (12/5/18) and Transferable Skills Analysis (6/12/19) from Vanessa Scungio, MA, CRC; MRI of the Abdomen (9/19/18); MRI of the Left Hip (12/27/18); MRI of the Lumbar Spine (2/8/19); Thyroid Ultrasound (5/16/18, 3/15/19); MRI of the Right Hip (12/27/18; 4/11/19); Laboratory Reports (5/27/16 – 4/12/19); Progress Notes (9/15/92 – 6/11/10) from T.C. Thompson Children's Hospital Medical Center; Summary of Care (2/18/18) from Sara Connaughton, MD (Emergency Medicine); Progress Notes (4/27/18) from John Stanley, MD (Colorectal Surgery); Procedure Note (5/18/18) from Harris Hawk, MD (Radiology); Physical Therapy Notes (7/2/18 – 7/17/18) from BenchMark Rehab Partners; Progress Notes (10/10/18) from Stephen Scorey, DO (Internal Medicine); Procedure Note (1/11/19) from Justin Calvert, MD (Radiology); Progress Notes (1/29/19) from Brandon Cincere, MD (Orthopedic Surgery); Progress Notes (2/20/18) and Letter (2/12/19) from Meghann McManus, DO (Hematology/Oncology); After Visit Summary (2/14/19) from Joseph Miller, MD (Neurosurgery); Progress Notes (3/28/19) from Ellen Valadez, MD (Neurology); Operative Report (2/19/19), Discharge Summary (2/20/19) and Progress Notes (2/19/18 – 4/10/19) from Jason Dunn, MD (General Surgery); Progress Notes (4/11/19) from Elizabeth Bardowski, APN; Physical Therapy Evaluation (4/11/19) from Nashville Hip Institute; Progress Notes (4/27/18 – 4/12/19) from Todd Fowler, MD (Otolaryngology); Progress Notes (7/1/19) from Caleb Heath, NP; Progress Notes (4/25/18 – 2/18/19) and After Visit Summary (7/15/19) from Matthew Higgins, MD (Orthopedic Surgery); Procedure Report (8/16/18), Progress Notes (6/19/18 – 4/5/19) and After Visit Summary (8/9/19) from Laurie-Anne Swaby, MD (Gastroenterology); Progress Notes (4/23/18 – 4/8/19) and After Visit Summary (8/27/19) from Patrick Koo, MD (Pulmonology); Progress Notes (9/10/19) from Robert Stetson, MD (Psychiatry); Progress Notes (3/6/18 – 4/25/19), After Visit Summary (7/17/19 – 9/11/19) and Letter (5/9/18 – 9/11/19) from Lydia Speer, DO (Family Medicine); and Physical Therapy Notes (4/18/19 – 10/3/19) from Siskin Hospital for Physical Rehabilitation.

I have been asked to review the medical records on behalf of ECN.

The records reflect this claimant is a 57 year old female who ceased all work activity of her own Light/Medium occupation; frequent; lift 20 lbs and walk/stand < 3 steps (Paint Quality Control) on 2/16/18 due to severe anxiety, depression, panic attacks, and chronic hip and joint pain, as per the claimant's 9/23/19 Appeal Letter. The claimant indicated she had a Hip Labral Tear and OA that made it impossible to sit without pain, however the claimant's own occupation required sitting > 1% of the time. The claimant also reported she had Asthma, as a result of being treated for Hep C and Parkinson Disease, however after 4 days of very low dose medication, her shaking stopped, which the Neurologist advised would be the definite diagnosis for her. This caused a significant increase in the claimant's anxiety, which resulted in Shingles due to stress and more depression, anxiety, fear, and sickness. The claimant maintained she was not able to function in any job now based on her cognitive limitations or sitting > 40 minutes at a time.

This physical functional Neurology Review will focus solely on the claimant's associated diagnoses including Parkinson's Disease; the claimant associated comorbidities including chronic pain, orthopedic issues, and emotional/mental health and/or cognitive conditions are deferred to the appropriate specialty.

It has previously been determined that the claimant met the definition of disability until 8/16/19, as the medical information no longer supported a loss of function that would preclude the claimant from work.

The medical records provided and reviewed support the following:

2/19/18, the claimant underwent an uncomplicated Hemorrhoidectomy, which was followed by 5/14/18 Flex Sig and banding procedure, again without complications, however the claimant continued to report anal pain.

3/6/18, the claimant advised Dr. Speer (Primary Care) she was having to work back on the line, which flared up her hemorrhoids and she had to have surgery, which resulted in constipation/pain with defecation, and the claimant reported she was unable to stand very long without aggravating her hemorrhoids.

4/23/18, the claimant advised Dr. Koo (Pulmonology) that she borrowed a nebulizer from a friend, which she used frequently in 2-3/2018 that helped with her SOB and cough. Further, the claimant was moved from her previous department to the assembly line, which exposed her to paint primer and other chemicals that might contribute to her symptoms, she did not mention Hep C treatment side effects. 4/28/17 PFT's were normal, as was Methacholine challenge test that was negative for Asthma. The claimant was using Spiriva with infrequent Albuterol use. Physical examination findings were unremarkable and diagnoses were Chronic Cough and RAD with recommendations to remain active and exercise.

5/9/18, Dr. Speer saw the claimant who reported a right hand tremor for over a year at rest/with intention that seemed more prominent, the claimant had a family history, sometimes she was walking it felt like her feet were stuck but she kept moving, and she wanted a referral to Neurology in the setting of being out on STD due to hemorrhoids and unremarkable physical examination findings; right hand resting tremor. Diagnosis was Mixed action/resting tremor.

6/19/18, the claimant advised Dr. Speer her pelvic/buttock pain was better with sitting and standing provoked her pain, which is inconsistent with her Appeal Letter reports of being unable to sit. Further, physical examination findings were unremarkable.

6/19/18, the claimant advised Dr. Swaby (GI) that she was doing well until 2/2018 when she was put "back on the line" at VW, which resulted in hemorrhoids.

8/6/18, the claimant advised Dr. Higgins (Orthopedics) she was ready to RTW and she needed 2 hours/day for 30-90 days for reconditioning, as per her employer. Hip MRI was ordered.

10/22/18, Dr. Dunn (General Surgery) opined the claimant had a few internal hemorrhoids; surgical intervention was not medically necessary and the claimant was discharged to prn care.

12/28/18, the claimant advised Dr. Speer that she need further surgical intervention for a permanent solution to her hemorrhoids, however this is inconsistent with Dr. Dunn's 10/22/18 assessment of the claimant's condition. Again, the claimant reported her condition was worse with standing and since she had been off work this had improved, as she had been off her feet. The claimant also reported she was having a nervous breakdown in the setting of her mothers, mother in laws, and her son's death, which resulted in having a hard time sleeping, panic attacks, and pain all over her body, which was likely Fibromyalgia, as per Dr. Speer, as it has been mentioned by other providers.

2/8/19, Lumbar MRI demonstrated multilevel degenerative changes, most pronounced at L5/S1.

2/22/19, the claimant underwent an uncomplicated two column Hemorrhoidectomy without complications in the setting of internal hemorrhoids with prolapse; the claimant was discharged on 2/20/19.

3/14/19, Laboratory Analysis was unremarkable; low Vitamin D.

3/28/19, Dr. Valadez (Neurology) saw the claimant for R>L hand tremors that started 2 years ago and primarily occurred with action/posture, but less often at rest with LLE muscle cramps, bradykinesia that started after she was treated for Hep C in 2013, gait impairments/shuffling, difficulty rising from a chair, climbing stairs; although she admitted this was due to hip pain, and she had fallen a couple times when she turned to

fast and she had acute vertigo. The claimant had been seen by Dr. Miller on 2/14/19 due to right hip pain, however the claimant's lumbar spinal disease was insignificant and did not explain her pain; therefore no surgical intervention was recommended. The claimant noted a history of Parkinson's and she was referred for evaluation. Physical examination findings were unremarkable; minimal intermittent RUE resting tremor with distraction, although the tremor was fine and the claimant was not relaxed. Dr. Valadez opined the claimant had minimal symptoms of Parkinsonism in the setting of a strong family history and no brain imaging. Dopamine Challenge was recommended with 2 month follow up. If the claimant did not notice a change with Sinemet, she could stop the medication and follow up in 6 months for reassessment.

4/17/19, the claimant participated in Hip PT without documentation of any self-reported or found tremors/Parkinsonain observations.

4/25/19, Dr. Speer wrote a letter stating she did not see the claimant returning to work any time in the near future due to hip problems, new diagnosis of Parkinson's, and her uncontrolled depression/anxiety. Same day OVN documented the claimant's shaking had improved a lot with medications, so she probably had Parkinson's in the setting of unremarkable physical examination findings "abnormal" muscle tone, coordination/ Diagnosis was Mixed action/resting tremor; improved.

7/1/19, Dr. Valadez's After Visit Summary indicated since the claimant benefitted from Sinemet, she was young, and she planned to treat her Parkinson's with a different medication; Neupro with follow up in a few months. NP Heath's OVN documented the claimant's tremor and improvement with walking 4 days after staring Sinemet, which also helped with her constipation and brain fog in the setting of absent resting and mild RUE>LUE action tremor of low amp/high frequency, RAMs were intact, and the claimant had mild hypomimia; 3 month follow up.

8/5/19, Dr. Speer wrote a letter stating the claimant was unable to work due to chronic right hip pain in the setting of medication side effects of Tramadol, anxiety, depression, and pain attacks; the claimant was unable to sit/stand for prolonged periods of time due to pain.

6/17/19 - 8/26/19, the claimant started PT with right hip pain and Parkinson's, which was ordered prior to consideration for any surgical intervention. Of note, on 6/17/19 the claimant reported she had upcoming surgery for a family member that would require that she assisted with child care and she could only come once a week, which was followed by 7/22/19 reports of falling bowling with her grandkids, and on 8/26/19, the claimant reported an improved gait.

9/11/19, Dr. Speer wrote a letter stating the claimant was unable to work in any occupation, as it would detrimental to her health and the claimant would not be able to cope physically/mentally.

10/3/19, the claimant was discharged from PT.

**DIAGNOSES: Effusion, right hip**

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis (es) with ICD 10 code(s).**

As it pertains to this physical functional Neurology review and the time period in question of 8/16/19 to the present:

I was unable to identify a primary impairing diagnosis.

**2. If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD 10 code(s).**

As it pertains to this physical functional Neurology review and the time period in question of 8/16/19 to the present:

- Mixed resting/action tremor
- Low Back Pain/Lumbar DDD

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 8/16/19 to - present, and comment on the expected duration.**

N/A

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Based on the claimants age/gender, medical history, the time period in question of 8/16/19 to the present, and in my professional medical opinion regarding the claimant's neurological condition;

This 57 year old female indicates she is unable to work due to cognitive limitations and the inability to sit > 40 minutes at a time in the setting of severe anxiety, depression, panic attacks, and chronic hip and joint pain, as per the claimant's 9/23/19 Appeal Letter.

The claimant's comorbid diagnoses are deferred to the appropriate specialty, however the claimant's 9/23/19 Appeal Letter indicated the claimant had been diagnosed with Parkinson's Disease (PD) based on her incredible response to Sinemet, which was started on 3/28/19, as per Dr. Valadez's OVN in the setting of 7/1/19 unremarkable physical

examination findings, which were devoid of documentation of clinically significant gait abnormalities, use of AD's, decreased lumbar/cervical ROM, or decreased ROM, strength, sensation, coordination, or reflexes of the upper or lower extremities that would result in a loss of function from 8/16/19 and ongoing.

I am not sure how Dr. Valadez determined the claimant had PD, as her OVN's are devoid of documentation of the duration, frequency, severity, or intensity of symptoms, such as PD Symptom Diaries to support a pattern of progressive PD symptoms. Additionally, Dr. Speer's referred the claimant to Neurology on 5/9/18, however the claimant did not seek any Neurology care/treatment until 3/28/19 when Dr. Valadez saw the claimant for the first time, calling into question the severity of her symptoms and associated functional limitations.

Dr. Valadez's 3/28/19 OVN documented the claimant's RUE tremor had been present for at least 2 years indicating the claimant's PD symptoms did not preclude her from the unrestricted duties of her own occupation, again calling into question the severity of her tremor/symptoms and associated functional limitations in the setting of evidence of secondary gain, as per Dr. Speer's 3/6/18 and Dr. Swaby's 6/19/18 OVN's that documented the claimant was put "back on the line" at work, which exacerbated her symptoms.

Further, there is no documentation of Brain MRI or DaTScan, which would confirm this diagnosis and there is no documentation of Cervical/Thoracic MRI's or NCV/EMG studies that would r/o other etiologies of the claimant's symptoms. Lastly, the claimant was started on Sinemet 25/100mg TID on 3/28/19 with total resolution of her symptoms after 4 days, which seems inconsistent with the mechanism of action of this drug, as there is no documentation on/off daily fluctuations or periods of wearing off time that would be expected. On 3/28/19, Dr. Valadez advised the claimant to start Sinemet and if she had improvement, follow up in 2 months, however there is no documentation of this type of encounter, calling into question the severity of the claimant's symptoms and her incredible response to medications. Nonetheless, Dr. Speer's and Dr. Valadez's, ongoing OVN's documented improvement/resolution of the claimant's self-reported symptoms in the setting of unremarkable physical examination findings, which would be consistent with the claimant's 6/17/19 - 8/26/19 reports to PT that she needed to assist with child care while a family member had surgery and that she was able to go bowling with her grandkids.

In summary, it appears Dr. Valadez's diagnosis of PD was based on family history and the claimant's response to medications, which in my medical opinion are insufficient to support the diagnosis of PD and the claimant's tremor completely resolved with Sinemet, as per her own 9/23/19 Appeal Letter reports; therefore there is no evidence to support the claimant is physically functionally limited and work activity restrictions are not medically necessary.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment plan is consistent with standard of care based on the apparent level of severity of the condition, however I would have anticipated a more thorough investigation of the claimant's tremor including diagnostic imaging and NCV/EMG studies. Further, the claimant was not compliant with Dr. Valadez's 3/28/19 recommendations for 2 month follow up if Sinemet improved her symptoms.

**5. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence**

-Dialed Dr. Valadez 11/1/19 9:30 AM- Selected option 3, left a message at UT Erlanger Neurology with patient service representative, Cindy Q.

-Dialed Dr. Valadez 11/4/19 10:43 AM- left a message at UT Erlanger Neurology on nurse, Jennifer's voicemail.

**6. Please review all documents listed under MEDICAL and APPEAL. Does the claimant have sustained capacity for full time work within the restrictions and limitations outlined?**

Yes, the claimant has the sustained capacity for full time work within the Sedentary R&L's outlined; there is no documentation of ECHO, PFT's, or Laboratory Analysis that would support a lack of endurance and modified work scheduling is not medically necessary.

Sincerely,

David M Burke

David Burke, MD
Board Certified Neurology
Medical License NY188103

Claimant Name: Leisha Smith

Physician Name: David M Burke, MD

ECN #: 136615-1

CLAIM #: 8248892

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician
Medical/ Professional License # NY188103

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 31, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Lincoln Financial Group is responsible for managing claims for benefits under the Volkswagen Group of America Group Disability Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.)

Your file is currently being reviewed in the Appeal Review Unit and has been referred for further medical review and assessment. Upon receipt of the completed medical review, we will proceed with the assessment of your appeal. We will make every effort to render a determination as soon as possible. You will be notified in writing of any additional necessary delays.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Mon, 28 Oct 2019 18:05:06 +0000
**To:**Grygiel, Courtney
**Subject:**Urgent: Send Medicals to Peer Review Claim 8248892

Your referral for claim number 8248892 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: Exam Coordinators – ECN
- Email records to: scheduling@ecnime.com

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA | LEISHA SMITH | 8248892 |

| | | | |
|---|---|---|---|
| **Referred By:** | Courtney Grygiel | **Claimant DOB:** | |
| **Referral Date:** | 10/21/2019 | **Job Title:** | PRODUCTION TEAM MEMBER |
| **Due Date:** | 11/04/2019 | **Medical/ Surgical Condition:** | Parkinson's |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/15/2018 |
| **Report Date:** | | **DOD:** | 02/16/2018 |
| **Physical Demands:** | | **BBD:** | 08/17/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/16/19 to presesnt, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: Ellen Valadez, M.D. Phone Number: 1 (423) 778 9001 ex -----**

Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

**Additional Questions**

Other LTD APPEAL file-- please review all documents listed under MEDICAL and APPEAL. Does the claimant have sustained capacity for full time work within the restrictions and limitations outlined? File previously reviewed by Dr. Steven Winkel and Dr. Paul Stander. Please assign to different reviewers.

**Other Comments**
Other Comments - null

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

October 17, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group s Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group s response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8400

August 26, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within 152 days of this letter. If no additional information is received by January 25, 2020, your claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lois Beaupain
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16466
Secure Fax No.: (603) 334-8400

To: Liberty Life Assurance Company of Boston

ATTN: Appeal Review Unit

Group Benefits Disability Claims

P.O. Box 7213

London, KY 40742-7213

**From:** Leisha Smith

CLAIM NUMBER 8248892

**Re: Appeal for LTD claim**

To Whom It May Concern,

I am appealing the decision by Lincoln Financial to close my LTD claim. This is my letter of intent to appeal this decision.

I am requesting my claim file, in its entirety, be sent to me so I can allow my Physicians and PT personnel review and respond on my behalf regarding my inability to do ANY job at this time. If possible, please send me the file certified mail.

My disability case manager, Robert Kaylor, told me by phone today, August 5, 2019, that once this letter was received, someone would contact me regarding my appeal.

Thank you,

Leisha Smith

Claim #8248892

Phone:

September 23, 2019

From: Leisha Smith

Phone No.

ATTN: Lois Beaupain, Appeal Associate

Phone No. (888) 437-7611 Ext 16466

Secure Fax No. (603) 334-8400

Lincoln Financial Group

Long Term Disability (LTD) Benefits

P.O. Box 7213

London, KY 40742-7213

RE: Denial of Future Benefits for LTD

Claim No. **8248892**

Dear Lois Beaupain:

I am writing this letter because the explanations given in the denial for further benefits for LTD letter I received from Lincoln Financial about my claim being closed effective August 16, 2019 are inaccurate.

I cannot return to the workforce doing ANY occupation due to the continued issues with severe anxiety, depression, panic attacks, and chronic hip and joint pain. I am providing additional documentation to support my claim.

I need my claim re-opened so I can continue to receive the treatments necessary for my multiple health and mental/emotional problems that I am suffering with and have been for some time.

You may contact me at the address listed above and/or call me at the phone number listed above.

You will find enclosed in this packet the following:

- Letters my husband and from my best friend
- Letters from my treating physicians
- Updated evaluation from my Physical Therapists
- Recent physician visits summaries
- Notes from the Psychiatrist

In addition, I would like to briefly comment on certain paragraphs in the letter notifying me as to why my claim was closed.

On page 2, the paragraph beginning with *"Based on the documentation in the records...,"* I disagree with the language used about my chronic and daily hip pain. Labral tears are painful and inhibit my ability to sit without pain, and sitting down for any length of time past 40 minutes or so are very painful. I sit in a recliner with my legs elevated and usually on one side to help decrease the pain I still have from previous hemorrhoid surgeries. I soak almost every day in Epsom salt baths to help with joint pain and swelling. Sitting in a vehicle is painful but unavoidable, sitting in a chair for more than 30-40 minutes is avoidable, and I do just that as best I can.

Further down page 2 of the letter, it states I have no impairment of sitting, yet multiple times my doctors and my PT have stated I cannot sit for long periods of time.

The letter also states that since I have "mild osteoarthritis" and "small tears of my labrums" I should not be in the chronic and daily pain that I am in, yet none of the specialist I see has stated to me that "mild osteoarthritis" hurts less than moderate

osteoarthritis. Orthopedic doctors and physical therapists have told me that tears in the labrums are painful, period. I have been told that the threshold of pain is also different for people.

I use an inhaler because I suffer with wheezing and shortness of breath, all of which happened to me after the treatment for Hepatitis C. I use a daily inhaler, take allergy medicine and I have a reactive inhaler to use when necessary and a nebulizer to give myself breathing treatments when the reactive inhaler does not help me. All of my pulmonary problems are treated by a pulmonologist and I have always provided documentation to support my breathing problems.

Then there is the reference to the diagnosis of Parkinson's disease. I went to a neurologist after my primary care doctor referred me to go because of the shaking in my right side, shuffling of my feet and the strong family history of Parkinson's disease. After four days of a very low introductory dosage of medicine, all my shaking stopped, which I was told by the neurologist would be the "definite diagnosis of Parkinson's for me." It was and still is a very difficult realization and about four weeks after learning I have Parkinson's disease, I developed the shingles, which was brought on by stress. I also had another battle with shingles in July, again due to stress. I was not and I am still not handling this latest health diagnosis as well as I need to, and since Parkinson's disease has no cure and is a chronic debilitating disease, I have become more depressed, anxious, fearful, and sick. When the mental and emotional problems worsened, my primary doctor adjusted the medicines for my depression and anxiety but eventually she referred me to see a psychiatrist, and I also now see a counselor.

I am not able to function at ANY job now. On page three of the letter from Lincoln Financial, in the paragraph beginning with *"Concentrating on doing same work repeating...,"* I cannot concentrate or focus on learning a new job, reporting to a work place for a full time job, or perform any tasks sitting down for more than 30-40 minutes at a time. All the reasons why I cannot have already been stated and supported by my treating physicians. I do have focusing issues, memory issues, anxiety and panic attacks, and nausea from medicines that I have not been on long enough to realize any positive results.

As stated earlier, I have enclosed letters from people who have known me for many years and know how "not myself" I am right now. I have always taken pride in myself for a good work ethic. I worked at Volkswagen through the Hepatitis C treatment in 2013/2014 and during those 9+ months, I maintained working a rotating shift, one week of 10-hour days followed by one week of 10-hour nights, and averaged 20-25 each week, using FMLA to cover my time out when I was too sick to work. I have raised four children, dealt with the death of one of my sons in 2007, my mother, and my mother in law in 2017 and 2018 respectfully, and during these times, my health was not the best.

If I could work, I would work but at this time, I cannot go to work in ANY occupation.

Therefore, I am appealing the decision to close my claim and I am sending in the medical documentation to support the reasons why my claim needs to be re-opened.

Thank you for reconsidering my need to remain on disability. I need my claim re-opened as soon as possible so I can continue to receive the treatments I need and work towards dealing with my life of chronic pain, continued sickness and life with Parkinson's disease.

I need to do this without the added stress or concerns with finances and insurance.

Sincerely,

Leisha Smith

Claim number 8248892

Re: claim #
8248892

August 29, 2019

To Whom It May Concern:

My name is Gene Smith and I have been married to Leisha Smith for 36 years. Leisha is a devoted wife, mother, and grandmother. She has also worked hard for 7+ years at VW and the rotating shift she worked was extremely hard but she did it, even working part time during her Hepatitis C treatment in 2013-2014. My wife has been always been an active woman for our entire marriage up until the past two years or so.

She is now fearful, anxious, nervous, and sad. She suffers with insomnia. She has severe "separation anxiety" towards me. She has a fear of being alone. When I leave for work, she often gets nervous and upset. She needs to call me or have me to call her several times a day, every workday. She will also text me several times a day and gets very upset if I do not reply quickly. She will get so upset she cries and often gets angry. I come home early some days when I can and I try to do whatever I can to help keep her be calm and reassure her.

She was active in the women's retreat planners group at our church until 2018 and she stepped down from the group. She has little interests to do things away from home and mostly does things with our daughter or me.

Due to the multiple medical problems she has, she often only goes to doctors' appointments, hospitals for testing, Physical Therapy and the psychiatrist.

She doesn't tolerate riding/driving for more than 30-40 minutes due to her hip pain and sitting down often cause her pain from her 3 hemorrhoid surgeries. My wife cannot sit for more than 30-40 in a chair unless it is a recliner and her legs are elevated and she can be on her side. She soaks in hot water baths with Epsom salt almost every day.

Since the doctor diagnosed her with Parkinson's disease, she is more depressed and worried about herself, her health, and her future. She has worked hard at PT on the muscle weakness in her hips so she can try to do the physical therapy for Parkinson's, recommended for her by the orthopedic specialist at the Nashville Hip Institute.

Due to my wife's clotting disorder, Von Willebrands Type 2N, my wife cannot use conventional medicines for her arthritis and for her chronlc daily pain. She also suffers with chronic constipation and almost all pain medicines cause constipation, and with her history with hemorrhoids, she avoids prescription pain meds as much as she can. She has to take medicine daily to help keep her from being constipated.

Her doctors, medicines, and PT. manage her physical diseases/disorders as best as can be. Her emotional and mental issues however are not under control. She has tried different medicines for depression and anxiety and now is seeing a psychiatrist who is trying a combination of meds to see if it she can get her some relief.

The stress of the Parkinson's diagnosis has not yet settled in for her. She needs more time to complete the PT for Parkinson's, get more adjusted to the new medicines prescribed by the psychiatrist and also have more visits with the psychiatrist, to hopefully help her deal better with her depression, sadness, anxiety and also the separation anxiety too.

She cannot in my opinion work a full time job in any occupation because of not only her multiple physical problems but also her emotional and mental problems.

Thank you for your consideration to reversing the denial of her LTD benefits.

Sincerely,

Gene Smith

7G283190408

Re: Claim#
8248892

September 11, 2019

To Whom It May Concern,

I am writing a letter on behalf of my best friend Leisha Dianne Smith. We have been the best of friends for almost thirty years and have been there for each other through all the ups and downs life has had to offer. I have watched Leisha nurse her sick children back to health, while working and being sick herself. I have watched her have to bury her oldest son while taking care of her youngest daughter who had a nervous breakdown due to the death of her older brother. I have witnessed her caring for her dying mother and her father who has Parkinson's disease, all while trying to work and continue to have some normalcy in her life.

She was not able to work for so long while caring for her oldest son and her daughter, so when the opportunity to work at Volkswagen came, she was so excited. She like anyone else had already made plans for things she needed and wanted while working and Leisha has an excellent work ethic. I have never seen anyone push through pain and sickness like her. I witnessed numerous times that she worked her shift at Volkswagen while taking treatment for Hepatitis C. It's not that she doesn't want to work now; she just isn't able to work now. She has the desire to work but due to health reasons, she is not able.

She has dealt with many health problems in the years I have known her but more so in the last two years. I'm sure you have the list of all that she suffers with but I have never witnessed her as sick as she was in February 2018 with what would be the first of three hemorrhoid

7G283190408

Re: Claim # 8248892

surgeries. When she had to take a leave of absence for those problems, her anxiety and depression increased. Later in 2018, she had her second hemorrhoid surgery and doctors performed tests that show she has labral tears in both hips. In February 2019, she had her third hemorrhoid surgery and in March of 2019 found out that she too suffers with Parkinson's, just like her dad. After all she has been through during the last 18 months, her anxiety and depression have increased, and now she has panic attacks and isolates herself more than I have ever known her to do. She has suffered emotionally due to not being able to go back to work, the surgeries, dealing with constant pain, finding out she has Parkinson's and realizing just how drastically her life has changed.

She has truly been an example in my life of how one pushes through sickness and still work, never give up, and I believe this is why she was so disappointed when she had to take a leave and then to realize she cannot return to her job at VW or any job anytime soon.

If you have any other concerns or questions, feel free to call me. I'll tell you anything I can.

Thank you,

Kim Whaley

erlanger Health System

EMG PRIMARY CARE AT EAST
1751 GUNBARREL ROAD
SUITE 201
CHATTANOOGA TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

Claim# 8248892

September 11, 2019

Leisha Dianne Smith

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **9/11/2019**

To Whom it May Concern:

Leisha Smith has been a patient of mine since 2016. She has a medical history of Von Willebrand's disease, Parkinson's disease, Right labral tear with chronic hip pain, Anxiety and depression with panic attacks, Insomnia, reactive airway disease, and gastroesophageal reflux disease. All of these conditions are being actively managed by myself and several specialists at this time.

These conditions impair her from sitting and standing for 6-8 hours per day. She is unable to stand for more than 1 hour and cannot sit for longer than 30-45 minutes at a time due to her hip pain. She is limited in what pain medications she can take due to her Von Willebrand's disease so this makes managing her pain very challenging as well.

I agree with the decision by Lincoln Financial that my patient will not be able to return to her own occupation at VolksWagon. I also believe that given her current mental and physical state, she would not be able to return to any occupation at this time.

I had to send her to a psychiatrist recently to help with managing her worsening anxiety, depression, and panic attacks. He listed her Axis V score at a 45-50. I believe her anxiety, depression, and panic attacks are made worse by her current medical problems as well as from the loss of her son in 2007 and the death of her mother in 2017. I believe that her Parkinson's is also contributing to her emotional lability.
If you have any questions or concerns, please don't hesitate to call.

She is currently undergoing physical therapy for her chronic hip pain and for her Parkinson's. She is starting counseling this week and is working with her psychiatrist on a better regimen for her anxiety, depression, and panic attacks. She faithfully attends all appointments given to her and is motivated to work on getting to a more stable place emotionally, mentally, and physically.

I feel that it would be detrimental to my patient's health at this time for her to return to any occupation. I do not believe she would be able to cope well mentally or physically with the added stress from any occupation. For

# AFTER VISIT SUMMARY

Claim# 8298892

erlanger Health System

**Leisha D. Smith** MRN: 01114276

9/11/2019 8:15 AM EMG Primary Care at East 423-778-8909

## Instructions from Lydia Speer, DO

Will write letter to lincoln financial towards denial

**Your medications have changed today**

**See your updated medication list for details.**

**Ask your doctor where to pick up these medications**

- vilazodone 10 mg tablet

## Today's Visit



You saw Lydia Speer, DO on Wednesday September 11, 2019. The following issues were addressed: Anxiety and depression, Parkinson disease, and Von Willebrand disease.

| | |
|---|---|
| Blood Pressure 122/78 | BMI 26.43 |
| Weight 154 lb | Height 5' 4" |
| Pulse 74 | Respiration 16 |
| Oxygen Saturation 97% | |

## What's Next

OCT 16 2019 — **Established with Ellen H. Valadez, MD**
Wednesday October 16 11:00 AM (Arrive by 10:30 AM)
EMG Neurology
979 East 3rd Street,
Suite C830
Chattanooga TN
37403-2147
423-778-9001

DEC 10 2019 — **Established with Laurie-Anne Swaby, MD**
Tuesday December 10 8:45 AM (Arrive by 8:30 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

MyChart
**Patient Portal**

View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart/**.

# Your Medication List as of 9/11/19 8:22 AM

Claim# 8248892

ⓘ Always use your most recent med list.

| | |
|---|---|
| **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| **carbidopa-levodopa** 25-100 mg per tablet<br>Commonly known as: SINEMET | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| **ergocalciferol** 50,000 unit capsule<br>Commonly known as: VITAMIN D | TAKE ONE CAPSULE BY MOUTH ONE TIME PER WEEK |
| **FIBER GUMMIES ORAL** | Take by mouth. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **gabapentin** 100 mg capsule<br>Commonly known as: NEURONTIN | Take 1 capsule (100 mg total) by mouth 3 (three) times a day. |
| **linaCLOtide** 145 mcg capsule<br>Commonly known as: LINZESS | Take 145 mcg by mouth daily. 1 cap po daily |
| **LORazepam** 0.5 mg tablet<br>Commonly known as: ATIVAN | Take 0.5 mg by mouth 2 (two) times a day. |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet (10 mg total) by mouth once daily. |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **rotigotine** 4 mg/24 hour<br>Commonly known as: NEUPRO | Place 1 patch on the skin daily. |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium bromide** 1.25 mcg/actuation mist<br>Commonly known as: SPIRIVA RESPIMAT | Inhale 2.5 mcg daily. 2 puffs daily |
| **traMADol** 50 mg tablet<br>Commonly known as: ULTRAM | Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. |

7G283190408

7 G283190408

Primary Care
Claim# 8248892

# AFTER VISIT SUMMARY

erlanger Health System

**Leisha D. Smith** MRN: 01114276 | 7/17/2019 9:30 AM | EMG Primary Care at East 423-778-8909

PCP

## Instructions from Lydia Speer, DO

Health department shingrix in a month

Valtrex three times a day x 7 days

Gabapentin 100mg -300mg (slowly titrating up) at night as needed

Parathyroid scan

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
valACYclovir
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Pick up these medications from any pharmacy with your printed prescription**
gabapentin

**Nuclear Medicine parathyroid scan**
Multiple visits requested (expires 8/20/2020)

## Today's Visit

You saw Lydia Speer, DO on Wednesday July 17, 2019. The following issues were addressed: Herpes zoster with other complication, Serum calcium elevated, and Parathyroid hormone excess.

Blood Pressure 118/82
BMI 26.37
Weight 153 lb 9.6 oz
Temperature 98.5 °F
Pulse 82
Oxygen Saturation 99%

## What's Next

AUG 9 2019 — **Established with Laurie-Anne Swaby, MD**
Friday August 9 8:45 AM (Arrive by 8:30 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

AUG 27 2019 — **Established with Patrick Koo, MD**
Tuesday August 27 10:00 AM (Arrive by 9:45 AM)
EMG Respiratory and Critical Care
979 East 3rd Street,
Suite C735
Chattanooga TN
37403-2147
423-778-9101

**MyChart Patient Portal**
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart/**.

## Your Medication List (continued) as of 9/11/19 8:22 AM

START **vilazodone** 10 mg tablet
Commonly known as: VIIBRYD
Started by: Lydia Speer, DO

1 tab po daily x 1 week, 2 tabs po daily

Claim#
8248892

Claim# 8248892

erlanger Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 | 8/1/2019 9:15 AM | EMG Primary Care at East 423-778-8909

PCP

## Instructions from Lydia Speer, DO

Tramadol for pain

Increase zoloft for anxiety

linzess for constipation

followup 4 weeks

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
linaCLOtide • sertraline
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Pick up these medications from any pharmacy with your printed prescription**
traMADol

## What's Next

AUG 9 2019 — **Established with Laurie-Anne Swaby, MD**
Friday August 9 8:45 AM (Arrive by 8:30 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

AUG 27 2019 — **Established with Patrick Koo, MD**
Tuesday August 27 10:00 AM (Arrive by 9:45 AM)
EMG Respiratory and Critical Care
979 East 3rd Street,
Suite C735
Chattanooga TN
37403-2147
423-778-9101

## Today's Visit



You saw Lydia Speer, DO on Thursday August 1, 2019. The following issue was addressed: Tear of right acetabular labrum, subsequent encounter.

Blood Pressure 118/62
BMI 26.09
Weight 152 lb
Height 5' 4"
Pulse 78
Respiration 18
Oxygen Saturation 97%

**MyChart** Patient Portal
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart/**.

Letter by Lydia Speer, DO on 7/29/2019

PCP
Speer

erlanger
Health System

Claim #
824 8892

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

July 29, 2019

Leisha Dianne Smith

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **7/29/2019**

To Whom it May Concern:

I feel that at this time patient is not able to return to work due to her uncontrolled anxiety and depression and her ongoing hip pain that doesn't allow her to sit or stand for prolonged periods of time. We just recently increased her zoloft from 25mg to 50mg and this week from 50mg to 100mg. It takes 6-8 weeks for these medications to fully kick in. Patient is also continuing physical therapy for her hip pain and her new diagnosis of parkinsons. I will reevaluate her for both of these conditions in the next 6 weeks.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: Lydia Speer, DO

**Letter Details**

erlanger
Health System

PCP
Speer
Claim#
8248802

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

April 25, 2019

Leisha Dianne Smith

Patient: Leisha Dianne Smith
Date of Birth:
Date of Visit: 4/25/2019

To Whom it May Concern:

Leisha Smith was seen in my clinic on 4/25/2019 at 9:00 am.

Patient continues to have ongoing problems with right labral tear with subsequent right hip pain and weakness. She is currently in physical therapy for this and is being followed by both a local orthopedist and an orthopedist in Nashville and vanderbilL She continues to be unable to stand for any length of time. She is unable to climb stairs or sit for any prolonged period of time. She cannot lift more than 5 pounds. She has in the interim developed Parkinson's disease and has started on medication for this and is seeing a neurologist for this care.

Her anxiety and depression are still uncontrolled. We are working on medication and therapy for this but are having a difficult time finding the right medication due to side effects that are worsening other comorbid conditions, like her constipation which we are trying to avoid given her recent hemorrhoidectomy.

I do not see her returning to work any time in the near future given her persistent problems with her hip, her new diagnosis of parkinson's, and her uncontrolled anxiety and depression.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

*This letter was initially viewed by Leisha Dianne Smith at 4/25/2019 10:33 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Claim# 8248892

**Siskin Hospital Therapy Services**
3830 Keith St. NW
Cleveland, TN 37312
Phone: 423.339.1492
Fax: 423.339.1496
www.siskinrehab.org

SISKIN HOSPITAL FOR PHYSICAL REHABILITATION

# Physical Therapy Progress Note / Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | LEISHA SMITH | **Date Seen:** | 8/26/2019 |
| **Date of Birth:** | (57 years old) | **Referring Physician:** | THOMAS BYRD |
| **Evaluation Date:** | 4/18/2019 | **Patient ID:** | 10566 |
| **Primary Insurance:** | CIGNA INSURANCE CO | **Paragon ID:** | 000008054991 |
| **Time In:** | 8:00 AM | **Time Out:** | 9:15 AM |
| **Medical Diagnosis:** | R hip pain | **Treatment Diagnosis:** | Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip) |

## Subjective

### Chief Complaint

Patient is a 57 year old female referred to PT from Nashville Hip Institute with R hip pain and Parkinson's Disease. Patient reports that she is experiencing R hip pain, imbalance, gait instability, weakness and decreased activity tolerance and was directed to pursue PT to address these impairments prior to considering surgical intervention for her hip. She has had hip pain for 18-20 months that has been complicated by numerous co-morbidities that also impact function including significant hemorrhoids, that caused her to have to stop working 2/2018 and recent diagnosis of Parkinson's Disease 3/2019.

UPDATE 6/17/19: Patient reports that she feels she has progressed steadily over course of PT to date, with improved gait and sit to stand mechanics. Family has noted more upright posture and controlled stand to sit. She has obtained trekking poles and is practicing gait at home with good results. Wishes to continue with PT to further increase strength, further improve gait and manage pain as maximally as possible. However, patient does upcoming surgery of a family member, which will necessitate that she assists with child care. She will only be able to attend PT 1x/week until 8/9.

UPDATE 7/22/19: Patient had been making steady progress, increasing performance of gait training at home with trekking pole(s) and demonstrating steady gains in overall activity tolerance. However, has experienced some regression due to recurrence of shingles (now scabbed over) and a fall 2 weeks ago when her R hip "came out" while bowling with her grandkids, causing her to fall to the left and resulting in significant, diffuse soreness. This prompted return visit to Dr. Higgins, patient reports no acute injury was found. Has not been able to return to home exercises or walking program since fall due to soreness and shingles pain. Patient had previously reported that she could only attend PT 1x/week, but in light of recent regression, she would like to re-establish 2x/week frequency.

UPDATE 8/26/19: Overall, since starting therapy patient has noted improvements in gait pattern "I don't dip anymore." She also reports improvements in capacity to self-manage condition including balance strategies and home exercises. However, still with R hip pain and catching (particularly with prolonged sitting or prolonged activity), weakness and imbalance (reports a "near fall" this weekend when she turned to reach for something, resulting in low back and hip pain that improved with home exercises). Ongoing goals include increasing comfort with prolonged sitting (for driving, church, etc), improved gait and stair negotiation and improved balance. Still interested in LSVT BIG (Parkinson's specific) if she can develop the ability to tolerate.
**Reason for Referral:** R hip weakness, gait instability, imbalance
**Specific Treatment Requested:** LSVT BIG and Proximal Hip strengthening and stabilization
**Patient Goal:** Improve mobility
**Medical Diagnosis:** R hip pain
**Treatment Diagnosis:** Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R

hip)
**Onset Date:** 11/2017 (18 months per MD note)
**Mechanism of Injury**

| Mechanism |
|---|
| Not applicable |

Claim# 8248892

**Diagnostic Testing**

| Test | Findings |
|---|---|
| MRI | Per patent report: MRI 12/2018 demonstrating B labral tears with detachment on the R |

**Pertinent Medical History:** See Admission Intake Summary. PT reviewed Admission Intake Summary today.
PMH: Von Willebrands Disroder Type 2N, thyroid problems (reports nodules, work up ongoing), RA, OA, Parkinson's Disease (diagnosed 3/2019), Hep C, ovarian cysts, depression, anemia, bood clots, abdominal pain
PSH: partial hysterectomy, lumpectomies, L kidney removed (1984), hemorrhoidectomy (2/2019), (3) c-sections
**Co-Morbidities Affecting Plan of Care:** See Admission Intake Summary.
**Medications:** See Admission Intake Summary.

**Pain**

**Pain Rating**

| | 7/22/2019 | | | |
|---|---|---|---|---|
| **Location** | **Current** | **Best** | **Worst** | **Description** |
| R hip (anterior and lateral), low back and knee | 4/10 | 4/10 | 5/10 | soreness of muscles and sharp pain at R hip |

| | 8/26/2019 | | | |
|---|---|---|---|---|
| **Location** | **Current** | **Best** | **Worst** | **Description** |
| R hip (anterior and lateral), low back and knee | 5/10 | 4/10 | 5/10 | soreness of muscles and sharp pain at R hip |

## Objective

**Ortho: Spine**

**Lumbosacral ROM / Strength**

| | 7/22/2019 | | 8/26/2019 | |
|---|---|---|---|---|
| **Motion** | **ROM** | **Strength** | **ROM** | **Strength** |
| Anterior pelvic tilt | intact through full ROM | n/a | intact through full ROM | n/a |
| Abdominal brace | n/a | "good" activation of transverse abdominus in supine with ability to maintain with perturbations including shoulder flex and ankle ROM. Improved control and stabilization during sit<> stand including independent immediate standing balance. | n/a | "good" activation of transverse abdominus in supine with ability to maintain with perturbations including shoulder flex and ankle ROM. Improved control and stabilization during sit<> stand including independent immediate standing balance. |
| Posterior pelvic tilt | intact through full ROM | n/a | intact through full ROM | n/a |

**Ortho: Lower Extremity**

**Hip ROM / Strength**

Claim# 8248892

**7/22/2019**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Hip Flexion | 140 degrees (per last re-eval) | 4/5 (per last re-eval) | 120 degrees, pain begins at 100 degrees (per last re-eval) | 3+/5 (per last re-eval) |
| Hip Extension | 15 degrees beyond neutral (per last re-eval) | 4+/5 (per last re-eval) | 12 degrees (per last re-eval) | 4/5 (per last re-eval) |
| Hip ABDuction | 30 degrees (per last re-eval) | 3+/5 (per last re-eval) | 25 degrees (per last re-eval) | 3+/5 (per last re-eval) |
| Hip ADDuction | WFLs (per last re-eval) | takes max resistance in sitting (per last re-eval) | WFLs (per last re-eval) | takes max resistance in sitting (per last re-eval) |
| Hip Internal Rotation | 50 degrees (per last re-eval) | 4/5 (per last re-eval) | 45 degrees (per last re-eval) | 4/5 (per last re-eval) |
| Hip External Rotation | 60 degrees (per last re-eval) | 4/5 (per last re-eval) | 60 degrees (per last re-eval) | 4/5 (per last re-eval) |

**8/26/2019**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Hip Flexion | 120 degrees ("then it feels like it might pop") | 4+/5 | 120 degrees, pain begins at 90-100 degrees | 4/5 |
| Hip Extension | 15 degrees beyond neutral | 4+/5 | 15 degrees beyond neutral | 4/5 |
| Hip ABDuction | 30 degrees | 3+/5 | 30 degrees | 3+/5 |
| Hip ADDuction | WFLs | 5/5 (in sitting) | WFLs | 5/5 (in sitting) |
| Hip Internal Rotation | | | | |
| Hip External Rotation | | | | |

**Knee ROM / Strength**

**7/22/2019**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Knee Flexion | 140 degrees (per last re-eval) | 4+/5 (per last re-eval) | 140 degrees (per last re-eval) | 4+/5 (per last re-eval) |
| Knee Extension | WFLS (per last re-eval) | 5/5 (per last re-eval) | WFLs (per last re-eval) | 5/5 (per last re-eval) |

**8/26/2019**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Knee Flexion | 140 degrees | 5/5 | 140 degrees | 5/5 |
| Knee Extension | WFLS | 5/5 | WFLs | 5/5 |

**Ankle / Foot ROM / Strength**

**7/22/2019**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Ankle Dorsi-Flexion | | | | |

**8/26/2019**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Ankle Dorsi-Flexion | WFLs | 5/5 | WFLs | 5/5 |

**Joint Mobility - Hip**

| | 7/22/2019 | 8/26/2019 |
|---|---|---|

| Joint | Result | Result |
|---|---|---|
| Right Femoral-Acetabular Joint | Decreased posterior femoral glide, pain with attempts at joint mobilization over course of PT despite use of a variety of positions and strategies. | Decreased posterior femoral glide, pain with attempts at joint mobilization over course of PT despite use of a variety of positions and strategies. |

**ADL Assessment**

**Bed Mobility**

| | 7/22/2019 | 8/26/2019 |
|---|---|---|
| **Activity** | **Results** | **Results** |
| Sit to Supine | Modified Independent (increased time) | Modified Independent (increased time) |
| Supine to Sit | Modified Independent (increased time) | Modified Independent (increased time) |

**Transfers**

| | 7/22/2019 | 8/26/2019 |
|---|---|---|
| **Activity** | **Results** | **Results** |
| Sit to Stand | Independent from 17 inch and higher surfaces, able to achieve appropriate mechanics with cues/increased focus on appropriate anterior pelvic tilt and eccentric glut/quad control. | Independent from 17 inch and higher surfaces, able to achieve appropriate mechanics with cues/increased focus on appropriate anterior pelvic tilt and eccentric glut/quad control. |

**Ambulation**

Gait is independent with no device in controlled environments
Deviations: mild B hip drop, decreased step height/length B, mild-moderate out-toeing, persistent posterior pelvic tilt; all deviations resolve with use of trekking poles for UE support

**Outcome Measures**

**Self-Report Outcome Measures**

| | 7/22/2019 | | 8/26/2019 | |
|---|---|---|---|---|
| **Measure** | **Score** | **Interpretation** | **Score** | **Interpretation** |
| LEFS | 23 | 71.3% | 23 | 71.3% |

**Performance Based Outcome Measures**

| | 7/22/2019 | | 8/26/2019 | |
|---|---|---|---|---|
| **Measure** | **Score** | **Interpretation** | **Score** | **Interpretation** |
| DGI | | | 15/24 | Scores </= 19/24 are c/w increased risk for falls. Score improved from 15/24 at last re-assessment. |
| TUG | | | 11.7 | Scores >/= 11.5 sec c/w increased risk for falls in patients with Parkinson's Disease per Noore et al, 2013. Score improved from 16.25 seconds at last re-assessment. |

## Assessment

**Clinical Impression:** Patient is a 57 year old female referred to PT with R hip pain and Parkinson's Disease. She has previous MRI evidence of detached R labral tear and limited surgical options due to Von Willebrands Disorder Type 2N. She has been

seen x 30 visits over the course of 4 months. Current status represents an improvement compared to initial evaluation including: improvement in Timed Up and Go (from 16.25 sec to 11.7 sec), Dynamic Gait Index (from 14/24 to 15/24), improved sit <> stand mechanics, increased LE strength, improved R hip extension ROM and improved tolerance for exercise including recent progression to targeted glut strengthening (via bridging). However, progress has waxed and waned over the course of PT due to complicating factors including episodes of shingles x 2 and a fall while bowling, resulting in decreased activity tolerance. Tolerance to targeted joint mobilizations, exercise positioning, standing tasks and strengthening has been moderately limited by pain level, episodes of "catching" and instability of R hip. Despite excellent home program compliance, regular attendance to PT sessions and a variety of treatment modalities, significant progress was not made in outcome measures over the last 10 visits. LSVT BIG therapy has been recommended by multiple providers, but to date patient's orthopedic PT needs have exceeded those related to Parkinson's. At this time, recommend a 1 week trial of LSVT to formally determine if patient can tolerate its intensity to further address gait and balance deviations related to motor control. Will then re-assess and determine an appropriate, future plan of care.

## Plan

### Goals

| Goal Description | Goal Term | Goal Due Date | Status |
|---|---|---|---|
| Patient will be independent with HEP WITHOUT caregiver assistance. | Short Term Goals | 4 weeks (5/16/19) | 5/21/19: Met |
| Patient will increase strength in B hips to 4+/5 in all planes | Short Term Goals | 4 weeks (5/16/19); extended to 6/18/19; extended to 8/12/19 | 8/27/19: Not met; R hip flex and B hip abd 3+/5 |
| Patient will demonstrate SLS B x 20 sec without hip drop. | Short Term Goals | 4 weeks (5/16/19); extended to 6/18/19; extended to 8/12/19 | 7/22/19: Not met |
| Patient will perform sit <> stand from 20 inch surface with no UE support x 3 reps with safe LE alignment. | Short Term Goals | 4 weeks (5/16/19) | 5/21/19: Met |
| Patient will increase score on Dynamic Gait Index to 19/24 or better; Progressed to score of 22/24 or better. | Short and Long Term Goals | 8 weeks 6/18/19; 8/12/19 | 6/17/19: Met original goal. Goal progressed. 8/27/19: Not met |
| Patient will tolerate R hip flexion to 120 degrees without pain | Short and Long Term Goals | 8 weeks 6/18/19;8/12/19 | 8/27/19: Not met, pain with >100 degrees flex |
| Patient will demonstrate gait pattern with symmetrical and appropriate trunk rotation, arm swing, heel strike and step length without assistive device x 300' with < 5/10 pain. | Long Term Goals | 8/12/19 | 8/27/19: Not met |

### Treatment Plan

Skilled Physical Therapy Intervention.
**Frequency:** 2 times a week for the week of 8/26/19 for orthopedic focused therapy; then, LSVT BIG trial with 4x/week treatment sessions for 1 week. Total of
**Duration:** 2 weeks.
**Treatments To Consist Of:** PT Re-Evaluation (97164), Therapeutic Exercise (97110), Therapeutic Activities (97530), Neuromuscular Re-education (97112), Manual Therapy (97140), Hot/Cold Therapy (97010), Gait Training (97116), Physical Perf. Test Measure (97750)
**Treatment Session Duration:** 1 hour
**Certification From:** 08/26/2019 to 09/09/2019
**Justification:** Based on this re-assessment, the patient is making progress towards goals. However, there are still deficits in body functions and structures that are directly impacting execution of daily activities and hindering participation in life skills. With continued skilled therapy intervention, further improvements in functional outcomes are anticipated.

Claim # 8248892

**Today's Treatment**

- PT - Therapeutic Exercise: To increase LE and core strength in hook-lying with B LEs supported on bolster, patient completed: (1)Supine abdominal brace x 10 with ankle DF (2) Hook-lying hip adduction x 10 (3) Supine abdominal brace with ankle DF and glut set x 10 (4) Sitting on grey physioball ant/posterior pelvic tilts 2 x 10 (5) Participated in ROM and strength assessment of LE muscle groups in all functional planes. Standby assist for transitions between supine, sidelying and prone with patient performing R hip IR/ER as needed for comfort. - 25 minutes
- PT - Gait Training: To improve dynamic gait skills, balance and direction changes, with standby assistL (1) Patient completed Timed Up and Go x 2 (2) Patient participated in Dynamic Gait Index including gait with varied speed, head turns, obstacles and stair negotiation. (3) Also practiced sit <> stand from 22 inch height without UE support x 5 reps, standby assist. - 30 minutes

8/26/19: Visible and palpable voluntary subluxation of R hip intermittently during session. Ice to R buttock and thigh x 15' while in L sidelying after session to decrease pain and inflammation with no adverse reactions noted.

## Billing

| CPT | Description | Units |
|---|---|---|
| 2032004 | 97110GP - PT THERAPEUTIC EXERCISE | 2 |
| 2032116 | 97116GP - PT GAIT TRAINING ONE/MORE | 2 |

**Timed Codes: 55 - Untimed Codes: 0 - Total Treatment Time: 55**

Megan E Brock License #: 11141
(Document electronically signed by TheraOffice Documentation on 8/27/2019)

SISKIN HOSPITAL FOR PHYSICAL REHABILITATION®

**Siskin Hospital Therapy Services**
3830 Keith St. NW
Cleveland, TN 37312
Phone: 423.339.1492
Fax: 423.339.1496
www.siskinrehab.org

# Physical Therapy Discharge Note / Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | LEISHA SMITH | **Date Seen:** | 10/3/2019 |
| **Date of Birth:** | | **Referring Physician:** | THOMAS BYRD |
| **Evaluation Date:** | 4/18/2019 | **Patient ID:** | 10566 |
| **Primary Insurance:** | CIGNA INSURANCE CO | **Paragon ID:** | 000008054991 |
| **Time In:** | 10:00 AM | **Time Out:** | 11:00 AM |
| **Medical Diagnosis:** | R hip pain; Parkinson's disease | **Treatment Diagnosis:** | Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip) |

## Subjective

### Chief Complaint

Patient is a 57 year old female referred to PT from Nashville Hip Institute with R hip pain and Parkinson's Disease. Patient reports that she is experiencing R hip pain, imbalance, gait instability, weakness and decreased activity tolerance and was directed to pursue PT to address these impairments prior to considering surgical intervention for her hip. She has had hip pain for 18-20 months that has been complicated by numerous co-morbidities that also impact function including significant hemorrhoids, that caused her to have to stop working 2/2018 and recent diagnosis of Parkinson's Disease 3/2019.

UPDATE 6/17/19: Patient reports that she feels she has progressed steadily over course of PT to date, with improved gait and sit to stand mechanics. Family has noted more upright posture and controlled stand to sit. She has obtained trekking poles and is practicing gait at home with good results. Wishes to continue with PT to further increase strength, further improve gait and manage pain as maximally as possible. However, patient does upcoming surgery of a family member, which will necessitate that she assists with child care. She will only be able to attend PT 1x/week until 8/9.

UPDATE 6/17/19: Pt reports she is no longer avoiding curbs, steps and uneven grass and is able to walk on them without LOB or fall. Pt still having difficulty with picking up pills, buttoning. Pt reports she is walking better with longer strides.

UPDATE 7/22/19: Patient had been making steady progress, increasing performance of gait training at home with trekking pole(s) and demonstrating steady gains in overall activity tolerance. However, has experienced some regression due to recurrence of shingles (now scabbed over) and a fall 2 weeks ago when her R hip "came out" while bowling with her grandkids, causing her to fall to the left and resulting in significant, diffuse soreness. This prompted return visit to Dr. Higgins, patient reports no acute injury was found. Has not been able to return to home exercises or walking program since fall due to soreness and shingles pain. Patient had previously reported that she could only attend PT 1x/week, but in light of recent regression, she would like to re-establish 2x/week frequency.

UPDATE 8/26/19: Overall, since starting therapy patient has noted improvements in gait pattern "I don't dip anymore." She also reports improvements in capacity to self-manage condition including balance strategies and home exercises. However, still with R hip pain and catching (particularly with prolonged sitting or prolonged activity), weakness and imbalance (reports a "near fall" this weekend when she turned to reach for something, resulting in low back and hip pain that improved with home exercises). Ongoing goals include increasing comfort with prolonged sitting (for driving, church, etc), improved gait and stair negotiation and improved balance. Still interested in LSVT BIG (Parkinson's specific) if she can develop the ability to tolerate.

Update 9/6: Pt has completed 1 week trial of LSVT BIG for Parkinson's disease with good tolerance with some modifications of seat height and avoidance of excessive R hip flex and IR during daily exercises and heirarchy tasks. Pt has exhibited improvement in gait pattern with and without trekking poles at end of LSVT BIG sessions and has potential to further improve hip stability in SLS to reduce falls and improve balance and decrease deviations with dynamic standing activities and gait via LSVT BIG exercises. Pt verbalizes that although she is experiencing increased overall soreness and fatigue, LSVT BIG protocol is not increasing hip pain and she would like to continue 4x/wk for 3 more weeks per protocol.

UPDATE 9/23: Pt has completed 3 weeks of LSVT BIG for Parkinson's disease. Pt reports no change in R hip pain. Pt reports she is feeling more stable with standing activities without UE support, is able to walk with a longer stride without shuffling feet and feels more confident to walk on uneven surfaces.
UPDATE 10/1: Pt unable to complete last 3 days of LSVT BIG protocol due to URI/coughing/congestion and returns today to complete. Pt reports she is greatly improved with her balance, walking, now able to amb 15 min at Walmart without a cart, writing is getting easier; still struggles to perform BIG walking at all times especially when distracted, stepping up/down curb without pause, and amb on uneven terrain.
UPDATE 10/3: Pt still struggles amb on uneven terrain and inclines, requires S for uneven terrain and CGA/min A for inclines due to hip pain/weakness. Otherwise is consistently amb with large step length and arm swing community distances. Fatigues by mid afternoon.
**Reason for Referral:** R hip weakness, gait instability, imbalance
**Specific Treatment Requested:** LSVT BIG and Proximal Hip strengthening and stabilization
**Patient Goal:** Improve mobility
**Medical Diagnosis:** R hip pain; Parkinson's disease
**Treatment Diagnosis:** Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip)
**Onset Date:** 11/2017 (18 months per MD note); Parkinson's disease 3/2019
**Mechanism of Injury**

| Mechanism |
|---|
| Not applicable |

**Diagnostic Testing**

| Test | Findings |
|---|---|
| MRI | Per patent report: MRI 12/2018 demonstrating B labral tears with detachment on the R |

**Pertinent Medical History:** See Admission Intake Summary. PT reviewed Admission Intake Summary today.
PMH: Von Willebrands Disroder Type 2N, thyroid problems (reports nodules, work up ongoing), RA, OA, Parkinson's Disease (diagnosed 3/2019), Hep C, ovarian cysts, depression, anemia, bood clots, abdominal pain
PSH: partial hysterectomy, lumpectomies, L kidney removed (1984), hemorrhoidectomy (2/2019), (3) c-sections
**Co-Morbidities Affecting Plan of Care:** See Admission Intake Summary.
**Medications:** See Admission Intake Summary.

## Pain

**Pain Rating**

| | 10/1/2019 | | | |
|---|---|---|---|---|
| **Location** | **Current** | **Best** | **Worst** | **Description** |
| R hip (anterior and lateral), low back and knee | 3-4/10 | 3-4/10 | 5/10 | soreness of muscles and sharp pain at R hip |
| | **10/3/2019** | | | |
| **Location** | **Current** | **Best** | **Worst** | **Description** |
| R hip (anterior and lateral), low back and knee | 4/10 | 4/10 | 5/10 | soreness of muscles and sharp pain at R hip |

# Objective

## Ortho: Spine

**Lumbosacral ROM / Strength**

| | 10/1/2019 | | 10/3/2019 | |
|---|---|---|---|---|
| **Motion** | **ROM** | **Strength** | **ROM** | **Strength** |
| Anterior pelvic tilt | intact through full ROM | n/a | intact through full ROM | n/a |
| Abdominal brace | n/a | "good" activation of transverse abdominus in supine with ability to | n/a | "good" activation of transverse abdominus in supine with ability to |

| | | | | |
|---|---|---|---|---|
| | | maintain with perturbations including shoulder flex and ankle ROM. Improved control and stabilization during sit<> stand including independent immediate standing balance. | | maintain with perturbations including shoulder flex and ankle ROM. Improved control and stabilization during sit<> stand including independent immediate standing balance. |
| Posterior pelvic tilt | intact through full ROM | n/a | intact through full ROM | n/a |

**Ortho: Lower Extremity**

**Hip ROM / Strength**

| | **10/1/2019** | | | |
|---|---|---|---|---|
| **Motion** | **L ROM** | **L Strength** | **R ROM** | **R Strength** |
| Hip Flexion | 120 degrees ("then it feels like it might pop") | 4+/5 | 120 degrees, pain begins at 90-100 degrees | 4+/5 |
| Hip Extension | 15 degrees beyond neutral | 4+/5 | 15 degrees beyond neutral | 4/5 |
| Hip ABDuction | 30 degrees | 3+/5 | 30 degrees | 3+/5 |
| Hip ADDuction | WFLs | 5/5 (in sitting) | WFLs | 5/5 (in sitting) |
| | **10/3/2019** | | | |
| **Motion** | **L ROM** | **L Strength** | **R ROM** | **R Strength** |
| Hip Flexion | 120 degrees ("then it feels like it might pop") | 4+/5 | 120 degrees, pain begins at 90-100 degrees | 4+/5 |
| Hip Extension | 15 degrees beyond neutral | 4+/5 | 15 degrees beyond neutral | 4/5 |
| Hip ABDuction | 30 degrees | 3+/5 | 30 degrees | 3+/5 |
| Hip ADDuction | WFLs | 5/5 (in sitting) | WFLs | 5/5 (in sitting) |

**Knee ROM / Strength**

| | **10/1/2019** | | | |
|---|---|---|---|---|
| **Motion** | **L ROM** | **L Strength** | **R ROM** | **R Strength** |
| Knee Flexion | 140 degrees | 5/5 | 140 degrees | 5/5 |
| Knee Extension | WFLS | 5/5 | WFLs | 5/5 |
| | **10/3/2019** | | | |
| **Motion** | **L ROM** | **L Strength** | **R ROM** | **R Strength** |
| Knee Flexion | 140 degrees | 5/5 | 140 degrees | 5/5 |
| Knee Extension | WFLS | 5/5 | WFLs | 5/5 |

**Ankle / Foot ROM / Strength**

| | **10/1/2019** | | | |
|---|---|---|---|---|
| **Motion** | **L ROM** | **L Strength** | **R ROM** | **R Strength** |
| Ankle Dorsi-Flexion | WFLs | 5/5 | WFLs | 5/5 |
| | **10/3/2019** | | | |
| **Motion** | **L ROM** | **L Strength** | **R ROM** | **R Strength** |
| Ankle Dorsi-Flexion | WFLs | 5/5 | WFLs | 5/5 |

## ADL Assessment

### Bed Mobility

| | 10/1/2019 | 10/3/2019 |
|---|---|---|
| Activity | Results | Results |
| Sit to Supine | Modified Independent (increased time) | Modified Independent (increased time) |
| Supine to Sit | Modified Independent (increased time) | Modified Independent (increased time) |

### Transfers

| | 10/1/2019 | 10/3/2019 |
|---|---|---|
| Activity | Results | Results |
| Sit to Stand | Independent from 17 inch and higher surfaces, able to achieve appropriate mechanics with cues/increased focus on appropriate anterior pelvic tilt and eccentric glut/quad control. | Independent from 17 inch and higher surfaces, able to achieve appropriate mechanics with cues/increased focus on appropriate anterior pelvic tilt and eccentric glut/quad control. |

### Ambulation

Gait is independent with no device distances > than 1000' on level and uneven surfaces such as cement, curbs. Pt is amb on uneven grassy terrain 300' with S , cues for increased elevation of LE's and large amplitude steps. Unable to amb up/down inclines without A due to B hip pain and instability. Pt reports she uses grocery cart for partial distance amb in grocery store, has been walking for short shopping trips without cart. Up/down 12 steps with 1 rail, nonrecip, modified ind.

Deviations: mild B L>R hip drop, mildly decreased step length B primarily when multitasking or distracted, mild-moderate out-toeing R>L, decreased toe off at terminal stance, persistent posterior pelvic tilt. Max gait speed 1.2 m/sec, SS gait speed 1.0 m/sec.

## Neuro / Vestibular

### Balance

| 10/1/2019 |
|---|
| Status |

Balance Tests

| | 10/1/2019 | 10/3/2019 |
|---|---|---|
| Test | Result | Result |
| SLS Right EO | | 16 sec |
| SLS Left EO | | 30 sec |

## Outcome Measures

### Self-Report Outcome Measures

| | 10/1/2019 | | 10/3/2019 | |
|---|---|---|---|---|
| Measure | Score | Interpretation | Score | Interpretation |
| LEFS | 23 | 71.3% | 23 | 71.3% |

### Performance Based Outcome Measures

| | 10/1/2019 | | 10/3/2019 | |
|---|---|---|---|---|
| Measure | Score | Interpretation | Score | Interpretation |
| DGI | 21/24 | 14% impairment | 21/24 | 14% impairment |
| TUG | 9 sec | Normal | 9 sec | Normal |
| 6 meter walk test | 1.2 m/sec | Good for community mobility | 1.2 m/sec | Good for community mobility |

# Assessment

**Clinical Impression:** Patient is a 57 year old female referred to PT with R hip pain and Parkinson's Disease. She has previous MRI evidence of detached R labral tear and limited surgical options due to Von Willebrands Disorder Type 2N. She has been

seen x 45 visits over the course of 5 months, including 3 weeks of LSVT BIG protocol for Parkinson's disease. Current status represents an improvement compared to initial evaluation including: improvement in Timed Up and Go (from 16.25 sec to 9 sec), Dynamic Gait Index (from 14/24 to 21/24), improved sit <> stand mechanics, increased LE strength with B hip flex 4+/5, improved R hip extension ROM and improved tolerance for exercise including recent progression to targeted glut strengthening (via bridging) and LSVT BIG exercises 8x/wk (including HEP). Tolerance to targeted joint mobilizations, exercise positioning, standing tasks and strengthening has been moderately limited by pain level, episodes of "catching" and instability of R hip. LSVT BIG therapy has been recommended by multiple providers, and with modifications of seat height as well as slight modification of daily exercises to prevent excessive R hip IR/ext, pt has demonstrated good tolerance of LSVT BIG protocol. Pt has made good progress with LSVT BIG treatment protocol. Pt's standing balance and stability in SLS for dynamic reaching/functional tasks has improved. Pt is amb at self selected gait speed of 1.0 m/sec ( max gait speed of 1.2 m/sec) with large amplitude step length, arm swing for distances > 1000' on levels, up/down curb and over 300' uneven terrain. Pt returns to shuffling gait pattern only when distracted or multitasking and is exhibiting good carryover outside clinic. Pt's DGI has improved to 21/24 (initially 15/24 at beginning of LSVT) with improved balance during gait. Pt became sick with URI, cough/congestion and was unable to attend 3 days of PT last week. Pt was able to resume with good progress this week meeting all LTG's except hip strength/ROM and SLS goals but has made progress in those areasl. Pt is very motivated to improve and has shown excellent consistency with HEP LSVT Big protocol and will continue after discharge. Pt has maximized functional mobility at this time without further medical intervention for pain, instability B hips, R>L. Discharge pt to HEP.

## Plan

### Goals

| Goal Description | Goal Term | Goal Due Date | Status |
|---|---|---|---|
| Patient will be independent with HEP WITHOUT caregiver assistance. | Short Term Goals | 4 weeks (5/16/19) | 5/21/19: Met |
| Patient will perform sit <> stand from 20 inch surface with no UE support x 3 reps with safe LE alignment. | Short Term Goals | 4 weeks (5/16/19) | 5/21/19: Met |
| Patient will Increase score on Dynamic Gait Index to 19/24 or better; Progressed to score of 22/24 or better. | Short and Long Term Goals | 8 weeks 6/18/19; 8/12/19 | 6/17/19: Met original goal. Goal progressed 9/23 21/24 |
| Patient will Increase strength in B hips to 4+/5 in all planes | Short Term Goals | 4 weeks (5/16/19); extended to 6/18/19; extended to 9/6/19. Extendi to 10/3/19. | 9/6: Not met; R hip flex and B hip abd 3+/5, ext 4/5 10/1 Progressing: B hip flex 4+/5, B hip abd 3+/5, ext 4/5. |
| Patient will demonstrate SLS B x 20 sec without hip drop. | Short Term Goals | 4 weeks (5/16/19); extended to 6/18/19; extended to 8/12/19, extended to 9/6/19 | 9/6: Not met, will discharge goal. |
| Patient will tolerate R hip flexion to 120 degrees without pain | Short and Long Term Goals | 8 weeks 6/18/19;8/12/19 | 9/6/19: Not met, will discharge goal. |
| Pt will complete 1 week trial of LSVT BIG to determine if pt able to tolerate/benefit from protocol. | Long Term Goals | 9/6/19 | 9/6/19 Achieved with good tolerance with min modifications of daily exercises. |
| Patient will demonstrate gait pattern with symmetrical and appropriate trunk rotation, arm swing, heel strike and step length without assistive device x 300' with < 5/10 pain. | Long Term Goals | 8/12/19-extend to 9/6/19; extend to 9/13/19 | Achieved, 1000' 9/23 |
| Pt will ambulate 1000' on level surfaces in clinic with trekking poles with increased step length and heel strike, no LOB, | Long Term Goals | 9/20/19 | Achieved 9/17 |

| | | | |
|---|---|---|---|
| modified ind. | | | |
| Pt will amb greater than 1000' on level and uneven cement in and outside clinic without device, with increased step length, consistent heel strike B LE's, B arm swing, modified ind. | Long Term Goals | 9/27/19 | Achieved 9/23 |
| Patient will improve TUG Functional Test Score to less than 11 sec to demonstrate clinically meaningful improvement in function. | Long Term Goals | 9/27/19 | Achieved 9/23 |
| Patient will improve DGI Functional Test Score to at least 22/24 to demonstrate clinically meaningful improvement in function. | Long Term Goals | 9/27/19-extend to 10/3/19 | Achieved, 22/24 |

**Treatment Plan**

Discharge to HEP.

Deana M Allen, MSPT; CBIS License #: 10126
(Document electronically signed by TheraOffice Documentation on 10/7/2019)

Claim# 8248892

# AFTER VISIT SUMMARY 1st visit

erlanger Health System

**Leisha D. Smith** MRN: 01114276 | 3/28/2019 9:00 AM | EMG Neurology 423-778-9001

## Instructions from Ellen H. Valadez, MD

Start Sinemet (carbidopa/levodopa) 25/100mg tablets as follows:
- Day 1: take 1/2 tablet when you first wake up in the morning.
- Day 2: take 1/2 tablet in the morning and at noon.
- Day 3: take 1/2 tablet in the morning, noon, and afternoon.
- Day 4: take 1 tablet in the morning, 1/2 tablet at noon, and 1/2 tablet in the afternoon
- Day 5: take 1 tablet in the morning, 1 tablet at noon, and 1/2 tablet in the afternoon.
- Day 6 and on: take 1 tablet 3 times per day. Take each dose about 4-5 hour apart, preferably on an empty stomach.

If the medication makes you feel nauseated, take it with a small amount of food. If you feel lightheaded, take each dose with a large glass of water.

Follow up with Caleb Heath, NP, in 2 months to check for any changes in your exam. If you show improvement with Sinemet, this would confirm a diagnosis of Parkinson's. If you show no improvement, then you do not have Parkinson's, however I would want to monitor for any progression of symptoms over time.

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
carbidopa-levodopa
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Return in about 2 months**
(around 5/28/2019).

## Today's Visit



You saw Ellen H. Valadez, MD on Thursday March 28, 2019. The following issues were addressed: Parkinsonism, unspecified Parkinsonism type (CMS/HCC) and Essential tremor.

| | |
|---|---|
| Blood Pressure 161/78 | BMI 25.03 |
| Weight 145 lb 12.8 oz | Height 5' 4" |
| Temperature (Oral) 97.7 °F | Pulse 82 |

## What's Next

APR 5 2019 — **Established** with Laurie-Anne Swaby, MD
Friday April 5 11:15 AM (Arrive by 11:00 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

**MyChart** Patient Portal
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart**.

Claim# 8248892



# Letter Details

erlanger Health System

EMG NEUROLOGY
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
Dept: 423-778-9001
Dept Fax: 423-778-4692
March 28, 2019

Joseph Miller, MD
1010 East Third Street
Suite 202
Chattanooga TN 37403

| | |
|---|---|
| Patient: | **Leisha Dianne Smith** |
| Date of Birth: | |
| Date of Visit: | **3/28/2019** |

Dear Dr. Miller:

Thank you for referring Leisha Smith to me for evaluation. Below are my notes for this consultation.

If you have questions, please do not hesitate to call me. I look forward to following your patient along with you.

Sincerely,

Ellen H. Valadez, MD

**Ellen H. Valadez, MD 3/28/2019 9:49 AM Signed**
**Subjective:**

Claim #
8248892

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

**The following portions of the patient's history were reviewed and updated as appropriate:**

Claim # 8248892

allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam

Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Claim #
8248892

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.

Claim #
8248892

Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
Tricep reflexes are 2+ on the right side and 2+ on the left side.
Bicep reflexes are 2+ on the right side and 2+ on the left side.
Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
Patellar reflexes are 2+ on the right side and 2+ on the left side.
Achilles reflexes are 2+ on the right side and 2+ on the left side.
Psychiatric: Her speech is normal.
Vitals reviewed.

**Assessment/Plan:**
57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan
- Follow up with me in 6 months

Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**
- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

Neurologist
Parkinson's

Claim # 8248892

erlanger Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 — 7/1/2019 9:30 AM — EMG Neurology 423-778-9001

2nd visit

## Instructions from Caleb Heath, NP

Since you benefitted from the sinemet and you are young, we will plan to transition you to a different type of medicine to treat Parkinsons (Neupro patch)

Week 1-continue sinemet, start Neupro 2mg patch daily
Week 2-stop sinemet, increase Neupro to 4mg patch daily

Call and update in a few weeks

Return to clinic with Dr. Valadez in a few months

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
rotigotine
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Return if symptoms worsen or fail to improve.**

## What's Next

JUL 18 2019 — **Established with Patrick Koo, MD**
Thursday July 18 3:00 PM (Arrive by 2:45 PM)
EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

AUG 9 2019 — **Established with Laurie-Anne Swaby, MD**
Friday August 9 8:45 AM (Arrive by 8:30 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN 37403-2147
423-778-4830

## Today's Visit

You saw Caleb Heath, NP on Monday July 1, 2019 for: Follow-up and Parkinson's Disease.

Blood Pressure 133/85
BMI 26.26
Weight 153 lb
Height 5' 4"
Pulse 70

**MyChart** Patient Portal
View your After Visit Summary and more online at https://mychart.erlanger.org/mychart/.

# Smith, Leisha Dianne

Claim# 8248892

MRN: 01114276

**Office Visit** 7/1/2019
EMG Neurology

Provider: Caleb Heath, NP (Neurology)
Primary diagnosis: Parkinsons disease (CMS/HCC)
Reason for Visit: Follow-up, Parkinson's Disease

## Progress Notes

Caleb Heath, NP (Nurse Practitioner) • Neurology

**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Interval history:
Here for 3 month follow up. Last seen in clinic by Dr. Valadez in March
At last visit there was concern for PD and she was started on sinemet. By day 4, she noticed resolution of her tremor and improvement in her walking.
She has done very well with this medication. Did help also with her constipation and "brain fog." Currently taking one tab tid.

Initial HPI:
Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:

Claimt# 8248892

Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

**Parkinson's Disease**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Attention: normal.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs intact**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Claim #
8248892

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, mildly decreased arm swing bilaterally)

Tremor
Resting tremor: absent (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Neck: Normal range of motion. Neck supple.
Pulmonary/Chest: Effort normal.
Neurological: She is oriented to person, place, and time. She has normal strength.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her speech is normal and behavior is normal.
Vitals reviewed.

**Assessment/Plan:**

1. **Parkinsons disease (CMS/HCC)**

57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

She had prompt resolution of the symptoms after starting Sinemet 2 months ago. Overall she is tolerated medicine well. Per the plan outlined in Dr. Valadez's last note we will plan to transition her to Neupro and titrate to 4 mg patch daily. She will call with any questions or issues with the meds. She was given copay cards and samples today. Continue outpatient therapy at Siskin for gait and balance. Return to clinic with Dr. Valadez in 3 months.

Claim# 8248892

## Instructions

Return if symptoms worsen or fail to improve.

Since you benefitted from the sinemet and you are young, we will plan to transition you to a different type of medicine to treat Parkinsons (Neupro patch)

Week 1-continue sinemet, start Neupro 2mg patch daily
Week 2-stop sinemet, increase Neupro to 4mg patch daily

Call and update in a few weeks

Return to clinic with Dr. Valadez in a few months

After Visit Summary (Printed 7/1/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 133/85 (BP Location: Left arm, Patient Position: Sitting) Pulse 70 Ht 1.626 m (5' 4") Wt 69.4 kg (153 lb) LMP (LMP Unknown) BMI 26.26 kg/m² BSA 1.77 m² More Vitals |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Provider Notes sent to Lydia Speer, DO

## Orders Placed

None

## Medication Changes

As of 7/1/2019 9:39 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: rotigotine (NEUPRO) 2 mg/24 hour<br>Place 1 patch on the skin daily. - transdermal<br>Patient not taking: Reported on 7/15/2019 | 0 | 7/1/2019 | |

Discontinued or Completed: valACYclovir (VALTREX) 1 gram tablet (Patient States "Not Taking")

## Visit Diagnoses

Parkinsons disease (CMS/HCC) G20

# AFTER VISIT SUMMARY

Claim # 8248892

erlanger Health System

**Leisha D. Smith** MRN: 01114276 | 8/27/2019 10:00 AM | EMG Respiratory and Critical Care 423-778-9101

## Instructions from Patrick Koo, MD

**Your medications have changed today**
See your updated medication list for details.

**Return in about 6 months**
(around 2/27/2020).

## What's Next

SEP 5 2019 — **Established with Lydia Speer, DO**
Thursday September 5 10:00 AM
(Arrive by 9:45 AM)
EMG Primary Care at East
1751 Gunbarrel Road
Suite 201
Chattanooga TN
37421-7177
423-778-8909

SEP 11 2019 — **Established with Lydia Speer, DO**
Wednesday September 11 8:15 AM
(Arrive by 8:00 AM)
EMG Primary Care at East
1751 Gunbarrel Road
Suite 201
Chattanooga TN
37421-7177
423-778-8909

OCT 16 2019 — **Established with Ellen H. Valadez, MD**
Wednesday October 16 11:00 AM
(Arrive by 10:30 AM)
EMG Neurology
979 East 3rd Street,
Suite C830
Chattanooga TN
37403-2147
423-778-9001

DEC 10 2019 — **Established with Laurie-Anne Swaby, MD**
Tuesday December 10 8:45 AM
(Arrive by 8:30 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

## Today's Visit



You saw Patrick Koo, MD on Tuesday August 27, 2019. The following issues were addressed: Reactive airway disease without complication, unspecified asthma severity, unspecified whether persistent; Chronic cough; and Gastroesophageal reflux disease, esophagitis presence not specified.

- Blood Pressure: 131/86
- BMI: 26.79
- Weight: 156 lb 1.6 oz
- Height: 5' 4"
- Pulse: 64
- Respiration: 18
- Oxygen Saturation: 97%

**MyChart**
**Patient Portal**
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart/**.

7 G283190408
Claim # 8248892
G.I

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 8/9/2019 8:45 AM EMG Gastroenterology 423-778-4830

## Instructions from Laurie-Anne Swaby, MD

H pylori stool Ag
Esophageal manometry
Substitute omeprazole with dexilant
Ok to use- ranitidine or famotidine in the evening as needed for refractory symptoms.
F/u in 4 mths

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
dexlansoprazole
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Motility study, esophageal**
Expires: 9/12/2020 (requested)

**Labs ordered today**
H. pylori antigen, stool
Please complete by 8/9/2019

**Return in about 4 years**
(around 8/9/2023).

## Today's Visit

You saw Laurie-Anne Swaby, MD on Friday August 9, 2019. The following issues were addressed: Gastroesophageal reflux disease, esophagitis presence not specified; Non-cardiac chest pain; and Abdominal pain, pit of stomach.

Blood Pressure 144/78
BMI 26.47
Weight 154 lb 3.2 oz
Height 5' 4"
Pulse 76

## What's Next

AUG 21 2019 **Nurse Visit**
Wednesday August 21 9:00 AM
(Arrive by 8:45 AM)

EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

MyChart
**Patient Portal**
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart/**.

7 G283190408

Ortho
Chattanooga

erlanger
Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 7/15/2019 9:00 AM EMG Chattanooga Bone and Joint 423-893-9020

## Instructions from Matthew Higgins, MD

Claim #
8248892

X-rays on follow up

Return in about 1 year
**(around 7/15/2020).**

## Today's Visit



You saw Matthew Higgins, MD on Monday July 15, 2019. The following issues were addressed: Chronic pain of both hips; Unilateral primary osteoarthritis, right hip; Unilateral primary osteoarthritis, left hip; and Greater trochanteric bursitis, left.

Done Today
**X-ray hips 2 views bilateral with AP pelvis** for Chronic pain of both hips

## What's Next

JUL 17 2019 — Established with Lydia Speer, DO
**Wednesday July 17 9:30 AM (Arrive by 9:15 AM)**
**EMG Primary Care at East**
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
423-778-8909

AUG 9 2019 — Established with Laurie-Anne Swaby, MD
**Friday August 9 8:45 AM (Arrive by 8:30 AM)**
**EMG Gastroenterology**
979 East 3rd Street
Suite C-825
Chattanooga TN 37403-2147
423-778-4830

AUG 27 2019 — Established with Patrick Koo, MD
**Tuesday August 27 10:00 AM (Arrive by 9:45 AM)**
**EMG Respiratory and Critical Care**
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

OCT 16 2019 — Established with Ellen H. Valadez, MD
**Wednesday October 16 11:00 AM (Arrive by 10:30 AM)**
**EMG Neurology**
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

MyChart
**Patient Portal**

View your After Visit Summary and more online at https://mychart.erlanger.org/mychart/.

Claim#8248892-A10074

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# MRI hip arthrogram right with contrast [IMG1789] (Accession E597724)

Status: Final result

## Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear

COMPARISON: No prior MRI. Correlation with right hip fluoroscopic arthrogram earlier same day

TECHNIQUE: Multiplanar, multisequence MR imaging of the right was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium based contrast material reported separately. The pelvis and left hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is a moderately sized irregular contrast-filled cleft insinuating between the anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment. The remainder of the labrum is intact.

There are mild degenerative changes at the right hip evidenced by joint space loss and mild chondral thinning/heterogeneity. Mild bony remodeling along the superior acetabulum. No acute fractures or dislocations are identified. The bone marrow signal is nonpathologic. No MR evidence for avascular necrosis of the right femoral head. On the large field-of-view coronal STIR sequence, additional degenerative changes are noted at the pubic symphysis and sacroiliac joints. Mild degenerative changes at the left hip, please refer to left hip MRI dictated separately. Additional mild to moderate degenerative changes in the lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space.

Moderate tendinopathy of the gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon. Linear edema within the rectus femoris muscle favored postprocedural in etiology. Otherwise, imaged tendinous insertion sites and muscles about the right hip are intact and grossly unremarkable. No significant muscular atrophy.

The patient appears to be status post hysterectomy. Otherwise, the imaged soft tissue structures in the pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Moderately sized irregular contrast-filled cleft insinuating between the right anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment.
2. Mild degenerative changes at the right hip.
3. Mild degenerative changes in the lower lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space, consider dedicated lumbar spine MRI.

Claim# 8248892

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# MRI hip arthrogram left with contrast [IMG1790] (Accession E597725)

Status: Final result

## Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear.

COMPARISON: Correlation with left hip fluoroscopic arthrogram earlier same day. No prior MRI.

TECHNIQUE: Multiplanar, multisequence MR imaging of the left hip was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium-based contrast material reported separately. The pelvis and right hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is blunting, irregularity, and intrasubstance signal abnormality throughout the anterosuperior labrum in keeping with tearing with a small irregular contrast-filled cleft insinuating between the labrum and subjacent acetabulum, in keeping with partial detachment anteriorly. The remainder of the labrum is intact. There are mild degenerative changes at the left hip evidenced by joint space loss, mild chondral ending and heterogeneity, and bony remodeling along the superior acetabulum. The bone marrow signal is nonpathologic. No acute fractures or dislocations are identified. No MR evidence for avascular necrosis of the left femoral head.

On the large field-of-view coronal STIR sequence, there are mild degenerative changes at the pubic symphysis and sacroiliac joints. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Mild degenerative changes at the right hip, please refer to dedicated right hip MRI dictated separately.

Mild to moderate tendinopathy of the left gluteus minimus tendon with low-grade insertional tearing as it attaches onto the greater trochanter of the left femur. Additional mild to moderate tendinopathy of the gluteus medius tendon with suspected low-grade insertional tearing as it attaches onto the greater trochanter. Mild adjacent soft tissue swelling and small volume bursal fluid. Otherwise, the imaged tendinous insertion sites about the left hip are intact.

The patient appears to be status post hysterectomy. Otherwise, imaged soft tissue structures in the low abdomen and pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Tearing of the anterosuperior left acetabular labrum with partial labral detachment anteriorly, please see above for details.
2. Mild degenerative changes at the left hip.
3. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Consider dedicated lumbar spine MRI.
4. Mild to moderate tendinopathy of the left gluteus minimus and medius tendons with low-grade insertional tearing as they attach onto the greater trochanter of the left femur. Mild adjacent soft tissue swelling and small volume bursal fluid.

Claim # 8248892

J.W. Thomas Byrd, M.D.
Tania A. Ferguson, M.D., M.A.S.
2004 Hayes Street
Suite 700
Nashville, TN 37203
615-284-5800
fax 615-284-5819
nashvillehip.org

NASHVILLE HIP INSTITUTE
Preservation, Reconstruction & Sports Medicine

Apr 11, 2019

Mrs. Leisha Smith
410019

Evaluation for bilateral hip pain.

REASON FOR VISITATION: Ms. Smith is a 57-year-old female seen today in consultation for Dr. Higgins in regard to bilateral hip pain. Her right side is significantly worse than her left. She had no particular injury. She has noticed pain for the last couple of years. She was working at the Volkswagen factory. She would work 10 to 11-hour days and everything would really hurt. This was back in 2017. She has a fairly complicated medical history. She was diagnosed with hepatitis C in 1989. She was diagnosed with Parkinson's in March of 2019. She has also been told that she has rheumatoid arthritis secondary to vasculitis. She has Von Willebrand's clotting disorder. She has had multiple issues with blood clots and hemorrhoids. She had banding of her hemorrhoids in March 2018, and a hemorrhoidectomy in February 2019. She initially went to Dr. Higgins for her hip pain. She had fluoroscopic-guided injections into her hips. She had a bad reaction to this. She felt like she had a sunburn all over her body. She says that it did help for about three weeks, but it was only about 50% of her pain. She ended up getting arthrograms that showed evidence of bilateral labral tears. She was referred to Dr. Brandon Cincere. She saw Dr. Cincere in January of this year. Dr. Cincere was a little hesitant to be taking a surgery because of all of her other issues. She was referred to Dr. Miller to have her spine ruled out. Dr. Miller said her spine was not an issue, she went back to Dr. Cincere. Dr. Cincere stated that he was uncomfortable moving forward with surgery because of her other medical diagnoses. She then went back to Dr. Higgins. He suggested she come here for an evaluation. At this point, she has mostly inner groin pain. It is worse on the right side than the left. She has some lateral and posterior pain. She has popping on the right side, which can be painful. She has some numbness and tingling into her knees bilaterally. She has increased pain with sitting, going up and down stairs, and startup pain. She is somewhat better with Tylenol; however, it is not providing her with significant relief. She is unable to take anti-inflammatories. She says that some point in 2018 she was doing physical therapy. This was during the time she was having issues with her hemorrhoids. They were doing some pelvic floor therapy as well as some hip therapy, but she says she was not tolerating it very well because of the amount of pain she was having at that time related to her hemorrhoids and the clotting issues that she was having.

PHYSICAL EXAMINATION: Ms. Smith is a well-appearing female in no acute distress. She walks with an altered gait. Logrolling of her left lower extremity internally causes no pain. She has anterior pain with logrolling externally. She has anterior pain with flexion as well as flexion with internal rotation. No pain with external rotation. She has some slight tenderness to palpation over her hip flexors, but this is minimal. She has some slight lateral tenderness. On the right side, logrolling internally causes no pain. Logrolling externally causes significant anterior pain. She has anterior pain with flexion as well as flexion with internal rotation. She has some slight lateral pain with external rotation. She has no tenderness to palpation over her hip flexors. She has no tenderness over her adductors. She does have lateral and posterior tenderness and some weakness with resisted abduction. She has some slight weakness with a resisted straight leg raise as well, and this causes some anterior pain. Resisted abduction causes lateral pain.

Claim# 8248892

X-RAYS: I reviewed the x-rays we obtained in clinic today. This included an AP view of her pelvis and a frog-leg lateral of her right hip. I see no signs of acute injury or fracture. She has well-maintained joint spaces bilaterally. Slight cam-type deformity to her femoral head/neck junction.

I reviewed the MRI he had completed back in December. This is an MRI of her right and left hip with contrast. She does have evidence of labral tearing in both hips. She also has a little inflammation in her lateral soft tissues bilaterally, consistent with some damage to her abductors.

IMPRESSION: On exam, it seems like Ms. Smith has a fair amount of joint irritability. She has pain with provocative maneuvers of her hip. She also has quite a bit of soft tissue-related pain. Her pain is significantly worse on the right than the left. She does have evidence of labral tearing as well as some underlying impingement morphology. She has tried physical therapy in the past, but this was during a time where she was having pain associated with other things, and I am not surprised that she did not tolerate this well. She does have some soft-tissue-related pain that could potentially benefit from some structured rehab or conservative treatment. Her other medical diagnoses do certainly complicate the idea of an arthroscopic procedure, but it is something that we could end up talking about.

RECOMMENDATIONS: I talked to Ms. Smith about treatment options. I would like to go ahead and get an updated high-resolution MRI of her right hip to further evaluate her intraarticular pathology and the surrounding soft tissues. She had some evidence of abductor damage on her previous scan. I would like to see if this looks any worse and if she has any subchondral inflammation or some soft tissue edema that may have been obscured by the contrast in her previous scan. We will also have her meet with our physical therapists today to get a baseline exam and see if there is anything we could do from a therapy standpoint to improve her symptoms. At this point, I will plan on seeing her back later today after her MRI and her functional evaluation.

ADDENDUM

Ms. Smith returns to the clinic today after having the MRI of her right hip and working with Ken. Her MRI does show some increased signal in her labrum consistent with labral damage. She also has some early arthritic changes in both hips as well as some abductor tendinopathy, more so on the right than the left. Ken worked with her today and does feel like she has fairly significant deconditioning and hip specific weakness as well as soft tissue pain and would benefit significantly from a structured rehab. He found a good physical therapist she could work with him Cleveland, Tennessee. We have given her some information. We had previously talked about doing an intraarticular injection for diagnostic purposes, but I think, given the fact that she only lives about two-and-a-half hours away, we would like to see how much progress we can make with physical therapy. If she is feeling good enough after she has done a course of rehab, we might be able to avoid injecting her. If after three or four weeks of physical therapy she is not making any progress, we may bring her back to do a diagnostic injection into her joint. I am hopeful that we can at least make some progress with a structured rehab first. This is not something that she has done recently. She says that she has used Pennsaid in the past and has tolerated this well. I gave her some samples today, and we will in a prescription for Pennsaid for her to use over her lateral hips. Hopefully, this also allows her to make more progress. As of right now, we will plan on hearing back from her in three or four weeks, after she has been able to get into physical therapy. I have encouraged her to call me back at any point prior to that time should she have any questions or concerns.

Elizabeth A. Bardowski, M.S.N., A.P.N., A.C.N.P.-BC
T-041019-mtsoa

Letter, Dr. Higgins.

Claim #
8248892

# Premier Radiology

Premier Radiology Nashville
28 White Bridge Pike, Suite 111
Nashville, TN 37205
Phone: (615) 356-3999
Fax: (615) 333-0462

S

Claim #
8248892

Patient Name: SMITH, LEISHA
Patient ID: 1001834455
Date of Birth:

Accession Number: 6068038
Referrer: Byrd, Thomas
Exam Date: April 11, 2019

PROCEDURE: MRI RIGHT HIP UNILATERAL WITHOUT CONTRAST

TECHNIQUE: Magnetic resonance imaging of the hip RIGHT was performed using standard pulse sequences. CPT 73721

HISTORY: Pain in right hip. No previous hip surgery. M25.551 Pain in right hip

COMPARISONS: None.

FINDINGS:

Bone marrow signal is normal. No evidence of fracture, stress reaction or osteonecrosis. Visualized portions of the sacrum and sacroiliac joints are within normal limits. There may be mild chronic osteitis pubis without marrow edema, incompletely evaluated.

There is minimal anterior convexity of the femoral head neck junctions. There is mild thinning of bilateral hip articular cartilage without focal defect or subchondral marrow signal abnormality. There are very small marginal acetabular osteophytes. There is minimal increased signal within the RIGHT anterior superior acetabular labrum. A discrete tear is not visualized. There are small bilateral hip joint effusions.

There is mild bilateral gluteal tendinopathy without discrete tear. There is a small amount of fluid in the RIGHT greater trochanteric bursa. Hip girdle musculature appears otherwise normal. Neurovascular structures appear normal. Intrapelvic structures are unremarkable in this patient post hysterectomy. Surrounding soft tissues are unremarkable.

IMPRESSION:
1. Minimal anterior convexity of the hip suggesting cam-type femoroacetabular impingement. There is minimal increased signal within the RIGHT anterior superior acetabular labrum. Although no discrete labral tear is identified, small nondisplaced tear is not excluded.

2. Mild/early bilateral hip osteoarthritis. Small bilateral hip joint effusions.

3. Mild bilateral gluteal tendinopathy, worse on the RIGHT with small amount of fluid in the RIGHT greater trochanteric bursa.

ws:PBCRDWINXAF5E
Electronically Signed by: Gabriel Starace, M.D.
Date Signed: 04/11/2019 13:40:54:0 CTZ
Referring providers may call my direct line (615)986-6410

THANK YOU FOR ASKING US TO PARTICIPATE IN THE CARE OF THIS PATIENT.

# Patient Notes

Claim# 8248892

ROBERT STETSON, MD, LLC

All Dates

**Chart #: 6049** **Patient Name: SMITH,LEISHA D** **Date of Birth:**

| Note Type | | |
|---|---|---|
| **Date** | **User** | **Provider Profile** |
| DOCTOR NOTES | | |
| 08/15/2019 | ROBERT | STETSON, ROBERT |

Claim# 8248892

Name: SMITH, LEISHA D
Pat[illegible]
CPT Coding #90792

HPI: The pt is a 57 y/o MCF who presents as referral by PCP. Has h/o anxiety and depression that worsened when her mother passed away several years ago. She only started psych meds recently because use of medication went against family beliefs. The pt reports chronic anxiety, worse when husband is at work. She has always been a worrier. Endorses panic attacks a couple times a week. Fear of having attacks does not limit activity. Says elevated stress level has triggered two bouts of Shingles. She is easily irritated. Able to feel anger build. Has trouble letting anger go. She gets loud but no physical aggression. Her mood is sad. Easily tearful. Socially isolating. Denies elevated periods. Sleep is hard to initiate and maintain. Energy is good until early afternoon. Motivation is ok in the morning. Appetite is low but she has gained weight since activity level has decreased. Denies binging, purging and restriction. STM is worse. Concentration is chronically low but worse lately. Denies confusion. Denies psychosis. Denies SI/HI. Has access to guns.

PPH: No inpt. No SA. No outpt psych. Trials of Lexapro (activation), Zoloft (nausea), Effexor (), Cymbalta (), Amitriptyline (helped), Ativan (helpful), Xanax (not helpful), Trazodone (helped). Counseling through church.

PMH: Parkinsons Disease, Clotting disorder, Treatment for Hep C, Solitary kidney, Thyroid nodules, Wheezing, GERD, H/O head trauma w/ LOC and concussion, Chronic hip pain, No seizures, No headaches

All: NKDA

Current Rx: Sertraline 100mg po Q Day (currently using 25mg po BID)
Gabapentin 100mg po TID (using once a day)
Neupro
Linzess
Spiriva
Dexilant
Montelukast
Humate P Infusion
Vit D

FH: Mx- anxiety/depression/Prozac, Fx- depression/Zoloft, Daughter- anxiety/amitriptyline, no suicide, no substance

SH: Childhood was good. Denies neglect and abuse. High school. No military. Denies legal. Long term disability through employer. Married to second husband x 37 yrs, relationship is great. Has three surviving children and one deceased son. Daughter lives with pt and her husband.

Substance Hx: Caffeine- 3/day, Tob- none, ETOH- none, Drugs- denied

ROS: Hip pain 3-4/10

MSE:
Appearance: Dress, grooming and hygiene wnl.
Muscle strength/tone: WNL
Gait: Steady
Demeanor: Cooperative
Speech: Normal rate, tone and volume
TP: Linear and goal directed
TC: No suicidal ideation or homicidal ideation.
No delusions.
No auditory hallucinations or visual hallucinations.
Insight: Limited
Judgment: Fair
Orientation: Pt oriented to person, place and time.
Registration: 3/3
Recall: 3/3
Concentration: 5/5
Language: 2/2 naming, 1/1 repetition
Fund of knowledge: Average
Mood: Sad
Affect: Anxious

Impression:
Axis I: MDD- recurrent (F33.41), GAD (F41.1)
Axis II: Def
Axis III: Parkinsons Disease, Clotting disorder, Treatment for Hep C, Solitary kidney, Thyroid nodules, Wheezing, GERD, H/O head trauma w/ LOC and concussion, Chronic hip pain, No seizures, No headaches
Axis IV: CMI, Personal loss, Multiple medical issues
Axis: V: 50

Plan:
1. Return to clinic in one month. Pt to call if problems arise prior to the next appointment.
2. Reviewed risk/benefit of sertraline including SI, activation and increased bleeding. Change to 50mg po BID. Pt states she has medication.
3. Discussed risk/benefit of lorazepam including addiction, sedation and interaction with other sedative substances. Initiate 0.5mg po BID, 0.5mg #60 NR by escript to local pharmacy. Rx database checked.
4. Provided further instruction for pt to take lorazepam 0.5mg, wait thirty minutes and then take sertraline 50mg. She will do this twice a day.
5. Medical release to fax this assessment to referring clinician.

Robert Stetson, M.D.

# Patient Notes

Claim # 8248892

All Dates

ROBERT STETSON, MD, LLC

**Chart #:** 6049 **Patient Name:** SMITH,LEISHA D **Date of Birth:**

**Note Type**

| Date | User | Provider Profile |
|---|---|---|
| DOCTOR NOTES | | |
| 09/10/2019 | ROBERT | STETSON, ROBERT |

Name: SMITH, LEISHA D
CPT Coding #99214 + 90833
Current Rx: Sertraline 50mg po BID
lorazepam 0.5mg po BID
Gabapentin 100mg po TID (stopped by pt)
Neupro
Linzess
Spiriva
Dexilant
Montelukast
Humate P Infusion
Vit D
Subjective: The pt is a 57 y/o MCF who presents for initial follow up. Says she has good days and bad days. Got anxious last Sunday when unable to locate husband at church. Tolerating psych Rx. Says anxiety level is the same. Her mood is the same, sad. Irritability is a little better. Sleeping 5-6 hrs interrupted. Energy level is ok. Motivation is low but stays active. Appetite is ok, no recent wt change. STM is lower. Concentration is worse. Denies psychosis. Denies SI/HI. Tolerating psych Rx.
Objective:
Appearance: Dress, grooming and hygiene wnl.
Muscle strength/tone: PMA
Gait: Steady
Demeanor: Cooperative
Speech: Normal rate, tone and volume
TP: Linear and goal directed
TC: No suicidal ideation or homicidal ideation.
No delusions.
No auditory hallucinations or visual hallucinations.
Insight: Limited
Judgment: Fair
Fund of knowledge: Average
Mood: Same, sad
Affect: Anxious and tearful
Assessment:
Axis I: MDD- recurrent (F33.41), GAD (F41.1)
Axis II: Def
Axis III: Parkinsons Disease, Clotting disorder, Treatment for Hep C, Solitary kidney, Thyroid nodules, Wheezing, GERD, H/O head trauma w/ LOC and concussion, Chronic hip pain, No seizures, No headaches
Axis IV: CMI, Personal loss, Multiple medical issues
Axis: V: 45-50
Plan:
1. Return to clinic in one month. Pt to call if problems arise prior to the next appointment.
2. Taper sertraline to 25mg po BID x wk, then discontinue medication. Has Rx.
3. Discussed risk/benefit of Viibryd including SI, activation and increased bleeding. Initiate 10mg with food po Q Day x wk, then increase to 20mg with food po Q Day. Samples provided.
4. Continue lorazepam 0.5mg po BID, 0.5mg #60 NR by escript to local pharmacy. Rx database checked.
5. Encouraged initiation of talk therapy. Provided contact number for Traverse Counseling.
Robert Stetson, M.D.

★ MAIL ★

7G283190408

PRIORITY MAIL
071V01286600
37323
000003684

PRIORITY®
★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Leisha Smith

NAL USE
RE

Claim No# 8248892

TO:
LibertyLife Assurance
Company of Boston
AttN Appeal Review Unit
Group Benefits Disability Claims
POBox 7213 London KY 40742-7213

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4609 5916 80
Label 400 Jan. 2013
7690-16-000-7948

PS00001000016
Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law.
This packaging is not for resale. EP14PE © U.S. Postal Service; July 2013; All rights reserved.

# Billing Statement:

**Invoice Date: 09/05/2019** **Invoice #: 710315-763**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Aug 1 2019 and Aug 31 2019**

**LIBMTQ** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5218033<br>8248892 | SMITH, LEISHA<br>NASHVILLE HIP INSTITUTE | Canceled | 08/27/19<br>M LaBossiere | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 5218031<br>8248892 | SMITH, LEISHA<br>ERLANGER ACADEMIC GASTROENTE... | Complete | 05/02/19<br>M LaBossiere | 8.00 | 23.00 | 0.00 | 0.00<br>8 | **31.00** |
| 5218032<br>8248892 | SMITH, LEISHA<br>ERLANGER HEALTH SYSTEM | Complete | 04/26/19<br>M LaBossiere | 8.00 | 25.50 | 0.00 | 0.00<br>47 | **33.50** |
| 5218030<br>8248892 | SMITH, LEISHA<br>SURGICAL ASSOCIATES | Complete | 04/26/19<br>M LaBossiere | 8.00 | 20.00 | 0.00 | 0.00<br>13 | **28.00** |
| 5218029<br>8248892 | SMITH, LEISHA<br>ASSOCIATES IN ENT HEAD & NECK S... | Complete | 04/23/19<br>M LaBossiere | 8.00 | 20.00 | 0.00 | 0.00<br>24 | **28.00** |
| 5218009<br>8248892 | SMITH, LEISHA<br>UT ERLANGER NEUROLOGY | Complete | 05/03/19<br>M LaBossiere | 8.00 | 0.00 | 0.00 | 0.00<br>6 | **8.00** |

**ReleasePoint**

**Total Amount Due:** **132.50**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LEISHA SMITH

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8400

August 26, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within 152 days of this letter. If no additional information is received by January 25, 2020, your claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lois Beaupain
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16466
Secure Fax No.: (603) 334-8400

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587
Manager: WOOD, KELLY
Case Mgr: KAYLOR, ROBERT

Claimant Name: LEISHA D SMITH
Claim #: 8248892

Occupation (Job Title): PRODUCTION TEAM MEMBER
Date Sent: 8/16/2019

Diagnosis: M25.451 Effusion, right hip, G20 Parkinsons disease

Date of Disability: 2/16/2018
Date Benefits Began: 8/17/2018

Maximum Duration: 3/21/2027
Paid Through: 8/16/2019

Date of Denial or (DB451): 7/26/2019
Date Appeal Received: 8/12/2019

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: VOLKSWAGEN GROUP OF AMERICA

Product: LTD
Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.

FAX No.

Account Specific or Unique Contract Issues / Additional Info:

na

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
15105 JOHN J DELANEY DR
CHARLOTTE ,NC 28277

UPS Access Point™
THE UPS STORE
8334 PINEVILLE MATTHEWS RD
CHARLOTTE ,NC 28226

UPS Access Point™
THE UPS STORE
16011 LANCASTER HWY
CHARLOTTE ,NC 28277

FOLD HERE

1 OF 1

1 LBS

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

**SHIP TO:**

**TN 373 1-01**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 57R V43 02 9211 9249

BILLING: P/P

Office/Dept Number: 058707532

CS 21.5.26. WNTNV50 15.0A 07/2019



Lincoln/Smith 0354

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5926

August 15, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Full Long Term Disability File Copy Enclosed. Claim: 8248892

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Kaylor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13942
Secure Fax No.: (603) 430-5926

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 1267708
May 22, 2019

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP (SE)-NC-CHARLOTTE |
| Attention: Margaret LaBossiere |
| 13830 Ballantyne Corporate Place, Suite 400 |
| Charlotte, NC 28277 |

| Referral Details: | |
|---|---|
| Claimant Name: | Leisha D. Smith |
| Insured: | |
| Claim #: | 8248892 |
| Injury Date: | |
| Review Type: | LTD - Peer Review review |
| Dane Street ID: | 1267708 |

| Item updated | Description | Amount |
|---|---|---|
| 05/22/2019 | PMR- A. KALMAN, DO ( 5 HRS) | $1,100.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $1,100.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**To:** Liberty Life Assurance Company of Boston

ATTN: Appeal Review Unit

Group Benefits Disability Claims

P.O. Box 7213

London, KY 40742-7213

**From:** Leisha Smith

CLAIM NUMBER 8248892

**Re: Appeal for LTD claim**

To Whom It May Concern,

I am appealing the decision by Lincoln Financial to close my LTD claim. This is my letter of intent to appeal this decision.

I am requesting my claim file, in its entirety, be sent to me so I can allow my Physicians and PT personnel review and respond on my behalf regarding my inability to do ANY job at this time. If possible, please send me the file certified mail.

My disability case manager, Robert Kaylor, told me by phone today, August 5, 2019, that once this letter was received, someone would contact me regarding my appeal.

Thank you,

Leisha Smith

Claim #8248892

Phone:

SMITH

$6.80⁰
US POSTAGE
FIRST-CLASS
071V01286600
37323
000003194

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 0360 0001 0358 1915

Liberty Life Assurance
Company of Boston
ATTN: Appeal Review Unit
Group Benefits Disability Claims
PO BOX 7213
London, KY 40724-7213

40742$7213 B900

# Erlanger Health System -- Confidential Information

To/Recipient: Long term disability Benefits

Fax Number: 603-430-5926

Organization:

Date/Time: 8/9/19

From/Sender: [signature]

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: Records

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page):

*******************************************************************************

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Speer, DO
Justin A. Ossman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

erlanger Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

August 5, 2019

Leisha Dianne Smith

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **8/1/2019**

Case # 8249982

To Whom it May Concern:

I am Mrs. Leisha Smith's primary care physician. As you know, she has struggled with chronic right hip pain from a labral tear and is currently going through physical therapy for this pain. I have added on tramadol at her last visit so she can have better pain control. This medication has the capacity to make patient sedated, so we will have to see how she tolerates it. Ideally, she should not be operating any heavy machinery or driving while on this medication. She has seen Dr. Higgins-hip specialist for this as well. She is unable to sit or stand for prolonged periods of time due to her pain.

Her anxiety and depression have gotten worse over the last several weeks. I have recently increased her zoloft to 100mg, but she is still having panic attacks and I do not she would be able to do any occupation at this time due to her persistent, uncontrolled anxiety and depression and chronic hip pain. I am referring her to a psychiatrist and recommending a counselor for further help in managing these medical conditions.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 8/1/2019
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Tear of right acetabular labrum, subsequent encounter
Reason for Visit: Follow-up

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Here for followup

Anxiety and depression is up and down-most recently been worse
Not sleeping well
Waking up in the middle of the night
Worse since she had shingles
Gabapentin helped but made her constipated and caused some rectal bleeding
Just increased zoloft a week ago to 100mg
Hasn't been able to tell a difference yet
Taking benadryl at night
Not leaving the house as much due to panicking
Waking up feeling like having chest pressure
Interested in seeing psychiatrist if needed

Had parathyroid nuclear medicine scan a few days ago
Thankfully it was normal

Tried tramadol in the past and it didn't help
Having a lot of right hip pain
Hard to walk
Can't sit for prolonged periods of time-for more than 10-25 minutes-depends on the day
Can't stand for longer than 10-25 minutes
Going to the grocery store wears her out and makes pain increased
In physical therapy-going 2 hrs per week x8 weeks, then is going to be graduated to
LSVT-parkinson rehab 4 hours per week-this is the goal and is a 10 week program

Having some right flank pain
Wants to make sure not uti
No blood in urine
Thinks could be side effect of anti viral

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Deep vein thrombosis (CMS/HCC) | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Medications:

• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3

• amitriptyline (ELAVIL) 50 mg tablet, TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT, Disp: , Rfl: 3

• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10 is ok, Disp: 8100 VWF:RCo Units, Rfl: 3

• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:

• carbidopa-levodopa (SINEMET) 25-100 mg per tablet, TAKE 1 TABLET BY MOUTH THREE TIMES A DAY, Disp: 270 tablet, Rfl: 1

• docusate sodium (STOOL SOFTENER ORAL), Take by mouth., Disp: , Rfl:

• ergocalciferol (VITAMIN D) 50,000 unit capsule, TAKE ONE CAPSULE BY MOUTH ONE TIME PER WEEK, Disp: 12 capsule, Rfl: 0

• fluticasone furoate (ARNUITY ELLIPTA) 100 mcg/actuation blister with device, Inhale 100 mcg daily., Disp: 1 each, Rfl: 3

• gabapentin (NEURONTIN) 100 mg capsule, Take 1 capsule (100 mg total) by mouth 3 (three) times a day., Disp: 90 capsule, Rfl: 1

• inulin (FIBER GUMMIES ORAL), Take by mouth., Disp: , Rfl:

• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet (10 mg total) by mouth once daily., Disp: 90 tablet, Rfl: 3

• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:

- omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY (Patient taking differently: 1 capsule po qd. Patient states prn 20mg qhs. ), Disp: 90 capsule, Rfl: 3
- plecanatide (TRULANCE) 3 mg tablet, Take 3 mg by mouth daily., Disp: 90 tablet, Rfl: 1
- rotigotine (NEUPRO) 2 mg/24 hour, Place 1 patch on the skin daily. (Patient not taking: Reported on 7/15/2019 ), Disp: 30 patch, Rfl: 0
- rotigotine (NEUPRO) 4 mg/24 hour, Place 1 patch on the skin daily., Disp: 30 patch, Rfl: 11
- sodium chloride injection, Infuse 10 mL into a venous catheter as needed for line care. PRN flushing Factor, Disp: 500 mL, Rfl: 3
- tiotropium bromide (SPIRIVA RESPIMAT) 1.25 mcg/actuation mist, Inhale 2.5 mcg daily. 2 puffs daily, Disp: 3 Inhaler, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |
| • Von Willebrand disease | Father | |
| • Benign prostatic hyperplasia | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |
| • Asthma | Brother | |
| • Parkinsonism | Paternal Grandmother | |

reports that she quit smoking about 12 years ago. Her smoking use included cigarettes. She started smoking about 37 years ago. She has a 40.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.

Gastrointestinal: Negative for abdominal pain.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Negative for numbness and headaches.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Vitals:**

| | |
|---|---|
| | 08/01/19 0909 |
| BP: | 118/62 |
| Pulse: | 78 |
| Resp: | 18 |
| SpO2: | 97 |
| Weight: | 152 lb (68.9 kg) |
| Height: | 5' 4" (1.626 m) |

Body mass index is 26.09 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Right hip: She exhibits decreased range of motion, decreased strength and tenderness.
Psychiatric: Her mood appears anxious. She exhibits a depressed mood.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:
**Office Visit on 04/25/2019**

| Component | Date | Value |
|---|---|---|
| • PTH, Intact | 04/25/2019 | 64 |
| • Calcium, Ionized, Serum | 04/25/2019 | 5.3 |
| • Glucose, Serum | 04/25/2019 | 82 |
| • BUN | 04/25/2019 | 10 |
| • Creatinine, Serum | 04/25/2019 | 0.7 |
| • eGFR If NonAfricn Am | 04/25/2019 | 86 |
| • eGFR If Africn Am | 04/25/2019 | 104 |
| • BUN/Creatinine Ratio | 04/25/2019 | 14.3 |
| • Sodium, Serum | 04/25/2019 | 141 |

| | | |
|---|---|---|
| • Potassium | 04/25/2019 | 4.3 |
| • Chloride, Serum | 04/25/2019 | 105 |
| • Carbon Dioxide, Total | 04/25/2019 | 29 |
| • Calcium, Serum | 04/25/2019 | 9.8 |
| • Protein, Total, Serum | 04/25/2019 | 7.0 |
| • Albumin, Serum | 04/25/2019 | 4.3 |
| • Globulin, Total | 04/25/2019 | 2.7 |
| • A/G Ratio | 04/25/2019 | 1.6 |
| • Bilirubin, Total | 04/25/2019 | 0.4 |
| • Alkaline Phosphatase, S | 04/25/2019 | 75 |
| • AST (SGOT) | 04/25/2019 | 14 |
| • ALT (SGPT) | 04/25/2019 | 7 |

**Problems Addressed This Visit**

None

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Tear of right acetabular labrum, subsequent encounter** - Primary<br>add tramadol for pain<br>cont PT | ICD-10-CM: S73.191D<br>ICD-9-CM: V58.89, 843.8<br><br>Relevant Medications<br>traMADol (ULTRAM) 50 mg tablet |
| **Right flank pain** | ICD-10-CM: R10.9<br>ICD-9-CM: 789.09 |
| **Hypercalcemia**<br><br>resolved. parathyroid scan showed no adenoma | ICD-10-CM: E83.52<br>ICD-9-CM: 275.42 |
| **Anxiety and depression**<br><br>increased zoloft to 100mg last week<br>refer to Dr. Jennings psychiatry<br>recommend counseling | ICD-10-CM: F41.9, F32.9<br>ICD-9-CM: 300.00, 311 |

## Instructions

Tramedol for pain

Increase zoloft for anxiety

linzess for constipation

followup 4 weeks

After Visit Summary (Printed 8/1/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/62 Pulse 78 Resp 18 Ht 5' 4" (1.626 m) Wt 152 lb (68.9 kg) LMP (LMP Unknown) SpO2 97% BMI 26.09 kg/m² BSA 1.76 m² |
| Flowsheets: | Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Leisha D. Smith
Sent 8/5/2019

## Orders Placed

Ambulatory referral to Psychiatry Pending Review

## Medication Changes

As of 8/1/2019 9:55 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: linaCLOtide (LINZESS) 145 mcg capsule** | 11 | 8/1/2019 | |
| Take 145 mcg by mouth daily. 1 cap po daily - oral | | | |
| **Added: sertraline (ZOLOFT) 100 mg tablet** | 11 | 8/1/2019 | 7/31/2020 |
| Take 1 tablet (100 mg total) by mouth daily. - oral | | | |
| **Added: traMADol (ULTRAM) 50 mg tablet** | 0 | 8/1/2019 | 10/30/2019 |
| Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. - oral | | | |
| **Discontinued or Completed: amitriptyline (ELAVIL) 50 mg tablet** | | | |

## Visit Diagnoses

Tear of right acetabular labrum, subsequent encounter S73.191D - add tramadol for pain
cont PT
Right flank pain R10.9
Hypercalcemia E83.52 - resolved. parathyroid scan showed no adenoma
Anxiety and depression F41.9, F32.9 - increased zoloft to 100mg last week
refer to Dr. Jennings psychiatry
recommend counseling

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 30 Jul 2019 12:47:10 +0000 |
| **To:** | extern.julie.cooper@vw.com |
| **Subject:** | Claim # 8248892, LEISHA SMITH |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/16/2018. The claim has been approved through 8/16/2019. As of 8/17/2019 this claim is closed. The case manager for this claim is Robert Kaylor. The claim number is 8248892.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5926

July 30, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond August 16, 2019. Volkswagen Group of America s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"**Disability" or "Disabled**" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
> *"**Disability" or "Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> *"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since August 17, 2018.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Right Hip Pain, Hemorrhoids with complications, and Lumbar spine pain. and your claim file contains the following medical documentation:

Office visit notes, test results, treatment plans, therapy records and operative reports from September 5, 2018 through April 10, 2019, with Dr. Speer, Dr. Dunn, Dr. Swaby, Dr. Valade , and Erlanger Health Systems.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified in Internal Medicine. As part of this review the consulting physician also attempted to contact Speer.With regards to contact attempts with Dr. Speer the consulting physician documented the following:

*"I made multiple attempts to contact Dr. Speer but was never able to successfully get through to her office or leave a message with her staff."*

Based on all the information on file, the reviewing physician opined the following:

*Based on the documentation in the records, this claimant has an excessive range and severity of symptoms that are not clearly supported by the findings documented on physical examinations and imaging and laboratory diagnostic testing. In particular she has persistent chronic hip and musculoskeletal pain, despite relatively modest abnormalities on imaging studies including multiple MRI scans. She has seen multiple consultants for these symptoms but has not responded sufficiently to oral medications and hip injections and she continues to undergo physical therapy treatments this problem. These persistent symptoms and problems, herefore, do impair her ability to reliably perform her usual life activities to some degree."*

Reasonably supported restrictions and limitations opined:

- *She has no impairment of sitting or use of her arms, hands or fingers for reaching, gripping, grasping, keyboarding or use of common office equipment.*
- *She can only stand or walk continuously for brief periods of less than 15 minutes at a time and can only lift items up to 10 pounds frequently.*
- *She cannot crouch, stoop, squat, kneel, crawl or climb ladders.*

*Although the claimant does have some impairment in her ability to reliably perform her usual life activities and work related activities involving moderate to strenuous physical exertion, as stated above, many of her symptoms seem out of proportion to findings on physical examination and diagnostic testing. For instance, she has mild osteoarthritis changes and small tears of her labrums (lining of the hip joint) that continue to cause excessive pain. She uses multiple inhaler medications commonly used for individuals with asthma or chronic obstructive pulmonary disease despite normal Pulmonary Function Tests. A recent detailed neurological evaluation documented only very mild signs and symptoms of Parkinson' disease for which she was prescribed some low*

*dose medication, partly as a diagnostic effort, but these symptoms are not sufficient to interfere with her ability reliably perform her usual life activities. Finally, although there is documentation by her Primary Care physician that indicates that the claimant has significant psychiatric symptoms of anxiety and depression, based on the records provided to me, she has never been referred to a psychiatrist or mental health clinician.*

*She does have sustained capacity for full time work of a sedentary nature.*"

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

*Concentrating on doing same work repeating, following established procedures; using eyes, hands, and fingers to read and handle gauges and other testing devices and products during inspection process; separating work failing to meet predetermined standards; and using math skills to count or measure objects and keep inspection records.*

Based on this information you have the ability to perform the following occupation(s):

- Order Clerk
- Receptionist
- Dispatcher

Based on the overall claim facts including the records received and the completed clinical review, the medical evidence does not support restrictions and limitations that would prevent you from performing the material and substantial duties of Any Occupation as of the change in definition. While we acknowledge that you may experience signs and symptoms related to your diagnosis and the restrictions supported by the Board Certified Physician would preclude you from performing your Own Occupation, they do not rise to a level of severity that would preclude from performing Any Occupation.

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Volkswagen Group of America s definition of disability beyond August 16, 2019 and we must deny your claim for further benefit consideration. Benefits will be paid through August 16, 2019, and your claim is closed as of August 17, 2019.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No

internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of any occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang

gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Kaylor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13942
Secure Fax No.: (603) 430-5926

## Transferable Skills Analysis

**Date:** 6/12/2019
**Claimant:** Leisha Smith
**Claim #:** 8248892
**Policyholder:** Volkswagen Group of America

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Employee's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description
DOT
Occupational Analysis dated 12/5/2018
Training, Education and Experience Form, dated 7/17/2018
Peer Review dated 5/6/2019 conducted by Paul E. Stander, MD, MBA, FACP ;

**Education & Training:**
Education:
High School Diploma
Computer Literate

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 741.687-010 | Inspector | 2 | 7 | L |
| 249.362-026 | Customer Service Representative | 4 | 10 | S |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of the Peer Review dated 5/6/2019 conducted by Paul E. Stander, MD, MBA, FACP ;
She has no impairment of sitting or use of her arms, hands or fingers for reaching, gripping, grasping, keyboarding or use of common office equipment.

She can only stand or walk continuously for brief periods of less than 15 minutes at a time and can only lift items up to 10 pounds frequently.

She cannot crouch, stoop, squat, kneel, crawl or climb ladders.

She does have sustained capacity for full time work of a sedentary nature.

In view of the chronicity of the claimant's symptoms to this point, and inadequate response to medications, injections and physical therapy to this point, this impairment is likely to persist from the present time for several more months until 8/16/19 and quite possibly beyond.

**Skills & Abilities:**

- Concentrating on doing same work repeating, following established procedures; using eyes, hands, and fingers to read and handle gauges and other testing devices and products during inspection process;

separating work failing to meet predetermined standards; and using math skills to count or measure objects and keep inspection records.

**Profile Adjustments:**

Physical and Strength: Profile adjustments were made to reflect Employee's physical abilities. Potential occupations identified will be screened to ensure they are within Employee's abilities.

Talking, Tasting and Vision were adjusted to constantly.

Environmental conditions were adjusted to constantly as no limitations were noted.

Situations including working alone or apart in physical isolation from others and working under specific restrictions was adjusted to yes as Employee's work history would include these duties.

Serving was adjusted to yes as Employee's work history would include these duties.

GED was adjusted to Grades 9-12

**Examples of Occupations identified based on National Economy and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 249.362-026 | Order Clerk | 4 | S | $2,788 |
| 237.367-038 | Receptionist | 4 | S | $2,428 |
| 239.367-014 | Dispatcher | 3 | S | $3,289 |

**Wage Information is based on median 2018 Bureau of Labor Statistical Data*

**Summary:**

The Transferable Skills Analysis identified occupations are within Employee's physical abilities and within their identified skill level. The following are examples of occupations Employee could perform; order clerk, receptionist, and dispatcher

I have not met with the Employee for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

*Electronically Signed*

Vanessa Scungio MA, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

Updated 6/12/19

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | Changed From | Changed To |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 4 (3 to 6 months) | No Change |
| Minimum | 2 (Up to 1 month) | 1 (Short demo only) |
| **General Educational Development** | | |
| Reasoning | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | |
| Strength Maximum | L Light | S Sedentary |
| Minimum | S Sedentary | No Change |
| Climbing | Never | No Change |
| Balancing | Never | No Change |
| Stooping | Occasionally | Never |
| Kneeling | Never | No Change |
| Crouching | Never | No Change |
| Crawling | Never | No Change |
| Reaching | Frequently | No Change |
| Handling | Constantly | No Change |
| Fingering | Frequently | No Change |
| Feeling | Frequently | No Change |
| Talking | Frequently | Constantly |
| Hearing | Frequently | Constantly |
| Tasting/Smelling | Never | Constantly |
| Near Acuity | Constantly | No Change |
| Far Acuity | Never | Constantly |
| Depth Perception | Never | Constantly |
| Accommodation | Frequently | Constantly |
| Color Vision | Frequently | Constantly |
| Field of Vision | Frequently | Constantly |
| **Environmental Conditions** | | |
| Exposure to Weather | Never | Constantly |
| Extreme Cold | Never | Constantly |
| Extreme Heat | Never | Constantly |
| Wet and/or Humid | Never | Constantly |
| Vibration | Never | Constantly |
| Atmospheric Conditions | Constantly | No Change |
| Proximity to Moving Mechanical Parts | Never | Constantly |
| Exposure to Electrical Shock | Never | Constantly |
| Working in High Exposed Places | Never | Constantly |
| Exposure to Radiation | Never | Constantly |
| Working with Explosives | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | Never | Constantly |
| Other Environmental Conditions | Never | Constantly |
| Noise Intensity Level | Loud | No Change |
| **DOT Aptitudes** | | |
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |

Updated 6/12/19

| | | |
|---|---|---|
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | Yes |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | No | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Unsure |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 6/12/19

erlanger
Health System

# CONFIDENTIAL FAX

UT Neurology
1755 Gunbarrel Road Suite 300
Chattanooga, TN 37421
Phone: 423-778-9001 Fax: 423-778-8438

| | |
|---|---|
| Date: 5/6/19 | Attention: Margaret Labossiere |
| To: | From: UT Erlanger Neurology/Jennifer |
| Phone: | Fax: 603-559-0307 |
| Re: | # of pages(including cover) |

Urgent Please Reply Please Review Referral For Your Records

Confidentiality Notice
This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named above as the Recipient. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health Systems at 423-778-4156 and arrange for the return or destruction of these documents.
Erlanger Health System-Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 3/28/2019
EMG Neurology

Provider: Ellen Valadez, MD (Neurology)
Primary diagnosis: Parkinsonism, unspecified Parkinsonism type (CMS/HCC)
Reason for Visit: Referred by Joseph Miller, MD

## Progress Notes

Ellen Valadez, MD (Physician) • Neurology

Expand All Collapse All

**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

<u>Physical Exam</u>
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
  Tricep reflexes are 2+ on the right side and 2+ on the left side.
  Bicep reflexes are 2+ on the right side and 2+ on the left side.
  Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
  Patellar reflexes are 2+ on the right side and 2+ on the left side.
  Achilles reflexes are 2+ on the right side and 2+ on the left side.
Psychiatric: Her speech is normal.

Vitals reviewed.

**Assessment/Plan:**
57 year old right handed fémale with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan
- Follow up with me in 6 months

**Assessment**

Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**

- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

## Instructions

Return in about 2 months (around 5/28/2019).

**Patient Instructions**

After Visit Summary (Printed 3/28/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 161/78 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 82 Temp 36.5 °C (97.7 °F) (Oral) Ht 1.626 m (5' 4") Wt 66.1 kg (145 lb 12.8 oz) LMP (LMP Unknown) Breastfeeding? No BMI 25.03 kg/m² BSA 1.73 m² More Vitals |
| Flowsheets: | Lactation, Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Joseph Miller, MD

## Orders Performed

Ambulatory referral to Neurology Closed

## Medication Changes

As of 3/28/2019 9:02 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: carbidopa-levodopa (SINEMET) 25-100 mg per tablet**<br>Take 1 tablet by mouth 3 (three) times a day. - oral | 3 | 3/28/2019 | 3/27/2020 |

## Visit Diagnoses

Parkinsonism, unspecified Parkinsonism type (CMS/HCC) G20
Essential tremor G25.0

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA | LEISHA SMITH | 8248892 |

| | | | |
|---|---|---|---|
| **Referred By:** | Margaret LaBossiere | **Claimant DOB:** | |
| **Referral Date:** | 04/30/2019 | **Job Title:** | PRODUCTION TEAM MEMBER |
| **Due Date:** | 05/15/2019 | **Medical/ Surgical Condition:** | Right hip pain, Parkinsons, HEMORRHOIDECTOMY, Hep C, Lumbar pain |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/15/2018 |
| **Report Date:** | 5/6/19 | **DOD:** | 02/16/2018 |
| | | **BBD:** | 08/17/2018 |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The claimant has a myriad of diagnoses documented in her records that are impacting impairment including Von Willebrand's Disease (D68.0 – hereditary disorder of blood clotting), Hemorrhoids with complications (K64.8) with chronic Rectal Pain (K62.89) for which she has undergone numerous surgical procedures, Bilateral Osteoarthritis of Hips (M16.0) with bilateral Labrum tears and chronic hip pain for which she has undergone numerous steroid injections and Physical Therapy interventions and Fibromyalgia (M79.7).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

The claimant has numerous comorbid conditions listed in the records including Non-toxic Multinodular Goiter (E04.2), Gastroesophageal Reflux Disease (K21.9), possible Parkinson's disease (G20) for which she was recently started on a trial of L-dopa medication and psychiatric diagnoses of Anxiety/Depression (F41.1/F32.9). None of these disorders is directly impacting impairment going forward, but they have contributed to impairment since 8/18 to the present time due to the frequent physician visits and extensive diagnostic testing performed to evaluate symptoms related to these conditions.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from present to 8/16/2019, and beyond, and comment on the expected duration.**

Based on the documentation in the records, this claimant has an excessive range and severity of symptoms that are not clearly supported by the findings documented on physical examinations and

imaging and laboratory diagnostic testing. In particular she has persistent chronic hip and musculoskeletal pain, despite relatively modest abnormalities on imaging studies including multiple MRI scans. She has seen multiple consultants for these symptoms but has not responded sufficiently to oral medications and hip injections and she continues to undergo physical therapy treatments this problem. These persistent symptoms and problems, herefore, do impair her ability to reliably perform her usual life activities to some degree. She has no impairment of sitting or use of her arms, hands or fingers for reaching, gripping, grasping, keyboarding or use of common office equipment. She can only stand or walk continuously for brief periods of less than 15 minutes at a time and can only lift items up to 10 pounds frequently. She cannot crouch, stoop, squat, kneel, crawl or climb ladders. She does have sustained capacity for full time work of a sedentary nature. In view of the chronicity of the claimant's symptoms to this point, and inadequate response to medications, injections and physical therapy to this point, this impairment is likely to persist from the present time for several more months until 8/16/19 and quite possibly beyond.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Although the claimant does have some impairment in her ability to reliably perform her usual life activities and work related activities involving moderate to strenuous physical exertion, as stated above, many of her symptoms seem out of proportion to findings on physical examination and diagnostic testing. For instance, she has mild osteoarthritis changes and small tears of her labrums (lining of the hip joint) that continue to cause excessive pain. She uses multiple inhaler medications commonly used for individuals with asthma or chronic obstructive pulmonary disease despite normal Pulmonary Function Tests. A recent detailed neurological evaluation documented only very mild signs and symptoms of Parkinson's disease for which she was prescribed some low dose medication, partly as a diagnostic effort, but these symptoms are not sufficient to interfere with her ability reliably perform her usual life activities. Finally, although there is documentation by her Primary Care physician that indicates that the claimant has significant psychiatric symptoms of anxiety and depression, based on the records provided to me, she has never been referred to a psychiatrist or mental health clinician and has not consistently been prescribed psychiatric medication. Therefore, it is advisable to review further records of care and reassess her status in approximately 3 month, which is likely to be helpful in determining the nature and duration of future impairment. It also may be advisable for this review to include evaluation by orthopedic, psychiatric and/or neurology reviewers based on the claimant's ongoing symptoms at that time.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, for the most part the treatment seems consistent with the standard of care, although it is unusual that the claimant has not been consistently been prescribed antidepressant medication in view of documentation from her PCP of significant symptoms of depression and anxiety as well as chronic pain which can often be helped by antidepressant medications.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Speer Phone Number: 1 (423) 778 8909 ex ----- Fax Number: 423-778-8910**
**Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**

I made multiple attempts to contact Dr. Speer but was never able to successfully get through to her office or leave a message with her staff.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**
**Consulting Physician**
**Board Certified, Internal Medicine**

ReleasePoint

## Medical Record Overview

**Date:** **May 2, 2019**

**Patient Name:** SMITH, LEISHA

**Records From:** Dr. Swaby

,
(423) 778-4830

**Request Scope:** From November 29, 2018 to Present

**Chart Range:** 09/05/2018 - 12/05/2018

**RP ID:** 5218031

**Client ID:** 8248892

**Source:** LIBMTQ

**Req By:** M LaBossiere
05-290468
Margaret.Labossiere@LFG.

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 5 2018 | Dec 5 2018 | 3 | 2 |
| Labs/Diagnostics | Sep 5 2018 | Sep 5 2018 | 1 | 5 |
| Request Corr. | | | 4 | 6 |
| | | **Total Page Count:** | 8 | |

**Notes From QC:**

erlanger Health System

EMG GASTRO EAST 300

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 12/5/2018

**Progress Notes by Laurie-Anne Swaby, MD at 12/5/2018 2:00 PM**

Author: Laurie-Anne Swaby, MD  Service: (none)  Author Type: Physician
Filed: 3/25/2019 7:52 PM  Encounter Date: 12/5/2018  Status: Signed
Editor: Laurie-Anne Swaby, MD (Physician)

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

HPI
Seen in follow-up. Currently takes Prilosec 40 mg p.o. every morning and 20 mg every afternoon without ongoing reflux, but reports some bloating and bilateral upper abdominal discomfort. Continues to have chronic cough which hass been present since hepatitis C treatment. Had acute hemorrhoidal flare followed by Dr. Dunn with plan for hemorrhoidectomy. She is up-to-date with EGD and colonoscopy. MRI liver showed no significant hepatic abnl or cause for Right sided abd pain (increased with bending/twisting/rpt line movements). Bowel movements- history of chronic constipation on Linzess 72 mcg daily with diarrhea if taking higher dosage.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |

**Progress Notes by Laurie-Anne Swaby, MD at 12/5/2018 2:00 PM (continued)**

- HEMORRHOID SURGERY — 02/19/2018
  *cut out 21 blood clots*
- HYSTERECTOMY
  *partial*
- KIDNEY SURGERY
  *left removed*
- THROMBECTOMY
  *Pt states from Rectum*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |
| • Von Willebrand disease | Father | |
| • Benign prostatic hyperplasia | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |
| • Asthma | Brother | |

No Known Allergies

| | | | |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok | 8100 VWF | 3 |
| • docusate sodium (STOOL SOFTENER ORAL) | Take by mouth. | | |
| • ergocalciferol (VITAMIN D) 50,000 unit capsule | Take 1 capsule (50,000 Units total) by mouth once a week. | 12 capsule | 0 |
| • inulin (FIBER GUMMIES ORAL) | Take by mouth. | | |
| • lidocaine (XYLOCAINE) 2 % jelly | Apply topically as needed for mild pain. | | |

EMG GASTRO EAST 300

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 12/5/2018

**Progress Notes by Laurie-Anne Swaby, MD at 12/5/2018 2:00 PM (continued)**

| | | | |
|---|---|---|---|
| • omeprazole (PriLOSEC) 40 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 3 |

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**
**Hx of HCV- s/p tx with SVR**
**Chronic constipation- on linzess**
**Hemorrhoids- symptomatic- plan for hemorrhoidectomy**
**Chronic RUQ pain/functional abd pain vs MSK**
Amitriptyline 25mg po nightly
Linzess 72mcg po qAM
Follow-up in 2mths

Electronically signed by Laurie-Anne Swaby, MD at 3/25/2019 7:52 PM

**END OF REPORT**

Smith, Leisha Dianne (MR # 01114276)

**Hepatic Function Panel** Final result Order: 41712444

Newer results are available.

| | Ref Range & Units | 9/5/18 0000 | 8/9/17 1522 | 5/27/16 0917 |
|---|---|---|---|---|
| **Protein, Total, Serum** | 6.0 - 8.3 g/dL | **6.9** | 7.2 | 7.2 |
| **Albumin, Serum** | 3.5 - 5.0 g/dL | **4.4** | 4.4 | 4.3 |
| **Bilirubin, Total** | 0.2 - 1.2 mg/dL | **0.3** | 0.3 | 0.4 |
| **Bilirubin, Direct** | 0.0 - 0.2 mg/dL | **0.1** | | |
| **Alkaline Phosphatase, S** | 40 - 150 U/L | **74** | 75 | 74 |
| **AST (SGOT)** | 5 - 34 U/L | **14** | 14 | 17 |
| **ALT (SGPT)** | 3 - 55 U/L | **10** | 11 | 14 |

Narrative

Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Collected: 09/05/18 00:00 Last Resulted: 09/06/18 08:13

**Reviewed By List**

Laurie-Anne Swaby, MD on 9/10/2018 16:50

**Other Results from 9/5/2018**

**Please note** Final result 9/5/2018

# Erlanger Health System Confidential Information

**To/Recipient:** Lincoln

**Phone Number (FAX/Voice) :** 402-739-8287

**Date/Time:** Wednesday, April 24, 2019 3:16:20 PM

**From/Sender:** Day, Christi

**Organization:** Erlanger Health System

**Cc:**

**Subject:**

---

**[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]**

Number of Pages (including Cover Page) : 02

---

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the ***Recipient*** above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

## Erlanger Health System – Confidential Information

975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

Lincoln Financial Group

**ERLANGER ACADEMIC GASTROENTEROLOGY**
**979 E 3RD ST STE C825**
**ATTN: MEDICAL RECORDS**
**CHATTANOOGA, TN 37403**

Apr 16, 2019
**Re: Long Term Disability Benefits**
Claim# 8248892 5218031
Claimant: SMITH, LEISHA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ERL010

Dear 423 778 4185,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From November 29, 2018 to Present**

Please provide all records within the scope SEEN BY: Dr. Swaby

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Dhalia Alcosiba

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# More liberty mutual forms

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
[illegible]
[illegible]

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any [illegible]

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, [illegible] drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha D Smith

Name of legal representative, if applicable (print) ______________ Relationship [illegible]

Signature of claimant or legal representative Leisha D. Smith

Date of Birth ______ Claim Number: [illegible] Date: [illegible] 2-24-19

A copy of this authorization will be considered as valid as the original.

[illegible] Authorization-Standard-2018

# Quality Assurance Report

## Request Information

Report Date: May 2, 2019

**RP ID:** 5218031

Patient Name: SMITH, LEISHA

Provider Name: ERLANGER ACADEMIC GASTROENTEROLOGY

## Quality Assurance Information

Scope Requested: **From November 29, 2018 to Present**

Special Request:

Please provide all records within the scope SEEN BY:
Dr. Swaby

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: CJCUE

ReleasePoint

## Medical Record Overview

**Date:** **May 3, 2019**

**Patient Name:** SMITH, LEISHA

**Records From:** Dr. Valadez

,
(423) 778-9001

**Request Scope:** From January 1, 2018 to Present

**Chart Range:** 03/28/2019 - 03/28/2019

**RP ID:** 5218009

**Client ID:** 8248892

**Source:** LIBMTQ

**Req By:** M LaBossiere
05-290468
Margaret.Labossiere@LFG.

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 28 2019 | Mar 28 2019 | 5 | 2 |
| Request Corr. | | | 1 | 7 |
| | | **Total Page Count:** | 6 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 3/28/2019
EMG Neurology

Provider: Ellen Valadez, MD (Neurology)
Primary diagnosis: Parkinsonism, unspecified Parkinsonism type (CMS/HCC)
Reason for Visit: Referred by Joseph Miller, MD

## Progress Notes

Ellen Valadez, MD (Physician) • Neurology

**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance.
The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
- Tricep reflexes are 2+ on the right side and 2+ on the left side.
- Bicep reflexes are 2+ on the right side and 2+ on the left side.
- Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
- Patellar reflexes are 2+ on the right side and 2+ on the left side.
- Achilles reflexes are 2+ on the right side and 2+ on the left side.

Psychiatric: Her speech is normal.
Vitals reviewed.

**Assessment/Plan:**
57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan
- Follow up with me in 6 months

**Assessment**
Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**
- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

## Instructions

Return in about 2 months (around 5/28/2019).

**Patient Instructions** ≫

After Visit Summary (Printed 3/28/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 161/78 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 82<br>Temp 36.5 °C (97.7 °F) (Oral) Ht 1.626 m (5' 4") Wt 66.1 kg (145 lb 12.8 oz)<br>LMP (LMP Unknown) Breastfeeding? No BMI 25.03 kg/m² BSA 1.73 m² More Vitals |
| Flowsheets: | Lactation, Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Joseph Miller, MD

## Orders Performed

Ambulatory referral to Neurology Pending Review

## Medication Changes

As of 3/28/2019 9:02 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: carbidopa-levodopa (SINEMET) 25-100 mg per tablet**<br>Take 1 tablet by mouth 3 (three) times a day. - oral | 3 | 3/28/2019 | 3/27/2020 |

## Visit Diagnoses

Parkinsonism, unspecified Parkinsonism type (CMS/HCC) G20
Essential tremor G25.0

Request Corr.



**Lincoln Financial Group**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

Valadez

Lincoln Financial Group

UT ERLANGER NEURO
979 E 3RD ST STE C-830
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37403

Apr 23, 2019
Re: Disability Benefits
Claim# 8248892 5218009
Claimant: SMITH, LEISHA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CAR692

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On Apr 16, 2019 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- [x] I am FAXING records to: (213) 884-4921
- [ ] I am MAILING records on or before (date): ____________ (See mailing address above)
- [ ] Records are being review, and will be released no later than (DATE): ____________
- [ ] Records cannot be released because:

______________________________________________

- [ ] Other status information we should know:

All we can send. Did not order anything else.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kevin Michael Lituania

Disability Information Specialist

Phone No.: (213) 266-5038

Fax No.: (213) 884-4921

# Quality Assurance Report

## Request Information

Report Date: May 3, 2019

**RP ID:** 5218009

Patient Name: SMITH, LEISHA

Provider Name: UT ERLANGER NEURO

## Quality Assurance Information

Scope Requested: **From January 1, 2018 to Present**

Special Request:
Please provide medical records - seen by: Dr. Valadez

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: CJCUE

# CONFIDENTIAL FAX

UT Neurology
1755 Gunbarrel Road Suite 300
Chattanooga, TN 37421
Phone: 423-778-9001 Fax: 423-778-8438

| | |
|---|---|
| Date: 4/29/19 | Attention: |
| To: Lincoln Financial Group | From: UT Erlanger Neurology/Jennifer CMA |
| Phone: | Fax: 603-559-0307 |
| Re: | # of pages(including cover) |

Urgent Please Reply Please Review Referral For Your Records

Confidentiality Notice
This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named above as the Recipient. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health Systems at 423-778-4156 and arrange for the return or destruction of these documents.
Erlanger Health System-Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 3/28/2019
EMG Neurology

Provider: Ellen Valadez, MD (Neurology)
Primary diagnosis: Parkinsonism, unspecified Parkinsonism type (CMS/HCC)
Reason for Visit: Referred by Joseph Miller, MD

## Progress Notes

Ellen Valadez, MD (Physician) • Neurology

**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance.
The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
Tricep reflexes are 2+ on the right side and 2+ on the left side.
Bicep reflexes are 2+ on the right side and 2+ on the left side.
Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
Patellar reflexes are 2+ on the right side and 2+ on the left side.
Achilles reflexes are 2+ on the right side and 2+ on the left side.
Psychiatric: Her speech is normal.
Vitals reviewed.

**Assessment/Plan:**
57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan
- Follow up with me in 6 months

**Assessment**
Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**
- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

## Instructions

Return in about 2 months (around 5/28/2019).

### Patient Instructions

After Visit Summary (Printed 3/28/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 161/78 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 82<br>Temp 36.5 °C (97.7 °F) (Oral) Ht 1.626 m (5' 4") Wt 66.1 kg (145 lb 12.8 oz)<br>LMP (LMP Unknown) Breastfeeding? No BMI 25.03 kg/m² BSA 1.73 m² More Vitals |
| Flowsheets: | Lactation, Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |


Apr. 29. 2019 11:20AM STROKE CENTER No. 3563 P. 5

## Communications

Letter sent to Joseph Miller, MD

## Orders Performed

Ambulatory referral to Neurology Pending Review

## Medication Changes

As of 3/28/2019 9:02 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: carbidopa-levodopa (SINEMET) 25-100 mg per tablet**<br>Take 1 tablet by mouth 3 (three) times a day. - oral | 3 | 3/28/2019 | 3/27/2020 |

## Visit Diagnoses

Parkinsonism, unspecified Parkinsonism type (CMS/HCC) G20
Essential tremor G25.0


Apr. 29. 2019 11:20AM STROKE CENTER No. 3563 P. 6

# Erlanger Health System -- Confidential Information

To/Recipient: Attn: Margaret LaBossiere

Fax Number: 603-559-0307 / Liberty Life Assurance Co.

Organization:

Date/Time: 4-26-19

From/Sender: Misty

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: Office notes, letter requested.

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page):

****************************************************************************************************

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Speer, DO
Justin A. Ossman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

erlanger
Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

April 25, 2019

Leisha Dianne Smith

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **4/25/2019**

To Whom it May Concern:

Leisha Smith was seen in my clinic on 4/25/2019 at 9:00 am.

Patient continues to have ongoing problems with right labral tear with subsequent right hip pain and weakness. She is currently in physical therapy for this and is being followed by both a local orthopedist and an orthopedist in Nashville and vanderbilt. She continues to be unable to stand for any length of time. She is unable to climb stairs or sit for any prolonged period of time. She cannot lift more than 5 pounds. She has in the interim developed Parkinson's disease and has started on medication for this and is seeing a neurologist for this care.

Her anxiety and depression are still uncontrolled. We are working on medication and therapy for this but are having a difficult time finding the right medication due to side effects that are worsening other comorbid conditions, like her constipation which we are trying to avoid given her recent hemorrhoidectomy.

I do not see her returning to work any time in the near future given her persistent problems with her hip, her new diagnosis of parkinson's, and her uncontrolled anxiety and depression.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

erlanger
Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

April 25, 2019

Leisha Dianne Smith

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **4/25/2019**

To Whom it May Concern:

Leisha Smith was seen in my clinic on 4/25/2019 at 9:00 am.

Patient continues to have ongoing problems with right labral tear with subsequent right hip pain and weakness. She is currently in physical therapy for this and is being followed by both a local orthopedist and an orthopedist in Nashville and vanderbilt. She continues to be unable to stand for any length of time. She is unable to climb stairs or sit for any prolonged period of time. She cannot lift more than 5 pounds. She has in the interim developed Parkinson's disease and has started on medication for this and is seeing a neurologist for this care.

Her anxiety and depression are still uncontrolled. We are working on medication and therapy for this but are having a difficult time finding the right medication due to side effects that are worsening other comorbid conditions, like her constipation which we are trying to avoid given her recent hemorrhoidectomy.

I do not see her returning to work any time in the near future given her persistent problems with her hip, her new diagnosis of parkinson's, and her uncontrolled anxiety and depression.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 1/29/2019
EMG Ortho Sports on 3rd

Provider: Brandon Cincere, MD (Orthopedic Surgery)
Primary diagnosis: Primary osteoarthritis of right hip
Reason for Visit: Right Hip - Pain, Left Hip - Pain

## Progress Notes

Brandon Cincere, MD (Physician) • Orthopedic Surgery

Expand All Collapse All

**Visit Type:**New Patient

**Chief Complaint:**Bilateral Hip Pain

**Assessment and Plan**
Leisha Dianne Smith is a 56 y.o. female right handed
1. **Primary osteoarthritis of right hip**
2. Acute hip pain, unspecified laterality
3. Other secondary osteoarthritis of both hips
4. Greater trochanteric bursitis, unspecified laterality
5. Femoral acetabular impingement
6. Other specific joint derangements of right hip, not elsewhere classified
7. Other specific joint derangements of left hip, not elsewhere classified
8. Tear of right acetabular labrum, subsequent encounter
9. Tear of left acetabular labrum, subsequent encounter
10. Hepatitis C virus infection without hepatic coma, unspecified chronicity
11. Von Willebrand's disease (CMS/HCC)

Bilateral hip pain Groin and lateral, states groin is worse. She is referred by Dr. Higgins with previous right hip IA injection under Fluoro with temporary relief. Tenderness Bilateral greater trochanter bursa with limited flexion rotation the hip with groin pain positive impingement,with a abductor lurch type gait on the right she is also had physical therapy she has a history of hepatitisC as well as von Willebrand's disease or bleeding disorder she states her GI doctor is not happy with her taking steroid injections for the hip joint she is also unable to take anti-inflammatories and Tylenol due to her bleeding disease and her hepatitis C. Physical therapy made her worse they were doing clamshells and abduction strengthening on a partially torn tendon this is obvious this is more of a stretching program anyway we may consider changing her physical therapy

Xray images reviewed intact joint spaces bilaterally no significant degenerative changes Intact joint spaces bilaterally on the right lateral center edge angle 26, anterior center edge angle 23, alpha angle 53. Lateral center edge on the left 30, anterior center edge angle 32, alpha angle 32

Bilateral MRI Arthrograms at Erlanger demonstrate

Left hip: IMPRESSION:
1. Tearing of the anterosuperior left acetabular labrum with partial labral detachment anteriorly, please see above for details.
2. Mild degenerative changes at the left hip.

3. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Consider dedicated lumbar spine MRI.
4. Mild to moderate tendinopathy of the left gluteus minimus and medius tendons with low-grade insertional tearing as they attach onto the greater trochanter of the left femur. Mild adjacent soft tissue swelling and small volume bursal fluid.

Right hip: IMPRESSION:
1. Moderately sized irregular contrast-filled cleft insinuating between the right anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment.
2. Mild degenerative changes at the right hip.
3. Mild degenerative changes in the lower lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space, consider dedicated lumbar spine MRI.
4. Moderate tendinopathy of the right gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon.

Counseling performed and Options discussed - Do nothing, continue conservative measures, (NSAIDS, PT,Refrain from activity) and surgical treatment. Risks of medications discussed

Risks and benefits of hip arthroscopy discussed, we discussed guarded prognosis due to her degenerative changes as well as her gluteus medius tendinopathy as well as her multiple medical problems. I do not feel she is quite ready for hip replacement based on her imaging studies, x-rays and MRI. I do not feel this will help her abductor, her lateral hip pain either. we did discuss briefly hip arthroscopy with a significant guarded prognosis with her bleeding disorder this may make visualization quite difficult with bleeding in the arthroscopy fluid making the procedure difficult to complete. she has not had any lateral bursal injections but again her GI doctor apparently was not happy with her intra-articular steroid injection. we may have to get some more guidance on this as a frequency and dose. I think this will help her lateral hip pain we will also explore a lateral hip unloader brace this may give her some pain relief. She also works at Volkswagen she is been out of work for the last 6 months due to her pain I do not see her get back to the assembly line type process her job with her hip and the condition at this time very aware that surgery will not help her that much

I explained it would be the best benefit to treatment slow due to medical conditions

PT, repeat IA injection vs bursa injection discussed

Unable to take anti-inflammatories; she already has voltaren and Pennsaid cream that works I gave her samples of Pennsaid gel today will get a prescription for that

Pt going to discuss steroid injection with GI Dr.

Hip unloader brace

We should have her follow-up with a spine surgeon due to the L5-S1 endplate changes on her hip MRI

**Imaging:** 3 views of the Hip (AP Pelvis, False Profile, Modified Lateral) taken and reviewed. Physician Read. X-ray Hips 2 Views Bilateral With Ap Pelvis

Result Date: 1/29/2019
---STUDY READ BY PERFORMING PHYSICIAN-- Performing/Reading Physician: Brandon Cincere, MD Performing Department: EMG ORTHO SPORTS-3RD Imaging Result: Intact joint spaces bilaterally no degenerative changes no fractures no metallic hardware

Details of xray images reviewed by me with the patient

**HPI:**
Patient is a 56 y.o. female who presents here today for an evaluation of bilateral hip pain referred by Dr. Higgins. She comes in walking without assistance, slight limp. She voices her pain at a 5-6 today. She states that the right is worse. She denies any injury just a gradual onset over the past 5 years. She states that she did see Dr. Higgins whom ordered xray, MRI, steroid injections and physical therapy. She states that her MRI's were done at Erlanger. She states that she had an injection into each hip which gave her little relief. She states that physical therapy made her hips worse. She states that she takes tylenol as needed. She denies any bracing or surgery. She would like to discuss further treatment options today.

**Chief Complaint**
Patient presents with
- Right Hip - Pain
- Left Hip - Pain

**Condition is:**
Quality: aching and sharp
Severity: pain is perceived as moderate (4-6 pain scale)
Duration: 5 year(s)
Timing/Frequency: constant
Aggravated by: stairs, squatting, getting in and out of bath tub, pushing a buggy
Alleviated by: OTC medication
Associated with: popping/ clicking
Radiates to: buttock

In Pain Management no

**Previous Treatments:**
Physical Therapy: not very effective
Steroid Injections: not very effective
**Previous Tests / Imaging:**
X-ray
MRI
**Surgeries**:
none
**Current medications**

Current Outpatient Prescriptions:
- ACCU-CHEK NANO misc, USE AS INSTRUCTED THREE TIMES DAILY PHARMACY FILL WHAT HER INSURANCE WILL COVER, Disp: , Rfl: 0

- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- amitriptyline (ELAVIL) 50 mg tablet, Take 1 tablet (50 mg total) by mouth nightly., Disp: 90 tablet, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- blood sugar diagnostic (PHARMACIST CHOICE) strip, To use with glucometer that her insurance will cover for testing three times daily Dx E16.2, Disp: 100 strip, Rfl: 11
- blood-glucose meter kit, Use as instructed three times daily pharmacy fill what her insurance will cover, Disp: 1 each, Rfl: 0
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- conjugated estrogens (PREMARIN) vaginal cream, Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance, Disp: 45 g, Rfl: 1
- diclofenac sodium (PENNSAID) 20 mg/gram /actuation(2 %) solution in metered-dose pump, Apply 40 mg topically 2 (two) times a day., Disp: 4 g, Rfl: 3
- diclofenac sodium 1 % gel, USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY, Disp: 100 g, Rfl: 0
- DME PRESCRIPTION, Order for right hip unloader brace, Disp: 1 Device, Rfl: 0
- docusate sodium (STOOL SOFTENER ORAL), Take by mouth., Disp: , Rfl:
- escitalopram (LEXAPRO) 20 mg tablet, Take 1 tablet (20 mg total) by mouth daily., Disp: 90 tablet, Rfl: 3
- hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam, Insert 1 applicator into the rectum daily. Use as directed, Disp: 15 g, Rfl: 1
- inulin (FIBER GUMMIES ORAL), Take by mouth., Disp: , Rfl:
- lidocaine (XYLOCAINE) 2 % jelly, Apply topically as needed for mild pain., Disp: , Rfl:
- linaclotide (LINZESS) 290 mcg capsule, Take 290 mcg by mouth daily., Disp: 90 capsule, Rfl: 3
- meloxicam (MOBIC) 7.5 mg tablet, , Disp: , Rfl:
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY, Disp: 90 capsule, Rfl: 0
- plecanatide (TRULANCE) 3 mg tablet, Take 3 mg by mouth daily., Disp: 30 tablet, Rfl: 5
- tiotropium (SPIRIVA) 18 mcg per inhalation capsule, Place 1 capsule into inhaler and inhale once daily., Disp: , Rfl:

**Allergies**

Patient has no known allergies.

**HISTORY:**

Past Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |

- Depression
- H/O kidney removal — 1984
  *Donated Left kidney to son*
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- HH (hiatus hernia)
  *small, sliding*
- History of transfusion
  *1984*
- Multiple thyroid nodules
  *Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

Social History:

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

Family History:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |

| | |
|---|---|
| • Cancer | Father |
| • Bleeding disorder | Father |
| • Cancer | Other |
| • Colon polyps | Sister |

**ROS:**
An extended review of systems was performed and all negative except as noted in HPI.
**General Physical Exam:**
Body mass index is 24.72 kg/m².
Ht 1.626 m (5' 4") | Wt 65.3 kg (144 lb) | LMP (LMP Unknown) | BMI 24.72 kg/m²
**General:** Appears stated age, Well developed, Well nourished
**Constitutional:** See vital signs
**Mental Status/Psychiatric:** Mentally alert, appropriate affect
**Head and Face:** Normal cephalic, atraumatic
**Eyes:** Pupils equal and round, no obvious nystagmus
**ENT and Mouth:** Moist mucous membranes, Gross auditory intact
**Cardiovascular:** Heart apparent regular rate and rhythm, palpable pulses
**Respiratory:** Breathing unlabored and symmetric, no audible wheeze
**Skin:** Lesions:no, Cyanosis:No, Warm: yes, Dry: yes
**Neurologic:** Increased tonicity: no, Stocking sensory loss: no
**Gait:** Abductor right
**Orthopaedic Exam:**
**Right Hip Exam**

**Tenderness**
The patient is experiencing tenderness in the greater trochanter.

**Range of Motion**
Flexion: 80 abnormal
Internal Rotation: 20
External Rotation: 40

**Muscle Strength**
Abduction: 5/5
Flexion: 4/5

**Tests**
Ober: positive

**Other**
Erythema: absent
Scars: present
Sensation: normal
Pulse: present

Comments: STANDING ALIGNMENT - flexed knee
DEFORMITY - negative
CONTUSIONS - Negative
INCISIONS - anterior knee
PATELLAR CREPITUS - positive

LOG ROLL - positive
STINCHFIELD - positive
FAIDR/IMPINGEMENT TEST - negative
RESISTED HIP FLEXOR PAIN - negative
INTERNAL SNAPPING - negative
EXTERNAL SNAPPING - negative
RESISTED ABDUCTION PAIN - negative
RESISTED ADDUCTION PAIN - negative
RESISTED ER PAIN - positive

**Left Hip Exam**

**Tenderness**
The patient is experiencing tenderness in the greater trochanter.

**Range of Motion**
Flexion: 130 abnormal
Internal Rotation: 30
External Rotation: 40

**Muscle Strength**
Abduction: 5/5
Flexion: 4/5

**Tests**
Ober: negative

**Other**
Erythema: absent
Sensation: normal
Pulse: present

Comments: STANDING ALIGNMENT - Normal
DEFORMITY - negative
CONTUSIONS - Negative
INCISIONS - none
PATELLAR CREPITUS - positive
LOG ROLL - negative
STINCHFIELD - negative
FAIDR/IMPINGEMENT TEST - negative
RESISTED HIP FLEXOR PAIN - negative
INTERNAL SNAPPING - negative
EXTERNAL SNAPPING - negative
RESISTED ABDUCTION PAIN - negative
RESISTED ADDUCTION PAIN - negative
RESISTED ER PAIN - NEGATIVE

**Back Exam**

**Tenderness**
The patient is experiencing no tenderness.

**Range of Motion**
The patient has normal back ROM.

**Tests**
Straight leg raise right: negative
Straight leg raise left: negative

**Other**
Toe Walk: normal
Heel Walk: normal
Sensation: normal
Erythema: no back redness
Scars: absent

Comments: FLIP SIGN NEGATIVE BILATERALLY
INCISIONS - None

Brandon A. Cincere, MD
erlanger Orthopaedics & Sports Medicine

Portions of the record may have been created with voice recognition software. Occasional wrong-word or 'sound-a-like' substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where substitutions have occurred.

## Instructions

Return if symptoms worsen or fail to improve.

Patient declined After Visit Summary

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 5' 4" (1.626 m) Wt 144 lb (65.3 kg) LMP (LMP Unknown) BMI 24.72 kg/m² BSA 1.72 m² |
| Flowsheets: | Custom Formula Data, Exposure Screening |

Encounter Info: Billing Info, History, Allergies

## Orders Placed

X-ray hips 2 views bilateral with AP pelvis (Resulted 1/29/2019)

## Medication Changes

As of 1/29/2019 10:40 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: DME PRESCRIPTION**<br>Order for right hip unloader brace | 0 | 1/29/2019 | 3/13/2019 |
| diclofenac sodium | | | |
| **Unchanged: diclofenac sodium 1 % gel**<br>USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY | 0 | 10/29/2018 | 2/14/2019 |
| **Added: diclofenac sodium (PENNSAID) 20 mg/gram /actuation(2 %) solution in metered-dose pump**<br>Apply 40 mg topically 2 (two) times a day. - topical (top) | 3 | 1/29/2019 | 2/14/2019 |

## Visit Diagnoses

Primary osteoarthritis of right hip M16.11
Acute hip pain, unspecified laterality M25.559
Other secondary osteoarthritis of both hips M16.6
Greater trochanteric bursitis, unspecified laterality M70.60
Femoral acetabular impingement M25.859
Other specific joint derangements of right hip, not elsewhere classified M24.851
Other specific joint derangements of left hip, not elsewhere classified M24.852
Tear of right acetabular labrum, subsequent encounter S73.191D
Tear of left acetabular labrum, subsequent encounter S73.192D
Hepatitis C virus infection without hepatic coma, unspecified chronicity B19.20
Von Willebrand's disease (CMS/HCC) D68.0

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 4/5/2019
Status: Open
EMG Gastroenterology

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Gastroesophageal reflux disease without esophagitis
Reason for Visit: Follow-up

## Instructions

Return in about 4 months (around 8/5/2019).

Gastric emptying study
Upper GI series
Continue lifestyle changes for reflux
Follow-up in 4mths

After Visit Summary (Printed 4/5/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 112/80 (BP Location: Right arm, Patient Position: Sitting) Pulse 73 Ht 5' 4" (1.626 m) Wt 149 lb 12.8 oz (67.9 kg) LMP (LMP Unknown) BMI 25.71 kg/m² BSA 1.75 m² More Vitals |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Media

- Other Facility Documents - Scan on 4/18/2019 12:43 PM : SURGICAL ASSOCIATES OV
- Consent - Other - Scan on 4/5/2019 11:31 AM : designated representative- gi
- Other Facility Documents - Scan on 2/12/2019 4:30 PM : MEDICAL RECORDS FROM UNIVERSITY SURGICAL

## Orders Placed

Nuclear Medicine gastric emptying

## Medication Changes

As of 4/5/2019 11:22 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: lidocaine (XYLOCAINE) 2 % jelly** | | | |

## Visit Diagnoses

Gastroesophageal reflux disease without esophagitis K21.9
Regurgitation of food R11.10

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 3/14/2019
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Hypercalcemia
Reason for Visit: Thyroid Problem

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Here for f/u
Went to urgent care due to chest tightness
ekg stable
Labs showed mild hypercalcemia
Called ENT
Has thyroid ultrasound scheduled
Has appt with ENT in 1 month
No kidney stones, bp been higher, been more anxious

Tremor worse right hand
appt with Dr. Valadez in November
Father has parkinsons and sees Dr. Bear in cleveland

Off amitryptyline
Anxiety still present but coping better since having hemorrhoid surgery
Not as depressed
Sleeping some better

Did have a panic attack last week

Asthma/allergies acting up some with weather changes
No spiriva
Has appt with Dr. Koo next week

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok, Disp: 8100 VWF:RCo Units, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• docusate sodium (STOOL SOFTENER ORAL), Take by mouth., Disp: , Rfl:
• inulin (FIBER GUMMIES ORAL), Take by mouth., Disp: , Rfl:
• lidocaine (XYLOCAINE) 2 % jelly, Apply topically as needed for mild pain., Disp: , Rfl:
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY, Disp: 90 capsule, Rfl: 3

• tiotropium (SPIRIVA) 18 mcg per inhalation capsule, Place 1 capsule into inhaler and inhale once daily., Disp: , Rfl:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |
| • Von Willebrand disease | Father | |
| • Benign prostatic hyperplasia | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |
| • Asthma | Brother | |

reports that she quit smoking about 12 years ago. Her smoking use included Cigarettes. She started smoking about 37 years ago. She has a 40.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for chest tightness. Negative for shortness of breath and wheezing.

**Vitals:**

| | 03/14/19 1548 |
|---|---|
| BP: | 126/82 |
| Pulse: | 82 |
| Resp: | 18 |
| SpO2: | 99% |
| Weight: | 149 lb 6.4 oz (67.8 kg) |
| Height: | 5' 4" (1.626 m) |

Body mass index is 25.64 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Psychiatric: Her mood appears anxious.

**Assessment/Plan**

**Office Visit on 02/15/2019**

| Component | Date | Value |
|---|---|---|
| • WBC | 02/15/2019 | 4.9 |
| • RBC | 02/15/2019 | 4.36 |
| • Hemoglobin | 02/15/2019 | 13.2 |
| • Hematocrit | 02/15/2019 | 39.3 |
| • MCV | 02/15/2019 | 90.3 |
| • MCH | 02/15/2019 | 30.3 |
| • MCHC | 02/15/2019 | 33.5 |
| • RDW | 02/15/2019 | 13.6 |
| • Platelets | 02/15/2019 | 301 |
| • Neutrophils | 02/15/2019 | 52.3 |
| • Lymphs | 02/15/2019 | 37.0 |
| • Monocytes | 02/15/2019 | 7.2 |
| • Eos | 02/15/2019 | 2.5 |
| • Basos | 02/15/2019 | 1.0 |
| • Neutrophils (Absolute) | 02/15/2019 | 2.6 |
| • Lymphs (Absolute) | 02/15/2019 | 1.8 |
| • Monocytes(Absolute) | 02/15/2019 | 0.4 |
| • Eos (Absolute) | 02/15/2019 | 0.1 |
| • Baso (Absolute) | 02/15/2019 | 0.0 |
| • Glucose, Serum | 02/15/2019 | 75 |
| • BUN | 02/15/2019 | 13 |
| • Creatinine, Serum | 02/15/2019 | 0.7 |
| • eGFR If NonAfricn Am | 02/15/2019 | 87 |
| • eGFR If Africn Am | 02/15/2019 | 105 |
| • BUN/Creatinine Ratio | 02/15/2019 | 18.6 |
| • Sodium, Serum | 02/15/2019 | 141 |
| • Potassium | 02/15/2019 | 4.3 |
| • Chloride, Serum | 02/15/2019 | 105 |
| • Carbon Dioxide, Total | 02/15/2019 | 29 |

| | | |
|---|---|---|
| • Calcium, Serum | 02/15/2019 | 9.7 |
| • Protein, Total, Serum | 02/15/2019 | 6.5 |
| • Albumin, Serum | 02/15/2019 | 4.1 |
| • Globulin, Total | 02/15/2019 | 2.4 |
| • A/G Ratio | 02/15/2019 | 1.7 |
| • Bilirubin, Total | 02/15/2019 | 0.3 |
| • Alkaline Phosphatase, S | 02/15/2019 | 92 |
| • AST (SGOT) | 02/15/2019 | 17 |
| • ALT (SGPT) | 02/15/2019 | 11 |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Goiter** | ICD-10-CM: E04.9<br>ICD-9-CM: 240.9 |

Relevant Orders
TSH+Free T4
Thyroid Antibodies
T3
Bledsoe Calcium, Ionized
PTH, intact
Vitamin D 25 hydroxy
Comprehensive metabolic panel

Relevant Results

| | 3/30/18 | 5/27/16 | 8/11/15 | 9/5/14 |
|---|---|---|---|---|
| Chemistry | | | | |
| **Thyroxine (T4)** | 10.3 | | | |
| **TSH** | 1.856 | 1.787 | 1.904 | 1.647 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Hypercalcemia** - Primary<br><br>check labs | ICD-10-CM: E83.52<br>ICD-9-CM: 275.42<br><br>Relevant Orders<br>TSH+Free T4<br>Thyroid Antibodies<br>T3<br>Bledsoe Calcium, Ionized<br>PTH, intact<br>Vitamin D 25 hydroxy<br>Comprehensive metabolic panel |
| **Anxiety and depression**<br><br>off amitryptyline | ICD-10-CM: F41.9, F32.9<br>ICD-9-CM: 300.00, 311 |
| **Tremor**<br><br>refer to Dr. Bear | ICD-10-CM: R25.1<br>ICD-9-CM: 781.0<br><br>Relevant Orders |

| | Codes |
|---|---|
| **Family history of Parkinson's disease**<br>refer to Dr. Bear | Amb Ref to Neurology/EMG/NCS<br>ICD-10-CM: Z82.0<br>ICD-9-CM: V17.2<br>Relevant Orders<br>Amb Ref to Neurology/EMG/NCS |

## Instructions

Check labs
Refer to Dr. Bear neurology

After Visit Summary (Printed 3/14/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 126/82 Pulse 82 Resp 18 Ht 5' 4" (1.626 m) Wt 149 lb 6.4 oz (67.8 kg)<br>LMP (LMP Unknown) SpO2 99% BMI 25.64 kg/m² BSA 1.75 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Summary of care document sent to Taylor Clay Bear, MD

## Orders Placed

**PTH, intact** (Resulted 3/14/2019, Abnormal)
**Vitamin D 25 hydroxy** (Resulted 3/14/2019, Abnormal)
Comprehensive metabolic panel (Resulted 3/14/2019)
T3 (Resulted 3/14/2019)
Thyroid Antibodies (Resulted 3/14/2019)
TSH+Free T4 (Resulted 3/14/2019)
Bledsoe Calcium, Ionized
Amb Ref to Neurology/EMG/NCS Pending Review

## Medication Changes

As of 3/14/2019 4:39 PM

None

## Visit Diagnoses

Hypercalcemia E83.52 - check labs
Goiter E04.9 - thyroid u/s
Anxiety and depression F41.9, F32.9 - off amitryptyline
Tremor R25.1 - refer to Dr. Bear
Family history of Parkinson's disease Z82.0 - refer to Dr. Bear

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 2/18/2019
EMG Chattanooga Bone and Joint

Provider: Matthew Higgins, MD (Orthopedic Surgery)
Primary diagnosis: Tear of left acetabular labrum, subsequent encounter
Reason for Visit: Right Hip - Follow-up, Left Hip - Follow-up

## Progress Notes

Matthew Higgins, MD (Physician) - Orthopedic Surgery

Expand All Collapse All

**Patient Name: Leisha Dianne Smith**
**Date of Birth:**

**Subjective**

**Visit Type:**Follow up Patient

Patient is a 56 y.o. female who presents here today for Follow-up of the Right Hip and Follow-up of the Left Hip
.

Patient is here today to follow up on bilateral hip pain. She presents today without assistance. She denies any falls since her last visit. Patient had previous seen Dr. Cincere and she states that Dr. Cincere did not want to do the surgery to repair the labral that was torn. She has recently also seen Dr. Miller with spine and they feel as patient should focus on her hips vs her back. She is here today to discuss her options today as she has had increase of pain.

Can patient walk more than two blocks without pain?: No

**Previous Treatments:**
Physical Therapy: effective
Steroid Injections: effective
**Previous Tests / Imaging:**
X-ray
MRI
**Surgeries:**
none

**Pain Management Patient?:**
No

**Review of Systems**

There is no height or weight on file to calculate BMI.
LMP (LMP Unknown)

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• amitriptyline (ELAVIL) 50 mg tablet, Take 1 tablet (50 mg total) by mouth nightly., Disp: 90 tablet, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• conjugated estrogens (PREMARIN) vaginal cream, Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance, Disp: 45 g, Rfl: 1
• cyclobenzaprine (FLEXERIL) 5 mg tablet, TAKE 1 TABLET EVERY 4-6 HOURS AS NEEDED MAY DECREASE TO 1 EVERY NIGHT IF INCREASED DROWSINESS OCCURS, Disp: , Rfl: 0
• DME PRESCRIPTION, Order for right hip unloader brace, Disp: 1 Device, Rfl: 0
• docusate sodium (STOOL SOFTENER ORAL), Take by mouth., Disp: , Rfl:
• escitalopram (LEXAPRO) 20 mg tablet, Take 1 tablet (20 mg total) by mouth daily., Disp: 90 tablet, Rfl: 3
• inulin (FIBER GUMMIES ORAL), Take by mouth., Disp: , Rfl:
• lidocaine (XYLOCAINE) 2 % jelly, Apply topically as needed for mild pain., Disp: , Rfl:
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY, Disp: 90 capsule, Rfl: 3
• tiotropium (SPIRIVA) 18 mcg per inhalation capsule, Place 1 capsule into inhaler and inhale once daily., Disp: , Rfl:

**HISTORY:**

Past Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |

- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY *left* | | |
| • CESAREAN SECTION *x 3* | | |
| • COLONOSCOPY *5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY *cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY *partial* | | |
| • KIDNEY SURGERY *left removed* | | |
| • THROMBECTOMY *Pt states from Rectum* | | |

Social History:

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 2.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Social History**

Occupational History
- VW

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 2.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | Defer |

**General Exam:**

Physical Exam .

**Physical Exam:**

**Right Hip Exam**

Comments: Positive log roll, stinchfield, and impingement, no troch tenderness on exam today

**Imaging:** No images obtained today. Details of x-rays shown and explained to the patient.

**Impression:**

56 year old female with mild osteoarthritis and labral tears of bilateral hips. Her right side is significantly more symptomatic than her left. Her primary complaint today is anterior groin pain that is reproduced with provocative maneuvers of her hip. She has no significant lateral tenderness on examination today. Minimal pain with resisted abduction. At this point we have exhausted all conservative measures and she is still limited with even simple ADLs secondary to this right hip pain. She does have significant labral tears bilaterally but only minimal arthritic changes. Recently evaluated by Dr. Cincere and because of her bleeding disorder he was unsure if visualization would be an issue and whether repair could be actually performed in this environment. Unfortunately, this is a very difficult situation, and I feel it is a stretch to perform right THA with minimal arthritic changes. The patient would like a second opinion from Dr. Byrd at Vanderbilt. If they felt that hip arthroscopy or even open repair is not possible then at that point we may consider THA.

**Assessment and Plan:**

**Assessment/Plan**

Matthew D. Higgins, MD

Portions of the record may have been created with voice recognition software. Occasional wrong-word or 'sound-a-like' substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where substitutions have occurred.

## Instructions

Return if symptoms worsen or fail to improve.

Follow up with Dr. Higgins PRN

Patient declined After Visit Summary

## Additional Documentation

| | |
|---|---|
| Vitals: | LMP (LMP Unknown) |
| Flowsheets: | Assessment, Pain Assessment |
| Encounter Info: | Billing Info, History, Allergies |

## Orders Placed

None

## Medication Changes

As of 2/18/2019 10:01 AM

None

## Visit Diagnoses

Tear of left acetabular labrum, subsequent encounter S73.192D
Tear of right acetabular labrum, subsequent encounter S73.191D
Unilateral primary osteoarthritis, left hip M16.12
Unilateral primary osteoarthritis, right hip M16.11

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 3/28/2019
EMG Neurology

Provider: Ellen Valadez, MD (Neurology)
Primary diagnosis: Parkinsonism, unspecified Parkinsonism type (CMS/HCC)
Reason for Visit: Referred by Joseph Miller, MD

## Progress Notes

Ellen Valadez, MD (Physician) • Neurology

Expand All Collapse All

**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
  Tricep reflexes are 2+ on the right side and 2+ on the left side.
  Bicep reflexes are 2+ on the right side and 2+ on the left side.
  Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
  Patellar reflexes are 2+ on the right side and 2+ on the left side.
  Achilles reflexes are 2+ on the right side and 2+ on the left side.
Psychiatric: Her speech is normal.

Vitals reviewed.

**Assessment/Plan:**
57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan
- Follow up with me in 6 months

**Assessment**

Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**
- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

## Instructions

Return in about 2 months (around 5/28/2019).

**Patient Instructions**

After Visit Summary (Printed 3/28/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 161/78 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 82<br>Temp 97.7 °F (36.5 °C) (Oral) Ht 5' 4" (1.626 m) Wt 145 lb 12.8 oz (66.1 kg)<br>LMP (LMP Unknown) Breastfeeding? No BMI 25.03 kg/m² BSA 1.73 m² More Vitals |
| Flowsheets: | Lactation, Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Joseph Miller, MD

## Orders Performed

Ambulatory referral to Neurology Pending Review

## Medication Changes

As of 3/28/2019 9:02 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: carbidopa-levodopa (SINEMET) 25-100 mg per tablet**<br>Take 1 tablet by mouth 3 (three) times a day. - oral | 3 | 3/28/2019 | 3/27/2020 |

## Visit Diagnoses

Parkinsonism, unspecified Parkinsonism type (CMS/HCC) G20
Essential tremor G25.0

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 4/8/2019
EMG Respiratory and Critical Care

Provider: Patrick Koo, MD (Pulmonary Disease)
Primary diagnosis: Chronic cough
Reason for Visit: 6 month follow up, Wheezing, Cough; Referred by Lydia Speer, DO

## Progress Notes

Patrick Koo, MD (Physician) - Pulmonary Disease

Expand All Collapse All

**Subjective**

**Chief Complaint**
Patient presents with
- 6 month follow up
- Wheezing
  *pt stated going on for a month or more.*
- Cough
  *Dry cough*

**HPI**

Ms. Smith is a 56-year-old female with a history of hepatitis C status post treatment, von Willebrand's disease, depression, Parkinson's disease, former smoker (20 pack years, quit 10 years ago), who presents to clinic today for follow-up visit. I last saw her back in April 2018. At that time, was treating her for chronic cough. She was being treated for asthma, reflux, and postnasal drip.

Symptoms:
Dyspnea at rest and with exertion - started 3/23
Chest tightness -this is her main complaint today
Non-productive cough
No wheezing

Inhalers:
Spiriva Respimat once daily
Ventolin - 3x/day
Albuterol neb - every other day

Other meds:
Singulair 10 mg daily
Omeprazole 40 mg daily

MMRC Dyspnea Scale:
MMRC 2: Dyspneic on walking level ground; must stop occasionally due to breathlessness

No Known Allergies

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok | 8100 VWF | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • carbidopa-levodopa (SINEMET) 25-100 mg per tablet | Take 1 tablet by mouth 3 (three) times a day. | 90 tablet | 3 |
| • docusate sodium (STOOL SOFTENER ORAL) | Take by mouth. | | |
| • ergocalciferol (VITAMIN D) 50,000 unit capsule | Take 1 capsule (50,000 Units total) by mouth once a week. | 12 capsule | 0 |
| • inulin (FIBER GUMMIES ORAL) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | TAKE 1 TABLET (10 MG TOTAL) BY MOUTH ONCE DAILY. | 90 tablet | 1 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • omeprazole (PriLOSEC) 40 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 3 |
| • plecanatide (TRULANCE) 3 mg tablet | Take 3 mg by mouth daily. | | |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |

| | | | |
|---|---|---|---|
| • sodium chloride injection | Infuse 10 mL into a venous catheter as needed for line care. PRN flushing Factor (Patient not taking: Reported on 4/8/2019 ) | 500 mL | 3 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recatl, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY | | |

*Pt states from Rectum*

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 2.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |
| • Von Willebrand disease | Father | |
| • Benign prostatic hyperplasia | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |
| • Asthma | Brother | |
| • Parkinsonism | Paternal Grandmother | |

Review of Systems

Constitutional: Negative for appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.

HENT: Negative for nosebleeds, postnasal drip, rhinorrhea, sinus pressure and sore throat.

Eyes: Negative.

Respiratory: Positive for cough, chest tightness, shortness of breath and wheezing. Negative for choking.

Cardiovascular: Negative for chest pain, palpitations and leg swelling.

Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.

Endocrine: Negative.

Genitourinary: Negative for dysuria, frequency and urgency.

Musculoskeletal: Negative for arthralgias and joint swelling.

Skin: Negative for color change and rash.

Allergic/Immunologic: Negative for environmental allergies.

Neurological: Negative for dizziness, light-headedness and headaches.

Hematological: Negative for adenopathy.

Psychiatric/Behavioral: Negative for sleep disturbance.

**Subjective**

**Vitals:**

| | 04/08/19 0927 |
|---|---|
| BP: | 133/86 |
| Pulse: | 76 |
| Resp: | 18 |
| SpO2: | 97% |
| Weight: | 68 kg (149 lb 14.4 oz) |
| Height: | 1.626 m (5' 4") |
| BMI (Calculated): | 25.7 |
| Weight Change Since Last Visit: | 67.98 kg |
| Weight Change: | 67.98 kg |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Posterior oropharyngeal erythema present.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No JVD present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

Data reviewed:
I reviewed the patient's prior records from outside clinics/doctors' offices/hospitalizations and I reviewed the imaging for this patient.

## Problem List Items Addressed This Visit

Respiratory

**Dyspnea on exertion**

She also complains of dyspnea on exertion and chest tightness.

Plan:
-Continue Spiriva Respimat. Add Arnuity.

**Chronic cough - Primary**

She continues to complain of a chronic cough. She is on medications to treat allergic rhinitis/postnasal drip, GERD, and reactive airways disease. Her last PFT did not show any obstructive lung disease. Her methacholine challenge test was negative for asthma. However, she stated that after she took the medication for her hepatitis C, she developed symptoms of shortness of breath. After using the inhalers, her breathing improves.

She still has evidence of uncontrolled reflux. She is on omeprazole. She will be seeing ENT soon. She is also following up with Dr. Swaby. At this time, I am not certain if her symptoms is due to reactive airways disease versus ongoing reflux. I told her that we will add 1 more inhaler to see if her symptoms improve. If not, we may need to increase her antireflux medication.

Plan:
-Add Arnuity 1 puff daily.
-Continue Spiriva Respimat 1.25 mcg 2 puffs daily.
-Continue albuterol inhaler and nebulizer as needed.

**Reactive airway disease**

As stated above. Methacholine challenge test was negative. However, she stated that inhalers help with her symptoms. This time, we will continue her on bronchodilators. Increase physical activity.

Digestive

**Gastroesophageal reflux disease**

Continue omeprazole 40 mg daily.

, Patient instructed to call if symptoms worsen and Counseling provided as above

Patrick Koo, MD, ScM

## Instructions

Return in about 3 months (around 7/8/2019).

After Visit Summary (Printed 4/8/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 133/86 (BP Location: Right arm, Patient Position: Sitting) Pulse 76 Resp 18<br>Ht 5' 4" (1.626 m) Wt 149 lb 14.4 oz (68 kg) LMP (LMP Unknown) SpO2 97%<br>BMI 25.73 kg/m² BSA 1.75 m² More Vitals |
| Flowsheets: | Custom Formula Data, Exposure Screening, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Lydia Speer, DO

## Orders Placed

None

## Medication Changes

As of 4/8/2019 10:18 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: fluticasone furoate (ARNUITY ELLIPTA) 100 mcg/actuation blister with device**<br>Inhale 100 mcg daily. - inhalation | 3 | 4/8/2019 | |
| **tiotropium bromide** | | | |
| **Discontinued: tiotropium (SPIRIVA) 18 mcg per inhalation capsule** (Reorder) | | | |
| **Added: tiotropium bromide (SPIRIVA RESPIMAT) 1.25 mcg/actuation mist**<br>Inhale 2.5 mcg daily. 2 puffs daily - inhalation | 3 | 4/8/2019 | |

## Visit Diagnoses

Chronic cough R05

Dyspnea on exertion R06.09

Reactive airway disease without complication, unspecified asthma severity, unspecified whether persistent J45.909

Gastroesophageal reflux disease, esophagitis presence not specified K21.9

# 4/10/2019 8:27:00 AM

***LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 4/10/2019 08:27AM, Examiner: Jason L. Dunn, MD***

**Chief complaint**

The Chief Complaint is: Post op not 1st hemorrhoidectomy 2/19/19 --DB.

**History of present illness**

LEISHA SMITH is a 57 year old female.

Here for postoperative visit following hemorrhoidectomy, patient doing well, recently started on medications for new diagnosis of Parkinson's disease, she is also told by her pulmonologist that some of her respiratory symptoms could be caused by reflux, she states that she has had reflux for last 2 years, she is also currently in the process of getting worked up for parathyroid issues and is on vitamin D, she has not taken any amicar since I've seen her last, she has not had any Humate since March 23, 2019, no bleeding since then either, no rectal pain, no fever, she has had some fecal soilage in between bowel movements, she is taking Trulance and fiber as well as stool softeners on a daily basis.

**Personal history**

*Behavioral:* Former smoker.

**Current medication**

Medication List Reconciled.
Fiber Gummies by oral route.
Stool Softener by oral route.
Ergocalciferol (vitamin D2) by oral route.
Trulance 3 mg tablet take 1 tablet (3 mg) by oral route once daily.
Omeprazole by oral route.
Amicar by oral route.
Spiriva Respimat by inhalation route.
• carbidopa. by oral route

**Allergies and Adverse Reactions**

Allergies Reviewed.
No Known Allergies.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 80 bpm | 4/10/2019 08:27AM |
| Blood pressure | 132/88 mmHg | 4/10/2019 08:27AM |
| Weight | 150 lbs 0oz | 4/10/2019 08:27AM |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 4/10/2019 08:27AM |
| Height | 64 in | 4/10/2019 08:27AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 4/10/2019 08:27AM |

Patient was not observed to be obese.

**General Appearance:**

Alert and in no acute distress.

**Abdomen:**

*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**

*Anus Examination:* No anal fissure was observed and sphincter tone was normal. Hemorrhoids were seen Right sided hemorrhoidectomy incisions are healed, no further open wounds remained, she has a small external hemorrhoidal on the right posterior anal canal that is no larger than .5 cm in size, no thrombosis noted. Anus was normal healed well, no drainage.

**Neurological:**

Oriented to time, place, and person.

**Assessment**

• Postprocedural states [[Z98.890: Other specified postprocedural states]]

**Counseling/Education**

• Patient education - High Fiber Diet

**Plan**

• Postoperative visit, without charge
• Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

RA



PAGE 1/2 * RCVD AT 4/18/2019 9:30:05 AM [Eastern Daylight Time] * SVR:EHS-MSASRFAXP01/9 * DNIS:4831 * CSID:4234765523 * ANI:4234765523 * DURATION (mm-ss):00-58

Follow-up visit prn.
Patient will call for appointment.

Discussed with the patient the need to continue daily supplemental fiber and stool softeners, if she increases the amount of her daily fiber hopefully this will help with any further fecal soilage, she will continue to observe for any further symptoms at this point, she will follow up here PRN.

Cc: Spear, Bhakta, Swaby.



PAGE 2/2 * RCVD AT 4/18/2019 9:50:05 AM [Eastern Daylight Time] * SVR:EHS-MSASRFAXP01/9 * DNIS:4831 * CSID:4234765523 * ANI:4234765523 * DURATION (mm-ss):00-58

NASHVILLE
HIP INSTITUTE
PRESERVATION, RECONSTRUCTION & SPORTS MEDICINE

J.W. Thomas Byrd, M.D.
Tania A. Ferguson, M.D., M.A.S.
2004 Hayes Street
Suite 700
Nashville, TN 37203
615-284-5800
fax 615-284-5819
nashvillehip.org

**PHYSICAL THERAPY INITIAL EVALUATION & TREATMENT OF THE LOWER EXTREMITY**

Date: Apr/11/2019 Pt. Name: Mrs. Leisha Smith Chart #: 410019 DOB: MD:

Time In: 130
Time Out: 155
Total Time: 25
Contact Time: 25
Evaluation (97161): 15
Therapeutic Exercise (97110):
Functional Activities (97530): 10
Vasopneumatic Compressive Device (97016):
Manual Therapy (97140):
Gait Training (97116):
ADL (97535):

Dx: **M25.551 Pain in right hip**
**M25.651 Stiffness of right hip, not elsewhere classified**
**R26.89 Other abnormalities of gait and mobility** Surgical Date/Type:

History: Onset:S1: This is a 57-year-old woman who presents to our clinic today with right hip pain for the last 18-20 months. She has a complex comorbid the profile with 3 hemorrhoid surgeries, Parkinson's disease, parathyroid syndrome, and V W B type 2. She cannot take NSAIDs. She had a wreck in 1082 which caused some damage to her right knee when she still notices bothers her with walking and sleeping. She has a lot of difficulty with right hip soft tissue and joint pain. She has difficulty with pretty much all activity and as confirmed intraarticular pathology and was on the point of having surgery when her comorbidities came into play and the surgery was deferred.

Occupation/Job requirement:

ROM and Neuro:

R Hip ROM:
Flexion:70 Intolerant of further motion.
IR:
ER:

L Hip ROM:
Flexion: 130
IR: 40
ER: 40

R Hip Strength Testing:
Strength in the right hip is extremely inhibited. She has 3 -/5 flexion strength with 3/5 in all other measures

L Hip Strength Testing:
Left hip strength is greatly improved compared to right side at 4/5 throughout

Palpation: She has tenderness to palpation in proximal hip structures, especially posterior lateral aspect. All motion of the right hip is provocative and irritating

Patient Education regarding functional activity modifications: Activities to avoid including deep squats, lunges, and loaded/compressive exercises, exercises/stretches to focus on, how to protect their hip, what to expect if they do have a surgical intervention, and the importance of pre-hab to work on the secondary deficits due to joint pain/pathology. Patient

was also educated on the role of diagnostic/therapeutic injection and what to expect following injection.

Treatment Today Consisted of: ☐ Modalities ☐ Exercise Instruction ☑ ADL/Posture/Gait Instruction
☑ Education Information ☐ Manual Therapy ☑ Other:Treatment today consisted of evaluation and discussion of modifications to standard P program in order to accommodate comorbidities.

Assessment: Rehab Potential: Fair Treatment Tolerated: Well
This is a 57-year-old woman with a complex comorbidity profile presents with longstanding right hip pain. She would benefit from formal physical therapy with gradual and careful restoration of motion and strength. She is going to require a very definite hand in order to restore function without causing further damage

☑ Pt presents with S&S consistent with hip joint pathology, however they also have significant soft tissue pain and restrictions as well as global hip weakness that would benefit from a formal PT intervention at this time

☐ Pt presents with S&S consistent with hip joint pathology. They demonstrate good to normal strength and limited in functional strength and ability secondary to pain. At this time they will not benefit from formal PT and have been advised on activity modifications to protect their hip until surgical intervention

☑ Pt presents with S&S consistent with extra-articular hip pain related to soft tissue pain and dysfunction as well as hip and core weakness. At this time they will benefit from a formal PT program focused in manual therapy and progressive hip and core stabilization to decrease pain and improve function

☐ Pt presents with S&S consistent with hip abductor pathology. They will benefit from a gradual PT program initially focused in manual therapy and low level activation of the hip abductors with progression of functional strength as tolerated

Plan:We will set her up for therapy in Chattanooga with Trinity and follow up with her in a couple of months.

**Precautions:**Per Protocol/Use Pain and Peripheral symptoms as a guide:

The patient has been advised of the findings of this evaluation and the proposed treatment plan. Patient instructed that home exercise/program compliance is vital to Rehab success. Patient advised to discontinue any exercise or activity which increases symptoms and to contact our office directly with any questions or concerns.

Ken Jenkins

04/17/2019

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 4/25/2019
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Hypercalcemia
Reason for Visit: Follow-up

## Progress Notes

Lydia Speer, DO (Physician) - Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Dr. Fowler ENT
Thyroid nodule-parathyroid adenoma seen on ultrasound
Had ionized calcium that was high
Needs intact pth repeated today
May need surgical removal of adenoma

Went to vanderbilt orthopedic for evaluation of labral tear
They recommend more PT first before considering surgical intervention due to possible complications of surgery given von willebrands
Doing to PT at siskins for hip strengthening
Going to be evaluated for further for therapy for parkinsons
Continues to have right hip pain
Worse with standing or sitting for prolonged period of time
Can't lift more than a gallon

Shaking has improved a lot with carvidopa/levodopa, so likely does have parkinsons
Seeing Dr. Valadez for this
Carvidopa/levodopa has caused some loose stools, so isn't taking trulance daily

Anxiety/depression worse since off amitryptyline-but constipation better
Healed from hemorroid surgery
Having panic attacks, can't sleep well, worried about a lot of things-hard to control
Tearful
Does think she needs to try a different medication to see if this can help

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |

- Acne rosacea
- Anxiety
- Arthritis
  *pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain*
- Chronic kidney disease
  *left kidney removed for donor to son*
- Depression
- H/O kidney removal 1984
  *Donated Left kidney to son*
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- HH (hiatus hernia)
  *small, sliding*
- History of transfusion
  *1984*
- Multiple thyroid nodules
  *Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

Current Outpatient Prescriptions:
- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok, Disp: 8100 VWF:RCo Units, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet, Take 1 tablet by mouth 3 (three) times a day., Disp: 90 tablet, Rfl: 3
- docusate sodium (STOOL SOFTENER ORAL), Take by mouth., Disp: , Rfl:
- ergocalciferol (VITAMIN D) 50,000 unit capsule, Take 1 capsule (50,000 Units total) by mouth once a week., Disp: 12 capsule, Rfl: 0
- fluticasone furoate (ARNUITY ELLIPTA) 100 mcg/actuation blister with device, Inhale 100 mcg daily., Disp: 1 each, Rfl: 3
- inulin (FIBER GUMMIES ORAL), Take by mouth., Disp: , Rfl:
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet (10 mg total) by mouth once daily., Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY, Disp: 90 capsule, Rfl: 3
- plecanatide (TRULANCE) 3 mg tablet, Take 3 mg by mouth daily., Disp: 90 tablet, Rfl: 1
- sodium chloride injection, Infuse 10 mL into a venous catheter as needed for line care. PRN flushing Factor, Disp: 500 mL, Rfl: 3
- tiotropium bromide (SPIRIVA RESPIMAT) 1.25 mcg/actuation mist, Inhale 2.5 mcg daily. 2 puffs daily, Disp: 3 Inhaler, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY *left* | | |
| • CESAREAN SECTION *x 3* | | |
| • COLONOSCOPY *5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY *cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY *partial* | | |
| • KIDNEY SURGERY *left removed* | | |
| • THROMBECTOMY *Pt states from Rectum* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |
| • Von Willebrand disease | Father | |
| • Benign prostatic hyperplasia | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |
| • Asthma | Brother | |
| • Parkinsonism | Paternal Grandmother | |

reports that she quit smoking about 12 years ago. Her smoking use included Cigarettes. She started smoking about 37 years ago. She has a 40.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for diarrhea. Negative for abdominal pain.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for tremors. Negative for numbness and headaches.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Vitals:**

| | 04/25/19 0855 |
|---|---|
| BP: | 118/82 |
| BP Location: | Left arm |

| | |
|---|---|
| Patient Position: | Sitting |
| Pulse: | 69 |
| Resp: | 16 |
| SpO2: | 99% |
| Weight: | 149 lb (67.6 kg) |
| Height: | 5' 4" (1.626 m) |

Body mass index is 25.58 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: She exhibits tenderness.
Right hip: She exhibits decreased range of motion, decreased strength, tenderness and crepitus.
Neurological: She exhibits abnormal muscle tone. Coordination abnormal.
Psychiatric: Her mood appears anxious. She exhibits a depressed mood.

**Assessment/Plan**

**Office Visit on 03/14/2019**

| Component | Date | Value |
|---|---|---|
| • TSH | 03/14/2019 | 2.348 |
| • T4,Free(Direct) | 03/14/2019 | 0.77 |
| • Thyroid Peroxidase (TPO)* | 03/14/2019 | <6 |
| • Thyroglobulin Antibody | 03/14/2019 | <1.0 |
| • Triiodothyronine (T3) | 03/14/2019 | 116 |
| • PTH, Intact | 03/14/2019 | 77* |
| • Vitamin D, 25-Hydroxy | 03/14/2019 | 19.3* |
| • Glucose, Serum | 03/14/2019 | 97 |
| • BUN | 03/14/2019 | 14 |
| • Creatinine, Serum | 03/14/2019 | 0.8 |
| • eGFR If NonAfricn Am | 03/14/2019 | 74 |
| • eGFR If Africn Am | 03/14/2019 | 90 |
| • BUN/Creatinine Ratio | 03/14/2019 | 17.5 |
| • Sodium, Serum | 03/14/2019 | 141 |
| • Potassium | 03/14/2019 | 3.8 |
| • Chloride, Serum | 03/14/2019 | 106 |
| • Carbon Dioxide, Total | 03/14/2019 | 26 |
| • Calcium, Serum | 03/14/2019 | 9.8 |

| | | |
|---|---|---|
| • Protein, Total, Serum | 03/14/2019 | 7.3 |
| • Albumin, Serum | 03/14/2019 | 4.4 |
| • Globulin, Total | 03/14/2019 | 2.9 |
| • A/G Ratio | 03/14/2019 | 1.5 |
| • Bilirubin, Total | 03/14/2019 | 0.2 |
| • Alkaline Phosphatase, S | 03/14/2019 | 97 |
| • AST (SGOT) | 03/14/2019 | 17 |
| • ALT (SGPT) | 03/14/2019 | 13 |

**Spent 40 min in care of patient-more than 50% of visit was spent counseling patient**

**Problems Addressed This Visit**

None

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Hypercalcemia** - Primary<br>repeat labs and fax to Dr. Fowler's office<br>likely has primary hyperparathyroidism | ICD-10-CM: E83.52<br>ICD-9-CM: 275.42<br><br>Relevant Orders<br>PTH, intact<br>Bledsoe Calcium, Ionized<br>Comprehensive metabolic panel |
| **Anxiety and depression**<br>worsening<br>trial of sertraline 25mg daily and consider counseling | ICD-10-CM: F41.9, F32.9<br>ICD-9-CM: 300.00, 311 |
| **Mixed action and resting tremor**<br>cont carvdiopa/levodopa<br>improving | ICD-10-CM: R25.9<br>ICD-9-CM: 781.0 |
| **Tear of right acetabular labrum, subsequent encounter**<br>cont PT, keep followup with vanderbilt<br>do not return to job at this time-this would exacerbate condition | ICD-10-CM: S73.191D<br>ICD-9-CM: V58.89, 843.8 |

## Instructions

Recheck labs
Refills

After Visit Summary (Printed 4/25/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/82 (BP Location: Left arm, Patient Position: Sitting) Pulse 69 Resp 16<br>Ht 5' 4" (1.626 m) Wt 149 lb (67.6 kg) LMP (LMP Unknown) SpO2 99% BMI 25.58 kg/m²<br>BSA 1.75 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Leisha Dianne Smith

## Orders Placed

Bledsoe Calcium, Ionized
Comprehensive metabolic panel
PTH, intact

## Medication Changes

As of 4/25/2019 4:43 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: sertraline (ZOLOFT) 25 mg tablet**<br>Take 1 tablet (25 mg total) by mouth daily. - oral | 5 | 4/25/2019 | 6/24/2019 |
| **Changed: omeprazole (PriLOSEC) 40 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY<br>What Changed: how much to take, how to take this, when to take this, additional instructions | 3 | 4/25/2019 | |

## Visit Diagnoses

Hypercalcemia E83.52 - repeat labs and fax to Dr. Fowler's office
likely has primary hyperparathyroidism
Anxiety and depression F41.9, F32.9 - worsening
trial of sertraline 25mg daily and consider counseling
Mixed action and resting tremor R25.9 - cont carvdiopa/levodopa
improving
Tear of right acetabular labrum, subsequent encounter S73.191D - cont PT, keep followup with vanderbilt
do not return to job at this time-this would exacerbate condition

ReleasePoint

## Medical Record Overview

**Date:** **April 26, 2019**

**Patient Name:** SMITH, LEISHA

**Records From:** DUNN, DR JASON
2253 CHAMBLISS AVE STE 100
CLEVELAND, TN 37311
(423) 472-5423

**Request Scope:** From October 23, 2018 to Present

**Chart Range:** 02/11/2019 - 04/10/2019

**RP ID:** 5218030

**Client ID:** 8248892

**Source:** LIBMTQ

**Req By:** M LaBossiere
05-290468
Margaret.Labossiere@LFG.

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 11 2019 | Apr 10 2019 | 8 | 2 |
| Labs/Diagnostics | Feb 19 2019 | Feb 19 2019 | 3 | 10 |
| Request Corr. | | | 2 | 13 |

**Total Page Count:** 13

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

## 4/10/2019 8:27:00 AM

### *LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 4/10/2019 08:27AM, Examiner: Jason L. Dunn, MD*

### Chief complaint
The Chief Complaint is: Post op not 1st hemorrhoidectomy 2/19/19 --DB.

### History of present Illness
LEISHA SMITH is a 57 year old female.

Here for postoperative visit following hemorrhoidectomy, patient doing well, recently started on medications for new diagnosis of Parkinson's disease, she is also told by her pulmonologist that some of her respiratory symptoms could be caused by reflux, she states that she has had reflux for last 2 years, she is also currently in the process of getting worked up for parathyroid issues and is on vitamin D, she has not taken any amicar since I've seen her last, she has not had any Humate since March 23, 2019, no bleeding since then either, no rectal pain, no fever, she has had some fecal soilage in between bowel movements, she is taking Trulance and fiber as well as stool softeners on a daily basis.

### Current medication
Medication List Reconciled.
Fiber Gummies by oral route.
Stool Softener by oral route.
Ergocalciferol (vitamin D2) by oral route.
Trulance 3 mg tablet take 1 tablet (3 mg) by oral route once daily.
Omeprazole by oral route.
Amicar by oral route.
Spiriva Respimat by inhalation route.
- carbidopa. by oral route

### Personal history
*Behavioral:* Former smoker.

### Physical findings
**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 80 bpm | 4/10/2019 08:27AM |
| Blood pressure | 132/88 mmHg | 4/10/2019 08:27AM |
| Weight | 150 lbs 0oz | 4/10/2019 08:27AM |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 4/10/2019 08:27AM |
| Height | 64 in | 4/10/2019 08:27AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 4/10/2019 08:27AM |

° Patient was not observed to be obese.

**General Appearance:**
° Alert. ° In no acute distress.

**Abdomen:**
*Visual Inspection:* ° Abdomen was normal on visual inspection. ° Shape of the abdomen was normal.
*Palpation:* ° Abdomen was soft. ° Abdominal non-tender.

**Rectal:**
*Anus Examination:* • Hemorrhoids were seen Right sided hemorrhoidectomy incisions are healed, no further open wounds remained, she has a small external hemorrhoidal on the right posterior anal canal that is no larger than .5 cm in size, no thrombosis noted. ° No anal fissure was observed. ° Anal sphincter tone was normal. ° Anus was normal healed well, no drainage.

**Neurological:**
° Oriented to time, place, and person.

### Assessment
- Postprocedural states [[Z98.890: Other specified postprocedural states]]

### Allergies and Adverse Reactions
Allergies Reviewed.
No Known Allergies.

### Counseling/Education
- Patient education - High Fiber Diet

### Plan
- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic

if seen.
Follow-up visit prn.
Patient will call for appointment.
Discussed with the patient the need to continue daily supplemental fiber and stool softeners, if she increases the amount of her daily fiber hopefully this will help with any further fecal soilage, she will continue to observe for any further symptoms at this point, she will follow up here PRN.

Cc: Spear, Bhakta, Swaby.

## 3/18/2019 9:24:00 AM

### *LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 3/18/2019 09:24AM, Examiner: Jason L. Dunn, MD*

**Chief complaint**

The Chief Complaint is: Post op not 1st hemorrhoidectomy 2/19/19---AC.

**History of present illness**

LEISHA SMITH is a 56 year old female.
Here for postoperative visit following hemorrhoidectomy, patient still having some bleeding with bowel movements, she had worse bleeding 4 days ago after a hard bowel movement, she did have to take 2 doses of Humate to control the bleeding, bleeding is better now, she continues to have to take medicine to help her have bowel movements, she denies a strain with bowel movements, she denies any rectal pain at this point, it seems her rectal pain has significantly improved prior to the surgery, she has been off her amitriptyline and citalopram, patient states her hip pain has also improved, she was recently found to have hypercalcemia, she is being worked up currently for possible hyperparathyroidism.

**Current medication**

Medication List Reconciled.
Amicar by oral route.
Fiber Gummies by oral route.
Stool Softener by oral route.
Trulance 3 mg tablet take 1 tablet (3 mg) by oral route once daily.
Omeprazole by oral route.
Spiriva Respimat by inhalation route.
• ergocalciferol (vitamin D2). by oral route

**Personal history**

*Behavioral:* Former smoker.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 90 bpm | 3/18/2019 09:24AM |
| Blood pressure | 120/82 mmHg | 3/18/2019 09:25AM |
| Weight | 149 lbs 0oz | 3/18/2019 09:24AM |
| Body mass index BMI Percentile: Off Chart | 25.6 kg/m2 | 3/18/2019 09:24AM |
| Height | 64 in | 3/18/2019 09:24AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 3/18/2019 09:24AM |

° Patient was not observed to be obese.

**General Appearance:**

° Alert. ° In no acute distress.

**Abdomen:**

*Visual Inspection:* ° Abdomen was normal on visual inspection. ° Shape of the abdomen was normal.
*Palpation:* ° Abdomen was soft. ° Abdominal non-tender.

**Rectal:**

*Anus Examination:* ° No anal fissure was observed. ° Anal sphincter tone was normal. ° No hemorrhoids were seen
Anal exam reveals her hemorrhoidectomy incisions healing well, both remain slightly open, the right posterior incision has almost completely healed, the right anterior incision is more slightly opened, there is a small nipple of tissue along the external anus at the distal end of this right anterior incision, she continues to have a small left posterior external hemorrhoidal tag.

**Neurological:**

° Oriented to time, place, and person.

**Psychiatric:**

*Mood:* ° Not depressed. ° Not anxious.

**Assessment**

- Postprocedural states [[Z98.890: Other specified postprocedural states]]

**Allergies and Adverse Reactions**

No Known Allergies.
Allergies Reviewed.

**Counseling/Education**

- Patient education - High Fiber Diet

**Plan**

- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit 3 week(s);Post Op Not Ist

- amitriptyline 50 mg tab take 1 tablet (50 mg) by oral route once daily at bedtime. DISCONTINUED BY: ACARTWRIGHT. REASON: Course Complete. DATE DISCONTINUED: 03/01/2019
- escitalopram oxalate 20 mg tab take 1 tablet (20 mg) by oral route once daily. DISCONTINUED BY: ACARTWRIGHT. REASON: Course Complete. DATE DISCONTINUED: 03/01/2019

Discussed with the patient the need to continue soaking in warm water to allow for complete healing, hopefully once these incisions have completely healed then the bleeding will hopefully stop, she will continue to avoid any heavy lifting or straining for now, I will see her back in 3 weeks for recheck, will review parathyroid workup x-rays with the patient at that time, instructed patient to stay off any calcium supplementation and to continue her vitamin D supplementation for now.

Cc: Spear, Bhakta, Swaby.

**Signoff Information**

Electronically Signed By: JASON L. DUNN, MD on 04/18/2019 at 09:25 AM.

## 3/1/2019 9:56:00 AM

***LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 3/01/2019 09:56AM, Examiner: Jason L. Dunn, MI***

**Chief complaint**

The Chief Complaint is: Post op hemorrhoidectomy 2/19/19----AC.

**History of present illness**

LEISHA SMITH is a 56 year old female.
Here for postoperative visit following hemorrhoidectomy, patient had some increased bleeding 2 days ago, she was instructed to start Amicar, leading slightly improved, she continues to have a bowel movement every other day, she has been taking milk of magnesia daily, she complains of some urinary hesitancy, this has gotten better over last 2 days, she has been soaking in warm water, she denies any fever, no fecal soilage, reviewed pathology report with the patient.

**Current medication**

Medication List Reconciled.
Escitalopram oxalate 20 mg tablet take 1 tablet (20 mg) by oral route once daily.
Fiber Gummies by oral route.
Stool Softener by oral route.
Spiriva Respimat by inhalation route.
Trulance 3 mg tablet take 1 tablet (3 mg) by oral route once daily.
Amitriptyline 50 mg tablet take 1 tablet (50 mg) by oral route once daily at bedtime.
Omeprazole by oral route.

- Amicar. by oral route

**Personal history**

*Behavioral:* Former smoker.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 108 bpm | 3/01/2019 09:56AM |
| Blood pressure | 140/90 mmHg | 3/01/2019 09:57AM |
| Weight | 150 lbs 0oz | 3/01/2019 09:56AM |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 3/01/2019 09:56AM |
| Height | 64 in | 3/01/2019 09:56AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 3/01/2019 09:56AM |

° Patient was not observed to be obese.

**General Appearance:**

## Tennova Healthcare - Cleveland

2305 Chambliss Ave NW
Cleveland, TN 37311-3899

(423) 559-6000

| | | | |
|---|---|---|---|
| **Patient:** | **SMITH, LEISHA D** | Adm Date: | 2/19/2019 |
| MRN: | 259826 | Attending: | DUNN,JASON L MD |
| Account #: | 2611399 | Primary Care: | SPEER,LYDIA B DO |
| Service Code: | SOP SURGERY OUTPATIENT | DOB/Sex: | Female |
| Room #: 267 | Bed #: A | Copy to: | DUNN,JASON L MD |

## *Discharge Summary*

| | |
|---|---|
| Result Type: | Discharge Summary |
| Result Date: | 2/20/2019 18:56 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Discharge Note |
| Performed By: | DUNN,JASON L MD (2/20/2019 19:04 EST) |
| Verified By: | DUNN,JASON L MD (2/20/2019 19:04 EST) |

**Admission Date**
February 19, 2019

**Discharge Date**
February 20, 2019

**Chief Complaint**
Internal hemorrhoids with prolapse

**Hospital Course**
Patient admitted to the hospital and underwent two column hemorrhoidectomy on the right anterior and right posterior hemorrhoidal columns, patient tolerated this procedure well, patient with history of von Willebrand's disease, she received factor prior to surgery, she had no bleeding episodes following surgery, her pain was well controlled, she was tolerating a diet, she was urinating well, she was later discharged home a postoperative day one in stable condition. Please see chart for further details.

Procedures
2 column hemorrhoidectomy, including right posterior and right anterior hemorrhoids

Consults
No qualifying data available.

**Physical Exam on the day of discharge**

Vitals & Measurements
T: 98.3 °F (Oral) **TMIN:** 98.2 °F (Oral) **TMAX:** 98.6 °F (Oral) **HR:** 98 (PPR) **RR:** 18 **BP:** 135/85 **SpO2:** 98%
Abdomen: soft, nondistended, appropriate tenderness noted

**Discharge Diagnoses**
**Diagnosis (0) Active**

Internal hemorrhoids with prolapse

**Discharge Plan**
Ordered:
HYDROcodone-acetaminophen, 1 tab(s), Oral, q6H, X 3 day(s), # 15 tab(s), 0 Refill(s)
HYDROcodone-acetaminophen, 1 tab(s), Tab, Oral, q6H-int PRN pain-mild to moderate, Routine, First Dose: 02/19/19 17:56:00 EST

| | | | |
|---|---|---|---|
| **Patient:** | **SMITH, LEISHA D** | Adm Date: | 2/19/2019 |
| MRN: | 259826 | Attending: | DUNN,JASON L MD |
| Account #: | 2611399 | Primary Care: | SPEER,LYDIA B DO |
| Service Code: | SOP SURGERY OUTPATIENT | DOB/Sex: | Female |
| | | Copy to: | DUNN,JASON L MD |

## *Discharge Summary*

HYDROcodone-acetaminophen, 2 tab(s), Tab, Oral, q6H-int PRN pain-moderate to severe, Routine, First Dose: 02/19/19 17:56:00 EST
morphine, 2 mg, Soln-Inj, IV Push, q3H PRN for pain-severe breakthrough, Routine, First Dose: 02/19/19 17:56:00 EST
ondansetron, = 1 tab(s), Oral, q6H, PRN as needed for nausea/vomiting, # 10 tab(s), 0 Refill(s)
Activity Restrictions
Clear Liquid diet
Discharge Patient
Follow up
Notify Registration Discharge Complete
Wound Care Routine

Discharge medications
see med list

Allergies
No Known Medication Allergies

Diet
No qualifying data available.

Activity
as discussed

Follow up appointments
2 weeks with me

Discharge Condition
stable

Disposition
home

**Time Spent for Discharge**
20 minutes

Electronically Signed on 02/20/2019 19:04 EST

DUNN, JASON L MD

° Alert. ° In no acute distress.

**Abdomen:**

*Visual Inspection:* ° Abdomen was normal on visual inspection. ° Shape of the abdomen was normal.
*Palpation:* ° Abdomen was soft. ° Abdominal non-tender.

**Rectal:**

*Anus Examination:* ° No anal fissure was observed. ° Anal sphincter tone was normal. ° No hemorrhoids were seen Right anterior and right posterior anal incisions healing well, posterior incision slightly opened, there is a nipple of tissue along the anterior incision distally, some left external hemorrhoidal tissue without thrombosis remains.

**Neurological:**

° Oriented to time, place, and person.

### Assessment

- Postprocedural states [[Z98.890: Other specified postprocedural states]]

### Allergies and Adverse Reactions

Allergies Reviewed.
No Known Allergies.

### Counseling/Education

- Patient education - High Fiber Diet

AnoRectal Disease Recommendations
The importance of fiber and/or softeners, fluids and avoidance of straining were explained and emphasized. The use of ointments or suppositories which may include anesthetics, hydrocortisone, or sphincter-relaxing medications was discussed. The use of Sitz baths was explained.

### Plan

- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arisewatch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit 2 week(s);Post Op Not Ist

- Flomax 0.4 mg capsule. TAKE 1 Capsule by Oral route 1 time per day for 3 days. Dispense: 3 Capsule. Refill: 0

Discussed with the patient the need to continue soaking in warm water, she will continue her stool softeners and daily supplemental fiber, discussed the need to continue Amicar through the weekend, I have given her 3 days of Flomax to hopefully help improve her urination, I will see her back here in 2 weeks for another recheck.

Cc: Spear, Bhakta, Swaby

### Signoff Information

Electronically Signed By: JASON L. DUNN, MD on 03/18/2019 at 01:17 PM.

## 2/11/2019 9:33:00 AM

### *LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 2/11/2019 09:33AM, Examiner: Jason L. Dunn, MD*

### Chief complaint

The Chief Complaint is: Pt c/o hemorrhoids, states they are still bothering her. MW.

### History of present illness

LEISHA SMITH is a 56 year old female.
Here for recheck of hemorrhoids and rectal bleeding, patient states that she began having rectal bleeding with bowel movements in November 2018, blood is bright red per rectum and is mostly on the toilet paper, + rectal pain, pain is sharp, pain present over the last 4 months, pain worse with bowel movements, she complains of prolapse of her hemorrhoids along the right side following bowel movements, she is currently having a bowel movement every other day, she is taking 30 g of fiber per day, she is taking stool softeners twice a day she continues to soak in warm water almost on a daily basis, patient has recently seen colorectal surgery for this issue, she was told that she would need a sphincterotomy to treat her issues, patient also currently being worked up for Parkinson's disease, patient does have history of hemorrhoids, Rubberband ligation of a right posterior internal hemorrhoid was performed in May 2018 at the time of a flexible sigmoidoscopy.

### Current medication

Medication List Reconciled.
Linzess by oral route.
Omeprazole by oral route.
Spiriva Respimat by inhalation route.

- escitalopram oxalate 20 mg tablet. take 1 tablet (20 mg) by oral route once daily
- amitriptyline 50 mg tablet. take 1 tablet (50 mg) by oral route once daily at bedtime
- Trulance 3 mg tablet. take 1 tablet (3 mg) by oral route once daily
- Stool Softener. by oral route

- Fiber Gummies, by oral route

## Past medical/surgical history

**Other:**

Easy bleeding after major surgery or trauma VON WILLE BRANDS TYPE 2N

**Reported:**

*Surgical / Procedural:* Surgical breast biopsy 6/11/2007 LBB
8/17/2009 LBB
6/11/2008 LBB.
*Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**

- Hemorrhoidectomy 5/14/2018 FLEX SIG WITH LIGATION RRHOIDS
- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

## Personal history

*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY. Former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

## Family history

Mother deceased AGE 73 LUNG CANCER
A reaction to anesthetics
Hypertension
Hematologic disorder
Cancer PGM- THYROID

**Maternal:**

Lung cancer
Breast cancer

**Paternal grandfather's:**

Prostate cancer

**Maternal grandfather's:**

Colon cancer.

## Review of systems

**Cardiovascular:** Chest pain or discomfort and intermittent leg claudication.
**Gastrointestinal:** Dysphagia, heartburn, constipation, and anal pain.
**Genitourinary:** Urinary hesitancy and date of last menstruation 1993.
**Hematologic:** Easy bleeding and a tendency for easy bruising.
**Musculoskeletal:** Back pain and bone pain.
**Neurological:** A tremor.
**Psychological:** Anxiety and depression.
**Past Medical:** Wearing dentures.

No other symptoms reported on complete 13-system review form except those listed.
VON WILLBRANDS TYPE 2N.

## Physical findings

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 107 bpm | 2/11/2019 09:33AM |
| Blood pressure | 116/60 mmHg | 2/11/2019 09:34AM |
| Weight | 147 lbs 0oz | 2/11/2019 09:33AM |
| Body mass index BMI Percentile: Off Chart | 25.2 kg/m2 | 2/11/2019 09:33AM |
| Height | 64 in | 2/11/2019 09:33AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 2/11/2019 09:33AM |

° Patient was not observed to be obese.

**General Appearance:**

° Alert. ° In no acute distress.

**Neck:**

*Appearance:* ° Of the neck was normal.

**Eyes:**

**General/bilateral:**

*Pupils:* ° PERRL.

*Sclera:* ° Showed no icterus.

**Lymph Nodes:**

° No adenopathy.

**Lungs:**

° Respiration rhythm and depth was normal. ° Clear to auscultation.

**Cardiovascular:**

*Heart Rate And Rhythm:* ° Normal.
*Murmurs:* ° No murmurs were heard.
*Edema:* ° Not present.

**Abdomen:**

*Visual Inspection:* ° Abdomen was normal on visual inspection. ° Shape of the abdomen was normal.
*Palpation:* ° No mass was palpated in the abdomen. ° Abdomen was soft. ° Abdominal non-tender.

**Rectal:**

*Anus Examination:* • Hemorrhoids were seen Mild protrusion of right posterior internal hemorrhoid with some minimal remaining external hemorrhoidal tissue that is no larger than 0.5 cm in size, no thrombosis. ° No anal fissure was observed No posterior anal fissure identified today. ° Anal sphincter tone was normal Anal sphincter tone appears fairly normal today on exam. ° Anus was normal.
*Rectum:* ° Normal No masses noted with digital exam.

**Musculoskeletal System:**

*General/bilateral:* ° Normal movement of all extremities.

**Neurological:**

° Oriented to time, place, and person.

**Psychiatric:**

*Mood:* ° Not depressed. ° Not anxious.

**Skin:**

° General appearance was normal.

## Assessment

- Hemorrhoids with bleeding [[K64.1: Second degree hemorrhoids]]
- Rectal hemorrhage [[K62.5: Hemorrhage of anus and rectum]]

Rectal pain [[K62.89: Other specified diseases of anus and rectum]].

## Allergies and Adverse Reactions

Allergies Reviewed.
No Known Allergies.

## Counseling/Education

- Patient education - High Fiber Diet

## Plan

Follow-up visit 2 week(s);Post Op 1st.
Surgery: Internal and External Hemorrhoidectomy
Discussed Risks, including but not limited to: Bleeding, Infection, Injury to Anus, Fecal Incontinence

- Linzess by oral route. DISCONTINUED BY: MELISSA WARNER. REASON: Course Complete

Discussed today the need to proceed with exam under anesthesia with possible hemorrhoidectomy, discussed with the patient that at least she would need excision of her right posterior internal hemorrhoidal column, this hemorrhoidal column seems to be the most symptomatic throughout the last year and was the most obvious hemorrhoid identified at the time of her flexible sigmoidoscopy, discussed the risks of this procedure as noted above, discussed typical postoperative course, patient with history of von Willebrand's disease, will obtain factor dosing clearance with her hematologist prior to proceeding with surgery, discussed with the patient the need to stay overnight for observation of any bleeding following surgery, patient has agreed to proceed with operation as discussed, all questions have been answered appropriately, she will follow up here 2 weeks after surgery for a typical postoperative visit.

Cc: Spear, Bhakta, Swaby

## Signoff Information

Electronically Signed By: JASON L. DUNN, MD on 03/10/2019 at 12:18 PM.

## Tennova Healthcare - Cleveland

2305 Chambliss Ave NW
Cleveland, TN 37311-3899

(423) 559-6000

| | | | |
|---|---|---|---|
| **Patient:** | **SMITH, LEISHA D** | Adm Date: | 2/19/2019 |
| MRN: | 259826 | Attending: | DUNN,JASON L MD |
| Account #: | 2611399 | Primary Care: | SPEER,LYDIA B DO |
| Service Code: | SOP SURGERY OUTPATIENT | DOB/Sex: | Female |
| Room #: 267 | Bed #: A | Copy to: | DUNN,JASON L MD |

### *Operative Report*

| | |
|---|---|
| Result Type:: | Operative Report |
| Result Date: | 2/21/2019 18:09 EST |
| Result Status: | Auth (Verified) |
| Result Title: | OP |
| Performed By: | DUNN,JASON L MD (2/22/2019 14:44 EST) |
| Verified By: | DUNN,JASON L MD (2/22/2019 14:44 EST); DUNN,JASON L MD (2/22/2019 14:44 EST) |

**Operative Report**

DATE OF SERVICE: 02/19/2019

DICTATED BY: Jason L Dunn, MD

SURGEON: Jason L Dunn, MD

PREOPERATIVE DIAGNOSIS: Internal hemorrhoids with prolapse.

POSTOPERATIVE DIAGNOSIS: Internal hemorrhoids with prolapse, right anterior and right posterior hemorrhoidal columns.

PROCEDURE PERFORMED: Two column hemorrhoidectomy, including right anterior and right posterior hemorrhoidal columns.

ANESTHESIA: General endotracheal anesthesia with supplemental 30 cc of 0.25% Marcaine with epinephrine.

FLUIDS GIVEN: 500 cc crystalloid solution.

ESTIMATED BLOOD LOSS: 30 cc.

SPECIMENS TAKEN: Hemorrhoids sent for gross pathological examination.

COMPLICATIONS ENCOUNTERED: None.

INDICATIONS FOR PROCEDURES: The patient is a 56-year-old white female who has had a 1-year history of rectal bleeding and swelling. She has had several-month history of prolapse and other hemorrhoids along the right side following bowel movements. She was found on physical exam to have an obvious right posterior internal hemorrhoid with some mild prolapse. I have discussed with the patient the need to proceed with anal exam under anesthesia with possible hemorrhoidectomy. I have discussed the risks and benefits of this procedure. I discussed the risks of bleeding, infection, possible scarring or deformity of the anus. I have also discussed the risk of

| | | | |
|---|---|---|---|
| **Patient:** | **SMITH, LEISHA D** | Adm Date: | 2/19/2019 |
| MRN: | 259826 | Attending: | DUNN,JASON L MD |
| Account #: | 2611399 | Primary Care: | SPEER,LYDIA B DO |
| Service Code: | SOP SURGERY OUTPATIENT | DOB/Sex: | Female |
| | | Copy to: | DUNN,JASON L MD |

## *Operative Report*

possible fecal incontinence. I have also discussed the risk of possible recurrence of the hemorrhoids. The patient has agreed to go ahead and have the procedure performed. All questions have been answered appropriately. Consent has been obtained freely at this time.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room, placed in a prone position. The rectal area was prepped and draped in a standard surgical fashion. Digital rectal exam revealed no obvious rectal masses. Anal sphincter tone appeared normal. There was no obvious posterior anal fissure identified. The patient was, however, identified to have both right anterior and right posterior internal hemorrhoids with mild prolapse. I decided to perform a 2-column hemorrhoidectomy. 3-0 chromic suture was placed at the apex of the right posterior internal hemorrhoid. Electrocautery was then used to excise this hemorrhoid. The hemorrhoid was excised, and sent for gross pathological examination. The remaining wound was then closed with the previously placed 3-0 chromic suture in a running locking fashion. We then performed the same maneuver on the right anterior hemorrhoid with 3-0 chromic suture. This hemorrhoidal tissue was sent with the other hemorrhoidal tissue for gross pathological examination. The remaining wound was reapproximated in a running locking fashion with 3-0 chromic suture. There was no obvious enlarged left lateral hemorrhoid noted. At that point, there was no stricturing of the anus noted. A Gelfoam pad covered in dibucaine ointment was then placed into the rectal vault. Appropriate hemostasis was observed. The patient tolerated the procedure well. There were no immediate complications. All counts were correct x2 at the end of the procedure. I was present during the entire procedure. The patient was sent to the floor in stable condition following the procedure.

Jason L Dunn, MD

CC:ï¿½ Jason L Dunn, MD [12064]

Dr. Bhakta

Dr. Sweeney

LYDIA B SPEER

D: 02/21/2019 18:09:55 EST
T: 02/22/2019 04:36:38 EST
R: EST
S Job #: 763429
D Job #: 827247461
MT: MODL

Electronically Signed on 02/22/2019 14:44 EST

DUNN, JASON L MD

Modified by: DUNN, JASON L MD on 02/22/2019 14:44 EST

3/4/19

## TENNOVA HEALTHCARE - CLEVELAND

2305 Chambliss Ave. Cleveland, TN 37311
Carl M. Minami, MD, Medical Director 423-559-6168 888-474-5227

Accession #: 19-SB-000670
Physician(s): Jason Dunn, MD*
*Delivered Report Copy to Physician

Patient Name: **SMITH, LEISHA DIANNE**
MRN: 259826 Pt Acct#: 2611399
Age-Sex-DOB: 50y F (

Procedure Date: 02/19/2019
Accession Date: 02/20/2019
Report Date: 02/21/2019
Location: THC

**Jason Dunn, MD**
2253 N Chambliss Avenue
Suite 100
Cleveland, TN 37311
Route: 95 Phone# 423-472-5423

**PATHOLOGY REPORT**

**DIAGNOSIS:**

**Hemorrhoids, hemorrhoidectomy:**

**Squamous and glandular colorectal mucosa with ectatic and congested vessels consistent with hemorrhoids.**

**No dysplasia or malignancy identified.**

**Carl M. Minami, MD**
*electronically signed* **02/21/2019 01:40 PM**

**Gross Description:**
Submitted in formalin labeled "Smith, Leisha, hemorrhoid tissue" is a 1.0 x 0.6 x 0.9 cm pink-brown fragment of tissue. Bisected. Entirely submitted, 1 cassette. (CMM,prc)

**Microscopic Description:**
Microscopic examination is performed.

**Procedure:**
Exam under anesthesia.

**Clinical History:**
Hemorrhoids with bleeding. Rectal bleeding.

**Specimen List:**
Hemorrhoid tissue (right and left column)

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Fx'd 4-16-19 → 1:50pm
Fx'd AGAIN 4-24-19 → 9:50
to diff fx #

Lincoln Financial Group

Apr 16, 2019

SURGICAL ASSOCIATES
2253 CHAMBLISS AVE NW STE 100
ATTN: MEDICAL RECORDS.
CLEVELAND, TN 37311

Re: Long Term Disability Benefits
Claim# 8240892 5218030
Claimant: SMITH, LEISHA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: SUROAC

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 23, 2018 to Present**

Please provide medical records - seen by: DUNN, DR JASON

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kevin Michael Lituania

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Fx 213-258-4679

5218030

Lincoln
Financial Group

# Quality Assurance Report

## Request Information

Report Date: April 26, 2019

**RP ID:** 5218030

Patient Name: SMITH, LEISHA

Provider Name: SURGICAL ASSOCIATES

## Quality Assurance Information

Scope Requested: **From October 23, 2018 to Present**

Special Request:

Please provide medical records - seen by: DUNN, DR JASON

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: KCHIO

# Saved Photos



Siskin Hospital Therapy Services
3830 Keith St. NW
Cleveland, TN 37312
Phone: 423.339.1492
Fax: 423.339.1496
www.siskinrehab.org

## Physical Therapy Initial Evaluation

| | | | |
|---|---|---|---|
| **Patient Name:** | LEISHA SMITH | **Date Seen:** | 4/18/2019 |
| **Date of Birth:** | years old | **Referring Physician:** | THOMAS BYRD |
| **Evaluation Date:** | 4/18/2019 | **Patient ID:** | 10566 |
| **Primary Insurance:** | CIGNA INSURANCE CO | **Paragon ID:** | 000008054991 |
| **Time In:** | 11:00 AM | **Time Out:** | 12:00 PM |
| **Medical Diagnosis:** | R hip pain | **Treatment Diagnosis:** | Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip) |

### Subjective

**Chief Complaint**

Patient is a 57 year old female referred to PT from Nashville Hip institute with R hip pain and Parkinson's Disease. Patient reports that she is experiencing R hip pain, imbalance, gait instability, weakness and decreased activity tolerance and was directed to pursue PT to address these impairments prior to considering surgical intervention for her hip. She has had hip pain for 18-20 months that has been complicated by numerous co-morbidities that also impact function including significant hemorrhoids, that caused her to have to stop working 2/2018 and recent diagnosis of Parkinson's Disease 3/2019.

higgins (ortho) spear (PCP0

Reports historically able to "pop" both hips out of joint, does not happen spontaneously
**Reason for Referral:** R hip weakness, gait instability, imbalance
**Specific Treatment Requested:** LSVT BIG and Proximal Hip strengthening and stabilization
**Patient Goal:** improve mobility
**Medical Diagnosis:** R hip pain
**Treatment Diagnosis:** Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip)
**Onset Date:** 11/2017 (18 months per MD note)
**Mechanism of Injury**

| Mechanism |
|---|
| Not applicable |

**Diagnostic Testing**

| Test | Findings |
|---|---|
| MRI | Per patent report: MRI 12/2018 demonstrating B labral tears with detachment on the R |

**Pertinent Medical History:** See Admission Intake Summary. PT reviewed Admission Intake Summary today.
PMH: Von Willebrands Disroder Type 2N, thyroid problems (reports nodules, work up ongoing), RA, OA, Parkinson's Disease (diagnosed 3/2019), Hep C, ovarian cysts, depression, anemia, bood clots, abdominal pain
PSH: partial hysterectomy, lumpectomies, L kidney removed (1984), hemorrhoidectomy (2/2019), (3) c-sections
**Co-Morbidities Affecting Plan of Care:** See Admission Intake Summary.
**Medications:** See Admission Intake Summary.

Full Initial Evaluation (4/18/2019) - SMITH, LEISHA Paragon ID: 000008054991
Page 1

**Interventions**

**Prior Therapy:** April-Nov of 2018 had pelvic floor therapy after procedure related to hemorrhoids, but reports she had to stop due to hip pain

**Injections:** Has had previous steroid injections (which she reports caused increased BP/HR) and does not wish to have another due to these side effects

**Pain**

**Pain Rating**

| Location | Current | Best | Worst | Description |
|---|---|---|---|---|
| Neck, low back, B hips (R>L), R knee, and B feet | 5/10 | 3/10 | 9/10 | reports L hip and low back pain are minimal, reports history of B plantar fasciits, R hip pain is sharp and radiating in a circular pattern at anterior hip |

**Pain Patterns**

| Location | Aggravating Factors | Relieving Factors | Frequency-Duration | 24hr Behavior |
|---|---|---|---|---|
| Neck, low back, B hips (R>L), R knee, and B feet | getting up after prolonged rest, prolonged sitting, driving | Pensaid and diclofenac | daily | worse in the morning |

**Other Symptoms:** Hip pain: (R) lateral and anterior (L) lateral

Hip catching: (R) hip catches throughout functional tasks and did so during attempted active flexion during session

**Precautions**

Von Willebrands Disorder Type 2N (bleeding disorder)

Fall risk

**Prior Level of Function**

Worked until Feb 15, 2018- paint quality inspection in vehicle manufacturing, required standing 11 hrs/day, 5-6 days/week and lifting.

**Current Level of Function**

Still unable to work. Independent with ADLs, driving; able to do some housework- but limited by hip pain and activity tolerance - cooks, but only able to mop 1x/mont

**Social History**

**Living Environment:** Lives with daughter and husband in one level home

Two steps to enter

**DME/Equipment Owned:** Grab bar in shower and elevated toilet seat

**Prosthetics, Orthotics, Splints Used:** none

**Fall History**

| Question | Result | Comments |
|---|---|---|
| Have you fallen in the last 6 months? | Yes | 2 falls in last 6 months, preceded by dizziness (described as the room moving at an angle) |
| Did you sustain an injury as a result of the fall? | No | |
| Did you go to the ER or were you hospitalized as a result of the fall? | No | |

## Objective

### Observation

**Observed Impairments**

| Area | Status |
|---|---|
| Communication | WFLs |

| | |
|---|---|
| Vision | WFLs |
| Hearing | WFLs |
| BMI | 5'4", 149 lbs |
| Posture | L lateral trunk lean (mild at rest, more pronounced during gait), R iliac crest higher than L |
| General observations | (-) resting tremor, (-) significant bradykinesia |

**Neurological Exam**

| Test | Result |
|---|---|
| LE General Sensation | Reports L buttock numbness in sitting due to need to shift weight onto L hip secondary to R hip pain; resolves with repositioning |

**Palpation**

**Bony / Soft Tissue**

| Area | Result |
|---|---|
| Hip | Tender to palpation R > L greater trochanter; (-) TTP lumbar spine, sacrum, SIJ, B piriformis |

**Ortho: Spine**

**Lumbosacral ROM / Strength**

| Motion | ROM | Strength |
|---|---|---|
| Anterior pelvic tilt | limited to only slight movement beyond neutral in supine | n/a |
| Abdominal brace | n/a | "poor" activation of transverse abdominus despite cues |
| Posterior pelvic tilt | intact through full ROM | intact |

**Ortho: Lower Extremity**

**Hip ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Hip Flexion | 140 degrees | 3+/5 | 120 degrees | 3+/5 |
| Hip Extension | 15 degrees beyond nuetral | Able to bridge through 75% of available ROM | 5 degrees | Able to bridge through 75% of available ROM |
| Hip ABDuction | 30 degrees | 3+/5 | 25 degrees | 2+/5 |
| Hip Internal Rotation | 3+/5 | 58 degrees measured in prone | 3+/5 | 45 degrees measured in prone |
| Hip External Rotation | 3+/5 | 55 degrees measured in prone | 3+/5 | 50 degrees measured in prone |

**Knee ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Knee Flexion | 140 degrees | 3+/5 | 140 degrees | 3+/5 |
| Knee Extension | WFLS | 4+/5 | WFLs | 4+/5 |
| Muscle Length: Rectus Femoris | full excursion, heel to buttock | n/a | full excursion, heel to buttock | n/a |

**Ankle / Foot ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Ankle Dorsi-Flexion | WFLs | 4+/5 | WFLs | 4+/5 |

**ADL Assessment**

**Bed Mobility**

Bed Mobility

| Activity | Results |
|---|---|
| Sit to Supine | Modified Independent (increased time) |
| Supine to Sit | Modified Independent (increased time) |

**Transfers**

| Activity | Results |
|---|---|
| Sit to Stand | Definite need for use of B UEs for sit <> stand from 23 inch mat. Attempted without UE support, but required moderate assist for initial standing balance and demonstrated increased B hip internal rotation and adduction to accomplish task. |

**Ambulation**

Gait is independent with no device

Deviations: persistent L trunk lean, B hip drop, decreased step height/length B, mild-moderate out-toeing

Gait speed= .85 m/sec

Stair negotiation= use of B handrails, turns to the R to lead with L LE to ascend and descend with lateral steps

**Balance**

**Balance Tests**

| Test | Result |
|---|---|
| SLS Right EO | 12 sec with moderate hip drop |
| SLS Left EO | 28 sec with mild hip drop |

**Outcome Measures**

**Self-Report Outcome Measures**

| Measure | Score | Interpretation |
|---|---|---|
| LEFS | 26 | 67.5% impaired |

**Performance Based Outcome Measures**

| Measure | Score | Interpretation |
|---|---|---|
| DGI | 14 | 41.7% impaired |

## Assessment

**Clinical Impression:** Patient is a 57 year old female referred to PT from Nashville Hip Institute with R hip pain and Parkinson's Disease. She was referred hip strengthening/stabilization as well as LSVT BIG therapy. On evaluation she demonstrates diffuse hip weakness and decreased stability, imbalance, B lateral hip pain and anterior R hip pain and catching, core weakness, and mild asymmetry in ROM. These impairments are correlated with significant gait deviations/instability (Dynamic Gait Index score of 14, with scores <19/24 indicating increased risk for falls) and impaired functional mobility including inability to perform sit <> stand without UE support. Patient is limited in daily tasks including care of her home and community mobility as indicated by LEFS score of 26/80. Given decreased activity tolerance and lumbopelvic/LE weakness, recommend at least 4 weeks of PT with emphasis on hip strengthening and stabilization prior to initiating LSVT BIG program. Will initiate plan of care for first 4 weeks and then reassess for readiness for LSVT.

**Prognosis:** Good

**Patient Demonstrates the Following Functional Limitations:** Decreased ability to perform ADLs. Decreased ambulation symmetry and efficiency. Decreased ambulation endurance. Decreased ability to ambulate limited community distances. Decreased ability to ambulate long community distances. Decreased Independence with comprehensive HEP/self-care. Pain interferes with sleep. Pain interferes with ADL/IADLs. Pain interferes with sitting tolerance. Decreased Independence with

transfers.Pain interferes with daily activities.
**Functional Limitations Related to Following Impairments:** Decreased Balance. Gait Abnormality-Unsteadiness on feet. Joint Instability. Pain. Postural Abnormality. Decreased ROM.Decreased ROM. Pain. Decreased muscle strength/performance.

## Plan

### Goals

| Goal Description | Goal Term | Goal Due Date |
|---|---|---|
| Patient will be independent with HEP WITHOUT caregiver assistance. | Short Term Goals | 4 weeks |
| Patient will increase strength in B hips to 4+/5 in all planes | Short Term Goals | 4 weeks |
| Patient will demonstrate SLS B x 20 sec without hip drop. | Short Term Goals | 4 weeks |
| Patient will perform sit <> stand from 20 inch surface with no UE support x 3 reps with safe LE alignment. | Short Term Goals | 4 weeks |

### Treatment Plan

Skilled Physical Therapy Intervention.
**Frequency:** 1 times a week for one week (eval), then 2 times/week for
**Duration:** 4 week(s) with emphasis on hip impairments, then re-assess for readiness for LSVT BIG program and further PT.
**Treatments To Consist Of:** PT Re-Evaluation (97164), Therapeutic Exercise (97110), Therapeutic Activities (97530), Neuromuscular Re-education (97112), Manual Therapy (97140), Hot/Cold Therapy (97010), Gait Training (97116), Physical Perf. Test Measure (97750)
**Treatment Session Duration:** 1 hour
**Certification From:** 04/18/2019 **to** 05/16/2019
**Justification:** Based on this evaluation, it has been determined the patient has experienced a recent change in functional status and demonstrates impairments in body functions and structures that are directly impacting execution of daily activities and hindering participation in life situations. Delivery of skilled physical therapy interventions is medically necessary for this patient to achieve optimal functional outcomes
**Plan of Care Education:** POC was discussed with patient and/or caregiver and was agreed upon.

### Initial Treatment

- PT - Initial Evaluation: Initial Evaluation was performed. Plan of Care was established. - 30 minutes

## Billing

| CPT | Description | Units |
|---|---|---|
| 97162 | PT Eval Moderate Complexity | 1 |

**Timed Codes:** 0 - **Untimed Codes:** 30 - **Total Treatment Time:** 30

Megan E Brock License #: 11141
(Document electronically signed by TheraOffice Documentation on 4/19/2019)

Name: Leisha D. Smith | DOB: MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

erlanger
Health System

EMG NEUROLOGY
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
Dept: 423-778-9001
Dept Fax: 423-778-4692
March 28, 2019

Joseph Miller, MD
1010 East Third Street
Suite 202
Chattanooga TN 37403

| | |
|---|---|
| Patient: | **Leisha Dianne Smith** |
| Date of Birth: | |
| Date of Visit: | **3/28/2019** |

Dear Dr. Miller:

Thank you for referring Leisha Smith to me for evaluation. Below are my notes for this consultation.

If you have questions, please do not hesitate to call me. I look forward to following your patient along with you.

Sincerely,

Ellen H. Valadez, MD

CC: No Recipients

**Ellen H. Valadez, MD 3/28/2019 9:49 AM Signed**
**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.

Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
Tricep reflexes are 2+ on the right side and 2+ on the left side.
Bicep reflexes are 2+ on the right side and 2+ on the left side.
Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
Patellar reflexes are 2+ on the right side and 2+ on the left side.
Achilles reflexes are 2+ on the right side and 2+ on the left side.
Psychiatric: Her speech is normal.
Vitals reviewed.

**Assessment/Plan:**
57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan

- Follow up with me in 6 months

Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**

- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

*This letter was initially viewed by Leisha Dianne Smith at 3/28/2019 2:02 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB | MRN: 01114276 | PCP: Lydia Speer, DO

# COMPREHENSIVE METABOLIC PANEL - Details

## Comments from the Doctor's Office

Labs look fantastic! Totally normal.

CMP (comprehensive metabolic profile) measures electrolytes like sodium and potassium, along with kidney and liver function. Your results were normal.

CBC (complete blood count) measures red blood cells, white blood cells, and platelets. Your results were normal or close to normal range. You are not anemic.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Glucose, Serum** | **75** mg/dL | *70 - 99 mg/dL* |
| **BUN** | **13** mg/dL | *7 - 26 mg/dL* |
| **Creatinine, Serum** | **0.7** mg/dL | *0.6 - 1.1 mg/dL* |
| **eGFR If NonAfricn Am** | **87** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **eGFR If Africn Am** | **105** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **BUN/Creatinine Ratio** | **18.6** | *8 - 27* |
| **Sodium, Serum** | **141** mmol/L | *136 - 145 mmol/L* |
| **Potassium** | **4.3** mmol/L | *3.5 - 5.1 mmol/L* |
| **Chloride, Serum** | **105** mmol/L | *98 - 107 mmol/L* |
| **Carbon Dioxide, Total** | **29** mmol/L | *22 - 31 mmol/L* |
| **Calcium, Serum** | **9.7** mg/dL | *8.9 - 10.8 mg/dL* |

| Component | Your Value | Standard Range |
|---|---|---|
| **Protein, Total, Serum** | **6.5** g/dL | *6.0 - 8.3 g/dL* |
| **Albumin, Serum** | **4.1** g/dL | *3.5 - 5.0 g/dL* |
| **Globulin, Total** | **2.4** g/dL | *1.5 - 4.5 g/dL* |
| **A/G Ratio** | **1.7** | *1.0 - 2.2* |
| **Bilirubin, Total** | **0.3** mg/dL | *0.2 - 1.2 mg/dL* |
| **Alkaline Phosphatase, S** | **92** U/L | *40 - 150 U/L* |
| **AST (SGOT)** | **17** U/L | *5 - 34 U/L* |
| **ALT (SGPT)** | **11** U/L | *3 - 55 U/L* |

## General Information

Collected:
02/15/2019 10:04 AM

Resulted:
02/16/2019 2:07 AM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: MRN: 01114276 | PCP: Lydia Speer, DO

# Appointment Details

## After Visit Summary®

erlanger Health System

AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 1/29/2019 10:00 AM EMG Ortho Sports on 3rd 423-778-6784

## Instructions from Brandon Cincere, MD

Your medications have changed today

**See your updated medication list for details.**

Pick up these medications at OnePoint Patient Care-Chicago IL - Morton Grove, IL - 8130 Lehigh Ave

diclofenac sodium

Address: 8130 Lehigh Ave, Morton Grove IL 60053
Phone: 866-323-1490

Ask your doctor where to pick up these medications

• DME PRESCRIPTION

Return if symptoms worsen or fail to improve.

## Today's Visit



You saw Brandon Cincere, MD on Tuesday January 29, 2019. The following issues were addressed:

- Acute hip pain, unspecified laterality
- Other secondary osteoarthritis of both hips
- Greater trochanteric bursitis, unspecified laterality
- Inflammation of tendon, ligament or capsule of hip joint
- Other specific joint derangements of right hip, not elsewhere classified
- Other specific joint derangements of left hip, not elsewhere classified
- Tear of right acetabular labrum, subsequent encounter
- Tear of left acetabular labrum, subsequent encounter
- Osteoarthritis (arthritis due to wear and tear of joints)
- Hepatitis C virus infection without hepatic coma, unspecified chronicity
- Von Willebrand disease

| BMI | Weight | Height |
|---|---|---|
| 24.72 | 144 lb | 5' 4" |

# What's Next

APR 29 2019

## Nuclear Medicine Injection

Monday April 29 8:45 AM (Arrive by 8:30 AM)

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019

## Nuclear Medicine Gastric Emptying

Monday April 29 9:15 AM (Arrive by 9:00 AM)

Do not eat, drink or smoke after midnight on the night before your procedure (must be a minimum of 8 hours prior to the procedure). Please bring your morning meds to take after the exam.

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019
Fluoroscopy Upper GI Series
Monday April 29 1:30 PM (Arrive by 1:15 PM)
Nothing to eat or drink (including smoking and chewing gum) after midnight the night before the exam. Please bring your morning medications with you to take after the exam.

Medical Mall Diagnostic Radiology
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-3191

JUL 1 2019
Established with Caleb Heath, NP
Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

JUL 18 2019
Established with Patrick Koo, MD
Thursday July 18 3:00 PM (Arrive by 2:45 PM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

**Showing your appointments through July 18, 2019. You have more appointments scheduled after these.**

# Your Medication List as of 1/29/19 11:59 PM

Always use your most recent med list.

| | Medication | Instructions |
|---|---|---|
| | * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| | * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| | **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| | **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| | **blood sugar diagnostic** strip<br>Commonly known as: PHARMACIST CHOICE | To use with glucometer that her insurance will cover for testing three times daily Dx E16.2 |
| | * **blood-glucose meter** kit | Use as instructed three times daily pharmacy fill what her insurance will cover |
| | * **ACCU-CHEK NANO** misc<br>Generic drug: blood-glucose meter | USE AS INSTRUCTED THREE TIMES DAILY PHARMACY FILL WHAT HER INSURANCE WILL COVER |
| | **conjugated estrogens** vaginal cream<br>Commonly known as: PREMARIN | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| CHANGE | * **diclofenac sodium** 1 % gel<br>Changed by: Brandon Cincere, MD | USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * **diclofenac sodium** 20 mg/gram /actuation(2 %) solution in metered-dose pump<br>Commonly known as: PENNSAID<br>Changed by: Brandon Cincere, MD | Apply 40 mg topically 2 (two) times a day.<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |
| START | **DME PRESCRIPTION**<br>Started by: Brandon Cincere, MD | Order for right hip unloader brace |
| | **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |

| | |
|---|---|
| **FIBER GUMMIES ORAL** | Take by mouth. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **hydrocortisone-pramoxine** rectal foam<br>Commonly known as: PROCTOFOAM-HS | Insert 1 applicator into the rectum daily. Use as directed |
| **lidocaine** 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| **linaclotide** 290 mcg capsule<br>Commonly known as: LINZESS | Take 290 mcg by mouth daily. |
| **meloxicam** 7.5 mg tablet<br>Commonly known as: MOBIC | |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| **plecanatide** 3 mg tablet<br>Commonly known as: TRULANCE | Take 3 mg by mouth daily. |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium** 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 6 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Your Results

| | |
|---|---|
| XR HIPS BILATERAL 2 VW W AP PELVIS<br>Resulted on 1/29/2019<br>Authorized by<br>Brandon Cincere, MD | **Narrative**<br>---STUDY READ BY PERFORMING PHYSICIAN--- Performing/Reading Physician: Brandon Cincere, MD Performing Department: EMG ORTHO SPORTS-3RD Imaging Result: Intact joint spaces bilaterally no degenerative changes no fractures no metallic hardware |

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# COMPREHENSIVE METABOLIC PANEL - Details

## Comments from the Doctor's Office

Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Glucose, Serum** | **97** mg/dL | *70 - 99 mg/dL* |
| **BUN** | **14** mg/dL | *7 - 26 mg/dL* |
| **Creatinine, Serum** | **0.8** mg/dL | *0.6 - 1.1 mg/dL* |
| **eGFR If NonAfricn Am** | **74** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **eGFR If Africn Am** | **90** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **BUN/Creatinine Ratio** | **17.5** | *8 - 27* |
| **Sodium, Serum** | **141** mmol/L | *136 - 145 mmol/L* |
| **Potassium** | **3.8** mmol/L | *3.5 - 5.1 mmol/L* |
| **Chloride, Serum** | **106** mmol/L | *98 - 107 mmol/L* |
| **Carbon Dioxide, Total** | **26** mmol/L | *22 - 31 mmol/L* |


Lincoln/Smith 0491

| Component | Your Value | Standard Range |
|---|---|---|
| **Calcium, Serum** | **9.8** mg/dL | *8.9 - 10.8 mg/dL* |
| **Protein, Total, Serum** | **7.3** g/dL | *6.0 - 8.3 g/dL* |
| **Albumin, Serum** | **4.4** g/dL | *3.5 - 5.0 g/dL* |
| **Globulin, Total** | **2.9** g/dL | *1.5 - 4.5 g/dL* |
| **A/G Ratio** | **1.5** | *1.0 - 2.2* |
| **Bilirubin, Total** | **0.2** mg/dL | *0.2 - 1.2 mg/dL* |
| **Alkaline Phosphatase, S** | **97** U/L | *40 - 150 U/L* |
| **AST (SGOT)** | **17** U/L | *5 - 34 U/L* |
| **ALT (SGPT)** | **13** U/L | *3 - 55 U/L* |

## General Information

Collected:
03/14/2019 4:37 PM

Resulted:
03/15/2019 4:17 PM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Appointment Details

## After Visit Summary®

erlanger Health System

AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 2/27/2019 EMG CH Oncology 423-778-7289

## Instructions from Stephanie Bratton, RN

Your medications have changed today

**See your updated medication list for details.**

Pick up these medications at CVS Caremark MAILSERVICE Pharmacy - Scottsdale, AZ - 9501 E Shea Blvd AT Portal to Registered Caremark Sites

aminocaproic acid • antihemophilic factor-vWF

| | |
|---|---|
| Address: | 9501 E Shea Blvd, Scottsdale AZ 85260 |
| Phone: | 877-864-7744 |

## Today's Visit

You saw Stephanie Bratton, RN on Wednesday February 27, 2019 for: bleeding after surgery.

## What's Next

APR 29 2019 Nuclear Medicine Injection

Monday April 29 8:45 AM (Arrive by 8:30 AM)

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019

Nuclear Medicine Gastric Emptying
Monday April 29 9:15 AM (Arrive by 9:00 AM)

Do not eat, drink or smoke after midnight on the night before your procedure (must be a minimum of 8 hours prior to the procedure). Please bring your morning meds to take after the exam.

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019

Fluoroscopy Upper GI Series
Monday April 29 1:30 PM (Arrive by 1:15 PM)

Nothing to eat or drink (including smoking and chewing gum) after midnight the night before the exam. Please bring your morning medications with you to take after the exam.

Medical Mall Diagnostic Radiology
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-3191

JUL 1 2019

Established with Caleb Heath, NP
Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

JUL 18 2019

Established with Patrick Koo, MD
Thursday July 18 3:00 PM (Arrive by 2:45 PM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

**Showing your appointments through July 18, 2019. You have more appointments scheduled after these.**

# Your Medication List as of 2/27/19 11:59 PM

Always use your most recent med list.

| | | |
|---|---|---|
| | * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| | * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| START | **aminocaproic acid** 250 mg/mL (25 %) solution<br>Commonly known as: AMICAR<br>Started by: Meghann McManus, DO | Take 8 mL (2 g total) by mouth every 6 (six) hours as needed (bleeding) for up to 7 days. |
| | **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| START | **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P<br>Started by: Meghann McManus, DO | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| | **conjugated estrogens** vaginal cream<br>Commonly known as: PREMARIN | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| | **cyclobenzaprine** 5 mg tablet<br>Commonly known as: FLEXERIL | TAKE 1 TABLET EVERY 4-6 HOURS AS NEEDED MAY DECREASE TO 1 EVERY NIGHT IF INCREASED DROWSINESS OCCURS |
| | **DME PRESCRIPTION** | Order for right hip unloader brace |
| | **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| | **FIBER GUMMIES ORAL** | Take by mouth. |
| | **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| | **lidocaine** 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| | **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| | **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |

| | |
|---|---|
| STOOL SOFTENER ORAL | Take by mouth. |
| **tiotropium** 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB | MRN: 01114276 | PCP: Lydia Speer, DO

# Appointment Details

## After Visit Summary®

erlanger Health System

## AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276

2/18/2019 10:00 AM EMG Chattanooga Bone and Joint 423-893-9020

## Instructions from Matthew Higgins, MD

Follow up with Dr. Higgins PRN

Return if symptoms worsen or fail to improve.

## Today's Visit



You saw Matthew Higgins, MD on Monday February 18, 2019. The following issues were addressed: Tear of left acetabular labrum, subsequent encounter; Tear of right acetabular labrum, subsequent encounter; Unilateral primary osteoarthritis, left hip; and Unilateral primary osteoarthritis, right hip.

## What's Next

APR 29 2019

### Nuclear Medicine Injection

Monday April 29 8:45 AM (Arrive by 8:30 AM)

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019 Nuclear Medicine Gastric Emptying
Monday April 29 9:15 AM (Arrive by 9:00 AM)

Do not eat, drink or smoke after midnight on the night before your procedure (must be a minimum of 8 hours prior to the procedure). Please bring your morning meds to take after the exam.

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019 Fluoroscopy Upper GI Series
Monday April 29 1:30 PM (Arrive by 1:15 PM)

Nothing to eat or drink (including smoking and chewing gum) after midnight the night before the exam. Please bring your morning medications with you to take after the exam.

Medical Mall Diagnostic Radiology
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-3191

JUL 1 2019 Established with Caleb Heath, NP
Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

JUL 18 2019 Established with Patrick Koo, MD
Thursday July 18 3:00 PM (Arrive by 2:45 PM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

**Showing your appointments through July 18, 2019. You have more appointments scheduled after these.**

# Your Medication List as of 2/18/19 11:59 PM

Always use your most recent med list.

| | |
|---|---|
| * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| **conjugated estrogens** vaginal cream<br>Commonly known as: PREMARIN | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| **cyclobenzaprine** 5 mg tablet<br>Commonly known as: FLEXERIL | TAKE 1 TABLET EVERY 4-6 HOURS AS NEEDED MAY DECREASE TO 1 EVERY NIGHT IF INCREASED DROWSINESS OCCURS |
| **DME PRESCRIPTION** | Order for right hip unloader brace |
| **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| **FIBER GUMMIES ORAL** | Take by mouth. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **lidocaine** 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium** 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Appointment Details

## After Visit Summary®

## AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276

1/7/2019 10:00 AM EMG Chattanooga Bone and Joint 423-893-9020

## Instructions from Matthew Higgins, MD

Follow up with Dr. Higgins PRN
First available with Dr. Brandon Cincere for bilateral hip
Contact Haley with any questions 423-778-4919

Your medications have changed today
**See your updated medication list for details.**

## Today's Visit



You saw Matthew Higgins, MD on Monday January 7, 2019. The following issues were addressed: Primary osteoarthritis of both hips and Tear of acetabular labrum, unspecified laterality, initial encounter.

## What's Next

APR 29 2019

Nuclear Medicine Injection
Monday April 29 8:45 AM (Arrive by 8:30 AM)

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019 Nuclear Medicine Gastric Emptying
Monday April 29 9:15 AM (Arrive by 9:00 AM)

Do not eat, drink or smoke after midnight on the night before your procedure (must be a minimum of 8 hours prior to the procedure). Please bring your morning meds to take after the exam.

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019 Fluoroscopy Upper GI Series
Monday April 29 1:30 PM (Arrive by 1:15 PM)

Nothing to eat or drink (including smoking and chewing gum) after midnight the night before the exam. Please bring your morning medications with you to take after the exam.

Medical Mall Diagnostic Radiology
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-3191

JUL 1 2019 Established with Caleb Heath, NP
Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

JUL 18 2019 Established with Patrick Koo, MD
Thursday July 18 3:00 PM (Arrive by 2:45 PM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

**Showing your appointments through July 18, 2019. You have more appointments scheduled after these.**

# Your Medication List as of 1/7/19 11:59 PM

Always use your most recent med list.

| | | |
|---|---|---|
| | * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| | * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| CHANGE | **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL<br>Changed by: Matthew Higgins, MD | Take 1 tablet (50 mg total) by mouth nightly.<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| | **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| | **blood sugar diagnostic** strip<br>Commonly known as: PHARMACIST CHOICE | To use with glucometer that her insurance will cover for testing three times daily Dx E16.2 |
| | **blood-glucose meter** kit | Use as instructed three times daily pharmacy fill what her insurance will cover |
| | **diclofenac sodium** 1 % gel | USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY |
| | **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| | **FIBER GUMMIES ORAL** | Take by mouth. |
| | **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| | **hydrocortisone-pramoxine** rectal foam<br>Commonly known as: PROCTOFOAM-HS | Insert 1 applicator into the rectum daily. Use as directed |
| | **lidocaine** 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| CHANGE | **linaclotide** 290 mcg capsule<br>Commonly known as: LINZESS<br>Changed by: Matthew Higgins, MD | Take 290 mcg by mouth daily.<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |

| | |
|---|---|
| **meloxicam** 7.5 mg tablet<br>Commonly known as: MOBIC | |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium** 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

erlanger
Health System

EMG RESPIRATORY AND CRITICAL CARE
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
Dept: 423-778-9101
Dept Fax: 423-778-9190
April 8, 2019

Lydia Speer, DO
1751 Gunbarrel Road, Suite 201
Chattanooga TN 37421

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **4/8/2019**

Dear Dr. Speer:

Thank you for referring Leisha Smith to me for evaluation. Below are my notes for this consultation.

If you have questions, please do not hesitate to call me. I look forward to following your patient along with you.

Sincerely,

Patrick Koo, MD

CC: No Recipients


Lincoln/Smith 0505

**Patrick Koo, MD 4/8/2019 10:27 AM Signed**
**Subjective**

| **Chief Complaint** |
|---|
| Patient presents with |
| • 6 month follow up |
| • Wheezing |
| *pt stated going on for a month or more.* |
| • Cough |
| *Dry cough* |

**HPI**
Ms. Smith is a 56-year-old female with a history of hepatitis C status post treatment, von Willebrand's disease, depression, Parkinson's disease, former smoker (20 pack years, quit 10 years ago), who presents to clinic today for follow-up visit. I last saw her back in April 2018. At that time, was treating her for chronic cough. She was being treated for asthma, reflux, and postnasal drip.

Symptoms:
Dyspnea at rest and with exertion - started 3/23
Chest tightness -this is her main complaint today
Non-productive cough
No wheezing

Inhalers:
Spiriva Respimat once daily
Ventolin - 3x/day
Albuterol neb - every other day

Other meds:
Singulair 10 mg daily
Omeprazole 40 mg daily

MMRC Dyspnea Scale:
MMRC 2: Dyspneic on walking level ground; must stop occasionally due to breathlessness

No Known Allergies

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as | 8100 VWF | 3 |

| | | | |
|---|---|---|---|
| | needed (bleeding) for up to 3 doses. Dose +/- 10% is ok | | |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • carbidopa-levodopa (SINEMET) 25-100 mg per tablet | Take 1 tablet by mouth 3 (three) times a day. | 90 tablet | 3 |
| • docusate sodium (STOOL SOFTENER ORAL) | Take by mouth. | | |
| • ergocalciferol (VITAMIN D) 50,000 unit capsule | Take 1 capsule (50,000 Units total) by mouth once a week. | 12 capsule | 0 |
| • inulin (FIBER GUMMIES ORAL) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | TAKE 1 TABLET (10 MG TOTAL) BY MOUTH ONCE DAILY. | 90 tablet | 1 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • omeprazole (PriLOSEC) 40 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 3 |
| • plecanatide (TRULANCE) 3 mg tablet | Take 3 mg by mouth daily. | | |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |
| • sodium chloride injection | Infuse 10 mL into a venous catheter as needed for line care. PRN flushing Factor (Patient not taking: Reported on 4/8/2019 ) | 500 mL | 3 |

No current facility-administered medications for this visit.

| **Past Medical History:** | |
|---|---|
| Diagnosis | Date |
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis | |
| *pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease | |
| *left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal | 1984 |
| *Donated Left kidney to son* | |
| • Hemorrhoids | |

- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- HH (hiatus hernia)
  *small, sliding*
- History of transfusion
  *1984*
- Multiple thyroid nodules
  *Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY | | |
| *left* | | |
| • CESAREAN SECTION | | |
| *x 3* | | |
| • COLONOSCOPY | | 08/2018 |
| *5 yr recall, fam hx* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY | | 02/19/2018 |
| *cut out 21 blood clots* | | |
| • HYSTERECTOMY | | |
| *partial* | | |
| • KIDNEY SURGERY | | |
| *left removed* | | |
| • THROMBECTOMY | | |
| *Pt states from Rectum* | | |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 2.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |

| | |
|---|---|
| • Von Willebrand disease | Father |
| • Benign prostatic hyperplasia | Father |
| • Cancer | Other |
| • Colon polyps | Sister |
| • Asthma | Brother |
| • Parkinsonism | Paternal Grandmother |

Review of Systems
Constitutional: Negative for appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative for nosebleeds, postnasal drip, rhinorrhea, sinus pressure and sore throat.
Eyes: Negative.
Respiratory: Positive for cough, chest tightness, shortness of breath and wheezing. Negative for choking.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for dysuria, frequency and urgency.
Musculoskeletal: Negative for arthralgias and joint swelling.
Skin: Negative for color change and rash.
Allergic/Immunologic: Negative for environmental allergies.
Neurological: Negative for dizziness, light-headedness and headaches.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Subjective**

| **Vitals:** | |
|---|---|
| | 04/08/19 0927 |
| BP: | 133/86 |
| Pulse: | 76 |
| Resp: | 18 |
| SpO2: | 97% |
| Weight: | 68 kg (149 lb 14.4 oz) |
| Height: | 1.626 m (5' 4") |
| BMI (Calculated): | 25.7 |
| Weight Change Since Last Visit: | 67.98 kg |
| Weight Change: | 67.98 kg |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Posterior oropharyngeal erythema present.

Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No JVD present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

Data reviewed:
I reviewed the patient's prior records from outside clinics/doctors' offices/hospitalizations and I reviewed the imaging for this patient.

**Problem List Items Addressed This Visit**

Respiratory

**Dyspnea on exertion**

She also complains of dyspnea on exertion and chest tightness.

Plan:
-Continue Spiriva Respimat. Add Arnuity.

**Chronic cough - Primary**

She continues to complain of a chronic cough. She is on medications to treat allergic rhinitis/postnasal drip, GERD, and reactive airways disease. Her last PFT did not show any obstructive lung disease. Her methacholine challenge test was negative for asthma. However, she stated that after she took the medication for her hepatitis C, she developed symptoms of shortness of breath. After using the inhalers, her breathing improves.

She still has evidence of uncontrolled reflux. She is on omeprazole. She will be seeing ENT soon. She is also following up with Dr. Swaby. At this time, I am not certain if her symptoms is due to reactive airways disease versus ongoing reflux. I told her that we will add 1 more inhaler to see if her symptoms improve. If not, we may need to increase her antireflux medication.

Plan:
-Add Arnuity 1 puff daily.
-Continue Spiriva Respimat 1.25 mcg 2 puffs daily.
-Continue albuterol inhaler and nebulizer as needed.

**Reactive airway disease**

As stated above. Methacholine challenge test was negative. However, she stated that inhalers help with her symptoms. This time, we will continue her on bronchodilators. Increase physical activity.

—

Digestive

**Gastroesophageal reflux disease**

Continue omeprazole 40 mg daily.

, Patient instructed to call if symptoms worsen and Counseling provided as above

Patrick Koo, MD, ScM

*This letter was initially viewed by Leisha Dianne Smith at 4/8/2019 12:06 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 4/8/2019 9:40 AM EMG Respiratory and Critical Care 423-778-9101

## Instructions from Patrick Koo, MD

Your medications have changed today
**See your updated medication list for details.**

Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA
albuterol HFA • fluticasone furoate • montelukast • tiotropium bromide
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

Return in about 3 months
(around 7/8/2019).

## What's Next

APR 18 2019
Fluoroscopy Upper GI Series
Thursday April 18 8:45 AM (Arrive by 8:30 AM)
Nothing to eat or drink (including smoking and chewing gum) after midnight the night before the exam. Please bring your morning medications with you to take after the exam.

Medical Mall Diagnostic Radiology
979 East 3rd Street
Chattanooga TN
37403-2147
423-778-3191

APR 19 2019
Nuclear Medicine Injection
Friday April 19 8:45 AM (Arrive by 8:30 AM)
If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN
37403-2147
423-778-2011

## Today's Visit



You saw Patrick Koo, MD on Monday April 8, 2019 for: 6 month follow up; Wheezing; and Cough.

Blood Pressure
133/86

BMI
25.73

Weight
149 lb 14.4 oz

Height
5' 4"

Pulse
76

Respiration
18

Oxygen Saturation
97%

MyChart Patient Portal

View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

## What's Next (continued)

APR 19 2019

### Nuclear Medicine Gastric Emptying

Friday April 19 9:15 AM (Arrive by 9:00 AM)

Do not eat, drink or smoke after midnight on the night before your procedure (must be a minimum of 8 hours prior to the procedure). Please bring your morning meds to take after the exam.

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

JUL 1 2019

### Established with Caleb Heath, NP

Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

JUL 18 2019

### Established with Patrick Koo, MD

Thursday July 18 3:00 PM (Arrive by 2:45 PM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

AUG 9 2019

### Established with Laurie-Anne Swaby, MD

Friday August 9 8:45 AM (Arrive by 8:30 AM)

EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN 37403-2147
423-778-4830

**Showing your appointments through August 9, 2019. You have more appointments scheduled after these.**

## Your Medication List as of 4/8/19 10:22 AM

Always use your most recent med list.

| Medication | Instructions |
| --- | --- |
| * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| **carbidopa-levodopa** 25-100 mg per tablet<br>Commonly known as: SINEMET | Take 1 tablet by mouth 3 (three) times a day. |
| **ergocalciferol** 50,000 unit capsule<br>Commonly known as: VITAMIN D | Take 1 capsule (50,000 Units total) by mouth once a week. |
| **FIBER GUMMIES ORAL** | Take by mouth. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| START **fluticasone furoate** 100 mcg/actuation blister with device<br>Commonly known as: ARNUITY ELLIPTA<br>Started by: Patrick Koo, MD | Inhale 100 mcg daily. |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet (10 mg total) by mouth once daily. |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| **sodium chloride** injection | Infuse 10 mL into a venous catheter as needed for line care. PRN flushing Factor |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| START **tiotropium bromide** 1.25 mcg/actuation mist<br>Commonly known as: SPIRIVA RESPIMAT<br>Started by: Patrick Koo, MD | Inhale 2.5 mcg daily. 2 puffs daily<br>Replaces: **tiotropium 18 mcg per inhalation capsule** |
| **TRULANCE** 3 mg tablet<br>Generic drug: plecanatide | Take 3 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Name: Leisha D. Smith | DOB | MRN: 01114276 | PCP: Lydia Speer, DO

# PTH INTACT - Details

## Comments from the Doctor's Office

Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

## Component Results

| Component | Your Value | Standard Range |
| --- | --- | --- |
| **PTH, Intact** | **77** pg/mL | *15 - 65 pg/mL* |

## General Information

Collected:
03/14/2019 4:37 PM

Resulted:
03/15/2019 4:17 PM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

# Saved Photos



SISKIN HOSPITAL FOR PHYSICAL REHABILITATION

**Siskin Hospital Therapy Services**
3830 Keith St. NW
Cleveland, TN 37312
Phone: 423.339.1492
Fax: 423.339.1496
www.siskinrehab.org

## Physical Therapy Initial Evaluation

| | | | |
|---|---|---|---|
| **Patient Name:** | LEISHA SMITH | **Date Seen:** | 4/18/2019 |
| **Date of Birth:** | [redacted] years old | **Referring Physician:** | THOMAS BYRD |
| **Evaluation Date:** | 4/18/2019 | **Patient ID:** | 10566 |
| **Primary Insurance:** | CIGNA INSURANCE CO | **Paragon ID:** | 000008054991 |
| **Time In:** | 11:00 AM | **Time Out:** | 12:00 PM |
| **Medical Diagnosis:** | R hip pain | **Treatment Diagnosis:** | Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip) |

### Subjective

**Chief Complaint**

Patient is a 57 year old female referred to PT from Nashville Hip Institute with R hip pain and Parkinson's Disease. Patient reports that she is experiencing R hip pain, imbalance, gait instability, weakness and decreased activity tolerance and was directed to pursue PT to address these impairments prior to considering surgical intervention for her hip. She has had hip pain for 18-20 months that has been complicated by numerous co-morbidities that also impact function including significant hemorrhoids, that caused her to have to stop working 2/2018 and recent diagnosis of Parkinson's Disease 3/2019.

higgins (ortho) spear (PCPO

Reports historically able to "pop" both hips out of joint, does not happen spontaneously
**Reason for Referral:** R hip weakness, gait instability, imbalance
**Specific Treatment Requested:** LSVT BIG and Proximal Hip strengthening and stabilization
**Patient Goal:** improve mobility
**Medical Diagnosis:** R hip pain
**Treatment Diagnosis:** Abnormality of gait, abnormality of posture, muscle weakness, stiffness of joint (R hip), pain in joint (R hip)
**Onset Date:** 11/2017 (18 months per MD note)
**Mechanism of Injury**

| Mechanism |
|---|
| Not applicable |

**Diagnostic Testing**

| Test | Findings |
|---|---|
| MRI | Per patent report: MRI 12/2018 demonstrating B labral tears with detachment on the R |

**Pertinent Medical History:** See Admission Intake Summary. PT reviewed Admission Intake Summary today.
PMH: Von Willebrands Disroder Type 2N, thyroid problems (reports nodules, work up ongoing), RA, OA, Parkinson's Disease (diagnosed 3/2019), Hep C, ovarian cysts, depression, anemia, bood clots, abdominal pain
PSH: partial hysterectomy, lumpectomies, L kidney removed (1984), hemorrhoidectomy (2/2019), (3) c-sections
**Co-Morbidities Affecting Plan of Care:** See Admission Intake Summary.
**Medications:** See Admission Intake Summary.

**Interventions**

**Prior Therapy:** April-Nov of 2018 had pelvic floor therapy after procedure related to hemorrhoids, but reports she had to stop due to hip pain

**Injections:** Has had previous steroid injections (which she reports caused increased BP/HR) and does not wish to have another due to these side effects

**Pain**

**Pain Rating**

| Location | Current | Best | Worst | Description |
|---|---|---|---|---|
| Neck, low back, B hips (R>L), R knee, and B feet | 5/10 | 3/10 | 9/10 | reports L hip and low back pain are minimal, reports history of B plantar fasciits, R hip pain is sharp and radiating in a circular pattern at anterior hip |

**Pain Patterns**

| Location | Aggravating Factors | Relieving Factors | Frequency-Duration | 24hr Behavior |
|---|---|---|---|---|
| Neck, low back, B hips (R>L), R knee, and B feet | getting up after prolonged rest, prolonged sitting, driving | Pensaid and diclofenac | daily | worse in the morning |

**Other Symptoms:** Hip pain: (R) lateral and anterior (L) lateral

Hip catching: (R) hip catches throughout functional tasks and did so during attempted active flexion during session

**Precautions**

Von Willebrands Disorder Type 2N (bleeding disorder)

Fall risk

**Prior Level of Function**

Worked until Feb 15, 2018- paint quality inspection in vehicle manufacturing, required standing 11 hrs/day, 5-6 days/week and lifting.

**Current Level of Function**

Still unable to work. Independent with ADLs, driving; able to do some housework- but limited by hip pain and activity tolerance - cooks, but only able to mop 1x/mont

**Social History**

**Living Environment:** Lives with daughter and husband in one level home

Two steps to enter

**DME/Equipment Owned:** Grab bar in shower and elevated toilet seat

**Prosthetics, Orthotics, Splints Used:** none

**Fall History**

| Question | Result | Comments |
|---|---|---|
| Have you fallen in the last 6 months? | Yes | 2 falls in last 6 months, preceded by dizziness (described as the room moving at an angle) |
| Did you sustain an injury as a result of the fall? | No | |
| Did you go to the ER or were you hospitalized as a result of the fall? | No | |

## Objective

### Observation

**Observed Impairments**

| Area | Status |
|---|---|
| Communication | WFLs |

| | |
|---|---|
| Vision | WFLs |
| Hearing | WFLs |
| BMI | 5'4", 149 lbs |
| Posture | L lateral trunk lean (mild at rest, more pronounced during gait), R iliac crest higher than L |
| General observations | (-) resting tremor, (-) significant bradykinesia |

## Neurological Exam

| Test | Result |
|---|---|
| LE General Sensation | Reports L buttock numbness in sitting due to need to shift weight onto L hip secondary to R hip pain; resolves with repositioning |

## Palpation

### Bony / Soft Tissue

| Area | Result |
|---|---|
| Hip | Tender to palpation R > L greater trochanter; (-) TTP lumbar spine, sacrum, SIJ, B piriformis |

## Ortho: Spine

### Lumbosacral ROM / Strength

| Motion | ROM | Strength |
|---|---|---|
| Anterior pelvic tilt | limited to only slight movement beyond neutral in supine | n/a |
| Abdominal brace | n/a | "poor" activation of transverse abdominus despite cues |
| Posterior pelvic tilt | intact through full ROM | intact |

## Ortho: Lower Extremity

### Hip ROM / Strength

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Hip Flexion | 140 degrees | 3+/5 | 120 degrees | 3+/5 |
| Hip Extension | 15 degrees beyond nuetral | Able to bridge through 75% of available ROM | 5 degrees | Able to bridge through 75% of available ROM |
| Hip ABDuction | 30 degrees | 3+/5 | 25 degrees | 2+/5 |
| Hip Internal Rotation | 3+/5 | 58 degrees measured in prone | 3+/5 | 45 degrees measured in prone |
| Hip External Rotation | 3+/5 | 55 degrees measured in prone | 3+/5 | 50 degrees measured in prone |

### Knee ROM / Strength

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Knee Flexion | 140 degrees | 3+/5 | 140 degrees | 3+/5 |
| Knee Extension | WFLS | 4+/5 | WFLs | 4+/5 |
| Muscle Length: Rectus Femoris | full excursion, heel to buttock | n/a | full excursion, heel to buttock | n/a |

**Ankle / Foot ROM / Strength**

| Motion | L ROM | L Strength | R ROM | R Strength |
|---|---|---|---|---|
| Ankle Dorsi-Flexion | WFLs | 4+/5 | WFLs | 4+/5 |

**ADL Assessment**

**Bed Mobility**

Bed Mobility

| Activity | Results |
|---|---|
| Sit to Supine | Modified Independent (increased time) |
| Supine to Sit | Modified Independent (increased time) |

**Transfers**

| Activity | Results |
|---|---|
| Sit to Stand | Definite need for use of B UEs for sit <> stand from 23 inch mat. Attempted without UE support, but required moderate assist for initial standing balance and demonstrated increased B hip internal rotation and adduction to accomplish task. |

**Ambulation**

Gait is independent with no device
Deviations: persistent L trunk lean, B hip drop, decreased step height/length B, mild-moderate out-toeing
Gait speed= .85 m/sec
Stair negotiation= use of B handrails, turns to the R to lead with L LE to ascend and descend with lateral steps

**Balance**

**Balance Tests**

| Test | Result |
|---|---|
| SLS Right EO | 12 sec with moderate hip drop |
| SLS Left EO | 28 sec with mild hip drop |

**Outcome Measures**

**Self-Report Outcome Measures**

| Measure | Score | Interpretation |
|---|---|---|
| LEFS | 26 | 67.5% impaired |

**Performance Based Outcome Measures**

| Measure | Score | Interpretation |
|---|---|---|
| DGI | 14 | 41.7% impaired |

## Assessment

**Clinical Impression:** Patient is a 57 year old female referred to PT from Nashville Hip Institute with R hip pain and Parkinson's Disease. She was referred hip strengthening/stabilization as well as LSVT BIG therapy. On evaluation she demonstrates diffuse hip weakness and decreased stability, imbalance, B lateral hip pain and anterior R hip pain and catching, core weakness, and mild asymmetry in ROM. These impairments are correlated with significant gait deviations/instability (Dynamic Gait Index score of 14, with scores <19/24 indicating increased risk for falls) and impaired functional mobility including inability to perform sit <> stand without UE support. Patient is limited in daily tasks including care of her home and community mobility as indicated by LEFS score of 26/80. Given decreased activity tolerance and lumbopelvic/LE weakness, recommend at least 4 weeks of PT with emphasis on hip strengthening and stabilization prior to initiating LSVT BIG program. Will initiate plan of care for first 4 weeks and then reassess for readiness for LSVT.

**Prognosis:** Good

**Patient Demonstrates the Following Functional Limitations:** Decreased ability to perform ADLs. Decreased ambulation symmetry and efficiency. Decreased ambulation endurance. Decreased ability to ambulate limited community distances. Decreased ability to ambulate long community distances. Decreased Independence with comprehensive HEP/self-care. Pain interferes with sleep. Pain interferes with ADL/IADLs. Pain interferes with sitting tolerance. Decreased Independence with

transfers.Pain interferes with daily activities.
**Functional Limitations Related to Following Impairments:** Decreased Balance. Gait Abnormality-Unsteadiness on feet. Joint Instability. Pain. Postural Abnormality. Decreased ROM.Decreased ROM. Pain. Decreased muscle strength/performance.

## Plan

### Goals

| Goal Description | Goal Term | Goal Due Date |
|---|---|---|
| Patient will be independent with HEP WITHOUT caregiver assistance. | Short Term Goals | 4 weeks |
| Patient will increase strength in B hips to 4+/5 in all planes | Short Term Goals | 4 weeks |
| Patient will demonstrate SLS B x 20 sec without hip drop. | Short Term Goals | 4 weeks |
| Patient will perform sit <> stand from 20 inch surface with no UE support x 3 reps with safe LE alignment. | Short Term Goals | 4 weeks |

### Treatment Plan

Skilled Physical Therapy Intervention.
**Frequency:** 1 times a week for one week (eval), then 2 times/week for
**Duration:** 4 week(s) with emphasis on hip impairments, then re-assess for readiness for LSVT BIG program and further PT.
**Treatments To Consist Of:** PT Re-Evaluation (97164), Therapeutic Exercise (97110), Therapeutic Activities (97530), Neuromuscular Re-education (97112), Manual Therapy (97140), Hot/Cold Therapy (97010), Gait Training (97116), Physical Perf. Test Measure (97750)
**Treatment Session Duration:** 1 hour
**Certification From:** 04/18/2019 **to** 05/16/2019
**Justification:** Based on this evaluation, it has been determined the patient has experienced a recent change in functional status and demonstrates impairments in body functions and structures that are directly impacting execution of daily activities and hindering participation in life situations. Delivery of skilled physical therapy interventions is medically necessary for this patient to achieve optimal functional outcomes
**Plan of Care Education:** POC was discussed with patient and/or caregiver and was agreed upon.

### Initial Treatment

- PT - Initial Evaluation: Initial Evaluation was performed. Plan of Care was established. - 30 minutes

## Billing

| CPT | Description | Units |
|---|---|---|
| 97162 | PT Eval Moderate Complexity | 1 |

**Timed Codes:** 0 - **Untimed Codes:** 30 - **Total Treatment Time:** 30

Megan E Brock License #: 11141
(Document electronically signed by TheraOffice Documentation on 4/19/2019)

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 1/18/2019 9:00 AM EMG Primary Care at East 423-778-8909

## Instructions from Lydia Speer, DO

Trial of trulance
Senna, magnesium
Swiss navy lubricant
Premarin pea sized dose in vagina once nightly x 1 week, then 3 times a week

Your medications have changed today
**See your updated medication list for details.**

Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA
conjugated estrogens • plecanatide
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

## What's Next

JAN 23 2019 — Established with Patrick Koo, MD
Wednesday January 23 11:40 AM (Arrive by 11:25 AM)
EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

JAN 29 2019 — New Patient Appointment with Brandon Cincere, MD
Tuesday January 29 10:00 AM (Arrive by 9:30 AM)
Bring list of current medications and any insurance information and a copayment if required by your insurance company.
EMG Ortho Sports on 3rd
1100 E 3rd St
CHATTANOOGA TN 37403
423-778-6784

FEB 6 2019 — Established with Laurie-Anne Swaby, MD
Wednesday February 6 1:15 PM (Arrive by 1:00 PM)
EMG Gastroenterology East at Suite 300
1755 Gunbarrel Rd
Suite 300
CHATTANOOGA TN 37421
423-778-4830

## Today's Visit



You saw Lydia Speer, DO on Friday January 18, 2019. The following issues were addressed: Hemorrhoids with complication, Anxiety and depression, and Vaginal dryness.

| | |
|---|---|
| Blood Pressure 118/76 | BMI 24.89 |
| Weight 145 lb | Height 5' 4" |
| Pulse 84 | Respiration 18 |
| Oxygen Saturation 98% | |

MyChart Patient Portal

View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

## Your Medication List as of 1/18/19 9:53 AM

Always use your most recent med list.

| | | |
|---|---|---|
| | * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| | * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| | **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| | **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| | **blood sugar diagnostic** strip<br>Commonly known as: PHARMACIST CHOICE | To use with glucometer that her insurance will cover for testing three times daily Dx E16.2 |
| | * **blood-glucose meter** kit | Use as instructed three times daily pharmacy fill what her insurance will cover |
| | * **ACCU-CHEK NANO** misc<br>Generic drug: blood-glucose meter | USE AS INSTRUCTED THREE TIMES DAILY PHARMACY FILL WHAT HER INSURANCE WILL COVER |
| START | **conjugated estrogens** vaginal cream<br>Commonly known as: PREMARIN<br>Started by: Lydia Speer, DO | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| | **diclofenac sodium** 1 % gel | USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY |
| | **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| | **FIBER GUMMIES ORAL** | Take by mouth. |
| | **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| | **hydrocortisone-pramoxine** rectal foam<br>Commonly known as: PROCTOFOAM-HS | Insert 1 applicator into the rectum daily. Use as directed |
| | **lidocaine** 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| | **linaclotide** 290 mcg capsule<br>Commonly known as: LINZESS | Take 290 mcg by mouth daily. |

| | | |
|---|---|---|
| | **meloxicam** 7.5 mg tablet<br>Commonly known as: MOBIC | |
| | **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| | **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| START | **plecanatide** 3 mg tablet<br>Commonly known as: TRULANCE<br>Started by: Lydia Speer, DO | Take 3 mg by mouth daily. |
| | **STOOL SOFTENER ORAL** | Take by mouth. |
| | **tiotropium** 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276

3/14/2019 3:45 PM EMG Primary Care at East 423-778-8909

## Instructions from Lydia Speer, DO

Check labs
Refer to Dr. Bear neurology

Amb Ref to Neurology/EMG/NCS (Taylor Clay Bear, MD)
Expires: 4/17/2020 (requested)

## What's Next

APR 5 2019 — Established with Laurie-Anne Swaby, MD
Friday April 5 11:15 AM (Arrive by 11:00 AM)

EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

APR 8 2019 — Established with Patrick Koo, MD
Monday April 8 9:40 AM (Arrive by 9:25 AM)

EMG Respiratory and Critical Care
979 East 3rd Street,
Suite C735
Chattanooga TN
37403-2147
423-778-9101

NOV 5 2019 — New Patient Appointment with Ellen H. Valadez, MD
Tuesday November 5 9:00 AM (Arrive by 8:30 AM)
Bring list of current medications and any insurance information and a copayment if required by your insurance company.

EMG Neurology
979 East 3rd Street,
Suite C830
Chattanooga TN
37403-2147
423-778-9001

## Today's Visit



You saw Lydia Speer, DO on Thursday March 14, 2019. The following issues were addressed:

- Serum calcium elevated
- Goiter
- Anxiety and depression
- Tremor
- Family history of Parkinson's disease

Blood Pressure
126/82

BMI
25.64

Weight
149 lb 6.4 oz

Height
5' 4"

Pulse
82

Respiration
18

Oxygen Saturation
99%

### Done Today

TSH+Free T4 for Serum calcium elevated, Goiter

Thyroid Antibodies for Serum calcium elevated, Goiter

T3 for Serum calcium elevated, Goiter

Bledsoe Calcium, Ionized for Serum calcium elevated, Goiter

PTH, intact for Serum calcium elevated, Goiter

Vitamin D 25 hydroxy for Serum calcium elevated, Goiter

Comprehensive metabolic panel for Serum calcium elevated, Goiter

MyChart Patient Portal

View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

# Your Medication List as of 3/14/19 4:23 PM

Always use your most recent med list.

| | |
|---|---|
| * albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| * albuterol HFA 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| antihemophilic factor-vWF 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| FIBER GUMMIES ORAL | Take by mouth. |
| FIBER-TABS ORAL | take 2 by mouth daily as directed |
| lidocaine 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| MULTIPLE VITAMIN ESSENTIAL ORAL | Take one by mouth daily |
| omeprazole 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| STOOL SOFTENER ORAL | Take by mouth. |
| tiotropium 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 2/15/2019 9:30 AM EMG Primary Care at East 423-778-8909

## Instructions from Lydia Speer, DO

Check cbc, cmp

## What's Next

| | | |
|---|---|---|
| FEB 18 2019 | Established with Matthew Higgins, MD<br>Monday February 18 10:00 AM (Arrive by 9:45 AM) | EMG Chattanooga Bone and Joint<br>1809 Gunbarrel Road, Suite 101<br>Chattanooga TN 37421-7162<br>423-893-9020 |
| FEB 26 2019 | Established with Patrick Koo, MD<br>Tuesday February 26 10:20 AM (Arrive by 10:05 AM) | EMG Respiratory and Critical Care<br>979 East 3rd Street, Suite C735<br>Chattanooga TN 37403-2147<br>423-778-9101 |
| APR 5 2019 | Established with Laurie-Anne Swaby, MD<br>Friday April 5 11:15 AM (Arrive by 11:00 AM) | EMG Gastroenterology<br>979 East 3rd Street Suite C-825<br>Chattanooga TN 37403-2147<br>423-778-4830 |

## Today's Visit



You saw Lydia Speer, DO on Friday February 15, 2019. The following issues were addressed: Hemorrhoids with complication; Anxiety and depression; Constipation, unspecified constipation type; and Von Willebrand disease.

| | |
|---|---|
| Blood Pressure 122/82 | BMI 25.58 |
| Weight 149 lb | Height 5' 4" |
| Pulse 84 | Respiration 16 |
| Oxygen Saturation 98% | |

### Done Today

CBC and differential

Comprehensive metabolic panel

MyChart Patient Portal

View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

# Your Medication List as of 2/15/19 10:02 AM

Always use your most recent med list.

| | |
|---|---|
| * albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| * albuterol HFA 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| amitriptyline 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| conjugated estrogens vaginal cream<br>Commonly known as: PREMARIN | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| cyclobenzaprine 5 mg tablet<br>Commonly known as: FLEXERIL | TAKE 1 TABLET EVERY 4-6 HOURS AS NEEDED MAY DECREASE TO 1 EVERY NIGHT IF INCREASED DROWSINESS OCCURS |
| DME PRESCRIPTION | Order for right hip unloader brace |
| escitalopram 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| FIBER GUMMIES ORAL | Take by mouth. |
| FIBER-TABS ORAL | take 2 by mouth daily as directed |
| lidocaine 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| MULTIPLE VITAMIN ESSENTIAL ORAL | Take one by mouth daily |
| omeprazole 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| STOOL SOFTENER ORAL | Take by mouth. |
| tiotropium 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# T3 - Details

## Comments from the Doctor's Office

Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Triiodothyronine (T3)** | **116** ng/dL | *71 - 180 ng/dL* |

## General Information

Collected:
03/14/2019 4:37 PM

Resulted:
03/15/2019 4:17 PM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: MRN: 01114276 | PCP: Lydia Speer, DO

# THYROID ANTIBODIES - Details

## Comments from the Doctor's Office

Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Thyroid Peroxidase (TPO) Ab** | **<6** IU/mL | *0 - 34 IU/mL* |
| **Thyroglobulin Antibody** | **<1.0** IU/mL | *0.0 - 0.9 IU/mL* |

Thyroglobulin Antibody measured by Beckman Coulter Methodology

## General Information

Collected:
03/14/2019 4:37 PM

Resulted:
03/15/2019 4:17 PM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

## Instructions from Ellen H. Valadez, MD

Start Sinemet (carbidopa/levodopa) 25/100mg tablets as follows:
Day 1: take 1/2 tablet when you first wake up in the morning.
Day 2: take 1/2 tablet in the morning and at noon.
Day 3: take 1/2 tablet in the morning, noon, and afternoon.
Day 4: take 1 tablet in the morning, 1/2 tablet at noon, and 1/2 tablet in the afternoon
Day 5: take 1 tablet in the morning, 1 tablet at noon, and 1/2 tablet in the afternoon.
Day 6 and on: take 1 tablet 3 times per day. Take each dose about 4-5 hour apart, preferably on an empty stomach.
If the medication makes you feel nauseated, take it with a small amount of food. If you feel lightheaded, take each dose with a large glass of water.

Follow up with Caleb Heath, NP, in 2 months to check for any changes in your exam. If you show improvement with Sinemet, this would confirm a diagnosis of Parkinson's. If you show no improvement, then you do not have Parkinson's, however I would want to monitor for any progression of symptoms over time.

Your medications have changed today
**See your updated medication list for details.**

Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA
carbidopa-levodopa
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

Return in about 2 months
(around 5/28/2019).

## What's Next

APR 5 2019 — Established with Laurie-Anne Swaby, MD
Friday April 5 11:15 AM (Arrive by 11:00 AM)

EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

## Today's Visit



You saw Ellen H. Valadez, MD on Thursday March 28, 2019. The following issues were addressed: Parkinsonism, unspecified Parkinsonism type (CMS/HCC) and Essential tremor.

| | |
|---|---|
| Blood Pressure 161/78 | BMI 25.03 |
| Weight 145 lb 12.8 oz | Height 5' 4" |
| Temperature (Oral) 97.7 °F | Pulse 82 |

MyChart Patient Portal
View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

## What's Next (continued)

APR 8 2019 — Established with Patrick Koo, MD
Monday April 8 9:40 AM (Arrive by 9:25 AM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

JUL 1 2019 — Established with Caleb Heath, NP
Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

OCT 16 2019 — Established with Ellen H. Valadez, MD
Wednesday October 16 11:00 AM (Arrive by 10:30 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

# Your Medication List as of 3/28/19 9:11 AM

Always use your most recent med list.

| | Medication | Directions |
|---|---|---|
| | * albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| | * albuterol HFA 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| | antihemophilic factor-vWF 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok |
| START | carbidopa-levodopa 25-100 mg per tablet<br>Commonly known as: SINEMET<br>Started by: Ellen H. Valadez, MD | Take 1 tablet by mouth 3 (three) times a day. |
| | ergocalciferol 50,000 unit capsule<br>Commonly known as: VITAMIN D | Take 1 capsule (50,000 Units total) by mouth once a week. |
| | FIBER GUMMIES ORAL | Take by mouth. |
| | FIBER-TABS ORAL | take 2 by mouth daily as directed |
| | lidocaine 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| | MULTIPLE VITAMIN ESSENTIAL ORAL | Take one by mouth daily |
| | omeprazole 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| | STOOL SOFTENER ORAL | Take by mouth. |
| | tiotropium 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |
| | TRULANCE 3 mg tablet<br>Generic drug: plecanatide | Take 3 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# VITAMIN D 25 HYDROXY - Details

## Comments from the Doctor's Office

Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Vitamin D, 25-Hydroxy** | **19.3** ng/mL | *30.0 - 100.0 ng/mL* |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

## General Information

Collected:
03/14/2019 4:37 PM

Resulted:
03/15/2019 4:17 PM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB MRN: 01114276 | PCP: Lydia Speer, DO

# FL ARTHROCENTESIS ASPIRATION INJECTION MAJO...

## Addendum

***ADDENDUM***

Addended by Harris Hawk, MD on 6/25/2018 9:31 AM

## Study Result

PROCEDURE: Fluoroscopic guided hip joint steroid injection.

PROCEDURALISTS: Harris Hawk, MD, Greg Smith, RPA

HISTORY: Bilateral hip pain secondary to osteoarthritis.

TECHNIQUE/FINDINGS: The benefits, risks, and alternatives of the procedure were discussed with the patient and informed/written consent obtained.

Sterile barrier technique was followed including: cap, mask, sterile gown, sterile gloves, large sterile sheet, hand hygiene and 2% chlorhexidine for cutaneous antisepsis. A time-out was performed to properly identify the patient.

Lidocaine 1% was administered subcutaneously for local anesthesia. Under fluoroscopic guidance, a 20-gauge spinal needle was inserted within the left hip joint. A small amount of contrast was injected to confirm intra-articular needle tip positioning. 5 cc of a mixture containing 1 cc (80mg) of Depo-Medrol and 3 cc of 0.5% bupivacaine were instilled within the hip joint. The patient tolerated the procedure well.

MEDICATIONS: As above.

CONTRAST: 1 mL of Omnipaque 300.

FLUOROSCOPY TIME/DOSE: 0.1 minutes, 3 mGy Reference Air Kerma

COMPLICATIONS: None.

IMPRESSION:
Technically successful fluoroscopic guided left hip joint steroid injection as described.

The procedure was performed by Greg Smith, RPA under the direct supervision of Harris Hawk, MD.

The patient will be discharged back to the care of the referring clinician. The patient can return to Interventional Radiology as needed. We appreciate you allowing Tennessee Interventional and Imaging Associates the chance to participate in the care of this patient. If we can be of further assistance, please contact us at 423-778-7234. www.tiiarad.com

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

erlanger
Health System

CH ONCOLOGY INFUSION
910 Blackford Street
Chattanooga TN 37403-2147
Dept: 423-778-6011
Dept Fax: 423-778-2096

To whom it may concern:

Leisha Dianne Smith is a patient under our care for von Willebrand disease. We understand that she will be having surgery with you to remove hemorrhoids. We recommend that she receive factor replacement prior to surgery and after surgery to help attain good hemostasis.

She will need to receive Humate-P 40 units/kg = 2700 units +/- 10% IV prior to surgery, then every 48 hours x 3 doses. She has this factor as a home supply and will bring this in to be administered while in the hospital. If bleeding complications arise, please call our office and we can help advise further.

If you have any questions, please contact our office at (423) 778-7289.

Sincerely,

Meghann McManus, DO
Pediatric Hematology / Oncology

*This letter was initially viewed by Leisha Dianne Smith at 2/12/2019 3:35 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

# Letter Details

erlanger
Health System

EMG NEUROLOGY
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
Dept: 423-778-9001
Dept Fax: 423-778-4692
March 28, 2019

Joseph Miller, MD
1010 East Third Street
Suite 202
Chattanooga TN 37403

| | |
|---|---|
| Patient: | **Leisha Dianne Smith** |
| Date of Birth: | |
| Date of Visit: | **3/28/2019** |

Dear Dr. Miller:

Thank you for referring Leisha Smith to me for evaluation. Below are my notes for this consultation.

If you have questions, please do not hesitate to call me. I look forward to following your patient along with you.

Sincerely,

Ellen H. Valadez, MD

CC: No Recipients

**Ellen H. Valadez, MD 3/28/2019 9:49 AM Signed**
**Subjective:**

**Patient ID:** Leisha Dianne Smith is a 57 y.o. female.

Patient is a right handed female presenting for evaluation of tremors. She has a family history of Parkinson's disease in her father and paternal grandmother.

Motor Symptoms:
She reports tremors in the right > left hands that started 2 years ago and primarily occur with actions and postures but have also been noted less often at rest. She reports muscle cramps in the left leg. Others have noted hypomimia. She notes bradykinesia that started after she was treated for hepatitis C in 2013. She reports gait impairment with shuffling and difficulty rising from a chair and climbing stairs, although she attributes this to significant hip pain. She has fallen on a couple of occasions, which she states occurred when she turned too fast and experienced acute vertigo.

Nonmotor Symptoms:
She reports constipation and anosmia, although she states that both started after she was treated for hepatitis C. She reports a more gravely quality to her voice, dysphagia for solids (feels like food gets caught, but no choking), orthostasis, impaired sleep initiation and maintenance, dream enactment behaviors, and memory impairment over the last year. She denies hallucinations.

Imaging: MRI lumbar spine w/o 2/7/19 (independently reviewed images): Multilevel degenerative changes, most pronounced at L5-S1. Never had imaging of the brain.
Exposures: 1982 had a concussion in an MVA with LOC, no chemical exposures but worked with paint, drank well water growing up

Meds tried:
none

Reviewed records:
Patient was seen by Dr Miller on 2/14/19, at which time she was noted to have significant right hip pain with tears (managed by Dr Cincere), however she did not have significant lumbar spinal disease to explain her pain, and no neurosurgical intervention was recommended. She noted a family history of Parkinson's in her father, and she was subsequently referred to movement disorders for further evaluation.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations and leg swelling.
Gastrointestinal: Positive for constipation.
Musculoskeletal: Positive for arthralgias and gait problem.

Neurological: Positive for dizziness, tremors and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.
All other systems reviewed and are negative.

**Objective:**

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Registration: recalls 3 of 3 objects. Recall at 5 minutes: recalls 3 of 3 objects.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.
**Minimal hypomimia**

Motor Exam
Muscle bulk: normal
Muscle tone: minimal rigidity BUE with activation, normal BLE.

Strength
Strength 5/5 throughout. **RAMs: mild incoordination BUE, normal BLE**

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: normal
Left leg light touch: decreased from knee

Gait, Coordination, and Reflexes

Gait
Gait: (antalgic, flexed arms)

Coordination
Finger to nose coordination: normal
Heel to shin coordination: normal

Tremor
Resting tremor: present (minimal intermittent RUE with distraction, although tremor is fine and pt not truly relaxed)
Action tremor: mild RUE > LUE low amp/high freq.

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 2+
Right biceps: 2+
Left biceps: 2+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right plantar: normal
Left plantar: normal
Right ankle clonus: absent
Left ankle clonus: absent

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: She exhibits no edema.
Neurological: She is oriented to person, place, and time. She has normal strength. She has a normal Finger-Nose-Finger Test and a normal Heel to Shin Test.
Reflex Scores:
Tricep reflexes are 2+ on the right side and 2+ on the left side.
Bicep reflexes are 2+ on the right side and 2+ on the left side.
Brachioradialis reflexes are 2+ on the right side and 2+ on the left side.
Patellar reflexes are 2+ on the right side and 2+ on the left side.
Achilles reflexes are 2+ on the right side and 2+ on the left side.
Psychiatric: Her speech is normal.
Vitals reviewed.

**Assessment/Plan:**
57 year old right handed female with essential tremor that started in 2017, now with minimal symptoms of Parkinsonism and a strong family history of Parkinson's disease (father and PGM). On exam, there is minimal hypomimia, mild RUE > LUE fine action/postural tremor, a fine minimal RUE resting tremor noted with distraction, minimal BUE rigidity with activation, mild incoordination in the BUE on RAMs, and she ambulates with an antalgic gait and flexed arms. Nonmotor features include constipation, anosmia, dream enactment behaviors, fragmented sleep, and memory loss. She has never had imaging of the brain. Risk factors include concussion with LOC and well water exposure.

- Outpatient dopamine challenge with Sinemet 25/100mg 1 tab TID
- Follow up in 2 months with Caleb Heath, NP. If no change noted with Sinemet, will stop the medication and have her follow up with me in 6 months for re-evaluation. If she does show improvement, would stop Sinemet and start Neupro 2mg daily x 7 days, then increase to 4mg patch. If unclear, could consider DAT scan

- Follow up with me in 6 months

Diagnoses and all orders for this visit:

**Parkinsonism, unspecified Parkinsonism type (CMS/HCC)**

- Ambulatory referral to Neurology
- carbidopa-levodopa (SINEMET) 25-100 mg per tablet; Take 1 tablet by mouth 3 (three) times a day.

**Essential tremor**

*This letter was initially viewed by Leisha Dianne Smith at 3/28/2019 2:02 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 2/14/2019 8:30 AM EMG Neurosurgery 423-265-2233

## Instructions from Joseph Miller, MD

Your medications have changed today
**See your updated medication list for details.**

Return if symptoms worsen or fail to improve.

## What's Next

FEB 15 2019 — Established with Lydia Speer, DO
Friday February 15 9:30 AM (Arrive by 9:15 AM)
EMG Primary Care at East
1751 Gunbarrel Road
Suite 201
Chattanooga TN
37421-7177
423-778-8909

FEB 18 2019 — Established with Matthew Higgins, MD
Monday February 18 10:00 AM (Arrive by 9:45 AM)
EMG Chattanooga Bone and Joint
1809 Gunbarrel Road,
Suite 101
Chattanooga TN
37421-7162
423-893-9020

FEB 26 2019 — Established with Patrick Koo, MD
Tuesday February 26 10:20 AM (Arrive by 10:05 AM)
EMG Respiratory and Critical Care
979 East 3rd Street,
Suite C735
Chattanooga TN
37403-2147
423-778-9101

APR 5 2019 — Established with Laurie-Anne Swaby, MD
Friday April 5 11:15 AM (Arrive by 11:00 AM)
EMG Gastroenterology
979 East 3rd Street
Suite C-825
Chattanooga TN
37403-2147
423-778-4830

## Today's Visit



You saw Joseph Miller, MD on Thursday February 14, 2019. The following issue was addressed: Lumbar nerve root disorder.

Blood Pressure
134/84

BMI
25.58

Weight
149 lb

Height
5' 4"

Temperature (Oral)
98.6 °F

Pulse
83

MyChart Patient Portal

View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

# Your Medication List as of 2/14/19 8:58 AM

Always use your most recent med list.

| | |
|---|---|
| * albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| * albuterol HFA 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| amitriptyline 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| conjugated estrogens vaginal cream<br>Commonly known as: PREMARIN | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| DME PRESCRIPTION | Order for right hip unloader brace |
| escitalopram 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| FIBER GUMMIES ORAL | Take by mouth. |
| FIBER-TABS ORAL | take 2 by mouth daily as directed |
| lidocaine 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| MULTIPLE VITAMIN ESSENTIAL ORAL | Take one by mouth daily |
| omeprazole 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| STOOL SOFTENER ORAL | Take by mouth. |
| tiotropium 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Name: Leisha D. Smith | DOB: MRN: 01114276 | PCP: Lydia Speer, DO

# Appointment Details

## After Visit Summary®

erlanger Health System

AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 2/7/2019 7:00 AM BEH MRI 423-778-7353

## Instructions

Talk with your provider about your medications
**See your updated medication list for details.**

## Today's Visit

You were seen on Thursday February 7, 2019. The following issue was addressed: Lumbar nerve root disorder.

## What's Next

APR 29 2019 Nuclear Medicine Injection
Monday April 29 8:45 AM (Arrive by 8:30 AM)

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019 **Nuclear Medicine Gastric Emptying**
Monday April 29 9:15 AM (Arrive by 9:00 AM)

Do not eat, drink or smoke after midnight on the night before your procedure (must be a minimum of 8 hours prior to the procedure). Please bring your morning meds to take after the exam.

If the patient is an infant up to 6 months old, they may not eat or drink anything for 3 hours prior to the exam. Bring formula to the appointment.

For children 6 months to 2 years old, they may not eat or drink anything for 6 hours prior to the exam.

For all other patients, do not eat or drink anything after midnight on the day of the exam and do not take any medications immediately prior to the exam.

If you are diabetic, take 1/2 dose of insulin, if applicable, and monitor your blood sugar during the exam. Consult your physician if you have any concerns.

Medical Mall Nuclear Medicine
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-2011

APR 29 2019 **Fluoroscopy Upper GI Series**
Monday April 29 1:30 PM (Arrive by 1:15 PM)

Nothing to eat or drink (including smoking and chewing gum) after midnight the night before the exam. Please bring your morning medications with you to take after the exam.

Medical Mall Diagnostic Radiology
979 East 3rd Street
Chattanooga TN 37403-2147
423-778-3191

JUL 1 2019 **Established** with Caleb Heath, NP
Monday July 1 9:30 AM (Arrive by 9:00 AM)

EMG Neurology
979 East 3rd Street, Suite C830
Chattanooga TN 37403-2147
423-778-9001

JUL 18 2019 **Established** with Patrick Koo, MD
Thursday July 18 3:00 PM (Arrive by 2:45 PM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

**Showing your appointments through July 18, 2019. You have more appointments scheduled after these.**

# Your Medication List

as of 2/8/2019 12:06 AM

## TAKE these medications

| | |
|---|---|
| * **blood-glucose meter** kit | Use as instructed three times daily pharmacy fill what her insurance will cover |
| * **ACCU-CHEK NANO** misc<br>Generic drug: blood-glucose meter | USE AS INSTRUCTED THREE TIMES DAILY PHARMACY FILL WHAT HER INSURANCE WILL COVER |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## ASK your doctor about these medications

| | | |
|---|---|---|
| ASK | * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| ASK | * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| ASK | **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL | Take 1 tablet (50 mg total) by mouth nightly. |
| ASK | **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| ASK | **blood sugar diagnostic** strip<br>Commonly known as: PHARMACIST CHOICE | To use with glucometer that her insurance will cover for testing three times daily Dx E16.2 |
| ASK | **conjugated estrogens** vaginal cream<br>Commonly known as: PREMARIN | Insert into the vagina daily. Insert pea size amount into vagina once daily x 1 week, then 3 times a week for maintenance |
| ASK | * **diclofenac sodium** 1 % gel | USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY |
| ASK | * **diclofenac sodium** 20 mg/gram /actuation(2 %) solution in metered-dose pump<br>Commonly known as: PENNSAID | Apply 40 mg topically 2 (two) times a day. |

| | | |
|---|---|---|
| ASK | DME PRESCRIPTION | Order for right hip unloader brace |
| ASK | escitalopram 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| ASK | FIBER GUMMIES ORAL | Take by mouth. |
| ASK | FIBER-TABS ORAL | take 2 by mouth daily as directed |
| ASK | hydrocortisone-pramoxine rectal foam<br>Commonly known as: PROCTOFOAM-HS | Insert 1 applicator into the rectum daily. Use as directed |
| ASK | lidocaine 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| ASK | linaclotide 290 mcg capsule<br>Commonly known as: LINZESS | Take 290 mcg by mouth daily. |
| ASK | meloxicam 7.5 mg tablet<br>Commonly known as: MOBIC | |
| ASK | MULTIPLE VITAMIN ESSENTIAL ORAL | Take one by mouth daily |
| ASK | omeprazole 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| ASK | plecanatide 3 mg tablet<br>Commonly known as: TRULANCE | Take 3 mg by mouth daily. |
| ASK | STOOL SOFTENER ORAL | Take by mouth. |

ASK **tiotropium** 18 mcg per inhalation capsule
Commonly known as: SPIRIVA

Place 1 capsule into inhaler and inhale once daily.

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Your Results

MRI SPINE LUMBAR WO CONTRAST
Collected on 2/8/2019
Resulted on 2/8/2019
Authorized by Brandon Cincere, MD

**Narrative**

INDICATION: Low back pain radiating into bilateral hips for one year and progressively worsening TECHNIQUE: MRI L-spine without contrast. COMPARISON: None. FINDINGS: Five nonrib-bearing lumbar vertebra present. Vertebral body heights are maintained in anatomic alignment. The conus terminates at the L1 vertebral level. No nerve root clumping identified. T12-L1: No significant degenerative changes. L1-L2: Mild disc degeneration with without significant disc bulge and no central canal or neural foraminal narrowing. L2-L3: Mild disc degeneration with a minimal left disc bulge which extends into the left lateral recess, though does not result in significant neural foraminal narrowing. There is no central canal narrowing. L3-L4: Mild disc desiccation without disc bulge and no central canal or neural foraminal narrowing. L4-L5: Mild disc desiccation with a very minimal broad-based posterior disc osteophyte complex which results in minimal bilateral neural foraminal narrowing. L5-S1: Moderate disc degeneration with a left-sided disc herniation which narrows the lateral recess, resulting in moderate left neural foraminal narrowing. There is no significant central canal or right neural foraminal narrowing.

**Impression**

Multilevel degenerative changes, most pronounced at L5-S1 Dictated By: - 2/8/2019 10:20 AM EST Electronically Signed By: Michael Nichols - 2/8/2019 10:25 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: MRN: 01114276 | PCP: Lydia Speer, DO

# MRI SPINE LUMBAR WO CONTRAST - Details

**Study Result**

INDICATION: Low back pain radiating into bilateral hips for one year and progressively worsening

TECHNIQUE: MRI L-spine without contrast.

COMPARISON: None.

FINDINGS:

Five nonrib-bearing lumbar vertebra present. Vertebral body heights are maintained in anatomic alignment. The conus terminates at the L1 vertebral level. No nerve root clumping identified.

T12-L1: No significant degenerative changes.

L1-L2: Mild disc degeneration with without significant disc bulge and no central canal or neural foraminal narrowing.

L2-L3: Mild disc degeneration with a minimal left disc bulge which extends into the left lateral recess, though does not result in significant neural foraminal narrowing. There is no central canal narrowing.

L3-L4: Mild disc desiccation without disc bulge and no central canal or neural foraminal narrowing.

L4-L5: Mild disc desiccation with a very minimal broad-based posterior disc osteophyte complex which results in minimal bilateral neural foraminal narrowing.

L5-S1: Moderate disc degeneration with a left-sided disc herniation which narrows the lateral recess, resulting in moderate left neural foraminal narrowing. There is no significant central canal or right neural foraminal narrowing.

IMPRESSION:
Multilevel degenerative changes, most pronounced at L5-S1

Dictated By: - 2/8/2019 10:20 AM EST

Electronically Signed By: Michael Nichols - 2/8/2019 10:25 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

## n0303912

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Thursday, April 25, 2019 2:30:07 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | Information |
| **Attachments:** | sisken evaluation.pdf |

ATTN: Margaret LaBossiere

see attached for information
Re: Leisha Smith
Claim Number: 8248892
From Siskin's

**n0304630**

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:10:59 PM
**To:** DisabilityDocuments
**Subject:** medical information
**Attachments:** valadez parkisons doctor.pdf; vitamin d.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0304630**

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:09:40 PM
**To:** DisabilityDocuments
**Subject:** medical information
**Attachments:** speer visit.pdf; T3.pdf; thyroid anitbodies.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0304630**

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:08:25 PM
**To:** DisabilityDocuments
**Subject:** medical information
**Attachments:** parathyroid labs.pdf; Speer Jan visit.pdf; speer march visit.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0304630**

---

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:05:24 PM
**To:** DisabilityDocuments
**Subject:** medical information
**Attachments:** Higgins Jan 2019.pdf; koo letter.pdf; koo pulmonary.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0304630**

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:04:42 PM
**To:** DisabilityDocuments
**Subject:** medical information
**Attachments:** cmp.pdf; hematology.pdf; higgins feb visit.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0304630**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Thursday, April 25, 2019 4:02:10 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | doctor info |
| **Attachments:** | sisken evaluation.pdf |

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0304630**

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:03:56 PM
**To:** DisabilityDocuments
**Subject:** Medical information
**Attachments:** another valadez letter.pdf; cbc.pdf; cincere visit.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

**n0284784**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Thursday, April 25, 2019 4:06:20 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | medical information |
| **Attachments:** | left hip injection report.pdf; letter for factor for Feb 19 surgery.pdf; letter from Dr. Valadez after exam.pdf |

**n0284784**

**From:** Leisha Smith
**Sent:** Thursday, April 25, 2019 4:07:21 PM
**To:** DisabilityDocuments
**Subject:** medical information
**Attachments:** miller office visit.pdf; mri dr. cincere results.pdf; mri lower back.pdf

Re: Leisha Smith
Claim Number: 8248892
ATTN: Margaret LaBossiere

See attached

Thank you.

ReleasePoint

## Medical Record Overview

**Date:** **April 24, 2019**

**Patient Name:** SMITH, LEISHA

**Records From:** Dr. Coo

,
(423) 778-9101

**Request Scope:** From January 1, 2018 to Present

**Chart Range:** 04/23/2018 - 04/08/2019

**RP ID:** 5218032

**Client ID:** 8248892

**Source:** LIBMTQ

**Req By:** M LaBossiere
05-290468
Margaret.Labossiere@LFG.(

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 23 2018 | Apr 8 2019 | 10 | 2 |
| Request Corr. | | | 3 | 12 |

**Total Page Count:** 13

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Progress Notes by Patrick Koo, MD at 4/8/2019 9:40 AM (continued)**

| | | | |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Infuse 2,700 VWF:RCo Units into a venous catheter every other day as needed (bleeding) for up to 3 doses. Dose +/- 10% is ok | 8100 VWF | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • carbidopa-levodopa (SINEMET) 25-100 mg per tablet | Take 1 tablet by mouth 3 (three) times a day. | 90 tablet | 3 |
| • docusate sodium (STOOL SOFTENER ORAL) | Take by mouth. | | |
| • ergocalciferol (VITAMIN D) 50,000 unit capsule | Take 1 capsule (50,000 Units total) by mouth once a week. | 12 capsule | 0 |
| • inulin (FIBER GUMMIES ORAL) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | TAKE 1 TABLET (10 MG TOTAL) BY MOUTH ONCE DAILY. | 90 tablet | 1 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • omeprazole (PriLOSEC) 40 mg capsule | TAKE 1 CAPSULE BY MOUTH EVERY DAY | 90 capsule | 3 |
| • plecanatide (TRULANCE) 3 mg tablet | Take 3 mg by mouth daily. | | |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |
| • sodium chloride injection | Infuse 10 mL into a venous catheter as needed for line care. PRN flushing Factor | 500 mL | 3 |

**Progress Notes by Patrick Koo, MD at 4/8/2019 9:40 AM (continued)**

(Patient not taking:
Reported on
4/8/2019 )

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

**Progress Notes by Patrick Koo, MD at 4/8/2019 9:40 AM (continued)**

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 2.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Parkinsonism | Father | |
| • Von Willebrand disease | Father | |
| • Benign prostatic hyperplasia | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |
| • Asthma | Brother | |
| • Parkinsonism | Paternal Grandmother | |

Review of Systems
Constitutional: Negative for appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative for nosebleeds, postnasal drip, rhinorrhea, sinus pressure and sore throat.
Eyes: Negative.
Respiratory: Positive for cough, chest tightness, shortness of breath and wheezing. Negative for choking.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for dysuria, frequency and urgency.
Musculoskeletal: Negative for arthralgias and joint swelling.
Skin: Negative for color change and rash.
Allergic/Immunologic: Negative for environmental allergies.
Neurological: Negative for dizziness, light-headedness and headaches.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Subjective**

erlanger Health System

EMG RESP CC-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: , Sex: F
Encounter date: 4/8/2019

**Progress Notes by Patrick Koo, MD at 4/8/2019 9:40 AM (continued)**

**Vitals:**

| | 04/08/19 0927 |
|---|---|
| BP: | 133/86 |
| Pulse: | 76 |
| Resp: | 18 |
| SpO2: | 97% |
| Weight: | 68 kg (149 lb 14.4 oz) |
| Height: | 1.626 m (5' 4") |
| BMI (Calculated): | 25.7 |
| Weight Change Since Last Visit: | 67.98 kg |
| Weight Change: | 67.98 kg |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Posterior oropharyngeal erythema present.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No JVD present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

Data reviewed:
I reviewed the patient's prior records from outside clinics/doctors' offices/hospitalizations and I reviewed the imaging for this patient.

EMG RESP CC-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: , Sex: F
Encounter date: 4/8/2019

**Progress Notes by Patrick Koo, MD at 4/8/2019 9:40 AM (continued)**

**Problem List Items Addressed This Visit**

Respiratory

**Dyspnea on exertion**

She also complains of dyspnea on exertion and chest tightness.

Plan:
-Continue Spiriva Respimat. Add Arnuity.

**Chronic cough - Primary**

She continues to complain of a chronic cough. She is on medications to treat allergic rhinitis/postnasal drip, GERD, and reactive airways disease. Her last PFT did not show any obstructive lung disease. Her methacholine challenge test was negative for asthma. However, she stated that after she took the medication for her hepatitis C, she developed symptoms of shortness of breath. After using the inhalers, her breathing improves.

She still has evidence of uncontrolled reflux. She is on omeprazole. She will be seeing ENT soon. She is also following up with Dr. Swaby. At this time, I am not certain if her symptoms is due to reactive airways disease versus ongoing reflux. I told her that we will add 1 more inhaler to see if her symptoms improve. If not, we may need to increase her antireflux medication.

Plan:
-Add Arnuity 1 puff daily.
-Continue Spiriva Respimat 1.25 mcg 2 puffs daily.
-Continue albuterol inhaler and nebulizer as needed.

**Reactive airway disease**

As stated above. Methacholine challenge test was negative. However, she stated that inhalers help with her symptoms. This time, we will continue her on bronchodilators. Increase physical activity.

Digestive

**Gastroesophageal reflux disease**

Continue omeprazole 40 mg daily.

, Patient instructed to call if symptoms worsen and Counseling provided as above

Patrick Koo, MD, ScM

Electronically signed by Patrick Koo, MD at 4/8/2019 10:27 AM

**END OF REPORT**

**Progress Notes by Patrick Koo, MD at 4/23/2018 3:20 PM**

Author: Patrick Koo, MD
Filed: 4/23/2018 4:46 PM
Editor: Patrick Koo, MD (Physician)
Service: (none)
Encounter Date: 4/23/2018
Author Type: Physician
Status: Signed

**Subjective**
**Chief Complaint**
Patient presents with
- DOE
  *6 MO F/U*

**HPI**
Ms. Smith is a 56-year-old female with a history of hepatitis C status post treatment, von Willebrand's disease, depression, former smoker (20 pack years, quit 10 years ago), who presents to clinic today for follow-up visit. I last saw on October 2, 2017. She was continued on Spiriva Respimat for her dyspnea.

PFT completed on April 28, 2017 showed no obstructive ventilatory defect. Normal lung volumes and diffusing capacity. Methacholine challenge test was negative for asthma.

Feb/March 2018 - chest tightness. Borrowed nebulizer from friend. Used albuterol frequently for the last week of February and the first 2 weeks of March. She stated that the nebulizer helped with her symptoms of shortness of breath and cough. She also reported that after the New Year's, she was moved from her previous department to the assembly line. She was exposed to paint primer and other chemicals. This may have contributed to her worsening shortness of breath.

She has been using her Spiriva 2 puffs daily. Now, she is infrequently using her albuterol.

MMRC Dyspnea Scale:
MMRC 1: Dyspneic on walking a slight hill

No Known Allergies

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • DME PRESCRIPTION | Please provide home nebulizer with supplies to use with four times daily as | 1 Device | 0 |

| | | | |
|---|---|---|---|
| | needed nebulizer treatments | | |
| • HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet | TK 1 T PO Q 4 H PRN P | | 0 |
| • linaclotide (LINZESS) 72 mcg capsule | Take 72 mcg by mouth daily. | 30 capsule | 1 |
| • montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ) | 90 tablet | 3 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 3 |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. | 90 tablet | 3 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

**Social History**

**Progress Notes by Patrick Koo, MD at 4/23/2018 3:20 PM (continued)**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 25.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

Review of Systems
Constitutional: Negative for appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative for nosebleeds, postnasal drip, rhinorrhea, sinus pressure and sore throat.
Eyes: Negative.
Respiratory: Positive for shortness of breath. Negative for cough, choking, chest tightness and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for dysuria, frequency and urgency.
Musculoskeletal: Negative for arthralgias and joint swelling.
Skin: Negative for color change and rash.
Allergic/Immunologic: Positive for environmental allergies.
Neurological: Negative for dizziness, light-headedness and headaches.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Subjective**
There were no vitals filed for this visit.

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Posterior oropharyngeal erythema present.

**Progress Notes by Patrick Koo, MD at 4/23/2018 3:20 PM (continued)**

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No JVD present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

Data reviewed:
I reviewed the patient's prior records from outside clinics/doctors' offices/hospitalizations and I reviewed the imaging for this patient.

**Problem List Items Addressed This Visit**

Respiratory
**Chronic cough**
She has chronic cough that is usually worse at night. It has improved after starting Spiriva and antihistamine therapy with cetirizine and Singulair. On exam, she has erythematous oropharynx. This is likely due to reflux. She reports having reflux and is taking over-the-counter Prilosec. I told her to remain on Prilosec until she sees Dr. Swaby, her gastroenterologist. The reflux may worsen reactive airways disease.

Continue bronchodilators, montelukast, and cetirizine.

**Reactive airway disease - Primary**
Methacholine challenge test was negative. However, she responded significantly with Spiriva and also albuterol treatments. She also provides a history of worsening shortness of breath after exposure i.e. working in the assembly line at Volkswagen. Her smoking history may also be contributing to her bronchial reactivity even though she does not have COPD.

At this time, we will continue her on Spiriva Respimat. I reviewed her prescription today. Additionally, she should continue albuterol as needed. Also I have provided her albuterol solution for her nebulizer.

I encouraged her to continue to remain active and exercise as tolerated.

**Progress Notes by Patrick Koo, MD at 4/23/2018 3:20 PM (continued)**

and Patient instructed to call if symptoms worsen

Patrick Koo, MD, ScM

Electronically signed by Patrick Koo, MD at 4/23/2018 4:46 PM

**Progress Notes by Patrick Koo, MD at 4/8/2019 9:40 AM**

| | | |
|---|---|---|
| Author: Patrick Koo, MD | Service: (none) | Author Type: Physician |
| Filed: 4/8/2019 10:27 AM | Encounter Date: 4/8/2019 | Status: Signed |
| Editor: Patrick Koo, MD (Physician) | | |

## Subjective

### Chief Complaint

Patient presents with

- 6 month follow up
- Wheezing
  *pt stated going on for a month or more.*
- Cough
  *Dry cough*

### HPI

Ms. Smith is a 56-year-old female with a history of hepatitis C status post treatment, von Willebrand's disease, depression, Parkinson's disease, former smoker (20 pack years, quit 10 years ago), who presents to clinic today for follow-up visit. I last saw her back in April 2018. At that time, was treating her for chronic cough. She was being treated for asthma, reflux, and postnasal drip.

Symptoms:
Dyspnea at rest and with exertion - started 3/23
Chest tightness -this is her main complaint today
Non-productive cough
No wheezing

Inhalers:
Spiriva Respimat once daily
Ventolin - 3x/day
Albuterol neb - every other day

Other meds:
Singulair 10 mg daily
Omeprazole 40 mg daily

MMRC Dyspnea Scale:
MMRC 2: Dyspneic on walking level ground; must stop occasionally due to breathlessness

No Known Allergies

### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Apr 16, 2019

ERLANGER HEALTH SYSTEM
975 E 3RD ST STE C735
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37403

**Re: Long Term Disability Benefits**
Claim# 8248892 5218032
Claimant: SMITH, LEISHA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: UTE002

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2018 to Present**
Please provide medical records - seen by: Dr. Coo

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Kevin Michael Lituania

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5218332

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

11/8/2018

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnFinancial.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincolnfinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.


Lincoln Financial Group

# Quality Assurance Report

## Request Information

Report Date: April 24, 2019

**RP ID:** 5218032

Patient Name: SMITH, LEISHA

Provider Name: ERLANGER HEALTH SYSTEM

## Quality Assurance Information

Scope Requested: **From January 1, 2018 to Present**

Special Request:
Please provide medical records - seen by: Dr. Coo

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: KGUIL

# Medical Record Overview

ReleasePoint

**Date:** **April 23, 2019**

**Patient Name:** SMITH, LEISHA

**Records From:** FOWLER, DR. TODD
1000 E 3RD ST STE 102
CHATTANOOGA, TN 37403
(423) 267-6738

**Request Scope:** From January 1, 2018 to Present

**Chart Range:** 03/30/2018 - 04/12/2019

**RP ID:** 5218029

**Client ID:** 8248892

**Source:** LIBMTQ

**Req By:** M LaBossiere
05-290468
Margaret.Labossiere@LFG.

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 27 2018 | Apr 12 2019 | 11 | 2 |
| Labs/Diagnostics | Mar 30 2018 | Apr 12 2019 | 12 | 13 |
| Request Corr. | | | 1 | 25 |

**Total Page Count:** 24

**Notes From QC:**

# Office or Other Outpatient Services

**LEISHA SMITH** Chart #81853.0
DOB: Female
Visit Date: 12.Apr.2019 at Associates in ENT East

## PROVIDER INFORMATION

**PCP:** Kamran Farrukh
**Requesting:** Kamran Farrukh

## INSURANCE INFORMATION

**Pri Ins Company:** CIGNA HEALTH CARE (10001)
**Pri Ins Policy #:** U2018944602
**Pri Ins Group #:** 3321952

## PRESENT ILLNESS INFORMATION

**Chief Complaint:** Discuss thyroid U/S and recent labs with low Vit D, high calcium, and elevated PTH. cs/td
**HPI:**

**S1:** Follow-up regarding thyroid nodules.
**Status of the problem since last visit:** no change.
**New associated manifestations:** palpitation - hard heartbeat.
**Problems with treatment:** none.
**Treatment since last visit:** none.
**Tests or diagnostic procedures since the last visit:**

- blood work recent labs showed low Vit D, high calcium, and elevated PTH
  She is waiting on ionized calcium DR Spear.
- thyroid ultrasound. The test was performed by Cleveland Img 3-15-19.

## REVIEW OF SYSTEMS

**Constitutional Symptoms:** ***sleeping problems.***
**Ears, Nose, Mouth, and Throat:**

- **Ears:** ***ringing in ears or head noise.***
- **Mouth and Throat:** ***hoarseness or other voice change***; and ***use of partials/dentures.***

**Respiratory:** ***non-productive cough***; ***shortness of breath or difficulty breathing***; and ***wheezing.***
**Gastrointestinal:** ***heartburn or indigestion.***
**Musculoskeletal:** ***joint pain***; and ***stiffness in joints.***
**Neurological:** ***change in sense of taste***; and ***tremor.***
**Hematologic/Lymphatic:** ***excessive bleeding after injury or minor surgery***; and ***easy bruising.***
The following systems were reviewed and are negative: Cardiovascular, Endocrine, Eyes, Immunologic.

## PAST, FAMILY AND SOCIAL HISTORY

**Current Medications:**

Albuterol Sulfate (albuterol sulfate 0.083% Nebu Soln) for 30 days (quantity: 1 Not Specified), start date 27.Apr.2018
albuterol sulfate (albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization) for 30 days, refills: 5, start date 25.Apr.2018
albuterol sulfate (albuterol sulfate 90 mcg/actuation HFA aerosol inhaler) for 30 days, refills: 3, start date 08.Apr.2019
Arnuity Ellipta (fluticasone furoate 100 mcg/actuation blister with device) for 30 days, refills: 3, start date 08.Apr.2019
carbidopa-levodopa (carbidopa-levodopa 25-100 mg tablet) for 30 days, refills: 3, start date 28.Mar.2019
ergocalciferol (vitamin D2) (ergocalciferol (vitamin d2) 50,000 unit capsule) for 84 days, refills: 0, start date 15.Mar.2019
Fiber (with aspartame) (psyllium husk (aspartame) unspecified unspecified) (quantity: 1 Not Specified), start date 27.Apr.2018
Linzess (linaclotide 72 mcg capsule) for 30 days (quantity: 1 Not Specified), refills: 1, start date 27.Apr.2018
montelukast (montelukast 10 mg tablet) for 90 days, refills: 1, start date 01.Apr.2019
omeprazole (omeprazole 40 mg capsule,delayed release(DR/EC)), 1 capsule by mouth for 30 days (quantity: 30 capsule), refills: 3, start date 27.Apr.2018
omeprazole (omeprazole 40 mg capsule,delayed release(DR/EC)) for 90 days, refills: 3, start date 31.Jan.2019
Prilosec OTC (omeprazole magnesium 20 mg tablet,delayed release (DR/EC)), 1 tablet (quantity: 1

Office or Other Outpatient Services

| | |
|---|---|
| | tablet), start date 27.Apr.2018<br>Spiriva Respimat (tiotropium bromide 2.5 mcg/actuation mist) for 90 days (quantity: 1 Not Specified), refills: 3, start date 27.Apr.2018<br>Spiriva Respimat (tiotropium bromide 1.25 mcg/actuation mist) for 90 days, refills: 3, start date 08.Apr.2019<br>tramadol (tramadol 50 mg tablet) for 7 days (quantity: 1 Not Specified), refills: 3, start date 27.Apr.2018<br>trazodone (trazodone 50 mg tablet) for 90 days (quantity: 1 Not Specified), refills: 3, start date 27.Apr.2018<br>Trulance (plecanatide 3 mg tablet) for 30 days, refills: 5, start date 18.Jan.2019 |
| **Medication Allergies:** | **No known drug allergies** |
| **Non-Medication Allergies:** | Non-Medication Allergies: no information provided. |
| **Past Health History:** | **Cardiovascular:** deep vein thrombosis (blood clots in deep veins). Von Willebrand's.<br>**Gastrointestinal:** gastroesophageal reflux; and hepatitis.<br>**Genitourinary:** no information provided.<br>**Psychiatric:** chronic anxiety; and depression.<br>**Immunologic:** autoimmune disorder. |
| **Surgeries and Hospitalizations:** | **Problems with anesthesia:** none.<br>**Previous surgeries:**<br>• **Abdominal and gastrointestinal:** colonoscopy.<br>• **Genitourinary:** Caesarean section in 1982 1983 & 1984; hysterectomy in 1993; and left nephrectomy in 1984.<br>**Previous non-surgical hospitalizations:** none. |
| **Tests and Immunizations:** | **Immunizations:**<br>• **Influenza vaccine -** Patient declined vaccine in 2017. |
| **Family History:** | **Problems with anesthesia:** Mother. Sister(s).<br>**Cancer:** Lung cancer - mother.<br>• Pertinent negatives: thyroid cancer, unknown type of cancer.<br>**Ears:** Hearing loss after age 20 - mother and sister(s).<br>• Pertinent negatives: hearing loss before age 20.<br>**Cardiovascular:** Hypertension - mother.<br>• Pertinent negatives: heart disease.<br>**Respiratory:** Asthma - brother(s).<br>**Neurologic:**.<br>• Pertinent negatives: stroke.<br>**Endocrine:** Diabetes, age at onset unspecified - mother.<br>**Hematologic/Lymphatic:** Bleeding or blood clotting problems - father and sister(s). |
| **Social History:** | **Current tobacco usage:** none, but former smoker.<br>**Current use of alcoholic beverages:** none.<br>**Recreational drug use:** none.<br>**Caffeine use:** about 2-3 caffeinated products per day.<br>**Second-hand smoke exposure:** none.<br>**Attitude regarding transfusion of blood products:** accepts, when deemed necessary.<br>**Home living situation and relationships:** Lives with spouse and with children.<br>**Provider has reviewed current medications, medication allergies, and PFSH/ROS information** |

**OBJECTIVE**

**CONSTITUTION:**
**Blood Pressure:** Right arm - Sitting 112/73 mm Hg. **Radial Pulse:** 77 bpm regular. **Height:** 54in. **Weight:** 149lbs. **BMI:** 35.9 kg/m2.
**General appearance:** Well developed, well nourished and groomed. No apparent acute or chronic distress.
**Ability to communicate:** normal.

**HEAD, FACE, SALIVARY GLANDS AND TMJ:**
**Inspection of Head and Face:** Normal contour and symmetry. No masses, lesions, or significant scars observed.
**Palpation/Percussion of the Face:** No tenderness, deformity or instability.
**Palpation of Parotid and Submandibular glands:** Normal.
**Facial Mobility:** Normal.

Office or Other Outpatient Services

**EAR, NOSE, MOUTH AND THROAT:**
**Pinnas** - normal.
**External Nose:** normal.
**Otoscopic exam:**
- Right ear - External canal - skin normal; normal cerumen; no abnormal debris; no otorrhea; no foreign bodies; no masses. Tympanic membrane: translucent, normal light reflex; no retractions; no perforation.
- Left ear - External canal - skin normal; normal cerumen; no abnormal debris; no otorrhea; no foreign bodies; no masses. Tympanic membrane translucent, normal light reflex; no retractions; no perforation.

**Nasal Interior:**
Septum - straight.
Turbinates and middle meatus - Inferior turbinates normal. Middle turbinates normal.
No rhinorrhea.
Normal mucosa with no swelling, polyps, active bleeding or evidence of bleeding.
**Lips, Teeth and Gums:** Normal.
**Oral Cavity and Oropharynx:** Soft palate - ***edematous uvula.*** Bilateral tonsils normal. Oral mucosa with normal color and moisture. No oral or oropharyngeal mucosal lesions. Anterior 2/3rds of tongue normal. Breath quality normal. Hard palate normal.

**NECK AND THYROID:**
**Neck:** symmetrical; trachea midline; normal laryngeal crepitation.
**Thyroid:** ***Multiple nodules.*** Both Lobes. Palpable.

**LYMPH NODES: Neck nodes:** normal.

ASSESSMENT
**CURRENT PROBLEMS (ICD10 Active)**
**E04.2 Nontoxic multinodular goiter**

PLAN
**Medical Advice:** Patient's questions were answered.
**Type of follow-up visit:** treatment follow-up.

TESTS AND PROCEDURES
**TO BE SCHEDULED**
**82306 Vitamin D; 25 hydroxy**
To be scheduled; Location: office
**82330 Calcium; Ionized**
To be scheduled; Location: office
**82310 Calcium; Total**
To be scheduled; Location: office
**83970 Parathormone (Parathyroid Hormone) (PTH)**
To be scheduled; Location: office

COMMUNICATIONS
Lab order:
LEISHA SMITH

Todd Fowler, M.D.

AllMeds

# Office or Other Outpatient Services

**LEISHA SMITH** Chart #81853.0
DOB: Female
Visit Date: 01.Jun.2018 at Associates in ENT East

**PROVIDER INFORMATION**
PCP: Kamran Farrukh
Requesting: Kamran Farrukh

**INSURANCE INFORMATION**
**Pri Ins Company:** CIGNA HEALTH CARE (10001)
**Pri Ins Policy #:** U2018944602
**Pri Ins Group #:** 3321952

**PRESENT ILLNESS INFORMATION**
**Chief Complaint:** Discuss thyroid U/S.cs/ym
**HPI:**

**S1: Follow-up regarding** thyroid nodules.
**Status of the problem since last visit:** no change.
**New associated manifestations:** none identified.
**Problems with treatment:** none.
**Treatment since last visit:** none.
**Tests or diagnostic procedures since the last visit:**

- thyroid ultrasound. The test was performed by Cleveland Img May 2018.

**REVIEW OF SYSTEMS**

**Constitutional Symptoms:** ***sleeping problems.***
**Ears, Nose, Mouth, and Throat:**

- **Ears:** ***ringing in ears or head noise.***
- **Mouth and Throat:** ***hoarseness or other voice change***; and ***use of partials/dentures.***

**Respiratory:** ***non-productive cough***; ***shortness of breath or difficulty breathing***; and ***wheezing.***
**Gastrointestinal:** ***heartburn or indigestion.***
**Musculoskeletal:** ***joint pain***; and ***stiffness in joints.***
**Neurological:** ***change in sense of taste***; and ***tremor.***
**Hematologic/Lymphatic:** ***excessive bleeding after injury or minor surgery***; and ***easy bruising.***
The following systems were reviewed and are negative: Cardiovascular, Endocrine, Eyes, Immunologic.

**PAST, FAMILY AND SOCIAL HISTORY**

**Current Medications:**
Albuterol Sulfate (albuterol sulfate 0.083% Nebu Soln) for 30 days (quantity: 1 Not Specified), start date 27.Apr.2018
Fiber (with aspartame) (psyllium husk (aspartame) unspecified unspecified) (quantity: 1 Not Specified), start date 27.Apr.2018
Linzess (linaclotide 72 mcg capsule) for 30 days (quantity: 1 Not Specified), refills: 1, start date 27.Apr.2018
omeprazole (omeprazole 40 mg capsule,delayed release(DR/EC)), 1 capsule by mouth for 30 days (quantity: 30 capsule), refills: 3, start date 27.Apr.2018
Prilosec OTC (omeprazole magnesium 20 mg tablet,delayed release (DR/EC)), 1 tablet (quantity: 1 tablet), start date 27.Apr.2018
Spiriva Respimat (tiotropium bromide 2.5 mcg/actuation mist) for 90 days (quantity: 1 Not Specified), refills: 3, start date 27.Apr.2018
tramadol (tramadol 50 mg tablet) for 7 days (quantity: 1 Not Specified), refills: 3, start date 27.Apr.2018
trazodone (trazodone 50 mg tablet) for 90 days (quantity: 1 Not Specified), refills: 3, start date 27.Apr.2018

**Medication Allergies:** **No known drug allergies**

**Non-Medication Allergies:** Non-Medication Allergies: no information provided.

**Past Health History:** **Cardiovascular:** deep vein thrombosis (blood clots in deep veins).
**Gastrointestinal:** gastroesophageal reflux; and hepatitis.
**Genitourinary:** Patient is pregnant; pregnancy has been confirmed.
**Psychiatric:** chronic anxiety; and depression.

Office or Other Outpatient Services

| | |
|---|---|
| | **Immunologic:** autoimmune disorder. |
| Surgeries and Hospitalizations: | **Problems with anesthesia:** none.<br>**Previous surgeries:**<br>• **Abdominal and gastrointestinal:** colonoscopy.<br>• **Genitourinary:** Caesarean section in 1982 1983 & 1984; hysterectomy in 1993; and left nephrectomy in 1984.<br>**Previous non-surgical hospitalizations:** none. |
| Tests and Immunizations: | **Immunizations:**<br>• **Influenza vaccine -** Patient declined vaccine in 2017. |
| Family History: | **Problems with anesthesia:** Mother. Sister(s).<br>**Cancer:** Lung cancer - mother.<br>• Pertinent negatives: thyroid cancer, unknown type of cancer.<br>**Ears:** Hearing loss after age 20 - mother and sister(s).<br>• Pertinent negatives: hearing loss before age 20.<br>**Cardiovascular:** Hypertension - mother.<br>• Pertinent negatives: heart disease.<br>**Respiratory:** Asthma - brother(s).<br>**Neurologic:**.<br>• Pertinent negatives: stroke.<br>**Endocrine:** Diabetes, age at onset unspecified - mother.<br>**Hematologic/Lymphatic:** Bleeding or blood clotting problems - father and sister(s). |
| Social History: | **Current tobacco usage:** none, but former smoker.<br>**Current use of alcoholic beverages:** none.<br>**Recreational drug use:** none.<br>**Caffeine use:** about 2-3 caffeinated products per day.<br>**Second-hand smoke exposure:** none.<br>**Attitude regarding transfusion of blood products:** accepts, when deemed necessary.<br>**Home living situation and relationships:** Lives with spouse and with children.<br>**Provider has reviewed current medications, medication allergies, and PFSH/ROS information** |

**OBJECTIVE**

**CONSTITUTION:**

**Blood Pressure:** Right arm - Sitting 113/75 mm Hg. **Radial Pulse:** 89 bpm regular. **Height:** 54in. **Weight:** 148lbs. **BMI:** 35.6 kg/m2.

**General appearance:** Well developed, well nourished and groomed. No apparent acute or chronic distress.

**Ability to communicate:** normal.

**HEAD, FACE, SALIVARY GLANDS AND TMJ:**

**Inspection of Head and Face:** Normal contour and symmetry. No masses, lesions, or significant scars observed.

**Palpation/Percussion of the Face:** No tenderness, deformity or instability.

**Palpation of Parotid and Submandibular glands:** Normal.

**Facial Mobility:** Normal.

**EAR, NOSE, MOUTH AND THROAT:**

**Pinnas** - normal.

**External Nose:** normal.

**Otoscopic exam:**

- Right ear - External canal - skin normal; normal cerumen; no abnormal debris; no otorrhea; no foreign bodies; no masses. Tympanic membrane: translucent, normal light reflex; no retractions; no perforation.
- Left ear - External canal - skin normal; normal cerumen; no abnormal debris; no otorrhea; no foreign bodies; no masses. Tympanic membrane translucent, normal light reflex; no retractions; no perforation.

**Nasal Interior:**

Septum - straight.

Turbinates and middle meatus - Inferior turbinates normal. Middle turbinates normal.

No rhinorrhea.

Normal mucosa with no swelling, polyps, active bleeding or evidence of bleeding.

**Lips, Teeth and Gums:** Normal.

**Oral Cavity and Oropharynx:** Soft palate - ***edematous uvula.*** Bilateral tonsils normal. Oral mucosa with normal color and moisture. No oral or oropharyngeal mucosal lesions. Anterior 2/3rds of tongue normal. Breath quality normal. Hard palate normal.

**NECK AND THYROID:**
**Neck:** symmetrical; trachea midline; normal laryngeal crepitation.
**Thyroid:** ***Multiple nodules***. Both Lobes. Palpable.

**LYMPH NODES: Neck nodes:** normal.

**TESTS AND PROCEDURES**
**PERFORMED THIS VISIT**
**31575 Laryngoscopy; flexible fiberoptic; diagnostic**
Date: 01.Jun.2018; Location: office
•
PROCEDURE NOTE

After anesthesia was established, the lubricated scope was introduced through the nose into the larynx. All structures were examined as noted below.

ANESTHESIA: Topical Pontocaine 2%

FINDINGS:
Base of Tongue: Normal
Posterior Pharynx: Normal
Lateral Pharynx: Normal
Vallecula: Normal
Epiglottis: Normal
Pyriform Sinus: Normal
Arytenoids: Normal
Interarytenoid Space: Normal
False Cord: Normal
True Cord Mucosa: Normal
Larynx Mobility: Normal
Subglottic Space: Normal
TOLERANCE: Good
ESTIMATED BLOOD LOSS: nil

**PERFORMED IN THE PAST**
**76536 Thyroid Ultrasound**
Location:

**ASSESSMENT**
**CURRENT PROBLEMS (ICD10 Active)**
**E04.2 Nontoxic multinodular goiter**
**K21.9 Gastro-esophageal reflux disease without esophagitis**
**R49.0 Hoarseness**

**PLAN**
**Medical Advice:** Patient's questions were answered.
**Schedule Follow-up:** in 1 year.
**Type of follow-up visit:** treatment follow-up.
**Impression:** Leisha Smith reports no change in her hoarseness with more aggressive acid reflux management. With her persistent hoarseness I did perform a flexible laryngoscopy today. She does have mild to moderate edema of the vocal cords on both sides with normal vocal cord mobility and no concerning lesions identified. As she has noted no improvement in her symptoms with more aggressive acid reflux management, I have recommended resuming her previous dosage of Omeprazole. She is currently taking Singulair. She does have an upcoming appointment with her gastroenterologist. If her gastroenterologist has no further suggestions regarding her acid reflux and her hoarseness persists, she may benefit from allergy testing or, possibly, changing her steroid inhaler.

**TESTS AND PROCEDURES**
**TO BE SCHEDULED**
**76970 Follow-Up Ultrasound**
To be scheduled

- 01.Jun.2018 due 5/19

Electronically signed by Todd Fowler, M.D. on 02.Jul.2018 02:12 AM

AllMeds

# Office or Other Outpatient Services

**LEISHA SMITH** Chart #81853.0
DOB: Female
Visit Date: 27.Apr.2018 at Associates in ENT East

**PROVIDER INFORMATION**

| | |
|---|---|
| **PCP:** | LYDIA B. SPEER |
| **Requesting:** | LYDIA B. SPEER |

**INSURANCE INFORMATION**

| | |
|---|---|
| **Pri Ins Company:** | CIGNA HEALTH CARE (10001) |
| **Pri Ins Policy #:** | U2018944602 |
| **Pri Ins Group #:** | 3321952 |

**PRESENT ILLNESS INFORMATION**

**Chief Complaint:** Thyroid nodules with largest nodule in the left lobe that measures 6mm.(stm/cs)

**HPI:**

**S1: Evaluation of solitary thyroid nodule.**
**Diagnosis was made by a medical provider.**
**Symptoms or signs:**
- dysphagia sometimes.
- hoarseness
  neck and face will get flush.

**Severity of the thyroid nodule:** Change in size since first noted - not sure.
**Timing:** the thyroid nodule was first noted 3 years ago.
**Setting in which it first occurred:** none identified.
**Predisposing factors:** family hx of thyroid cancer. Paternal Aunt.
- Pertinent negatives: history of radiation exposure in distant past.

**Previous tests and diagnostic procedures:**
- TSH (thyroid stimulating hormone).
- Thyroid ultrasound.

**Previous treatment:** no treatment has been done.

**REVIEW OF SYSTEMS**

**Constitutional Symptoms:** ***sleeping problems.***
**Ears, Nose, Mouth, and Throat:**
- **Ears:** ***ringing in ears or head noise.***
- **Mouth and Throat:** ***hoarseness or other voice change***; and ***use of partials/dentures.***

**Respiratory:** ***non-productive cough***; ***shortness of breath or difficulty breathing***; and ***wheezing.***
**Gastrointestinal:** ***heartburn or indigestion.***
**Musculoskeletal:** ***joint pain***; and ***stiffness in joints.***
**Neurological:** ***change in sense of taste***; and ***tremor.***
**Hematologic/Lymphatic:** ***excessive bleeding after injury or minor surgery***; and ***easy bruising.***
The following systems were reviewed and are negative: Cardiovascular, Endocrine, Eyes, Immunologic.

**PAST, FAMILY AND SOCIAL HISTORY**

| | |
|---|---|
| **Current Medications:** | Albuterol Sulfate (albuterol sulfate 0.083% Nebu Soln) for 30 days<br>Fiber (with aspartame) (psyllium husk (aspartame) unspecified unspecified)<br>Linzess (linaclotide 72 mcg capsule) for 30 days, refills: 1, start date 06.Mar.2018<br>omeprazole (omeprazole 40 mg capsule,delayed release(DR/EC)), Take 1 capsule by mouth every evening as directed for 30 days (quantity: 30 capsule), refills: 3, start date 27.Apr.2018<br>Prilosec OTC (omeprazole magnesium 20 mg tablet,delayed release (DR/EC)), 1 tablet twice a day<br>Spiriva Respimat (tiotropium bromide 2.5 mcg/actuation mist) for 90 days, refills: 3, start date 23.Apr.2018<br>tramadol (tramadol 50 mg tablet) for 7 days, refills: 3, start date 30.Mar.2018<br>trazodone (trazodone 50 mg tablet) for 90 days, refills: 3, start date 01.Jun.2017 |
| **Medication Allergies:** | **No known drug allergies** |
| **Non-Medication Allergies:** | Non-Medication Allergies: no information provided. |
| **Past Health History:** | **Cardiovascular:** deep vein thrombosis (blood clots in deep veins).<br>**Gastrointestinal:** gastroesophageal reflux; and hepatitis. |

Office or Other Outpatient Services

| | |
|---|---|
| | **Genitourinary:** Patient is pregnant; pregnancy has been confirmed.<br>**Psychiatric:** chronic anxiety; and depression.<br>**Immunologic:** autoimmune disorder. |
| **Surgeries and Hospitalizations:** | **Problems with anesthesia:** none.<br>**Previous surgeries:**<br>• **Abdominal and gastrointestinal:** colonoscopy.<br>• **Genitourinary:** Caesarean section in 1982 1983 & 1984; hysterectomy in 1993; and left nephrectomy in 1984.<br>**Previous non-surgical hospitalizations:** none. |
| **Tests and Immunizations:** | **Immunizations:**<br>• **Influenza vaccine -** Patient declined vaccine in 2017. |
| **Family History:** | **Problems with anesthesia:** Mother. Sister(s).<br>**Cancer:** Lung cancer - mother.<br>• Pertinent negatives: thyroid cancer, unknown type of cancer.<br>**Ears:** Hearing loss after age 20 - mother and sister(s).<br>• Pertinent negatives: hearing loss before age 20.<br>**Cardiovascular:** Hypertension - mother.<br>• Pertinent negatives: heart disease.<br>**Respiratory:** Asthma - brother(s).<br>**Neurologic:**.<br>• Pertinent negatives: stroke.<br>**Endocrine:** Diabetes, age at onset unspecified - mother.<br>**Hematologic/Lymphatic:** Bleeding or blood clotting problems - father and sister(s). |
| **Social History:** | **Current tobacco usage:** none, but former smoker.<br>**Current use of alcoholic beverages:** none.<br>**Recreational drug use:** none.<br>**Caffeine use:** about 2-3 caffeinated products per day.<br>**Second-hand smoke exposure:** none.<br>**Attitude regarding transfusion of blood products:** accepts, when deemed necessary.<br>**Home living situation and relationships:** Lives with spouse and with children.<br>**Provider has reviewed current medications, medication allergies, and PFSH/ROS information** |

**OBJECTIVE**

**CONSTITUTION:**

**Blood Pressure:** Right arm - Sitting 128/84 mm Hg. **Radial Pulse:** 84 bpm regular. **Height:** 54in. **Weight:** 152lbs. **BMI:** 36.6 kg/m2.

**General appearance:** Well developed, well nourished and groomed. No apparent acute or chronic distress.

**Ability to communicate:** normal.

**HEAD, FACE, SALIVARY GLANDS AND TMJ:**

**Inspection of Head and Face:** Normal contour and symmetry. No masses, lesions, or significant scars observed.

**Palpation/Percussion of the Face:** No tenderness, deformity or instability.

**Palpation of Parotid and Submandibular glands:** Normal.

**Facial Mobility:** Normal.

**EAR, NOSE, MOUTH AND THROAT:**

**Pinnas** - normal.

**External Nose:** normal.

**Otoscopic exam:**

- Right ear - External canal - skin normal; normal cerumen; no otorrhea; no foreign bodies. Tympanic membrane: translucent, normal light reflex; no retractions; no perforation.
- Left ear - External canal - skin normal; normal cerumen; no otorrhea; no foreign bodies. Tympanic membrane translucent, normal light reflex; no retractions; no perforation.

**Nasal Interior:**

Septum - straight.

Turbinates and middle meatus - Inferior turbinates normal. Middle turbinates normal.

No rhinorrhea.

Normal mucosa with no swelling, polyps, active bleeding or evidence of bleeding.

**Lips, Teeth and Gums:** Normal.

**Oral Cavity and Oropharynx:** Soft palate - ***edematous uvula.*** Bilateral tonsils normal. Oral mucosa with normal color and moisture. No oral or oropharyngeal mucosal lesions. Anterior 2/3rds of tongue normal. Breath quality normal. Hard

palate normal.

**NECK AND THYROID:**
**Neck:** symmetrical; trachea midline; normal laryngeal crepitation.
**Thyroid:** ***Multiple nodules***. Both Lobes. Palpable.

**LYMPH NODES: Neck nodes:** normal.

ASSESSMENT

**CURRENT PROBLEMS (ICD10 Active)**
**E04.2 Nontoxic multinodular goiter**
**K21.9 Gastro-esophageal reflux disease without esophagitis**
**R49.0 Hoarseness**

PRESCRIPTIONS

PRESCRIBED THIS VISIT

omeprazole (omeprazole 40 mg capsule,delayed release(DR/EC)), Take 1 capsule by mouth every evening as directed for 30 days (quantity: 30 capsule), refills: 3 (sent), prescribed on 27.Apr.2018

PLAN

**Medical Advice:** Patient's questions were answered.
**Schedule Follow-up:** in 1 month.
**Type of follow-up visit:** treatment follow-up.
**Impression:** Leisha Smith was seen today for evaluation of her thyroid. Ms. Smith has a history of a nodular thyroid gland for which she had an ultrasound performed in June of 2016. Her nodules were all less than a centimeter at that time with the largest nodule in the left side measuring 6mm in diameter. I am unable to palpate nodularity on her physical examination today. Her recent thyroid blood work demonstrated her to be euthyroid. I have ordered a thyroid ultrasound for reevaluation of her thyroid nodules. I will contact Ms. Smith with the results of this study. If her nodules remain stable, I will recommend continued observation. She has been complaining of some hoarseness which I believe to be related to laryngopharyngeal reflux. I have, therefore, recommended increasing the dosage of her Omeprazole to 40 mg in the evening, continuing 20 mg in the morning.

TESTS AND PROCEDURES

**TO BE SCHEDULED**
**76536 Thyroid Ultrasound**
To be scheduled; Location:

- 27.Apr.2018 Cleveland Imaging
  Any Day, Prefers Morning Appts
  Not 05/01/18 or 05/09/18

  pt # 423-303-6906, ok to l/m

Electronically signed by Todd Fowler, M.D. on 21.Jun.2018 12:30 PM

AllMeds

LEISHA SMITH DOB:
PT HISTORY/MEDICATIONS 27.Apr.2018

300| 12

81853.0

## PATIENT HEALTH HISTORY

In order for us to obtain a complete medical history, it is important for you to fill out this form as completely as possible. This is very important information. Please fill out every item. It is important for your doctor to know you have carefully reviewed every area of this form. This information will be entered into the computer and you are welcome to a copy of the report if you wish.

Patient's Last Name Smith First Leisha MI D

Sex ☐ Male ☒ Female Date of Birth:

Name of Primary Care Physician: Dr Lydia Speer

Pharmacy Preference (include location): CVS Cleveland TN APD 40

REASON FOR TODAY'S VISIT: thyroid/throat

PLEASE LIST ANY MEDICATIONS YOUR ARE CURRENTLY TAKING:

| Name of Medication | Dosage | How Often Taken |
|---|---|---|
| Spirivea | 2 Puffs 1x day | |
| Prilosec | 2 x days 20 mg | |
| Linzess | 72 mg 1x day | |
| Fiber | | |
| Albuterol | PRN | |
| Tramadol | 3 x days 50mg | |
| Trazodone | PRN | |
| | | |
| | | |
| | | |

ARE YOU ALLERGIC TO ANY MEDICATIONS? ___ Yes X No. If yes, please list below:

| Name of Medication | Type of Reaction |
|---|---|
| | |
| | |
| | |
| | |
| | |

SURGERIES AND HOSPITALIZATIONS:

Have you ever had any problems with anesthesia (being numbed or put to sleep)? ___ Yes X No

If yes, please list type of problems:

List any surgeries you have had (including dates):

~~Hyst~~ Hysterectomy 93
CSection 82, 83, 84
Lt Kidney removed 84

(bloodclots/thrombosed Hem. Feb 2018)

Have you ever been hospitalized for non-surgical reasons? ___ Yes X No

If yes, list reasons for hospitalizations

CURRENT OR MOST RECENT OCCUPATION: VW Paint Shop Quality

Laboratory Report - Vitamin D, 25-Hydroxy - Status: Final

**LabCorp**
Laboratory Corporation of America

| Patient Information | Test Information | Practice Information |
| --- | --- | --- |
| SMITH, LEISHA | Specimen: 10274909270 | Associates in ENT Main |
| DOB: Age: 57 | Collected: 4/12/2019 | 1724 Hamill Road |
| Sex: F SSN: | Received: 4/15/2019 08:05:00 | Chattanooga, TN 373434905 |
| Phone: | Reported: 4/15/2019 08:05:00 | 423 267-673 |
| Patient ID: | STAT: | Provider: |
| Acct No: 41209782 | Control Number: | NPI: |
| Fasting: | Collected Volume: | |

Ordered: Vitamin D, 25-Hydroxy - Calcium - Calcium, Ionized, Blood - PTH, Intact - Request Problem - Specimen Status Report

| Procedure | Result | Flag | Ref Range | Lab |
| --- | --- | --- | --- | --- |
| **Vitamin D, 25-Hydroxy** | | | | |
| Vitamin D, 25-Hydroxy | 39.1 | | 30.0-100.0 ng/mL | 01 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

| Procedure | Result | Flag | Ref Range | Lab |
| --- | --- | --- | --- | --- |
| **Calcium** | | | | |
| Calcium | 9.9 | | 8.9-10.8 mg/dL | 02 |
| **Calcium, Ionized, Blood** | | | | |
| Calcium, Ionized, Blood | 1.39 | H | 1.16-1.35 mmol/L | 02 |

**PTH, Intact**

The specimen submitted does not meet the laboratory's criteria for acceptability. Refer to LabCorp's Directory of Services for specimen acceptability criteria.

04/15/2019-Widener

**Request Problem**

The specimen submitted does not meet the laboratory's criteria for acceptability. Refer to LabCorp's Directory of Services for specimen acceptability criteria.
TEST: 015610 PTH, Intact

04/15/2019-Widener

**Specimen Status Report**

| Procedure | Result | Flag | Ref Range | Lab |
| --- | --- | --- | --- | --- |
| Specimen Status Report | COMMNT | | | 01 |

LAVENDER TUBE RECEIVED WITH NO TEST INDICATED IF ADDITIONAL TESTING IS REQUIRED CONTACT CUSTOMER SERVICE 865-305-9705 OPT 1

| | |
| --- | --- |
| 01 LabCorp Birmingham | Dir: Brian D Ragland, MD |
| 1801 First Avenue South, Birmingham, AL, 35233 Phone: 205-581-3500 | |
| 02 Baroness Erlanger Hospital | Dir: Joyce D Mills, MD |
| 975 E Third Street, Chattanooga, TN, 37403 Phone: 800-756-0533 | |

81853.0

# CLEVELAND IMAGING

2253 Chambliss Avenue
Cleveland, TN 37311
Phone: 423-553-1234 Fax: 423-553-1235

**SMITH, LEISHA**

| | |
|---|---|
| MRN: 412272137 | Referring MD: FOWLER, MD, TODD |
| DOB: | CC: |
| Exam Date: 03/15/2019 | Accession# 2001590565 |
| Procedure Code 76536 | Procedure U/S THYROID/NECK |

History: Multinodular goiter.

Comparison: None available.

Technique: Ultrasound imaging of the thyroid gland was performed utilizing grayscale and color Doppler technique.

Findings: The echotexture of the thyroid gland appears homogeneous. The right thyroid lobe measures 3.8 cm x 1.0 cm x 1.5 cm. The left thyroid lobe measures 3.7 cm x 1.0 cm x 1.6 cm. The isthmus measures 0.2 cm in thickness. There is a right mid pole nodular lesion seen measuring 0.6 cm x 0.4 cm x 0.5 cm which does not demonstrate abnormal blood flow. Small left inferior pole 0.8 cm x 0.6 cm x 0.6 cm nodular lesion is seen which demonstrates some increased blood flow. Further evaluation with nuclear medicine thyroid uptake scan and/or ultrasound-guided FNA may be of benefit.. There is what appears to be a possible lymph node posterior to the right lobe measuring 0.9 cm x 0.3 cm x 0.6 cm.

Impression:

1. There is a right mid pole nodular lesion seen measuring 0.6 cm x 0.4 cm x 0.5 cm which does not demonstrate abnormal blood flow.
2. Small left inferior pole 0.8 cm x 0.6 cm x 0.6 cm nodular lesion is seen which demonstrates some increased blood flow. Further evaluation with nuclear medicine thyroid uptake scan and/or ultrasound-guided FNA may be of benefit..
3. There is what appears to be a possible lymph node posterior to the right lobe measuring 0.9 cm x 0.3 cm x 0.6 cm.

MD.

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# CLEVELAND IMAGING

2253 Chambliss Avenue
Cleveland, TN 37311
Phone: 423-553-1234 Fax: 423-553-1235

**SMITH, LEISHA**

| | |
|---|---|
| MRN: 412272137 | Referring MD: FOWLER, MD, TODD |
| DOB: | CC: |
| Exam Date: 03/15/2019 | Accession# 2001590565 |
| Procedure Code 76536 | Procedure U/S THYROID/NECK |

Electronically Signed By:
LEE M. LEFLER, M.D.
03/15/2019 03:27 PM

*Thank you for the privilege of caring for your patients. We look forward to working with you and your patients in the future. If we can assist you or your patient further, please contact us at (423) 553-1234. Visit our Website at clevelandimaging.com*

Smith, Leisha Dianne (MR # 01114276)

81853.0

## Vitamin D 25 hydroxy

Order: 51799486

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Hypercalcemia; Goiter

**Notes recorded by Lydia Speer, DO on 3/15/2019 at 5:17 PM EDT**
Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

| | Ref Range & Units | 4wk ago |
|---|---|---|
| Vitamin D, 25-Hydroxy | 30.0 - 100.0 ng/mL | 19.3 ▾ |

Comment: Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

Resulting Agency LabCorp

### Narrative

Performed at: 02 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Collected: 03/14/19 16:37
Last Resulted: 03/15/19 16:17
Order Details View Encounter Lab and Collection Details Routing Result History

## Reviewed By List

Lydia Speer, DO on 3/15/2019 17:17

## Other Results from 3/14/2019

- **TSH+Free T4** Final result — 3/14/2019
- **Thyroid Antibodies** Final result — 3/14/2019
- **T3** Final result — 3/14/2019
- **PTH, intact** Final result — 3/14/2019
- **Comprehensive metabolic panel** Final result — 3/14/2019

Smith, Leisha Dianne (MR # 01114276)

**Order Report**

CALCIUM, IONIZED (Order #51799484) on 3/14/19

**Reprint Order Requisition**

CALCIUM, IONIZED (Order #51799484) on 3/14/19

Pending

Smith, Leisha Dianne (MR # 01114276) Printed by Tracey Donahue [9381] at 4/12/19 2:54 PM

Smith, Leisha Dianne (MR # 01114276)

## Comprehensive metabolic panel

Order: 51799487

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Hypercalcemia; Goiter

**Notes recorded by Lydia Speer, DO on 3/15/2019 at 5:17 PM EDT**
Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

| | Ref Range & Units | 4wk ago | 1mo ago |
|---|---|---|---|
| Glucose, Serum | 70 - 99 mg/dL | 97 | 75 |
| BUN | 7 - 26 mg/dL | 14 | 13 |
| Creatinine, Serum | 0.6 - 1.1 mg/dL | 0.8 | 0.7 |
| eGFR If NonAfricn Am | 51 - 120 ml/min/1.73 m2 | 74 | 87 |
| eGFR If Africn Am | 51 - 120 ml/min/1.73 m2 | 90 | 105 |
| BUN/Creatinine Ratio | 8 - 27 | 17.5 | 18.6 |
| Sodium, Serum | 136 - 145 mmol/L | 141 | 141 |
| Potassium | 3.5 - 5.1 mmol/L | 3.8 | 4.3 |
| Chloride, Serum | 98 - 107 mmol/L | 106 | 105 |
| Carbon Dioxide, Total | 22 - 31 mmol/L | 26 | 29 |
| Calcium, Serum | 8.9 - 10.8 mg/dL | 9.8 | 9.7 |
| Protein, Total, Serum | 6.0 - 8.3 g/dL | 7.3 | 6.5 |
| Albumin, Serum | 3.5 - 5.0 g/dL | 4.4 | 4.1 |
| Globulin, Total | 1.5 - 4.5 g/dL | 2.9 | 2.4 |
| A/G Ratio | 1.0 - 2.2 | 1.5 | 1.7 |
| Bilirubin, Total | 0.2 - 1.2 mg/dL | 0.2 | 0.3 |
| Alkaline Phosphatase, S | 40 - 150 U/L | 97 | 92 |
| AST (SGOT) | 5 - 34 U/L | 17 | 17 |
| ALT (SGPT) | 3 - 55 U/L | 13 | 11 |
| Resulting Agency | | LabCorp | LabCorp |

### Narrative

```
Performed at:  01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN  374032112
Lab Director: Joyce Mills MD, Phone:  8007560533
```

Specimen Collected: 03/14/19 16:37

Last Resulted: 03/15/19 16:17

Order Details View Encounter Lab and Collection Details Routing Result History

## Reviewed By List

Lydia Speer, DO on 3/15/2019 17:17

## Other Results from 3/14/2019

Smith, Leisha Dianne (MR # 01114276)

## TSH+Free T4

Order: 51799481

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Hypercalcemia; Goiter

Notes recorded by Lydia Speer, DO on 3/15/2019 at 5:17 PM EDT
Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

| | Ref Range & Units | 4wk ago | 1yr ago |
|---|---|---|---|
| TSH | 0.34 - 5.60 uIU/mL | 2.348 | 1.856 |
| T4,Free(Direct) | 0.54 - 1.24 ng/dL | 0.77 | |
| Resulting Agency | | LabCorp | LabCorp |

### Narrative

```
Performed at:  01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN  374032112
Lab Director: Joyce Mills MD, Phone:  8007560533
```

Specimen Collected: 03/14/19 16:37

Last Resulted: 03/15/19 16:17

Order Details View Encounter Lab and Collection Details Routing Result History

## Reviewed By List

Lydia Speer, DO on 3/15/2019 17:17

## Other Results from 3/14/2019

| | |
|---|---|
| **Thyroid Antibodies** Final result | 3/14/2019 |
| **T3** Final result | 3/14/2019 |
| **PTH, intact** Final result | 3/14/2019 |
| **Vitamin D 25 hydroxy** Final result | 3/14/2019 |
| **Comprehensive metabolic panel** Final result | 3/14/2019 |

Smith, Leisha Dianne (MR # 01114276)

## Thyroid Antibodies

Order: 51799482

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Hypercalcemia; Goiter

**Notes recorded by Lydia Speer, DO on 3/15/2019 at 5:17 PM EDT**
Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

| | Ref Range & Units | 4wk ago |
|---|---|---|
| **Thyroid Peroxidase (TPO) Ab** | 0 - 34 IU/mL | <6 |
| **Thyroglobulin Antibody** | 0.0 - 0.9 IU/mL | <1.0 |

Comment: Thyroglobulin Antibody measured by Beckman Coulter Methodology

Resulting Agency LabCorp

### Narrative

Performed at: 02 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

| Specimen Collected: | Last Resulted: 03/15/19 | Order Details View Encounter Lab and Collection |
|---|---|---|
| 03/14/19 16:37 | 16:17 | Details Routing Result History |

## Reviewed By List

Lydia Speer, DO on 3/15/2019 17:17

## Other Results from 3/14/2019

| | |
|---|---|
| **TSH+Free T4** Final result | 3/14/2019 |
| **T3** Final result | 3/14/2019 |
| **PTH, intact** Final result | 3/14/2019 |
| **Vitamin D 25 hydroxy** Final result | 3/14/2019 |
| **Comprehensive metabolic panel** Final result | 3/14/2019 |

Smith, Leisha Dianne (MR # 01114276)

## T3

Order: 51799483

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Hypercalcemia; Goiter

**Notes recorded by Lydia Speer, DO on 3/15/2019 at 5:17 PM EDT**
Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

| | Ref Range & Units | 4wk ago |
|---|---|---|
| Triiodothyronine (T3) | 71 - 180 ng/dL | 116 |
| Resulting Agency | | LabCorp |

### Narrative

```
Performed at:  02 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500
```

| Specimen Collected: | Last Resulted: 03/15/19 | Order Details View Encounter Lab and Collection Details Routing Result History |
|---|---|---|
| 03/14/19 16:37 | 16:17 | |

## Reviewed By List

Lydia Speer, DO on 3/15/2019 17:17

## Other Results from 3/14/2019

| | |
|---|---|
| **TSH+Free T4** Final result | 3/14/2019 |
| **Thyroid Antibodies** Final result | 3/14/2019 |
| **PTH, Intact** Final result | 3/14/2019 |
| **Vitamin D 25 hydroxy** Final result | 3/14/2019 |
| **Comprehensive metabolic panel** Final result | 3/14/2019 |

Smith, Leisha Dianne (MR # 01114276)

## PTH, intact

Order: 51799485

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Hypercalcemia; Goiter

**Notes recorded by Lydia Speer, DO on 3/15/2019 at 5:17 PM EDT**
Your labs are interesting... :)

Your thyroid levels are all normal-thankfully!
Thyroid antibody levels are normal
Regular calcium, kidney function, liver tests, electrolytes are normal
Ionized calcium still pending
Intact parathyroid hormone elevated
Vitamin D low. Often parathyroid hormone can be elevated if vitamin D is low. I would like to treat you with 50,000 IU of ergocalciferol weekly for 12 weeks and then plan on rechecking your levels to make sure they are improving-I will send to your pharmacy. We will see what your thyroid ultrasound shows and see what your ENT wants to do next.

| | Ref Range & Units | 4wk ago |
|---|---|---|
| **PTH, Intact** | 15 - 65 pg/mL | 77 ^ |
| Resulting Agency | | LabCorp |

### Narrative

```
Performed at:  02 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500
```

Specimen Collected: 03/14/19 16:37

Last Resulted: 03/15/19 16:17

Order Details View Encounter Lab and Collection Details Routing Result History

## Reviewed By List

Lydia Speer, DO on 3/15/2019 17:17

## Other Results from 3/14/2019

| | |
|---|---|
| **TSH+Free T4** Final result | 3/14/2019 |
| **Thyroid Antibodies** Final result | 3/14/2019 |
| **T3** Final result | 3/14/2019 |
| **Vitamin D 25 hydroxy** Final result | 3/14/2019 |
| **Comprehensive metabolic panel** Final result | 3/14/2019 |

CLEVELAND IMAGING 81853.0

2253 Chambliss Avenue
Cleveland, TN 37311
Phone: 423-553-1234 Fax: 423-553-1235

**SMITH, LEISHA**

| | |
|---|---|
| MRN: 412272137 | Referring MD: FOWLER, MD, TODD |
| DOB: | CC: |
| Exam Date: 05/16/2018 | Accession# 2001424138 |
| Procedure Code 76536 | Procedure U/S THYROID/NECK |

History: History of nodules..

Comparison: 2010.

Technique: Ultrasound examination of the thyroid gland was performed..

Findings:

Right lobe 4.0 x 0.9 x 1.2 cm. Isthmus 0.2 cm. Left lobe 4.1 x 1.0 x 1.0 cm. There is a cyst at the lower pole the right thyroid gland 4.4 mm in size. There is a hypoechoic nodule 5 mm in size mid right gland. Within the left lobe, mid gland, there is a hypoechoic nodule measuring 8 mm in size.

Impression:

1. New hypoechoic, potentially solid nodule versus complex cyst left mid gland.
2. 5 mm hypoechoic nodule mid right gland.
3. Cystic nodule posterior right mid gland.
4. Findings may be related to goiter but are otherwise nonspecific. Consider correlation with thyroid labs and short interval follow-up ultrasound or needle sampling.

Electronically Signed By:
JOHN O. NUNES, M.D.
05/16/2018 04:10 PM

*Thank you for the privilege of caring for your patients. We look forward to working with you and your patients in the future. If we can assist you or your patient further, please contact us at (423) 553-1234. Visit our Website at clevelandimaging.com*

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Smith, Leisha Dianne (MR # 01114276)

81853.0

## T4 and TSH

Order: 31394122

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Pain of both hip joints; Goiter; Rheu...

| | Ref Range & Units | 4wk ago | 1yr ago |
|---|---|---|---|
| **TSH** | 0.34 - 5.60 uIU/mL | 1.856 | 1.787 |
| **Thyroxine (T4)** | 6.1 - 12.2 ug/mL | 10.3 | |
| Resulting Agency | | LabCorp | LabCorp |

### Narrative

```
Performed at:  01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN  374032112
Lab Director: Joyce Mills MD, Phone:  8007560533
```

Specimen Collected: 03/30/18 11:15

Last Resulted: 04/01/18 20:07

Order Details View Encounter Lab and Collection Details Routing

## Other Results from 3/30/2018

| | |
|---|---|
| **ANA w/Reflex if Positive** Final result | 3/30/2018 |
| **C-reactive protein** Final result | 3/30/2018 |
| **Rheumatoid factor** Final result | 3/30/2018 |
| **Sedimentation rate, automated** Final result | 3/30/2018 |
| **Cyclic citrul peptide antibody, IgG/IgA** Final result | 3/30/2018 |

Request Corr.



Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

91853.0

Lincoln Financial Group

Apr 16, 2019

ASSOCIATES IN EAR NOSE THROAT
1724 HAMILL RD STE 102
ATTN: MEDICAL RECORDS
HIXSON, TN 37343

**Re: Long Term Disability Benefits**
Claim# 8248892 5218029
Claimant: SMITH, LEISHA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ASS011

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting ~~the following information:~~

**From January 1, 2018 to Present**
- Seen By: FOWLER, DR. TODD

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Inna Patrizia Landrito

Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

5216029

# Quality Assurance Report

## Request Information

Report Date: April 23, 2019

**RP ID:** 5218029

Patient Name: SMITH, LEISHA

Provider Name: ASSOCIATES IN EAR NOSE THROAT

## Quality Assurance Information

Scope Requested: **From January 1, 2018 to Present**

Special Request:
- Seen By: FOWLER, DR. TODD

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MDDEV

Medi-Copy Services, Inc.
8 City Blvd
Suite 400
Nashville TN 37209
medicopy.net

# FAX

| | | | |
|---|---|---|---|
| **To:** | +1 (603) 559-0307 | **From:** | Brooke Ladue |
| **Company:** | | **Fax:** | +1 (833) 330-0521 |
| **Fax:** | +1 (603) 559-0307 | **Phone:** | 6157802741 |
| **Subject:** | | **Date:** | 04/24/2019 |
| **Ref:** | | **Time:** | 09:16:42 AM CST |
| **Pages:** | 14 | | |

**Remarks:**

This facsimile, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message.

**NASHVILLE HIP INSTITUTE**
**Preservation, Reconstruction & Sports Medicine**

J. W. Thomas Byrd, MD
Tania A. Ferguson, MD, MAS

2004 Hayes Street
Suite 700
Nashville, TN 37203
615-284-5800
Fax 615-284-5819

# AUTHORIZATION TO RELEASE MEDICAL INFORMATION
**(All sections must be completed)**

**I hereby authorize the disclosure of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, sexually transmitted disease, or HIV/AIDS infection.**

Patient Name: Leisha Dianne Smith Date of Birth: ____________

*(Select To or From)*
☐ To ☑ From

Nashville Hip Institute
2004 Hayes Street, Suite 700
Nashville, TN 37203
615-284-5800 fax: 615-284-5819 email: kathleen@nashvillehip.org

☑ To ☐ From

Liberty Life Assurance Company of Boston
Secure Fax: (603) 559-0307 Phone: (800) 291-0112 Ext. 13944
Claim #: 8248892 RE: Leisha Smith
ATTN: Margaret LaBossiere Disability Case Manager

This request and authorization applies to:

☑ All medical records

☐ Health care information relating to the following treatment, condition, or dates of treatment:
Please fax my records to the above fax number. Thank you.

Purpose of disclosure: I have to provide them updates of any and all doctor visits, tests, etc.

**I understand I have a right to revoke this authorization by written notification to the Privacy Officer, except to the extent it has acted in reliance thereon before notice of revocation. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure which may not be protected by federal confidentiality rules. I understand that I may request a copy of this authorization. I understand that I can refuse to sign this authorization and the above-named office may not condition treatment on my signing of this authorization.**

Leisha Smith
*Signature of Patient or Authorized Representative*

April 18, 2019
*Date Signed*

The authorization will expire on: April 18, 2019
*Date or Event may not exceed one year*

MediCopy Received 4/23/19
Date Range Requested COC
SSN / DOB Checked —
Employee TKY
MediCopy Scanned 4/23/19

# ATTENTION

CONFIDENTIAL INFORMATION ENCLOSED
TO BE VIEWED BY AUTHORIZED PERSONEL ONLY

Any questions regarding this information can be directed to:

**MediCopy Services, Inc.**
**TOLL FREE: 866-587-6274**
**www.MediCopy.net**

---

# ATTENTION HEALTHCARE FACILITIES

MediCopy offers a FREE encrypted portal for the secure delivery of protected health information. If interested, please email contact@medicopy.net.

✓ **FREE Release of Information Services**

✓ **FREE Disability/FMLA Form Completion**

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc., a health information outsourcing service, has produced the enclosed health information and is under contract with the medical facility from which this information has been requested. The copies have been made from the medical facility's original records. Federal and state laws protect the confidentiality of these records. MediCopy Services, Inc. is in compliance with all state laws and is HIPAA compliant in its operations.

NASHVILLE
HIP INSTITUTE
PRESERVATION, RECONSTRUCTION & SPORTS MEDICINE

J.W. Thomas Byrd, M.D.
Tania A. Ferguson, M.D., M.A.S.
2004 Hayes Street
Suite 700
Nashville, TN 37203
615-284-5800
fax 615-284-5819
nashvillehip.org

Apr 11, 2019

Mrs. Leisha Smith
410019

Evaluation for bilateral hip pain.

REASON FOR VISITATION: Ms. Smith is a 57-year-old female seen today in consultation for Dr. Higgins in regard to bilateral hip pain. Her right side is significantly worse than her left. She had no particular injury. She has noticed pain for the last couple of years. She was working at the Volkswagen factory. She would work 10 to 11-hour days and everything would really hurt. This was back in 2017. She has a fairly complicated medical history. She was diagnosed with hepatitis C in 1989. She was diagnosed with Parkinson's in March of 2019. She has also been told that she has rheumatoid arthritis secondary to vasculitis. She has Von Willebrand's clotting disorder. She has had multiple issues with blood clots and hemorrhoids. She had banding of her hemorrhoids in March 2018, and a hemorrhoidectomy in February 2019. She initially went to Dr. Higgins for her hip pain. She had fluoroscopic-guided injections into her hips. She had a bad reaction to this. She felt like she had a sunburn all over her body. She says that it did help for about three weeks, but it was only about 50% of her pain. She ended up getting arthrograms that showed evidence of bilateral labral tears. She was referred to Dr. Brandon Cincere. She saw Dr. Cincere in January of this year. Dr. Cincere was a little hesitant to be taking a surgery because of all of her other issues. She was referred to Dr. Miller to have her spine ruled out. Dr. Miller said her spine was not an issue, she went back to Dr. Cincere. Dr. Cincere stated that he was uncomfortable moving forward with surgery because of her other medical diagnoses. She then went back to Dr. Higgins. He suggested she come here for an evaluation. At this point, she has mostly inner groin pain. It is worse on the right side than the left. She has some lateral and posterior pain. She has popping on the right side, which can be painful. She has some numbness and tingling into her knees bilaterally. She has increased pain with sitting, going up and down stairs, and startup pain. She is somewhat better with Tylenol; however, it is not providing her with significant relief. She is unable to take anti-inflammatories. She says that some point in 2018 she was doing physical therapy. This was during the time she was having issues with her hemorrhoids. They were doing some pelvic floor therapy as well as some hip therapy, but she says she was not tolerating it very well because of the amount of pain she was having at that time related to her hemorrhoids and the clotting issues that she was having.

PHYSICAL EXAMINATION: Ms. Smith is a well-appearing female in no acute distress. She walks with an altered gait. Logrolling of her left lower extremity internally causes no pain. She has anterior pain with logrolling externally. She has anterior pain with flexion as well as flexion with internal rotation. No pain with external rotation. She has some slight tenderness to palpation over her hip flexors, but this is minimal. She has some slight lateral tenderness. On the right side, logrolling internally causes no pain. Logrolling externally causes significant anterior pain. She has anterior pain with flexion as well as flexion with internal rotation. She has some slight lateral pain with external rotation. She has no tenderness to palpation over her hip flexors. She has no tenderness over her adductors. She does have lateral and posterior tenderness and some weakness with resisted abduction. She has some slight weakness with a resisted straight leg raise as well, and this causes some anterior pain. Resisted abduction causes lateral pain.

X-RAYS: I reviewed the x-rays we obtained in clinic today. This included an AP view of her pelvis and a frog-leg lateral of her right hip. I see no signs of acute injury or fracture. She has well-maintained joint spaces bilaterally. Slight cam-type deformity to her femoral head/neck junction.

I reviewed the MRI he had completed back in December. This is an MRI of her right and left hip with contrast. She does have evidence of labral tearing in both hips. She also has a little inflammation in her lateral soft tissues bilaterally, consistent with some damage to her abductors.

IMPRESSION: On exam, it seems like Ms. Smith has a fair amount of joint irritability. She has pain with provocative maneuvers of her hip. She also has quite a bit of soft tissue-related pain. Her pain is significantly worse on the right than the left. She does have evidence of labral tearing as well as some underlying impingement morphology. She has tried physical therapy in the past, but this was during a time where she was having pain associated with other things, and I am not surprised that she did not tolerate this well. She does have some soft-tissue-related pain that could potentially benefit from some structured rehab or conservative treatment. Her other medical diagnoses do certainly complicate the idea of an arthroscopic procedure, but it is something that we could end up talking about.

RECOMMENDATIONS: I talked to Ms. Smith about treatment options. I would like to go ahead and get an updated high-resolution MRI of her right hip to further evaluate her intraarticular pathology and the surrounding soft tissues. She had some evidence of abductor damage on her previous scan. I would like to see if this looks any worse and if she has any subchondral inflammation or some soft tissue edema that may have been obscured by the contrast in her previous scan. We will also have her meet with our physical therapists today to get a baseline exam and see if there is anything we could do from a therapy standpoint to improve her symptoms. At this point, I will plan on seeing her back later today after her MRI and her functional evaluation.

ADDENDUM

Ms. Smith returns to the clinic today after having the MRI of her right hip and working with Ken. Her MRI does show some increased signal in her labrum consistent with labral damage. She also has some early arthritic changes in both hips as well as some abductor tendinopathy, more so on the right than the left. Ken worked with her today and does feel like she has fairly significant deconditioning and hip specific weakness as well as soft tissue pain and would benefit significantly from a structured rehab. He found a good physical therapist she could work with him Cleveland, Tennessee. We have given her some information. We had previously talked about doing an intraarticular injection for diagnostic purposes, but I think, given the fact that she only lives about two-and-a-half hours away, we would like to see how much progress we can make with physical therapy. If she is feeling good enough after she has done a course of rehab, we might be able to avoid injecting her. If after three or four weeks of physical therapy she is not making any progress, we may bring her back to do a diagnostic injection into her joint. I am hopeful that we can at least make some progress with a structured rehab first. This is not something that she has done recently. She says that she has used Pennsaid in the past and has tolerated this well. I gave her some samples today, and we will in a prescription for Pennsaid for her to use over her lateral hips. Hopefully, this also allows her to make more progress. As of right now, we will plan on hearing back from her in three or four weeks, after she has been able to get into physical therapy. I have encouraged her to call me back at any point prior to that time should she have any questions or concerns.

Elizabeth A. Bardowski, M.S.N., A.P.N., A.C.N.P.-BC
T-041019-mtsoa

Letter, Dr. Higgins.

BBanhli

# Premier Radiology

**Premier Radiology Nashville**
28 White Bridge Pike, Suite 111
Nashville, TN 37205
Phone: (615) 356-3999
Fax: (615) 333-0462

**Patient Name:** SMITH, LEISHA
**Patient ID:** 1001834455
**Date of Birth:**

**Accession Number:** 6068038
**Referrer:** Byrd, Thomas
**Exam Date:** April 11, 2019

PROCEDURE: MRI RIGHT HIP UNILATERAL WITHOUT CONTRAST

TECHNIQUE: Magnetic resonance imaging of the hip RIGHT was performed using standard pulse sequences. CPT 73721

HISTORY: Pain in right hip. No previous hip surgery. M25.551 Pain in right hip

COMPARISONS: None.

FINDINGS:

Bone marrow signal is normal. No evidence of fracture, stress reaction or osteonecrosis. Visualized portions of the sacrum and sacroiliac joints are within normal limits. There may be mild chronic osteitis pubis without marrow edema, incompletely evaluated.

There is minimal anterior convexity of the femoral head neck junctions. There is mild thinning of bilateral hip articular cartilage without focal defect or subchondral marrow signal abnormality. There are very small marginal acetabular osteophytes. There is minimal increased signal within the RIGHT anterior superior acetabular labrum. A discrete tear is not visualized. There are small bilateral hip joint effusions.

There is mild bilateral gluteal tendinopathy without discrete tear. There is a small amount of fluid in the RIGHT greater trochanteric bursa. Hip girdle musculature appears otherwise normal. Neurovascular structures appear normal. Intrapelvic structures are unremarkable in this patient post hysterectomy. Surrounding soft tissues are unremarkable.

IMPRESSION:
1. Minimal anterior convexity of the hip suggesting cam-type femoroacetabular impingement. There is minimal increased signal within the RIGHT anterior superior acetabular labrum. Although no discrete labral tear is identified, small nondisplaced tear is not excluded.

2. Mild/early bilateral hip osteoarthritis. Small bilateral hip joint effusions.

3. Mild bilateral gluteal tendinopathy, worse on the RIGHT with small amount of fluid in the RIGHT greater trochanteric bursa.

ws:PBCRDWINXAF5E
Electronically Signed by: Gabriel Starace, M.D.
Date Signed: 04/11/2019 13:40:54:0 CTZ
Referring providers may call my direct line (615)986-6410

THANK YOU FOR ASKING US TO PARTICIPATE IN THE CARE OF THIS PATIENT.

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# MRI hip arthrogram right with contrast [IMG1789] (Accession E597724)

Status: Final result

## Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear

COMPARISON: No prior MRI. Correlation with right hip fluoroscopic arthrogram earlier same day

TECHNIQUE: Multiplanar, multisequence MR imaging of the right was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium based contrast material reported separately. The pelvis and left hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is a moderately sized irregular contrast-filled cleft insinuating between the anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment. The remainder of the labrum is intact.

There are mild degenerative changes at the right hip evidenced by joint space loss and mild chondral thinning/heterogeneity. Mild bony remodeling along the superior acetabulum. No acute fractures or dislocations are identified. The bone marrow signal is nonpathologic. No MR evidence for avascular necrosis of the right femoral head. On the large field-of-view coronal STIR sequence, additional degenerative changes are noted at the pubic symphysis and sacroiliac joints. Mild degenerative changes at the left hip, please refer to left hip MRI dictated separately. Additional mild to moderate degenerative changes in the lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space.

Moderate tendinopathy of the gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon. Linear edema within the rectus femoris muscle favored postprocedural in etiology. Otherwise, imaged tendinous insertion sites and muscles about the right hip are intact and grossly unremarkable. No significant muscular atrophy.

The patient appears to be status post hysterectomy. Otherwise, the imaged soft tissue structures in the pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Moderately sized irregular contrast-filled cleft insinuating between the right anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment.
2. Mild degenerative changes at the right hip.
3. Mild degenerative changes in the lower lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space, consider dedicated lumbar spine MRI.

4. Moderate tendinopathy of the right gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon.

Dictated By: - 12/27/2018 5:36 PM EST

Electronically Signed By: Eileen Lorenz, MD - 12/28/2018 8:47 AM EST

## Result History

MRI hip arthrogram right with contrast (Order #41712468) on 12/28/2018 - Order Result History Report

## Result Status

| Dictated by | Date | Electronically Signed By | Date/Time | Transcribed |
|---|---|---|---|---|
| Eileen Lorenz, MD | 12/28/2018 | **LORENZ, EILEEN** | 12/28/2018 08:47 | Powerscribe |

## Reviewed By List

Matthew Higgins, MD on 1/7/2019 10:20
Haley Rievley, MA on 1/3/2019 11:17

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 12/27/2018 13:23 | 12/27/2018 14:48 |

## Appointments for this Order

12/27/2018 2:00 PM - 60 min BEH MRI 4 (Resource) Beh Mri

## External Results Report

Open External Results Report

## Encounter

View Encounter

## Screening Form Questions

| | Answer | Comment |
|---|---|---|
| Claustrophobic? | No | |
| Previous MRI, CT, or PET scan of the area of the body being scanned today? If yes, where? | No | |
| Pacemaker or internal cardioverter defibrillator (ICD)? | No | |
| Heart surgery? | No | |
| Chest surgery? | No | |
| Artifical heart valve? | No | |
| Brain surgery? | No | |
| Aneurysm clips? | No | |
| Ear surgery? | No | |
| Hearing aids? | No | |
| Tattoos or tattooed eyeliner? | No | |
| Dentures or partials? | Yes | |
| Shrapnel, bullets or bb's? | No | |

## Patient Information

Patient Name Sex DOB
Smith, Leisha Dianne Female

# MRI hip arthrogram left with contrast [IMG1790] (Accession E597725)

Status: Final result

## Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear.

COMPARISON: Correlation with left hip fluoroscopic arthrogram earlier same day. No prior MRI.

TECHNIQUE: Multiplanar, multisequence MR imaging of the left hip was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium-based contrast material reported separately. The pelvis and right hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is blunting, irregularity, and intrasubstance signal abnormality throughout the anterosuperior labrum in keeping with tearing with a small irregular contrast-filled cleft insinuating between the labrum and subjacent acetabulum, in keeping with partial detachment anteriorly. The remainder of the labrum is intact. There are mild degenerative changes at the left hip evidenced by joint space loss, mild chondral ending and heterogeneity, and bony remodeling along the superior acetabulum. The bone marrow signal is nonpathologic. No acute fractures or dislocations are identified. No MR evidence for avascular necrosis of the left femoral head.

On the large field-of-view coronal STIR sequence, there are mild degenerative changes at the pubic symphysis and sacroiliac joints. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Mild degenerative changes at the right hip, please refer to dedicated right hip MRI dictated separately.

Mild to moderate tendinopathy of the left gluteus minimus tendon with low-grade insertional tearing as it attaches onto the greater trochanter of the left femur. Additional mild to moderate tendinopathy of the gluteus medius tendon with suspected low-grade insertional tearing as it attaches onto the greater trochanter. Mild adjacent soft tissue swelling and small volume bursal fluid. Otherwise, the imaged tendinous insertion sites about the left hip are intact.

The patient appears to be status post hysterectomy. Otherwise, imaged soft tissue structures in the low abdomen and pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Tearing of the anterosuperior left acetabular labrum with partial labral detachment anteriorly, please see above for details.
2. Mild degenerative changes at the left hip.
3. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Consider dedicated lumbar spine MRI.
4. Mild to moderate tendinopathy of the left gluteus minimus and medius tendons with low-grade insertional tearing as they attach onto the greater trochanter of the left femur. Mild adjacent soft tissue swelling and small volume bursal fluid.

Dictated By: - 12/27/2018 5:36 PM EST

Electronically Signed By: Eileen Lorenz, MD - 12/28/2018 8:37 AM EST

## Scans on Order 41712466

- Imaging External Result - MRI - Scan on 12/27/2018 2:30 PM : Screening Form 12/27/18

## Result History

MRI hip arthrogram left with contrast (Order #41712466) on 12/28/2018 - Order Result History Report

## Result Status

| Dictated by | Date | Electronically Signed By | Date/Time | Transcribed |
|---|---|---|---|---|
| Eileen Lorenz, MD | 12/28/2018 | **LORENZ, EILEEN** | 12/28/2018 08:37 | Powerscribe |

## Reviewed By List

Matthew Higgins, MD on 1/7/2019 10:20
Haley Rievley, MA on 1/3/2019 11:17

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 12/27/2018 13:23 | 12/27/2018 14:47 |

## Appointments for this Order

12/27/2018 12:00 PM - 60 min BEH MRI 4 (Resource) Beh Mri

## External Results Report

Open External Results Report

## Encounter

View Encounter

## Screening Form Questions

| | Answer | Comment |
|---|---|---|
| Claustrophobic? | No | |
| Previous MRI, CT, or PET scan of the area of the body being scanned today? If yes, where? | No | |
| Pacemaker or internal cardioverter defibrillator (ICD)? | No | |
| Heart surgery? | No | |
| Chest surgery? | No | |
| Artifical heart valve? | No | |
| Brain surgery? | No | |
| Aneurysm clips? | No | |
| Ear surgery? | No | |
| Hearing aids? | No | |
| Tattoos or tattooed eyeliner? | No | |
| Dentures or partials? | Yes | |
| Shrapnel, bullets or bb's? | No | |
| Shunts or stents? | No | |

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# Fluoroscopy arthrocentesis aspiration injection major joint bilateral [IMG123451] (Accession E825737)

Status: Edited Result - FINAL

## PACS Images

Show images for Fluoroscopy arthrocentesis aspiration injection major joint bilateral

## Addendum

***ADDENDUM***

Also, the right hip was injected using the same technique and contrast solution as described in the body the report by Kristin Hartpence under the direct supervision of Dr. Justin Calvert.

Dictated By: - 1/11/2019 5:48 PM EST

Electronically Signed By: Justin Calvert, MD - 1/11/2019 5:49 PM EST

Addended by Justin Calvert, MD on 1/11/2019 5:49 PM

## Study Result

PROCEDURE: Fluoroscopic guided hip arthrogram injection.

PROCEDURALISTS: Dr. Justin Calvert, Kristin Hartpence RPA

HISTORY: Left hip pain.

TECHNIQUE/FINDINGS: The benefits, risks, and alternatives of the procedure were discussed with the patient and informed/written consent obtained. Sterile barrier technique was followed including: cap, mask, sterile gown, sterile gloves, large sterile sheet, hand hygiene and 2% chlorhexidine for cutaneous antisepsis. A time-out was performed to properly identify the patient.

Lidocaine 1% was administered subcutaneously for local anesthesia. Under fluoroscopic guidance, a 20-gauge spinal needle was inserted within the left hip joint. A small amount of contrast was injected to confirm intra-articular needle tip positioning. This was then followed by intra-articular injection of approximately 12mL of a solution containing 10mL of diluted gadolinium in normal saline, 5mL of Omnipaque 300, and 5mL of Marcaine. The needle was then removed. A bandage was placed over the skin access site.

The procedure was performed by Kristin Hartpence RPA under the direct supervision of Dr. Justin Calvert.

MEDICATIONS: As above.

CONTRAST: As above.

FLUOROSCOPY TIME/DOSE: 0.1 min, 1.4 mGy reference air Kerma.

COMPLICATIONS: None.

IMPRESSION:
1. S/P left hip injection for MR arthrogram.

2. Please see MR report for further details which will be reported separately.

The patient will be discharged back to the care of the referring clinician. The patient can return to Interventional Radiology as needed. We appreciate you allowing Tennessee Interventional and Imaging Associates the chance to participate in the care of this patient. If we can be of further assistance, please contact us at 423-778-7234. www.tiiarad.com

Dictated By: - 12/27/2018 4:47 PM EST

Electronically Signed By: Justin Calvert, MD - 12/27/2018 4:48 PM EST

## Scans on Order 51799446

- Consent - Procedure - Scan on 12/27/2018 1:17 PM

## Result History

Fluoroscopy arthrocentesis aspiration injection major joint bilateral (Order #51799446) on 1/11/2019 - Order Result History Report - Result Edited

## Result Status

| Dictated by | Date | Electronically Signed By | Date/Time | Transcribed |
|---|---|---|---|---|
| Justin Calvert, MD | 12/27/2018 | **CALVERT, JUSTIN** | 12/27/2018 16:48 | Powerscribe |

## Reviewed By List

Matthew Higgins, MD on 2/5/2019 07:13

## Exam Information

| Status | | Exam Begun | Exam Ended |
|---|---|---|---|
| Final [99] | | 12/27/2018 12:10 | 12/27/2018 13:18 |

## Appointments for this Order

12/27/2018 11:00 AM - 60 min ELMM RF 1 (Resource) Elmm Diagnostic Rad

## External Results Report

Open External Results Report

## Encounter

View Encounter

## Order Report

Order Details

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# MRI lumbar spine without contrast [IMG283] (Accession E878642)

Status: Final result

## PACS Images

Show images for MRI lumbar spine without contrast

## Study Result

INDICATION: Low back pain radiating into bilateral hips for one year and progressively worsening

TECHNIQUE: MRI L-spine without contrast.

COMPARISON: None.

FINDINGS:

Five nonrib-bearing lumbar vertebra present. Vertebral body heights are maintained in anatomic alignment. The conus terminates at the L1 vertebral level. No nerve root clumping identified.

T12-L1: No significant degenerative changes.

L1-L2: Mild disc degeneration with without significant disc bulge and no central canal or neural foraminal narrowing.

L2-L3: Mild disc degeneration with a minimal left disc bulge which extends into the left lateral recess, though does not result in significant neural foraminal narrowing. There is no central canal narrowing.

L3-L4: Mild disc desiccation without disc bulge and no central canal or neural foraminal narrowing.

L4-L5: Mild disc desiccation with a very minimal broad-based posterior disc osteophyte complex which results in minimal bilateral neural foraminal narrowing.

L5-S1: Moderate disc degeneration with a left-sided disc herniation which narrows the lateral recess, resulting in moderate left neural foraminal narrowing. There is no significant central canal or right neural foraminal narrowing.

IMPRESSION:
Multilevel degenerative changes, most pronounced at L5-S1

Dictated By: - 2/8/2019 10:20 AM EST

Electronically Signed By: Michael Nichols - 2/8/2019 10:25 AM EST

## Scans on Order 51799468

› Imaging - MRI - Scan on 2/7/2019 7:15 AM : MRI SCREENING FORM

## Result History

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

April 16, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On April 15, 2019, we requested medical records from The Hip Institute, Dr. Coo, Dr. Swaby, Dr. Dunn, Dr. Fowler, and Dr. Valde . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2019 through present from The Hip Institute, Dr. Coo, Dr. Swaby, Dr. Dunn, Dr. Fowler, and Dr. Valde

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Volkswagen Group of America's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 29, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 28, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 28, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Margaret LaBossiere
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13944
Secure Fax No.: (603) 559-0307

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

14 pages

Claim# 8248892
MS. LEISHA SMITH

AttN

Margaret Cook
X 13944

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

February 19, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the twelfth month, you must be disabled from any occupation. As your benefits began on August 17, 2018, the change in definition will occur on August 17, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by March 5, 2019:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X SS Reimbursement Agreement
- ___ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Margaret Cook
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13944
Secure Fax No.: (603) 559-0307

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
SS Reimbursement Agreement

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**Return To:** Margaret Labossiere



EMPLOYEE/CLAIMANT NAME: Leisha Smith

CLAIM NO: 8248892 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 1hour at a time stand no more than 20mins walk difficult for more than 20 mins

How many hours a day do you:
sit 4 hours approx 5 " stand 2-3 hrs approx walk Less than 1 mile a day approx

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 1-2 hrs At what time of the day? 4-6pm

How many hours a day do you spend in bed? 6-7 at night

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 30 mins or 50 approx

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.** See attached

How do you maintain contact with people or activities that matter most to you?
phone text

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth.

Do you need help caring for your children?
Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 1-2 approx

On the weekends? 1-2 approx

How often do you run errands? 3-5 times a week

Please describe what errands you most commonly run: Drug store Doctor grocery store

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? 3x day Maybe

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours X 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills X Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes X No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Myself with help from daughter/husband | |
| Carrying groceries into the house | Myself with help from daughter/husband | |
| Cooking meals | Myself with help from ~~be~~ daughter/husband | |
| Cleaning after meals | Myself | daughter/husband |
| Cleaning bathrooms | Myself | daughter/husband |
| Vacuuming | NOT ME | daughter/husband |
| Doing the laundry | Myself | daughter/husband |
| Opening and responding to mail | Myself | |
| Managing your finances | Myself | daughter/husband |
| Balancing your checkbook | Myself | daughter/husband |
| Bathing yourself | Myself | |
| Styling your own hair | Myself | |
| Getting dressed | Myself | |
| Going up and down stairs | difficult by myself | daughter/husband |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information:
Tennova 2 times — May 2018 outpatient surgery
559-6000 Feb 2019 inpatient surgery
Cleveland TN 2 days

Liberty Mutual. INSURANCE

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? N/A NO VACATION in almost 2 years

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes X No X Hobbies are reading + writing

If Yes, please describe

Do you participate in an exercise program? Yes ___ No X

If Yes, please describe

Do you do any Volunteer work? Yes ___ No X

If Yes:

how many hours per day? ___

how many hours per week? ___

for whom? ___

Are you working for wages? Yes ___ No X

If Yes, please provide employer's name ___

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I cannot walk w/o Pain in hips + legs
I cannot sit for more than 1 hour at a time
I have anxiety and depression over my health
I cannot take treatment for arthritis because
I have vonWillebrads
I have constant Pain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I stay home unless I go to doctors, Pharmacy
or to get groceries. I can only get
a few things at store because I can't
walk/lift much
I had to stop PT because of Pain

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

husband

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Leisha D Smith Date: 2-24-19

Signature: Leisha D Smith

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha D Smith

Name of legal representative, if applicable (print) ________________ Relationship Self

Signature of claimant or legal representative Leisha D Smith

Date of Birth: ________ Claim Number: 8248892 Date: 2-24-19

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**Return to:** Margaret Labossiere

**EMPLOYEE/CLAIMANT NAME:** Leisha Smith **CLAIM #:** 8248892

**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) Smith Leisha D | Social Security # | Email Address

Street Address, | City | State | Zip Code

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married

Spouse's Full Name and Date of Birth Eddie Gene Smith | Number of Children 4 | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Eddie Gene Smith Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) I only receive LTD from Liberty Mutual | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Leisha D Smith

**DATE:** 2-24-19 **EMPLOYEE'S SIGNATURE:** Leisha D Smith

DP 409

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Leisha Smith Date of Birth: ___________

Employer: Volkswagen Group of America Policy/Plan Sponsor No. 05 - 290468

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Leisha D Smith

(Address) ___________

(Date) 2-24-19

***Please retain a copy for your records or one can be provided upon request.***

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

*Please see attached letter

**Return To:** Margaret Labossiere

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Leisha D Smith DATE: 2-24-19

List of Doctors, Specialists, Hospitals I have seen since August 1, 2018

Dr. Lydia Speer Primary Care

1751 Gunbarrel Rd Suite 201

Chattanooga, TN 37421

Phone: 423-778-8909

Fax: 423-778-8910

Dr. Matthew Higgins Ortho Surgeon

1809 Gunbarrel Rd. Suite 101

Chattanooga, TN 37421

Phone: 423-893-9020

Fax: 423-893-9040

Dr. Laurie-Anne Swaby

979 East 3rd Street Suite C-825

Chattanooga, TN 37403

Phone: 423-778-4830

Fax: 423-778-6154

Dr. Joseph Miller, Neurologist

1010 East 3rd Street Suite 202

Chattanooga, TN 37403

Phone: 423-265-2233

Fax: 423-756-8265

Dr. Brandon Cincere UT Orthopedics Sports and Medicine

1100 East 3rd Street Suite G-102

Chattanooga, TN 37403

Phone: 423-778-6784

Fax: 423-778-8982

Dr. Daniel Stanley, University Surgical Associates

979 East 3rd Street, Suite 300

Chattanooga, TN 37403

Phone: 423-267-0466

Fax: 423-778-8168

Dr. Jason Dunn, Surgeon

2253 Chambliss Ave. NW Suite 100

Cleveland, TN 37311

Phone: 423-472-5423

Fax: 423-476-5523

Dr. Manoo Bhakta, Dr. Megan McManus

Oncology/Hematology

Erlanger/TC Thompsons Childrens Hospital

910 Blackford Street

Chattanooga, TN 37403-2147

Phone: 423-778-6011, 423-778-7829

Fax: 423-778-2096

Erlanger Hospital, 979 East 3rd Street

Chattanooga Tn 37403

Phone: 423-778-7000

Tennova Health Care, 2305 Chambliss Ave NW

Cleveland TN 37311-3899

Phone: 423-559-6000

CVS Pharmacy

2651 South Forke Plaza

Cleveland, TN 37323

Phone: 423-472-2649

CVS Caremark, Specialty Medicines

California

Phone: 1-866-833-3752

Phone: 1-909-799-4246

List of Doctors, Specialists, Hospitals I have seen since August 1, 2018

Dr. Lydia Speer Primary Care

1751 Gunbarrel Rd Suite 201

Chattanooga, TN 37421

Phone: 423-778-8909

Fax: 423-778-8910

Dr. Matthew Higgins Ortho Surgeon

1809 Gunbarrel Rd. Suite 101

Chattanooga, TN 37421

Phone: 423-893-9020

Fax: 423-893-9040

Dr. Laurie-Anne Swaby

979 East 3rd Street Suite C-825

Chattanooga, TN 37403

Phone: 423-778-4830

Fax: 423-778-6154

Dr. Joseph Miller, Neurologist

1010 East 3rd Street Suite 202

Chattanooga, TN 37403

Phone: 423-265-2233

Fax: 423-756-8265

Dr. Brandon Cincere UT Orthopedics Sports and Medicine

1100 East 3rd Street Suite G-102

Chattanooga, TN 37403

Phone: 423-778-6784

Fax: 423-778-8982

Dr. Daniel Stanley, University Surgical Associates

979 East 3rd Street, Suite 300

Chattanooga, TN 37403

Phone: 423-267-0466

Fax: 423-778-8168

Dr. Jason Dunn, Surgeon

2253 Chambliss Ave. NW Suite 100

Cleveland, TN 37311

Phone: 423-472-5423

Fax: 423-476-5523

Dr. Manoo Bhakta, Dr. Megan McManus

Oncology/Hematology

Erlanger/TC Thompsons Childrens Hospital

910 Blackford Street

Chattanooga, TN 37403-2147

Phone: 423-778-6011, 423-778-7829

Fax: 423-778-2096

Erlanger Hospital, 979 East 3rd Street

Chattanooga Tn 37403

Phone: 423-778-7000

Tennova Health Care, 2305 Chambliss Ave NW

Cleveland TN 37311-3899

Phone: 423-559-6000

CVS Pharmacy

2651 South Forke Plaza

Cleveland, TN 37323

Phone: 423-472-2649

CVS Caremark, Specialty Medicines

California

Phone: 1-866-833-3752

Phone: 1-909-799-4246

**n0273151**

**From:** Leisha Smith
**Sent:** Friday, February 22, 2019 1:25:21 PM
**To:** DisabilityDocuments
**Subject:** information
**Attachments:** List of Doctors.pdf

see attached for

Leisha Dianne Smith
DOB
Claim number 8248892

ATTN: Margaret Cook
X 13944

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

**Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-4907

February 19, 2019

Ms. Leisha D. Smith
[redacted]

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the twelfth month, you must be disabled from any occupation. As your benefits began on August 17, 2018, the change in definition will occur on August 17, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by March 5, 2019

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X SS Reimbursement Agreement
- __ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Margaret Cook
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13944
Secure Fax No.: (603) 559-0307

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
SS Reimbursement Agreement

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

Return To: Margaret Laboriere 

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892 DATE OF BIRTH: 
EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 1 hour at a time stand no more than 20 mins walk difficult for more than 20 mins

How many hours a day do you:
sit 4 hours approx 5 " stand 1-3 hrs approx walk less than 1 mile a day approx

Do you take a nap during the day?
Yes ✓ No ____
If Yes, for how long? 1-2 hrs At what time of the day? 4-6pm

How many hours a day do you spend in bed? 6-7 at night

Do you require any assistive devices such as a:
cane ____ walker ____ crutches ____ wheelchair ____ other ____

How long are you able to sit in a car? 30 mins or so approx

Do you hold a valid driver's license?
Yes ✓ No ____
If No, please explain: ____
If Yes, how long are you able to drive a car? ____
**Please provide a copy of your driver's license when returning this form.** See attached

How do you maintain contact with people or activities that matter most to you?
phone text

Do you have children?
Yes ✓ No ____ If Yes, what are their dates of birth 

Do you need help caring for your children?
Yes ____ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ No X If Yes, please explain ____

How many times a day do you leave the house during the week? 1-2 approx
On the weekends? 1-2 approx

How often do you run errands? 3-5 times a week

Please describe what errands you most commonly run: Drug store Doctor grocery store

Liberty Mutual.
INSURANCE



How often do you get outdoors? 3x day Maybe

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours X 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours X 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills X Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes X No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself with help from daughter/husband | |
| Carrying groceries into the house | Myself with help from daughter/ husband | |
| Cooking meals | myself with help from ~~be~~ daughter/husband | |
| Cleaning after meals | Myself | dausiter/husband |
| Cleaning bathrooms | Myself | daughter/husband |
| Vacuuming | NOT ME | daughter/husband |
| Doing the laundry | myself | daughter/husband |
| Opening and responding to mail | Myself | |
| Managing your finances | myself | daughter/husband |
| Balancing your checkbook | Myself | daughter/husband |
| Bathing yourself | Myself | |
| Styling your own hair | Myself | |
| Getting dressed | Myself | |
| Going up and down stairs | difficult by myself | daughter/husband |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information:
Tennova 2 times — May 2018 outpatient surgery
559-6000 — Feb 2019 inpatient surgery
Cleveland TN — 2 days

Liberty Mutual.
INSURANCE



How often do you travel or take vacation? N/A NO VACATION in almost 2years

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes X No X Hobbies are reading & writing

If Yes, please describe

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

I cannot walk w/o Pain in hips & legs
I cannot sit for more than 1 hour at a time
I have anxiety and depression over my health
I cannot take treatment for arthritis because
I have vonWillebrands
I have constant Pain

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I stay home unless I go to doctors, Pharmacy
or to get groceries. I can only get
a few things at store because I can't
walk / lift much
I had to stop PT because of Pain

Is there a [redacted] in the event we have any questions regarding your responses?

In the event [redacted] alternate contact's name and telephone number.

[redacted] husband

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Leisha D Smith Date: 2-24-19

Signature: Leisha D Smith

# Liberty Mutual
# Long term information





Save Time, Renew Online
ssee.Gov
Rev 12/02/2011
ENDORSEMENTS:
None
CLASS: D Vehicles <26,000 (Operator)
RESTRICTIONS: None
ORGAN DONOR
I hereby certify that I am 18 or older, of sound mind, and upon my death, wish to make an anatomical gift noted here:
Any Organ/Tissue
Entire Body
Blood Type
RH Factor
Donor Signature
Date
Specific Organ(s)/Tissue
FOR NON-PHOTO SIGN HERE:

Liberty Mutual.
INSURANCE

## LIBERTY MUTUAL GROUP
## LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Leisha Smith  Date of Birth: [redacted]

Employer: Volkswagen Group of America  Policy/Plan Sponsor No. 05 - 290468

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Leisha D Smith [redacted]

(Address) [redacted]

(Date) 2-24-19

*Please retain a copy for your records or one can be provided upon request*

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**Return To:** Margaret Labossiere  *Please see attached Letter

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America  DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: | Name:
Specialty: | Specialty:
Address: | Address:
Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( )

Name: | Name:
Specialty: | Specialty:
Address: | Address:
Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: | Name:
Specialty: | Specialty:
Address: | Address:
Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: | Name:
Specialty: | Specialty:
Address: | Address:
Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Leisha D Smith  DATE: 2-24-19

# More liberty mutual forms



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha D Smith

Name of legal representative, if applicable (print) ____________ Relationship Sly

Signature of claimant or legal representative Leisha D Smith

Date of Birth: ________ Claim Number: 8248892 Date: 2-24-19

**A copy of this authorization will be considered as valid as the original**

pg. 1 Authorization-Standard-2018

**From:** Leisha Smith
**To:** DisabilityDocuments
**Subject:** Fwd: second part More liberty mutual forms.pdf
**Date:** Sunday, February 24, 2019 10:36:53 AM
**Attachments:** More liberty mutual forms.pdf

---

Forms

Sent from my iPhone

Begin forwarded message:

> **From:** Leisha Smith <
> **Date:** February 24, 2019 at 10:29:06 AM EST
> **To:** Leisha Dianne Smith <
> **Subject: second part More liberty mutual forms.pdf**
>
> Rest of the forms
>
> Sent from my iPhone

**From:** Leisha Smith
**To:** DisabilityDocuments
**Subject:** Fwd: New Liberty Mutual.pdf
**Date:** Sunday, February 24, 2019 10:37:21 AM
**Attachments:** Liberty Mutual.pdf

---

Sent from my iPhone

Begin forwarded message:

> **From:** Leisha Smith <
> **Date:** February 24, 2019 at 10:28:28 AM EST
> **To:** Leisha Dianne Smith <
> **Subject: New Liberty Mutual.pdf**
>
> Half of the forms
>
> Sent from my iPhone

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# NUC CCK HEPATOBILIARY SCAN - Details

### Comments from the Doctor's Office

*Written by Lydia Speer, DO on 11/8/2018 3:59 PM*

Well, thankfully the hida scan was normal!

### Study Result

Hepatobiliary scintigraphy
Indication: Abdominal pain
COMPARISON: MR abdomen dated 9/19/2018
PROCEDURE: Immediately following administration of technetium 99m mebrofenin 5.1 mCi IV at 1115 hrs dynamic images of the abdomen were obtained in the anterior projection for 60 minutes. Ensure 8 ounces was then administered orally followed by additional dynamic images acquired for 60 minutes. Region of interest was drawn around the gallbladder to measure clearance over time.
FINDINGS: Hepatic parenchyma shows prompt uptake and clearance of radiotracer. Activity is visualized within the common bile duct by 9 min and the small bowel by 25 min. Gallbladder begins filling by 10 min. After the administration of ensure, gallbladder ejection fraction (GBEF) of 50% was calculated (GBEF less than 33% is considered abnormal).
IMPRESSION:
1. Normal gallbladder filling; negative for acute cholecystitis.
2. GBEF: 50%. Normal gallbladder ejection fraction; negative for chronic cholecystitis/biliary dyskinesia.

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# MRI HIP LEFT W CONTRAST - Details

## Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear.

COMPARISON: Correlation with left hip fluoroscopic arthrogram earlier same day. No prior MRI.

TECHNIQUE: Multiplanar, multisequence MR imaging of the left hip was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium-based contrast material reported separately. The pelvis and right hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is blunting, irregularity, and intrasubstance signal abnormality throughout the anterosuperior labrum in keeping with tearing with a small irregular contrast-filled cleft insinuating between the labrum and subjacent acetabulum, in keeping with partial detachment anteriorly. The remainder of the labrum is intact. There are mild degenerative changes at the left hip evidenced by joint space loss, mild chondral ending and heterogeneity, and bony remodeling along the superior acetabulum. The bone marrow signal is nonpathologic. No acute fractures or dislocations are identified. No MR evidence for avascular necrosis of the left femoral head.

On the large field-of-view coronal STIR sequence, there are mild degenerative changes at the pubic symphysis and sacroiliac joints. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Mild degenerative changes at the right hip, please refer to dedicated right hip MRI dictated separately.

Mild to moderate tendinopathy of the left gluteus minimus tendon with low-grade insertional tearing as it attaches onto the greater trochanter of the left femur. Additional mild to moderate tendinopathy of the gluteus medius tendon with suspected low-grade insertional tearing as it attaches onto the greater trochanter. Mild adjacent soft tissue swelling and small volume bursal fluid. Otherwise, the imaged tendinous insertion sites about the left hip are intact.

The patient appears to be status post hysterectomy. Otherwise, imaged soft tissue structures in the low abdomen and pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Tearing of the anterosuperior left acetabular labrum with partial labral detachment anteriorly, please see above for details.
2. Mild degenerative changes at the left hip.
3. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Consider dedicated lumbar spine MRI.
4. Mild to moderate tendinopathy of the left gluteus minimus and medius tendons with low-grade insertional tearing as they attach onto the greater trochanter of the left femur. Mild adjacent soft tissue swelling and small volume bursal fluid.

Dictated By: - 12/27/2018 5:36 PM EST

Electronically Signed By: Eileen Lorenz, MD - 12/28/2018 8:37 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# MRI SPINE LUMBAR WO CONTRAST - Details

**Study Result**

INDICATION: Low back pain radiating into bilateral hips for one year and progressively worsening

TECHNIQUE: MRI L-spine without contrast.

COMPARISON: None.

FINDINGS:

Five nonrib-bearing lumbar vertebra present. Vertebral body heights are maintained in anatomic alignment. The conus terminates at the L1 vertebral level. No nerve root clumping identified.

T12-L1: No significant degenerative changes.

L1-L2: Mild disc degeneration with without significant disc bulge and no central canal or neural foraminal narrowing.

L2-L3: Mild disc degeneration with a minimal left disc bulge which extends into the left lateral recess, though does not result in significant neural foraminal narrowing. There is no central canal narrowing.

L3-L4: Mild disc desiccation without disc bulge and no central canal or neural foraminal narrowing.

L4-L5: Mild disc desiccation with a very minimal broad-based posterior disc osteophyte complex which results in minimal bilateral neural foraminal narrowing.

L5-S1: Moderate disc degeneration with a left-sided disc herniation which narrows the lateral recess, resulting in moderate left neural foraminal narrowing. There is no significant central canal or right neural foraminal narrowing.

IMPRESSION:
Multilevel degenerative changes, most pronounced at L5-S1

Dictated By: - 2/8/2019 10:20 AM EST

Electronically Signed By: Michael Nichols - 2/8/2019 10:25 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB | MRN: 01114276 | PCP: Lydia Speer, DO

# MRI HIP RIGHT W CONTRAST - Details

## Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear

COMPARISON: No prior MRI. Correlation with right hip fluoroscopic arthrogram earlier same day

TECHNIQUE: Multiplanar, multisequence MR imaging of the right was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium based contrast material reported separately. The pelvis and left hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is a moderately sized irregular contrast-filled cleft insinuating between the anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment. The remainder of the labrum is intact.

There are mild degenerative changes at the right hip evidenced by joint space loss and mild chondral thinning/heterogeneity. Mild bony remodeling along the superior acetabulum. No acute fractures or dislocations are identified. The bone marrow signal is nonpathologic. No MR evidence for avascular necrosis of the right femoral head. On the large field-of-view coronal STIR sequence, additional degenerative changes are noted at the pubic symphysis and sacroiliac joints. Mild degenerative changes at the left hip, please refer to left hip MRI dictated separately. Additional mild to moderate degenerative changes in the lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space.

Moderate tendinopathy of the gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon. Linear edema within the rectus femoris muscle favored postprocedural in etiology. Otherwise, imaged tendinous insertion sites and muscles about the right hip are intact and grossly unremarkable. No significant muscular atrophy.

The patient appears to be status post hysterectomy. Otherwise, the imaged soft tissue structures in the pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Moderately sized irregular contrast-filled cleft insinuating between the right anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment.
2. Mild degenerative changes at the right hip.
3. Mild degenerative changes in the lower lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space, consider dedicated lumbar spine MRI.
4. Moderate tendinopathy of the right gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon.

Dictated By: - 12/27/2018 5:36 PM EST

Electronically Signed By: Eileen Lorenz, MD - 12/28/2018 8:47 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# HEPATIC FUNCTION PANEL - Details

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Protein, Total, Serum** | **6.9** g/dL | *6.0 - 8.3 g/dL* |
| **Albumin, Serum** | **4.4** g/dL | *3.5 - 5.0 g/dL* |
| **Bilirubin, Total** | **0.3** mg/dL | *0.2 - 1.2 mg/dL* |
| **Bilirubin, Direct** | **0.1** mg/dL | *0.0 - 0.2 mg/dL* |
| **Alkaline Phosphatase, S** | **74** U/L | *40 - 150 U/L* |
| **AST (SGOT)** | **14** U/L | *5 - 34 U/L* |
| **ALT (SGPT)** | **10** U/L | *3 - 55 U/L* |

## General Information

Collected:
09/05/2018 12:00 AM

Resulted:
09/06/2018 8:13 AM

Ordered By:
Laurie-Anne Swaby, MD

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# GASTROINTESTINAL PATHOLOGY - Details

## GASTROINTESTINAL PATHOLOGY

Order: 41695331

Status: **Final result** Visible to patient: **Yes (Erlanger MyChart)** Next appt: **02/26/2019 at 10:20 AM in Pulmonology (Patrick Koo, MD)** Dx: **Family history of colonic polyps**

**Notes recorded by Laurie-Anne Swaby, MD on 8/21/2018 at 8:05 PM EDT**

No significant abnormality noted on pathology.
Continue current medications and lifestyle changes for reflux
Clinic follow-up as scheduled.

| Component | 6mo ago |
|---|---|
| GASTROINTESTINAL PATHOLOGY | View Report |

Comment: ACCESSION #: 18-ES-012174
Patient Name: SMITH, LEISHA DIANNE
Age-Sex-DOB: 56y-F- Procedure Date: 08/16/2018
MRN: 01114276 Accession Date: 08/16/2018
Pt Acct#: Report Date: 08/20/2018
Location: OFFICE
Physician(s): Laurie-Anne Swaby, MD
G I S U R G I C A L P A T H O L O G Y R E P O R T
DIAGNOSIS:
1. Duodenum, biopsy:
No diagnostic abnormality.
No evidence of celiac sprue or parasites.
2. Stomach, biopsy:
Antral and oxyntic mucosa with features of reactive gastropathy.
Negative for H. pylori on immunohistochemistry.
No intestinal metaplasia, dysplasia, or malignancy identified.
3. Distal esophagus, biopsy:
Squamous mucosa with no diagnostic abnormality.
Negative for intraepithelial eosinophils.
4. Proximal esophagus, biopsy:
No diagnostic abnormality.
Negative for intraepithelial eosinophils.
Christina M. Birsan, M.D.
electronically signed 08/20/2018 at 2:25 PM
Gross Description:
The patient's name is "Smith, Leisha Dianne" per requisition. The specimen is received in 4 parts.
1. Specimen 1 labeled "duodenal biopsy, rule out celiac" consists of 2 fragments of tan-brown soft tissue measuring 0.3 x 0.2 x 0.2 and 0.3 x 0.2 x 0.2 cm. The specimen is filtered and submitted entirely in cassette 1A.
2. Specimen 2 is labeled "gastric biopsies" which consists of 2 tan-brown soft tissues measuring 0.2 x 0.2 x 0.2 cm in aggregate. The specimens are filtered and submitted entirely in cassette 2A.
3. Specimen 3 is labeled "distal esophagus biopsies" and consists of 2 tan-brown fragments of soft tissue measuring 0.6 x 0.2 x 0.2 cm in aggregate. The specimen is filtered and submitted entirely in cassette 3A.
4. Specimen 4 labeled "proximal esophagus" consists of 1 tan-white

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# FL ARTHROCENTESIS ASP INJ MAJOR JOINT BILATE…

## Addendum

***ADDENDUM***

Also, the right hip was injected using the same technique and contrast solution as described in the body the report by Kristin Hartpence under the direct supervision of Dr. Justin Calvert.

Dictated By: - 1/11/2019 5:48 PM EST

Electronically Signed By: Justin Calvert, MD - 1/11/2019 5:49 PM EST

Addended by Justin Calvert, MD on 1/11/2019 5:49 PM

## Study Result

PROCEDURE: Fluoroscopic guided hip arthrogram injection.

PROCEDURALISTS: Dr. Justin Calvert, Kristin Hartpence RPA

HISTORY: Left hip pain.

TECHNIQUE/FINDINGS: The benefits, risks, and alternatives of the procedure were discussed with the patient and informed/written consent obtained. Sterile barrier technique was followed including: cap, mask, sterile gown, sterile gloves, large sterile sheet, hand hygiene and 2% chlorhexidine for cutaneous antisepsis. A time-out was performed to properly identify the patient.

Lidocaine 1% was administered subcutaneously for local anesthesia. Under fluoroscopic guidance, a 20-gauge spinal needle was inserted within the left hip joint. A small amount of contrast was injected to confirm intra-articular needle tip positioning. This was then followed by intra-articular injection of approximately 12mL of a solution containing 10mL of diluted gadolinium in normal saline, 5mL of Omnipaque 300, and 5mL of Marcaine. The needle was then removed. A bandage was placed over the skin access site.

The procedure was performed by Kristin Hartpence RPA under the direct supervision of Dr. Justin Calvert.

MEDICATIONS: As above.

CONTRAST: As above.

FLUOROSCOPY TIME/DOSE: 0.1 min, 1.4 mGy reference air Kerma.

COMPLICATIONS: None.

IMPRESSION:
1. S/P left hip injection for MR arthrogram.

2. Please see MR report for further details which will be reported separately.

The patient will be discharged back to the care of the referring clinician. The patient can return to Interventional Radiology as needed. We appreciate you allowing Tennessee Interventional and

Imaging Associates the chance to participate in the care of this patient. If we can be of further assistance, please contact us at 423-778-7234. www.tiiarad.com

Dictated By: - 12/27/2018 4:47 PM EST

Electronically Signed By: Justin Calvert, MD - 12/27/2018 4:48 PM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# MRI ABDOMEN W/WO CONTRAST - Details

**Study Result**

EXAM: MRI ABDOMEN W WO CONTRAST

INDICATION: abnormal CT scan of liver, RUQ pain

COMPARISON: CT abdomen and pelvis of 9/28/2017

TECHNIQUE: Multiplanar, multisequence magnetic resonance images were obtained through the abdomen without and with 10 cc MultiHance intravenous contrast. Thick slab, heavily T2-weighted MRCP images were also acquired.

FINDINGS:

Liver: Normal in size and contour. No evidence for steatosis. No worrisome enhancement. No worrisome mass lesion. Hepatic cyst measuring 1 cm is seen within eighth hepatic segment. Hepatic artery is unremarkable. Hepatic and portal veins are unremarkable.

Biliary Tree: Gallbladder is unremarkable with no stones, sludge, wall thickening, or pericholecystic fluid. No intra or extrahepatic ductal dilatation. There is normal tapering of the common duct to the ampulla.

Spleen: Normal size and signal.

Pancreas: No significant fatty atrophy. Normal parenchymal T1 hyperintensity with homogenous enhancement. No mass lesions identified. Pancreatic duct is nondilated. No peripancreatic inflammatory change.

Adrenals: Unremarkable signal and morphology.

Kidneys: Patient is status post left nephrectomy with small bowel filling the nephrectomy space. No residual tissue identified. The right kidney is unremarkable.

Other:
Vasculature is unremarkable.
No free intraperitoneal fluid or loculated fluid collections.
No worrisome adenopathy.

No hiatal hernia. Included stomach is poorly evaluated due to lack of distention. Normal duodenal C-loop. Included bowels are unremarkable.

Body wall is unremarkable.
No worrisome osseous abnormality.

IMPRESSION:
No finding to explain patient's right upper quadrant pain.
Other chronic and incidental findings as above

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Current Health Issues

Please review your health issues, and verify that the list is up to date. **Call 911 if you have an emergency.**

| | | |
|---|---|---|
| Anemia<br>Added 1/9/2014 | Joint pain<br>Added 5/27/2016 | Chronic hepatitis C virus infection<br>Added 12/13/2013 |
| Chronic pain syndrome<br>Added 10/23/2015 | Constipation<br>Added 8/1/2014 | Other depressive disorder<br>Added 7/18/2013 |
| Eustachian tube dysfunction<br>Added 8/28/2013 | Viral hepatitis<br>Added 8/2/2013 | Acute hepatitis C<br>Added 6/1/2017 |
| Decreased white blood cell count<br>Added 12/20/2013 | Elevated white blood cell count<br>Added 7/21/2013 | Nonspecific (abnormal) findings on radiological and other examination of lung field<br>Added 5/8/2015 |
| Pain in soft tissues of limb<br>Added 3/18/2016 | Goiter<br>Added 5/27/2016 | Inflammation of artery due to allergy<br>Added 10/23/2015 |

| | | |
|---|---|---|
| Von Willebrand disease<br>Added 4/6/2012 | Acute pyelonephritis<br>Added 8/15/2017 | Low back pain<br>Added 8/15/2017 |
| Dyspnea on exertion<br>Added 10/2/2017 | Chronic cough<br>Added 10/2/2017 | Acute hemorrhoid<br>Added 2/19/2018 |
| Reactive airway disease<br>Added 4/23/2018 | Family history of polyps in the colon<br>Added 6/19/2018 | Acid reflux disease<br>Added 6/19/2018 |
| Diaphragmatic hernia<br>Added 8/16/2018 | Schatzki's ring<br>Added 8/16/2018 | Abdominal pain, right upper quadrant<br>Added 8/16/2018 |
| Low blood sugar<br>Added 1/4/2019 | | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

erlanger
Health System

CH ONCOLOGY INFUSION
910 Blackford Street
Chattanooga TN 37403-2147
Dept: 423-778-6011
Dept Fax: 423-778-2096

To whom it may concern:

Leisha Dianne Smith is a patient under our care for von Willebrand disease. We understand that she will be having surgery with you to remove hemorrhoids. We recommend that she receive factor replacement prior to surgery and after surgery to help attain good hemostasis.

She will need to receive Humate-P 40 units/kg = 2700 units +/- 10% IV prior to surgery, then every 48 hours x 3 doses. She has this factor as a home supply and will bring this in to be administered while in the hospital. If bleeding complications arise, please call our office and we can help advise further.

If you have any questions, please contact our office at (423) 778-7289.

Sincerely,

Meghann McManus, DO
Pediatric Hematology / Oncology

*This letter was initially viewed by Leisha Dianne Smith at 2/12/2019 3:35 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# BASIC METABOLIC PANEL - Details

## Comments from the Doctor's Office

Your kidney function and electrolytes remain normal!

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Glucose, Serum** | **85** mg/dL | *70 - 99 mg/dL* |
| **BUN** | **9** mg/dL | *7 - 26 mg/dL* |
| **Creatinine, Serum** | **0.8** mg/dL | *0.6 - 1.1 mg/dL* |
| **eGFR If NonAfricn Am** | **74** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **eGFR If Africn Am** | **90** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **BUN/Creatinine Ratio** | **11.3** | *8 - 27* |
| **Sodium, Serum** | **142** mmol/L | *136 - 145 mmol/L* |
| **Potassium** | **4.5** mmol/L | *3.5 - 5.1 mmol/L* |
| **Chloride, Serum** | **105** mmol/L | *98 - 107 mmol/L* |
| **Carbon Dioxide, Total** | **28** mmol/L | *22 - 31 mmol/L* |
| **Calcium, Serum** | **10.1** mg/dL | *8.9 - 10.8 mg/dL* |

## General Information

Collected:
10/31/2018 1:23 PM

Resulted:
10/31/2018 8:10 PM

Ordered By:

Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# CBC WITH DIFFERENTIAL - Details

## Comments from the Doctor's Office

Labs look fantastic! Totally normal.

CMP (comprehensive metabolic profile) measures electrolytes like sodium and potassium, along with kidney and liver function. Your results were normal.

CBC (complete blood count) measures red blood cells, white blood cells, and platelets. Your results were normal or close to normal range. You are not anemic.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **WBC** | **4.9** TH/MM3 | *4.8 - 10.8 TH/MM3* |
| **RBC** | **4.36** MIL/MM3 | *4.0 - 5.6 MIL/MM3* |
| **Hemoglobin** | **13.2** G/DL | *12.0 - 16.0 G/DL* |
| **Hematocrit** | **39.3** % | *37 - 47 %* |
| **MCV** | **90.3** fL | *78 - 98 fL* |
| **MCH** | **30.3** PG | *26 - 33 PG* |
| **MCHC** | **33.5** G/DL | *30 - 38 G/DL* |
| **RDW** | **13.6** % | *12 - 15 %* |
| **Platelets** | **301** TH/MM3 | *130 - 400 TH/MM3* |
| **Neutrophils** | **52.3** % | *%* |
| **Lymphs** | **37.0** % | *%* |

| Component | Your Value | Standard Range |
|---|---|---|
| **Monocytes** | **7.2** % | *%* |
| **Eos** | **2.5** % | *%* |
| **Basos** | **1.0** % | *%* |
| **Neutrophils (Absolute)** | **2.6** TH/MM3 | *2.4 - 8.3 TH/MM3* |
| **Lymphs (Absolute)** | **1.8** TH/MM3 | *0.6 - 4.6 TH/MM3* |
| **Monocytes(Absolute)** | **0.4** TH/MM3 | *0.0 - 1.1 TH/MM3* |
| **Eos (Absolute)** | **0.1** TH/MM3 | *0.0 - 0.6 TH/MM3* |
| **Baso (Absolute)** | **0.0** TH/MM3 | *0.0 - 0.4 TH/MM3* |

## General Information

Collected:
02/15/2019 10:04 AM

Resulted:
02/16/2019 2:07 AM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# COMPREHENSIVE METABOLIC PANEL - Details

## Comments from the Doctor's Office

Labs look fantastic! Totally normal.

CMP (comprehensive metabolic profile) measures electrolytes like sodium and potassium, along with kidney and liver function. Your results were normal.

CBC (complete blood count) measures red blood cells, white blood cells, and platelets. Your results were normal or close to normal range. You are not anemic.

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| **Glucose, Serum** | **75** mg/dL | *70 - 99 mg/dL* |
| **BUN** | **13** mg/dL | *7 - 26 mg/dL* |
| **Creatinine, Serum** | **0.7** mg/dL | *0.6 - 1.1 mg/dL* |
| **eGFR If NonAfricn Am** | **87** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **eGFR If Africn Am** | **105** ml/min/1.73 m2 | *51 - 120 ml/min/1.73 m2* |
| **BUN/Creatinine Ratio** | **18.6** | *8 - 27* |
| **Sodium, Serum** | **141** mmol/L | *136 - 145 mmol/L* |
| **Potassium** | **4.3** mmol/L | *3.5 - 5.1 mmol/L* |
| **Chloride, Serum** | **105** mmol/L | *98 - 107 mmol/L* |
| **Carbon Dioxide, Total** | **29** mmol/L | *22 - 31 mmol/L* |
| **Calcium, Serum** | **9.7** mg/dL | *8.9 - 10.8 mg/dL* |

| Component | Your Value | Standard Range |
|---|---|---|
| **Protein, Total, Serum** | **6.5** g/dL | *6.0 - 8.3 g/dL* |
| **Albumin, Serum** | **4.1** g/dL | *3.5 - 5.0 g/dL* |
| **Globulin, Total** | **2.4** g/dL | *1.5 - 4.5 g/dL* |
| **A/G Ratio** | **1.7** | *1.0 - 2.2* |
| **Bilirubin, Total** | **0.3** mg/dL | *0.2 - 1.2 mg/dL* |
| **Alkaline Phosphatase, S** | **92** U/L | *40 - 150 U/L* |
| **AST (SGOT)** | **17** U/L | *5 - 34 U/L* |
| **ALT (SGPT)** | **11** U/L | *3 - 55 U/L* |

## General Information

Collected:
02/15/2019 10:04 AM

Resulted:
02/16/2019 2:07 AM

Ordered By:
Lydia Speer, DO

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

December 28, 2018

Leisha Dianne Smith

Cleveland, TN 37323

| | |
|---|---|
| Patient: | **Leisha Dianne Smith** |
| Date of Birth: | |
| Date of Visit: | **12/28/2018** |

To Whom it May Concern:

Leisha Smith was seen in my clinic on 12/28/2018. She continues to have problems with her hemorrhoids flaring up and down, so I am referring her to general surgery for evaluation for hemorrhoidectomy. She has a long history of anxiety and depression due to chronic medical problems and then the loss of her son several years ago but due to her current medical problems her anxiety and depression have gotten unmanageable. She is having panic attacks, not sleeping well, feeling depressed. I have recently placed her on lexapro 10mg, Dr. Swaiby has placed her on amitryptyline 25mg at night and she is going to a counselor regularly now. I would recommend that she continue to be off on short term disability until her anxiety and depression are more stable and so she can be evaluated by a general surgeon for hemorrhoidectomy.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

*This letter was initially viewed by Leisha Dianne Smith at 12/28/2018 3:43 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

**n0303912**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Friday, February 22, 2019 12:35:28 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | information |
| **Attachments:** | Lab work Speer.pdf; lab work Feb 2019 cbc.pdf; lab work Feb 2019 CMP.pdf; letter Dec 2018.pdf |

Leisha Dianne Smith
DOB
Claim number 8248892

ATTN: Margaret Cook
X 13944

Medical information

I am sending information that I can from my Erlanger chart via email. I do not have a printer so I will wait for the forms you mailed me to complete the rest of the information.

Thank you,
Leisha Smith

**n0304630**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Friday, February 22, 2019 12:34:35 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | information |
| **Attachments:** | addendum to mri.pdf; CT abdomen.pdf; current health issues.pdf; Dr. McManus Factor.pdf |

Leisha Dianne Smith
DOB
Claim number 8248892

ATTN: Margaret Cook
X 13944

Medical information

I am sending information that I can from my Erlanger chart via email. I do not have a printer so I will wait for the forms you mailed me to complete the rest of the information.

Thank you,
Leisha Smith

**n0303912**

**From:** Leisha Smith
**Sent:** Friday, February 22, 2019 12:48:32 PM
**To:** DisabilityDocuments
**Subject:** Fw: information
**Attachments:** MRI abdomen.pdf; MRI left hip.pdf; mri Lumbar spine.pdf; MRI right hip.pdf; SWABY labs.pdf; Upper GI and colonoscopy.pdf

On Friday, February 22, 2019 12:36 PM, Leisha Smith < gt; wrote:

Leisha Dianne Smith
DOB
Claim number 8248892

ATTN: Margaret Cook
X 13944

Medical information

I am sending information that I can from my Erlanger chart via email. I do not have a printer so I will wait for the forms you mailed me to complete the rest of the information.

Thank you,
Leisha Smith

**n0303912**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Friday, February 22, 2019 1:24:38 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | information |

Leisha Dianne Smith
DOB
Claim number 8248892

ATTN: Margaret Cook
X 13944

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

February 19, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the twelfth month, you must be disabled from any occupation. As your benefits began on August 17, 2018, the change in definition will occur on August 17, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by March 5, 2019:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X SS Reimbursement Agreement
- __ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Margaret Cook
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13944
Secure Fax No.: (603) 559-0307

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
SS Reimbursement Agreement

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**Return To:** Margaret Labossiere



EMPLOYEE/CLAIMANT NAME: Leisha Smith

CLAIM NO: 8248892 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?

_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?

_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Liberty Mutual
INSURANCE

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 8248892 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**Return To:** Margaret Labossiere

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

**Return to:** Margaret Labossiere

**EMPLOYEE/CLAIMANT NAME:** Leisha Smith **CLAIM #:** 8248892
**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Leisha Smith Date of Birth: ____________

Employer: Volkswagen Group of America Policy/Plan Sponsor No. 05 - 290468

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

**B) Social Security benefits will be estimated if:**

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) ______________________________

(Address) ______________________________

(Date) ______________________________

***Please retain a copy for your records or one can be provided upon request.***

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

CH ONCOLOGY INFUSION
910 Blackford Street
Chattanooga TN 37403-2147
Dept: 423-778-6011
Dept Fax: 423-778-2096

To whom it may concern:

Leisha Dianne Smith is a patient under our care for von Willebrand disease. We understand that she will be having surgery with you to remove hemorrhoids. We recommend that she receive factor replacement prior to surgery and after surgery to help attain good hemostasis.

She will need to receive Humate-P 40 units/kg = 2700 units +/- 10% IV prior to surgery, then every 48 hours x 3 doses. She has this factor as a home supply and will bring this in to be administered while in the hospital. If bleeding complications arise, please call our office and we can help advise further.

If you have any questions, please contact our office at (423) 778-7289.

Sincerely,

Meghann McManus, DO
Pediatric Hematology / Oncology

*This letter was initially viewed by Leisha Dianne Smith at 2/12/2019 3:35 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

**n0304618**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Friday, February 15, 2019 12:22:18 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | letter for surgery |
| **Attachments:** | Hematology letter for surgery Dr.   Dunn.pdf |

For Leisha Smith
**claim # 8248892**
see attached letter

I am having a hemorrhoidectomy Tuesday February 19, 2019 at Tennova Hospital in Cleveland TN. I will be a in the hospital for 2-3 days post op, as long as no complications occur.

Thank you,
Leisha Smith

# Billing Statement:

**Invoice Date: 01/14/2019** **Invoice #: 709216**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Dec 1 2018 and Dec 31 2018**

**LIBMT5** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4680436<br>8248892 | SMITH, LEISHA<br>SURGICAL ASSOCIATES | Complete | 11/12/18<br>B Downs | 8.00 | 22.00 | 0.00 | 0.00<br>5 | **30.00** |
| 4680432<br>8248892 | SMITH, LEISHA<br>ERLANGER ACADEMIC GASTROENTE... | Complete | 12/11/18 | 8.00 | 44.50 | 0.00 | 0.00<br>51 | **52.50** |
| 4680435<br>8248892 | SMITH, LEISHA<br>CHATTANOOGA BONE & JOINT SURG... | Complete | 11/13/18<br>B Downs | 8.00 | 0.00 | 0.00 | 0.00<br>7 | **8.00** |
| 4680434<br>8248892 | SMITH, LEISHA<br>ERLANGER EAST COMPRENSIVE C... | Complete | 11/09/18<br>B Downs | 8.00 | 27.00 | 0.00 | 0.00<br>16 | **35.00** |

**ReleasePoint**

**Total Amount Due:** **125.50**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0307

January 25, 2019

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Margaret Labossiere has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Blair Downs
Long Term Disability Case Manager
On Behalf Of: Margaret Cook
Phone No.: (800) 291-0112 Ext. 13944
Secure Fax No.: (603) 559-0307

DANE STREET

3815 Washington Street
Suite 4
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

01/09/19

Dr. Speer

Re: Insured: Leisha Smith
DOB:

Dear Dr. Speer

I want to thank you for taking the time to speak with me on 01/97/2019. As we discussed, I am board-certified in Internal Medicine (DO) as a consultant for a third party vendor contracted by LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE In that capacity, I have been asked to review the medical records of your patient, Leisha Smith.

Noted below is a summary of our conversation. I would appreciate your review of this information to ensure I have accurately captured our discussion from your perspective.

During our conversation, you advised me that the claimant was last evaluated on 12/28/18. At that visit, you stated the claimant had multiple ongoing issues including the chronic hemorrhoidal pain with prolonged standing or sitting; bilateral hip pain; and worsening depression/anxiety/panic attacks. You also advised me the claimant had bilateral hip MRIs that day with Dr. Higgins. These are reported to show bilateral hip labral tears. Dr. Higgins has referred the claimant for hip arthroscopic procedures. You did agree with me that the claimant could perform sedentary duty with alternating sit/stand every 30 minutes and lift less than 10 lbs. The claimant uses a donut for prolonged sitting.

If any of this information is incorrect, please make the appropriate changes and complete the signature and date lines at the bottom and return to Dane Street so this information may be incorporated into their evaluation. If any changes are required, please fax your response to the Operations Manager assigned to this claim, at 561-246-4823.

3815 Washington Street
Suite 4
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

DANE STREET

______________________________ ______________________

Signature Date

An authorization is enclosed allowing you to respond to this inquiry.

Please forward your report to my attention.

I do appreciate the time you took to speak with me, and thank you for assisting in this evaluation. Should you have any questions, please feel free to contact Dane Street at 617-858-2766.

Sincerely,

Steven Winkel, DO
Internal Medicine (DO)

3815 Washington Street
Suite 3
Boston, MA 02130
Toll Free: 888-920-4440
Fax: 617-933-7699
Email: intake@danestreet.com

DANE STREET

Steven Winkel D.O.
Internal Medicine (DO)

| **Market:** | Liberty Mutual Benefits | **Claim Office:** | LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE |
|---|---|---|---|
| **Request Date:** | 12/20/18 | **Referral Source:** | Blair Downs |
| **Claim #:** | 8248892 | **Review Type:** | Initial Review |
| **Claimant:** | Leisha Smith | **Report Date:** | 01/11/19 |
| **Claim Type:** | LTD | **Dane Street ID:** | 1186459 |

**Summary:**

All of the listed documents have been reviewed however only the pertinent records will be commented on.

Handwritten progress notes from 9/15/92 - 1/29/18 documented Von Willebrand's disease treated with DDAVP trial.

Evaluation with Dr. Jason Dunn on 2/9/18 for thrombosed hemorrhoids without acute bleeding. The exam confirmed left sided hemorrhoids. Dr. Dunn performed an incision and removal of the thrombosed hemorrhoids (21).

Evaluation on 2/20/18 with Dr. Meghann McManus for bleeding from the hemorrhoid procedure. The physical exam was unremarkable; however, no rectal findings were documented. The claimant was treated with Humate-P 3000 units.

A follow-up visit with Dr. Dunn was performed on 3/1/18. The exam noted the left sided thrombosed hemorrhoids to have resolved.

The claimant was evaluated by Dr. Speer on 3/6/18 for flare of hemorrhoids with return to work. The claimant noted increased hemorrhoidal pain with prolonged standing. The claimant also complained of painful defecation and some blood noted in her stools. The exam noted hemorrhoids. Linzess was prescribed. Short term disability was extended until 4/20/18.

On 3/30/18 Dr. Speer evaluated the claimant for bilateral hip and knee pain. The exam noted bilateral elbow tenderness, bilateral knee tenderness, and bilateral hip tenderness and decreased range of motion. Laboratory tests were ordered.

Dr. Dunn evaluated the claimant on 4/5/18. The claimant was having normal BMs with Linzess. The rectal exam was normal except for a skin tag.

Dr. Matthew Higgins, Orthopedist, evaluated the claimant on 4/25/18 for a 3 year history of pain. The claimant was noted to ambulate without assistance. The knees had no tenderness on exam. Bilateral range of motion was from -5 to 140 degrees. Drawer's tests were negative bilaterally. The right hip demonstrated tenderness over the greater trochanter, and the left hip was nontender. X-rays of the hips were reported to show "relatively normal anatomy"; " no evidence of FAI or dysplasia". The diagnosis was mild osteoarthritis of both hips more symptomatic on the right. An intra-articiular injection of the right hip was recommended.

On 4/27/18 the claimant was evaluated by Dr. Stanley regarding the hemorrhoids. Rigid proctoscopy and Hirschman anoscopy were performed revealing some enlargement of the posterior internal hemorrhoid. Banding was recommended.

Dr. Speer evaluated the claimant on 5/9/18. The claimant noted a new hemorrhoid from an evaluation with Dr. Stanley. Dr. Stanley recommended banding. The claimant complained of rectal pain with standing and blood in the toilet. The exam was unremarkable except for a resting right hand tremor. No rectal exam was documented. Laboratory testing results from 3/30/18 were noted to show negative ANA; normal CRP and ESR; normal TSH; normal RF.

On 5/18/18 the claimant had a fluoroscopic guided right hip steroid injection by Dr. Hawk.

Dr. Dunn evaluated the claimant on 5/21/18 for follow-up flexible sigmoidoscopy with hemorrhoidal banding. The claimant noted rectal pain but no bleeding. The exam was unremarkable except for minimal residual tissue from the right hemorrhoid.

Dr. Speer evaluated the claimant on 6/19/18. The claimant complained of constipation and pelvic/buttock pain with prolonged standing. The exam was significant for bilateral decreased hip range of motion. and tenderness; however, no rectal findings were documented.

On 6/19/18 Dr. Laurie-Anne Swaby, Gastroenterologist, evaluated the claimant for GERD and follow-up Hepatitis C. The exam was unremarkable. Colonscopy and EGD were ordered. The claimant noted the onset of hemorrhoids after being placed "back on the line" at Volkswagen.

On 7/2/18 the claimant was evaluated by Rachel Moore, DPT, for bilateral hip pain, stress incontinence, and pelvic muscle wasting. The claimant noted the onset after the hemorrhoid surgery on 2/15/18. The exam noted bilateral weakness with hip testing. The claimant had PT from 7/9/18 - 7/17/18 (only notes available)

On 8/6/18 the claimant was evaluated by Dr. Higgins for follow-up bilateral hip pain. The claimant noted the P.T. and steroid injection have helped. The claimant was reported as saying she wanted to return to work. The exam noted tenderness over the bilateral greater trochanters with positive impingement. The diagnoses were mild osteoarthritis and trochanteric bursitis of the hips. The claimant was noted to report almost 100% improvement for 3 weeks after the injections. An MRI was recommended.

8/20/18 biopsy results from the EGD and colonoscopy on 8/16/18 reported reactive gastropathy only.

A letter was penned by Dr. Speers dated 8/29/18 recommending the claimant remain out of work as she has not completed P.T. and still has pain with prolonged standing.

Dr. Swaby evaluated the claimant on 9/5/18 for right upper quadrant pain. The exam was normal. An abdominal MRI and lab tests were ordered. The MRI was performed on 9/20/18 with no etiology for the right upper quadrant pain noted. The claimant has a history of left nephrectomy. Hepatic panel and chemistry panel were normal.

Dr. Dunn evaluated the claimant on 10/22/18 for recheck of internal hemorrhoids. The claimant denied blood with BMs and had improvement in her rectal pain. The exam noted minimal right upper quadrant tenderness and minimal thrombosed external hemorrhoids.

On 12/28/18 Dr. Speer penned a letter noting the claimant having "unmanageable" anxiety and depression with panic attacks. Dr. Speer recommended continuing short term disability.

**Medical Records:**

09/15/1992 Thompson children's hospital Medical Center - History Notes: 09/15/1992, 09/22/1993, 09/22/1993, 09/20/1994, 09/19/1995, 10/15/1996, 08/19/1997, 08/18/1998, 08/17/1999, 06/08/2001, 02/19/2002, 11/16/2004, 03/06/2006, 05/03/2005, 05/13/2005, 06/13/2007, 08/19/2005, 06/14/2010
11/27/1995 Erlanger Health SystemER - Office Visit
05/14/1996 Unknown Provider - Office Notes
09/20/1999 Lavadh Allen, RN - Correspondence
02/19/2002 Southern Compersuive Hemophilia Center - Office Notes

02/18/2018 Sara Connaughton, MD - Office Visit
02/19/2018 Jason Dunn, MD - Office Visit: 02/19/2018, 03/01/2018, 04/05/2018, 05/21/2018, 10/22/2018
02/20/2018 Meghann McManus, DO - Follow-Up: 02/20/2018
02/22/2018 CVS Caremark - Notice of Approval
02/23/2018 Liberty Mutual Insurance - Correspondence: 02/23/2018, 04/05/2018, 06/22/2018, 07/23/2018, 11/05/2018
03/06/2018 Lydia Speer, DO - Progress Reports/Notes: 03/06/2018, 03/30/2018, 05/09/2018, 06/01/2018, 06/19/2018, 08/29/2018
03/15/2018 Manoo Bhakta - Office visits: 03/15/2018, 05/16/2018, 06/07/2018
03/30/2018 Labcorp - Laboratory Report
03/30/2018 Lydia Speer, DO - After Visit Summary: 03/30/2018, 05/09/2018
04/25/2018 Matthew Higgins, MD - Progress Reports/Notes: 04/25/2018, 08/06/2018
04/27/2018 John Stanley, MD - Office Visit
05/01/2018 Unknown Provider - Office Visit
05/09/2018 Lydia Speer, DO - Correspondence: 05/09/2018, 12/28/2018
05/18/2018 Harris Hawk, MD - Procedure Note
06/19/2018 Laurie-Anne Swaby, MD - Progress Reports/Notes: 06/19/2018, 09/05/2018
07/02/2018 BenchMark Rehab Partners - Initial Evaluation
07/09/2018 BenchMark Rehab Partners - Physical Therapy Daily Note: 07/09/2018, 07/17/2018
07/17/2018 Leisha Smith - Authorization for the Release of Information Including Protected Health Information
08/16/2018 Associated Pathologists, LLC - Surgical Pathology Report
09/05/2018 Baroness Erlanger Hospital - Laboratory Report: 09/05/2018, 11/01/2018
09/19/2018 Mohammad Qurashi, MD - MRI of the Abdomen
11/13/2018 Laurie-Anne Swaby, MD - Office Note

**Communication:**

01/07/19 09:15 AM EST- A peer-to-peer call was attempted with Dr. Speer at 423-778-8909. A message was left with Voicemail providing case details, report due times, and a call back number.
01/07/19 04:20 PM EST- A peer-to-peer call was attempted with Dr. Speer at 423-778-8909. A message was left with Charles providing case details, report due times, and a call back number.
01/07/19 04:35 PM EST- A successful peer-to-peer call with Dr. Speer was made. The details of the request were discussed and the results of that discussion are documented below.

**Questions:**

1. Please note all diagnoses supported by the medical evidence (including co-morbids).

After my review of the medical records available to me, it is my opinion within a reasonable degree of medical certainty the claimant has the following diagnoses:

Primary:

1. Hemorrhoids
2. Bilateral hip osteoarthritis/labral tears

Co-morbid:

1. Von Willebrand's disease Type 2N
2. Hepatitis C
3. Depression
4. Rheumatoid arthritis
5. GERD
6. Right hand tremor

2. Please clarify which diagnoses are causing impairment.

It is my opinion within a reasonable degree of medical certainty that the conditions resulting in impairment are the rectal pain and recurrent hemorrhoids and the bilateral hip labral tears.

The medical records available for my review noted the recurrent hemorrhoids cause severe rectal pain with prolonged standing. The claimant had 21 thrombosed hemorrhoids removed by Dr. Dunn on 2/9/18. Her post-operative course was complicated with rectal bleeding due to her underlying Von Willebrand's disease. The claimant has continued to have hemorrhoids, rectal pain, and blood in the stool per her visits with Dr. Speer and Dr. Dunn. Serial examinations by Dr. Dunn and Dr. Stanley documented persistent thrombosed external hemorrhoids and a posterior internal hemorrhoid for which Dr. Stanley recommended banding.

Dr. Higgins noted the claimant has a greater than 3 year history of bilateral hip pain. Serial examinations by Dr. Higgins, Dr. Speer, and Rachel Moore, DPT, have documented tenderness over the greater trochanters bilaterally, impingement signs, and decreased range of motion. X-rays were noted by Dr. Higgins to reveal osteoarthritis.

Dr. Speer advised me she last evaluated the claimant on 12/28/18. At that visit, Dr. Speer stated the claimant had multiple ongoing issues including the chronic hemorrhoidal pain with prolonged standing or sitting; bilateral hip pain; and worsening depression/anxiety/panic attacks. Dr. Speer also advised me the claimant had bilateral hip MRIs today with Dr. Higgins. These are reported to show bilateral hip labral tears. Dr. Higgins has referred the claimant for hip arthroscopic procedures. Dr. Speer did agree with me that the claimant could perform sedentary duty with alternating sit/stand every 30 minutes and lift less than 10 lbs. The claimant uses a donut for prolonged sitting.

I defer any impairment determinations for the psychological issues to the mental health professionals.

3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.

I recommend workplace restrictions for the recurrent hemorrhoids and rectal pain and bilateral hip labral tears. It is my opinion these restrictions would be in effect from 3/1/18 going forward. I recommend a re-evaluation in 3 months pending arthroscopic procedures for the hip labral tears and to assess the status of the hemorrhoids and rectal pain.

The claimant may work an 8 hour day. Alternate sit and stand every 30 minutes. The claimant may use a donut for siting.

Constant: reach all levels; simple and forceful grasp/grip; finger/handle; use foot controls;

Frequent: bend; stoop; squat; lift/carry up to 10 lbs;

Occasional: kneel; crawl; climb stairs;

I defer any recommendations for restrictions for the psychological issues to the mental health professionals.

4. Please contact tx providers: Dr. Speer 423-778-8909. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals.

Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes.
Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

I spoke with Dr. Speer on 1/7/19. Dr. Speer advised me she last evaluated the claimant on 12/28/18. At that visit Dr. Speer stated the claimant had multiple ongoing issues including the chronic hemorrhoidal pain with prolonged standing or sitting; bilateral hip pain; and worsening depression/anxiety/panic attacks. Dr. Speer also advised me the claimant had bilateral hip MRIs today with Dr. Higgins. These are reported to show bilateral hip labral tears. Dr. Higgins has referred the claimant for hip arthroscopic procedures. Dr. Speer did agree with me that the claimant could perform sedentary duty with alternating sit/stand every 30 minutes and lift less than 10 lbs. The claimant uses a donut for prolonged sitting.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Steven Winkel D.O.
Board Certified Internal Medicine (DO)

Referred Date: 12/20/18
Report Date: 01/11/19

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 1186459
January 11, 2019

| Bill to: |
|---|
| LIBERTY MUTUAL BENEFITS (SE)-NC-CHARLOTTE |
| LTD |
| Attention: Blair Downs |
| 13830 Ballantyne Corporate Place, Suite 400 |
| Charlotte, NC 28277 |

| Referral Details: | |
|---|---|
| Claimant Name: | Leisha Smith |
| Insured: | |
| Claim #: | 8248892 |
| Injury Date: | |
| Review Type: | Peer Review review |
| Dane Street ID: | 1186459 |

| Item updated | Description | Amount |
|---|---|---|
| 01/11/2019 | Int. Med- S. Winkel, DO (3.5hrs) | $805.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $805.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**n0252358**

**From:** Leisha Smith
**Sent:** Tuesday, January 08, 2019 3:43:08 PM
**To:** DisabilityDocuments
**Subject:** Attn : Blair Downs

I have an appointment with Dr. Stanley about the hemorrhoid removal on Monday February 4 at 10:20am at the Medical Mall at Erlanger.
Just wanted to update you about this.
Leisha Smith
Claim number 8248892

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Appointment Details

## Visit Summary

erlanger Health System

AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276

1/7/2019 10:00 AM EMG Chattanooga Bone and Joint 423-893-9020

### Instructions from Matthew Higgins, MD

Follow up with Dr. Higgins PRN
First available with Dr. Brandon Cincere for bilateral hip
Contact Haley with any questions 423-778-4919

Your medications have changed today
**See your updated medication list for details.**

### Today's Visit



You saw Matthew Higgins, MD on Monday January 7, 2019. The following issues were addressed: Primary osteoarthritis of both hips and Tear of acetabular labrum, unspecified laterality, initial encounter.

### What's Next

JAN 18 2019
Established with Lydia Speer, DO
Friday January 18 9:00 AM (Arrive by 8:45 AM)

EMG Primary Care at East
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
423-778-8909

JAN 23 2019
Established with Patrick Koo, MD
Wednesday January 23 11:40 AM (Arrive by 11:25 AM)

EMG Respiratory and Critical Care
979 East 3rd Street, Suite C735
Chattanooga TN 37403-2147
423-778-9101

JAN 29 2019
New Patient Appointment with Brandon Cincere, MD
Tuesday January 29 10:00 AM (Arrive by 9:30 AM)
Bring list of current medications and any insurance information and a copayment if required by your insurance company.

EMG Ortho Sports on 3rd
1100 E 3rd St
CHATTANOOGA TN 37403
423-778-6784

FEB
6
2019

Established with Laurie-Anne Swaby, MD
Wednesday February 6 1:15 PM (Arrive by 1:00 PM)

EMG Gastroenterology East at Suite 300
1755 Gunbarrel Rd
Suite 300
CHATTANOOGA TN 37421
423-778-4830

# Your Medication List as of 1/7/19 3:20 PM

Always use your most recent med list.

| | | |
|---|---|---|
| | * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. |
| | * **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| CHANGE | **amitriptyline** 50 mg tablet<br>Commonly known as: ELAVIL<br>Changed by: Matthew Higgins, MD | Take 1 tablet (50 mg total) by mouth nightly.<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| | **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| | **blood sugar diagnostic** strip<br>Commonly known as: PHARMACIST CHOICE | To use with glucometer that her insurance will cover for testing three times daily Dx E16.2 |
| | **blood-glucose meter** kit | Use as instructed three times daily pharmacy fill what her insurance will cover |
| | **diclofenac sodium** 1 % gel | USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY |
| | **escitalopram** 20 mg tablet<br>Commonly known as: LEXAPRO | Take 1 tablet (20 mg total) by mouth daily. |
| | **FIBER GUMMIES ORAL** | Take by mouth. |
| | **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| | **hydrocortisone-pramoxine** rectal foam<br>Commonly known as: PROCTOFOAM-HS | Insert 1 applicator into the rectum daily. Use as directed |
| | **lidocaine** 2 % jelly<br>Commonly known as: XYLOCAINE | Apply topically as needed for mild pain. |
| CHANGE | **linaclotide** 290 mcg capsule<br>Commonly known as: LINZESS<br>Changed by: Matthew Higgins, MD | Take 290 mcg by mouth daily.<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |

| | |
|---|---|
| **meloxicam** 7.5 mg tablet<br>Commonly known as: MOBIC | |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| **STOOL SOFTENER ORAL** | Take by mouth. |
| **tiotropium** 18 mcg per inhalation capsule<br>Commonly known as: SPIRIVA | Place 1 capsule into inhaler and inhale once daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

**n0304629**

**From:** Leisha Smith
**Sent:** Monday, January 07, 2019 3:24:30 PM
**To:** DisabilityDocuments
**Subject:** after visit summary

Leisha Smith
Claim number 8248892

ATTN: Blair Downs

See attached after visit summary from my appt with Dr. Higgins. I have an appt with Dr. Cincere January 29 to consult about repair the tears in both hips. According to Dr. Higgins if Dr. Cincere can repair the tears then I can avoid hip replacements.
I still haven't received a call from the surgeon Dr. Giles about surgery to remove the hemorrhoids so I have asked Dr. Speer to please reach out to them again.

I will advise you on any further information as I can.

Leisha Smith

**n0304629**

**From:** Leisha Smith
**Sent:** Monday, January 07, 2019 3:25:25 PM
**To:** DisabilityDocuments
**Subject:** Fw: after visit summary
**Attachments:** after visit summary Dr. Higgins 1-7-19.pdf

forgot to attach file first time

On Monday, January 7, 2019 3:24 PM, Leisha Smith < gt; wrote:

Leisha Smith
Claim number 8248892

ATTN: Blair Downs

See attached after visit summary from my appt with Dr. Higgins. I have an appt with Dr. Cincere January 29 to consult about repair the tears in both hips. According to Dr. Higgins if Dr. Cincere can repair the tears then I can avoid hip replacements.
I still haven't received a call from the surgeon Dr. Giles about surgery to remove the hemorrhoids so I have asked Dr. Speer to please reach out to them again.

I will advise you on any further information as I can.

Leisha Smith

**From:** Leisha Smith
**To:** DisabilityDocuments
**Subject:** Test Results for Claim # 8248892
**Date:** Saturday, January 05, 2019 8:24:06 AM

---

ATTN: Blair Downs
Re: Leisha Smith Claim #8248892

Blair,
These are the test results from the MRI I had on December 27, 2018. I will be seeing the Orthopedic Surgeon, Dr. Higgins, Monday January 7, 2019 to discuss the results and treatment options.

I am still waiting to hear from Dr. Giles, this is the surgeon that my PCP referred me to about removing the hemorrhoids.I left a voice mail concerning the hemorrhoid removal surgery.

Thank you
Leisha

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# MRI HIP LEFT W CONTRAST - Details

Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear.

COMPARISON: Correlation with left hip fluoroscopic arthrogram earlier same day. No prior MRI.

TECHNIQUE: Multiplanar, multisequence MR imaging of the left hip was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium-based contrast material reported separately. The pelvis and right hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is blunting, irregularity, and intrasubstance signal abnormality throughout the anterosuperior labrum in keeping with tearing with a small irregular contrast-filled cleft insinuating between the labrum and subjacent acetabulum, in keeping with partial detachment anteriorly. The remainder of the labrum is intact. There are mild degenerative changes at the left hip evidenced by joint space loss, mild chondral ending and heterogeneity, and bony remodeling along the superior acetabulum. The bone marrow signal is nonpathologic. No acute fractures or dislocations are identified. No MR evidence for avascular necrosis of the left femoral head.

On the large field-of-view coronal STIR sequence, there are mild degenerative changes at the pubic symphysis and sacroiliac joints. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral

aspect of the disc space, incompletely characterized on this exam. Mild degenerative changes at the right hip, please refer to dedicated right hip MRI dictated separately.

Mild to moderate tendinopathy of the left gluteus minimus tendon with low-grade insertional tearing as it attaches onto the greater trochanter of the left femur. Additional mild to moderate tendinopathy of the gluteus medius tendon with suspected low-grade insertional tearing as it attaches onto the greater trochanter. Mild adjacent soft tissue swelling and small volume bursal fluid. Otherwise, the imaged tendinous insertion sites about the left hip are intact.

The patient appears to be status post hysterectomy. Otherwise, imaged soft tissue structures in the low abdomen and pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Tearing of the anterosuperior left acetabular labrum with partial labral detachment anteriorly, please see above for details.
2. Mild degenerative changes at the left hip.
3. Mild degenerative changes in the imaged lower lumbar spine, most pronounced at L5/S1 with endplate degenerative changes and marrow edema along the left lateral aspect of the disc space, incompletely characterized on this exam. Consider dedicated lumbar spine MRI.
4. Mild to moderate tendinopathy of the left gluteus minimus and medius tendons with low-grade insertional tearing as they attach onto the greater trochanter of the left femur. Mild adjacent soft tissue swelling and small volume bursal fluid.

Dictated By: - 12/27/2018 5:36 PM EST

Electronically Signed By: Eileen Lorenz, MD - 12/28/2018 8:37 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# MRI HIP RIGHT W CONTRAST - Details

Study Result

INDICATION: 56-year-old female with bilateral hip pain, osteoarthritis versus labral tear

COMPARISON: No prior MRI. Correlation with right hip fluoroscopic arthrogram earlier same day

TECHNIQUE: Multiplanar, multisequence MR imaging of the right was performed in 3 orthogonal planes after the uneventful fluoroscopically guided intra-articular administration of 1 cc MultiHance gadolinium based contrast material reported separately. The pelvis and left hip were also imaged on the coronal STIR sequence.

FINDINGS:
The hip joint is well distended with intra-articular contrast material. There is a moderately sized

irregular contrast-filled cleft insinuating between the anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment. The remainder of the labrum is intact.

There are mild degenerative changes at the right hip evidenced by joint space loss and mild chondral thinning/heterogeneity. Mild bony remodeling along the superior acetabulum. No acute fractures or dislocations are identified. The bone marrow signal is nonpathologic. No MR evidence for avascular necrosis of the right femoral head. On the large field-of-view coronal STIR sequence, additional degenerative changes are noted at the pubic symphysis and sacroiliac joints. Mild degenerative changes at the left hip, please refer to left hip MRI dictated separately. Additional mild to moderate degenerative changes in the lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space.

Moderate tendinopathy of the gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon. Linear edema within the rectus femoris muscle favored postprocedural in etiology. Otherwise, imaged tendinous insertion sites and muscles about the right hip are intact and grossly unremarkable. No significant muscular atrophy.

The patient appears to be status post hysterectomy. Otherwise, the imaged soft tissue structures in the pelvis are grossly unremarkable. No significant lymphadenopathy.

IMPRESSION:
1. Moderately sized irregular contrast-filled cleft insinuating between the right anterior labrum and subjacent acetabulum, larger and more irregular than expected for a variant sublabral recess and most in keeping with labral tearing and detachment.
2. Mild degenerative changes at the right hip.
3. Mild degenerative changes in the lower lumbar spine, most pronounced at L5/S1 with patchy marrow edema and endplate degenerative changes along the left lateral aspect of the disc space, consider dedicated lumbar spine MRI.
4. Moderate tendinopathy of the right gluteus medius tendon with partial-thickness insertional tearing as it attaches onto the greater trochanter of the right femur. Mild adjacent soft tissue swelling and small volume bursal fluid. Mild to moderate tendinopathy of the gluteus minimus tendon.

Dictated By: - 12/27/2018 5:36 PM EST

Electronically Signed By: Eileen Lorenz, MD - 12/28/2018 8:47 AM EST

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Name: Leisha D. Smith | DOB: | MRN: 01114276 | PCP: Lydia Speer, DO

# Letter Details

erlanger
Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

December 28, 2018

Leisha Dianne Smith

Cleveland, TN 37323

| | |
|---|---|
| Patient: | **Leisha Dianne Smith** |
| Date of Birth: | |
| Date of Visit: | **12/28/2018** |

To Whom it May Concern:

Leisha Smith was seen in my clinic on 12/28/2018. She continues to have problems with her hemorrhoids flaring up and down, so I am referring her to general surgery for evaluation for hemorrhoidectomy. She has a long history of anxiety and depression due to chronic medical problems and then the loss of her son several years ago but due to her current medical problems her anxiety and depression have gotten unmanageable. She is having panic attacks, not sleeping well, feeling depressed. I have recently placed her on lexapro 10mg, Dr. Swaiby has placed her on amitryptyline 25mg at night and she is going to a counselor regularly now. I would recommend that she continue to be off on short term disability until her anxiety and depression are more stable and so she can be evaluated by a general surgeon for hemorrhoidectomy.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

*This letter was initially viewed by Leisha Dianne Smith at 12/28/2018 3:43 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

**n0273151**

**From:** Leisha Smith
**Sent:** Saturday, December 29, 2018 8:45:16 AM
**To:** DisabilityDocuments
**Subject:** Letter from Doctor
**Attachments:** letter from Doctor 12-28-18 LTD.pdf

Blair Downs:

For case number 8248892
Leisha Dianne Smith
Letter from PCP about LTD

See Attached.

# Erlanger Health System -- Confidential Information

To/Recipient: Liberty Mutual

Fax Number: 603-334-9587

Organization:

Date/Time: 12/28/18

From/Sender: Kayla

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: OFV. notes/letter

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page): 8

*******************************************************************************************

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Speer, DO
Justin A. Ossman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

erlanger
Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

December 28, 2018

Leisha Dianne Smith

,

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **12/28/2018**

To Whom it May Concern:

Leisha Smith was seen in my clinic on 12/28/2018. She continues to have problems with her hemorrhoids flaring up and down, so I am referring her to general surgery for evaluation for hemorrhoidectomy. She has a long history of anxiety and depression due to chronic medical problems and then the loss of her son several years ago but due to her current medical problems her anxiety and depression have gotten unmanageable. She is having panic attacks, not sleeping well, feeling depressed. I have recently placed her on lexapro 10mg, Dr. Swaiby has placed her on amitryptyline 25mg at night and she is going to a counselor regularly now. I would recommend that she continue to be off on short term disability until her anxiety and depression are more stable and so she can be evaluated by a general surgeon for hemorrhoidectomy.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 12/28/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Hemorrhoids with complication
Reason for Visit: hemhoroid issue

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Here for followup

Hemorrhoids continue to flare up and down
Does have daily rectal pain-some days are worse than others
Last flare up was in November 2018-was able to calm this down with sitz baths and linzess, proctofoam, and a & d ointment and staying off feet
Back on linzess 145mcg daily to try and prevent constipation due to some of the meds she's on
Thinks may have to have dose increased
States that Dr. Swaiby at most recent office visit December 5th- needs hemorrhoidectomy for permanent solution to hemorrhoid flare ups
Worse when she is on her feet for prolonged periods of time
Since she's been off work this has improved since she has been off of her feet

Had to have MRI of hips yesterday
Will followup with Dr. Higgins soon
Cont to have bilateral hip pain

Anxiety and depression has gotten a lot worse with all of these persistent or recurring medical problems as well as past issues
Has had this off and on for years
Feels like she is about to have a nervous breakdown
Mother died in 2017, husbands mom died this year
Son died years ago
Seeing a counselor
Having a hard time sleeping, getting panic attacks
On lexapro 10mg daily for a few weeks
amitryptyline 25mg at night
Noticed some positive difference-thinks doses probably need to be increased
Does have pain all over her body
Likely has fibromyalgia as well-this has been mentioned by other providers

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:

- docusate sodium (STOOL SOFTENER ORAL), Take by mouth., Disp: , Rfl:
- inulin (FIBER GUMMIES ORAL), Take by mouth., Disp: , Rfl:
- lidocaine (XYLOCAINE) 2 % jelly, Apply topically as needed for mild pain., Disp: , Rfl:
- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- amitriptyline (ELAVIL) 25 mg tablet, Take 1 tablet (25 mg total) by mouth nightly., Disp: 30 tablet, Rfl: 2
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- diclofenac sodium 1 % gel, USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY, Disp: 100 g, Rfl: 0
- escitalopram (LEXAPRO) 10 mg tablet, Take 1 tablet (10 mg total) by mouth daily., Disp: 30 tablet, Rfl: 11
- hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam, Insert 1 applicator into the rectum daily. Use as directed, Disp: 15 g, Rfl: 1
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 11
- meloxicam (MOBIC) 7.5 mg tablet, , Disp: , Rfl:

• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY, Disp: 90 capsule, Rfl: 0
• tiotropium (SPIRIVA) 18 mcg per inhalation capsule, Place 1 capsule into inhaler and inhale once daily., Disp: , Rfl:
No current facility-administered medications for this visit.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 37 years ago. She has a 20.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for blood in stool and constipation. Negative for abdominal pain.
**Hemorrhoids**
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Negative for numbness and headaches.
Psychiatric/Behavioral: Positive for dysphoric mood. The patient is nervous/anxious.

**Vitals:**
12/28/18 0947

BP: 118/74
BP Location: Left arm
Patient Position: Sitting
Pulse: 83
Resp: 16
Temp: 98.3 °F (36.8 °C)
TempSrc: Tympanic
SpO2: 98%
Weight: 144 lb 9.6 oz (65.6 kg)
Height: 5' 4" (1.626 m)

Body mass index is 24.82 kg/m².

**Objective**

Physical Exam
Constitutional: She appears distressed.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Genitourinary:




1: External hemorrhoids noted around entire external rectum, ttp at 12 o clock and 2 o clock position with erythema around anogenital regiono

Musculoskeletal: She exhibits tenderness.
Psychiatric: Her mood appears anxious. She exhibits a depressed mood.

**Assessment/Plan**

**Office Visit on 10/31/2018**

| Component | Date | Value |
|---|---|---|
| • Glucose, Serum | 10/31/2018 | 85 |
| • BUN | 10/31/2018 | 9 |
| • Creatinine, Serum | 10/31/2018 | 0.8 |
| • eGFR If NonAfricn Am | 10/31/2018 | 74 |
| • eGFR If Africn Am | 10/31/2018 | 90 |
| • BUN/Creatinine Ratio | 10/31/2018 | 11.3 |
| • Sodium, Serum | 10/31/2018 | 142 |
| • Potassium | 10/31/2018 | 4.5 |
| • Chloride, Serum | 10/31/2018 | 105 |
| • Carbon Dioxide, Total | 10/31/2018 | 28 |
| • Calcium, Serum | 10/31/2018 | 10.1 |

Spent 40 min in care of patient-more than 50% of visit was spent counseling patient

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Constipation** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Hemorrhoids with complication** - Primary<br>refer to gen sur for hemorrhoidectomy evaluation<br>cont proctofoam, bowel regimen | ICD-10-CM: K64.8<br>ICD-9-CM: 455.8 |
| **Anxiety and depression**<br>worsening<br>in counseling<br>increase lexapro 20mg daily (consider cymbalta)<br>on amitryptyline 25mg -increase to 50mg daily | ICD-10-CM: F41.9, F32.9<br>ICD-9-CM: 300.00, 311 |
| **Adjustment insomnia**<br>increase elavil to 50mg at night | ICD-10-CM: F51.02<br>ICD-9-CM: 307.41 |
| **Fibromyalgia**<br>consider cymbalta if lexapro not helpful | ICD-10-CM: M79.7<br>ICD-9-CM: 729.1 |

## Instructions

Increase lexapro 20mg daily

Elavil 50mg at night
Refer to general surgery
Young living

After Visit Summary (Printed 12/28/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/74 (BP Location: Left arm, Patient Position: Sitting) Pulse 83<br>Temp 98.3 °F (36.8 °C) (Tympanic) Resp 16 Ht 5' 4" (1.626 m) Wt 144 lb 9.6 oz (65.6 kg)<br>LMP (LMP Unknown) SpO2 98% BMI 24.82 kg/m² BSA 1.72 m² More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Leisha Dianne Smith

## Orders Placed

None

## Medication Changes

As of 12/28/2018 11:17 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **amitriptyline HCl** | | | |
| **Unchanged: amitriptyline (ELAVIL) 25 mg tablet**<br>Take 1 tablet (25 mg total) by mouth nightly. - oral | 2 | 12/5/2018 | 12/5/2019 |
| **Added: amitriptyline (ELAVIL) 50 mg tablet**<br>Take 1 tablet (50 mg total) by mouth nightly. - oral | 3 | 12/28/2018 | 12/28/2019 |
| **Changed: escitalopram (LEXAPRO) 20 mg tablet**<br>Take 1 tablet (20 mg total) by mouth daily. - oral<br>Previously: 10 mg oral Daily | 3 | 12/28/2018 | 12/28/2019 |
| **linaclotide** | | | |
| **Unchanged: linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 11 | 12/5/2018 | |
| **Added: linaclotide (LINZESS) 290 mcg capsule**<br>Take 290 mcg by mouth daily. - oral | 3 | 12/28/2018 | |

## Visit Diagnoses

Hemorrhoids with complication K64.8 - refer to gen sur for hemorrhoidectomy evaluation
cont proctofoam, bowel regimen
Anxiety and depression F41.9, F32.9 - worsening
in counseling
increase lexapro 20mg daily (consider cymbalta)
on amitryptyline 25mg -increase to 50mg daily
Adjustment insomnia F51.02 - increase elavil to 50mg at night
Fibromyalgia M79.7 - consider cymbalta if lexapro not helpful

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Blair Downs
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112 x14174
Fax: (603) 430-1751

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | VOLKSWAGEN GROUP OF AMERICA | Date Sent: | 12/20/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LEISHA D SMITH | Claim #: | 8248892 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/16/2018 |
| Zip: | | Primary Diagnosis: | Perianal venous thrombosis |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | see referral |

Referral Questions:

Vendor Chosen: Dane Street, LLC

Claimant Name: LEISHA D SMITH

# Liberty Mutual - Independent Evaluation

## Peer Review

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.
4. Please contact tx providers: Dr. Speer 423-778-8909. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Instructions For Vendor:

Claimant Name: LEISHA D SMITH

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: LEISHA D SMITH

## Memorandum

**From:** Frederic H. Schwartz, MD, FACP **Date:** December 18, 2018

**To:** Blair Downs
Disability Claims Manager

**Claimant:** Leisha Smith
**Claim#:** 8248892
**DOB:**
**DOD:** 2/16/18

### Questions

1. **Please note all diagnoses supported by the medical evidence**.
   Diagnoses supported by the medical evidence include:
   - Von Willebrand's Disease (D68.0)
   - History of Hemorrhoids (K64.9)
   - GERD (K21.9)
   - History of Hepatitis C (Z86.19)
   - Early Osteoarthritis of Bilateral Hips (M16.0)

2. **Please clarify which of the supported diagnoses are causing impairment.**
   None.

### Recommendations

- It would be reasonable to obtain a completed Activities Questionnaire.

- It may be useful to document the insured's actual activity pattern.

### Analysis

The insured reports chronic anal pain, abdominal pain, bilateral hip pain, and diffuse arthralgais and myalgias. While the insured did have thrombosed

hemorrhoids when she initially left the workplace on 2/16/18, as of 4/5/18 Dr. Dunn reported that the insured's that the hemorrhoids were gone and healing from their removal was complete. As described in the Historical section of my report, while the insured continues to report abdominal and bilateral hip pain, diagnostic testing does not detect an underlying cause of a severity that would be expected to cause impairment.

The records provided are consistent with the presence of a chronic pain syndrome defined as a severity and/or duration of pain that is unable to be explained by the medical evidence. Chronic pain syndromes are frequently found in patients with mental illness.

**Historical**

Leisha Smith is a 56 year old, production team member (light – med occ) for Volkswagen with a past medical history significant for Von Willebrand's disease, depression, GERD, and hepatitis C (currently, in sustained viral response/complete remission). Her past surgical history is significant for three Cesarean sections, a partial hysterectomy in 1992, a left nephrectomy in 1984 (donated to son), and a hemorhoidectomy on 2/19/18. The insured left the workplace as of 2/16/18 secondary to painful hemorrhoids. In performing this medical review, I read medical records from the following physicians.

1. **Jason Dunn, MD** (general surgery) – I read office notes from 2/19/18 – 10/22/18 and an operative note dated 2/19/18.

2. **Lydia Speer, DO** (family practice) – I read office notes from 5/9/18 – 10/31/18. Dr. Speer certified as to the insured's impairment status on 5/6/18 and 8/29/18. I had a telephone conversation with Dr. Speer on 12/18/2018 which is fully documented under separate cover.

3. **Laurie-Anne Swaby, MD** (gastroenterology) – I read office notes dated 6/19/18 and 9/5/18.

4. **Matthew Higgins, MD** (orthopedic surgery) – I read office notes dated 4/25/18 (new patient) and 8/6/18.

5. **Maryann McManus, DO** (hematology) – I read a single office note dated 2/20/18.

6. **J. Stanley, MD** (colorectal surgery) – I read a single office note dated 4/27/18.

7. **Stephen Scorey, DO** (internal medicine) – I read a single office note dated 10/10/18.

I read an occupational analysis/vocational review dated 12/5/18.

The insured developed painful hemorrhoids and was evaluated by general surgery (Dr. Dunn) on 2/19/18. At that time, he performed an incision and removal of hemorrhoidal tissue and 21 blood clots in the peri-anal area. At follow up on 4/5/18, the anal exam revealed excellent healing from the procedure. On 5/14/18, Dr. Dunn performed a flexible sigmoidoscopy and hemorrhoidal banding procedure per the suggestion of Dr. Stanley. While there was no further evidence of external hemorrhoids, the insured continued to report anal pain. At follow up with Dr. Dunn on 10/22/18, he stated that while there were a few internal hemorrhoids, no surgical intervention was warranted and the insured should follow up as needed.

The insured also reported diffuse arthralgias and mylagias, right upper quadrant pain, and bilateral hip pain. Diagnostic testing including a rheumatoid factor, ANA, CCP, and erythrocyte sedimentation rate were all unremarkable ruling out the presence of an inflammatory arthritis such as found in rheumatoid arthritis.

The insured was seen by her gastroenterologist on 9/5/18 to evaluate the right upper quadrant pain. Liver function tests (including serum albumin, alkaline phosphatase, and total bilirubin) were all normal. A MRI of the abdomen performed on 9/19/18 was unremarkable with no signs of gall bladder pathology and no findings that would explain the insured’s pain.

The insured was evaluated for bilateral hip pain by Dr. Higgins as a new patient on 4/25/18. The insured stated that walking 1 mile to work each way, prolonged standing (up to 11 hours/shift) and climbing stairs throughout the work day caused her significant discomfort. X-rays of the pelvis and hips found evidence of

very mild osteoarthritis of the hips. The insured was referred to interventional radiology for an intra-articular steroid injection of the right hip on 5/18/18 with some relief of her symptoms. She was also referred for physical therapy who provided her with a home exercise program.

I found no Activities Questionnaire in the file.

Management of the insured's medical conditions includes physical therapy and the following medications – Linzess 290ug qd, fiber supplement, stool softener, Tramadol 50mg prn pain (mild narcotic), omeprazole 40mg qd, Humate- P as directed, Zyrtec 10mg qd, Mobic 7.5mg qd (non-steroidal anti-inflammatory drug), Singulair 10mg qd, Ventolin inhaler and nebulizer prn sob, and Proctofoam prn anal pain.

***Electronically Signed***

Frederic H. Schwartz, MD, FACP
Board Certified, Internal Medicine
Consulting Physician, Liberty Mutual

Liberty Life Assurance
Company of Boston, a Lincoln
Financial Group company

Group Benefits Disability Claim
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

December 6, 2018

Lydia Speer, DO
Chattanooga, TN 37415
FAX#: 423-778-8910

Re: Disability Benefits
Claimant Name: **Leisha Smith**
Claimant DOB:
Claim Number: 8248892

Dear Dr. Speer:

Thank you for taking the time to speak with me earlier today. I am the physician who was asked by Lincoln Financial Group to review the medical records Leisha Smith submitted in support of her request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

**During our telephone conversation you stated that you had most recently evaluated Ms. Smith in the office on 10/31/18 at which time she continued to report abdominal pain as well as nausea and vomiting. I noted that recent (September 2018) diagnostic testing including a MRI of the abdomen and liver function tests as ordered by Dr. Swaby were unremarkable. You informed me that Ms. Smith sent you an e-mail dated 11/30/18 stating that she was experiencing recurrent hemorrhoids with bleeding.**

**I next inquired as to what you would consider to be the primary functionally impairing medical conditions in Ms. Smith. You responded that her bleeding hemorrhoids in the setting of Van Willebrand's disease. You also mentioned that she has anxiety and depression.**

**I next inquired as to what restrictions (what the patient should not do) and limitations (what the patient is unable to do) you would place on her activities. I noted that Ms. Smith was working in a Light Duty occupation that requires frequent standing and walking on an assembly line. You did not provide specific restrictions but you told me that Ms. Smith has reported that she has difficulty with standing and walking.**

**I noted that while Ms. Smith has reported recurrent rectal pain, bilateral hip pain and abdominal pain, she has not been evaluated by any of her specialists for these symptoms for many months. Dr. Dunn did evaluate her hemorrhoids on 10/22/18 at which time her condition was stable and he recommended that she follow up as needed.**

**Finally, I suggested that if Ms. Smith has been evaluated by her specialists in the past couple of months, it may be useful to have those physician's offices send those records to Lincoln Financial.**

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Frederic H. Schwartz, MD, FACP
Consulting Physician
Board Certified, Internal Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

______________ ______

Lydia Speer, DO Date

## n0132765

**From:** RightFax E-mail Gateway
**Sent:** Tuesday, December 18, 2018 3:53:37 PM
**To:** Schwartz, Frederic
**Subject:** Your fax has been successfully sent to Lydia Speer, DO at 423-778-8910. RE:

Your fax has been successfully sent to Lydia Speer, DO at 423-778-8910. RE:
---------------------------------------------------------
12/18/2018 3:38:52 PM Transmission Record
Sent to 4237788910 with remote ID ""
Result: (6/0;0/0) Ringing, no answer
Page record: NONE SENT
Elapsed time: 00:34 on channel 33

12/18/2018 3:44:38 PM Transmission Record
Sent to 4237788910 with remote ID ""
Result: (3816) Command timeout
Page record: NONE SENT
Elapsed time: 00:00 on channel 38

12/18/2018 3:49:55 PM Transmission Record
Sent to 423-778-8910 with remote ID "4237788910"
Result: (0) Success
Page record: 1 - 3
Elapsed time: 02:50 on channel 34

ReleasePoint

## Medical Record Overview

**Date:** **December 11, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** ERLANGER ACADEMIC GASTROENTEROL...
979 E 3RD ST STE C825
CHATTANOOGA, TN 37403
(423) 778-4830

**RP ID:** 4680432

**Client ID:** 8248892

**Source:** LIBMT5

**Request Scope:** From June 20, 2018 to Present

**Req By:**

**Chart Range:** 08/16/2018 - 11/28/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 16 2018 | Nov 28 2018 | 33 | 2 |
| Labs/Diagnostics | Aug 16 2018 | Nov 28 2018 | 14 | 35 |
| Other Records | | | 1 | 49 |
| Request Corr. | | | 3 | 50 |

**Total Page Count:** 51

**Notes From QC:**

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

P. 1

* * * Communication Result Report ( Nov. 28. 2018 9:17AM ) * * *

1) ERLANGER HEALTH
2)

Date/Time: Nov. 28. 2018 9:10AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8306 | Memory TX | 916034301751 | P. 34 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax

erlanger Health System

**CONFIDENTIAL FAX**
Academic Gastroenterology at Erlanger
979 East Third Street, Suite C-825
Chattanooga, TN 37403
Phone: 423-778-4830 Fax: 423-778-4831

Arslan Kahloon, MD · Steven Kessler, DO · Louis Lambiase, MD
George Philips, MD · Leslie-Anne Sweeby, MD · Sunil Patel, MD
Sharif Murphy, MD · Jason Beard, MD · Gene Thompson, PA

| | |
|---|---|
| Date: 11-28-18 | Attention: Britt Downs |
| To: Lincoln Financial Group | From: Janice |
| Phone: | Fax: 603-430-1751 |
| Re: Leisha Smith | # of pages (including cover) |

Urgent Please Reply Please Review Referral For Your Records

Confidentiality Notice
This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named above as the Recipient. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health Systems at 423-778-[illegible] and arrange for the return or destruction of these documents.
Erlanger Health System-Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) Encounter Date: 11/13/2018



**Smith, Leisha Dianne**
Female, 56 y.o.
PCP: **Lydia Speer, DO**
Language: English
Need Interp: No
Last Weight: 62.1 kg (137 lb)
Phone: M:

Allergies
No Known Allergies

Health Maintenance: **Due**
FYI: None

Primary Ins.: CIGNA
MRN: 01114276
Erlanger MyChart: Active
Pharmacy: CVS/PHARMACY #4...
Preferred Lab: None
Next Appt: 12/05/2018

### FW: Non-Urgent Medical Question

Received: 11/13/2018 3:00 PM

Kaitlan Oliver ➡ Janice Lewis
Phone Number: 423-303-6906

Previous Messages ≫

### Non-Urgent Medical Question

**Kaitlan Oliver** routed conversation to Janice Lewis (You)
Message sent on 11/13/2018 3:00 PM

**Leisha Dianne Smith** ➡ Laurie-Anne Swaby, MD
Message sent on 11/13/2018 2:21 PM

I need copies of my medical records and letters from June 1, 2018 through last visit faxed to-
Lincoln Financial Group ATTN: Blair Downs Fax number: 603-430-1751
on or before November 28, 2018.
They need information to keep on file since I am on disability with them from VW. If you are unable to fax these please call me and I will come to the office and pick them up and fax them.
Thank you so much and if you have any questions please call me at 423-303-6906
Leisha Smith

**H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)**

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 06/19/2018

## Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 6/19/2018
EMG Gastroenterology

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Gastroesophageal reflux disease, esophagitis presence not specified
Reason for Visit: Abdominal Pain, Heartburn; Referred by Lydia Speer, DO

### Progress Notes

Laurie-Anne Swaby, MD (Physician) • Gastroenterology

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI
Seen in remote follow-up with history of hepatitis C status post treatment and SVR. She reports that she was doing well until February 2018 when she was put "back on the line" at Volkswagen and then developed symptomatic hemorrhoids treated with hemorrhoidectomy/thrombectomy and banding in Cleveland. She also reports acid reflux as well as non cardiac chest pain with any p.o. intake without dysphagia. She has been taking omeprazole 40 mg in the morning, 20 mg in afternoon and 20 mg at night with incomplete relief of symptoms as directed by alternate physician. She has also been diagnosed with thyroid nodules. There is a family history of colon polyps affecting her sister at age less than 60.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotypc 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY | | |

Printed by Janice Lewis at 11/28/18 9:06 AM

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 06/19/2018

*left*
- CESAREAN SECTION
*x 3*
- COLONOSCOPY
- HEMORRHOID SURGERY 02/19/2018
*cut out 21 blood clots*
- HYSTERECTOMY
*partial*
- KIDNEY SURGERY
*left removed*
- THROMBECTOMY
*Pt states from Rectum*

No Known Allergies

No current outpatient prescriptions on file.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

**Social History**

Social History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | 4 |
| • Years of education: | N/A |

Occupational History
- VW

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 06/19/2018

- Sexual activity: Defer

Other Topics Concern
- Not on file

Social History Narrative
*Lives with Husband*

Review of Systems
All other systems reviewed and are negative.

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**

**Non cardiac chest pain**
**GERD**
**Fam hx of colon polyps**

EGD/COLONOSCOPY
Bravo pH probe
suprep
Hold omeprazole for 7 days prior to EGD
Ok to take pepcid or zantac prn during time off omeprazole
Hold pepcid/zantac on AM of procedure and testing.
Contact Dr. Bhakta for instructions on vWF correction prior to procedure.
Will discuss constipation at follow-up visit.

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB:    Encounter Date: 06/19/2018

3 mth f/u

**Instructions**

Return in about 3 months (around 9/19/2018).

**Patient Instructions**

After Visit Summary (Printed 6/19/2018)

**Additional Documentation**

Vitals: BP 125/85 (BP Location: Right arm, Patient Position: Sitting) Pulse 72 Ht 1.626 m (5' 4") Wt 65 kg (143 lb 4.8 oz) BMI 24.60 kg/m² BSA 1.71 m² More Vitals

Flowsheets: Custom Formula Data

Encounter Info: Billing Info, History, Allergies

**Media**

› Consent - Other - Scan on 6/19/2018 11:44 AM : GI

**Orders Placed**

Case request operating room: UPPER GASTROINTESTINAL ENDOSCOPY WITH BIOPSY, DIAGNOSTIC FLEXIBLE COLONOSCOPY PROXIMAL TO SPLENIC FLEXURE WITH COLLECTION OF SPECIMEN BY WASHING AND COLON DECOMPRESSION, ESOPH/GASTROESOPH REFLUX TEST; W/MUCOUS TELEMETR... Once

**Medication Changes**

As of 6/19/2018 12:54 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln | 0 | 6/19/2018 | 9/5/2018 |
| Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | | | |
| Discontinued: DME PRESCRIPTION | | | |
| Discontinued: tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | | | |

**Visit Diagnoses**

Gastroesophageal reflux disease, esophagitis presence not specified K21.9
Family history of colonic polyps Z83.71

Printed by Janice Lewis at 11/28/18 9:06 AM    Page 4 of 4

EMG GASTRO-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 11/28/2018

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB Encounter Date: 09/05/2018

## Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 9/5/2018
EMG Gastroenterology East at Suite 300

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Abnormal findings on diagnostic imaging of liver
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

**Progress Notes**
Expand All Collapse All

Laurie-Anne Swaby, MD (Physician) • Gastroenterology

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI
Seen in follow-up for history of right upper quadrant pain, noncardiac chest pain, GERD post EGD/colonoscopy on 8/16/2018 with notation of subtle circumferential rings in the esophagus without evidence of eosinophilic esophagitis on biopsy. Also diminutive Schatzki's ring was noted. diminutive sliding hiatus hernia was also noted with mild erythema in the antrum without pathologic abnormality duodenum appeared normal with normal cold forceps biopsies. Though with family history of colon polyps affecting her sister, she had no colon polyps with recommendation for five-year follow-up.

She reports ongoing right upper quadrant pain that is intermittent without clear trigger except for movements with noncontrast CT with nonspecific liver lesions thought to be prior granulomatous disease with scattered calcifications. She is s/p tx of HCV w/ SVR. Otherwise she reports hoarseness with reflux symptoms if ingestion of trigger foods including spicy foods. Omeprazole 40 mg every morning has been partially effective with this. She reports symptomatic hemorrhoids without prior surgical treatment for multifocal thrombosis within hemorrhoids.

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | 1984 |
| • H/O kidney removal<br>*Donated Left kidney to son* | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules | |

Printed by Janice Lewis at 11/28/18 9:06 AM

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 09/05/2018

*Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY *left* | | |
| • CESAREAN SECTION *x 3* | | |
| • COLONOSCOPY | | |
| • HEMORRHOID SURGERY *cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY *partial* | | |
| • KIDNEY SURGERY *left removed* | | |
| • THROMBECTOMY *Pt states from Rectum* | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |

No Known Allergies

| | | | |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 ) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • linaclotide (LINZESS) 290 mcg capsule | Take 290 mcg by mouth daily. | 90 capsule | 3 |
| • meloxicam (MOBIC) 7.5 mg tablet | | | |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |

Printed by Janice Lewis at 11/28/18 9:06 AM

Page 2 of 5

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)



| | | | |
|---|---|---|---|
| • omeprazole (PriLOSEC) 40 mg capsule | Take 1 capsule (40 mg total) by mouth daily. | 90 capsule | 0 |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |
| • traMADol (ULTRAM) 50 mg tablet | Take 50 mg by mouth every 6 (six) hours as needed for moderate pain. | | |
| • hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam | Insert 1 applicator into the rectum daily. Use as directed | 15 g | 1 |

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
**Hoarse voice**
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**

**Abnormal findings on diagnostic imaging of liver (Primary)**
- MRI abdomen with and without contrast
- Hepatic function panel
- Hepatic function panel

**RUQ pain**
- Hepatic function panel
- Hepatic function panel

**Other orders**
- hydrocortisone-pramoxine Dispense: 15 g; Refill: 1

MRI of liver
Liver labs as ordered

Sitz bath prn for hemorrhoids

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)



Avoid straining
Avoid excessive sitting
Proctofoam daily x 2 weeks, then as needed

Will discuss endoscopic reflux options with Dr. Kahloon
Continue omeprazole 40mg po daily
Lifestyle changes for reflux reviewed
Clinic f/u in 3mths

### Instructions

Return in about 3 months (around 12/5/2018).

**Patient Instructions**

After Visit Summary (Printed 9/5/2018)

### Additional Documentation

Vitals: BP 107/68 (BP Location: Left arm, Patient Position: Sitting) Pulse 91 Ht 1.626 m (5' 4") Wt 64.5 kg (142 lb 3.2 oz) LMP (LMP Unknown) BMI 24.41 kg/m² BSA 1.71 m²
More Vitals

Flowsheets: Custom Formula Data

Encounter Info: Billing Info, History, Allergies

### Media

- Consent - Other - Scan on 9/5/2018 5:19 PM : designated representative-gi

### Orders Placed

Hepatic Function Panel (Resulted 9/5/2018)
Please note (Resulted 9/5/2018)
MRI abdomen with and without contrast (Resulted 9/13/2018)

### Medication Changes

As of 9/5/2018 5:45 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam**<br>Insert 1 applicator into the rectum daily. Use as directed rectal<br>Patient not taking: Reported on 10/31/2018 | 1 | 9/5/2018 | 9/5/2019 |
| **antihemophilic factor/VWF** | | | |
| **Unchanged: antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **Discontinued: HUMATE-P 250-600 unit injection** (Therapy completed) | | | |
| **Discontinued: omeprazole-sodium bicarbonate 20-1,680 mg packet** (Patient States "Not Taking") | | | |
| **Discontinued: sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln** (Therapy completed) | | | |

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 09/05/2018

### Visit Diagnoses

Abnormal findings on diagnostic imaging of liver R93.2
RUQ pain R10.11

Printed by Janice Lewis at 11/28/18 9:06 AM
Page 5 of 5

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

EMG GASTRO-MM

Smith, Leisha Dianne
MRN: 01114276, DOB:
Encounter date: 11/28/2018

Sex: F

erlanger Health System

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 06/19/2018

## Smith, Leisha Dianne

MRN: 01114276

**Progress Notes** Encounter Date: 6/19/2018

**Laurie-Anne Swaby, MD**
Gastroenterology

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI
Seen in remote follow-up with history of hepatitis C status post treatment and SVR. She reports that she was doing well until February 2018 when she was put "back on the line" at Volkswagen and then developed symptomatic hemorrhoids treated with hemorrhoidectomy/thrombectomy and banding in Cleveland. She also reports acid reflux as well as non cardiac chest pain with any p.o. intake without dysphagia. She has been taking omeprazole 40 mg in the morning, 20 mg in afternoon and 20 mg at night with incomplete relief of symptoms as directed by alternate physician. She has also been diagnosed with thyroid nodules. There is a family history of colon polyps affecting her sister at age less than 60.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION | | |

Smith, Leisha Dianne (MR # 01114276) Printed by Janice Lewis [566] at 11/28/18 9:07 ... Page 1 of 5

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)



*x 3*
- COLONOSCOPY
- HEMORRHOID SURGERY 02/19/2018
  *cut out 21 blood clots*
- HYSTERECTOMY
  *partial*
- KIDNEY SURGERY
  *left removed*
- THROMBECTOMY
  *Pt states from Rectum*

No Known Allergies

No current outpatient prescriptions on file.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

**Social History**

Social History
- Marital status: Married
  Spouse name: N/A
- Number of children: 4
- Years of education: N/A

Occupational History
- VW

Social History Main Topics
- Smoking status: Former Smoker
  Packs/day: 1.00
  Years: 20.00
  Types: Cigarettes
  Start date: 1982
  Quit date: 2007
- Smokeless tobacco: Never Used
- Alcohol use: No
- Drug use: No
- Sexual activity: Defer

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)



Other Topics Concern
- Not on file

Social History Narrative
*Lives with Husband*

Review of Systems
All other systems reviewed and are negative.

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**

**Non cardiac chest pain**
**GERD**
**Fam hx of colon polyps**

EGD/COLONOSCOPY
Bravo pH probe
suprep
Hold omeprazole for 7 days prior to EGD
Ok to take pepcid or zantac prn during time off omeprazole
Hold pepcid/zantac on AM of procedure and testing.
Contact Dr. Bhakta for instructions on vWF correction prior to procedure.
Will discuss constipation at follow-up visit.
3 mth f/u

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 06/19/2018

Electronically Edited/Signed by Laure Anne Swaby, MD on 8/16/2018 8:34 AM

Office Visit
on
6/19/2018

### Chart Review Routing History

| Recipient | Method | Report | Sent By |
|---|---|---|---|
| Lydia Speer, DO<br>Phone: 423-778-8909<br>Sent: 5/15/2017 7:58 AM<br>Filed: 5/15/2017 | In Basket | Media | Misty Helton, LPN [908] |
| EPHS East Imaging<br>Fax: 423-308-0512<br>Phone: 423-680-8970<br>Sent: 9/21/2017 9:59 AM<br>Filed: 9/20/2017 | Fax | | Amber Denny, MA [851] |
| Amber Denny, MA<br>Sent: 2/19/2018 12:44 PM<br>Filed: 2/19/2018 | In Basket | Conversation | Misty Helton, LPN [908] |
| Insurance Company<br>Fax: 603-430-1751<br>Sent: 7/30/2018 1:04 PM<br>Filed: 2/20/2018 | Fax | Notes Report | Stephanie Bratton, RN [287] |
| Insurance Company<br>Fax: 603-430-1751<br>Sent: 7/30/2018 1:05 PM<br>Filed: 7/26/2018 | Fax | AMB Result Report v2: Lab and Imaging | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:05 PM<br>Filed: 7/26/2018 | | AMB Result Report v2: Lab and Imaging | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:05 PM<br>Filed: 2/20/2018 | | AMB Result Report v2: Lab and Imaging | Stephanie Bratton, RN [287] |
| Insurance Company<br>Fax: 603-430-1751<br>Sent: 7/30/2018 1:07 PM<br>Filed: 7/26/2018 | Fax | Conversation | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 6/7/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276) DOB:

Encounter Date: 06/19/2018

| Recipient | Method | Report | Sent By |
|---|---|---|---|
| Filed: 5/24/2018<br>Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |
| Filed: 5/16/2018<br>Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |
| Filed: 5/3/2018<br>Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |
| Filed: 3/15/2018<br>Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |
| Filed: 2/26/2018<br>Sent: 7/30/2018 1:07 PM | | Conversation | Stephanie Bratton, RN [287] |
| Filed: 2/21/2018<br>Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |
| Filed: 2/20/2018<br>Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |
| Filed: 1/29/2018 | | | |

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

[illegible]

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276)

### Please note

Order: 41712446

Status: Final result Visible to patient: Yes (Erlanger MyChart)

| Component | 7mo ago |
|---|---|
| Please note | Comment |

Comment: The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.

Resulting Agency LabCorp

**Narrative**
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Collected: 09/05/18 00:00 Last Resulted: 09/06/18 08:13

### Reviewed By List

Laurie-Anne Swaby, MD on 9/10/2018 15:50

### Other Results from 9/5/2018

**Hepatic Function Panel** Final result 9/5/2018

Smith, Leisha Dianne (MR # 01114276) Printed by Janice Lewis [566] at 11/28/18 9:08 ... Page 1 of 1

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Resulted: 08/20/18 1425, Result status: Final result

GASTROINTESTINAL PATHOLOGY [41695331]

Ordering provider: Laurie-Anne Swaby, MD 08/16/18 1107    Resulting lab: PATHGROUP

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|

Seen in follow-up for history of right upper quadrant pain, noncardiac chest pain, GERD post EGD/colonoscopy on 8/16/2018 with notation of subtle circumferential rings in the esophagus without evidence of eosinophilic esophagitis on biopsy. Also diminutive Schatzki's ring was noted. diminutive sliding hiatus hernia was also noted with mild erythema in the antrum without pathologic abnormality. duodenum appeared normal with normal cold forceps biopsies. Though with family history of colon polyps affecting her sister, she had no colon polyps with recommendation for five-year follow-up.

She reports ongoing right upper quadrant pain that is intermittent without clear trigger except for movements with noncontrast CT with nonspecific liver lesions thought to be prior granulomatous disease with scattered calcifications. She is s/p tx of HCV w/ SVR. Otherwise she reports hoarseness with reflux symptoms if ingestion of trigger foods including spicy foods. Omeprazole 40 mg every morning has been partially effective with this. She reports symptomatic hemorrhoids without prior surgical treatment for multifocal thrombosis within hemorrhoids.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY | | |

*Pt states from Rectum*

## Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |

No Known Allergies

| | | | |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • linaclotide (LINZESS) 290 mcg capsule | Take 290 mcg by mouth daily. | 90 capsule | 3 |
| • meloxicam (MOBIC) 7.5 mg tablet | | | |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • omeprazole (PriLOSEC) 40 mg capsule | Take 1 capsule (40 mg total) by mouth daily. | 90 capsule | 0 |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |
| • traMADol (ULTRAM) 50 mg tablet | Take 50 mg by mouth every 6 (six) hours as needed for moderate pain. | | |
| • hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam | Insert 1 applicator into the rectum daily. Use as directed | 15 g | 1 |

## Objective

### Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

Progress Notes by Laurie-Anne Swaby, MD at 9/5/2018 2:45 PM (continued)

HENT:
**Hoarse voice**
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

Assessment/Plan

**Abnormal findings on diagnostic imaging of liver (Primary)**
- MRI abdomen with and without contrast
- Hepatic function panel
- Hepatic function panel

**RUQ pain**
- Hepatic function panel
- Hepatic function panel

**Other orders**
- hydrocortisone-pramoxine Dispense: 15 g; Refill: 1

MRI of liver
Liver labs as ordered

Sitz bath prn for hemorrhoids
Avoid straining
Avoid excessive sitting
Proctofoam daily x 2 weeks, then as needed

Will discuss endoscopic reflux options with Dr. Kahloon
Continue omeprazole 40mg po daily
Lifestyle changes for reflux reviewed
Clinic f/u in 3mths

H&P by Janice Lewis at 11/28/2018 9:40 AM

| | | |
|---|---|---|
| Author: Janice Lewis | Service: (none) | Author Type: (none) |
| Filed: 11/28/2018 9:40 AM | Encounter Date: 11/28/2018 | Status: Signed |
| Editor: Janice Lewis | | |

History and Physical - Scan on 11/28/2018 9:40 AM : MED RECORDS FAXED TO LINCOLN FINANCIAL GROUP 11/28/18 (below)

erlanger Health System

BEH PL GI LAB

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Adm: 8/16/2018, D/C: 8/16/2018

**H&P by Suril Patel, MD at 8/16/2018 9:37 AM**

| | | |
|---|---|---|
| Author: Suril Patel, MD | Service: Gastroenterology | Author Type: Fellow |
| Filed: 8/16/2018 9:41 AM | Date of Service: 8/16/2018 9:37 AM | Status: Attested |
| Editor: Suril Patel, MD (Fellow) | | Cosigner: Laurie-Anne Swaby, MD at 8/16/2018 10:32 AM |

Attestation signed by Laurie-Anne Swaby, MD at 8/16/2018 10:32 AM

I personally saw and examined the patient, participating in the key portions of the service. I reviewed the PA/Fellow's note. I agree with the PA/Fellow's findings and plan with exceptions/additions as follows: NONE

**Gastroenterology Procedure H&P**
**Fellow Note**

**Patient:** Leisha Dianne Smith
**Date of Birth:** 3/22/1962
**Date of Procedure:** 08/16/18
**Gastroenterology Attending**: Laurie-Anne Swaby, MD

**Subjective**

**HPI**

56 y.o. female here for Upper Endoscopy, Colonoscopy
has long standing h/o chest pain, heartburn, worse with eating spicy foods. Has required 80mg omeprazole for relief, and somewhat controlled with medication and appropriate diet.
Has never had EGD. Been told by ENT and pulmonologist that her vocal cords and upper respiratory system have been damaged by acid, and that she has required inhaler use less often with high dose PPI.
Last colonoscopy 2013, FHx + colon polyps in sister Dx'd in her 60s.

Has vWF disease, took humate this morning as prescribed by hematology, and has f/u dosing for next 2 days.

**History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |

H&P by Suril Patel, MD at 8/16/2018 9:37 AM (continued)

- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

**Social History**

| Social History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | 4 |
| • Years of education: | N/A |

| Occupational History |
|---|
| • VW |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | Defer |

| Other Topics | Concern |
|---|---|
| • Not on file | |

| Social History Narrative |
|---|
| *Lives with Husband* |

family history includes Bleeding disorder in her father; Cancer in her father and other; Colon polyps in her sister; Hypertension in her mother.

**Allergies:** Patient has no known allergies.
**Medications:**

No current facility-administered medications on file prior to encounter.

Current Outpatient Prescriptions on File Prior to Encounter

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • omeprazole-sodium bicarbonate 20-1,680 mg packet | | | |
| • sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln | Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | 2 Bottle | 0 |
| • albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |

**Objective**
**Vitals:**

Height 1.626 m (5' 4"), weight 63.5 kg (140 lb), not currently breastfeeding.

**Physical Exam:**

**GEN:** NAD, comfortable
**HEENT:** no scleral icterus, no oral lesiosn
**ABD:** S/ND/NT
**EXT:** no edema

**Assessment**
56 y.o. female here for Upper Endoscopy, Colonoscopy.

- Original plan for Bravo will be canceled for today as patient has not stopped her PPI. She took omeprazole 80mg yesterday.
- Indications for procedure, as well as R/B/A discussed with patient and family. Agrees to proceed

**H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)**

Smith, Leisha Dianne (MR # 01114276)

**GASTROINTESTINAL PATHOLOGY** Order: 41695331

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Family history of colonic polyps

Notes recorded by Laurie-Anne Swaby, MD on 8/21/2018 at 8:05 PM EDT
No significant abnormality noted on pathology.
Continue current medications and lifestyle changes for reflux
Clinic follow-up as scheduled.

| Component | 3mo ago |
|---|---|
| GASTROINTESTINAL PATHOLOGY | View Report |

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276)

Comment ACCESSION #: 18-ES-012174
Patient Name: SMITH, LEISHA DIANNE
Age-Sex-DOB: 56y-F-03/22/1962 Procedure Date: 08/16/2018
MRN: 01114276 Accession Date: 08/16/2018
Pt Acc #: Report Date: 08/20/2018
Location: OFFICE
Physician(s): Laurie-Anne Swaby, MD
G I S U R G I C A L P A T H O L O G Y R E P O R T
DIAGNOSIS:
1. Duodenum, biopsy:
No diagnostic abnormality.
No evidence of celiac sprue or parasites.
2. Stomach, biopsy:
Antral and oxyntic mucosa with features of reactive
gastropathy.
Negative for H. pylori on immunohistochemistry.
No intestinal metaplasia, dysplasia, or malignancy identified.
3. Distal esophagus, biopsy:
Squamous mucosa with no diagnostic abnormality.
Negative for intraepithelial eosinophils.
4. Proximal esophagus, biopsy:
No diagnostic abnormality.
Negative for intraepithelial eosinophils.
Christina M. Birsan, M.D.
electronically signed 08/20/2018 at 2:25 PM
Gross Description:
The patient's name is "Smith, Leisha Dianne" per requisition. The
specimen is received in 4 parts.
1. Specimen 1 labeled "duodenal biopsy, rule out celiac" consists of 2
fragments of tan-brown soft tissue measuring 0.3 x 0.2 x 0.2 and 0.3 x
0.2 x 0.2 cm. The specimen is filtered and submitted entirely in
cassette 1A.
2. Specimen 2 is labeled "gastric biopsies" which consists of 2
tan-brown soft tissues measuring 0.2 x 0.2 x 0.2 cm in aggregate. The
specimens are filtered and submitted entirely in cassette 2A.
3. Specimen 3 is labeled "distal esophagus biopsies" and consists of 2
tan-brown fragments of soft tissue measuring 0.6 x 0.2 x 0.2 cm in
aggregate. The specimen is filtered and submitted entirely in cassette
3A.
4. Specimen 4 labeled "proximal esophagus" consists of 1 tan-white
fragment of soft tissue measuring 0.3 x 0.2 x 0.2 cm. The specimen is
filtered and submitted entirely in cassette 4A. (RH) (MW5,sb21)
Microscopic Description:
Controls react appropriately.
Procedure:
Esophagogastroduodenoscopy, colonoscopy
Clinical History:
Gastro-esophageal reflux disease without esophagitis (K21.9),
Esophageal obstruction (K22.2), Right upper quadrant pain (R10.11),

EMG GASTRO-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: , Sex: F
Encounter date: 11/28/2018

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276)

Family history of colonic polyps (Z83.71), Diaphragmatic hernia without obstruction or gangrene (K44.9), rule out: celiac, H. pylori, dysplasia, Barrett's, eosinophils

Specimen List:

1. Duodenal biopsies
2. Gastric biopsies
3. Distal esophagus
4. Proximal esophagus

Original report may contain illustrative images, which are not display compatible on this electronic information system. Some pathology reports may include tabular data or cancer checklists which also can not be displayed. A copy of the original report incorporating those items is available from the Pathology Department/Associated Pathologists and can be obtained upon request.

End of Report

Technical services provided by:
Associated Pathologists, LLC d/b/a PathGroup
4071 South Access Road
Chattanooga, TN 37406
Richard B. Hessler, M.D., Director

Case reviewed and diagnosis rendered at:
Associated Pathologists, LLC d/b/a PathGroup,
975 East Third Street
Chattanooga, TN 37403
Richard B. Hessler, M.D., Director

Resulting Agency: Pathgroup

Specimen Collected: 08/16/18 10:41 Last Resulted: 08/20/18 14:25

### Reviewed By List

Lydia Speer, DO on 8/22/2018 06:49
Laurie-Anne Swaby, MD on 8/21/2018 20:05

Smith, Leisha Dianne (MR # 01114276) Printed by Janice Lewis [566] at 11/28/18 9:08 ... Page 3 of 3

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276)

### Hepatic Function Panel

Order: 41712444

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Abnormal findings on diagnostic imagi...

| | Ref Range & Units | 2mo ago |
|---|---|---|
| **Protein, Total, Serum** | 6.0 - 8.3 g/dL | 6.9 |
| **Albumin, Serum** | 3.5 5.0 g/dL | 4.4 |
| **Bilirubin, Total** | 0.2 - 1.2 mg/dL | 0.3 |
| **Bilirubin, Direct** | 0.0 - 0.2 mg/dL | 0.1 |
| **Alkaline Phosphatase, S** | 40 - 150 U/L | 74 |
| **AST (SGOT)** | 5 - 34 U/L | 14 |
| **ALT (SGPT)** | 3 55 U/L | 10 |
| Resulting Agency | | LabCorp |

**Narrative**

Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Collected 09/05/18 00:00 Last Resulted: 09/06/18 08:13

### Reviewed By List

Laurie-Anne Swaby, MD on 9/10/2018 16:50

### Other Results from 9/5/2018

9/5/2018

**Please note** Final result

Smith, Leisha Dianne (MR # 01114276) Printed by Janice Lewis [566] at 11/28/18 9:08 ... Page 1 of 1

erlanger Health System

EMG GASTRO-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 11/28/2018

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276)

### Basic metabolic panel

Order: 41712456

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: RUQ pain; Hemorrhoids with complicati...

**Notes recorded by Lydia Speer, DO on 11/1/2018 at 7:13 AM EDT**
Your kidney function and electrolytes remain normal!

| | Ref Range & Units | 4wk ago |
|---|---|---|
| **Glucose, Serum** | 70 - 99 mg/dL | 85 |
| **BUN** | 7 - 26 mg/dL | 9 |
| **Creatinine, Serum** | 0.6 - 1.1 mg/dL | 0.8 |
| **eGFR If NonAfricn Am** | 51 - 120 ml/min/1.73 m2 | 74 |
| **eGFR If Africn Am** | 51 - 120 ml/min/1.73 m2 | 90 |
| **BUN/Creatinine Ratio** | 8 - 27 | 11.3 |
| **Sodium, Serum** | 136 - 145 mmol/L | 142 |
| **Potassium** | 3.5 - 5.1 mmol/L | 4.[illegible] |
| **Chloride, Serum** | 98 - 107 mmol/L | 105 |
| **Carbon Dioxide, Total** | 22 - 31 mmol/L | 28 |
| **Calcium, Serum** | 8.9 - 10.8 mg/dL | 10.1 |
| Resulting Agency | | LabCorp |

**Narrative**
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 6007560533

Specimen Collected: 10/31/18 13:23 Last Resulted: 10/31/18 20:10

### Reviewed By List

Lydia Speer, DO on 11/1/2018 07:13

Smith, Leisha Dianne (MR # 01114276) Printed by Janice Lewis [566] at 11/28/18 9:08 ... Page 1 of 1

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276 / ACCT # 22738680) Encounter Date: 09/19/2018

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# MRI abdomen with and without contrast [IMG321] (Accession E642664)

Status: Final result

**Study Result**

EXAM: MRI ABDOMEN W WO CONTRAST

INDICATION: abnormal CT scan of liver, RUQ pain

COMPARISON: CT abdomen and pelvis of 9/28/2017

TECHNIQUE: Multiplanar, multisequence magnetic resonance images were obtained through the abdomen without and with 10 cc MultiHance intravenous contrast. Thick slab, heavily T2-weighted MRCP images were also acquired.

FINDINGS:

Liver: Normal in size and contour. No evidence for steatosis. No worrisome enhancement. No worrisome mass lesion. Hepatic cyst measuring 1 cm is seen within eighth hepatic segment. Hepatic artery is unremarkable. Hepatic and portal veins are unremarkable.

Biliary Tree: Gallbladder is unremarkable with no stones, sludge, wall thickening, or pericholecystic fluid. No intra or extrahepatic ductal dilatation. There is normal tapering of the common duct to the ampulla.

Spleen: Normal size and signal.

Pancreas: No significant fatty atrophy. Normal parenchymal T1 hyperintensity with homogenous enhancement. No mass lesions identified. Pancreatic duct is nondilated. No peripancreatic inflammatory change.

Adrenals: Unremarkable signal and morphology.

Kidneys: Patient is status post left nephrectomy with small bowel filling the nephrectomy space. No residual tissue identified. The right kidney is unremarkable.

Other:
Vasculature is unremarkable.
No free intraperitoneal fluid or loculated fluid collections.
No worrisome adenopathy.

No hiatal hernia. Included stomach is poorly evaluated due to lack of distention. Normal duodenal C-loop. Included bowels are unremarkable.

Body wall is unremarkable.
No worrisome osseous abnormality.

IMPRESSION:
No finding to explain patient's right upper quadrant pain.
Other chronic and incidental findings as above

## H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276 / ACCT # 22738680) Encounter Date: 09/19/2018

**Result History**

MRI abdomen with and without contrast (Order #41712449) on 9/20/2018 - Order Result History Report

**Result Status**

| Dictated by | Date | Electronically Signed By | Date/Time | Transcribed |
|---|---|---|---|---|
| Mohammed I Quraishi, MD | 9/20/2018 | **QURAISHI, MOHAMMED I** | 9/20/2018 08:53 | Powerscribe |

**Reviewed By List**

Laurie-Anne Swaby, MD on 9/20/2018 15:48

**Exam Information**

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 9/19/2018 07:23 | 9/19/2018 08:18 |

**Appointments for this Order**

9/19/2018 7:00 AM - 60 min BEH MRI 2 (Resource) Beh Mri

**External Results Report**

Open External Results Report

**Encounter**

View Encounter

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Claustrophobic? | No | |
| Previous MRI, CT, or PET scan of the area of the body being scanned today? If yes, where? | No | |
| Pacemaker or internal cardioverter defibrillator (ICD)? | No | |
| Heart surgery? | No | |
| Chest surgery? | No | |
| Artifical heart valve? | No | |
| Brain surgery? | No | |
| Aneurysm clips? | No | |
| Ear surgery? | No | |
| Hearing aids? | No | |
| Tattoos or tattooed eyeliner? | No | |
| Dentures or partials? | No | |
| Shrapnel, bullets or bb's? | No | |
| Shunts or stents? | No | |
| Metallic implants? (Ex: Pins, Screws, IUD) | No | |
| Has the patient ever been struck in the eye with metal or metal shavings? If yes, was it removed and when? | No | |
| History of cancer or tumors? If yes, did they receive radiation or chemo therapy? | No | |
| Is the patient pregnant? | No | |

H&P by Janice Lewis at 11/28/2018 9:40 AM (continued)

Smith, Leisha Dianne (MR # 01114276 / ACCT # 22738680) Encounter Date: 09/19/2018

| | Answer | Comment |
|---|---|---|
| Does the patient breast feed? | No | |
| Seizures? | No | |
| Blood thinner? | No | |
| Neck surgery? If yes, was it for carotid (vascular, blood vessel) disease and which side was it on? | No | |
| Allergies, asthma or chronic respiratory problems? | No | |
| Questions answered by (Name/Relation to Patient)? | patient | |
| Erlanger Employee Interviewer (Name/Title)? | cindy ingram rt | |

**Order Report**

Order Details

erlanger Health System

EMG GASTRO-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: , Sex: F
Encounter date: 11/28/2018

| | | | |
|---|---|---|---|
| 1 | GI Tissue | Small Intestine, Duodenum | 08/16/18 1041 |
| 2 | GI Tissue | Stomach | 08/16/18 1047 |
| 3 | GI Tissue | Esophagus - Distal | 08/16/18 1049 |
| 4 | GI Tissue | Esophagus - Proximal | 08/16/18 1051 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GASTROINTESTINAL PATHOLOGY | View Report | — | — | Pathgroup |

Comment:
ACCESSION #: 18-ES-012174
Patient Name: SMITH, LEISHA DIANNE
Age-Sex-DOB: 56y-F-03/22/1962 Procedure Date: 08/16/2018
MRN: 01114276 Accession Date: 08/16/2018
Pt Acct#: Report Date: 08/20/2018
Location: OFFICE
Physician(s): Laurie-Anne Swaby, MD
GI SURGICAL PATHOLOGY REPORT
DIAGNOSIS:
1. Duodenum, biopsy:
No diagnostic abnormality.
No evidence of celiac sprue or parasites.
2. Stomach, biopsy:
Antral and oxyntic mucosa with features of reactive gastropathy.
Negative for H. pylori on immunohistochemistry.
No intestinal metaplasia, dysplasia, or malignancy identified.
3. Distal esophagus, biopsy:
Squamous mucosa with no diagnostic abnormality.
Negative for intraepithelial eosinophils.
4. Proximal esophagus, biopsy:
No diagnostic abnormality.
Negative for intraepithelial eosinophils.
Christina M. Birsan, M.D.
electronically signed 08/20/2018 at 2:25 PM
Gross Description
:
The patient's name is "Smith, Leisha Dianne" per requisition. The specimen is received in 4 parts.
1. Specimen 1 labeled "duodenal biopsy, rule out celiac" consists of 2 fragments of tan-brown soft tissue measuring 0.3 x 0.2 x 0.2 and 0.3 x 0.2 x 0.2 cm. The specimen is filtered and submitted entirely in cassette 1A.
2. Specimen 2 is labeled "gastric biopsies" which consists of 2 tan-brown soft tissues measuring 0.2 x 0.2 x 0.2 cm in aggregate. The specimens are filtered and submitted entirely in cassette 2A.
3. Specimen 3 is labeled "distal esophagus biopsies" and consists of 2 tan-brown fragments of soft tissue measuring 0.6 x 0.2 x 0.2 cm in aggregate. The specimen is filtered and submitted entirely in cassette 3A.
4. Specimen 4 labeled "proximal esophagus" consists of 1 tan-white fragment of soft tissue measuring 0.3 x 0.2 x 0.2 cm. The specimen is filtered and submitted entirely in cassette 4A. (RH) (MW5,sb21)
Microscopic Description:

Controls react appropriate
ly.
Procedure:
Esophagogastroduodenoscopy, colonoscopy
Clinical History:
Gastro-esophageal reflux disease without esophagitis (K21.9), Esophageal obstruction (K22.2), Right upper quadrant pain (R10.11), Family history of colonic polyps (Z83.71), Diaphragmatic hernia without obstruction or gangrene (K44.9), rule out: celiac, H. pylori, dysplasia, Barrett's, eosinophils
Specimen List:
1. Duodenal biopsies
2. Gastric biopsies
3. Distal esophagus
4. Proximal esophagus
Original report may contain illustrative images, which are not display compatible on this electronic information system. Some pathology reports may include tabular data or cancer checklists which also can not be displayed. A copy of the original report incorporating those items is available from the Pathology Department/Associated Pathologists and can be obtained upon request.
End of Report
Technical services provided by:
Associated Pathologists, LLC d/b/a PathGroup
4071 South Access Road
Chattanooga,
TN 37406
Richard B. Hessler, M.D., Director
Case reviewed and diagnosis rendered at:
Associated Pathologists, LLC d/b/a PathGroup,
975 East Third Street
Chattanooga, TN 37403
Richard B. Hessler, M.D., Director

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - Pathgroup** | PATHGROUP | Unknown | Unknown | 04/12/16 0157 - Present |

Resulted: 09/06/18 0813, Result status: Final result

Hepatic Function Panel [41712444]

Resulting lab: LABCORP
Narrative:
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 24874908880 | — | — | 09/05/18 0000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

EMG GASTRO-MM

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 11/28/2018

| | | | | |
|---|---|---|---|---|
| Protein, Total, Serum | 6.9 | 6.0 - 8.3 g/dL | — | LabCorp |
| Albumin, Serum | 4.4 | 3.5 - 5.0 g/dL | — | LabCorp |
| Bilirubin, Total | 0.3 | 0.2 - 1.2 mg/dL | — | LabCorp |
| Bilirubin, Direct | 0.1 | 0.0 - 0.2 mg/dL | — | LabCorp |
| Alkaline Phosphatase, S | 74 | 40 - 150 U/L | — | LabCorp |
| AST (SGOT) | 14 | 5 - 34 U/L | — | LabCorp |
| ALT (SGPT) | 10 | 3 - 55 U/L | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 09/06/18 0813, Result status: Final result

Please note [41712446]

Resulting lab: LABCORP
Narrative:
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 24874908880 | — | — | 09/05/18 0000 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Please note | Comment | — | — | LabCorp |

Comment:
The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 09/20/18 0853, Result status: Final result

MRI abdomen with and without contrast [41712449]

Resulted by: Mohammed I Quraishi, MD
Accession number: E642664
Performed: 09/19/18 0723 - 09/19/18 0818
Resulting lab: CARESTREAM PACS/PS360
Narrative:
EXAM: MRI ABDOMEN W WO CONTRAST

INDICATION: abnormal CT scan of liver, RUQ pain

COMPARISON: CT abdomen and pelvis of 9/28/2017

TECHNIQUE: Multiplanar, multisequence magnetic resonance images were obtained through the abdomen without and with 10 cc MultiHance intravenous contrast. Thick slab, heavily T2-weighted MRCP images were also

acquired.

FINDINGS:

Liver: Normal in size and contour. No evidence for steatosis. No worrisome enhancement. No worrisome mass lesion. Hepatic cyst measuring 1 cm is seen within eighth hepatic segment. Hepatic artery is unremarkable. Hepatic and portal veins are unremarkable.

Biliary Tree: Gallbladder is unremarkable with no stones, sludge, wall thickening, or pericholecystic fluid. No intra or extrahepatic ductal dilatation. There is normal tapering of the common duct to the ampulla.

Spleen: Normal size and signal.

Pancreas: No significant fatty atrophy. Normal parenchymal T1 hyperintensity with homogenous enhancement. No mass lesions identified. Pancreatic duct is nondilated. No peripancreatic inflammatory change.

Adrenals: Unremarkable signal and morphology.

Kidneys: Patient is status post left nephrectomy with small bowel filling the nephrectomy space. No residual tissue identified. The right kidney is unremarkable.

Other:
Vasculature is unremarkable.
No free intraperitoneal fluid or loculated fluid collections.
No worrisome adenopathy.

No hiatal hernia. Included stomach is poorly evaluated due to lack of distention. Normal duodenal C-loop. Included bowels are unremarkable.

Body wall is unremarkable.
No worrisome osseous abnormality.

Impression:
No finding to explain patient's right upper quadrant pain.
Other chronic and incidental findings as above

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **30 - Unknown** | CARESTREAM PACS/PS360 | Unknown | Unknown | 03/01/17 1952 - Present |

**END OF REPORT**

H&P by Suril Patel, MD at 8/16/2018 9:37 AM (continued)

- Plan to D/C home.
- Follow-up with physician after procedure.

Suril Patel, MD
GI Fellow, PGY-8
423-778-4830

Procedures by Laurie-Anne Swaby, MD at 8/16/2018 10:46 AM

Author: Laurie-Anne Swaby, MD Service: Gastroenterology Author Type: Physician
Filed: 8/16/2018 10:51 AM Date of Service: 8/16/2018 10:46 AM Status: Signed
Editor: Laurie-Anne Swaby, MD (Physician)

Procedures-esophagogastroduodenoscopy with biopsy

**Indications: Heartburn, noncardiac chest pain, right upper quadrant pain**
**Consent:** The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.
**Preparation:** EKG, pulse, pulse oximetry, and blood pressure were monitored throughout the procedure. Time out as per protocol.
**ASA Classification:3**
**Medications:** MAC anesthesia. See anesthesia report.
**Procedure:** The gastroscope was passed through the mouth under direct visualization and was advanced with ease to the 2nd portion of the duodenum and stomach. The scope was withdrawn and the mucosa was carefully examined. Retroflexion was performed in the stomach. The views were good. The patient's toleration of the procedure was good.

**Findings:**

**Esophagus:** Subtle circumferential rings were noted in the esophagus as well as non-obstructing,diminutive Schatzki's ring. Cold forceps biopsies were taken from the distal and proximal esophagus.
**Stomach:** Diminutive sliding hiatus hernia noted. Mild erythema noted in the antrum. Cold forceps biopsies were taken.
**Duodenum:** Normal duodenum. Cold forceps biopsies were taken for celiac evaluation.

**Estimated Blood Loss**: Insignificant
**Unplanned Events**: There were no unplanned events.
**Summary:** Subtle circumferential rings in esophagus. Diminutive Schatzki's ring. Diminutive sliding hiatus hernia. Minimal gastric erythema. Normal duodenum.
**Recommendations:** Await pathology. Current continue current medications. Diet as tolerated. Lifestyle changes for reflux reviewed. Colonoscopy today. Clinic follow-up with Dr. Swaby scheduled.

Procedures by Laurie-Anne Swaby, MD at 8/16/2018 11:05 AM

erlanger Health System

BEH PL GI LAB

Smith, Leisha Dianne
MRN: 01114276, DOB: __.__.____, Sex: F
Adm: 8/16/2018, D/C: 8/16/2018

**Procedures by Laurie-Anne Swaby, MD at 8/16/2018 11:05 AM (continued)**

Author: Laurie-Anne Swaby, MD  Service: Gastroenterology  Author Type: Physician
Filed: 8/16/2018 11:07 AM  Date of Service: 8/16/2018 11:05 AM  Status: Signed
Editor: Laurie-Anne Swaby, MD (Physician)

Procedures - Colonoscopy

**Indications: Family history of colon polyps affecting sister**
**Consent:** The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.
**Preparation:** EKG, pulse, pulse oximetry, and blood pressure were monitored throughout the procedure. Time out as per protocol.
**ASA Classification: 3**
**Medications:** MAC anesthesia. See anesthesia report.
**Rectal Exam:** Normal rectal exam.
**Procedure:** The colonoscope was passed under direct visualization and was advanced with ease to the rectum and cecum. The scope was withdrawn and the mucosa was carefully examined. Retroflexion was performed in the rectum. The quality of the preparation was good. The views were good. The patient's toleration of the procedure was good.
**Total Boston Bowel Prep Score: 8**

**Findings:**

**Colon:** Internal hemorrhoids. Otherwise normal colon.
**Estimated Blood Loss:** NONE
**Unplanned Events:** There were no unplanned events.
**Summary:** Internal hemorrhoids
**Recommendations:** Repeat colonoscopy in 5 years based on family history. Follow-up with Dr. Fabian clinic.

**Progress Notes by Laurie-Anne Swaby, MD at 8/16/2018 11:50 AM**

Author: Laurie-Anne Swaby, MD  Service: Gastroenterology  Author Type: Physician
Filed: 8/21/2018 8:05 PM  Date of Service: 8/16/2018 11:50 AM  Status: Signed
Editor: Laurie-Anne Swaby, MD (Physician)

No significant abnormality noted on pathology.
Continue current medications and lifestyle changes for reflux
Clinic follow-up as scheduled.

**Progress Notes by Laurie-Anne Swaby, MD at 9/5/2018 2:45 PM**

Author: Laurie-Anne Swaby, MD  Service: (none)  Author Type: Physician
Filed: 9/5/2018 5:51 PM  Encounter Date: 9/5/2018  Status: Signed
Editor: Laurie-Anne Swaby, MD (Physician)

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI

erlanger Health System

# CONFIDENTIAL FAX

Academic Gastroenterology at Erlanger
979 East Third Street, Suite C-825
Chattanooga, TN 37403
Phone: 423-778-4830 Fax: 423-778-4831

Arslan Kahloon, MD Steven Kessler, DO Louis Lambiase, MD
George Philips, MD Lauris-Anne Swaby, MD Suril Patel, MD
Sharif Murphy, MD Jasna Beard, MD Gena Thompson, PA

| | |
|---|---|
| Date: 11-28-18 | Attention: Blair Downs |
| To: Lincoln Financial Group | From: Janice |
| Phone: | Fax: 603-430-1751 |
| Re: Leisha Smith | # of pages(including cover) |

Urgent Please Reply Please Review Referral For Your Records

Confidentiality Notice
This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named above as the Recipient. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health Systems at 423-778-4156 and arrange for the return or destruction of these documents.
Erlanger Health System-Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

Liberty Mutual.
INSURANCE

Mail Bill

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Nov 27, 2018

ERLANGER ACADEMIC GASTROENTEROLOGY
979 E 3RD ST STE C825
ATTN MEDICAL RECORDS
CHATTANOOGA, TN 37403

**Re: Long Term Disability Benefits**
Claim# 8248892 4680432
Claimant: SMITH, LEISHA
Claimant DOB:

JB

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 20, 2018 to Present**

Please provide all medical records for the timeframe - Seen By:
ERLANGER ACADEMIC GASTROENTEROLOGY

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Twain Japeth Caones
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual.
INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430 1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ______ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

## Request Information

Report Date: December 11, 2018

**RP ID:** 4680432

Patient Name: SMITH, LEISHA

Provider Name: ERLANGER ACADEMIC GASTROENTEROLOGY

## Quality Assurance Information

Scope Requested: **From June 20, 2018 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen By: ERLANGER ACADEMIC GASTROENTEROLOGY

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: HAMAD

# Liberty Mutual Consulting Physician Referral

## File Review - Standard

**Physician Specialty: Internal Medicine/Family Practice**

Office: 0587

Claim #: 8248892

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Claimant Name: LEISHA D SMITH

Date of Birth:

Claim Status: AP

Date of Disability: 2/16/2018

Date Sent: 12/11/2018

Claimant SSN:

Date Benefits Began: 8/17/2018

Product Type: LTD

Paid Through: 8/16/2019

Disability Level:

Policyholder/Self-Insured Plan Holder: VOLKSWAGEN GROUP OF AMERICA

Referred By: DOWNS, BLAIR 587 8*731-4174

Assigned Nurse Case Manager:

Diagnosis: K64.5 Perianal venous thrombosis, K62.89 Other specified diseases of anus and rectum

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.
4. Please contact tx providers: Dr. Swaby 423-778-4830, Dr. Speer 423-778-8909, Dr. Dunn 423-472-5423, and Dr. Higgins 423-893-9020. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

**Lincoln Financial Group**

Vanessa Scungio, MA CRC
Group Benefits Claims
P.O. Box 7202
London, KY 40742
Phone: (888) 440-6118, Ext. 10448
Fax: 888-370-2259
E-Mail: vanessa.scungio@lfg.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Leisha Smith |
| **Claim Number:** | 8248892 |
| **Disability Case Manager:** | Blair Downs |
| **Date of Report:** | 12/5/2018 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Smith is a 56-year-old Production Team Member (job title) employed by Volkswagen Group of America since 6/6/2011. Ms. Smith discontinued work on 2/16/2018 due to perianal venous thrombosis and specified diseases of anus and rectum.

In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Ms. Smith's job were obtained from her job description that was found in her claim file. In this job, Ms. Smith's job description reads:

> "Quality control, hood raises, standard work process in process book located at each pitch"

Ms. Smith reports the following job duties:

> "I work the quality area on Finesse Lines in the paint shop"

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on a review of the job information provided, there is no one appropriate Dictionary of Occupational Titles description that accurately represents the occupation. The DOT is primarily industry and product specific for this occupation. Therefore, the more up to date and broader classification of Standard Occupational Classification/Occupational information Network (SOC/O*NET) description of Inspectors, Testers, Sorters, Samplers and Weighers (51-9061.00) most accurately represents this occupation. The O*NET describes this occupation, along with sample job titles and tasks, as:

> "Inspect, test, sort, sample, or weigh nonagricultural raw materials or processed, machined, fabricated, or assembled parts or products for defects, wear, and deviations from specifications. May use precision measuring instruments and complex test equipment.
>
> Sample of reported job titles: Inspector, Picker / Packer, Quality Assurance Auditor, Quality Assurance Inspector, Quality Assurance Technician, Quality Auditor, Quality Control Inspector, Quality Control Technician, Quality Inspector, Quality Technician"
>
> The occupation falls under the Occupational Outlook Handbook (OOH) description of Quality Control Inspectors. The OOH adds,
>
> "Work environments vary by industry and establishment size; some inspectors examine similar products for an entire shift, while others examine a variety of items.
>
> In manufacturing, it is common for most inspectors to remain at a single workstation. Inspectors in some industries may be on their feet all day and may have to lift heavy items. In other industries, workers may sit during their shift and read electronic printouts of data.
>
> Workers in heavy-manufacturing plants may be exposed to the noise and grime of machinery. In other plants, inspectors work in clean, air-conditioned environments suitable for testing products.
>
> Some quality control inspectors may be exposed to airborne particles, which may irritate the eyes and skin. As a result, workers typically wear protective eyewear, ear plugs, and appropriate clothing."

Internet research was completed in July 2018 on Indeed.com. Thirty job postings for Inspector, Quality Inspector, Tester, and Sorter were reviewed. The Internet research concluded this occupation most often exists at the light and medium levels of physical demand.

### PHYSICAL DEMANDS

The OOH, Internet research, and a 2012 O*NET survey of incumbents were consulted regarding the physical demands of this occupation. Based on this information, this occupation is most often performed at a light and medium level of physical demand based on Department of Labor

descriptions found in the DOT with the following requirements. Requirements may vary by job within the occupation.

The Department of Labor defines light work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

The Department of Labor defines medium work as,

> "**M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Positional requirements include:

- **<u>Frequent and Constant</u>** standing and handling
- **<u>Frequent</u>** reaching and fingering
- **<u>Occasional and Frequent</u>** walking, sitting (depending on the specific product and work environment) and bending/stooping, twisting
- **<u>Occasional</u>** kneeling, crouching/squatting, crawling, balancing
- **<u>No</u>** climbing

As noted above, sufficient opportunities exist within both the light and medium environments. Sitting and walking requirements will depend on the environment in which the person is working. For example, inspectors that enter/read/analyze computer data or analyze procedures and certifications may sit frequently. Medium physical demand positions would be found working with large products requiring manual inspection and moving around and about the products to inspect multiple components.

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Smith's occupation of Inspectors, Testers, Sorters, Samplers and Weighers are most often light and medium in physical demand. Positional requirements are outlined above.

I have not met with Ms. Smith for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Vanessa Scungio MA, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

erlanger Health System

# CONFIDENTIAL FAX

Academic Gastroenterology at Erlanger
979 East Third Street, Suite C-825
Chattanooga, TN 37403
Phone: 423-778-4830 Fax: 423-778-4831

| | | |
|---|---|---|
| Arslan Kahloon, MD | Steven Kessler, DO | Louis Lambiase, MD |
| George Philips, MD | Laurie-Anne Swaby, MD | Suril Patel, MD |
| Sharif Murphy, MD | Jasna Beard, MD | Gena Thompson, PA |

| | |
|---|---|
| Date: 11-28-18 | Attention: Blair Downs |
| To: Lincoln Financial Group | From: Janice |
| Phone: | Fax: 603-430-1751 |
| Re: Leisha Smith | # of pages(including cover) |

Urgent Please Reply Please Review Referral For Your Records

Confidentiality Notice
This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named above as the Recipient. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health Systems at 423-778-4156 and arrange for the return or destruction of these documents.
Erlanger Health System-Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)



**Smith, Leisha Dianne**
Female, 56 y.o.,
PCP: **Lydia Speer, DO**
Language: English
Need Interp: No
Last Weight: 62.1 kg (137 lb)
Phone: M: 423-303-6906 H: 423-...

Allergies
No Known Allergies

Health Maintenance: **Due**
FYI: None

Primary Ins.: CIGNA
MRN: 01114276
Erlanger MyChart: Active
Pharmacy: CVS/PHARMACY #4...
Preferred Lab: None
Next Appt: 12/05/2018

## FW: Non-Urgent Medical Question

Received: 11/13/2018 3:00 PM

Kaitlan Oliver ➡ Janice Lewis
Phone Number: 423-303-6906

Previous Messages ≫

## Non-Urgent Medical Question

**Kaitlan Oliver** routed conversation to Janice Lewis (You)
Message sent on 11/13/2018 3:00 PM

**Leisha Dianne Smith** ➡ Laurie-Anne Swaby, MD
Message sent on 11/13/2018 2:21 PM



I need copies of my medical records and letters from June 1, 2018 through last visit faxed to- Lincoln Financial Group ATTN: Blair Downs Fax number: 603-430-1751
on or before November 28, 2018.
They need information to keep on file since I am on disability with them from VW. If you are unable to fax these please call me and I will come to the office and pick them up and fax them.
Thank you so much and if you have any questions please call me at 423-303-6906
Leisha Smith

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 6/19/2018
EMG Gastroenterology

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Gastroesophageal reflux disease, esophagitis presence not specified
Reason for Visit: Abdominal Pain, Heartburn; Referred by Lydia Speer, DO

## Progress Notes

Laurie-Anne Swaby, MD (Physician) • Gastroenterology

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI
Seen in remote follow-up with history of hepatitis C status post treatment and SVR. She reports that she was doing well until February 2018 when she was put "back on the line" at Volkswagen and then developed symptomatic hemorrhoids treated with hemorrhoidectomy/thrombectomy and banding in Cleveland. She also reports acid reflux as well as non cardiac chest pain with any p.o. intake without dysphagia. She has been taking omeprazole 40 mg in the morning, 20 mg in afternoon and 20 mg at night with incomplete relief of symptoms as directed by alternate physician. She has also been diagnosed with thyroid nodules. There is a family history of colon polyps affecting her sister at age less than 60.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY | | |

*left*
- CESAREAN SECTION
  *x 3*
- COLONOSCOPY
- HEMORRHOID SURGERY 02/19/2018
  *cut out 21 blood clots*
- HYSTERECTOMY
  *partial*
- KIDNEY SURGERY
  *left removed*
- THROMBECTOMY
  *Pt states from Rectum*

No Known Allergies

No current outpatient prescriptions on file.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

**Social History**

Social History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | 4 |
| • Years of education: | N/A |

Occupational History
- VW

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |

- Sexual activity: Defer

Other Topics Concern
- Not on file

Social History Narrative
*Lives with Husband*

Review of Systems
All other systems reviewed and are negative.

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**

**Non cardiac chest pain**
**GERD**
**Fam hx of colon polyps**

EGD/COLONOSCOPY
Bravo pH probe
suprep
Hold omeprazole for 7 days prior to EGD
Ok to take pepcid or zantac prn during time off omeprazole
Hold pepcid/zantac on AM of procedure and testing.
Contact Dr. Bhakta for instructions on vWF correction prior to procedure.
Will discuss constipation at follow-up visit.

3 mth f/u

## Instructions

Return in about 3 months (around 9/19/2018).

### Patient Instructions

After Visit Summary (Printed 6/19/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 125/85 (BP Location: Right arm, Patient Position: Sitting) Pulse 72 Ht 1.626 m (5' 4") Wt 65 kg (143 lb 4.8 oz) BMI 24.60 kg/m² BSA 1.71 m² More Vitals |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Media

› Consent - Other - Scan on 6/19/2018 11:44 AM : GI

## Orders Placed

Case request operating room: UPPER GASTROINTESTINAL ENDOSCOPY WITH BIOPSY, DIAGNOSTIC FLEXIBLE COLONOSCOPY PROXIMAL TO SPLENIC FLEXURE WITH COLLECTION OF SPECIMEN BY WASHING AND COLON DECOMPRESSION, ESOPH/GASTROESOPH REFLUX TEST; W/MUCOUS TELEMETR... Once

## Medication Changes

As of 6/19/2018 12:54 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln** | 0 | 6/19/2018 | 9/5/2018 |
| Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | | | |
| **Discontinued: DME PRESCRIPTION** | | | |
| **Discontinued: tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist** | | | |

## Visit Diagnoses

Gastroesophageal reflux disease, esophagitis presence not specified K21.9
Family history of colonic polyps Z83.71

# Smith, Leisha Dianne

MRN: 01114276

**Office Visit** 9/5/2018
EMG Gastroenterology East at Suite 300

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Abnormal findings on diagnostic imaging of liver
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Laurie-Anne Swaby, MD (Physician) • Gastroenterology

Expand All Collapse All

### Subjective

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI
Seen in follow-up for history of right upper quadrant pain, noncardiac chest pain, GERD post EGD/colonoscopy on 8/16/2018 with notation of subtle circumferential rings in the esophagus without evidence of eosinophilic esophagitis on biopsy. Also diminutive Schatzki's ring was noted. diminutive sliding hiatus hernia was also noted with mild erythema in the antrum without pathologic abnormality. duodenum appeared normal with normal cold forceps biopsies. Though with family history of colon polyps affecting her sister, she had no colon polyps with recommendation for five-year follow-up.

She reports ongoing right upper quadrant pain that is intermittent without clear trigger except for movements with noncontrast CT with nonspecific liver lesions thought to be prior granulomatous disease with scattered calcifications. She is s/p tx of HCV w/ SVR. Otherwise she reports hoarseness with reflux symptoms if ingestion of trigger foods including spicy foods. Omeprazole 40 mg every morning has been partially effective with this. She reports symptomatic hemorrhoids without prior surgical treatment for multifocal thrombosis within hemorrhoids.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules | |

*Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |

No Known Allergies

| | | | |
|---|---|---|---|
| • albuterol 2.5 mg /3 mL (0.083 ) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 5 |
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • linaclotide (LINZESS) 290 mcg capsule | Take 290 mcg by mouth daily. | 90 capsule | 3 |
| • meloxicam (MOBIC) 7.5 mg tablet | | | |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |

| | | | |
|---|---|---|---|
| • omeprazole (PriLOSEC) 40 mg capsule | Take 1 capsule (40 mg total) by mouth daily. | 90 capsule | 0 |
| • tiotropium (SPIRIVA) 18 mcg per inhalation capsule | Place 1 capsule into inhaler and inhale once daily. | | |
| • traMADol (ULTRAM) 50 mg tablet | Take 50 mg by mouth every 6 (six) hours as needed for moderate pain. | | |
| • hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam | Insert 1 applicator into the rectum daily. Use as directed | 15 g | 1 |

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
**Hoarse voice**
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**

**Abnormal findings on diagnostic imaging of liver (Primary)**
- MRI abdomen with and without contrast
- Hepatic function panel
- Hepatic function panel

**RUQ pain**
- Hepatic function panel
- Hepatic function panel

**Other orders**
- hydrocortisone-pramoxine Dispense: 15 g; Refill: 1

MRI of liver
Liver labs as ordered

Sitz bath prn for hemorrhoids

Avoid straining
Avoid excessive sitting
Proctofoam daily x 2 weeks, then as needed

Will discuss endoscopic reflux options with Dr: Kahloon
Continue omeprazole 40mg po daily
Lifestyle changes for reflux reviewed
Clinic f/u in 3mths

## Instructions

Return in about 3 months (around 12/5/2018).

### Patient Instructions

After Visit Summary (Printed 9/5/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 107/68 (BP Location: Left arm, Patient Position: Sitting) Pulse 91 Ht 1.626 m (5' 4") Wt 64.5 kg (142 lb 3.2 oz) LMP (LMP Unknown) BMI 24.41 kg/m² BSA **1.71** m² More Vitals |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Media

- Consent - Other - Scan on 9/5/2018 5:19 PM : designated representative-gi

## Orders Placed

Hepatic Function Panel (Resulted 9/5/2018)
Please note (Resulted 9/5/2018)
MRI abdomen with and without contrast (Resulted 9/19/2018)

## Medication Changes

As of 9/5/2018 5:45 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam** | 1 | 9/5/2018 | 9/5/2019 |
| Insert 1 applicator into the rectum daily. Use as directed - rectal<br>Patient not taking: Reported on 10/31/2018 | | | |
| **antihemophilic factor/VWF** | | | |
| **Unchanged: antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection** | 3 | 2/20/2018 | |
| Give 3000 units (vWF) of Humate-P IV as needed for bleeding | | | |
| **Discontinued: HUMATE-P 250-600 unit injection** (Therapy completed) | | | |
| **Discontinued: omeprazole-sodium bicarbonate 20-1,680 mg packet** (Patient States "Not Taking") | | | |
| **Discontinued: sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln** (Therapy completed) | | | |

## Visit Diagnoses

Abnormal findings on diagnostic imaging of liver R93.2
RUQ pain R10.11

# Smith, Leisha Dianne

MRN: 01114276

**Progress Notes** Encounter Date: 6/19/2018

Laurie-Anne Swaby, MD
Gastroenterology

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

HPI
Seen in remote follow-up with history of hepatitis C status post treatment and SVR. She reports that she was doing well until February 2018 when she was put "back on the line" at Volkswagen and then developed symptomatic hemorrhoids treated with hemorrhoidectomy/thrombectomy and banding in Cleveland. She also reports acid reflux as well as non cardiac chest pain with any p.o. intake without dysphagia. She has been taking omeprazole 40 mg in the morning, 20 mg in afternoon and 20 mg at night with incomplete relief of symptoms as directed by alternate physician. She has also been diagnosed with thyroid nodules. There is a family history of colon polyps affecting her sister at age less than 60.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION | | |

*x 3*
- COLONOSCOPY
- HEMORRHOID SURGERY 02/19/2018
  *cut out 21 blood clots*
- HYSTERECTOMY
  *partial*
- KIDNEY SURGERY
  *left removed*
- THROMBECTOMY
  *Pt states from Rectum*

No Known Allergies

No current outpatient prescriptions on file.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

**Social History**

Social History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | 4 |
| • Years of education: | N/A |

Occupational History
- VW

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | Defer |

Other Topics Concern
- Not on file

Social History Narrative
*Lives with Husband*

Review of Systems
All other systems reviewed and are negative.

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment/Plan**

**Non cardiac chest pain**
**GERD**
**Fam hx of colon polyps**

EGD/COLONOSCOPY
Bravo pH probe
suprep
Hold omeprazole for 7 days prior to EGD
Ok to take pepcid or zantac prn during time off omeprazole
Hold pepcid/zantac on AM of procedure and testing.
Contact Dr. Bhakta for instructions on vWF correction prior to procedure.
Will discuss constipation at follow-up visit.
3 mth f/u

Electronically Edited/Signed by Laurie-Anne Swaby, MD on 8/16/2018 8:34 AM.

Office Visit
on
6/19/2018

## Chart Review Routing History

| Recipient | Method | Report | Sent By |
|---|---|---|---|
| Lydia Speer, DO<br>Phone: 423-778-8909<br>Sent: 5/15/2017 7:58 AM<br>Filed: 5/15/2017 | In Basket | Media | Misty Helton, LPN [908] |
| EPHS East Imaging<br>Fax: 423-308-0512<br>Phone: 423-680-8970<br>Sent: 9/21/2017 9:59 AM<br>Filed: 9/20/2017 | Fax | | Amber Denny, MA [851] |
| Amber Denny, MA<br>Sent: 2/19/2018 12:44 PM<br>Filed: 2/19/2018 | In Basket | Conversation | Misty Helton, LPN [908] |
| Insurance Company<br>Fax: 603-430-1751<br>Sent: 7/30/2018 1:04 PM<br>Filed: 2/20/2018 | Fax | Notes Report | Stephanie Bratton, RN [287] |
| Insurance Company<br>Fax: 603-430-1751<br>Sent: 7/30/2018 1:05 PM<br>Filed: 7/26/2018 | Fax | AMB Result Report v2: Lab and Imaging | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:05 PM<br>Filed: 7/26/2018 | | AMB Result Report v2: Lab and Imaging | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:05 PM<br>Filed: 2/20/2018 | | AMB Result Report v2: Lab and Imaging | Stephanie Bratton, RN [287] |
| Insurance Company<br>Fax: 603-430-1751<br>Sent: 7/30/2018 1:07 PM<br>Filed: 7/26/2018 | Fax | Conversation | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 6/7/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM | | Outpatient | Stephanie Bratton, RN [287] |

| Recipient | Method | Report | Sent By |
| --- | --- | --- | --- |
| Filed: 5/24/2018 | | | |
| Sent: 7/30/2018 1:07 PM<br>Filed: 5/16/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 5/3/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 3/15/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 2/26/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 2/21/2018 | | Conversation | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 2/20/2018 | | Outpatient | Stephanie Bratton, RN [287] |
| Sent: 7/30/2018 1:07 PM<br>Filed: 1/29/2018 | | Outpatient | Stephanie Bratton, RN [287] |

## GASTROINTESTINAL PATHOLOGY

Order: 41695331

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: Family history of colonic polyps

**Notes recorded by Laurie-Anne Swaby, MD on 8/21/2018 at 8:05 PM EDT**

No significant abnormality noted on pathology.
Continue current medications and lifestyle changes for reflux
Clinic follow-up as scheduled.

| Component | 3mo ago |
|---|---|
| **GASTROINTESTINAL PATHOLOGY** | View Report |

Comment: ACCESSION #: 18-ES-012174
Patient Name: SMITH, LEISHA DIANNE
Age-Sex-DOB: 56y-F- Procedure Date: 08/16/2018
MRN: 01114276 Accession Date: 08/16/2018
Pt Acct#: Report Date: 08/20/2018
Location: OFFICE
Physician(s): Laurie-Anne Swaby, MD

G I S U R G I C A L P A T H O L O G Y R E P O R T

DIAGNOSIS:
1. Duodenum, biopsy:
No diagnostic abnormality.
No evidence of celiac sprue or parasites.
2. Stomach, biopsy:
Antral and oxyntic mucosa with features of reactive gastropathy.
Negative for H. pylori on immunohistochemistry.
No intestinal metaplasia, dysplasia, or malignancy identified.
3. Distal esophagus, biopsy:
Squamous mucosa with no diagnostic abnormality.
Negative for intraepithelial eosinophils.
4. Proximal esophagus, biopsy:
No diagnostic abnormality.
Negative for intraepithelial eosinophils.
Christina M. Birsan, M.D.
electronically signed 08/20/2018 at 2:25 PM
Gross Description:
The patient's name is "Smith, Leisha Dianne" per requisition. The specimen is received in 4 parts.
1. Specimen 1 labeled "duodenal biopsy, rule out celiac" consists of 2 fragments of tan-brown soft tissue measuring 0.3 x 0.2 x 0.2 and 0.3 x 0.2 x 0.2 cm. The specimen is filtered and submitted entirely in cassette 1A.
2. Specimen 2 is labeled "gastric biopsies" which consists of 2 tan-brown soft tissues measuring 0.2 x 0.2 x 0.2 cm in aggregate. The specimens are filtered and submitted entirely in cassette 2A.
3. Specimen 3 is labeled "distal esophagus biopsies" and consists of 2 tan-brown fragments of soft tissue measuring 0.6 x 0.2 x 0.2 cm in aggregate. The specimen is filtered and submitted entirely in cassette 3A.
4. Specimen 4 labeled "proximal esophagus" consists of 1 tan-white fragment of soft tissue measuring 0.3 x 0.2 x 0.2 cm. The specimen is filtered and submitted entirely in cassette 4A. (RH) (MW5,sb21)
Microscopic Description:
Controls react appropriately.
Procedure:
Esophagogastroduodenoscopy, colonoscopy
Clinical History:
Gastro-esophageal reflux disease without esophagitis (K21.9), Esophageal obstruction (K22.2), Right upper quadrant pain (R10.11),

Family history of colonic polyps (Z83.71), Diaphragmatic hernia without obstruction or gangrene (K44.9), rule out: celiac, H. pylori, dysplasia, Barrett's, eosinophils
Specimen List:
1. Duodenal biopsies
2. Gastric biopsies
3. Distal esophagus
4. Proximal esophagus

Original report may contain illustrative images, which are not display compatible on this electronic information system. Some pathology reports may include tabular data or cancer checklists which also can not be displayed. A copy of the original report incorporating those items is available from the Pathology Department/Associated Pathologists and can be obtained upon request.

End of Report

Technical services provided by:
Associated Pathologists, LLC d/b/a PathGroup
4071 South Access Road
Chattanooga, TN 37406
Richard B. Hessler, M.D., Director
Case reviewed and diagnosis rendered at:
Associated Pathologists, LLC d/b/a PathGroup,
975 East Third Street
Chattanooga, TN 37403
Richard B. Hessler, M.D., Director

| | |
|---|---|
| Resulting Agency | Pathgroup |
| Specimen Collected: 08/16/18 10:41 | Last Resulted: 08/20/18 14:25 |

## Reviewed By List

Lydia Speer, DO on 8/22/2018 06:49
Laurie-Anne Swaby, MD on 8/21/2018 20:05

## Hepatic Function Panel

Order: 41712444

Status: Final result Visible to patient: **Yes** (Erlanger MyChart) Dx: **Abnormal findings on diagnostic imagi...**

| | Ref Range & Units | 2mo ago |
|---|---|---|
| **Protein, Total, Serum** | 6.0 - 8.3 g/dL | 6.9 |
| **Albumin, Serum** | 3.5 - 5.0 g/dL | 4.4 |
| **Bilirubin, Total** | 0.2 - 1.2 mg/dL | 0.3 |
| **Bilirubin, Direct** | 0.0 - 0.2 mg/dL | 0.1 |
| **Alkaline Phosphatase, S** | 40 - 150 U/L | 74 |
| **AST (SGOT)** | 5 - 34 U/L | 14 |
| **ALT (SGPT)** | 3 - 55 U/L | 10 |
| Resulting Agency | | LabCorp |

### Narrative

```
Performed at:  01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN  374032112
Lab Director: Joyce Mills MD, Phone:  8007560533
```

Specimen Collected: 09/05/18 00:00 Last Resulted: 09/06/18 08:13

## Reviewed By List

Laurie-Anne Swaby, MD on 9/10/2018 16:50

## Other Results from 9/5/2018

**Please note** Final result 9/5/2018

## Please note

Order: 41712446

Status: Final result Visible to patient: Yes (Erlanger MyChart)

| Component | 2mo ago |
|---|---|
| Please note | Comment |

Comment: The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.

Resulting Agency LabCorp

**Narrative**

Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Collected: 09/05/18 00:00 Last Resulted: 09/06/18 08:13

## Reviewed By List

Laurie-Anne Swaby, MD on 9/10/2018 16:50

## Other Results from 9/5/2018

**Hepatic Function Panel** Final result 9/5/2018

## Basic metabolic panel

Order: 41712456

Status: Final result Visible to patient: Yes (Erlanger MyChart) Dx: RUQ pain; Hemorrhoids with complicati...

**Notes recorded by Lydia Speer, DO on 11/1/2018 at 7:13 AM EDT**

Your kidney function and electrolytes remain normal!

| | Ref Range & Units | 4wk ago |
|---|---|---|
| **Glucose, Serum** | 70 - 99 mg/dL | 85 |
| **BUN** | 7 - 26 mg/dL | 9 |
| **Creatinine, Serum** | 0.6 - 1.1 mg/dL | 0.8 |
| **eGFR If NonAfricn Am** | 51 - 120 ml/min/1.73 m2 | 74 |
| **eGFR If Africn Am** | 51 - 120 ml/min/1.73 m2 | 90 |
| **BUN/Creatinine Ratio** | 8 - 27 | 11.3 |
| **Sodium, Serum** | 136 - 145 mmol/L | 142 |
| **Potassium** | 3.5 - 5.1 mmol/L | 4.5 |
| **Chloride, Serum** | 98 - 107 mmol/L | 105 |
| **Carbon Dioxide, Total** | 22 - 31 mmol/L | 28 |
| **Calcium, Serum** | 8.9 - 10.8 mg/dL | 10.1 |
| Resulting Agency | | LabCorp |

### Narrative

Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Collected: 10/31/18 13:23 Last Resulted: 10/31/18 20:10

## Reviewed By List

Lydia Speer, DO on 11/1/2018 07:13

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Smith, Leisha Dianne | Female | |

# MRI abdomen with and without contrast [IMG321] (Accession E642664)

Status: Final result

## Study Result

EXAM: MRI ABDOMEN W WO CONTRAST

INDICATION: abnormal CT scan of liver, RUQ pain

COMPARISON: CT abdomen and pelvis of 9/28/2017

TECHNIOUE: Multiplanar, multisequence magnetic resonance images were obtained through the abdomen without and with 10 cc MultiHance intravenous contrast. Thick slab, heavily T2-weighted MRCP images were also acquired.

FINDINGS:

Liver: Normal in size and contour. No evidence for steatosis. No worrisome enhancement. No worrisome mass lesion. Hepatic cyst measuring 1 cm is seen within eighth hepatic segment. Hepatic artery is unremarkable. Hepatic and portal veins are unremarkable.

Biliary Tree: Gallbladder is unremarkable with no stones, sludge, wall thickening, or pericholecystic fluid. No intra or extrahepatic ductal dilatation. There is normal tapering of the common duct to the ampulla.

Spleen: Normal size and signal.

Pancreas: No significant fatty atrophy. Normal parenchymal T1 hyperintensity with homogenous enhancement. No mass lesions identified. Pancreatic duct is nondilated. No peripancreatic inflammatory change.

Adrenals: Unremarkable signal and morphology.

Kidneys: Patient is status post left nephrectomy with small bowel filling the nephrectomy space. No residual tissue identified. The right kidney is unremarkable.

Other:
Vasculature is unremarkable.
No free intraperitoneal fluid or loculated fluid collections.
No worrisome adenopathy.

No hiatal hernia. Included stomach is poorly evaluated due to lack of distention. Normal duodenal C-loop. Included bowels are unremarkable.

Body wall is unremarkable.
No worrisome osseous abnormality.

IMPRESSION:
No finding to explain patient's right upper quadrant pain.
Other chronic and incidental findings as above

## Result History

MRI abdomen with and without contrast (Order #41712449) on 9/20/2018 - Order Result History Report

## Result Status

| Dictated by | Date | Electronically Signed By | Date/Time | Transcribed |
|---|---|---|---|---|
| Mohammed I Quraishi, MD | 9/20/2018 | **QURAISHI, MOHAMMED I** | 9/20/2018 08:53 | Powerscribe |

## Reviewed By List

Laurie-Anne Swaby, MD on 9/20/2018 15:48

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 9/19/2018 07:23 | 9/19/2018 08:18 |

## Appointments for this Order

9/19/2018 7:00 AM - 60 min BEH MRI 2 (Resource) Beh Mri

## External Results Report

Open External Results Report

## Encounter

View Encounter

## Screening Form Questions

| | Answer | Comment |
|---|---|---|
| Claustrophobic? | No | |
| Previous MRI, CT, or PET scan of the area of the body being scanned today? If yes, where? | No | |
| Pacemaker or internal cardioverter defibrillator (ICD)? | No | |
| Heart surgery? | No | |
| Chest surgery? | No | |
| Artifical heart valve? | No | |
| Brain surgery? | No | |
| Aneurysm clips? | No | |
| Ear surgery? | No | |
| Hearing aids? | No | |
| Tattoos or tattooed eyeliner? | No | |
| Dentures or partials? | No | |
| Shrapnel, bullets or bb's? | No | |
| Shunts or stents? | No | |
| Metallic implants? (Ex: Pins, Screws, IUD) | No | |
| Has the patient ever been struck in the eye with metal or metal shavings? If yes, was it removed and when? | No | |
| History of cancer or tumors? If yes, did they receive radiation or chemo therapy? | No | |
| Is the patient pregnant? | No | |

| | Answer | Comment |
|---|---|---|
| Does the patient breast feed? | No | |
| Seizures? | No | |
| Blood thinner? | No | |
| Neck surgery? If yes, was it for carotid (vascular, blood vessel) disease and which side was it on? | No | |
| Allergies, asthma or chronic respiratory problems? | No | |
| Questions answered by (Name/Relation to Patient)? | patient | |
| Erlanger Employee Interviewer (Name/Title)? | cindy ingram rt | |

## Order Report

Order Details

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

| | |
|---|---|
| Date: | November 27, 2018 |
| To: | DR LAURIE-ANNE SWABY<br>GASTRO |
| Attn: | |
| Fax: | (423) 778-6154 |
| From: | Blair Downs<br>Long Term Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1751 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8248892<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

November 27, 2018

Dr. Laurie-Anne Swaby
Gastro

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Laurie-Anne Swaby:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from June 20, 2018 through the present

We ask that you provide this information by December 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1751 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authori ation signed by Ms. Smith allowing the release of information to our company. This authori ation specifically allows you to release medical information to us and is valid for two years from the date of Ms. Smith s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Blair Downs
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14174
Secure Fax No.: (603) 430-1751

Attachments: 8248892-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.27.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ________ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ______ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

ReleasePoint

## Medical Record Overview

**Date:** **November 12, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** DUNN, DR JASON
2253 CHAMBLISS AVE STE 100
CLEVELAND, TN 37311
(423) 472-5423

**Request Scope:** From May 22, 2018 to Present

**Chart Range:** 10/22/2018 - 10/22/2018

**RP ID:** 4680436

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 22 2018 | Oct 22 2018 | 2 | 2 |
| Request Corr. | | | 3 | 4 |

**Total Page Count:** 5

**Notes From QC:**

**Leisha Smith, Sex: F, DOB: Encounter Date and Time: 10/22/2018 09:12AM, Examiner: Jason L. Dunn, MD**

## Chief complaint
The Chief Complaint is: Pt was told she has internal hemorrhoids and needed to see a surgeon---AC.

## Referred here
- Primary physician: Tye Young, MD

## History of present illness
Leisha Smith is a 56 year old female.

Here for recheck of internal hemorrhoids, patient with history of external and internal hemorrhoids, we performed banding of her internal hemorrhoids in May 2018, patient recently had upper and lower endoscopy in August 2018, she was found to have no polyps, she was noted to have internal hemorrhoids, she was told following the procedure that she shouldn't stand for more than 20 minutes or sit for more than one hour, she was told she needed to see a surgeon for this issue, patient currently takes stool softeners on a daily basis, she also takes 24 g of supplemental fiber on a daily basis, she takes Linzess every morning, she has loose bowel movements after taking this medication, she was he has fortify bowel movements per day, she denies any rectal bleeding, no manual reduction of her hemorrhoids, no fecal soilage, her rectal pain has improved following rubber band ligation, patient also complains of some right upper quadrant abdominal pain that has been present for last year, pain worse with eating, pain worse with deep breath, pain stabbing in nature, she recently had MRI of her abdomen performed earlier but I do not have the results to review today.

## Personal history
*Behavioral:* Former smoker.

## Current medication
Medication List Reconciled.
Linzess by oral route.
Omeprazole by oral route.
Spiriva Respimat by inhalation route.

## Allergies and Adverse Reactions
Allergies Reviewed.
No Known Allergies.

## Physical findings
**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 71 bpm | 10/22/2018 |
| Blood pressure | 122/70 mmHg | 10/22/2018 |
| Weight | 128 lbs | 10/22/2018 |
| Body mass index - | 22 kg/m2 | 10/22/2018 |
| BMI Percentile: Off Chart | | |
| Height | 64 in | 10/22/2018 |

**Standard Measurements:**
Patient was not observed to be obese.

**General Appearance:**
Alert and in no acute distress.

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft. Abdominal tenderness Minimal right upper quadrant tenderness.

**Rectal:**

*Anus Examination:* No anal fissure was observed and sphincter tone was normal. Hemorrhoids were seen Minimal right posterior thrombosis of some minimal remaining external hemorrhoidal tissue, this is no larger than 0.5 cm in size, no prolapse of hemorrhoids with Valsalva maneuver, otherwise area appears significantly improved compared the last exam. Anus was normal.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed. The mood was anxious.

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.6 | 10/22/2018 |

## Assessment

- Hemorrhoids with bleeding [[K64.1: Second degree hemorrhoids]]
- RUQ abdominal pain [[R10.11: Right upper quadrant pain]]

## Counseling/Education

- Patient education - High Fiber Diet

AnoRectal Disease Recommendations

The importance of fiber and/or softeners, fluids and avoidance of straining were explained and emphasized. The use of ointments or suppositories which may include anesthetics, hydrocortisone, or sphincter-relaxing medications was discussed. The use of Sitz baths was explained.

## Plan

- Follow-up visit prn
- Return to the clinic if condition worsens or new symptoms arise
- Patient will call for appointment

Discussed with the patient today that at this point I would not proceed with any surgical intervention for hemorrhoids as they appeared to be completely asymptomatic at this time, her physical exam is significantly improved compared to how it was earlier this year, discussed the need to go to every other day with her Linzess to avoid too much diarrhea, she will continue her stool softeners and daily supplemental fiber, she will continue to observe for any signs of bleeding, she will follow up here PRN.

Cc: Spear, Bhakta, Swaby.

Liberty Mutual. INSURANCE

FAXED (7/11/18 DG)

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Nov 5, 2018

SURGICAL ASSOCIATES
2253 CHAMBLISS AVE NW STE 100
ATTN: MEDICAL RECORDS.
CLEVELAND, TN 37311

**Re: Long Term Disability Benefits**
Claim# 0240092 4600436
Claimant: SMITH LETSHA
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 22, 2018 to Present**

*** Attention Denise *** Please provide all medical records for the timeframe - Seen By: DUNN, DR JASON

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Carlo Tabugara
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430 1751

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ______ Claim Number: K248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report

## Request Information

Report Date: November 12, 2018

**RP ID:** 4680436

Patient Name: SMITH, LEISHA

Provider Name: SURGICAL ASSOCIATES

## Quality Assurance Information

Scope Requested: **From May 22, 2018 to Present**

Special Request:
*** Attention Denise *** Please provide all medical records for the timeframe - Seen By: DUNN, DR JASON

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MDELEO

ReleasePoint

## Medical Record Overview

**Date:** **November 13, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** CHATTANOOGA BONE & JOINT SURGEONS
1809 GUNBARREL RD STE 101
CHATTANOOGA, TN 37421
(423) 893-9020

**Request Scope:** From April 26, 2018 to Present

**Chart Range:** 05/18/2018 - 08/06/2018

**RP ID:** 4680435

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 6 2018 | Aug 6 2018 | 4 | 2 |
| Labs/Diagnostics | May 18 2018 | May 18 2018 | 2 | 6 |
| Request Corr. | | | 1 | 8 |

**Total Page Count:** 7

**Notes From QC:**

# Smith, Leisha Dianne

MRN: 01114276

**Progress Notes** Encounter Date: 8/6/2018

Matthew Higgins, MD
Orthopedic Surgery

Expand All Collapse All

**Patient Name: Leisha Dianne Smith**
**Date of Birth:**

**Subjective**

**Visit Type:**Follow up Patient

Patient is a 56 y.o. female who presents here today for Follow-up of the Right Hip and Follow-up of the Left Hip

.

Patient here for follow up on bilateral hip pain. Patient came in today with slight limp. Patient states her pain is a restrictive pain upon waking. Patient states pain is worse when going up ladders and stairs. Patient rates pain 3/10. Patient states she is currently taking physical therapy 2 times per week at benchmark and does at home exercises. Patient states the steroids do help. Patient states she ready to get back to regular work at VW plant and has to go up and down stairs a lot with no landing in between. Patient states soaking in tub with EPSOM salt really helps. Patient states she has to do 2 hours a day for 30-90 days of reconditioning per her employer. Patient would like to discuss getting off her STD and getting back to work.

**Previous Treatments:**
Physical Therapy: effective
Steroid Injections: effective
**Previous Tests / Imaging:**
X-ray
**Surgeries**:
none

**Pain Management Patient?:**
No

Review of Systems
All other systems reviewed and are negative.

There is no height or weight on file to calculate BMI.
There were no vitals taken for this visit.

Current Outpatient Prescriptions:
- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 290 mcg capsule, Take 290 mcg by mouth daily., Disp: 90 capsule, Rfl: 3
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, Take 1 capsule (40 mg total) by mouth daily., Disp: 90 capsule, Rfl: 0
- omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
- sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln, Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed, Disp: 2 Bottle, Rfl: 0

**HISTORY:**

Past Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Social History:

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 25.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Social History**

Occupational History

- VW

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 25.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | Defer |

**General Exam:**

Physical Exam .

**Physical Exam:**

## Right Hip Exam

**Tenderness**

The patient is experiencing tenderness in the greater trochanter.

Comments: Positive log roll and impingement, negative stinchfield,

## Left Hip Exam

**Tenderness**

The patient is experiencing tenderness in the greater trochanter.

Comments: Positive log roll and impingement, negative stinchfield

**Imaging:** No images obtained today. Details of x-rays shown and explained to the patient.

**Impression:**

56 year old female with mild osteoarthritis and trochanteric bursitis of bilateral hips. She received significant improvement nearly 100% for 3 weeks after her recent injections. Considering her lack of improvement with conservative treatment as well as the degree that her injections helped her I would like to send her for an MRI to further evaluate. She also has IT band syndrome and trochanteric bursitis which is contributing greatly to her symptoms and we have discussed conservative treatment in great detail concerning this issue.

Discussed continuation of conservative treatment
1.NSAID's (unable to take due to kidney disease)
2.Physical Therapy (tried with relief)
3.Intra-articular injections (tried with relief)

Recommended sending patient for MRI arthrogram of bilateral hip

I have instructed patient to work on ITB stretching and we will try to get Pennsaid approved

**Assessment and Plan:**

**Assessment/Plan**

Matthew D. Higgins, MD

Portions of the record may have been created with voice recognition software. Occasional wrong-word or 'sound-a-like' substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where substitutions have occurred.

Electronically Edited/Signed by Matthew Higgins, MD on 8/6/2018 6:39 PM.

Office Visit
on 8/6/2018

## Chart Review Routing History

| Recipient | Method | Report | Sent By |
|---|---|---|---|
| Lydia Speer, DO<br>Phone: 423-778-8909<br>Sent: 5/15/2017 7:58 AM<br>Filed: 5/15/2017 | In Basket | Media | Misty Helton, LPN [908] |

Auth Prov: Matthew Higgins
979 EAST THIRD ST suite c430
CHATTANOOGA TN 37403

# Medical Mall Diagnostic Radiology
## Imaging Result

| | | | |
|---|---|---|---|
| Name:<br>**Smith, Leisha Dianne** | DOB: | Sex:<br>Female | Patient Class:<br>Outpatient |
| Procedures Performed:<br>**FL arthrocentesis aspiration injection major joint** | Exam Time:<br>05/18/2018 9:00 AM | Reason for Exam:<br>bilateral hip pain; bilateral hip pain | Diagnosis:<br>Primary osteoarthritis of both hips |
| Performing Department:<br>**Medical Mall Diagnostic Radiology**<br>979 East 3rd Street<br>Chattanooga TN 37403-2147<br>423-778-3191 | Accession Number:<br>E448242 | Performing Tech:<br>Susan Thomas, ARRT | PCP:<br>Speer, Lydia |

***ADDENDUM***

The impression should state technically successful fluoroscopic guided right hip joint steroid injection as described.

Addended by: Harris Hawk, MD on Mon Jun 25, 2018 09:25:17 AM

PROCEDURE: Fluoroscopic guided hip joint steroid injection.

PROCEDURALISTS: Harris Hawk, MD, Greg Smith, RPA

HISTORY: Bilateral hip pain secondary to osteoarthritis.

TECHNIQUE/FINDINGS: The benefits, risks, and alternatives of the procedure were discussed with the patient and informed/written consent obtained.

Sterile barrier technique was followed including: cap, mask, sterile gown, sterile gloves, large sterile sheet, hand hygiene and 2% chlorhexidine for cutaneous antisepsis. A time-out was performed to properly identify the patient.

Lidocaine 1% was administered subcutaneously for local anesthesia. Under fluoroscopic guidance, a 20-gauge spinal needle was inserted within the right hip joint. A small amount of contrast was injected to confirm intra-articular needle tip positioning. 5
cc of a mixture containing 1 cc (80mg) of Depo-Medrol and 3 cc of 0.5% bupivacaine were instilled within the hip joint. The patient tolerated the procedure well.

MEDICATIONS: As above.

CONTRAST: 1 mL of Omnipaque 300.

FLUOROSCOPY TIME/DOSE: 0.01 minutes, 1.5 mGy Reference Air Kerma

COMPLICATIONS: None.

IMPRESSION:
Technically successful fluoroscopic guided left hip joint steroid injection as described.

The procedure was performed by Greg Smith, RPA under the direct supervision of Harris Hawk, MD.

The patient will be discharged back to the care of the referring clinician. The patient can return to Interventional Radiology as needed. We appreciate you allowing Tennessee Interventional and Imaging Associates the chance to participate in the care of this patient. If we can be of further assistance, please contact us at 423-778-7234. www.tiarad.com

Signed By: Harris Hawk, MD on 5/18/2018 1:16 PM

# FAX

Chattanooga Bone & Joint Surgeons
A Member of UT Erlanger Orthopaedics
1809 Gunbarrel Road, Suite 101
Chattanooga, TN 37421-3130
423.893.9020
423.893.9040 Fax

David Bruce, M.D.
Peter J. Lund, M.D.
David Lowry, D.O.
Jeremy Bruce, M.D.
Mark Cloutier, NP-C
Megan Sticher, NP-C
Shawn Craig, PT

**To:** Liberty Mutual

**From:** Judy Garvin **Date:** 11/12/18

**Fax:** 213-884-4921

**Pages:** 7 **, INCLUDING COVER**

**Re:** Leisha Smith DOB

**Comments:** Claim#:8248892 4680435

The documents accompanying this transmission contain legally privileged, confidential information belonging to the sender. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this in error, please notify the sender immediately to arrange for the return of these documents.

# Quality Assurance Report

## Request Information

Report Date: November 13, 2018

**RP ID:** 4680435

Patient Name: SMITH, LEISHA

Provider Name: CHATTANOOGA BONE & JOINT SURGEONS

## Quality Assurance Information

Scope Requested: **From April 26, 2018 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen By: CHATTANOOGA BONE & JOINT SURGEONS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KBONU

ReleasePoint

## Medical Record Overview

**Date:** **November 9, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** SPEER, DR
321 GUN BARREL RD
CHATTANOOGA, TN 37415
(423) 778-8909

**Request Scope:** From June 20, 2018 to Present

**Chart Range:** 08/29/2018 - 10/31/2018

**RP ID:** 4680434

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 29 2018 | Oct 31 2018 | 11 | 2 |
| Labs/Diagnostics | Oct 31 2018 | Oct 31 2018 | 1 | 13 |
| Request Corr. | | | 4 | 14 |

**Total Page Count:** 16

**Notes From QC:**

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 10/31/2018

**Progress Notes by Lydia Speer, DO at 10/31/2018 11:15 AM (continued)**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • HH (hiatus hernia)<br>*small, sliding* | |
| • History of transfusion<br>*1984* | |
| • Multiple thyroid nodules<br>*Pt states doctor told her she had these in 5/18* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• diclofenac sodium 1 % gel, USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY, Disp: 100 g, Rfl: 0
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY, Disp: 90 capsule, Rfl: 0
• tiotropium (SPIRIVA) 18 mcg per inhalation capsule, Place 1 capsule into inhaler and inhale once daily., Disp: , Rfl:
• traMADol (ULTRAM) 50 mg tablet, Take 50 mg by mouth every 6 (six) hours as needed for moderate pain., Disp: , Rfl:
• hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam, Insert 1 applicator into the rectum daily. Use as directed (Patient not taking: Reported on 10/31/2018 ), Disp: 15 g, Rfl: 1
• linaclotide 145 mcg capsule, Take 145 mcg by mouth daily. (Patient not taking: Reported on 10/31/2018 ), Disp: 30 capsule, Rfl: 11
• meloxicam (MOBIC) 7.5 mg tablet, , Disp: , Rfl:
• predniSONE (DELTASONE) 20 mg tablet, Take 2 tablets (40 mg total) by mouth daily. Take 2 tablets (40 mg) daily for 3 days then take 1 tablet (20 mg) daily for 4 days then stop (Patient not taking: Reported on 10/31/2018 ), Disp: 15 tablet, Rfl: 0

**Past Surgical History:**

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: , Sex: F
Encounter date: 10/31/2018

**Progress Notes by Lydia Speer, DO at 10/31/2018 11:15 AM (continued)**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 20.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Gastrointestinal: Positive for abdominal pain, nausea and vomiting.
Genitourinary:
**Hemorrhoids**
Neurological: Positive for tremors.

**Vitals:**

| | 10/31/18 1108 |
|---|---|
| BP: | 110/66 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| Pulse: | 75 |
| Resp: | 18 |
| SpO2: | 97% |
| Weight: | 137 lb (62.1 kg) |
| Height: | 5' 4" (1.626 m) |

**Progress Notes by Lydia Speer, DO at 10/31/2018 11:15 AM (continued)**

Body mass index is 23.52 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. There is tenderness in the right upper quadrant. There is no rebound.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan**

**Office Visit on 09/05/2018**

| Component | Date | Value |
|---|---|---|
| • Protein, Total, Serum | 09/05/2018 | 6.9 |
| • Albumin, Serum | 09/05/2018 | 4.4 |
| • Bilirubin, Total | 09/05/2018 | 0.3 |
| • Bilirubin, Direct | 09/05/2018 | 0.1 |
| • Alkaline Phosphatase, S | 09/05/2018 | 74 |
| • AST (SGOT) | 09/05/2018 | 14 |
| • ALT (SGPT) | 09/05/2018 | 10 |
| • Please note | 09/05/2018 | Comment |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **RUQ pain - Primary** | ICD-10-CM: R10.11<br>ICD-9-CM: 789.01 |
| Relevant Orders<br>Nuclear Medicine hepatobiliary with CCK Morphine<br>Basic metabolic panel | |
| 2. **Type 2N von Willebrand disease (CMS/HCC)** | ICD-10-CM: D68.0<br>ICD-9-CM: 286.4 |
| Relevant Medications<br>antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | |
| Other Relevant Orders<br>Basic metabolic panel | |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Hemorrhoids with complication** | ICD-10-CM: K64.8<br>ICD-9-CM: 455.8 |

see above
will write work excuse

**Progress Notes by Stephen Scorey, DO at 10/10/2018 10:00 AM (continued)**

- H/O kidney removal — 1984
  *Donated Left kidney to son*
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- HH (hiatus hernia)
  *small, sliding*
- History of transfusion
  *1984*
- Multiple thyroid nodules
  *Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY<br>*5 yr recall, fam hx* | | 08/2018 |
| • ESOPHAGOGASTRODUODENOSCOPY | | 08/16/2018 |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

**Social History**

| Social History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | 4 |
| • Years of education: | N/A |

| Occupational History |
|---|
| • VW |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |

**Progress Notes by Stephen Scorey, DO at 10/10/2018 10:00 AM (continued)**

| | |
|---|---|
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | Defer |

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative

*Lives with Husband*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |
| • Colon polyps | Sister | |

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• diclofenac sodium 1 % gel, USE SMALL AMOUNT TO AFFECTED AREAS TWICE A DAY, Disp: 100 g, Rfl: 0
• hydrocortisone-pramoxine (PROCTOFOAM-HS) rectal foam, Insert 1 applicator into the rectum daily. Use as directed, Disp: 15 g, Rfl: 1
• linaclotide 145 mcg capsule, Take 145 mcg by mouth daily., Disp: 30 capsule, Rfl: 11
• meloxicam (MOBIC) 7.5 mg tablet, , Disp: , Rfl:
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, Take 1 capsule (40 mg total) by mouth daily., Disp: 90 capsule, Rfl: 0
• tiotropium (SPIRIVA) 18 mcg per inhalation capsule, Place 1 capsule into inhaler and inhale once daily., Disp: , Rfl:
• traMADol (ULTRAM) 50 mg tablet, Take 50 mg by mouth every 6 (six) hours as needed for moderate pain., Disp: , Rfl:

Patient has no known allergies.

The following have been reviewed and updated as appropriate in this visit:

## Review of Systems

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: , Sex: F
Encounter date: 10/10/2018

Progress Notes by Stephen Scorey, DO at 10/10/2018 10:00 AM (continued)

Constitutional: Negative for appetite change, fever and unexpected weight change.
HENT: Negative for congestion, hearing loss and sneezing.
Eyes: Negative for pain and visual disturbance.
Respiratory: Positive for cough and shortness of breath. Negative for wheezing.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Neurological: Negative for dizziness and light-headedness.
Psychiatric/Behavioral: Negative for confusion. The patient is not nervous/anxious.

**Objective**

**Vitals:**

| | 10/10/18 0956 |
|---|---|
| BP: | 118/72 |
| Pulse: | 78 |
| Resp: | 16 |
| Temp: | 98.7 °F (37.1 °C) |
| SpO2: | 98% |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Breath sounds normal. She is in respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
**Mild distress today. Difficulty with full sentences 2/2 cough and SOB**
Abdominal: Soft. Bowel sounds are normal. There is no tenderness. There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. No rash noted. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**Assessment/Plan**

**1. Chronic cough**
PPI
-Pulmonology follow up 2 weeks

**Progress Notes by Stephen Scorey, DO at 10/10/2018 10:00 AM (continued)**

**2. Reactive airway disease without complication, unspecified asthma severity, unspecified whether persistent**
-Prednisone taper
-Increase PPI
-Follow up with Pulmonology in 2 weeks

**3. Gastroesophageal reflux disease, esophagitis presence not specified**
Increase PPI to 80 mg 1 week. Will have GI follow up to discuss further options.

Stephen Scorey, DO 10/10/2018 10:04 AM

**Progress Notes by Kara Reed, RT at 10/31/2018 11:15 AM**

| | | |
|---|---|---|
| Author: Kara Reed, RT | Service: (none) | Author Type: Radiologic Technologist |
| Filed: 10/31/2018 12:12 PM | Encounter Date: 10/31/2018 | Status: Signed |
| Editor: Kara Reed, RT (Radiologic Technologist) | | |

Pt c/o RUQ pain, it is worse after eating.

**Progress Notes by Lydia Speer, DO at 10/31/2018 11:15 AM**

| | | |
|---|---|---|
| Author: Lydia Speer, DO | Service: (none) | Author Type: Physician |
| Filed: 10/31/2018 12:12 PM | Encounter Date: 10/31/2018 | Status: Signed |
| Editor: Lydia Speer, DO (Physician) | | |

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Every time she eats she gets sick
RUQ pain
Saw the surgeon
Didn't have stones on MRA
Dr. Dunn is surgeon
Needs hida scan

Continues to have multiple hemorrhoids
Was told by surgeon that if she cont to be on feet she's going to have problem

The following have been reviewed and updated as appropriate in this visit:

**Progress Notes by Lydia Speer, DO at 8/29/2018 10:00 AM**

Author: Lydia Speer, DO  Service: (none)  Author Type: Physician
Filed: 8/29/2018 12:30 PM  Encounter Date: 8/29/2018  Status: Signed
Editor: Lydia Speer, DO (Physician)

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Had upper endoscopy and colonoscopy 2 weeks ago
Upper endoscopy showed no significant pathology
On prilosec 40mg daily
Gotten more sob-restarted spiriva
Zyrtec 10mg daily

Done with infusions

Did PT for hips and pelvic floor-benchmark in cleveland
Had to prematurely discontinue due to procedures for endoscopy
PT recommends restarting and doing 8-10 of PT
Still unable to stand for prolonged periods of time
Needs letter sent to liberty mutual updating on return to work status

Constipation is stable on linzess
Hemorrhoids have not been acting up

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |
| • H/O kidney removal<br>*Donated Left kidney to son* | 1984 |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |

**Progress Notes by Lydia Speer, DO at 8/29/2018 10:00 AM (continued)**

- History of transfusion
  *1984*
- Multiple thyroid nodules
  *Pt states doctor told her she had these in 5/18*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

Current Outpatient Prescriptions:

- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- HUMATE-P 250-600 unit injection, , Disp: , Rfl:
- linaclotide (LINZESS) 290 mcg capsule, Take 290 mcg by mouth daily., Disp: 90 capsule, Rfl: 3
- meloxicam (MOBIC) 7.5 mg tablet, , Disp: , Rfl:
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, Take 1 capsule (40 mg total) by mouth daily. (Patient taking differently: Take 80 mg by mouth daily. ), Disp: 90 capsule, Rfl: 0
- omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
- sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln, Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed, Disp: 2 Bottle, Rfl: 0
- traMADol (ULTRAM) 50 mg tablet, Take 50 mg by mouth every 6 (six) hours as needed for moderate pain., Disp: , Rfl:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • COLONOSCOPY | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |
| • THROMBECTOMY<br>*Pt states from Rectum* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |

**Progress Notes by Lydia Speer, DO at 8/29/2018 10:00 AM (continued)**

| | |
|---|---|
| • Cancer | Other |
| • Colon polyps | Sister |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 20.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Negative for fatigue.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Musculoskeletal: Positive for arthralgias and myalgias.

**Vitals:**

| | 08/29/18 1007 |
|---|---|
| BP: | 118/72 |
| Pulse: | 74 |
| Resp: | 18 |
| SpO2: | 98% |
| Weight: | 142 lb 9.6 oz (64.7 kg) |

Body mass index is 24.48 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed. No distress.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Musculoskeletal:
Right hip: She exhibits decreased range of motion and decreased strength.
Left hip: She exhibits decreased range of motion and decreased strength.
Left knee: Tenderness found.

**Assessment/Plan**

**Admission on 08/16/2018, Discharged on 08/16/2018**

| Component | Date | Value |
|---|---|---|
| • GASTROINTESTINAL PATHOLO* | 08/16/2018 | View Report |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Constipation** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 8/29/2018

**Progress Notes by Lydia Speer, DO at 8/29/2018 10:00 AM (continued)**

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Pain of both hip joints** - Primary<br>refer to PT | ICD-10-CM: M25.551, M25.552<br>ICD-9-CM: 719.45<br>Relevant Orders<br>Ambulatory referral to Physical Therapy |
| **Pelvic floor dysfunction**<br>refer to PT | ICD-10-CM: M62.89<br>ICD-9-CM: 618.83<br>Relevant Orders<br>Ambulatory referral to Physical Therapy |
| **Moderate persistent asthma without complication**<br>cont spiriva | ICD-10-CM: J45.40<br>ICD-9-CM: 493.90 |

**Progress Notes by Stephen Scorey, DO at 10/10/2018 10:00 AM**

Author: Stephen Scorey, DO Service: (none) Author Type: Physician
Filed: 10/10/2018 11:41 AM Encounter Date: 10/10/2018 Status: Signed
Editor: Stephen Scorey, DO (Physician)

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

56 yo CF here today for increasing SOB. She has been using her rescue inhaler 6 times per day as well as 3 breathing treatments daily. She follows with Dr. Koo pulmonology with recent negative methacoline challenge testing. Currently she uses monteleukast, spiriva, ventolin hfa, and albuterol nebulizer however her breathing seems to be worsening since decreasing omeprazole from 80 mg back to 40 mg. She has spoken with GI Dr. Swaby about possible acid reducing procedures for her GERD. She has taken oral steroids in the past which have helped with her breathing and she is requesting this again today. She is scheduled to see Dr. Koo again on 10/23.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Anxiety | |
| • Arthritis<br>*pt states she has Rheomatoid and Osteoarthritis-in PT currently for Bilateral hip pain* | |
| • Chronic kidney disease<br>*left kidney removed for donor to son* | |
| • Depression | |

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 10/31/2018

**Progress Notes by Lydia Speer, DO at 10/31/2018 11:15 AM (continued)**

| | Codes |
|---|---|
| | Relevant Orders<br>Basic metabolic panel |

**Progress Notes by Lydia Speer, DO at 10/31/2018 11:15 AM**

Author: Lydia Speer, DO Service: (none) Author Type: Physician
Filed: 11/1/2018 7:13 AM Encounter Date: 10/31/2018 Status: Signed
Editor: Lydia Speer, DO (Physician)

Your kidney function and electrolytes remain normal!

Basic metabolic panel [41712456] Resulted: 10/31/18 2010, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 30474902330 | — | — | 10/31/18 1323 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, Serum | 85 | 70 - 99 mg/dL | — | LabCorp |
| BUN | 9 | 7 - 26 mg/dL | — | LabCorp |
| Creatinine, Serum | 0.8 | 0.6 - 1.1 mg/dL | — | LabCorp |
| eGFR If NonAfricn Am | 74 | 51 - 120 ml/min/1.73 m2 | — | LabCorp |
| eGFR If Africn Am | 90 | 51 - 120 ml/min/1.73 m2 | — | LabCorp |
| BUN/Creatinine Ratio | 11.3 | 8 - 27 | — | LabCorp |
| Sodium, Serum | 142 | 136 - 145 mmol/L | — | LabCorp |
| Potassium | 4.5 | 3.5 - 5.1 mmol/L | — | LabCorp |
| Chloride, Serum | 105 | 98 - 107 mmol/L | — | LabCorp |
| Carbon Dioxide, Total | 28 | 22 - 31 mmol/L | — | LabCorp |
| Calcium, Serum | 10.1 | 8.9 - 10.8 mg/dL | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Nuclear Medicine hepatobiliary with CCK Morphine [41712455] Result status: No result

Liberty Mutual. INSURANCE

**Liberty Life Assurance Co. of Boston**
**c/o RP Claims Processing**
**P.O. Box 1390**
**St. Peters, MO 63376**

)-∮/β

Nov 2, 2018

ERLANGER EAST COMPRENSIVE CARE
1751 GUNBARREL RD STE 201
ATTN: MEDICAL RECORDS
CHATANOOGA, TN 37421

**Re: Long Term Disability Benefits**
Claim# 8248892 4680434
Claimant: SMITH, LEISHA
Claimant DOB:

)-pt

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 20, 2018 to Present**

Please provide all medical records for the timeframe - Seen By:
SPEER, DR

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christian Jay Santos
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records and federal and state tax returns
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ______ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, FIA
Operations Manager
Liberty Mutual Benefits Claims

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SMITH, LEISHA |
| RP ID: | 4680434 |
| Access Code: | ERL032 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: November 9, 2018

**RP ID:** 4680434

Patient Name: SMITH, LEISHA

Provider Name: ERLANGER EAST COMPRENSIVE CARE

## Quality Assurance Information

Scope Requested: **From June 20, 2018 to Present**

Special Request:
Please provide all medical records for the timeframe -
Seen By: SPEER, DR

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KCHIO

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

November 2, 2018

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 2, 2018, we requested medical records from Drs. Dunn, Higgins, Speers, and Swaby. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 20, 2018 through the present from Drs. Dunn, Higgins, Speers, and Swaby

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Volkswagen Group of America's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 1, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 16, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 1, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Blair Downs
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14174
Secure Fax No.: (603) 430-1751

**Letter by Lydia Speer, DO on 8/29/2018**

erlanger Health System

Fax# 1-603430-1751
ATTN Blair Downs

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

August 29, 2018

Leisha Dianne Smith # 8248892

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **8/29/2018**

To Whom it May Concern:
Attn: Blaire Downs

Leisha Smith was seen in my clinic on 8/29/2018 at 10:00 am. Mrs. Smith is a longterm patient of mine. She is still unable to return to work. She has not completed physical therapy and is still unable to stand for prolonged periods of time. This prevents her from returning to her job at this time since it requires her to stand for prolonged periods of time.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

**Letter by Lydia Speer, DO on 8/29/2018**

erlanger
Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

August 29, 2018

Leisha Dianne Smith
[redacted]

Patient: **Leisha Dianne Smith**
Date of Birth: [redacted]
Date of Visit: **8/29/2018**

To Whom it May Concern:
Attn: Blaire Downs

Leisha Smith was seen in my clinic on 8/29/2018 at 10:00 am. Mrs. Smith is a longterm patient of mine. She is still unable to return to work. She has not completed physical therapy and is still unable to stand for prolonged periods of time. This prevents her from returning to her job at this time since it requires her to stand for prolonged periods of time.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: No Recipients

**n0320651**

| | |
|---|---|
| **From:** | Leisha Smith |
| **Sent:** | Wednesday, October 31, 2018 3:42:37 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | Attn: Blair Downs |
| **Attachments:** | New Note.pdf; ATT00001.txt |

Letter from Doctor for Leisha Smith
Claim number #8248892

Case Manager Blair Downs

# Billing Statement:

**Invoice Date: 10/03/2018** **Invoice #: 708767**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2018 and Sep 30 2018**

**LIBMT5** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4350439<br>8248892 | SMITH, LEISHA<br>UNIVERSITY SURGICAL ASSOCIATES | Canceled | 09/20/18<br>B Downs | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 4350440<br>8248892 | SMITH, LEISHA<br>ERLANGER EAST COMPRENSIVE C... | Complete | 08/05/18<br>B Downs | 8.00 | 30.00 | 0.00 | 0.00<br>21 | **38.00** |
| 4355597<br>8248892 | SMITH, LEISHA<br>BHAKTA, DR MANDO | Complete | 07/31/18<br>B Downs | 8.00 | 0.00 | 0.00 | 0.00<br>10 | **8.00** |
| 4350441<br>8248892 | SMITH, LEISHA<br>SURGICAL ASSOCIATES | Complete | 07/24/18<br>B Downs | 8.00 | 22.00 | 0.00 | 0.00<br>12 | **30.00** |
| 4350443<br>8248892 | SMITH, LEISHA<br>BENCHMARK BUSINESS OFFICE | Complete | 07/30/18<br>B Downs | 8.00 | 20.00 | 0.00 | 0.00<br>12 | **28.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **108.00**

**Tax ID: 95-2843455**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

Claim #
8248892

4 PAGES

From:
MS. LEISHA SMITH

ATTN Blair Downs

Fax to #
603 430 1751

GENE OR LEISHA SMITH

1614

67-7568/2613
(BRCH20)

VOID

Tennessee

South Cleveland

⑆ 2Γ 0( ⑈ 1614

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: Eddie Gene Smith | Name: |
| Address: | Address: |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| Name: Jason Smith | Date of Birth: |
| Address: | |
| Telephone Number: | |
| Name: Anthony Smith | Date of Birth: |
| Address: | |
| Telephone Number: | |
| Name: Chloe Madison Smith | Date of Birth: |
| Address: | |
| Telephone Number: | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| Name: |
| Address: |
| Telephone Number: |

**DO YOU HAVE A WILL?** YES X NO ___ **DO YOU HAVE A TRUST?** YES ___ NO X

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: Gene Smith / Anthony Smith |
| Address: |
| Telephon |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 8-28-18 EMPLOYEE'S PRINTED NAME: Leisha D Smith

EMPLOYEE'S SIGNATURE: Leisha D Smith

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return To:** Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH:

**CHECK ONE:** ☒ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATE:** **IP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ **Checking** ☐ **Savings**
**BANK NAME** Credit Union
**9 DIGIT ABA ROUTING NUMBER:**
**BANK ADDRESS:** 2440 Treasury Dr SE
**YOUR ACCOUNT NUMBER:**
**CITY:** Cleveland **STATE:** TN **ZIP:** 37323
**BANK PHONE:** (423) 634-3600

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Leisha D Smith Date: 8-28-18

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to www.irs.gov/FormW4S for the latest information.**

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Leisha D | Smith | |

Home address (number and street or rural route)

Claim or identification number (if any) . . 824 8892

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . $ 160.00

Employee's signature ▶ Leisha D Smith  Date ▶ 8-28-18

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | 1 | |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 | 2 | |
| 3. | Subtract line 2 from line 1 | 3 | |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions | 4 | |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 5 | |
| 6. | Subtract line 5 from line 4 | 6 | |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments | 7 | |
| 8. | Subtract line 7 from line 6 | 8 | |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 9 | |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

3S240180060

# DIRECT DEPOSIT APPLICATION

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return To:** Blair Downs

**EMPLOYEE/CLAIMANT NAME:** Leisha Smith
**CLAIM NO:** 8248892
**EMPLOYER/SPONSOR:** Volkswagen Group of America **DATE OF BIRTH:** ____

**CHECK ONE:** ☒ New ☐ Change
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ Checking ☐ Savings **BANK NAM**

**9 DIGIT ABA ROUTING NUMI** **BANK ADD**

**YOUR ACCOUNT NUMBER:** ____ **CITY:** Cleveland **STATE:** TN **ZIP:** 37323

**BANK PHONE:** (423 634 3600

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Leisha Smith Date: 8-20-18

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

GENE OR LEISHA SMITH

1611

67-7568/2613
(BRCH20)

VOID

DATE

PAY TO THE ORDER OF $

DOLLARS

FOR

1611

II

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to www.irs.gov/FormW4S for the latest information.

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Leisha D | Smith | |

Claim or identification number (if any) . . . . . . . . . . 8248892

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See Worksheet below.) . . . . . . . . $ 160.00

Employee's signature ▶ Leisha D. Smith    Date ▶ 8-20-18

Keep the lower part for your records.

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**

Name: Eddie G Smith
Address:
Telephone Number:

**YOUR DOMESTIC PARTNER:**

Name:
Address:
Telephone Number:

**CHILDREN:** List ALL children. Use reverse side if necessary.

Name: Jason Smith
Date of Birth:
Address:
Telephone Number:

Name: Anthony Smith
Date of Birth:
Address:
Telephone Number:

Name: Chloe Smith
Date of Birth:
Address:
Telephone Number:

* one son deceased DoD 7-28-07

**GUARDIANSHIP:** For all children under age 18 listed above:

Name:
Address:
Telephone Number:

**DO YOU HAVE A WILL?** YES X NO ___ **DO YOU HAVE A TRUST?** YES ___ NO X

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

Name of Executor or Administrator: Gene Smith
Address:
Telephone Number:

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

DATE: 8-20-18 EMPLOYEE'S PRINTED NAME: Leisha D Smith

EMPLOYEE'S SIGNATURE: Leisha D Smith

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 14 Aug 2018 11:47:36 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 8248892, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/16/2018. The claim has been approved through 8/16/2019. The case manager for this claim is Blair Downs. The claim number is 8248892.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

August 13, 2018

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is February 16, 2018 and your benefits begin on

August 17, 2018. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Your gross monthly benefit is equal to $2,329.60. You will continue to receive this benefit provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by October 11, 2018.

- X Direct Deposit Application
- X Survivor / Estate Information Form
- X W-4S 2018
- __ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Blair Downs
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14174
Secure Fax No.: (603) 430-1751

Attachments: Direct Deposit Application
Survivor / Estate Information Form
W-4S 2018

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return To:** Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES ____ NO ____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to www.irs.gov/FormW4S for the latest information.**

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | 1 | | |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| 3. | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 | | |
| 6. | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| 8. | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | 10 | | |

## General Instructions

**Purpose of form**. Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition**. Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld**. Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form**. Form **W-4S** is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding**. Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions**. Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . | $24,000* |
| Head of household. . . . . . . . . . . . . . . | $18,000* |
| Single or Married filing separately. . . . . . . . . . | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see Limited standard deduction for dependents, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older and blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 500,000 | **45,689.50 + 35%** | **200,000** |
| 500,000 | and greater | **150,689.50 + 37%** | **500,000** |

### Schedule Z—Head of household

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $13,600 | **$0 + 10%** | **$0** |
| 13,600 | 51,800 | **1,360 + 12%** | **13,600** |
| 51,800 | 82,500 | **5,944 + 22%** | **51,800** |
| 82,500 | 157,500 | **12,698 + 24%** | **82,500** |
| 157,500 | 200,000 | **30,698 + 32%** | **157,500** |
| 200,000 | 500,000 | **44,298 + 35%** | **200,000** |
| 500,000 | and greater | **149,298 + 37%** | **500,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $19,050 | **$0 + 10%** | **$0** |
| 19,050 | 77,400 | **1,905 + 12%** | **19,050** |
| 77,400 | 165,000 | **8,907 + 22%** | **77,400** |
| 165,000 | 315,000 | **28,179 + 24%** | **165,000** |
| 315,000 | 400,000 | **64,179 + 32%** | **315,000** |
| 400,000 | 600,000 | **91,379 + 35%** | **400,000** |
| 600,000 | and greater | **161,379 + 37%** | **600,000** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 300,000 | **45,689.50 + 35%** | **200,000** |
| 300,000 | and greater | **80,689.50 + 37%** | **300,000** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

ReleasePoint

## Medical Record Overview

**Date:** **August 5, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** ERLANGER EAST COMPRENSIVE CARE
1755 GUNBARREL RD STE 106
CHATTANOOGA, TN 37421
(423) 778-8909

**Request Scope:** From February 1, 2018 to Present

**Chart Range:** 03/06/2018 - 06/19/2018

**RP ID:** 4350440

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 6 2018 | Jun 19 2018 | 14 | 2 |
| Labs/Diagnostics | Mar 30 2018 | Mar 30 2018 | 3 | 16 |
| Request Corr. | | | 4 | 19 |

**Total Page Count:** 21

**Notes From QC:**

**Progress Notes by Lydia Speer, DO at 6/19/2018 2:15 PM (continued)**

Here for followup

Still having a hard time going to the bathroom-constipated
On linzess 145mcg
Saw Dr. Swaiby this morning-going to have upper endoscopy and colonoscopy august 15th

Had hemorrhoid surgery-went well overall-but still having pain in pelvic/buttock area with prolonged standing
Better with sitting

Hips continue to hurt
Interested in starting PT now that hemorrhoid procedure over

GERD/hoarse voice/cough has improved since starting on omeprazole-but can't be on this long term due to bone health

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|

- Acne rosacea
- Depression
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

Current Outpatient Prescriptions:
- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- HUMATE-P 250-600 unit injection, , Disp: , Rfl:
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1

**Progress Notes by Lydia Speer, DO at 6/19/2018 2:15 PM (continued)**

- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, , Disp: , Rfl:
- omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
- sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln, Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed, Disp: 2 Bottle, Rfl: 0
- traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Negative for fatigue.
Gastrointestinal: Positive for constipation and rectal pain. Negative for nausea.
Musculoskeletal: Positive for arthralgias, back pain and myalgias.
Skin: Negative for rash.
Neurological: Negative for numbness.

**Vitals:**

| | 06/19/18 1426 |
|---|---|
| BP: | 118/72 |
| Pulse: | **(!) 98** |
| Resp: | 16 |
| SpO2: | 97% |
| Weight: | 144 lb 4.8 oz (65.5 kg) |

Body mass index is 24.77 kg/m².

**Progress Notes by Lydia Speer, DO at 6/19/2018 2:15 PM (continued)**

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Right hip: She exhibits decreased range of motion and tenderness.
Left hip: She exhibits decreased range of motion and tenderness.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:
**Office Visit on 03/30/2018**

| Component | Date | Value |
|---|---|---|
| • ANA Direct | 03/30/2018 | Negative |
| • C-Reactive Protein, Quant | 03/30/2018 | 0.63 |
| • RA Latex Turbid. | 03/30/2018 | <10.0 |
| • Sedimentation Rate-Weste* | 03/30/2018 | 7 |
| • CCP Antibodies IgG/IgA | 03/30/2018 | 6 |
| • TSH | 03/30/2018 | 1.856 |
| • Thyroxine (T4) | 03/30/2018 | 10.3 |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Pain in joint**<br>Relevant Orders<br>Ambulatory referral to Physical Therapy | ICD-10-CM: M25.50<br>ICD-9-CM: 719.40 |
| 2. **Constipation - Primary** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Pelvic floor dysfunction**<br>refer to PT | ICD-10-CM: M62.89<br>ICD-9-CM: 618.83<br>Relevant Orders<br>Ambulatory referral to Physical Therapy |

**Progress Notes by Lydia Speer, DO at 3/30/2018 10:30 AM (continued)**

| | Codes |
|---|---|
| **Moderate persistent asthma without complication** | ICD-10-CM: J45.40<br>ICD-9-CM: 493.90 |

order nebulizer machine

**Progress Notes by Lydia Speer, DO at 5/9/2018 10:00 AM**

| | | |
|---|---|---|
| Author: Lydia Speer, DO | Service: (none) | Author Type: Physician |
| Filed: 5/9/2018 11:13 AM | Encounter Date: 5/9/2018 | Status: Signed |
| Editor: Lydia Speer, DO (Physician) | | |

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Dr. Fowler-ENT-thyroid u/s may 16th

3D mammogram qualified-dense breasts

Silent GERD-on omeprazole 60mg daily for silent reflux-started on by Dr. Koo and Dr. Fowler
Patient has hoarse voice and cough that could be due to this
Doesn't really have burning feeling in her chest

Had arthritis and bone spurs in hips-saw Dr. Higgins-supposed to have hip injection and PT

Right hand tremor for over a year-at rest and with intention-seems to be more prominent
Father has parkinsons, grandmother had parkinsons
Worried this could be the start of it
Sometimes will be walking and feels like feet are stuck but body keeps moving forward
Would like neurology referral for further evaluation

Saw Dr. Stanley-he said she had new hemorrhoid that needs potential banding and posterior fissure-recommended she try nifedipine ointment and flexeril-tried flexeril-didn't really help
nifedpine hasn't tried-wants to talk to Dr. Dunn first

Patient out on short term disability until may 28th
Cont to have rectal pain-esp when standing up
Cont to have pink blood in toilet
If she needs to have banding-will need at least 8 weeks after procedure for recovery due to her von willebrands and what happened after she had her trombectomy-21 clots in feb 2018

The following have been reviewed and updated as appropriate in this visit:

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: __ __ ____, Sex: F
Encounter date: 5/9/2018

**Progress Notes by Lydia Speer, DO at 5/9/2018 10:00 AM (continued)**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
• diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
• DME PRESCRIPTION, Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments, Disp: 1 Device, Rfl: 0
• HUMATE-P 250-600 unit injection, , Disp: , Rfl:
• HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
• linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, , Disp: , Rfl:
• omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
• tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
• traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|

**Progress Notes by Lydia Speer, DO at 5/9/2018 10:00 AM (continued)**

| | |
|---|---|
| • Hypertension | Mother |
| • Cancer | Father |
| • Bleeding disorder | Father |
| • Cancer | Other |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for voice change.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for rectal pain. Negative for abdominal pain and constipation.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for tremors. Negative for numbness and headaches.
Psychiatric/Behavioral: The patient is nervous/anxious.

**Vitals:**

| | 05/09/18 1021 |
|---|---|
| BP: | 132/82 |
| Pulse: | 76 |
| Resp: | 18 |
| SpO2: | 98% |
| Weight: | 148 lb 14.4 oz (67.5 kg) |

Body mass index is 25.56 kg/m².

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Neurological: She is alert and oriented to person, place, and time.
**Right hand resting tremor**
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Progress Notes by Lydia Speer, DO at 5/9/2018 10:00 AM (continued)**

**Assessment/Plan**

**Office Visit on 03/30/2018**

| Component | Date | Value |
|---|---|---|
| • ANA Direct | 03/30/2018 | Negative |
| • C-Reactive Protein, Quant | 03/30/2018 | 0.63 |
| • RA Latex Turbid. | 03/30/2018 | <10.0 |
| • Sedimentation Rate-Weste* | 03/30/2018 | 7 |
| • CCP Antibodies IgG/IgA | 03/30/2018 | 6 |
| • TSH | 03/30/2018 | 1.856 |
| • Thyroxine (T4) | 03/30/2018 | 10.3 |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Acute hemorrhoid - Primary** | ICD-10-CM: K64.9<br>ICD-9-CM: 455.6 |
| 2. **Constipation**<br>Relevant Medications<br>DME PRESCRIPTION | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Mixed action and resting tremor**<br>refer to neurology for eval | ICD-10-CM: R25.9<br>ICD-9-CM: 781.0 |
| **Gastroesophageal reflux disease with esophagitis**<br>cont omeprazole. keep f/u with Dr. Swaiby | ICD-10-CM: K21.0<br>ICD-9-CM: 530.11<br>Relevant Medications<br>omeprazole-sodium bicarbonate 20-1,680 mg packet<br>omeprazole (PriLOSEC) 40 mg capsule |

**Progress Notes by Lydia Speer, DO at 6/19/2018 2:15 PM**

Author: Lydia Speer, DO Service: (none) Author Type: Physician
Filed: 6/19/2018 5:51 PM Encounter Date: 6/19/2018 Status: Signed
Editor: Lydia Speer, DO (Physician)

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

**Progress Notes by Lydia Speer, DO at 3/6/2018 2:15 PM (continued)**

**Progress Notes by Lydia Speer, DO at 3/30/2018 10:30 AM**

| | | |
|---|---|---|
| Author: Lydia Speer, DO | Service: (none) | Author Type: Physician |
| Filed: 3/30/2018 12:36 PM | Encounter Date: 3/30/2018 | Status: Signed |
| Editor: Lydia Speer, DO (Physician) | | |

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Appointment is April 27, 2018 at 10:00am with Dr. Stanley-had to be rescheduled
Dr. Dunn f/u is April 5, 2018
Going to need an extension for FMLA until then
Cont to have hip pain and knees bilaterally
Feels stiff, swollen, throbbing pain
Takes tylenol and tramadol for pain as needed
Has RA-saw Dr. Britt in the past-said he couldn't give her any other kind of medication due to her von willebrands-she tried plaquenil but it didn't help
Hasn't had RA labs in several years
Tramadol as needed
Need nebulizer machine
Extension of leave until May 28th

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3

**Progress Notes by Lydia Speer, DO at 3/30/2018 10:30 AM (continued)**

- HUMATE-P 500-1,200 unit injection, , Disp: , Rfl:
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- lidocaine HCl 3 % cream, APP A SMALL AMOUNT TID TO ANUS PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ), Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- PROCTOFOAM HC rectal foam, APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT, Disp: , Rfl: 1
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traZODone (DESYREL) 50 mg tablet, 1-2 tabs po at night (Patient taking differently: 25 mg daily. 1-2 tabs po at night ), Disp: 60 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY *left* | | |
| • CESAREAN SECTION *x 3* | | |
| • HEMORRHOID SURGERY | | 02/19/2018 |
| • HYSTERECTOMY *partial* | | |
| • KIDNEY SURGERY *left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Positive for shortness of breath. Negative for cough.
Gastrointestinal: Positive for rectal pain. Negative for constipation, diarrhea and nausea.
Endocrine: Negative for cold intolerance, heat intolerance, polydipsia, polyphagia and polyuria.
Musculoskeletal: Positive for arthralgias, back pain, joint swelling and myalgias.
All other systems reviewed and are negative.

**Vitals:**

| | 03/30/18 1038 |
|---|---|
| BP: | **(!) 142/80** |
| Pulse: | 82 |
| Resp: | 16 |

**Progress Notes by Lydia Speer, DO at 3/30/2018 10:30 AM (continued)**

| | |
|---|---|
| SpO2: | 98% |
| Weight: | 148 lb 4.8 oz (67.3 kg) |
| Height: | 5' 4" (1.626 m) |

Body mass index is 25.46 kg/m².

**Objective**

Physical Exam

Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
 Right elbow: Tenderness found.
 Left elbow: Tenderness found.
 Right hip: She exhibits decreased range of motion and tenderness.
 Left hip: She exhibits decreased range of motion and tenderness.
 Right knee: Tenderness found.
 Left knee: Tenderness found.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:
**Abstract on 11/02/2017**

| Component | Date | Value |
|---|---|---|
| • HM Mammogram | 05/12/2017 | Normal |

**Problems Addressed This Visit**

| | | Codes |
|---|---|---|
| 1. | **Pain in joint - Primary** | ICD-10-CM: M25.50<br>ICD-9-CM: 719.40 |

Relevant Medications
 DME PRESCRIPTION

Other Relevant Orders
 X-ray hip 2 or 3 views left
 X-ray hip 2 or 3 views right
 ANA w/Reflex if Positive
 C-reactive protein
 Rheumatoid factor

**Progress Notes by Lydia Speer, DO at 3/30/2018 10:30 AM (continued)**

| | Codes |
|---|---|
| Sedimentation rate, automated<br>Cyclic citrul peptide antibody, IgG/IgA<br>T4 and TSH | |
| 2. **Goiter**<br><br>Relevant Medications<br>DME PRESCRIPTION<br><br>Other Relevant Orders<br>ANA w/Reflex if Positive<br>C-reactive protein<br>Rheumatoid factor<br>Sedimentation rate, automated<br>Cyclic citrul peptide antibody, IgG/IgA<br>T4 and TSH | ICD-10-CM: E04.9<br>ICD-9-CM: 240.9 |

Relevant Results

| | 5/27/16 | 8/11/15 | 9/5/14 |
|---|---|---|---|
| Thyroid | | | |
| **TSH** | 1.787 | 1.904 | 1.647 |

| | Codes |
|---|---|
| 3. **Chronic pain syndrome**<br><br>Relevant Medications<br>DME PRESCRIPTION | ICD-10-CM: G89.4<br>ICD-9-CM: 338.4 |
| 4. **Constipation**<br><br>Relevant Medications<br>DME PRESCRIPTION | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |
| 5. **Type 2N von Willebrand disease (CMS/HCC)**<br><br>Relevant Medications<br>antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection<br>HUMATE-P 500-1,200 unit injection<br>DME PRESCRIPTION | ICD-10-CM: D68.0<br>ICD-9-CM: 286.4 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Rheumatoid arthritis involving left hip, unspecified rheumatoid factor presence (CMS/HCC)**<br>recheck labs | ICD-10-CM: M06.9<br>ICD-9-CM: 714.0<br><br>Relevant Medications<br>DME PRESCRIPTION<br><br>Other Relevant Orders<br>ANA w/Reflex if Positive<br>C-reactive protein<br>Rheumatoid factor<br>Sedimentation rate, automated<br>Cyclic citrul peptide antibody, IgG/IgA<br>T4 and TSH |

**Progress Notes by Lydia Speer, DO at 6/1/2017 3:30 PM (continued)**

small amount twice a day as needed for pain
- montelukast (SINGULAIR) 10 mg tablet; take 1 tab by mouth qdaily
- traZODone (DESYREL) 50 mg tablet; 1-2 tabs po at night

**Progress Notes by Lydia Speer, DO at 3/6/2018 2:15 PM**

| | | |
|---|---|---|
| Author: Lydia Speer, DO | Service: (none) | Author Type: Physician |
| Filed: 3/6/2018 10:08 PM | Encounter Date: 3/6/2018 | Status: Signed |
| Editor: Lydia Speer, DO (Physician) | | |

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 55 y.o. female.

Having to work back on the line
2/15 noted that her hemorrhoids had flared up
Started prep H suppository/lidocaine
Had thrombosed hemorrhoid, with hx of von willebrands dz
Ended up having to go to ER they were so bad
Took factor, had procedure-20 clots were removed
Saw Dr. Dunn-surgeon for this
Had allergic reaction to epinephrine from procedure and-had to go to ER
Needs extension of FMLA paperwork-liberty mutual
3/23/18-will see Dr. Stanley colorectal surgeon to determine if hemorrhoids can be removed
Struggling with constipation-taking 12 stool softners per day!
Painful to poop-still having some blood in stools
miralax causes stomach to be very painful
Can't stand for very long without aggravation of hemorrhoids

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |

**Progress Notes by Lydia Speer, DO at 3/6/2018 2:15 PM (continued)**

- Von Willebrand disease (CMS/HCC)

Current Outpatient Prescriptions:
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- lidocaine HCl 3 % cream, APP A SMALL AMOUNT TID TO ANUS PRN P, Disp: , Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ), Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- PROCTOFOAM HC rectal foam, APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT, Disp: , Rfl: 1
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traZODone (DESYREL) 50 mg tablet, 1-2 tabs po at night (Patient taking differently: 25 mg daily. 1-2 tabs po at night ), Disp: 60 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Review of patient's allergies indicates no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for blood in stool, constipation, nausea and rectal pain.
Genitourinary: Negative for urgency, vaginal bleeding and vaginal discharge.

**Progress Notes by Lydia Speer, DO at 3/6/2018 2:15 PM (continued)**

Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative for rash.
Hematological: Bruises/bleeds easily.

**Vitals:**

| | 03/06/18 1414 |
|---|---|
| BP: | 118/68 |
| Pulse: | 84 |
| Resp: | 18 |
| SpO2: | 98% |
| Weight: | 150 lb 1.6 oz (68.1 kg) |

Body mass index is 26.01 kg/m².

**Objective**

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Genitourinary:
Genitourinary Comments: **+hemorrhoids**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:

**Abstract on 11/02/2017**

| Component | Date | Value |
|---|---|---|
| • HM Mammogram | 05/12/2017 | Normal |

**Problems Addressed This Visit**

| | | Codes |
|---|---|---|
| 1. | **Acute hemorrhoid** | ICD-10-CM: K64.9<br>ICD-9-CM: 455.6 |
| 2. | **Constipation** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Von Willebrand disease (CMS/HCC)** - Primary | ICD-10-CM: D68.0<br>ICD-9-CM: 286.4 |

cont current meds and keep f/u with heme onc

Resulted: 04/01/18 2007, Result status: Final result

ANA w/Reflex if Positive [28523639]

Resulting lab: LABCORP
Narrative:
Performed at: 02 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 08974906230 | — | — | 03/30/18 1115 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Direct | Negative | Negative | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 04/01/18 2007, Result status: Final result

C-reactive protein [31394118]

Resulting lab: LABCORP
Narrative:
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 08974906230 | Blood | Blood, Venous | 03/30/18 1115 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 0.63 | 0.0 - 0.9 mg/dL | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 04/01/18 2007, Result status: Final result

Rheumatoid factor [31394119]

Resulting lab: LABCORP
Narrative:
Performed at: 02 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935

erlanger Health System

EMG PRIM CARE-EAST

Smith, Leisha Dianne
MRN: 01114276, DOB: Sex: F
Encounter date: 6/19/2018

Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 08974906230 | — | — | 03/30/18 1115 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RA Latex Turbid. | <10.0 | 0.0 - 13.9 IU/mL | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 04/01/18 2007, Result status: Final result

Sedimentation rate, automated [31394120]

Resulting lab: LABCORP
Narrative:
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 08974906230 | — | — | 03/30/18 1115 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sedimentation Rate-Westergren | 7 | 0 - 20 mm/hr | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 04/01/18 2007, Result status: Final result

Cyclic citrul peptide antibody, IgG/IgA [31394121]

Resulting lab: LABCORP
Narrative:
Performed at: 03 - LabCorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: William F Hancock MD, Phone: 8007624344

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 08974906230 | — | — | 03/30/18 1115 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CCP Antibodies IgG/IgA | 6 | 0 - 19 units | — | LabCorp |

Comment:

| | |
|---|---|
| Negative | <20 |
| Weak positive | 20 - 39 |
| Moderate positive | 40 - 59 |
| Strong positive | >59 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

Resulted: 04/01/18 2007, Result status: Final result

T4 and TSH [31394122]

Resulting lab: LABCORP
Narrative:
Performed at: 01 - Baroness Erlanger Hospital
975 E Third Street, Chattanooga, TN 374032112
Lab Director: Joyce Mills MD, Phone: 8007560533

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 08974906230 | — | — | 03/30/18 1115 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.856 | 0.34 - 5.60 uIU/mL | — | LabCorp |
| Thyroxine (T4) | 10.3 | 6.1 - 12.2 ug/mL | — | LabCorp |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | Unknown | 07/12/07 1628 - Present |

X-ray hip 2 or 3 views left [28523637] Result status: No result

X-ray hip 2 or 3 views right [28523638] Result status: No result

**END OF REPORT**

Liberty Mutual. INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

)- 5/B

Jul 23, 2018

ERLANGER EAST COMPRENSIVE CARE
1751 GUNBARREL RD STE 201
ATTN: MEDICAL RECORDS
CHATANOOGA, TN 37421

**Re: Long Term Disability Benefits**
Claim# 8248892 4350440
Claimant: SMITH, LEISHA 1-pt
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From February 1, 2018 to Present**

- Seen By: ERLANGER EAST COMPRENSIVE CARE

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christian Jay Santos
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430 1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the Information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records and federal and state tax returns
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ______ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ______ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SMITH, LEISHA |
| RP ID: | 4350440 |
| Access Code: | ERL032 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: August 5, 2018

**RP ID:** 4350440

Patient Name: SMITH, LEISHA

Provider Name: ERLANGER EAST COMPRENSIVE CARE

## Quality Assurance Information

Scope Requested: **From February 1, 2018 to Present**

Special Request:
- Seen By: ERLANGER EAST COMPRENSIVE CARE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MJALA

## Medical Record Overview

**Date:** **July 31, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** BHAKTA, DR MANDO
910 BLACKFORD ST
CHATTANOOGA, TN
(423) 778-7289

**Request Scope:** From February 1, 2018 to Present

**Chart Range:** 02/20/2018 - 02/20/2018

**RP ID:** 4355597

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 20 2018 | Feb 20 2018 | 5 | 2 |
| Request Corr. | | | 5 | 7 |

**Total Page Count:** 10

**Notes From QC:**

only receiebd records from Dr. McManus

# Smith, Leisha Dianne

MRN: 01114276
Description: 55 year old female

**Progress Notes** Encounter Date: 2/20/2018



Meghann McManus, DO
Pediatric Hematology and Oncology

***Center for Childhood Cancer and Blood Disorders***
*Children's Hospital*
*Chattanooga TN 37403*

***Follow Up Visit / New Visit***
**2/20/2018**

**Leisha Dianne Smith**
Date of Birth:
Medical Record Number: 01114276

REFERRING PHYSICIAN:
Lydia Speer, Do
1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: 423-778-8909 Fax: 423-778-8910

PRIMARY CARE PHYSICIAN: Lydia Speer, DO

RE: Leisha Dianne Smith
MRN: 01114276
D.O.B.:

Dear Dr. Speer:

**Subjective**

I had the pleasure of evaluating Leisha Dianne Smith in Pediatric Hematology Oncology Clinic in consultation with you for the chief complaint of bleeding following hemorrhoid surgery.

HISTORY OF PRESENT ILLNESS:
Leisha is a 55 yr old female with von Willebrand disease, type 2N who is known to our hematology team. She was found to have severe hemorrhoids and yesterday went to a surgeon's office who removed 21 of them. Her husband gave her a dose of Humate-P ~1800 units before the procedure. She was in severe pain following the procedure, went to the ER and showed improvements. She has had some blood when she wiped but no significant bleeding. She has not had a bowel movement yet but is taking colace and keeps stool soft. She is eating soft foods, using tylenol with codeine for pain.

LABS/X-RAYS/:
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 5.7 | 05/27/2016 |

| | | |
|---|---|---|
| HGB | 13.7 | 05/27/2016 |
| HCT | 40 | 04/28/2017 |
| HCT | 42.1 | 05/27/2016 |
| RDW | 12.8 | 05/27/2016 |

PAST MEDICAL HISTORY:

**Past Medical History:**

Diagnosis — Date

- Acne rosacea
- Depression
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

PAST SURGICAL HISTORY:

**Past Surgical History:**

Procedure — Laterality — Date

- BREAST BIOPSY
  *left*
- CESAREAN SECTION
  *x 3*
- HYSTERECTOMY
  *partial*
- KIDNEY SURGERY
  *left removed*

IMMUNIZATIONS:

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| • Td, Unspecified | 01/01/2007 |

ALLERGIES: No Known Allergies.

MEDICATIONS:

| | | | |
|---|---|---|---|
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 3 |

| | | | |
|---|---|---|---|
| • traZODone (DESYREL) 50 mg tablet | 1-2 tabs po at night (Patient taking differently: 25 mg daily. 1-2 tabs po at night ) | 60 tablet | 3 |
| • montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ) | 90 tablet | 3 |

DIET: Normal

DEVELOPMENT: Normal

Review of Systems
Pertinent items are noted in HPI.
A comprehensive review of systems was negative.

SOCIAL/ENVIRONMENTAL HISTORY:

**Pediatric History**

Patient Guardian Status
- Not on file.

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative
*Lives with Husband*

FAMILY HISTORY:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

**Objective**

<u>Physical Exam</u>

Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. No scleral icterus.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.

Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no tenderness or deformity.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm. Capillary refill takes less than 2 seconds. No rash noted.

VITAL SIGNS: BP 123/68 (BP Location: Left arm, Patient Position: Sitting) | Pulse 70 | Temp 36.6 °C (97.9 °F) (Oral) | Resp 20 | Ht 1.618 m (5' 3.7") | Wt 69.6 kg (153 lb 7 oz) | BMI 26.59 $kg/m^2$

**Assessment/Plan**

IMPRESSION: Leisha is a 55 yr old female with von Willebrand disease, type 2N with recent hemorrhoid surgery and bleeding

PLAN:

1. Will give Humate-P 3000 units (~40 units vWFco/kg) today
2. Will arrange for Leisha to have Humate-P at home for prn bleeding, instructed her that it is ok to give every 2-3 days for the next week or so if bleeding, if no bleeding, would still give a dose this weekend to help keep hemostasis
3. Recommended regular follow up with our office, provided SHP application to Leisha
4. Recommended calling her surgeon to know what to expect about bleeding symptoms in this recovery period

Total face to face time with the patient was 60 minutes with > 50% of the time spent counseling regarding diagnosis, risk and benefits of various treatment plans and expected outcomes.

Thank you for allowing us to participate in the care of this interesting patient. If you have any further questions, please feel free to contact me.

Sincerely,
Meghann McManus

Pediatric Hematology Oncology
Tel: 423 778 7289
Fax: 423 778 6848
910 Blackford Street
Chattanooga, TN 37403
(423) 778-7289

Electronically Edited/Signed by Meghann McManus, DO on 2/20/2018 3:14 PM.

Office Visit
on
2/20/2018

## Chart Review Routing History

| Recipient | Method | Report | Sent By |
|---|---|---|---|
| Lydia Speer, DO<br>Phone: 423-778-8909<br>Sent: 5/15/2017 7:58 AM<br>Filed: 5/15/2017 | In Basket | Media | Misty Helton, LPN [908] |
| EPHS East Imaging<br>Fax: 423-308-0512<br>Phone: 423-680-8970<br>Sent: 9/21/2017 9:59 AM<br>Filed: 9/20/2017 | Fax | | Amber Denny, MA [851] |
| Amber Denny, MA<br>Sent: 2/19/2018 12:44 PM<br>Filed: 2/19/2018 | In Basket | Conversation | Misty Helton, LPN [908] |

# THE CENTER FOR CHILDHOOD CANCER & BLOOD DISORDERS & INFECTIOUS DISEASES

Children's Hospital at Erlanger
910 Blackford Street
Chattanooga, TN 37403
Tel: (423) 778-7289
Fax: (423) 778-6848
Manoo Bhakta, MD ♦ Jennifer Keates-Baleeiro, MD ♦ Meghann McManus, DO ♦ Mixon, MD ♦ Janara Huff, MD

To/Recipient: Liberty Mutual

Phone Number (Voice/Fax): (213) 884-4921

Organization:

Date/Time: 7/31/2018

From/Sender:

Phone Number:

Organization: The Center for Childhood Cancer & Blood Disorders & Infectious Diseases

Subject: RE:

Number of Pages (including Cover Page):

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity names as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify the sender and arrange for the return or destruction of these documents.

Rev. 2015-03-10

# THE CENTER FOR CHILDHOOD CANCER & BLOOD DISORDERS & INFECTIOUS DISEASES

Children's Hospital at Erlanger
910 Blackford Street
Chattanooga, TN 37403
Tel: (423) 778-7289
Fax: (423) 778-6848
Manoo Bhakta, MD ♦ Jennifer Keates-Baleeiro, MD ♦ Meghann McManus, DO ♦ Mixon, MD ♦ Janara Huff, MD

To/Recipient: ______

Phone Number (Voice/Fax): ______

Organization: ______

Date/Time: ______

From/Sender: ______

Phone Number: ______

Organization: The Center for Childhood Cancer & Blood Disorders & Infectious Diseases

Subject: RE: ______

______

Number of Pages (including Cover Page): ______

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity names as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify the sender and arrange for the return or destruction of these documents.

Rev. 2015-03-10

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 24, 2018

BHAKTA, DR MANDO
910 BLACKFORD ST
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN

**Re: Long Term Disability Benefits**
Claim# 8248892 4355597
Claimant: SMITH, LEISHA
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From February 1, 2018 to Present**

- Seen By: BHAKTA, DR MANDO

JUL 25 2018

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rein Fernandez
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430 1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ________ Claim Number 8248892 Date 7-17-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, BHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report

## Request Information

Report Date: July 31, 2018

**RP ID:** 4355597

Patient Name: SMITH, LEISHA

Provider Name: BHAKTA, DR MANDO

## Quality Assurance Information

Scope Requested: **From February 1, 2018 to Present**

Special Request:
- Seen By: BHAKTA, DR MANDO

Special Request Included? NO

Secondary Request Confirmed? YES

QC Notes:
only receiebd records from Dr. McManus

Chart Reviewed By: MGALV

8-1-18

6 pages total

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

ATTN
Blair Downs

Fax #
603
430
1751

*000618*

MS. LEISHA SMITH

*400400010008000001000618618*

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 6/19/2018
Status: Open
EMG Gastroenterology

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Gastroesophageal reflux disease, esophagitis presence not specified
Reason for Visit: Abdominal Pain, Heartburn; Referred by Lydia Speer, DO

## Instructions

Return in about 3 months (around 9/19/2018).

### Patient Instructions

After Visit Summary (Printed 6/19/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 125/85 (BP Location: Right arm, Patient Position: Sitting) Pulse 72 Ht 1.626 m (5' 4") Wt 65 kg (143 lb 4.8 oz) BMI 24.60 kg/m² BSA 1.71 m² More Vitals |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Media

› Consent - Other - Scan on 6/19/2018 11:44 AM : GI

## Orders Placed

Case request operating room: UPPER GASTROINTESTINAL ENDOSCOPY WITH BIOPSY, DIAGNOSTIC FLEXIBLE COLONOSCOPY PROXIMAL TO SPLENIC FLEXURE WITH COLLECTION OF SPECIMEN BY WASHING AND COLON DECOMPRESSION, ESOPH/GASTROESOPH REFLUX TEST; W/MUCOUS TELEMETR... Once

## Medication Changes

As of 6/19/2018 12:54 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln** | 0 | 6/19/2018 | |
| Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | | | |
| **Discontinued: DME PRESCRIPTION** | | | |
| **Discontinued: tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist** | | | |

## Visit Diagnoses

Gastroesophageal reflux disease, esophagitis presence not specified K21.9
Family history of colonic polyps Z83.71

# University Surgical Associates

*Exceptional surgeons. Compassionate care.*

## New Patient

Patient: **Leisha Smith**
DOB: **56y**
Account #: **392046**

Visit Date: **04/27/2018**
Provider: J. Stanley, MD
Referring Physician: Lydia Speer, DO

**Chief Complaint & History of Present Illness:**
The patient is status post evacuation of thrombosed hemorrhoids approximately two months ago by an outside physician. She has von Willebrand disease and occasionally has a small amount of blood with wiping in that it is light pink in color. She also has an element of protrusion. Her main complaint is discomfort like a shooting pain that occurs especially after she's up and around. She also her last colonoscopy was by Dr. Swaby approximately five years ago. Complains of hip pain, has arthritis..

**Review of Systems:**
Abnormal Findings:
- CONSTITUTIONAL SYSTEMS: Admits Good general health lately, Recent weight change and Fatigue and Denies Fever and Headaches.
- EYES: Admits Wear glasses/contact lens and Denies Eye Disease Or Injury, Blurred or double vision and Glaucoma.
- CARDIOVASCULAR: Admits Palpitations and Swelling of feet, ankles or hands and Denies Heart trouble, Chest pain or angina, Shortness of breath with walking/ lying flat and Varicose Veins.
- RESPIRATORY: Admits Shortness of breath and Asthma or wheezing and Denies Chronic or frequent coughs and Coughing up blood.
- GI/ABDOMEN: Admits Rectal bleeding or blood in stool, Abdominal pain or heartburn, Colonoscopy and Barium enema and Denies Nausea / Vomiting, Loss of appetite, Change in bowel movements, Frequent diarrhea, Painful BM or constipation, Peptic ulcer (stomach or duodenal), Unable to restrain stools, Colon cancer, Polyps and Flexible sigmoidoscopy.
- BLOOD and LYMPH: Admits Bleeding or bruising tendency, Blood clots and Past transfusion and Denies Slow to heal after cuts, Anemia and Enlarged glands.
- URINARY and REPRODUCTIVE FEMALE: Admits Breast feed children and Hysterectomy and Denies Burning / painful urination, Kidney stones, Pain with periods, Irregular periods, Vaginal discharge, Female-ovaries removed, Take hormone or birth control pills, Age of First Menstrual Period 14, Age of Last Menstrual Period 31, # of Pregnancy 3, # of Miscarriages 0, # of Live Birth 3, # of children, Date of last pap smear and Unable to restrain urine or dribbling.
- MUSCULOSKELETAL: Admits Joint pain / stiffness / swelling, Weakness of muscle or joints, Muscle pain or cramps and Difficulty in walking and Denies Cold extremities.
- SKIN and BREASTS: Admits Recent mammogram and Any previous breast surgery and Denies Rash or itching, Breast pain or soreness, Breast lump and Breast discharge.
- NEUROLOGICAL: Admits Tremors and Denies Frequent headaches, Light headed or dizzy, Convulsions or seizures, Numbness or tingling sensations, Paralysis, Stroke and Head injury.
- PSYCHIATRIC: Admits Nervousness and Depression and Denies Memory loss / confusion and Problem sleeping.

**Past Medical History:**

Patient: **Smith, Leisha**
DOB:
Account #: **392046**
Visit Date: **04/27/2018 10:00 AM**

Hepatitis C: Unknown
Rheumatoid Arthritis: Unknown
Von Willebrand Disease: Unknown
Bleeding Tendency: Unknown
Third degree hemorrhoids: On 4/27/2018

## Past Surgical History:

Breast Biopsy: Unknown Stereotatic bx's, removed calcifications. Left breast, 2007 2008 2009.
C-Section: Unknown x3.
Hysterectomy: in 1993.
Nephrectomy: in 1984 Left, Donation to son.
Colonoscopy: in 2013 Viewed 5 hemorrhoids.
Internal thrombosed Hemorrhoids: On 2/19/2018 x 21. Dr. Jason Dunn at Surgical Assocs. of Cleveland.

## Social History:

Patient used to smoke 1 pack per day and quit on: 4/25/2007.
Patient is non drinker.

## Family History:

Father is Alive.
Parkinson's is Positive in Father.
Colon Cancer is Negative in Father.
Mother is Deceased.
Breast Cancer is Positive in Mother.
Lung Cancer is Positive in Mother.
Colon Cancer is Negative in Mother.
Siblings is Alive.
Colon Cancer is Negative in Siblings.
Asthma is Positive in Siblings.
Grandparents is Deceased.
Colon Cancer is Positive in Grandparents Maternal Grandfather.

## Allergies:

NKDA

## Medication:

PriLOSEC 20 MG Capsule Delayed Release (Sig :1 capsule BID
Spiriva HandiHaler 18 MCG Capsule (Sig :2 puffs QD Capsule)
Fiber 600 MG Tablet (Sig :1 tablet QD Tablet)
Tramadol HCL 50 MG Tablet (Sig :1 tablet PRN Tablet)
Linzess 72 MCG Capsule (Sig :1 capsule QD Capsule)
Medications reviewed, reconciled and updated.

## Prescription:

Cyclobenzaprine HCl 10 MG Tablet (Sig :1 tablet Q6H PRN 30 Tablet) [take 1 tablet by mouth every 6 hours as needed for spasms. may reduce to 1 tablet by mouth every night before bed if needed.] Refill 0

## Physical Examination:

Patient: **Smith, Leisha**
DOB:
Account #: **392046**
Visit Date: **04/27/2018 10:00 AM**

CONSTITUTIONAL: Well-appearing, no acute distress.
HEAD/FACE/NECK: Normocephalic, atraumatic. Neck supple. No thyromegaly.
EYES: No scleral icterus.
RESPIRATORY: Clear to auscultation bilaterally. Normal respiratory effort.
CARDIOVASCULAR: Regular rate and rhythm.
GASTROINTESTINAL: Abdomen soft, nontender. No organomegaly noted.
LYMPHATIC: No cervical lymphadenopathy.
PSYCHIATRIC: Oriented X 3. Normal mood and affect.
ANORECTAL EXAM: In three on anal examination the external hemorrhoids appear to be normal. Digital examination reveals no masses..

**Vitals:**

Wt: 149 (lbs). H: 5 (ft) 4 (in).
The patient pulse is 60 bpm.
Sitting Left-Arm: 126/86.

**Procedure Performed:**

Nifedipine 0.2% charge $21.00 (3002), Level III - 25 E/M service on day of Procedure (99243-25) and Anoscopy Diagnostic (46600)
Rigid proctoscopy and Hirschman anoscopy were performed. There was some enlargement of the posterior internal hemorrhoid which would be a a amenable to banding.

**Diagnosis:**

Third degree hemorrhoids (K64.2)

**Counselling:**

hemorrhoids.
Increase Fiber in Diet start Fiber Supplement.
Anal Fissure.
Fiber.
Proctalgia Fugax.
Miralax.
RIGID PROCTOSCOPY.

**Follow Up:**

Recommended follow up: in 8 weeks.
Next appointment(s): 6/29/2018 9:50 AM.

**Plan:**

I think that the patient has some element of spasm though they were not tender today and also an internal hemorrhoid with small fissure posteriorly. I recommended she continue with high-fiber diet and moderate the amount of MiraLAX for a soft formed stool and in addition we will use nifedipine ointment and Flexeril. I would like to have her follow up in approximately eight weeks.

Electronically signed by **Stanley, J. MD** on **04/27/2018 14:01.**
Electronically signed by Smith, Kimberly on 4/27/2018 11:08:26 AM.

Patient: **Smith, Leisha**
DOB:
Account #: **392046**
Visit Date: **04/27/2018 10:00 AM**

979 E 3rd Street , Suite 300 , Chattanooga , TN , 37403-2136
Phone: (423) 267-0466
Fax: 4237788168

## Initial Payment Set up Worksheet

**Claimant's Name** Leisha Smith **DOB**

**Customer** Volkwagen Group of America

**LTD Claim #** 8248892

**Associated Claims** 3955162 Type STD Type

**Benefit End date of associated claims** 8/16/2018

**Contractual EP** > the end of the STD or 180 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 8/17/2018 **DOD** 2/16/2018 **AGE** 55

**Max Benefit date** 3/21/2027 To age 65 (but not less than 5 years)

**BME Amount** $3,882.67

**Sources used to verify BME amount**

Eligibility: $46,592.00 / 12 = $3882.67

**Benefit percentage** 60.00 % **Gross modal benefit** $2,329.60

**Benefit Begin date** 8/17/2018

**Approved thru date** 8/16/2019 12 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| NA | |
| | |
| | |

**Resident / Work State:** **TN**

**Deductions entered 8/17/18-2/16/20**

| Type | Amount | Type | Amount |
|---|---|---|---|
| PTVS | $10.21 | ADDP | $1.06 |
| LFPR | $20.22 | | |
| PTDN | $19.00 | Total | $242.50 |
| PTMD | $192.01 | | |

Eligibility- addt'l info by claim, misc (Biwkly)

**Tax Withholding** **Federal** **State**

**Completed by** **Sokhary Lazzaro** **Approved by**

ReleasePoint

**Medical Record Overview**

**Date:** **July 30, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** Benchmark Physical Therapy
3575 Keith Street NW #205
Cleveland, tn 37312
(423) 559-0444

**Request Scope:** From February 1, 2018 to Present

**Chart Range:** 07/02/2018 - 07/17/2018

**RP ID:** 4350443

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 2 2018 | Jul 17 2018 | 11 | 2 |
| Request Corr. | | | 1 | 13 |

**Total Page Count:** 12

**Notes From QC:**

BenchMark
REHAB PARTNERS

# Daily Note

**Date of Visit:** 07-17-18

**Therapist:** Rachel Moore, PT DPT

**Patient Name:** Smith, Leisha

**Referring MD:** Lydia Speer, DO

**Patient #:** 0715837

**Date of Birth:**

**Age:** 56

**Date of Onset:** 02-15-2018

**Diagnosis:**

| | |
|---|---|
| M62.89 | Other specified disorders of muscle |
| M25.551 | Pain in right hip |
| M25.552 | Pain in left hip |
| N39.3 | Stress incontinence (female) (male) |
| M62.81 | Muscle weakness (generalized) |
| N81.84 | Pelvic muscle wasting |

## SUBJECTIVE:

The patient reports today's pain a 2 out of 10. 7/9/18 - Patient reports that after standing for a few hours she has pain in hips and suprapubicly as well as needle stick feeling at her rectum.

7/17/18 - Patient reports that she is fatigued after being sick last week. Patient reports being able to walk 10 minutes or so before she starts to feel the needle stick feeling in her rectum.

**Contraindications:**

- Medical Condition - Depression
- Medical Condition - Osteoarthritis
- Medical Condition - Rheumatoid Arthritis
- Hx of Hepatitis C
- Von Willebrands Type II ( clotting disease)

## ACTIVITY LOG:

| Exercises | Comment | CPT | Sets | Reps | Weight | Time | Done Today |
|---|---|---|---|---|---|---|---|
| HEP - written instruction provided | reviews | Therapeutic Activity (97530) - [TP009] | | | | 5 | Yes |

| Exercises | Comment | CPT | Sets | Reps | Weight | Time | Done Today |
|---|---|---|---|---|---|---|---|
| Education on anatomy & physiology of present condition/healing time | | Therapeutic Activity (97530) - [TP009] | | | | 5 | No |
| Lumbar / SI Stabilization - pelvic tilts | | Therapeutic Activity (97530) - [TP009] | 2 | 10 | | 4 | Yes |
| Lumbar / SI Stabilization - Transverse Abdominal Sets | standing physioball press | Therapeutic Activity (97530) - [TP009] | 3 | 10 | | 4 | Yes |
| Hip - Bridging | | Therapeutic Activity (97530) - [TP009] | 2 | 10 | | 4 | Yes |
| Hip - Clam shell | reverse | Ther-Ex (97110) - [TP001] | 2 | 10 | | 5 | Yes |
| Hip AROM - hip abduction/extension - standing | 4 inch step | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | Yes |
| Hip Isometric - adduction ball squeeze | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | Yes |
| Hip Isometric - glute sets | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 4 | No |
| Treadmill - Walk | Speed: 1.2 w/ Kegel as needed | Ther-Ex (97110) - [TP001] | | | | 10 | Yes |
| Hip Isometric - Hip Abduction with belt | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | Yes |
| PH - manual therapy external | R add | Manual Therapy (97140) - [TP007] | | | | 10 | No |
| PH - Kegel | supine, upright, leans | Therapeutic Activity (97530) - [TP009] | | | | 10 | Yes |

## ASSESSMENT:

The patient's progress towards goals is good and her tolerance to treatment is good. 7/9/18 - Patient able to complete exercises with mild fatigue. Patient is slow to complete all exercises and needs the breaks between sets before she can continue. She cues better for pelvic floor with gas holding technique and reports doing the exercises frequently at home. She is a good candidate for wedge lying exercises to reduce prolapse.

7/17/18 - Patient able to walk 6:30 minutes before she started to have rectal pain, but no prolapse pressure. She was fatigued by the end of therapy after adding in the treadmill walk at 1.2 mph for a total of 10 minutes.

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| Decrease pain to 5/10 or less with functional activities | Short Term | 7/23/18 | Initial | |
| LEFS score equal to or greater than 48/80 | Short Term | 7/23/18 | Initial | |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 8/18/18 | Initial | |
| Decrease pain to 3/10 or less with functional activities | Long Term | 8/18/18 | Initial | |
| Pt will be able to report standing and walking > 30 minutes w/o increase in pelvic pain | Long Term | 8/18/18 | Initial | |
| Pt will be able to report a decrease in end of day pressure indicating a decreased prolapse | Long Term | 8/18/18 | Initial | |
| "Patient will improve B global hip strength to at least 4+/5 to increase pelvic stability and reduce fatigue w/ work related tasks | Long Term | 8/18/18 | Initial | |
| LEFS score equal to or greater than 56/80 | Long Term | 8/18/18 | Initial | |

**PLAN:**

Leisha will continue with therapist management as outlined in the plan of care. This is visit # 3.

Best regards,

Rachel Moore PT DPT

This document was electronically signed on 07-17-18 at 04:06p by Rachel Moore PT.

BenchMark
REHAB PARTNERS

# Daily Note

**Date of Visit:** 07-09-18

**Therapist:** Rachel Moore, PT DPT

**Patient Name:** Smith, Leisha

**Referring MD:** Lydia Speer, DO

**Patient #:** 0715837

**Date of Birth:**

**Age:** 56

**Date of Onset:** 02-15-2018

**Diagnosis:**

| | |
|---|---|
| M62.89 | Other specified disorders of muscle |
| M25.551 | Pain in right hip |
| M25.552 | Pain in left hip |
| N39.3 | Stress incontinence (female) (male) |
| M62.81 | Muscle weakness (generalized) |
| N81.84 | Pelvic muscle wasting |

## SUBJECTIVE:

The patient reports today's pain a 4 out of 10. 7/9/18 - Patient reports that after standing for a few hours she has pain in hips and suprapubicly as well as needle stick feeling at her rectum.

**Contraindications:**

- Medical Condition - Depression
- Medical Condition - Osteoarthritis
- Medical Condition - Rheumatoid Arthritis
- Hx of Hepatitis C
- Von Willebrands Type II ( clotting disease)

## ACTIVITY LOG:

| Exercises | Comment | CPT | Sets | Reps | Weight | Time | Done Today |
|---|---|---|---|---|---|---|---|
| HEP - written instruction provided | reviews | Therapeutic Activity (97530) - [TP009] | | | | 5 | Yes |
| Education on anatomy & physiology of present condition/healing time | | Therapeutic Activity (97530) - [TP009] | | | | 5 | No |

| Exercises | Comment | CPT | Sets | Reps | Weight | Time | Done Today |
|---|---|---|---|---|---|---|---|
| Lumbar / SI Stabilization - pelvic tilts | | Therapeutic Activity (97530) - [TP009] | 2 | 10 | | 4 | Yes |
| Lumbar / SI Stabilization - Transverse Abdominal Sets | standing physioball press | Therapeutic Activity (97530) - [TP009] | 3 | 10 | | 4 | Yes |
| Hip - Bridging | | Therapeutic Activity (97530) - [TP009] | 2 | 10 | | 4 | Yes |
| Hip - Clam shell | reverse | Ther-Ex (97110) - [TP001] | 2 | 10 | | 5 | Yes |
| Hip AROM - hip abduction/extension - standing | 4 inch step | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | Yes |
| Hip Isometric - adduction ball squeeze | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | Yes |
| Hip Isometric - glute sets | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 4 | No |
| Hip Isometric - Hip Abduction with belt | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | Yes |
| PH - manual therapy external | R add | Manual Therapy (97140) - [TP007] | | | | 10 | No |
| PH - Kegel | supine, upright, leans | Therapeutic Activity (97530) - [TP009] | | | | 10 | Yes |

## ASSESSMENT:

The patient's progress towards goals is good and her tolerance to treatment is good. 7/9/18 - Patient able to complete exercises with mild fatigue. Patient is slow to complete all exercises and needs the breaks between sets before she can continue. She cues better for pelvic floor with gas holding technique and reports doing the exercises frequently at home. She is a good candidate for wedge lying exercises to reduce prolapse.

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| Decrease pain to 5/10 or less with functional activities | Short Term | 7/23/18 | Initial | |
| LEFS score equal to or greater than 48/80 | Short Term | 7/23/18 | Initial | |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 8/18/18 | Initial | |

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| Decrease pain to 3/10 or less with functional activities | Long Term | 8/18/18 | Initial | |
| Pt will be able to report standing and walking > 30 minutes w/o increase in pelvic pain | Long Term | 8/18/18 | Initial | |
| Pt will be able to report a decrease in end of day pressure indicating a decreased prolapse | Long Term | 8/18/18 | Initial | |
| "Patient will improve B global hip strength to at least 4+/5 to increase pelvic stability and reduce fatigue w/ work related tasks | Long Term | 8/18/18 | Initial | |
| LEFS score equal to or greater than 56/80 | Long Term | 8/18/18 | Initial | |

**PLAN:**

Leisha will continue with therapist management as outlined in the plan of care. This is visit # 2.

Best regards,

Rachel Moore PT DPT

This document was electronically signed on 07-09-18 at 04:12p by Rachel Moore PT.

BenchMark
REHAB PARTNERS

# Initial Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 07-02-18 | **Therapist:** | Rachel Moore, PT DPT |
| **Patient Name:** | Smith, Leisha | **Referring MD:** | Lydia Speer, DO |
| **Patient #:** | 0715837 | | |

**Date of Birth:**
**Age:** 56

**Date of Onset:** 02-15-2018

**Diagnosis:**

| | |
|---|---|
| M62.89 | Other specified disorders of muscle |
| M25.551 | Pain in right hip |
| M25.552 | Pain in left hip |
| N39.3 | Stress incontinence (female) (male) |
| M62.81 | Muscle weakness (generalized) |
| N81.84 | Pelvic muscle wasting |

## SUBJECTIVE:

Leisha Smith is a 56 year old female who presents today for musculoskeletal evaluation of B/L hips and pelvic dysfunction. The patient was referred by Lydia Speer, DO . Mechanism of onset was an increase in hip/low back/pelvic pain after surgery to remove 21 blood clots from her intestines. She states that she works on the line at Volkswagon for 11 hour shifts where she stands on her feet. She walks 1 mile to and from work for a total of 2 miles and if she can't take the elevator at work she has over 150 steps to get in and out of the facility. She states that after laying in bed for several weeks to recover from her hemorrhoid surgery she was walking funny and returned to the doctor who gave her steroid injections in her hips bilaterally. She has arthritis in several joints and knows that her gait pattern is abnormal. She reports that she has several other issues along with stress incontinence and pelvic pain. Her chief complaints are her bilateral hip pain as well as pelvic pelvic pain. She describes a period of heaviness in her pelvic area as well as difficulty with ambulation. Her goals for therapy are to return to work which requires walking 2 miles a day, standing > 11 hours, and taking > 7 flights of stairs twice a day.

**Presenting Problems:**

The patient reports:
- Leakage Occurance, stress
- Protection used, None
- # of pads / day, None
- Severity of Leakage, minimal
- When leakage occurs, stress
- Freq. night urination, 2
- Sexually active, Yes
- Pain with intercourse, No

Patient states pain is located

P1:Bilateral hip pain
Type:pressure, ache

Best:4/10
Worst:8-9/10

Agg: stairs, walking, squatting, sitting, sleeping
Ease: None

P2:full bowl pain in pelvic girdle
Type:pushing at pubic symphysis, pressure

Best:2-3/10
Worst:8-9/10

Agg:standing upright for > 1 hour
Ease: SITS bath, rest w/ elevation The patient reports today's pain a 5 out of 10.

| Functional Status | Prior | Current |
|---|---|---|
| Activities of daily living | No limitations | Minimal difficulty |
| Transitional Activities | No limitations | Minimal difficulty |
| Walking | No limitations | Moderate pain & difficulty |
| Work activities | No limitations | Unable to perform |

**Contraindications:**
- Medical Condition - Depression
- Medical Condition - Osteoarthritis
- Medical Condition - Rheumatoid Arthritis
- Hx of Hepatitis C
- Von Willebrands Type II ( clotting disease)

**OBJECTIVE:**

**PELVIC FLOOR EVALUATION**

Lumbar/hip active range of motion is unremarkable.
Lower extremity active range of motion is unremarkable.

| Lower Extremity | Initial | Goal | Comments |
|---|---|---|---|
| MMT | 07-02-18 | | |
| Right Hip Abduction | 3+/5 | 4+/5 | Hip R rotation grossly 3+/5 |
| Left Hip Abduction | 4/5 | 4+/5 | Hip L roation grossly 4/5 |
| Right Hip Extension | 4/5 | 4+/5 | |
| Left Hip Extension | 3+/5 | 4+/5 | |
| Right Hip Flexion | 4+/5 | 4+/5 | |
| Left Hip Flexion | 4/5 | 4+/5 | |

**GAIT:**

| Lower Extremity Gait | Right | Left |
|---|---|---|
| Hip: Trendelenburg | Moderate | Minimal |

| Special Tests | Initial | Goal | Comment |
|---|---|---|---|
| Gillet | Negative | Negative | |
| Trendelenburg | Positive | Negative | Bilaterally |
| Straight Leg Raise | Positive | Negative | bilateral |

| Pelvic Floor | Rating | Goal | Comment |
|---|---|---|---|
| Day Time Frequency | 13 per day | per day | |
| Night Time Frequency | 2 per day | per day | |
| Water Intake (ounces) | 64 | | |
| Bowel Movements | 2 per day | | with perscription medication |
| Pelvic Floor Muscle Endurance | 4 | 6 | Patient fatigues quickly |

| Palpation | Rating | Goal | Comment |
|---|---|---|---|
| Pubis | L sits higher | together | |
| Thighs | R Add at insertion | | increased tension causing knee pain |

Pressure and signs of prolapse by EOD

**ACTIVITY LOG:**

| Exercises | Comment | CPT | Sets | Reps | Weight | Time | Done Today |
|---|---|---|---|---|---|---|---|
| HEP - written instruction provided | Pt ed: safety, exercise frequency and duration, symptom control, mechanics, and precautions. | Therapeutic Activity (97530) - [TP009] | | | | 15 | Yes |
| Education on anatomy & physiology of present condition/healing time | | Therapeutic Activity (97530) - [TP009] | | | | 5 | Yes |
| Lumbar / SI Stabilization - pelvic tilts | | Therapeutic Activity (97530) - [TP009] | 3 | 10 | | 4 | No |
| Lumbar / SI Stabilization - Transverse Abdominal Sets | | Therapeutic Activity (97530) - [TP009] | 3 | 10 | | 4 | No |
| Hip - Bridging | | Therapeutic Activity (97530) - [TP009] | 3 | 10 | | 4 | No |
| Hip - Clam shell | | Ther-Ex (97110) - [TP001] | 3 | 10 | | 4 | No |

| Exercises | Comment | CPT | Sets | Reps | Weight | Time | Done Today |
|---|---|---|---|---|---|---|---|
| Hip AROM - hip abduction/extension - standing | | Ther-Ex (97110) - [TP001] | 3 | 10 | | 5 | No |
| Hip Isometric - adduction ball squeeze | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 4 | No |
| Hip Isometric - glute sets | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 4 | No |
| Hip Isometric - Hip Abduction with belt | hold 5 seconds | Ther-Ex (97110) - [TP001] | 3 | 10 | | 4 | No |
| PH - manual therapy external | R add | Manual Therapy (97140) - [TP007] | | | | 10 | No |
| PH - Kegel | supine, upright, leans | Therapeutic Activity (97530) - [TP009] | | | | 10 | Yes |

## ASSESSMENT:

Patient presents with signs and symptoms that are consistent with: B/L hip weakness w/ pelvic floor dysfunction and stress incontinence

Comorbidities and barrier to progress include: Osteoarthritis, Rheumatoid arthritis, depression, Von Willebrand's Type II,

The current impairments identified limiting work mobility include: decreased strength, mobility, core stability, pelvic instability, and increased pain

The functional deficits limiting work mobility are as follows: difficulty walking >30, difficulty negotiating multiple flights of stairs, difficulty sitting > 20 minutes, difficulty w/ work related tasks

Skilled intervention is required to address the listed impairments and functional limitations in order for the patient to return to full work status. The patient's rehab potential is good.

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| Decrease pain to 5/10 or less with functional activities | Short Term | 7/23/18 | Initial | |
| LEFS score equal to or greater than 48/80 | Short Term | 7/23/18 | Initial | |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 8/18/18 | Initial | |
| Decrease pain to 3/10 or less with functional activities | Long Term | 8/18/18 | Initial | |
| Pt will be able to report standing and walking > 30 minutes w/o increase in pelvic pain | Long Term | 8/18/18 | Initial | |
| Pt will be able to report a decrease in end of day pressure indicating a decreased prolapse | Long Term | 8/18/18 | Initial | |

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| "Patient will improve B global hip strength to at least 4+/5 to increase pelvic stability and reduce fatigue w/ work related tasks | Long Term | 8/18/18 | Initial | |
| LEFS score equal to or greater than 56/80 | Long Term | 8/18/18 | Initial | |

**PLAN:**

The patient's treatment will include manual therapy, neuromuscular re-education, patient education, therapeutic activities and therapeutic exercises. Therapy will focus on decreasing pain and instability while increasing strength, core stability, and mobility.

Discharge planning will include a review of the patient's functional measures, meeting the patient's goals, and being independent with their HEP.

A PTA may provide skilled intervention to this patient under the direct supervision of a PT for specific services or scheduling
The patient will be seen 2 times per week for 6 weeks, for a total of 12 visits.

Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Rachel Moore PT DPT

This document was electronically signed on 07-02-18 at 05:16p by Rachel Moore PT.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

RELEASEPOINT/WFI, INC
JUL 27 2018
POSTMARK

Jul 23, 2018

BENCHMARK BUSINESS OFFICE
6397 LEE HWY STE 300
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37421

#0715837

Re: **Long Term Disability Benefits**
Claim# 8240892 4350443
Claimant SMITH, LEISHA
Claimant DOB

Dear 8665777342.

Liberty Mutual is the Disability Claim Administrator for your patient, listed above

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information

**From February 1, 2018 to Present**

- Seen By: Benchmark Physical Therapy

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required - admission, history physical, OP reports, discharge summaries, etc

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature

If you have any questions regarding this matter, please contact me

Sincerely

Christian Jay Santos
Disability Information Specialist
Phone No (213) 266-5038
Fax No (213) 884-4921

# Quality Assurance Report

## Request Information

Report Date: July 30, 2018

**RP ID:** 4350443

Patient Name: SMITH, LEISHA

Provider Name: BENCHMARK BUSINESS OFFICE

## Quality Assurance Information

Scope Requested: **From February 1, 2018 to Present**

Special Request:
- Seen By: Benchmark Physical Therapy

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MSEDE

# FAX

Chattanooga Bone & Joint Surgeons
A member of UT Erlanger Orthopaedics
1809 Gunbarrel Road, Suite 101
Chattanooga, TN 37421-3130
Phone: (423) 893-9020
Fax: (423) 893-9040

David Bruce, MD
Peter J. Lund, MD
David M. Lowry, DO
Jeremy Bruce, MD
Megan Sticher, DNP, ONP-C
Mark Cloutier, NP-C
Shawn Craig, PT

| | |
|---|---|
| To: Blair Downs | From: |
| Fax: 603·430·1751 | Pages: |
| Phone: | Date: |
| Re: Leisha Smith | CC: |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

CONFIDENTIALITY NOTICE:
This fax is intended solely for the use of the recipient named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the recipient's agent, you are hereby notified that any use, dissemination, distribution, or

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 4/25/2018
EMG Orthopedics at Medical Mall 430

Provider: Matthew Higgins, MD (Orthopedic Surgery)
Primary diagnosis: Unilateral primary osteoarthritis, left hip
Reason for Visit: Right Hip - Pain, Left Hip - Pain; Referred by Owen Speer

## Progress Notes

Matthew Higgins, MD (Physician) • Orthopedic Surgery

Expand All Collapse All

**Patient Name: Leisha Dianne Smith**
**Date of Birth:**

**Subjective**

**Visit Type:**New Patient

Patient is a 56 y.o. female who presents here today for No chief complaint on file.

Patient comes in walking without assistance. Patient denies any injury. Patient states that she has had pain for 3 years. Patient states that she has constant, dull, achy, throbbing and pins/needles - rating 5/7 out of 10 today. Patient states that she takes Tramadol for pain ,with some relief. Patient states that standing increases her pain and sitting helps relieve some of her pain. Patient states that she had 21 blood clots removed this year due to a Hemorid. Patient states that she has noticed her pain affecting her walking. Patient denies injections, bracing, physical therapy or surgery. Patient states that she saw Dr. Brit a few years ago and he gave her a low dose of arthritis medication but did not want to give her anything higher due to risk of a GI bleed. Patient would like to discuss her options today.

**Previous Treatments:**
Tramadol: somewhat effective
**Previous Tests / Imaging:**
X-ray
**Surgeries**:
none

Review of Systems
Constitutional: Negative for appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative for dental problem.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.

Genitourinary: Negative for difficulty urinating, dysuria and hematuria.
Musculoskeletal: Positive for arthralgias and gait problem. Negative for joint swelling.
Skin: Negative for rash and wound.
Allergic/Immunologic: Negative for environmental allergies and food allergies.
Neurological: Negative for dizziness, seizures, weakness, light-headedness and numbness.

Body mass index is 25.58 kg/m².
Ht 1.626 m (5' 4") | Wt 67.6 kg (149 lb) | BMI 25.58 kg/m²

Current Outpatient Prescriptions:
- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- DME PRESCRIPTION, Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments, Disp: 1 Device, Rfl: 0
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**HISTORY:**

Past Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|

| | |
|---|---|
| • BREAST BIOPSY<br>*left* | |
| • CESAREAN SECTION<br>*x 3* | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | |
| • KIDNEY SURGERY<br>*left removed* | |

Social History:

**Social History**

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 25.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

**Social History**

Occupational History
- VW

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 25.00 |
| Types: | Cigarettes |
| Start date: | 1982 |
| Quit date: | 2007 |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | Defer |

**General Exam:**

Physical Exam .

**Physical Exam:**

**Right Knee Exam**

**Tenderness**
The patient is experiencing no tenderness.

**Range of Motion**
Extension: -5
Flexion: 140

**Tests**
Drawer: Anterior - negative Posterior - negative

**Other**
Pulse: present (2+)

Comments: Traumatic wounds transversly across her tibial tubercle, 1+ v/v at 0 & 30,

### Left Knee Exam

**Tenderness**
The patient is experiencing no tenderness.

**Range of Motion**
Extension: -5
Flexion: 140

**Tests**
Drawer: Anterior - negative Posterior - negative

**Other**
Pulse: present (2+)

Comments: 1+ v/v at 0 & 30, no incisions,

### Right Hip Exam

**Tenderness**
The patient is experiencing tenderness in the greater trochanter.

Comments: Positive log roll, stinchfield, and impingement, full ROM of the hip,

### Left Hip Exam

**Tenderness**
The patient is experiencing no tenderness.

Comments: Negative log roll and stinchfield, positive impingement

**Imaging:** X-rays: AP pelvis and 2 views of bilateral hip shows relatively normal anatomy. There is very mild superior medial joint space narrowing bilaterally. No evidence of FAI or dysplasia. Details of x-rays shown and explained to the patient.

**Impression:**

56 year old female with mild osteoarthritis of bilateral hips. Her right hip is more symptomatic than the left and she has some positive signs on examination suggestive of intra-articular hip pathology. However, radiographically, she has no evidence of FAI or dysplasia and only minimal signs of arthrosis. I would like to order an intra-articular injection for diagnostic purposes in this right hip. If this alleviates her symptoms then we may proceed with further advanced imaging. In the meantime we will get her into physical therapy as well as begin anti-inflammatories.

Discussed conservative treatment with patient
1.NSAID's
2.Physical Therapy
3.Intra-articular injections
4.Activity Modifications

Will send for injection and formal physical therapy.

**Assessment and Plan:**

**Assessment/Plan**

Matthew D. Higgins, MD

Portions of the record may have been created with voice recognition software. Occasional wrong-word or 'sound-a-like' substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where substitutions have occurred.

## Instructions

Return in about 3 months (around 7/25/2018).

Follow up with Dr Higgins in 3 months
Contact Haley with any questions 423-778-4919

After Visit Summary (Printed 4/25/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 1.626 m (5' 4") Wt 67.6 kg (149 lb) BMI 25.58 kg/m² BSA 1.75 m² |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Orders Placed

X-ray hips 5+ views bilateral with AP pelvis

## Other Orders Performed

Ambulatory referral to Orthopedic Surgery Closed

## Medication Changes

As of 4/25/2018 9:39 AM

None

## Visit Diagnoses

Unilateral primary osteoarthritis, left hip M16.12
Arthralgia, unspecified joint M25.50
Right knee pain, unspecified chronicity M25.561
Pain of right hip joint M25.551
Unilateral primary osteoarthritis, right hip M16.11

# Erlanger Health System -- Confidential Information

To/Recipient: Liberty Mutual Attn: Blair Downs

Fax Number: 603-430-1751

Organization:

Date/Time: 7-30-18

From/Sender: Misty

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: Records Requested.

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page):

************************************************************************************

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Speer, DO
Justin A. Ossman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

P. 1

* * * Communication Result Report ( Jun. 27. 2018 3:06PM ) * * *

1) EAST PRIMARY CARE
2)

Date/Time: Jun. 27. 2018 3:00PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 9417 | Memory TX | 1916033349587---79421 | P. 14 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

Erlanger Health System – Confidential Information

To/Recipient: Liberty mutual

Fax Number: 603-334-9587

Organization:

Date/Time: 6/27/18

From/Sender: Misty

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: Records Requested

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page): ______

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named in the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5837 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Spear, DO
Nicole A. Odeman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

# Erlanger Health System -- Confidential Information

To/Recipient: Liberty mutual

Fax Number: 603-334-9587

Organization:

Date/Time: 6/27/18

From/Sender: Misty

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: Records Requested.

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page):

*************************************************************************************************

## Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Speer, DO
Justin A. Ossman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

| | |
|---|---|
| Date: | June 22, 2018 |
| To: | DR. LYDIA SPEER |
| Attn: | medical records |
| Fax: | (423) 778-8910 |
| From: | Candance Sutton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-9587 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

June 22, 2018

Dr. Lydia Speer

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Lydia Speer:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2018 through present

We ask that you provide this information by June 29, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9587 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Candance Sutton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13969
Secure Fax No.: (603) 334-9587

# Smith, Leisha Dianne

MRN: 01114276
Description: 55 year old female

**Office Visit** 3/6/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Von Willebrand disease (CMS/HCC)
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 55 y.o. female.

Having to work back on the line
2/15 noted that her hemorrhoids had flared up
Started prep H suppository/lidocaine
Had thrombosed hemorrhoid, with hx of von willebrands dz
Ended up having to go to ER they were so bad
Took factor, had procedure-20 clots were removed
Saw Dr. Dunn-surgeon for this
Had allergic reaction to epinephrine from procedure and-had to go to ER
Needs extension of FMLA paperwork-liberty mutual
3/23/18-will see Dr. Stanley colorectal surgeon to determine if hemorrhoids can be removed
Struggling with constipation-taking 12 stool softners per day!
Painful to poop-still having some blood in stools
miralax causes stomach to be very painful
Can't stand for very long without aggravation of hemorrhoids

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- lidocaine HCl 3 % cream, APP A SMALL AMOUNT TID TO ANUS PRN P, Disp: , Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ), Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- PROCTOFOAM HC rectal foam, APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT, Disp: , Rfl: 1
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traZODone (DESYREL) 50 mg tablet, 1-2 tabs po at night (Patient taking differently: 25 mg daily. 1-2 tabs po at night ), Disp: 60 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Review of patient's allergies indicates no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for blood in stool, constipation, nausea and rectal pain.
Genitourinary: Negative for urgency, vaginal bleeding and vaginal discharge.
Musculoskeletal: Positive for arthralgias and myalgias.
Skin: Negative for rash.

Hematological: Bruises/bleeds easily.

**Vitals:**

| | |
|---|---|
| | 03/06/18 1414 |
| BP: | 118/68 |
| Pulse: | 84 |
| Resp: | 18 |
| SpO2: | 98% |
| Weight: | 150 lb 1.6 oz (68.1 kg) |

Body mass index is 26.01 kg/m².

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Genitourinary:
Genitourinary Comments: **+hemorrhoids**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:

**Abstract on 11/02/2017**

| Component | Date | Value |
|---|---|---|
| • HM Mammogram | 05/12/2017 | Normal |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Acute hemorrhoid** | ICD-10-CM: K64.9<br>ICD-9-CM: 455.6 |
| 2. **Constipation** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Von Willebrand disease (CMS/HCC)** - Primary | ICD-10-CM: D68.0<br>ICD-9-CM: 286.4 |

Codes

cont current meds and keep f/u with heme onc

## Instructions

April 20th extend short term disability
linzess 72mcg daily

After Visit Summary (Printed 3/6/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/68 Pulse 84 Resp 18 Wt 150 lb 1.6 oz (68.1 kg) SpO2 98% BMI 26.01 kg/m² BSA 1.75 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Media

- COA Hospital English - Scan on 3/6/2018 2:06 PM : coa

## Orders Placed

None

## Medication Changes

As of 3/6/2018 4:08 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 1 | 3/6/2018 | 6/19/2018 |

## Visit Diagnoses

Von Willebrand disease (CMS/HCC) D68.0 - cont current meds and keep f/u with heme onc
Acute hemorrhoid K64.9 - keep f/u with colorectal surgeon 3/23
extend short term disability form until 4/20 to give time for recovery, possible hemorrhoid corrective surgery
Constipation, unspecified constipation type K59.00 - trial of linzess 72mcg daily

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 3/30/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Pain of both hip joints
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

### Subjective

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Appointment is April 27, 2018 at 10:00am with Dr. Stanley-had to be rescheduled
Dr. Dunn f/u is April 5, 2018
Going to need an extension for FMLA until then
Cont to have hip pain and knees bilaterally
Feels stiff, swollen, throbbing pain
Takes tylenol and tramadol for pain as needed
Has RA-saw Dr. Britt in the past-said he couldn't give her any other kind of medication due to her von willebrands-she tried plaquenil but it didn't help
Hasn't had RA labs in several years
Tramadol as needed
Need nebulizer machine
Extension of leave until May 28th

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3

- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- HUMATE-P 500-1,200 unit injection, , Disp: , Rfl:
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- lidocaine HCl 3 % cream, APP A SMALL AMOUNT TID TO ANUS PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ), Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- PROCTOFOAM HC rectal foam, APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT, Disp: , Rfl: 1
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traZODone (DESYREL) 50 mg tablet, 1-2 tabs po at night (Patient taking differently: 25 mg daily. 1-2 tabs po at night ), Disp: 60 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
Respiratory: Positive for shortness of breath. Negative for cough.
Gastrointestinal: Positive for rectal pain. Negative for constipation, diarrhea and nausea.
Endocrine: Negative for cold intolerance, heat intolerance, polydipsia, polyphagia and polyuria.
Musculoskeletal: Positive for arthralgias, back pain, joint swelling and myalgias.
All other systems reviewed and are negative.

**Vitals:**

| | |
|---|---|
| | 03/30/18 1038 |
| BP: | **(!) 142/80** |
| Pulse: | 82 |
| Resp: | 16 |
| SpO2: | 98% |
| Weight: | 148 lb 4.8 oz (67.3 kg) |
| Height: | 5' 4" (1.626 m) |

Body mass index is 25.46 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Right elbow: Tenderness found.
Left elbow: Tenderness found.
Right hip: She exhibits decreased range of motion and tenderness.
Left hip: She exhibits decreased range of motion and tenderness.
Right knee: Tenderness found.
Left knee: Tenderness found.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:
**Abstract on 11/02/2017**

| Component | Date | Value |
|---|---|---|
| • HM Mammogram | 05/12/2017 | Normal |

**Problems Addressed This Visit**

| | Codes |
|---|---|

| | Codes |
|---|---|
| 1. **Pain in joint - Primary** | ICD-10-CM: M25.50 ICD-9-CM: 719.40 |

Relevant Medications
DME PRESCRIPTION

Other Relevant Orders
X-ray hip 2 or 3 views left
X-ray hip 2 or 3 views right
ANA w/Reflex if Positive
C-reactive protein
Rheumatoid factor
Sedimentation rate, automated
Cyclic citrul peptide antibody, IgG/IgA
T4 and TSH

2. **Goiter** — ICD-10-CM: E04.9 ICD-9-CM: 240.9

Relevant Medications
DME PRESCRIPTION

Other Relevant Orders
ANA w/Reflex if Positive
C-reactive protein
Rheumatoid factor
Sedimentation rate, automated
Cyclic citrul peptide antibody, IgG/IgA
T4 and TSH

Relevant Results

| | 5/27/16 | 8/11/15 | 9/5/14 |
|---|---|---|---|
| Thyroid | | | |
| **TSH** | 1.787 | 1.904 | 1.647 |

3. **Chronic pain syndrome** — ICD-10-CM: G89.4 ICD-9-CM: 338.4

Relevant Medications
DME PRESCRIPTION

4. **Constipation** — ICD-10-CM: K59.00 ICD-9-CM: 564.00

Relevant Medications
DME PRESCRIPTION

5. **Type 2N von Willebrand disease (CMS/HCC)** — ICD-10-CM: D68.0 ICD-9-CM: 286.4

Relevant Medications
antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection
HUMATE-P 500-1,200 unit injection
DME PRESCRIPTION

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Rheumatoid arthritis involving left hip, unspecified rheumatoid factor presence (CMS/HCC)**<br>recheck labs | ICD-10-CM: M06.9<br>ICD-9-CM: 714.0<br>Relevant Medications<br>DME PRESCRIPTION<br>Other Relevant Orders<br>ANA w/Reflex if Positive<br>C-reactive protein<br>Rheumatoid factor<br>Sedimentation rate, automated<br>Cyclic citrul peptide antibody, IgG/IgA<br>T4 and TSH |
| **Moderate persistent asthma without complication**<br>order nebulizer machine | ICD-10-CM: J45.40<br>ICD-9-CM: 493.90 |

## Instructions

Tramadol as needed
Need nebulizer machine
Extension of leave until May 28th

After Visit Summary (Printed 3/30/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 142/80 (Abnormal) Pulse 82 Resp 16 Ht 5' 4" (1.626 m) Wt 148 lb 4.8 oz (67.3 kg)<br>SpO2 98% BMI 25.46 kg/m² BSA 1.74 m² More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Orders Placed

ANA w/Reflex if Positive (Resulted 3/30/2018)
C-reactive protein (Resulted 3/30/2018)
Cyclic citrul peptide antibody, IgG/IgA (Resulted 3/30/2018)
Rheumatoid factor (Resulted 3/30/2018)
Sedimentation rate, automated (Resulted 3/30/2018)
T4 and TSH (Resulted 3/30/2018)
X-ray hip 2 or 3 views left
X-ray hip 2 or 3 views right

## Medication Changes

As of 3/30/2018 11:39 AM

| | Refills | Start Date | End Date |
|---|---|---|---|

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: DME PRESCRIPTION** | 0 | 3/30/2018 | 6/19/2018 |
| Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments | | | |
| **Added: traMADol (ULTRAM) 50 mg tablet** | 3 | 3/30/2018 | 6/28/2018 |
| Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. - oral | | | |
| **Discontinued: traZODone (DESYREL) 50 mg tablet** | | | |

## Visit Diagnoses

Pain of both hip joints M25.551, M25.552 - xray, labs
may consider ortho referral
Rheumatoid arthritis involving left hip, unspecified rheumatoid factor presence (CMS/HCC) M06.9 - recheck labs
Constipation, unspecified constipation type K59.00 - cont linzess
Goiter E04.9 - recheck thyroid labs
Type 2N von Willebrand disease (CMS/HCC) D68.0 - keep f/u with heme
Chronic pain syndrome G89.4 - tramadol rx
Moderate persistent asthma without complication J45.40 - order nebulizer machine

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 5/9/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Acute hemorrhoid
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Dr. Fowler-ENT-thyroid u/s may 16th

3D mammogram qualified-dense breasts

Silent GERD-on omeprazole 60mg daily for silent reflux-started on by Dr. Koo and Dr. Fowler
Patient has hoarse voice and cough that could be due to this
Doesn't really have burning feeling in her chest

Had arthritis and bone spurs in hips-saw Dr. Higgins-supposed to have hip injection and PT

Right hand tremor for over a year-at rest and with intention-seems to be more prominent
Father has parkinsons, grandmother had parkinsons
Worried this could be the start of it
Sometimes will be walking and feels like feet are stuck but body keeps moving forward
Would like neurology referral for further evaluation

Saw Dr. Stanley-he said she had new hemorrhoid that needs potential banding and posterior fissure-recommended she try nifedipine ointment and flexeril-tried flexeril-didn't really help
nifedpine hasn't tried-wants to talk to Dr. Dunn first

Patient out on short term disability until may 28th
Cont to have rectal pain-esp when standing up
Cont to have pink blood in toilet
If she needs to have banding-will need at least 8 weeks after procedure for recovery due to her von willebrands and what happened after she had her trombectomy-21 clots in feb 2018

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:

- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- DME PRESCRIPTION, Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments, Disp: 1 Device, Rfl: 0
- HUMATE-P 250-600 unit injection, , Disp: , Rfl:
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, , Disp: , Rfl:
- omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for voice change.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for rectal pain. Negative for abdominal pain and constipation.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for tremors. Negative for numbness and headaches.
Psychiatric/Behavioral: The patient is nervous/anxious.

**Vitals:**

| | 05/09/18 1021 |
|---|---|
| BP: | 132/82 |
| Pulse: | 76 |
| Resp: | 18 |
| SpO2: | 98% |
| Weight: | 148 lb 14.4 oz (67.5 kg) |

Body mass index is 25.56 kg/m².

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Neurological: She is alert and oriented to person, place, and time.
**Right hand resting tremor**
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan**

**Office Visit on 03/30/2018**

| Component | Date | Value |
|---|---|---|
| • ANA Direct | 03/30/2018 | Negative |
| • C-Reactive Protein, Quant | 03/30/2018 | 0.63 |
| • RA Latex Turbid. | 03/30/2018 | <10.0 |
| • Sedimentation Rate-Weste* | 03/30/2018 | 7 |
| • CCP Antibodies IgG/IgA | 03/30/2018 | 6 |
| • TSH | 03/30/2018 | 1.856 |
| • Thyroxine (T4) | 03/30/2018 | 10.3 |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Acute hemorrhoid - Primary** | ICD-10-CM: K64.9 ICD-9-CM: 455.6 |
| 2. **Constipation** | ICD-10-CM: K59.00 ICD-9-CM: 564.00 |

Relevant Medications
DME PRESCRIPTION

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Mixed action and resting tremor**<br>refer to neurology for eval | ICD-10-CM: R25.9<br>ICD-9-CM: 781.0 |
| **Gastroesophageal reflux disease with esophagitis**<br>cont omeprazole. keep f/u with Dr. Swaiby | ICD-10-CM: K21.0<br>ICD-9-CM: 530.11<br>Relevant Medications<br>omeprazole-sodium bicarbonate 20-1,680 mg packet<br>omeprazole (PriLOSEC) 40 mg capsule |

## Instructions

Omeprazole 60mg total
Continue linzess

Extend short term disability

Refer to neurology

After Visit Summary (Printed 5/9/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/82 Pulse 76 Resp 18 Wt 148 lb 14.4 oz (67.5 kg) SpO2 98% BMI 25.56 kg/m$^2$ BSA 1.75 m$^2$ |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Leisha Dianne Smith and Lydia Speer, DO

## Orders Placed

None

## Medication Changes

As of 5/9/2018 11:13 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued:** meloxicam (MOBIC) 7.5 mg tablet | | | |

## Visit Diagnoses

Acute hemorrhoid K64.9 - keep f/u with Dr. Dunn this afternoon
extend short term disability for 6 weeks after may 28 to allow for recovery from procedure
Constipation, unspecified constipation type K59.00 - cont linzess
Mixed action and resting tremor R25.9 - refer to neurology for eval
Gastroesophageal reflux disease with esophagitis K21.0 - cont omeprazole. keep f/u with Dr. Swaiby

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 6/19/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Constipation, unspecified constipation type
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Here for followup

Still having a hard time going to the bathroom-constipated
On linzess 145mcg
Saw Dr. Swaiby this morning-going to have upper endoscopy and colonoscopy august 15th

Had hemorrhoid surgery-went well overall-but still having pain in pelvic/buttock area with prolonged standing
Better with sitting

Hips continue to hurt
Interested in starting PT now that hemorrhoid procedure over

GERD/hoarse voice/cough has improved since starting on omeprazole-but can't be on this long term due to bone health

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
• diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
• HUMATE-P 250-600 unit injection, , Disp: , Rfl:
• HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
• linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, , Disp: , Rfl:
• omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
• sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln, Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed, Disp: 2 Bottle, Rfl: 0
• traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Negative for fatigue.
Gastrointestinal: Positive for constipation and rectal pain. Negative for nausea.

Musculoskeletal: Positive for arthralgias, back pain and myalgias.
Skin: Negative for rash.
Neurological: Negative for numbness.

**Vitals:**

| | 06/19/18 1426 |
|---|---|
| BP: | 118/72 |
| Pulse: | (!) 98 |
| Resp: | 16 |
| SpO2: | 97% |
| Weight: | 144 lb 4.8 oz (65.5 kg) |

Body mass index is 24.77 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Right hip: She exhibits decreased range of motion and tenderness.
Left hip: She exhibits decreased range of motion and tenderness.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:
**Office Visit on 03/30/2018**

| Component | Date | Value |
|---|---|---|
| • ANA Direct | 03/30/2018 | Negative |
| • C-Reactive Protein, Quant | 03/30/2018 | 0.63 |
| • RA Latex Turbid. | 03/30/2018 | <10.0 |
| • Sedimentation Rate-Weste* | 03/30/2018 | 7 |
| • CCP Antibodies IgG/IgA | 03/30/2018 | 6 |
| • TSH | 03/30/2018 | 1.856 |
| • Thyroxine (T4) | 03/30/2018 | 10.3 |

**Problems Addressed This Visit**

| | Codes |
|---|---|

| | Codes |
|---|---|
| 1. **Pain in joint**<br><br>Relevant Orders<br>Ambulatory referral to Physical Therapy | ICD-10-CM: M25.50<br>ICD-9-CM: 719.40 |
| 2. **Constipation - Primary** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Pelvic floor dysfunction**<br><br>refer to PT | ICD-10-CM: M62.89<br>ICD-9-CM: 618.83<br><br>Relevant Orders<br>Ambulatory referral to Physical Therapy |

## Instructions

Refer to physical therapy
Extend short term disability Sept 17, 2018
Increase linzess to 290mcg

After Visit Summary (Printed 6/19/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/72 Pulse 98 (Abnormal) Resp 16 Wt 144 lb 4.8 oz (65.5 kg) SpO2 97%<br>BMI 24.77 kg/m² BSA 1.72 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Orders Placed

Ambulatory referral to Physical Therapy Pending Review

## Medication Changes

As of 6/19/2018 5:50 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Changed: linaclotide (LINZESS) 290 mcg capsule<br>Take 290 mcg by mouth daily. - oral<br>Previously: 72 mcg oral Daily | 11 | 6/19/2018 | |

## Visit Diagnoses

Constipation, unspecified constipation type K59.00 - increase linzess to 290mcg daily

Pain of both hip joints M25.551, M25.552 - refer to physical therapy
extend short term disability September 17th to allow for PT, endoscopy/colonoscopy/followup
Pelvic floor dysfunction M62.89 - refer to PT

# FAX

**To:** **Insurance Company**
Company:
Fax: 603-430-1751
Phone:

**From:** **Stephanie Bratton, RN**
Fax:
Phone: ERlanger Health
E-mail:

---

## NOTES:

RE: Leisha Smith, DOB

---

**Date and time of transmission:** Monday, July 30, 2018 1:05:22 PM
**Number of pages including this cover sheet:** 06

Progress Notes
Encounter Date: 2/20/2018



**Meghann McManus, DO** Pediatric Hematology and Oncology

***Center for Childhood Cancer and Blood Disorders***
*Children's Hospital*
*Chattanooga TN 37403*

***Follow Up Visit / New Visit***[MM.1]
**2/20/2018**

**Leisha Dianne Smith**[MM.2]
Date of Birth:[MM.1] M.2]
Medical Record Number:[MM.1] 01114276[MM.2]

REFERRING PHYSICIAN:[MM.1]
Lydia Speer, Do
1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421[MM.2]
Phone:[MM.1] 423-778-8909[MM.2] Fax:[MM.1] 423-778-8910[MM.2]

PRIMARY CARE PHYSICIAN:[MM.1] Lydia Speer, DO[MM.2]

RE:[MM.1] Leisha Dianne Smith[MM.2]
MRN:[MM.1] 01114276[MM.2]
D.O.B.:[MM.1] MM.2]

Dear Dr.[MM.1] Speer[MM.2]:

Subjective

I had the pleasure of evaluating[MM.1] Leisha Dianne Smith[MM.2] in Pediatric Hematology Oncology Clinic in consultation with you for the chief complaint of bleeding following hemorrhoid surgery.

HISTORY OF PRESENT ILLNESS:[MM.1]
Leisha[MM.2] is a 55 yr old female with von Willebrand disease, type 2N who is known to our hematology team. She was found to have severe hemorrhoids and yesterday went to a surgeon's office who removed 21 of them. Her husband gave her a dose of Humate-P ~1800 units before the procedure. She was in severe pain following the procedure, went to the ER and showed improvements. She has had some blood when she wiped but no significant bleeding. She has not had a bowel movement yet but is taking colace and keeps stool soft. She is eating soft foods, using tylenol with codeine for pain.

LABS/X-RAYS/:[MM.1]
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 5.7 | 05/27/2016 |
| HGB | 13.7 | 05/27/2016 |



**Meghann McManus, DO (continued)** Pediatric Hematology and Oncology

| | | |
|---|---|---|
| HCT | 40 | 04/28/2017 |
| HCT | 42.1 | 05/27/2016 |
| RDW | 12.8 | 05/27/2016[MM.2] |

PAST MEDICAL HISTORY:[MM.1]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC)[MM.2] | |

PAST SURGICAL HISTORY:[MM.1]

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed*[MM.2] | | |

IMMUNIZATIONS:[MM.1]

Immunization History

| Administered | Date(s) Administered |
|---|---|
| • Td, Unspecified | 01/01/2007[MM.2] |

ALLERGIES:[MM.1] No Known Allergies[MM.2].

MEDICATIONS:[MM.1]

| | | | |
|---|---|---|---|
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 3 |
| • traZODone (DESYREL) 50 mg tablet | 1-2 tabs po at night (Patient taking | 60 tablet | 3 |



**Meghann McManus, DO (continued)** Pediatric Hematology and Oncology

| | | | |
|---|---|---|---|
| | differently: 25 mg daily. 1-2 tabs po at night ) | | |
| • montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ) | 90 tablet | 3[MM.2] |

DIET: Normal

DEVELOPMENT: Normal

Review of Systems
Pertinent items are noted in HPI.
A comprehensive review of systems was negative.

SOCIAL/ENVIRONMENTAL HISTORY:[MM.1]
Pediatric History
Patient Guardian Status
• Not on file.

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative
*Lives with Husband*[MM.3]

FAMILY HISTORY:[MM.1]
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other[MM.2] | |

Objective

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. No scleral icterus.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no





tenderness.
Musculoskeletal: Normal range of motion. She exhibits no tenderness or deformity.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm. Capillary refill takes less than 2 seconds. No rash noted.

VITAL SIGNS:[MM.1] BP 123/68 (BP Location: Left arm, Patient Position: Sitting) | Pulse 70 | Temp 36.6 °C (97.9 °F) (Oral) | Resp 20 | Ht 1.618 m (5' 3.7") | Wt 69.6 kg (153 lb 7 oz) | BMI 26.59 kg/m²

Assessment/ Plan [MM.2]
IMPRESSION:[MM.1] Leisha[MM.4] is a 55 yr old female with von Willebrand disease, type 2N with recent hemorrhoid surgery and bleeding

PLAN:

1. Will give Humate-P 3000 units (~40 units vWFco/kg) today
2. Will arrange for[MM.1] Leisha[MM.5] to have Humate-P at home for prn bleeding, instructed her that it is ok to give every 2-3 days for the next week or so if bleeding, if no bleeding, would still give a dose this weekend to help keep hemostasis
3. Recommended regular follow up with our office, provided SHP application to[MM.1] Leisha[MM.6]
4. Recommended calling her surgeon to know what to expect about bleeding symptoms in this recovery period

Total face to face time with the patient was 60 minutes with > 50% of the time spent counseling regarding diagnosis, risk and benefits of various treatment plans and expected outcomes.

Thank you for allowing us to participate in the care of this interesting patient. If you have any further questions, please feel free to contact me.

Sincerely,
Meghann McManus

Pediatric Hematology Oncology
Tel: 423 778 7289
Fax: 423 778 6848
910 Blackford Street
Chattanooga, TN 37403
(423) 778-7289[MM.1]

Electronically Edited/Signed by Meghann McManus, DO on 2/20/2018 3:14 PM.
Attribution Key
MM.1 - Meghann McManus, DO on 2/20/2018 2:36 PM
MM.2 - Meghann McManus, DO on 2/20/2018 3:00 PM
MM.3 - Meghann McManus, DO on 2/20/2018 3:09 PM



**Meghann McManus, DO (continued)** Pediatric Hematology and Oncology

MM.4 - Meghann McManus, DO on 2/20/2018 3:10 PM
MM.5 - Meghann McManus, DO on 2/20/2018 3:11 PM
MM.6 - Meghann McManus, DO on 2/20/2018 3:13 PM

Office Visit on 2/20/2018

**Chart Review Routing History**

| Recipient | Method | Report | Sent By | Sent | Filed |
|---|---|---|---|---|---|
| Lydia Speer, DO<br>Phone: 423-778-8909 | In Basket | Media | Misty Helton, LPN<br>[908] | 5/15/2017<br>7:58 AM | 5/15/20<br>17 |
| EPHS East Imaging<br>Fax: 423-308-0512<br>Phone: 423-680-8970 | Fax | | Amber Denny, MA<br>[851] | 9/21/2017<br>9:59 AM | 9/20/20<br>17 |
| Amber Denny, MA | In Basket | Conversation | Misty Helton, LPN<br>[908] | 2/19/2018<br>12:44 PM | 2/19/20<br>18 |
| Insurance Company<br>Fax: 603-430-1751 | Fax | Notes Report | Stephanie Bratton, RN<br>[287] | 7/30/2018<br>1:04 PM | 2/20/20<br>18 |

# FAX

**To:** **Insurance Company**
Company:
Fax: 603-430-1751
Phone:

**From:** **Stephanie Bratton, RN**
Fax:
Phone: Erlanger Health
E-mail:

## NOTES:

RE: Leisha Smith, DOB:

**Date and time of transmission:** Monday, July 30, 2018 1:06:28 PM
**Number of pages including this cover sheet:** 07

**HUMATE-P 250-600 unit injection [34870649] ENDED** Order Details

| | | |
|---|---|---|
| Dose: **3,000 VWF:RCo Units** | Route: **intravenous** | Frequency: **Every 24 hours** |
| Dispense Quantity: 9,000 VWF:RCo Units | Refills: 0 | Fills remaining: -- |

Sig: Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses.

| | |
|---|---|
| Written Date: 07/26/18 | Expiration Date: 07/26/19 |
| Start Date: 07/26/18 | End Date: 07/29/18 after 3 doses |

| | | |
|---|---|---|
| Ordering Provider: Manoo Bhakta, MD | Phone: 423-778-7289 | Fax: 423-778-6848 |
| Address: 910 Blockford Street, CHATTANOOGA TN 37403 | NPI: 1538193669 | |

| | | |
|---|---|---|
| Authorizing Provider: Manoo Bhakta, MD | Phone: 423-778-7289 | Fax: 423-778-6848 |
| Address: 910 Blockford Street, CHATTANOOGA TN 37403 | NPI: 1538193669 | |

Ordering User: Manoo Bhakta, MD

Diagnosis Association: Von Willebrand disease (CMS/HCC) (D68.0)
Original Order: HUMATE-P 250-600 unit injection [33292270]

| | | |
|---|---|---|
| Pharmacy: CVS Caremark MAILSERVICE Pharmacy - Scottsdale, AZ - 9501 E Shea Blvd AT Portal to Registered Caremark Sites | Phone: 877-864-7744 | Fax: 800-378-0323 |
| Address: 9501 E Shea Blvd, Scottsdale AZ 85260 | | |
| Pharmacy Comments: -- | | |

Fill quantity remaining: -- Fill quantity used: --

**Orders with any of the following pharmaceutical classes: ANTIHEMOPHILIC FACTORS**

| Name | Dose | Frequency | Start Date | End Date | Medication Warnings | Interventions? | Order Mode |
|---|---|---|---|---|---|---|---|
| antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | | | 02/20/18 | | Duplicate Medication/Therapy | | Outpatient |
| HUMATE-P 250-600 unit injection | 3,000 VWF: RCo Units | Every 24 hours | 07/26/18 | 07/29/18 | Duplicate Medication/Therapy | | Outpatient |
| HUMATE-P 250-600 unit injection | | | 05/08/18 | 07/26/18 | | | Outpatient |

**Warnings History**

Total number of overridden warnings: **4**

Full Warnings History

**Order Audit Trail**

Number of times this order has been changed since signing: **1**

Order Audit Trail

**E-Prescribing Status**

Medication

**HUMATE-P 250-600 unit injection**

Sig: Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses.
Class: Normal
Route: intravenous
Date/Time Signed: 7/26/2018 15:49
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/26/2018 3:49 PM EDT)

**Event History**

Event History

**Order Transmittal Tracking**

HUMATE-P 250-600 unit injection (Order #34870649) on 7/26/18

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HUMATE-P 250-600 unit injection** | 9000 VWF:RCo Units | 0 | 7/26/2018 | 7/29/2018 |

Sig - Route: Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses. - intravenous
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/26/2018 3:49 PM EDT)

[illegible]

| Printed On | Printed By | Printed To | Report |
|---|---|---|---|
| 7/26/18 3:49 PM | [illegible], MD | RETAIL E-PRESCRIBING INTERFACE | GENERIC ORDER COMPLETION REPORT |

**HUMATE-P 250-600 unit injection [34870650] ENDED** Order Details

| | | |
|---|---|---|
| Dose: **3,000 VWF:RCo Units** | Route: **intravenous** | Frequency: **Every 24 hours** |
| Dispense Quantity: 9,000 VWF:RCo Units | Refills: 0 | Fills remaining: -- |

Sig: Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses.

| | |
|---|---|
| Written Date: 07/26/18 | Expiration Date: 07/26/19 |
| Start Date: 07/26/18 | End Date: 07/29/18 after 3 doses |

| | | |
|---|---|---|
| Ordering Provider: Manoo Bhakta, MD | Phone: 423-778-7289 | Fax: 423-778-6848 |
| Address: 910 Blockford Street, CHATTANOOGA TN 37403 | NPI: 1538193669 | |

| | | |
|---|---|---|
| Authorizing Provider: Manoo Bhakta, MD | Phone: 423-778-7289 | Fax: 423-778-6848 |
| Address: 910 Blockford Street, CHATTANOOGA TN 37403 | NPI: 1538193669 | |

Ordering User: Manoo Bhakta, MD

Original Order: HUMATE-P 250-600 unit injection [33292270]

| | | |
|---|---|---|
| Pharmacy: CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA | Phone: 423-472-2649 | Fax: 423-614-6709 |

Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Pharmacy Comments: --

Fill quantity remaining: -- Fill quantity used: --

**Orders with any of the following pharmaceutical classes: ANTIHEMOPHILIC FACTORS**

| Name | Dose | Frequency | Start Date | End Date | Medication Warnings | Interventions? | Order Mode |
|---|---|---|---|---|---|---|---|
| antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | | | 02/20/18 | | Duplicate Medication/Therapy | | Outpatient |
| HUMATE-P 250-600 unit injection | 3,000 VWF: RCo Units | Every 24 hours | 07/26/18 | 07/29/18 | Duplicate Medication/Therapy | | Outpatient |
| HUMATE-P 250-600 unit injection | | | 05/08/18 | 07/26/18 | | | Outpatient |

**Warnings History**

Total number of overridden warnings: **2**

Full Warnings History

**Order Audit Trail**

Number of times this order has been changed since signing: **1**

Order Audit Trail

**E-Prescribing Status**

Medication

**HUMATE-P 250-600 unit injection**

Sig: Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses.
Class: Normal
Route: intravenous
Date/Time Signed: 7/26/2018 15:50
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/26/2018 3:50 PM EDT)

**Event History**

Event History

**Order Transmittal Tracking**

HUMATE-P 250-600 unit injection (Order #34870650) on 7/26/18

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HUMATE-P 250-600 unit injection** | 9000 VWF:RCo Units | 0 | 7/26/2018 | 7/29/2018 |

Sig - Route: Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses. - intravenous
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/26/2018 3:50 PM EDT)

**Print Info**

| Printed On | Printed By | Printed To | Report |
|---|---|---|---|
| 7/26/18 3:50 PM | [illegible], MD | RETAIL E-PRESCRIBING INTERFACE | GENERIC ORDER COMPLETION REPORT |

**antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection [28523630]**

Order Details

Dose, Route, Frequency: **As Directed**

Dispense Quantity: 6 vial Refills: 3 Fills remaining: --

Sig: Give 3000 units (vWF) of Humate-P IV as needed for bleeding

Written Date: 02/20/18 Expiration Date: 02/20/19
Start Date: 02/20/18 End Date: --

Ordering Provider: Meghann McManus, DO Phone: 423-778-7289 Fax: 423-778-6848
Address: 910 BLACKFORD STREET, CHATTANOOGA TN 37403 NPI: 1366572505

Authorizing Provider: Meghann McManus, DO Phone: 423-778-7289 Fax: 423-778-6848
Address: 910 BLACKFORD STREET, CHATTANOOGA TN 37403 NPI: 1366572505

Ordering User: Meghann McManus, DO

Pharmacy: CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA Phone: 423-472-2649 Fax: 423-614-6709
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Pharmacy Comments: --

Fill quantity remaining: -- Fill quantity used: --

**Orders with any of the following pharmaceutical classes: ANTIHEMOPHILIC FACTORS**

| Name | Dose | Frequency | Start Date | End Date | Medication Warnings | Interventions? | Order Mode |
|---|---|---|---|---|---|---|---|
| HUMATE-P 250-600 unit injection | 3,000 VWF: RCo Units | Every 24 hours | 07/26/18 | 07/29/18 | Duplicate Medication/Therapy | | Outpatient |
| HUMATE-P 250-600 unit injection | 3,000 VWF: RCo Units | Every 24 hours | 07/26/18 | 07/29/18 | Duplicate Medication/Therapy | | Outpatient |
| HUMATE-P 250-600 unit injection | | | 05/08/18 | 07/26/18 | | | Outpatient |

**Warnings History**

Total number of overridden warnings: **14**

Full Warnings History

**Order Audit Trail**

Number of times this order has been changed since signing: **1**

**Order Audit Trail (continued)**

Order Audit Trail

**Order Reconciliation Actions**

Order Reconciliation Actions

**E-Prescribing Status**

Medication
**antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**
Sig: Give 3000 units (vWF) of Humate-P IV as needed for bleeding
Class: Print
Date/Time Signed: 2/20/2018 13:59

**Event History**

Event History

**Order Transmittal Tracking**

antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection (Order #28523630) on 2/20/18

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Sig: Give 3000 units (vWF) of Humate-P IV as needed for bleeding<br>Class: Print | 6 vial | 3 | 2/20/2018 | |

**Print Trail**

| Printed On | Printed By | Printed To | Report |
|---|---|---|---|
| 2/20/18 1:59 PM | Meghann McManus, DO | EMGPEDINFECTDIS_RX | AMB Smarttext Prescription Ladder Style |

# FAX

**To:** **Insurance Company**
Company:
Fax: 603-430-1751
Phone:

**From:** **Stephanie Bratton, RN**
Fax:
Phone: ERlanger Health
E-mail:

## NOTES:

RE: Leisha Smith, DOB:

**Date and time of transmission:** Monday, July 30, 2018 1:09:04 PM
**Number of pages including this cover sheet:** 88

Smith, Leisha Dianne (MR # 01114276) Encounter Date: 07/26/2018

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 56 year old female**

| | |
|---|---|
| Refill | Provider: Stephanie Bratton, RN (Pediatric Hematology and Oncology) |
| 7/26/2018 | Primary diagnosis: Von Willebrand disease (CMS/HCC) |
| EMG CH Oncology | Reason for call: Med Refill |

**Conversation: Med Refill** (Oldest Message First)

**Stephanie Bratton, RN** 7/26/18 9:20 AM

Note

Needs RX for Humate P for an upcoming procedure with Dr. Swaby

Leisha D. Smith contacted Stephanie Bratton, RN 7/26/18 9:20 AM

Stephanie Bratton, RN routed this conversation to Manoo Bhakta, MD 7/26/18 9:22 AM

Manoo Bhakta, MD routed this conversation to Stephanie Bratton, RN 7/26/18 3:49 PM

**Mychart, Generic** to Leisha Dianne Smith 7/26/18 3:59 PM

- HUMATE-P 250-600 unit injection

If you have any questions about your prescription, please epichttp://medadvice[send a message] to your doctor.

Last read by Leisha Dianne Smith at 7:05 AM on 7/27/2018.

**Additional Documentation**

Encounter Info: Billing Info, History, Allergies

**Routing History**

| Sent On | From | To | Message Type |
|---|---|---|---|
| 7/26/2018 3:49 PM | Manoo Bhakta, MD | Stephanie Bratton, RN | Rx Response |
| 7/26/2018 9:22 AM | Stephanie Bratton, RN | Manoo Bhakta, MD | Rx Request |

**Orders Placed**

None

**Approved Medication Requests** As of 7/26/2018 3:49 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **antihemophilic factor/VWF** | | | |
| **Unchanged: antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection** | 3 | 2/20/2018 | |
| Give 3000 units (vWF) of Humate-P IV as needed for bleeding | | | |

**Approved Medication Requests (continued)** As of 7/26/2018 3:49 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: HUMATE-P 250-600 unit injection**<br>Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses. - intravenous | 0 | 7/26/2018 | 7/29/2018 |

**Medication List at End of Visit** As of 7/26/2018 3:49 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol sulfate** | | | |
| **albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution**<br>Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. - nebulization | 5 | 4/25/2018 | 4/25/2019 |
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 4/25/2018 | |
| **antihemophilic factor/VWF** | | | |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **HUMATE-P 250-600 unit injection**<br>Infuse 3,000 VWF:RCo Units into a venous catheter daily for 3 doses. - intravenous | 0 | 7/26/2018 | 7/29/2018 |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet**<br>Patient Reported | | 4/27/2018 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>TK 1 T PO Q 4 H PRN P<br>Patient Reported | 0 | 2/20/2018 | |
| **linaclotide (LINZESS) 290 mcg capsule**<br>Take 290 mcg by mouth daily. - oral | 3 | 7/5/2018 | |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **omeprazole (PriLOSEC) 40 mg capsule**<br>Take 1 capsule (40 mg total) by mouth daily. - oral | 0 | 7/24/2018 | 10/22/2018 |
| **omeprazole-sodium bicarbonate 20-1,680 mg packet**<br>Patient Reported | | | |
| **sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln**<br>Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | 0 | 6/19/2018 | |

**Visit Diagnoses**

Von Willebrand disease (CMS/HCC) D68.0

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 56 year old female**

Documentation Only Encounter 6/7/2018 Provider: Manoo Bhakta, MD (Pediatric Hematology and Oncology)
Status: Open
EMG CH Oncology

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Media

Historical Paper Chart - Scan on 6/7/2018 2:17 PM : dr jason dunn procedure note 6/5/2018 (below)

Jun. 5. 2018 9:31AM Surgical Associates No. 8570 P. 1/2

LEISHA SMITH 16242 6/5/2018

5/21/2018 10:01:00 AM

***LEISHA SMITH, Sex: F, DOB:*** ***Encounter Date and Time: 5/21/2018 10:01AM,***
***Examiner: Jason L. Dunn, MD***

**Chief complaint**
The Chief Complaint is: Post op flex sigmoid with hemorrhoid banding 5/14/18---AC.

**Referred here**
Primary physician: Tye Young, MD.

**History of present illness**
LEISHA SMITH is a 56 year old female.
Here for postoperative visit following flexible sigmoidoscopy with hemorrhoidal banding, patient still having some stinging, burning rectal pain, she denies any bleeding with bowel movements, she began having bowel movements 2 days after the procedure, she is urinating well, no fever, patient had steroid injection in her hip 3 days ago, she has had some hot flashes and a rash since then, reviewed operative findings with the patient, patient had banding of right posterior internal hemorrhoid.

**Personal history**
*Behavioral:* Former smoker.

**Current medication**
Medication List Reconciled.
Linzess by oral route.
Omeprazole by oral route.
Spiriva Respimat by inhalation route.

**Allergies and Adverse Reactions**
Allergies Reviewed.
No Known Allergies.

**Physical findings**
**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 81 bpm | 5/21/2018 |
| Blood pressure | 120/70 mmHg | 5/21/2018 |
| Weight | 147 lbs | 5/21/2018 |
| Body mass index BMI Percentile: Off Chart | 25.2 kg/m2 | 5/21/2018 |
| Height | 64 in | 5/21/2018 |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 5/21/2018 |

Patient was not observed to be obese.

JUN - 6 2018

**General Appearance:**
Alert and in no acute distress.

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**
*Anus Examination:* The anal sphincter tone was normal, did not have hemorrhoids Minimal residual tissue of the right posterior hemorrhoid seen, otherwise no obvious hemorrhoids noted, and showed no abnormality.

**Neurological:**
Oriented to time, place, and person.

**Psychiatric:**
*Mood:* The mood was not depressed and was not anxious.

**Assessment**
- Rectal hemorrhage [[K62.5: Hemorrhage of anus and rectum]]
Residual hemorrhoidal skin tags were observed [[K64.4: Residual hemorrhoidal skin tags]] • Hemorrhoids with bleeding [[K64.9: Unspecified hemorrhoids]]

**Counseling/Education**
- Patient education - High Fiber Diet

**Plan**
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit prn.
Patient will call for appointment.
Discussed with the patient today the need to continue fiber and stool softeners on a daily basis, she will continue to watch for any

Page 1 of 2 9:40 AM

**Media (continued)**

Jun. 5. 2018 9:32AM Surgical Associates No. 8570 P. 2/2

LEISHA SMITH 15242 6/5/2018

rectal bleeding, rectal pain should slowly improve with time, she will follow up here PRN.

Cc: Spear, Bhakta.

JUN - 6 2018

Page 2 of 2 9:40 AM

**Orders Placed**

None

**Medication Changes** As of 6/7/2018 11:59 PM

None

**Medication List at End of Visit** As of 6/7/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol sulfate** | | | |
| **albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution** | 5 | 4/25/2018 | 4/25/2019 |

Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. - nebulization

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 06/07/2018

**Medication List at End of Visit (continued)** As of 6/7/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 4/25/2018 | |
| **antihemophilic factor/VWF** | | | |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **HUMATE-P 250-600 unit injection**<br>Patient Reported | | 5/8/2018 | 7/26/2018 |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet**<br>Patient Reported | | 4/27/2018 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **DME PRESCRIPTION**<br>Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments | 0 | 3/30/2018 | 6/19/2018 |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>TK 1 T PO Q 4 H PRN P<br>Patient Reported | 0 | 2/20/2018 | |
| **linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 1 | 3/6/2018 | 6/19/2018 |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **omeprazole (PriLOSEC) 40 mg capsule**<br>Patient Reported | | | 7/24/2018 |
| **omeprazole-sodium bicarbonate 20-1,680 mg packet**<br>Patient Reported | | | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 4/23/2018 | 6/19/2018 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. - oral | 3 | 3/30/2018 | 6/28/2018 |

**Visit Diagnoses**

None

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 05/24/2018

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 56 year old female**

Documentation Only Encounter
5/24/2018
Status: Open
EMG CH Oncology

Provider: Meghann McManus, DO (Pediatric Hematology and Oncology)

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Media

Historical Paper Chart - Scan on 5/24/2018 11:50 AM : humate script 5/1/2018 (below)

CH Oncology Infusion
910 Blackford Street
Chattanooga TN 37403-2147
Phone: 423-778-6011
Fax: 423-778-2096

Date: May 1, 2018

Name: Leisha Dianne Smith

MRN: 01114276
DOB:

**Patient Weight**
04/25/18 67.6 kg (149 lb)

**antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**
Order ID: 33292265
**Sig:** Infuse 2,700 VWF:RCo Units into a venous catheter every other day for 4 doses.
**Qty:** **4 (Four) vial** **Refill:** **1 (One)** **Route:** intravenous
**Start:** May 1, 2018

Signature: [signature] DO
Authorizing Provider: Meghann McManus, DO NPI: 1366572505

340B ID: 100104021

Security features: (**) Border for quantity and refill amount, tamper-resistant paper, and this description.

THIS DOCUMENT HAS VISIBLE AND INVISIBLE FIBERS. FACE OF HAS A VOID PANTOGRAPH AND HEAT SENSITIVE INK. RUB STRIP FIRMLY & RAPIDLY. COLOR MUST DISAPPEAR AND REAPPEAR FOR DOCUMENT TO BE AUTHENTIC. BACK OF THIS DOCUMENT HAS AN ARTIFICAL WATERMARK. HOLD AT ANGLE TO VIEW.

Smith, Leisha Dianne (MR # 01114276) DOB Encounter Date: 05/24/2018

**Media (continued)**

P. 1

* * * Communication Result Report ( May. 1. 2018 11:02AM ) * * *

1)
2)

Date/Time: May. 1. 2018 10:59AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5634 | Memory TX | 1918003780323 | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax

**THE CENTER FOR CHILDHOOD CANCER & BLOOD DISORDERS & INFECTIOUS DISEASES**

**Children's Hospital at Erlanger**
**910 Blackford Street**
**Chattanooga, TN 37403**
**Tel: (423) 778-7289**
**Fax: (423) 778-6848**

To/Recipient: ATTN: CVS/Caremark

Phone Number (Voice/Fax): 1-800-378-0323

Organization:

Date/Time: May 1, 2018

From/Sender: Stephanie Bratton, R.N.

Phone Number (Voice/Fax):

Organization: The Center for Childhood Cancer & Blood Disorders & Infectious Diseases

Subject: RE: L. Smith

Number of Pages (Including Cover Page): 2

**Confidentiality Notice**

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity names as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify the sender and arrange for the return or destruction of these documents.

**Orders Placed**

None

**Medication Changes** As of 5/24/2018 11:59 PM

None

**Medication List at End of Visit** As of 5/24/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol sulfate** | | | |
| **albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution** | 5 | 4/25/2018 | 4/25/2019 |

Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. - nebulization

**Medication List at End of Visit (continued)** As of 5/24/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 4/25/2018 | |
| **antihemophilic factor/VWF** | | | |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **HUMATE-P 250-600 unit injection**<br>Patient Reported | | 5/8/2018 | 7/26/2018 |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet**<br>Patient Reported | | 4/27/2018 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **DME PRESCRIPTION**<br>Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments | 0 | 3/30/2018 | 6/19/2018 |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>TK 1 T PO Q 4 H PRN P<br>Patient Reported | 0 | 2/20/2018 | |
| **linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 1 | 3/6/2018 | 6/19/2018 |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **omeprazole (PriLOSEC) 40 mg capsule**<br>Patient Reported | | | 7/24/2018 |
| **omeprazole-sodium bicarbonate 20-1,680 mg packet**<br>Patient Reported | | | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 4/23/2018 | 6/19/2018 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. - oral | 3 | 3/30/2018 | 6/28/2018 |

**Visit Diagnoses**

None

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 05/16/2018

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 56 year old female**

Documentation Only Encounter
5/16/2018
Status: Open
EMG Oncology and Hematology at East

Provider: Manoo Bhakta, MD (Hematology and Oncology)

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Media

Historical Paper Chart - Scan on 5/16/2018 11:24 AM : phone message 5/1/2018 (below)

### IMPORTANT MESSAGE

Date: 5/1/2018 Time: 1030 Taken by: Stephanie

Patient's Name: Leisha Smith - type 2N VWD DOB:

Caller's Name: Relationship: ☐ Mother ☐ Father ☐ Physician ☐ Other

Call back number(s): ☐ Home/Cell ☐ Work *No pager numbers

Patient's PCP

***Message for:*** Caremark, AZ

Manoo Bhakta, M.D. Jennifer Keates-Baleeiro, M.D. Meghann McManus, D.O.

Avery Mixon, M.D. Janara Huff, M.D. Staff:

Complaint/Reason for call:
Treatment Plan: needs a hemorroid banding
normal 48° later up to 7 days Later Still bleeding.
Please fax tx plan to Jason Dunn, Cleveland Surgical
associates copy: Lydia Speer, DO (Erlanger gunbarrel)

If patient has FEVER or RASH ask the following questions then: ***CONTACT PHYSICIAN IMMEDIATELY***

FEVER: *ASK* When did it start? What is it now? How was it taken?

RASH: *ASK* When did it start? Where is it located? Description of rash. Have any new medications been been started in the last 1-2 weeks? If so; what medication, dosage, when last taken, who prescribed? Has patient been exposed to anyone with chickenpox or shingles. If so, when?

Prescription requests:

Drug: Drug:
Strength, dosage& frequency: Strength, dosage & frequency:

Pharmacy name and phone: Pharmacy name and phone
Refills: Refills:
Called in: Y N Called in: Y N

### DISPOSITION OF CALL

Time MD notified:
Date call returned: Time: Returned by:

4 dose
pre - (48) — 48 — 48
2 2 2

| To Physician | To Leisa | To SW/RN | To Laurel | To Child Life | To Sue Ellen |
|---|---|---|---|---|---|
| Physician calling<br>Acute illness<br>Consults<br>Same day appts. | COG calls (Leisa)<br>Shared patients<br>IRB calls (Leisa)<br>Office Management<br>Customer Service | Test Results (RN)<br>Drug authorizations (RN)<br>Medication refills (RN)<br>Financial difficulties (SW)<br>School difficulties (SW)<br>Transportation (SW) | Test scheduling<br>Specialty appts.<br>Precert questions | Social events<br>Support Groups<br>Donations<br>Camp Activities | State Lab Calls<br>•Hemophilia<br>•Sickle Cell |

Rev. 3-17-2015

**Orders Placed**

None

**Medication Changes** As of 5/16/2018 11:59 PM

None

**Medication List at End of Visit** As of 5/16/2018 11:59 PM

| Medication | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol sulfate** | | | |
| **albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution**<br>Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. - nebulization | 5 | 4/25/2018 | 4/25/2019 |
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 4/25/2018 | |
| **antihemophilic factor/VWF** | | | |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **HUMATE-P 250-600 unit injection**<br>Patient Reported | | 5/8/2018 | 7/26/2018 |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet**<br>Patient Reported | | 4/27/2018 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **DME PRESCRIPTION**<br>Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments | 0 | 3/30/2018 | 6/19/2018 |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>TK 1 T PO Q 4 H PRN P<br>Patient Reported | 0 | 2/20/2018 | |
| **linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 1 | 3/6/2018 | 6/19/2018 |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **omeprazole (PriLOSEC) 40 mg capsule**<br>Patient Reported | | | 7/24/2018 |
| **omeprazole-sodium bicarbonate 20-1,680 mg packet**<br>Patient Reported | | | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 4/23/2018 | 6/19/2018 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. - oral | 3 | 3/30/2018 | 6/28/2018 |

**Visit Diagnoses**

None

**Visit Diagnoses (continued)**

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 05/03/2018

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 56 year old female**

Documentation Only Encounter 5/3/2018
Status: Open
EMG CH Oncology

Provider: Manoo Bhakta, MD (Pediatric Hematology and Oncology)

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Media

Historical Paper Chart - Scan on 5/3/2018 1:09 PM : jason dunn md h/p 4/23/2018 (below)

Apr. 23. 2018 7:50AM Surgical Associates No. 4595 P. 1

LEISHA SMITH 15242 4/23/2018

4/5/2018 9:41:00 AM

***LEISHA SMITH, Sex: F, DOB:*** ***Encounter Date and Time: 4/05/2018 09:41AM,***
***Examiner: Jason L. Dunn, ML***

**Chief complaint**
The Chief Complaint is: Recheck hemorrhoids. MW.

**Referred here**
Primary physician: Tye Young, MD.

**History of present illness**
LEISHA SMITH is a 56 year old female.
Here for postoperative visit following incision of thrombosed external hemorrhoids, overall her pain has improved but she still has some stinging, burning pain around her anus with bowel movements, she is having watery bowel movements but denies any blood in her stools, she is taking Linzess for her diarrhea, she continues to soak on a daily basis, she is not take any supplemental fiber, she has stopped her stool softeners, urinating well, no fever, no abdominal pain, patient has appointment with colorectal surgery later this month.

**Personal history**
*Behavioral:* Former smoker.

**Current medication**
Medication List Reconciled.
TraZODone by oral route.
Spiriva Respimat by inhalation route.
- omeprazole. by oral route
- Linzess. by oral route

**Allergies and Adverse Reactions**
No Known Allergies.
Allergies Reviewed.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 81 bpm | 4/05/2018 09:41AM |
| Blood pressure | 124/82 mmHg | 4/05/2018 09:43AM |
| Weight | 150 lbs | 4/05/2018 09:41AM |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 4/05/2018 09:41AM |
| Height | 64 in | 4/05/2018 09:41AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 4/05/2018 09:41AM |

Patient was not observed to be obese.

**General Appearance:**
Alert and in no acute distress.

**Eyes:**
General/bilateral:
*Pupils:* PERRL.

APR 2 3 2018

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**
*Anus Examination:* No anal fissure was observed, sphincter tone was normal, did not have hemorrhoids No remaining thrombosed external hemorrhoids, no obvious prolapse of internal hemorrhoids with Valsalva maneuver, and showed no abnormality small external tag at left posterior anus.
*Rectum:* The rectum was normal.

**Neurological:**
Oriented to time, place, and person.

**Psychiatric:**
*Mood:* The mood was not depressed and was not anxious.

**Assessment**
- Postprocedural states [[Z98.890: Other specified postprocedural states]]

**Counseling/Education**
- Patient education - High Fiber Diet

**Plan**

778-6848 RA

Page 1 of 2 7:58 AM

**Media (continued)**

Apr. 23. 2018 7:50AM Surgical Associates No. 4595 P. 2

LEISHA SMITH 15242 4/23/2018

- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise

Follow-up visit prn.
Patient will call for appointment

- traZODone by oral route. DISCONTINUED BY: DKIMSEY. REASON: Course Complete

Discussed with the patient today the need to slowly increase her daily supplemental fiber intake, she will start at 5 g per day and slowly increase this over the next couple of months to 15 to 20 g per day, at this point there is no need for any further surgical intervention, she will see colorectal surgery later this month, she will follow up here PRN.

cc: Spear, Bhakta.

APR 2 3 2018

Page 2 of 2 7:58 AM

**Orders Placed**

None

**Medication Changes** As of 5/3/2018 11:59 PM

None

**Medication List at End of Visit** As of 5/3/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol sulfate** | | | |
| **albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution** | 5 | 4/25/2018 | 4/25/2019 |

Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. - nebulization

**Medication List at End of Visit (continued)** As of 5/3/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 4/25/2018 | |
| **antihemophilic factor/VWF** | | | |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Infuse 2,700 VWF:RCo Units into a venous catheter every other day for 4 doses. - intravenous | 1 | 5/1/2018 | 5/8/2018 |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **DME PRESCRIPTION**<br>Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments | 0 | 3/30/2018 | 6/19/2018 |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>TK 1 T PO Q 4 H PRN P<br>Patient Reported | 0 | 2/20/2018 | |
| **linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 1 | 3/6/2018 | 6/19/2018 |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 4/23/2018 | 6/19/2018 |
| **traMADol (ULTRAM) 50 mg tablet**<br>Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. - oral | 3 | 3/30/2018 | 6/28/2018 |

**Visit Diagnoses**

None

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 03/15/2018

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 55 year old female**

Documentation Only Encounter 3/15/2018 Provider: Manoo Bhakta, MD (Pediatric Hematology and Oncology)
Status: Open
EMG CH Oncology

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Media

Other Facility Documents - Scan on 3/15/2018 11:14 AM : jason dunn md h/p 2/1/2018 (below)

Mar. 9. 2018 1:20PM Surgical Associates No. 0399 P. 1/4

LEISHA SMITH 15242 3/9/2018

3/1/2018 10:19:00 AM

***LEISHA SMITH, Sex: F, DOB:*** ***Encounter Date and Time: 3/01/2018 10:19AM,***

***Examiner: Jason L. Dunn, MD***

**Chief complaint**
The Chief Complaint is: Post op hemorrhoidectomy --DB.

**Referred here**
Primary physician: Tye Young, MD.

**History of present illness**
LEISHA SMITH is a 55 year old female.
Here for postoperative visit following removal of thrombosed hemorrhoids, patient continues to have lots of pain in her rectal area, pain however is slowly improving, following the procedure patient did develop some whelps around her buttocks area, this has improved, she has nausea and vomiting after the procedure but none currently, she has been taking stool softeners and fiber, she has had some bleeding her rectum that has been red in color, patient currently on von Willebrand factor replacement every other day for the next week which is being managed by her hematologist, she has had bowel movements, she is urinating well, no fever.

**Personal history**
*Behavioral:* Former smoker.

**Current medication**
Medication List Reconciled.
TraZODone by oral route.
Spiriva Respimat by inhalation route.

**Allergies and Adverse Reactions**
No Known Allergies.
Allergies Reviewed.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 93 bpm | 3/01/2018 10:19AM |
| Blood pressure | 124/82 mmHg | 3/01/2018 10:19AM |
| Weight | 149 lbs | 3/01/2018 10:19AM |
| Body mass index BMI Percentile: Off Chart | 25.6 kg/m2 | 3/01/2018 10:19AM |
| Height | 64 in | 3/01/2018 10:19AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 3/01/2018 10:19AM |

Patient was not observed to be obese.

**General Appearance:**
Alert and in no acute distress.

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**
*Anus Examination:* The anal sphincter tone was normal and did not have hemorrhoids Left sided thrombosed hemorrhoids have resolved, incisions have healed well, no erythema.

**Neurological:**
Oriented to time, place, and person.

MAR 1 2 2018

**Assessment**
- Postprocedural states [[Z98.890: Other specified postprocedural states]]

**Counseling/Education**
- Patient education - High Fiber Diet

**Plan**
- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit 3 week(s);Post Op Not 1st.
Discussed with the patient the need to continue soaking in warm water TID, continue stool softeners and fiber supplementation, she will avoid straining for the next 2 weeks, we will keep her out of work for the next 2 weeks to allow for complete healing, she will continue her factor replacement according to her hematologist, she will follow up here in 2 weeks for a recheck.

778-8910 ER
Page 1 of 4 778-6848 12:17 PM

**Media (continued)**



Cc: Spear, Bhakta.

2/19/2018 2:17:00 PM

***LEISHA SMITH, Sex: F, DOB, Encounter Date and Time: 2/19/2018 02:17PM,***

***Examiner: Jason L. Dunn, MD***

**Chief complaint**

The Chief Complaint is: Pt c/o hemorroids x 5 days, no bleeding---AC.

**Referred here**

Primary physician: Tye Young, MD.

**History of present illness**

LEISHA SMITH is a 55 year old female.

Here for rectal pain and swelling, pain present for last 5 days, pain pressure like in nature, pain worse with sitting, patient has been using Preparation H suppositories, she has also been using some lidocaine ointment for her pain, she does heavy lifting at work, no other obvious straining noted, she denies any rectal bleeding, patient does have history of von Willebrand factor disease, patient has been taking a stool softeners and fiber, she has had some recent constipation secondary to her rectal pain, she has a long history of hemorrhoids since the birth of her last child, her last colonoscopy was in 2013, patient states that she did not have any polyps, she was found to have hemorrhoids at that time, she has a family history of colon cancer in a maternal grandfather who had cancer at 62.

**Past medical/surgical history**

**Other:**

Easy bleeding after major surgery or trauma VAN WILLE BRANDS TYPE 2N

**Reported:**

*Surgical / Procedural:* Prior surgery.
*Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**

- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

**Family history**

Mother deceased AGE 73 LUNG CANCER
A reaction to anesthetics
Hypertension
Hematologic disorder
Cancer PGM- THYROID

**Maternal:**

Lung cancer
Breast cancer

**Paternal grandfather's:**

Prostate cancer

**Maternal grandfather's:**

Colon cancer.

**Personal history**

*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY. Former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

**Current medication**

Medication List Reconciled.

- traZODone, by oral route
- Spiriva Respimat, by inhalation route

**Allergies and Adverse Reactions**

No Known Allergies.
Allergies Reviewed.

RECEIVED MAR 1 2 2018

**Review of systems**

**Gastrointestinal:** Constipation and anal pain.
**Genitourinary:** Date of last menstruation 1992.
**Hematologic:** Easy bleeding and a tendency for easy bruising.
**Musculoskeletal:** Bone pain.
**Psychological:** Depression.

**Media (continued)**

Mar. 9. 2018 1:20PM Surgical Associates No. 0399 P. 3/4

LEISHA SMITH 15242 3/9/2018

**Past Medical:** Currently wearing eyeglasses and wearing dentures.
No other symptoms reported on complete 13-system review form except those listed.
**Psychiatric Disorders:** • Other psychiatric disorders

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 90 bpm | 2/19/2018 02:17PM |
| Blood pressure | 110/62 mmHg | 2/19/2018 02:18PM |
| Weight | 153 lbs | 2/19/2018 02:17PM |
| Body mass index BMI Percentile: Off Chart | 26.3 kg/m2 | 2/19/2018 02:17PM |
| Height | 64 in | 2/19/2018 02:17PM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 2/19/2018 02:17PM |

Patient was not observed to be obese.

**General Appearance:**
Alert and in no acute distress.

**Neck:**
Neck: normal.

**Eyes:**
**General/bilateral:**
*Pupils:* PERRL.

**Oral Cavity:**
*Teeth:* Dental no abnormalities.

**Lymph Nodes:**
Lymph nodes: normal. Adenopathy.

**Lungs:**
Lungs clear to auscultation and no wheezing was heard.

**Cardiovascular:**
*Heart Rate And Rhythm:* Heart rate and rhythm normal.
*Murmurs:* No murmurs were heard.
*Edema:* Edema not present.

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**
*Anus Examination:* No anal fissure was observed and sphincter tone was normal. Hemorrhoids were seen Rectal exam reveals the whole left side of her anal canal has thrombosed with minimal ulceration.

**Musculoskeletal System:**
*General/bilateral:* Musculoskeletal system: normal.

**Neurological:**
Oriented to time, place, and person.

**Psychiatric:**
*Mood:* The mood was not depressed. The mood was anxious.

**Skin:**
The skin general appearance was normal.

**Assessment**
• Thrombosed external hemorrhoids [[K64.5: Perianal venous thrombosis]]
Rectal pain [[K62.89: Other specified diseases of anus and rectum]].

RECEIVED MAR 1 2 2018

**Therapy**
• Brief operative note: Enucleation of thrombosed external hemorrhoid located at left anal canal

The perianal area was prepped and then using 1% Xylocaine with epinephrine as local anesthesia, the thrombosed external hemorrhoid was anesthetized. Three separate incisions were made overlying the left sided thrombosed external hemorrhoids. The hemorrhoids were then dissected up with hemostats and scissors removing hemorrhoidal tissue and clot. Approximately 20 separate blood clots were removed from the left side. Bleeding was controlled. The incisions were partially closed with absorbable suture leaving adequate opening for drainage. Gauze dressings were applied. The patient tolerated the procedure well. The patient was given instructions for activity, wound care and follow up.

**Counseling/Education**
• Patient education - High Fiber Diet

**Plan**

Page 3 of 4 12:17 PM

**Media (continued)**

Mar. 9. 2018 1:20PM Surgical Associates No. 0399 P. 4/4

LEISHA SMITH 15242 3/9/2018

- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen
- Incision of external thrombosed hemorrhoid

Follow-up visit 1 week(s);Post Op 1st.

Discussed with the patient the need to soak in warm water at least 3 to 4 times per day, she will start her factor replacement as she has been instructed in the past, she will contact her hematologist for further instructions regarding the length of use for her factor replacement, I have instructed her to continue her stool softeners and fiber on a daily basis, she will continue to use lidocaine ointment for pain, I will see her back here in 10 days for a recheck, I have instructed the patient to avoid any heavy lifting or straining or work until this area has healed appropriately.

Cc: Spear, Bhakta.

MAR 1 2 2018

Page 4 of 4 12:17 PM

**Orders Placed**

None

**Medication Changes** As of 3/15/2018 11:59 PM

None

**Medication List at End of Visit** As of 3/15/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 10/2/2017 | 4/25/2018 |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400** | 3 | 2/20/2018 | |

**Medication List at End of Visit (continued)** As of 3/15/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | | | |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**<br>TK 1 T PO Q 4 H PRN P<br>Patient Reported | 0 | 2/20/2018 | |
| **PROCTOFOAM HC rectal foam**<br>APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT<br>Patient Reported | 1 | 2/18/2018 | 4/23/2018 |
| **lidocaine HCl 3 % cream**<br>APP A SMALL AMOUNT TID TO ANUS PRN P<br>Patient Reported | 0 | 2/19/2018 | 4/23/2018 |
| **linaclotide (LINZESS) 72 mcg capsule**<br>Take 72 mcg by mouth daily. - oral | 1 | 3/6/2018 | 6/19/2018 |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 10/2/2017 | 4/23/2018 |
| **traZODone (DESYREL) 50 mg tablet**<br>1-2 tabs po at night<br>Patient taking differently: 25 mg daily. 1-2 tabs po at night | 3 | 6/1/2017 | 3/30/2018 |

**Visit Diagnoses**

None

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 02/26/2018

**Smith, Leisha Dianne** **MRN: 01114276**
**Description: 55 year old female**

Documentation Only Encounter 2/26/2018
Status: Open
EMG CH Oncology

Provider: Meghann McManus, DO (Pediatric Hematology and Oncology)

**Additional Documentation**

Encounter Info: Billing Info, History, Allergies

**Media**

Other Facility Documents - Scan on 2/26/2018 1:32 PM : cvs caremark notice of approval 2/22/2018 (below)

Feb 22 2018 08:21:58 AT&T/CVS Pharmacy -> Page 002

CVS caremark

**Notice of Approval**

Date: 02/22/2018

LEISHA SMITH

Plan Member Name: LEISHA SMITH
Plan Member ID: *******2001

Prescriber Name: MEGHANN MCMANUS
Prescriber Phone: 1-4237787289
Prescriber Fax: 1-4237786848

Dear LEISHA SMITH:

CVS Caremark® received a request from your prescriber for coverage of Humate-P for you.

As long as you remain covered by your prescription drug plan and there are no changes to your plan benefits, this request is approved for the following time period:

02/21/2018 - 12/31/2039

Approvals may be subject to dosing limits in accordance with FDA approved labeling, accepted compendia, evidence based practice guidelines or your prescription drug plan benefits.

The prescription drug plan requires that this medication be filled through CVS/Specialty Pharmacy. If you have not done so already, a prescription can be faxed to 1-800-323-2445 along with a copy of this letter and the request will be processed.

FEB 22 2018

Sincerely,

CVS Caremark

PA# VOLKSWAGEN GROUP OF AMERICA 18-031675242 EV

This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
Plan member privacy is important to us. Our employees are trained regarding the appropriate way to handle members' private health information.
91-38153A 051817 TDD/TTY: 1-800-863-5488

**Media (continued)**

EMG CH Oncology
910 Blackford Street
5th Fl Massoud
Chattanooga TN 37403-2147
Phone 423-778-7289
Fax 423-778-6648

Date: Feb 20, 2018

Name: Leisha Dianne Smith
MRN: 01114276
DOB:

Patient Weight
02/20/18 69.6 kg (153 lb 7 oz)

**antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**
Order ID: 28523630
**Sig:** Give 3000 units (vWF) of Humate-P IV as needed for bleeding
**Qty:** **6 (Six) vial** **Refill:** **3 (Three)**
**Start:** Feb 20, 2018

**AdminInstructions:** Give 3000 units (vWF) of Humate-P IV as needed for bleeding

Signature: [signature]
Authorizing Provider: Meghann McManus, DO NPI: 1366572505

340B ID: 100104005
Security features: (**) Border for quantity and refill amount, tamper-resistant paper, and this description.

THIS DOCUMENT HAS VISIBLE AND INVISIBLE FIBERS. FACE OF HAS A VOID PANTOGRAPH AND HEAT SENSITIVE INK. RUB STRIP FIRMLY & RAPIDLY. COLOR MUST DISAPPEAR AND REAPPEAR FOR DOCUMENT TO BE AUTHENTIC. BACK OF THIS DOCUMENT HAS AN ARTIFICAL WATERMARK. HOLD AT ANGLE TO VIEW.

**Orders Placed**

None

**Medication Changes** As of 2/26/2018 11:59 PM

None

**Medication List at End of Visit** As of 2/26/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 10/2/2017 | 4/25/2018 |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400** | 3 | 2/20/2018 | |

**Medication List at End of Visit (continued)** As of 2/26/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | | | |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 10/2/2017 | 4/23/2018 |
| **traZODone (DESYREL) 50 mg tablet**<br>1-2 tabs po at night<br>Patient taking differently: 25 mg daily. 1-2 tabs po at night | 3 | 6/1/2017 | 3/30/2018 |

**Visit Diagnoses**

None

Smith, Leisha Dianne (MR # 01114276) Encounter Date: 02/21/2018

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 55 year old female**

Telephone
2/21/2018
EMG CH Oncology

Provider: Stephanie Bratton, RN (Pediatric Hematology and Oncology)

**Conversation** (Oldest Message First)

**Stephanie Bratton, RN** 2/21/18 3:14 PM

Note

Called in prescription that was previous,ly faxed to Matrix/Medex Biocare.

Patient's insurance states she must use CVS specialty

**Stephanie Bratton, RN** to Esther (Other) 2/21/18 3:14 PM

CVS SPECIALTY

**Additional Documentation**

Encounter Info: Billing Info, History, Allergies

**Orders Placed**

None

**Medication Renewals and Changes** As of 2/21/2018 3:15 PM

None

**Medication List at End of Visit** As of 2/21/2018 3:15 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 10/2/2017 | 4/25/2018 |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 10/2/2017 | 4/23/2018 |
| **traZODone (DESYREL) 50 mg tablet**<br>1-2 tabs po at night<br>Patient taking differently: 25 mg daily. 1-2 tabs po at night | 3 | 6/1/2017 | 3/30/2018 |

**Medication List at End of Visit (continued)** As of 2/21/2018 3:15 PM

**Visit Diagnoses**

None

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 55 year old female**

| | |
|---|---|
| Office Visit | Provider: Meghann McManus, DO (Pediatric Hematology and Oncology) |
| 2/20/2018 | Primary diagnosis: Von Willebrand disease (CMS/HCC) |
| EMG CH Oncology | Reason for Visit: Referred by Lydia Speer, DO |

**Progress Notes**

Meghann McManus, DO (Physician)
Pediatric Hematology and Oncology

***Center for Childhood Cancer and Blood Disorders***
*Children's Hospital*
*Chattanooga TN 37403*

***Follow Up Visit / New Visit***
**2/20/2018**

**Leisha Dianne Smith**
Date of Birth:
Medical Record Number: 01114276

REFERRING PHYSICIAN:
Lydia Speer, Do
1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: 423-778-8909 Fax: 423-778-8910

PRIMARY CARE PHYSICIAN: Lydia Speer, DO

RE: Leisha Dianne Smith
MRN: 01114276
D.O.B.:

Dear Dr. Speer:

Subjective

I had the pleasure of evaluating Leisha Dianne Smith in Pediatric Hematology Oncology Clinic in consultation with you for the chief complaint of bleeding following hemorrhoid surgery.

HISTORY OF PRESENT ILLNESS:
Leisha is a 55 yr old female with von Willebrand disease, type 2N who is known to our hematology team. She was found to have severe hemorrhoids and yesterday went to a surgeon's office who removed 21 of them. Her husband gave her a dose of Humate-P ~1800 units before the procedure. She was in severe pain following the procedure, went to the ER and showed improvements. She has had some blood when she wiped but no significant bleeding. She has not had a bowel movement yet but is taking colace and keeps stool soft. She is eating soft foods, using tylenol with codeine for pain.

LABS/X-RAYS/:

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 5.7 | 05/27/2016 |
| HGB | 13.7 | 05/27/2016 |
| HCT | 40 | 04/28/2017 |
| HCT | 42.1 | 05/27/2016 |

| | | |
|---|---|---|
| RDW | 12.8 | 05/27/2016 |

PAST MEDICAL HISTORY:
Past Medical History:

| Diagnosis | Date |
|---|---|

- Acne rosacea
- Depression
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

PAST SURGICAL HISTORY:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|

- BREAST BIOPSY
  *left*
- CESAREAN SECTION
  *x 3*
- HYSTERECTOMY
  *partial*
- KIDNEY SURGERY
  *left removed*

IMMUNIZATIONS:
Immunization History

| Administered | Date(s) Administered |
|---|---|
| • Td, Unspecified | 01/01/2007 |

ALLERGIES: No Known Allergies.
MEDICATIONS:

| | | | |
|---|---|---|---|
| • albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 3 |
| • antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 3 |
| • CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | |
| • diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 3 |
| • MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | |
| • tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 3 |
| • traZODone (DESYREL) 50 mg tablet | 1-2 tabs po at night (Patient taking differently: 25 mg daily. 1-2 tabs po at night ) | 60 tablet | 3 |
| • montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily (Patient not taking: Reported on 2/20/2018 ) | 90 tablet | 3 |

DIET: Normal

DEVELOPMENT: Normal

Review of Systems
Pertinent items are noted in HPI.
A comprehensive review of systems was negative.

SOCIAL/ENVIRONMENTAL HISTORY:
Pediatric History
Patient Guardian Status
- Not on file.

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative
*Lives with Husband*

FAMILY HISTORY:
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

Objective

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. No scleral icterus.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no tenderness or deformity.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm. Capillary refill takes less than 2 seconds. No rash noted.

VITAL SIGNS: BP 123/68 (BP Location: Left arm, Patient Position: Sitting) | Pulse 70 | Temp 36.6 °C (97.9 °F) (Oral) | Resp 20 | Ht 1.618 m (5' 3.7") | Wt 69.6 kg (153 lb 7 oz) | BMI 26.59 kg/m²

Assessment/ Plan
IMPRESSION: Leisha is a 55 yr old female with von Willebrand disease, type 2N with recent hemorrhoid surgery and bleeding

PLAN:

1. Will give Humate-P 3000 units (~40 units vWFco/kg) today
2. Will arrange for Leisha to have Humate-P at home for prn bleeding, instructed her that it is ok to give every 2-3 days for the next week or so if bleeding, if no bleeding, would still give a dose this weekend to help keep hemostasis
3. Recommended regular follow up with our office, provided SHP application to Leisha
4. Recommended calling her surgeon to know what to expect about bleeding symptoms in this recovery period

Total face to face time with the patient was 60 minutes with > 50% of the time spent counseling regarding diagnosis, risk and benefits of various treatment plans and expected outcomes.

Thank you for allowing us to participate in the care of this interesting patient. If you have any further questions, please feel free to contact me.

Sincerely,
Meghann McManus

Pediatric Hematology Oncology
Tel: 423 778 7289
Fax: 423 778 6848
910 Blackford Street
Chattanooga, TN 37403
(423) 778-7289

**Instructions**

Patient Instructions

Humate-P 3000 units given today

Home supply of Humate-P should be getting to you for as needed infusions

If you have continued bleeding, ok to give Humate-P every 2-3 days

If there is no bleeding, I would give Humate-P again in 4-5 days (Saturday or Sunday) to help keep you from bleeding

Call your surgeon to ask about what to expect from a bleeding standpoint

Please follow up with us yearly for Comprehensive Evaluation

**Instructions (continued)**

After Visit Summary (Printed 2/20/2018), After Visit Summary (Printed 2/20/2018)

**Additional Documentation**

| | |
|---|---|
| Vitals: | BP 123/68 (BP Location: Left arm, Patient Position: Sitting) Pulse 70 Temp 36.6 °C (97.9 °F) (Oral) Resp 20 Ht 1.618 m (5' 3.7") Wt 69.6 kg (153 lb 7 oz) BMI 26.59 kg/m² BSA 1.77 m² |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

**Communications**

Letter sent to Lydia Speer, DO

**Media**

COA Hospital English - Scan on 2/20/2018 1:33 PM (below)

filing fees, court costs, process service fees, alias summons and costs associated with post judgment proceedings including but not limited to post judgment interest and garnishment and execution fees. If my account is turned over to a collection agency I agree to pay the costs of collection in addition to the balance of the debt.

I assign to Erlanger Health System all benefits due me for treatment and/or hospitalization under an applicable policy of insurance. I understand that Erlanger Health System will file the initial health insurance claim for services provided as a courtesy and that it is my responsibility to provide accurate and complete health insurance policy information including any specific requirements applicable to my policy. Failure to provide accurate information, misleading information or non-compliance with providing necessary information to accurately process the claim will result in the patient being billed directly and being financially liable.

I understand that while Erlanger Health System will assist me in attempting to obtain payment from my health plan by providing bill and other information requested by the plan, I am financially responsible for payment for services rendered by Erlanger Health System.

- I have received a written copy of my patient bill of rights and notice of privacy practices. ☐ Yes ☐ No
  *(For Medicare Patient)* In the event I am admitted to the Hospital, I will be provided with a copy of the "Important Letter to Medicare Patients."
- I have received a copy of the Plain Language Summary of Erlanger's Financial Assistance Policy, and I have been verbally advised about Erlanger's Financial Assistance Policy. ☐ Yes ☐ No
- I consent to my name being listed in the Hospital directory for this visit. ☐ Yes ☐ No
  *A choice of No means the Hospital information desk will not acknowledge your presence as a patient, except as required by law, to anyone wishing to visit or call. In addition, all flowers will be returned to the florist, undeliverable.*
- I consent to my name being provided to clergy. ☐ Yes ☐ No

**7. Weapons/Explosives/Drugs**

I understand and agree that if the Hospital at any time believes there may be a weapon, explosive devices, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the Hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

**8. Social Security and Other Benefits**

I have applied, or intend to apply, for benefits under all Titles of the Social Security Act for which I may be eligible (e.g., Titles II, XVI, XVIII, XIX), as well as for any other benefits that may be available to me.

**9. Appointment of Authorized Representative**

I appoint the Hospital to act as my Authorized Representative in connection with my claim and/or other asserted right under my health benefit plan. I authorize the Hospital to make any request; to present or to elicit evidence; to obtain appeals information; and to receive any notice in connection with my appeal, wholly in my stead. I understand that personal medical information related to my appeal may be disclosed to the authorized representative per my signature below. I also hereby authorize the Hospital to act as my agent in order to obtain any authorizations and/or precertifications that may be required under my health benefit plan.

**10. Elopement**

By signing this form I acknowledge that, if I leave the patient care setting for more than two (2) hours, regardless of whether it is authorized by the Hospital, its staff, personnel or medical team, and after a reasonable search you are unable to locate me, my departure shall be considered an elopement. The Hospital, its staff, personnel, and medical team will consider my elopement to mean I have discharged myself against medical advice, and my patient room shall be considered available for other patients in need of admission. The patient care setting shall include any area inside or outside that is on Hospital property. The patient care setting shall include all areas inside the Hospital building. If I should return after having been gone more than two (2) hours I will be sent to the Emergency Room and treated as a new patient.

**11. Education & Research**

I understand and agree that the Hospital participates in educational and research activities. Unless required/permitted by law or for the internal uses of the Hospital, it is the policy of the Hospital to obtain the approval of its Administration before agreeing to any external request, disclosure or use of any de-identified health information from any person or entity who is not a health care professional, in training for or student of a health care profession/career or an instructor in a health care educational institution. When the person or entity is not a health care professional, in training for or student of a health care profession/career or an instructor in a health care educational institution, the Hospital Administration agrees to obtain written authorization from me or my authorized representative, but only if the Administration deems such authorization necessary to preserve my dignity. Any medical information used or disclosed outside of the Hospital for the education and training of health care professionals, including students, residents, and instructors (such as presenting a case-study required by their health care profession educational institution), must be de-identified and should be presented with my dignity in mind, even if I become incapacitated or deceased.

I hereby certify and state that I have read, and that I fully and completely understand this Conditions of Admission and Authorization for Medical Treatment, and that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, and voluntarily. I also hereby certify that all of the information I have provided on this form is true and correct. I hereby represent that I have legal authority to give consent for the treatment of my minor child or the minor in my care or custody, and the consent of no other person is required by agreement, court order or otherwise for such treatment. Moreover, I certify and state that I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services. I understand that I am personally responsible for payment for any and all items or services not covered by insurance or other third party.

**Recurring Accounts Only:** Effective Dates FEB 2 0 2018 to ____________

Patient's Initials ____________

| Patient Signature | 1-20-18 Date | Leisha Smith Patient's Representative, if Patient is Unable to Sign/Relationship to Patient* | |
|---|---|---|---|
| Witness (to Signature Only) | Date | *Address (Street, City, Zip) | Phone |
| 2nd Witness Required with Verbal Authorization | Date | | |

**CONDITIONS OF ADMISSION AND AUTHORIZATION FOR MEDICAL TREATMENT**

erlanger Page 2 of 2 25131 (Rev. 11/08/16)

PATIENT IDENTIFICATION

## Media (continued)

**Legal Relationship Between Hospital and Physician**

I am under the care and supervision of my attending physician and it is the responsibility of the Hospital and its staff to carry out the instructions of my physician. It is my physician's responsibility to obtain my informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to me under general and special instructions of my physician. I understand **that there will be a separate charge for professional services, such as physician services. I understand that the Hospital does bill for some professional fees; otherwise, the professional fees will not be included in the Hospital's bill and I will receive a separate bill. My physician may or may not be an employee of the Hospital, and the Hospital is not responsible for the acts or omissions of any physicians not employed by the Hospital.**

**1. Consent for Emergency Treatment**

I believe that I am suffering from an emergency medical condition. I know this condition entitles me to an appropriate medical screening and treatment necessary to stabilize my condition under applicable state and federal law. I therefore authorize the Hospital to provide an appropriate medical screening evaluation and treatment, to be performed by or under the supervision of a physician or his/her aide. It has been explained to me the diagnostic and treatment procedure to which my emergency medical condition legally entitles me is limited and will include a medical screening examination in compliance with applicable state and federal law. It may be necessary for me to select another physician and obtain from him/her a complete diagnosis of my condition and such continued treatment as he/she may prescribe.

NOT APPLICABLE ____ CONSENT ____ REFUSE ____ *(Initial One)*

**2. Consent to Medical and Surgical Procedures**

I, the undersigned, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, xray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me under the general and special instructions of my physician. This consent includes testing for blood-borne infectious diseases, including but not limited to hepatitis, Acquired Immune Deficiency Syndrome (AIDS), and Human Immunodeficiency Virus (HIV), if a physician orders such test(s) for diagnostic purposes.

*Please initial:* Agree ____ Disagree ____ **to blood-borne infectious disease testing.**

I understand and acknowledge that the Hospital utilizes video monitoring for security purposes as well as for the diagnosis, care and treatment of patients and that such video monitoring occurs in both public and non-public areas of the Hospital to include direct care areas and patient rooms. By signing below, I understand, acknowledge and agree that I have no expectation of privacy in such areas of the Hospital and that the Hospital is not, in any way, liable as to any demands, causes of actions and suits, including but not limited to claims for invasion of privacy, unreasonable search and seizure, defamation, breach of contract or any other breach of duty arising out of or in connection with such video monitoring.

**3. Assignment of Benefits**

This assignment of benefits allows the Hospital and/or hospital-based physician(s) to be paid directly by my health insurance carrier or other health benefit plan for the services the Hospital and/or hospital-based physician(s) provides to me, my minor child, or other person entitled to health care benefits for this admission. In return for the services rendered and to be rendered by the Hospital and/or hospital-based physician(s), I hereby irrevocably assign and transfer to the Hospital and/or hospital-based physician(s) all rights, title, and interest in all benefits payable for the health care rendered, which are provided in any and all insurance policies and health benefit plans from which my dependents or I are entitled to recover. This assignment and transfer shall be for the purpose of granting the Hospital and/or hospital-based physician(s) an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the Hospital and/or hospital-based physician(s) to pursue any such right of recovery. In no event will the Hospital and/or hospital-based physician(s) retain benefits in excess of the amount owed to the Hospital and/or hospital-based physician(s) for the care and treatment rendered during this admission. I understand that I may receive treatment from hospital-based physicians who do not have a current contract with my insurer (sometimes called "nonparticipating" physicians) and that I may receive a separate bill from such physician(s) for the amount not paid by my insurer. I certify that the insurance information I have provided to the Hospital is accurate in every respect and, as such, I hereby agree to be and remain financially responsible for any and all charges relating to the services provided in the instance that such insurance information I provided is not accurate.

**4. Medicare Patient Certification**

I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I permit a copy of the authorization to be used in place of the original and request payment of authorized benefits to be made on my behalf. I understand that self-administered medications are not covered by Medicare and that I will be responsible for payment of charges relating to all self-administered medications.

**5. Personal Valuables**

I accept full responsibility for any personal articles that I take to my bedside or treatment area. I understand that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable for the loss or damage to any money, jewelry, documents, furs, fur coats and fur garments or other articles of unusual value and small size, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the Hospital for safekeeping.

**6. Acknowledgements of Financial Responsibility**

In consideration of the services to be rendered to the patient, the undersigned (as parent, guardian, spouse, guarantor, agent or as the patient) individually promises to pay the account of the Hospital in accordance with the Hospital's Charge Master and terms of the Hospital. In the event any overpayment is received by the Hospital for this period of hospitalization, the undersigned authorize(s) application of the overpayment to any unpaid balance for which patient is responsible.

I agree to pay Erlanger Health System for any and all services rendered and expenses incurred by the patient. I, as the responsible person on this account, understand that bills are payable in full upon rendering of treatment. Bills for inpatient services are payable at discharge from the hospital.

I hereby consent and instruct that the Hospital can obtain my credit report at its sole discretion at any time and at its own expense and that the hospital may only provide such report to a third party for the sole purpose of aiding in collection evaluation and efforts on behalf of the Hospital. If my account is not paid in full within 30 days of the initial bill being sent to the last address I provided the Hospital and the Hospital has not confirmed in writing that Hospital has agreed to an acceptable payment plan, my account may be turned over for collection at Hospital's option. If my account is turned over to an attorney for collection, I agree to pay 33 1/3% of the balance for attorneys' fees regardless of whether filing a lawsuit is necessary to collect the balance. In addition to paying all costs incurred in filing the suit including but not limited to

*Additional sections on back are incorporated by reference herein.*

**CONDITIONS OF ADMISSION AND AUTHORIZATION FOR MEDICAL TREATMENT**

erlanger Page 1 of 2 25131 (Rev. 11/08/16)

CA8700

PATIENT IDENTIFICATION

## Orders Placed

None

## Medication Changes As of 2/20/2018 2:15 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection** | 3 | 2/20/2018 | |
| Give 3000 units (vWF) of Humate-P IV as needed for bleeding | | | |
| **diclofenac sodium** | | | |
| **Unchanged: diclofenac sodium 1 % gel** | 3 | 6/9/2017 | |
| Apply 2 g topically 4 (four) times a day. - topical (top) | | | |
| **Discontinued: diclofenac sodium 1 % gel** | | | |

**Medication Changes (continued)** As of 2/20/2018 2:15 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **MONTELUKAST SODIUM** | | | |
| **Unchanged: montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **Discontinued: montelukast (SINGULAIR) 10 mg tablet** | | | |

**Medication List at End of Visit** As of 2/20/2018 2:15 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler**<br>2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 | 10/2/2017 | 4/25/2018 |
| **antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection**<br>Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 3 | 2/20/2018 | |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)**<br>take 2 by mouth daily as directed<br>Patient Reported | | 5/27/2016 | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 10/2/2017 | 4/23/2018 |
| **traZODone (DESYREL) 50 mg tablet**<br>1-2 tabs po at night<br>Patient taking differently: 25 mg daily. 1-2 tabs po at night | 3 | 6/1/2017 | 3/30/2018 |

**Visit Diagnoses**

Von Willebrand disease (CMS/HCC) D68.0
Type 2N von Willebrand disease (CMS/HCC) D68.0
Acute hemorrhoid K64.9

**Smith, Leisha Dianne**

**MRN: 01114276**
**Description: 55 year old female**

Documentation Only Encounter Provider: Manoo Bhakta, MD (Pediatric Hematology and Oncology)
1/29/2018
Status: Open
EMG CH Oncology

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Media

Historical Paper Chart - Scan on 1/29/2018 1:25 PM : general clinic sheets june 2001--june 2010 (below)

**Name:** LEISHA SMITH **Diagnosis:** VON WILLIBRANDS DISEASE **DOB:**
**Date:** 6/11/07 **Protocol:**
**Ref #:** **BSA:** Today's BSA: % BSA Change:
**Consultant:** WT 66.7 kilo HT P 82 BP 144/77 R 20 T 98.3
**[illegible]ring MD:** Head Circumferance:

### HISTORY

**CC:** VON WILLIBRANDS DISEASE

Consult [ ] Referral [ ] Follow-Up [ ] Treatment [ ]

•Day —— •Week —— •Cycle

Transfusion [ ] Counsel [ ] Lab Only [ ] Acute Illness [ ]

**ROS:** CVL Problems; Alopecia; Mucositis; Abdominal Pain; Anorexia; Nausea/Vomiting; Diarrhea; Constipation; Diff. Walking; EENT: Neuro:; Resp: Psych:; CV: MS:; Skin:

ROUTINE MEDICATIONS: **HPI:**
Humate P only.
Nurse visit

**FH/SH:** Family of six. Leisha and 2 sons with VWD.

**PMH (and Problem List):**
Date Diagnosis
Prolonged bleeding following breast cyst biopsy.

### EXAMINATION

( Remarks: x = Abnormal V or / or N = Normal )

| | | |
|---|---|---|
| General | | Alert; Interactive |
| HEENT | | TM's Nl; O/P Nl; Conjunctivae Nl |
| Lungs | | Resp. effort Nl; CTA |
| [illegible]ovascular | | RRR; No Murmurs; No Gallop Rhythm |
| Abdomen | | Soft; Non-Tender |
| Liver | | Palpable No / Yes |
| Spleen | | Palpable No / Yes |
| Ano-GU | | |
| Extremities | | No Jt swelling; FROM; No Edema |
| Skin | | Nl |
| Lymph Nodes | | Cervical Nl; Axillary Nl |
| Neuro | | ( Mental Status: CN's; Motor; Sensory; Gait ) = Nl |
| Development | | Age appropriate |

Impression: VON WILLIBRANDS DISEASE

Acute Adverse Event
TYPE:
SEVERITY DESCRIPTION:
ATTRIBUTABLE TO:

[ ] Meets criteria for chemotherapy as ordered
**PLAN:** Reviewed and discussed with Patient [ ] Parent(s) [ ] Guardian [ ]

NEXT VISIT: ______ ADMIT [ ]
Counsel/Coordinate Care "face to face" (50%): Encounter Time______ Counsel Time______

### LABORATORY DATA

| | % Differential |
|---|---|
| WBC | segs |
| Hb | Bands |
| PLT(/K) | Lymphs |
| ANC | Mono |
| Retic | Eos |
| ESR | rLymphs |
| T Protein | Glucose |
| Alb | Alk Pase |
| Ca | AST |
| Na | ALT |
| K | T Bili |
| Cl | LDH |
| CO2-C | PO4 |
| BUN | Mg |
| Cr | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

[ ] CSF- Routine/Cytospin
[ ] CBC [ ] XRay
[ ] PCP
[ ] CSP

[illegible] Manoo Bhakta, MD
Eric Gratias, MD
Jennifer Keates-Baleeiro, MD
Charlotte Hughes, PNP
Janara Huff, MD Pediatric ID
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37403
TEL (423)778-7289 FAX (423)778-6848

Addressograph: HOSP. NUMBER 111-42-76

Lab/Radiology Ordered by: ...MD
Reviewed Rx Roadmap/Protocol

SIGNATURE:

JUN 13 2007

6/11/07 LEISHA SMITH Age : 45.2 Yrs BSA:

BRP = Blood Return Present

| DRUGS - Physician | DOSE - Nurse | BRP | Initial | Time |
|---|---|---|---|---|
| Humate P ~3000 units IV | Humate P 3000 I.U. IV | ✓ | [illegible] | 0920 |
| | | | | |

IVF Hydration:

Blood Transfusion: Filter Irrad. CMV Neg.

Premedication: Benadryl Tylenol HC

**I. V. Access**

Peripheral: [ ] Angio.: [ ] Butterfly: [ ]

Time: Place:

CVL: [ ] Dressing Changed: [ ]

NUMBY: [ ] EMLA: [ ] Fluori Methane: [ ]

HICKMAN: [ ] PORT: [ ] PICC LINE: [ ]

HEPARIN 10U/cc: [ ] HEPARIN 100U/cc: [ ]

**Following were noted and done:** Initial:

- Good Blood Return
- Flushes Well
- Lab Drawn
- Flushed with NS and Heparin
- CVL access d/c and flushed with heparin (see above)
- Dressing Dry and Intact

Injection: [ ] Arm: [ ] Thigh: [ ] IM: [ ] SQ: [ ]

Faces Pain Scale

0 NO HURT, 1 HURTS LITTLE BIT, 2 HURTS LITTLE MORE, 3 HURTS EVEN MORE, 4 HURTS WHOLE LOT, 5 HURTS WORST

**Nursing Notes**

0920 IV 23 G BTF started (L) hand. Humate-P given as ordered. Slow IV push - line flushes easily + had excellent old return; flushed c 10ml NS flushes easily + has excellent [illegible] return; IV d/c'd pressure [illegible] applied. [illegible] Breast bx scheduled for 10am

100 fully active, normal
90 minor restrictions in physically strenuous activity
80 active, but tires more quickly
70 both greater restriction of, and less time spent in, active play
60 up and around but minimal active play, keeps busy with quieter activities
50 gets dressed, but lies around much of the day; no active play; able to participate in quiet play and activities
40 mostly in bed; participates in quiet activities
30 in bed; needs assistance even for quiet play
20 often sleeping; play entirely limited to very passive activities
10 no play; does not get out of bed
0 unresponsive

Lansky Score:(1 - 16 Yr)

PEDIATRICS ADMISSION HISTORY: No new findings except for information noted below.

Physical and Emotional Abuse: N Y

Medications taken since last visit RN Initial:

Smith, Leisha Dianne (MR # 01114276) DOB | Encounter Date: 01/29/2018

**Media (continued)**

☐ Baroness Erlanger Hospital
☐ Erlanger North

**ERLANGER MEDICAL CENTER**[redacted]
975 E[redacted]d Street Chattanooga, Tennessee 374[redacted]

☐ T.C. Thompson Children's Hospital
☐ Willie D. Miller Eye Center
☐ Plaza Ambulatory Care Center

| PATIENT NO. | OP CLINIC | ER | REG. BY | MEDICAL CENTER AREA | REGISTRATION DATE | TIME | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| 30098AAS | CHHM | | 500 | 002 | 02/27/92 | 0911 | 111-48-76 |

PATIENT

NAME AND ADDRESS: [redacted]MITH LEISHA DIANNE CAMPBELL

CLASS: 53 SERVICE: PEDTR FC: 02

SEX: F MS: M RACE: 1 P OR S: P

BIRTHDATE: AGE: 29Y

PREVIOUS ADMISSION DATE:

EMPLOYER: HOUSE WIFE

PT SOCIAL SECURITY NUMBER:

MEANS OF ARRIVAL: SELF PRIVATE VEHICLE

ATTENDING PHYSICIAN: 248309 BHAKTA MANOJ MD

GUAR.

NAME AND ADDRESS: SMITH EDDIE W HUSBAND

EMPLOYER: CLEVELAND ANIMAL SHELTER NO INS 615/479-2122 724 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 CONTROL OFFI

COMPLAINT: [illegible] F0011 NO REFERRING DOCTOR

BELONG. CLOTHING ____ VALUABLES ____

DISPOS. ADMIT ____ AT ____ M DISMISS ____ M DIED ____ M

NOTIFIC. POLICE ____ RELATIVE ____ CORONER ____

NURSING ASSESSMENT

T 99[3] BP 104/69 P 78 R 20 WT

ALLERGIES | T. TOXOID

| [redacted] HISTORY PHYSICAL FINDINGS | HOUR | B/P | T | P | R | ORDERS / OBSERVATIONS | INIT. |
|---|---|---|---|---|---|---|---|
| DDAVP TRIAL – for dental extraction today | | | | | | U/A – dip (in. ord. Hgb) | |
| 10[10] B/p – 104/69 P-78 PRE-DDAVP | | | | | | PRE-RISTOCETIN 5000 | |
| | | | | | | POST-RISTOCETIN 5000 | |
| 10[30] B/p – 106/70 P-81 POST-DDAVP | | | | | | To [illegible] | |
| | | | | | | DDAVP 1/2 mcg [illegible] | |
| [illegible] – in U/A will not | | | | | | 4 ml. | |
| use Amicar post extractions | | | | | | | |
| | | | | | | R. [illegible] | |
| | | | | | | [illegible] | |
| | | | | | | 500 cc D5NS 1/2 [illegible] | |

FINAL DIAGNOSIS: Von Willebrand Disease

☐ LM ☐ UR ☐ EL

NURSE'S SIGNATURE: [signature] RN, CPNP. CONSULTANT'S SIGNATURE: [signature] ☐ RESIDENT

[redacted]DITION ON DISCHARGE ☐ UNCHANGED ☐ IMPROVED ☐ ADMITTED ☐ AMA DOCTOR'S SIGNATURE: [signature] ☐ PVT

[redacted]RUCTIONS TO PATIENT: [illegible]

FOLLOW UP CARE: WRITTEN ☐ VERBAL ☐
☐ OFFICE ☐ CLINIC ☐ NONE REQUIRED ☐ REFERRED TO

PHYSICIAN'S COPY

FORM 8843 (REV. 2/91) ☐ ADDENDUM

PATIENT / PARENT / GUARDIAN SIGNATURE

IF YOUR CONDITION BECOMES WORSE PLEASE CONTACT YOUR PHYSICIAN OR RETURN TO THE EMERGENCY UNIT.

**Media (continued)**

☐ Baroness Erlanger Hospital
☐ Plaza Ambulatory Care Center
☐ T.C. Thompson Children's Hospital
☐ Willie D. Miller Eye Center

**ERLANGER MEDICAL CENTER**
975 E. 3rd Street, Chattanooga, Tennessee 37403

☐ Erlanger North
☐ Erlanger East
☐ Alton Park Health Center
☐ Dodson Ave. Health Center

**PATIENT**

| PATIENT NO. | OP CLINIC | ER | REG. BY | MEDICAL CENTER AREA | REGISTRATION DATE | TIME | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| 43685213 | CHHM | | BAJ | 008 | 11/27/95 | 1405 | 111-42-76 |

NAME AND ADDRESS: SMITH LEISHA DIANNE CAMPBELL

| CLASS | SERVICE | FC | SEX | MS | RACE | P OR S |
|---|---|---|---|---|---|---|
| 56 | PEDTR | 09 | F | M | 1 | S |

BIRTHDATE: / AGE: 33Y
NO ADV DIRECTV
PREVIOUS ADMISSION DATE:
MOTHER

EMPLOYER: HOUSE WIFE
MEANS OF ARRIVAL: PRIVATE VEHICLE
ATTENDING PHYSICIAN: 24839 BHAKTA MANOJ MD.

**GUAR.**

NAME AND ADDRESS: SMITH LEISHA DIANNE SELF
EMPLOYER: UNEMPLOYED
784

COMPLAINT: HEMA
70001 NO REFERRING DOCTOR

**BELONG.** CLOTHING ____ VALUABLES ____
**DISPOS.** ADMIT ____ AT ____ M; DISMISS ____ M DIED ____ M
**NOTIFIC.** POLICE ____ RELATIVE ____; CORONER ____

NURSING ASSESSMENT

T 98.8 BP 115/78 P 87 R 20 WT 117

ALLERGIES | T. TOXOID

| HISTORY PHYSICAL FINDINGS | HOUR | B/P | T | P | R | ORDERS/OBSERVATIONS | INIT. |
|---|---|---|---|---|---|---|---|
| Had L breast cyst removed | 1950 | | | | | KOATE HP | |
| 11/16/95 - Still having bleeding | | | | | | 2200 u IV | |
| from excision site. Did not | | | | | | Lot 664NO21 | |
| receive DDAVP or KOATE HP. | | | | | | exp 1 June 96 | |
| | | | | | | 1100 X 2 VIALS | |
| | | | | | | to R antecubital via 23g | |
| | | | | | | butterfly. | bff |

FINAL DIAGNOSIS: VWD - will return as outpt for labs / bleeding ☐ EM ☐ UR ☐ EL

NURSE'S SIGNATURE ____ CONSULTANT'S SIGNATURE ____ ☐ RESIDENT
CONDITION ON DISCHARGE ☐ UNCHANGED ☐ IMPROVED ☐ ADMITTED ☐ AMA DOCTOR'S SIGNATURE [signature] ☐ PVT
INSTRUCTIONS TO PATIENT ____

FOLLOW UP CARE: WRITTEN ☐ MEDICAL RECORDS COPY FORM 3843 (Rev. 10/94)

**Media (continued)**

NAME: Smith, Leisha
Date: 5/14/96
St Jude #:
St Jude MD:
Referring M.D.

DIAGNOSIS: VWD
PROTOCOL:

BSA:
WT 44.3 HT P 84 BP 131/70 R 20 T 98.7

| INTERVAL HISTORY | EXAMINATION | |
|---|---|---|
| Leisha c/o hurt (R) post knee. also pain lower calf - no history of injury. | (Remarks x = abnormal) | |
| | 1.General | |
| | 2.HEENT | |
| | 3.Lungs | |
| | 4.Cardiovascular | |
| | 5.Abdomen | |
| | 6.Liver | |
| | 7.Spleen | Tender knot (R) post knee (+) Homan sign |
| | 8.Ano-Gen | |
| | 9.Extremities | |
| | 10.Skin | |
| | 11.Lymph Nodes | |
| | 12.Neuro | leg measures 0.5 cm > than (L) |
| | 13.Development | |

| LABORATORY DATA | %DIFFERENTIAL |
|---|---|
| WBC | SEGS |
| HB | BANDS |
| PLT | LYMPHS |
| ANC | MONOS |
| | EOS |
| | BASO |

Impression:
PLAN: Doppler neg. -
Follow -
Call if not improving
Von Willebrand

Bld. Tx: Filter CMV neg Irrad
Premed: Benadryl ; Tyelenol; HC

NEXT VISIT:

**St. JUDE AFFILIATE**
AT T.C. THOMPSON CHILDREN'S HOSPITAL

CHATTANOOGA, TN
TEL. (423)778-6341
FAX (423)778-6848

Addressograph
[signature]

**Media (continued)**

**NAME:**
**Date :**
**St Jude # :**
**St Jude MD:**
**Referring M.D.**

**DIAGNOSIS:**
**PROTOCOL:**

**BSA :**
WT HT P BP R T

| INTERVAL HISTORY | EXAMINATION | |
|---|---|---|
| | (Remarks x = abnormal) | |
| | 1.General | |
| | 2.HEENT | |
| | 3.Lungs | |
| | 4.Cardiovascular | |
| | 5.Abdomen | |
| | 6.Liver | |
| | 7.Spleen | |
| | 8.Ano-Gen | |
| | 9.Extremities | |
| | 10.Skin | |
| | 11.Lymph Nodes | |
| | 12.Neuro | |
| | 13.Development | |

| LABORATORY DATA | |
|---|---|
| | %DIFFERENTIAL |
| WBC | SEGS |
| HB | BANDS |
| PLT | LYMPHS |
| ANC | MONOS |
| | EOS |
| | BASO |

**Impression:**
**PLAN:**

**Bld. Tx:** Filter CMV neg Irrad
**Premed:** Benadryl ; Tyelenol; HC

**NEXT VISIT :**

**Addressograph**

**St. JUDE AFFILIATE**
**AT T.C. THOMPSON CHILDREN'S HOSPITAL**
**CHATTANOOGA, TN**
**TEL. (423)778-6341**
**FAX (423)778-6848**

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 01/29/2018

**Media (continued)**

NAME: LEISHA SMITH
Date: 10/3/2000
St Jude #:
St Jude MD:
Referring M.D.

DIAGNOSIS: VON WILLIBRANDS DISEASE DOB
PROTOCOL:
TODAY'S BSA: % BSA Change:
BSA:
WT HT P BP R T

## INTERVAL HISTORY

CC: Check Up Chemo. Week Treatment Acute Illness Counsel Consult
PROBLEM LIST: Active
Resolved
ROS: EENT____CV____RESP____GI____MS____NEURO____PSYCH____SKIN____
FH/SH:
PMH DATE DIAGNOSIS:

CURRENT HISTORY:
Meds Taken at Home: YES__ NO__
Review Roadmap: YES__ NO__

## LABORATORY DATA

| | %DIFFERENTIAL |
|---|---|
| WBC | SEGS |
| HB | BANDS |
| PLT | LYMPHS |
| ANC | MONOS |
| | EOS |
| | BASO |

Na K Cl CO2-
CSP
BUN Cr
Mg
Alk Phos Bili AST
ALT

## EXAMINATION

(Remarks x = abnormal)
1. General
2. HEENT
3. Lungs
4. Cardiovascular
5. Abdomen
6. Liver
7. Spleen
8. Ano-Gen
9. Extremities
10. Skin
11. Lymph Nodes
12. Neuro
13. Development

Impression:

PLAN:

NEXT VISIT: TIME:______mins
[I/5,II/10,III/15,IV/25,V/40]

St. JUDE AFFILIATE
T.C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA, TN
TEL. (423)778-7289 FAX (423)778-6848

Addressograph TCTNUMBER: 111-42-76

SIGNATURE:______

10/3/2000 LEISHA SMITH

| DRUGS - Physician | Dose - Nurse | INITIAL | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IVF HYDRATION:

| | | | |
|---|---|---|---|
| Blood transfusion:______________ | Filter | CMV Neg | Irrad |
| Premedication: | Benadryl | Tylenol | HC |

**Nursing Notes**

KARNOFSKY
FULLY ACTIVE------------------90-100
RESTRICTED PLAY-----------70-<90
AMBULATORY, NO PLAY ---50-<70
BED OR WHEELCHAIR------30-<50
NO SELF CARE-------------------<30

TCTNUMBER: 111-42-78

Charge Sheet: YES__ NO__

**Additional Physician Notes:**

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 01/29/2018

**Media (continued)**

NAME: LEISHA SMITH
Date: 6/1/2001
St Jude #:
St Jude MD:
Referring M.D.

DIAGNOSIS: VON WILLIBRANDS DISEASE DOB
PROTOCOL:
TODAY'S BSA: % BSA Change:
BSA: 1.62
WT 56 HT P 66 BP 127/64 R 20 T 90

## INTERVAL HISTORY

CC: (Check Up) Chemo. Week (Treatment) Acute illness Counsel Consult

PROBLEM LIST: Active
Resolved

ROS: EENT___ RESP___ GI___ MS___ NEURO___ PSYCH___ SKIN___ CV___

FH/SH:
PMH DATE DIAGNOSIS:

Koate HP — 11/27/95
S/P removal of breast cyst
& sig subsequent hemorrhage

HPI: Review Roadmap: YES__ NO__
Meds Taken at Home: YES__ NO__

GI specialist plans to do 16G needle liver biopsy.
Plan to cover with Koate DVI [illegible]

## LABORATORY DATA

| | %DIFFERENTIAL |
|---|---|
| WBC | SEGS |
| HB | BANDS |
| PLT | LYMPHS |
| ANC | MONOS |
| | EOS |
| | BASO |

| | |
|---|---|
| Na | AlkP |
| K | AST |
| Cl | ALT |
| CO2-C | T Bili |
| BUN | LDH |
| Cr | Ca |
| Glu | PO4 |
| T Protein | Mg |
| Alb | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

## EXAMINATION

(Remarks x = abnormal)

| | | |
|---|---|---|
| 1.General | | Alert Ambulatory |
| 2.HEENT | | TM's NL; O/P cl |
| 3.Lungs | | CTA |
| 4.Cardiovascular | | RRR; No Murmers |
| 5.Abdomen | | Soft NON Tender |
| 6.Liver | | Palpable NO/YES |
| 7.Spleen | | Palpable NO/YES |
| 8.Ano-Gen | | |
| 9.Extremities | | NL |
| 10.Skin | | NL |
| 11.Lymph Nodes | | cervical NL |
| 12.Neuro | | Mental Status;CNs;Motor |
| 13.Development | | NL |

Impression: Premed prior to liver Biopsy

PLAN:

NEXT VISIT: Call if any problems.

St. Jude Affiliate
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37421
TEL: (423)778-7289 FAX (423)778-6848
E-MAIL bhaktamg@erlanger.org

Addressograph
LEVEL/TIME(mins.): [ I/5, II/10, III/15, IV/25, V/40 ]
TCTNUMBER: 111-42-76
JUN 08 2001

SIGNATURE..PNP:
SIGNATURE..MD: [signature]

6/1/2001 LEISHA SMITH

| DRUGS - Physician | Dose - Nurse | INITIAL | TIME |
|---|---|---|---|
| DDAVP 16 mcg in 50cc NS | 16mcg | DP. | 0945 |
| Koate DVI ~3000 units IV | 3,200 units | PP. | 1015 |
| Lot H-665W009 | | | |
| exp. May 11, 2002 | | | |

IVF HYDRATION:

| Blood transfusion: | Filter | CMV Neg | Irrad |
|---|---|---|---|
| Premedication: | Benadryl | Tylenol | HC |

**Nursing Notes**

0940 - IV started in rt. hand - DDAVP - good dark blood return - per I Med
1015 - Koate given - flushed with NS & IV D/C.
Deb Doane

KARNOFSKY
FULLY ACTIVE-----90-100
RESTRICTED PLAY-----70-<90
AMBULATORY, NO PLAY ---50-<70
BED OR WHEELCHAIR-----30-<50
NO SELF CARE-----<30

TCTNUMBER: 111-42-76

Charge Sheet: YES__ NO__

**Additional Physician Notes:**

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 01/29/2018

**Media (continued)**

Name: LEISHA SMITH
Date: 2/19/02
Ref #:
Consultant:
[redacted]ring MD:

Diagnosis: VON WILLIBRANDS DISEASE DOB:
Protocol:
BSA: Today's BSA: % BSA Change:
WT HT P BP R T

## HISTORY

| CC: | ROS: | Review Rx Roadmap: YES_____ NO___ N/A___ / HPI: Meds Taken: YES___ NO___ N/A___ | FH/SH: |
|---|---|---|---|
| VON WILLIBRANDS DISEASE | Alopecia | See comprehensive form | |
| | Mucositis | | |
| | CVL Problems | | PMH: Date Diagnosis |
| Consult ☐ | Abdominal Pain | | |
| Referral ☐ | Anorexia | | |
| Follow-Up ☐ | Nausea/Vomiting | | |
| Chemo. Rx ☐ | Diarrhea | | |
| ·Day — ·Week — ·Cycle — | Constipation | | |
| | Diff. Walking | | |
| Transfusion ☐ | EENT: Neuro: | | |
| Counsel ☐ | Resp: Psych: | | |
| Lab Only ☐ | CV: MS: | | |
| Acute Illness ☐ | Skin: | | |

## EXAMINATION

(Remarks: x = Abnormal N = Normal)

| | | |
|---|---|---|
| General | | Alert; Interactive |
| HEENT | | TM's Nl; O/P Nl; Conjunctivae Nl |
| [redacted]s | | Resp. effort Nl; CTA |
| [redacted]ovascular | | RRR; No Murmers; No Gallop Rhythm |
| Abdomen | | Soft; Non-Tender |
| Liver | | Palpable No / Yes |
| Spleen | | Palpable No / Yes |
| Ano-GU | | |
| Extremities | | No Jt swelling; FROM; No Edema |
| Skin | | Nl |
| Lymph Nodes | | Cervicle Nl; Axillary Nl |
| Neuro | | (Mental Status; CN's; Motor; Sensory) = Nl |
| Development | | Age appropriate |

Impression:

PLAN:

Plan Reviewed and discussed with Parents/Guardian

## LABORATORY DATA

| | % Differential |
|---|---|
| WBC | segs |
| Hb | Bands |
| PLT( /K ) | Lymphs |
| ANC | Mono |
| | Eos |
| | Baso |
| T Protein | Glucose |
| Alb | Alk Pase |
| Ca | AST |
| Na | ALT |
| K | T Bili |
| Cl | LDH |
| CO2-C | PO4 |
| BUN | Mg |
| Cr | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

NEXT VISIT: ADMIT

[redacted]niversity Pediatrics (HEM-ONC)
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37403
Tel. (423)778-7289 Fax (423)778-6848
E-Mail: bhaktamg@erlanger.org

Addressograph: HOSP. NUMBER 111-42-76

MAR 0 4 2002

SIGNATURE...PNP:

SIGNATURE...MD:

2/19/02 LEISHA SMITH BSA:

BRP = Blood Return Present

| DRUGS - Physician | DOSE - Nurse | BRP | Initial | Time |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

IVF Hydration:

Blood Transfusion: Filter Irrad. CMV Neg.

Premedication: Benadryl Tylenol HC

**I. V. Access**

Peripheral: Angio.: ☐ Butterfly: ☐

Time: Place:

CVL: Dressing Changed: ☐

NUMBY: ☐ EMLA: ☐ Fluori Methane: ☐

HICKMAN: ☐ PORT: ☐ PICC LINE: ☐

HEPARIN 10U/cc: ☐ HEPARIN 100U/cc: ☐

Following were noted and done: Initial:

- Good Blood Return
- Flushes Well
- Lab Drawn
- Flushed with NS and Heparin
- CVL access d/c and flushed with heparin (see above)
- Dressing Dry and Intact

Injection: Arm: ☐ Thigh: ☐ IM: ☐ SQ: ☐

Faces Pain Scale



**Nursing Notes**

**Special Studies/Notes**

CSF ☐ BM ☐ Plain X-Ray ☐ CT Scan ☐ MRI ☐ Nuclear Scan ☐ Other ☐

**Karnofsky Score:**

Fully Active————90 - 100

Restricted Play———70 - <90

Ambulatory, No Play—50 - <70

Bed or Wheelchair—30 - <50

No Self Care————<30

**Media (continued)**

**Name:** LEISHA SMITH **Diagnosis:** VON WILLIBRANDS DISEASE **DOB:**
**Date:** 11/16/04 (* On Study) **Protocol:** Nurse:
**Ref #:** **BSA:** Today's BSA: % BSA Change:
**Consultant:** **WT** **HT** **P** **BP** **R** **T**
**R[redacted]ring MD:**

## HISTORY

| CC: | ROS: | | FH/SH: |
|---|---|---|---|
| VON WILLIBRANDS DISEASE | CVL Problems __ | Review Rx Roadmap: YES______ NO____ N/A____ ROUTINE MEDICATIONS: HPI: | |
| | Alopecia | Cancelled per family | |
| | Mucositis | | PMH: Date Diagnosis |
| Consult ☐ | Abdominal Pain | | |
| Referral ☐ | Anorexia | | |
| Follow-Up ☒ | Nausea/Vomiting | | |
| Chemo. Rx ☐ | Diarrhea | | |
| -Day ---- | Constipation | | |
| -Week ---- -Cycle/Phase- | Diff. Walking | | |
| Transfusion ☐ | EENT: Neuro: | | |
| Counsel ☐ | Resp: Psych: | | |
| Lab Only ☐ | CV: MS: | | |
| Acute Illness ☐ | Skin: | | |

## EXAMINATION

( Remarks: x = Abnormal √ or / or N = Normal )

| | | |
|---|---|---|
| General | | Alert; Interactive |
| HEENT | | TM's Nl; O/P Nl; Conjunctivae Nl |
| Lungs | | Resp. effort Nl; CTA |
| C[redacted]vascular | | RRR; No Murmers; No Gallop Rhythm |
| A[redacted]men | | Soft; Non-Tender |
| Liver | | Palpable No / Yes |
| Spleen | | Palpable No / Yes |
| Ano-GU | | |
| Extremities | | No Jt swelling; FROM; No Edema |
| Skin | | Nl |
| Lymph Nodes | | Cervicle Nl; Axillary Nl |
| Neuro | | ( Mental Status; CN's; Motor; Sensory ) = Nl |
| Development | | Age appropriate |

**Impression:**

**Acute Adverse Event** **PLAN:**
TYPE:
SEVERITY DESCRIPTION:
ATTRIBUTABLE TO:
Plan Reviewed and discussed with Parents/Guardian

## LABORATORY DATA

| | % Differential |
|---|---|
| WBC | segs |
| Hb | Bands |
| PLT(/K) | Lymphs |
| ANC | Mono |
| Retic | Eos |
| ESR | Baso |
| T Protein | Glucose |
| Alb | Alk Pase |
| Ca | AST |
| Na | ALT |
| K | T Bili |
| Cl | LDH |
| CO2-C | PO4 |
| BUN | Mg |
| Cr | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

Hemophilia ⊖ panel

**NEXT VISIT:** **ADMIT**

[redacted]
Manoo Bhakta, MD Pediatric Hem/Onc
Eric Gratias, MD Pediatric Hem/Onc
Janara Huff, MD Pediatric Inf. Disease
Charlotte Hughes, PNP
**University Pediatrics (HEM-ONC / ID)**
**T. C. THOMPSON CHILDREN'S HOSPITAL**
**CHATTANOOGA TN 37403**
**TEL (423)778-7289 FAX (423)778-6848**

**Addressograph: HOSP. NUMBER 111-42-76**

NOV 22 2004

*SIGNATURE..PNP:*______

*SIGNATURE...MD:*

11/16/04 LEISHA SMITH BSA:

BRP = Blood Return Present

| DRUGS - Physician | DOSE - Nurse | BRP | Initial | Time |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**IVF Hydration:**

**Blood Transfusion:** Filter Irrad. CMV Neg.

**Premedication:** Benadryl Tylenol HC

**I. V. Access**

**Peripheral:** Angio.: ☐ Butterfly: ☐

Time: Place:

**CVL:** Dressing Changed: ☐

NUMBY: ☐ EMLA: ☐ Fluori Methane: ☐

HICKMAN: ☐ PORT: ☐ PICC LINE: ☐

HEPARIN 10U/cc: ☐ HEPARIN 100U/cc: ☐

**Following were noted and done:** Initial:

- Good Blood Return
- Flushes Well
- Lab Drawn
- Flushed with NS and Heparin
- CVL access d/c and flushed with heparin (see above)
- Dressing Dry and Intact

**Injection:** Arm: ☐ Thigh: ☐ IM: ☐ SQ: ☐

Faces Pain Scale



**Nursing Notes**

**Medications taken since last visit**

Meds Taken: Initial - YES______ NO______ N/A____

**Karnofsky Score:**

Fully Active————90 - 100

Restricted Play———70 - <90

Ambulatory, No Play–50 - <70

Bed or Wheelchair—30 - <50

No Self Care————<30

**Media (continued)**

Name: LEISHA SMITH
Date: 5/3/05
Ref #:
Consultant:
Referring MD:

Diagnosis: VON WILLIBRANDS DISEASE
(* On Study) Protocol:
BSA: Today's BSA:
WT 64.6 HT 162.1 P 93 BP 112/79 R 21 T 97

DOB:
Nurse:
% BSA Change:

**HISTORY**

CC: VON WILLIBRANDS DISEASE

| | |
|---|---|
| Consult | [ ] |
| Referral | [ ] |
| Follow-Up | [X] |
| Chemo. Rx | [ ] |
| •Day •Week •Cycle/Phase | |
| Transfusion | [ ] |
| Counsel | [ ] |
| Lab Only | [ ] |
| Acute Illness | [ ] |

ROS: CVL Problems; Alopecia; Mucositis; Abdominal Pain; Anorexia; Nausea/Vomiting; Diarrhea; Constipation; Diff. Walking; EENT: Neuro:; Resp: Psych:; CV: MS:; Skin:

Review Rx Roadmap: YES____ NO____ N/A____
ROUTINE MEDICATIONS: HPI:

See Consultation Note

FH/SH: ~~[illegible]~~ Family h/o sis, her brother and 2 sons with VWB

PMH: Date Diagnosis

**EXAMINATION**

( Remarks: x = Abnormal V or / or N = Normal )

| | | |
|---|---|---|
| General | | Alert; Interactive |
| HEENT | | TM's Nl; O/P Nl; Conjunctivae Nl |
| Lungs | | Resp. effort Nl; CTA |
| Cardiovascular | | RRR; No Murmers; No Gallop Rhythm |
| Abdomen | | Soft; Non-Tender |
| Liver | | Palpable No / Yes |
| Spleen | | Palpable No / Yes |
| Ano-GU | | |
| Extremities | | No Jt swelling; FROM; No Edema |
| Skin | | Nl |
| Lymph Nodes | | Cervicle Nl; Axillary Nl |
| Neuro | | ( Mental Status; CN's; Motor; Sensory ) = Nl |
| Development | | Age appropriate |

Impression:

Acute Adverse Event
TYPE:

SEVERITY DESCRIPTION:

ATTRIBUTABLE TO:

PLAN:

Plan Reviewed and discussed with Parents/Guardian

**LABORATORY DATA**

| | % Differential |
|---|---|
| WBC 7.4 | segs 69 |
| Hb 13.5 | Bands |
| PLT(/K) 320 | Lymphs 19 |
| ANC | Mono 5 |
| Retic 0.90 | Eos 2 |
| ESR | ~~Baso~~ RL 5 |
| T Protein 8 | Glucose 85 |
| Alb 4 | Alk Pase 83 |
| Ca 10.1 | AST 31 |
| Na 141 | ALT 26 |
| K 4.1 | T Bili 0.4 |
| Cl 108 | LDH 432 |
| CO2-C 25 | PO4 3.2 |
| BUN 11 | Mg 1.8 |
| Cr 0.9 | Uric Acid 3.7 |
| FEP | CSP |
| Ferritin | ~~MTX~~ URINALYSIS WNL |

Hemophilia (neg)
CBC PTT
HIV ELISA Hep C Viral Load
Hep C Genotype

NEXT VISIT: ADMIT

Manoo Bhakta, MD Pediatric Hem/Onc
Eric Gratias, MD Pediatric Hem/Onc
Janara Huff, MD Pediatric Inf. Disease
Charlotte Hughes, PNP
University Pediatrics (HEM-ONC / ID)
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37403
TEL (423)778-7289 FAX (423)778-6848

Addressograph: HOSP. NUMBER 111-42-76

SIGNATURE..PNP: ____ MAY 13 2005

SIGNATURE...MD:

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 01/29/2018

**Media (continued)**

5/3/05 LEISHA SMITH BSA:

BRP = Blood Return Present

| DRUGS - Physician | DOSE - Nurse | BRP | Initial | Time |
|---|---|---|---|---|
| HEP A VACCINE | | | | |
| VAQTA LOT# 0464N | 1mL ℘ | | ℘ | 1210 |

**IVF Hydration:**

**Blood Transfusion:** Filter Irrad. CMV Neg.

**Premedication:** Benadryl Tylenol HC

**I. V. Access**

**Peripheral:** Angio.: ☐ Butterfly: ☐

Time: Place:

**CVL:** Dressing Changed: ☐

NUMBY: ☐ EMLA: ☐ Fluori Methane: ☐

HICKMAN: ☐ PORT: ☐ PICC LINE: ☐

HEPARIN 10U/cc: ☐ HEPARIN 100U/cc: ☐

**Following were noted and done:** Initial:

- •Good Blood Return
- •Flushes Well
- •Lab Drawn
- •Flushed with NS and Heparin
- •CVL access d/c and flushed with heparin (see above)
- •Dressing Dry and Intact

**Injection:** Arm: ☐ Thigh: ☐ IM: ☐ SQ: ☐

Faces Pain Scale

0 NO HURT, 1 HURTS LITTLE BIT, 2 HURTS LITTLE MORE, 3 HURTS EVEN MORE, 4 HURTS WHOLE LOT, 5 HURTS WORST

**Nursing Notes**

Ventures (w) 0940 (SM)
Labs drawn c̄ 23 gauge butterfly to (R) AC. ℘
1210 Hepatitis A vaccine given per IM injection to (R) arm. ℘
KHatz RN

**Medications taken since last visit**

Meds Taken: Initial - YES_____ NO_____ N/A____

**Karnofsky Score:**

- Fully Active——————90 - 100
- Restricted Play———70 - <90
- Ambulatory, No Play--50 - <70
- Bed or Wheelchair—30 - <50
- No Self Care————<30

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 01/29/2018

**Media (continued)**

**Name:** LEISHA SMITH
**Diagnosis:** VON WILLIBRANDS DISEASE **DOB:**
**Date:** 3/8/06
**Protocol:**
**Ref #:**
**BSA:** Today's BSA: % BSA Change:
**Consultant:**
WT 64.4 HT P 84 BP 133/67 R 20 T 98.5
**Referring MD:**
**HISTORY**
Head Circumference:

| CC: | ROS: | ROUTINE MEDICATIONS: HPI: | FH/SH: |
|---|---|---|---|
| VON WILLIBRANDS Muscle Bleed | CVL Problems N | Injured (R) lower leg with increasing swelling and pain. | Family of six. Leisha and 2 sons with VWD. |
| Consult [ ] | Alopecia n | Ambulatory with limp | **PMH:** Date Diagnosis |
| Referral [ ] | Mucositis n | | Prolonged bleeding following breast cyst biopsy |
| Follow-Up [ ] | Abdominal Pain n | | |
| Treatment [X] | Anorexia n | | |
| •Day — •Week — •Cycle | Nausea/Vomiting n | | |
| | Diarrhea n | | |
| | Constipation n | | |
| | Diff. Walking n | | |
| Transfusion [ ] | EENT: ✓ Neuro: | | |
| Counsel [ ] | Resp: ✓ Psych: | | |
| Lab Only [ ] | CV: ✓ MS: X | | |
| Acute Illness [ ] | Skin: ✓ | | |

**EXAMINATION**

(Remarks: x = Abnormal V or ✓ or N = Normal)

| | | |
|---|---|---|
| General | ✓ | Alert; Interactive |
| HEENT | ✓ | TM's Nl; O/P Nl; Conjunctivae Nl |
| Lungs | ✓ | Resp. effort Nl; CTA |
| Cardiovascular | ✓ | RRR; No Murmurs; No Gallop Rhythm |
| Abdomen | ✓ | Soft; Non-Tender |
| Liver | | Palpable (No) Yes |
| Spleen | | Palpable (No) Yes |
| Ano-GU | | |
| Extremities | X | No Jt swelling; FROM; No Edema (R) lateral knee [illegible] |
| Skin | | Nl [illegible] hematoma |
| Lymph Nodes | | Cervical Nl; Axillary Nl and ecchymosis with |
| Neuro | | (Mental Status; CN's; Motor; Sensory; Gait) = Nl swelling [illegible] |
| Development | | Age appropriate through |

**Impression:** 1: VWD low factor 8 2: Muscle Bleed

**LABORATORY DATA**

| | % Differential |
|---|---|
| WBC | segs |
| Hb | Bands |
| PLT(/K) | Lymphs |
| ANC | Mono |
| Retic | Eos |
| ESR | rLymphs |
| T Protein | Glucose |
| Alb | Alk Pase |
| Ca | AST |
| Na | ALT |
| K | T Bili |
| Cl | LDH |
| CO2-C | PO4 |
| BUN | Mg |
| Cr | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

[ ] CSF- Routine/Cytospin
[ ] CBC [ ] XRay
[ ] PCP
[ ] CSP
Ø

**Acute Adverse Event**
TYPE: Ø
SEVERITY DESCRIPTION:
ATTRIBUTABLE TO:

**PLAN:** Reviewed and discussed with Patient [X] Parent(s) [ ] Guardian [ ]
Call if no impr in 48h

Reviewed Rx Roadmap/Protocol: YES___ NO X N/A___

Manoo Bhakta, MD Pediatric Hem/Onc
Eric Gratias, MD Pediatric Hem/Onc
Janara Huff, MD Pediatric Inf. Disease
Charlotte Hughes, PNP
University Pediatrics (HEM-ONC / ID)
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37403
TEL (423)778-7289 FAX (423)778-6848

**Addressograph:** HOSP. NUMBER 111-42-76
**NEXT VISIT:** [ ] ADMIT
**Lab/Radiology Ordered by:** ...MD
MAR 09 2006
SIGNATURE..PNP:
SIGNATURE...MD: [signature]

**Media (continued)**

3/6/06 LEISHA SMITH BSA:

BRP = Blood Return Present

| DRUGS - Physician | DOSE - Nurse | BRP | Initial | Time |
|---|---|---|---|---|
| Humate P | | | | |
| ~~Koate HP~~ ~3000 units IV | | | | |
| [illegible] | | | | |
| 507 units per vial x 6 | 3042 units | ✓ | [illegible] | 1540 |
| LOT # 31966611C | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**IVF Hydration:**

**Blood Transfusion:** Filter Irrad. CMV Neg.

**Premedication:** Benadryl Tylenol HC

**I. V. Access**

**Peripheral:** Angio.: ☐ Butterfly: ☐

Time: Place:

**CVL:** ☐ Dressing Changed: ☐

NUMBY: ☐ EMLA: ☐ Fluori Methane: ☐

HICKMAN: ☐ PORT: ☐ PICC LINE: ☐

HEPARIN 10U/cc: ☐ HEPARIN 100U/cc: ☐

**Following were noted and done:** Initial:

- Good Blood Return
- Flushes Well
- Lab Drawn
- Flushed with NS and Heparin
- CVL access d/c and flushed with heparin (see above)
- Dressing Dry and Intact

**Injection:** ☐ Arm: ☐ Thigh: ☐ IM: ☐ SQ: ☐

Faces Pain Scale



**Nursing Notes**

1500 Vital signs. [initials] Injured back & (R) knee Saturday afternoon. [initials]
1540 Freshstick with 23 gauge butterfly to (L) AC on 2nd attempt; flushes easily c̄ excellent blood return. Humate-P given slow IVP over 5 minutes and flushed. Butterfly D/C'd and pressure band-aid applied. Tolerated

**Lansky Score:(1 - 16 Yr)**

**Medications taken since last visit**

**Media (continued)**

Name: LEISHA SMITH
Date: 8/17/09
Ref #:
Consultant:
Referring MD:

Diagnosis: VON WILLIBRANDS DISEASE
Protocol:
BSA: Today's BSA:
WT 63.4 HT 161 P 79 BP 148/93 R 32 T 98.7
HISTORY

DOB:
% BSA Change:
Head Circumferance:

| CC: | ROS: | ROUTINE MEDICATIONS: HPI: Date Diagnosis: | FH/SH: |
|---|---|---|---|
| VON WILLIBRANDS DISEASE | CVL Problems | For Breast [illegible] Biopsy | Family of six. Leisha and 2 sons with VWD. |
| Consult [ ] | Alopecia | | |
| Referral [ ] | Mucositis | | **Medical/Surgical Hx (and Problem List):** Allergy to Meds: |
| Follow-Up [ ] | Abdominal Pain | | **Prolonged bleeding following breast cyst biopsy.** |
| Treatment [✓] | Anorexia | | |
| •Day — •Week — •Cycle | Nausea/Vomiting | | |
| | Diarrhea | | |
| | Constipation | | |
| | Diff. Walking | | |
| Transfusion [ ] | EENT: Neuro: | | |
| Counsel [ ] | Resp: Psych: | | |
| Lab Only [ ] | CV: MS: | | |
| Acute Illness [ ] | Skin: | | |

**EXAMINATION**

| (Remarks: x = Abnormal ✓ or / or N = Normal) | | |
|---|---|---|
| General | ✓ | Alert; Interactive |
| HEENT | | TM's Nl; O/P Nl; Conjunctivae Nl |
| Lungs | | Resp. effort Nl; CTA |
| Cardiovascular | | RRR; No Murmurs; No Gallop Rhythm |
| Abdomen | | Soft; Non-Tender |
| Liver | | Palpable No / Yes |
| Spleen | | Palpable No / Yes |
| Ano-GU | | DNC |
| Extremitics | | No Jt swelling; FROM; No Edema |
| Skin | | Nl |
| Lymph Nodes | | Cervical Nl; Axillary Nl |
| Neuro | | (Mental Status; CN's; Motor; Sensory; Gait) = Nl |
| Development | | Age appropriate |

Impression: VON WILLIBRANDS DISEASE DDAVP Infusion

**LABORATORY DATA**

| | |
|---|---|
| T Protein | Glucose |
| Alb | Alk Pase |
| Ca | AST |
| Na | ALT |
| K | T Bili |
| Cl | LDH |
| CO2-C | PO4 |
| BUN | Mg |
| Cr | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

[ ] CSF- Routine/Cytospin [ ] ADMIT [ ] Meet criteria for chemotherapy as ordered [ ] Acute Adverse Event

[ ] CBC
[ ] PCP
[ ] CSP
[ ] XRay

PLAN: Reviewed and discussed with Patient [X] Parent(s) [ ] Guardian [ ] Reviewed Rx Roadmap/Protocol

DDAVP infusion

Counsel/Coordinate Care "face to face" (50%):
Encounter Time________
Counsel Time________

Lab/Radiology Ordered by:________ ...MD

Manoo Bhakta, MD
Eric Gratias, MD
Jennifer Keates-Baleeiro, MD
Janara Huff, MD Pediatric ID
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37403
TEL (423)778-7289 FAX (423)778-6848

Addressograph: HOSP. NUMBER 111-42-76

SIGNATURE: MBhakta

AUG 19 2009

SMITH ,LEISHA DIANNE
01114276 96-332-838
F 47 Y
BHAKTA, MANOO MD ADM: 08/17/09

8/17/09 **LEISHA** **SMITH** Age : 47.4 Yrs BSA:

CBC: WBC HB PLATELETS(K/MI) ANC( A / M ) NEXT APPT. DATE: ______ AM PM

6-MP 1/2 1 1 1/2 2 2 1/2 3 (TABS) DAILY ON: MON TUE WED THU FRI SAT SUN

6-MP 1/2 1 1 1/2 2 2 1/2 3 (TABS) DAILY ON: MON TUE WED THU FRI SAT SUN

METHOTREXATE: ______ TABS ONE TIME TODAY ONLY | DEXAMETHASONE: ______ MG in AM; ______ MG in PM for ___ days

OTHER INSTRUCTIONS:

| DRUGS - Physician (BRP = Blood Return Present) | BRP | DOSE - Nurse | Initial | Time |
|---|---|---|---|---|
| DDAVP - 15 micrograms IV | ✓ | 15 mcg | [initials] | 1120 |
| in 50 mL NS over 30 min | | | | |
| [signature] | | | | |

IVF Hydration:

Blood Transfusion: Filter Irrad. CMV Neg.

Premedication: Benadryl Tylenol HC

**I. V. Access** Laura Dickson RN

Peripheral: ☐ Angio.: ☐ Butterfly: ☒

Time: 1115 Place: RH

CVL: ☐ Dressing Changed: ☐

NUMBY: ☐ EMLA: ☐ Fluori Methane: ☐

HICKMAN: ☐ PORT: ☐ PICC LINE: ☐

HEPARIN 10U/cc: ☐ HEPARIN 100U/cc: ☐

Following were noted and done: Initial: ______
- Good Blood Return
- Flushes Well
- Lab Drawn
- Flushed with NS and Heparin
- CVL access d/c and flushed with heparin (see above)
- Dressing Dry and intact

Injection: ☐ Arm: ☐ Thigh: ☐ IM: ☐ SQ: ☐

Faces Pain Scale

0 NO HURT, 1 HURTS LITTLE BIT, 2 HURTS LITTLE MORE, 3 HURTS EVEN MORE, 4 HURTS WHOLE LOT, 5 HURTS WORST

**Nursing Notes**

1040 Vital signs done (sn)
1115 B/P 114/74, HR 65, RR 20. Butterfly c 2[...] started s difficulty. ——
1120 above DDAVP started. ——
1130 B/P 109/61, HR 76, RR 20. Facial flushing noted; no distress. ——
1135 DDAVP infused. NS flush started. ——
1140 B/P 127/65, HR 80, RR 20. ——
1150 B/P 114/66, HR 71, RR 20. Flush infused. no distress. IV d/c, site s redness or edema. Home in stable condition. ——

Physical and Emotional Abuse: (N) Y

Language Spoken: (ENG) SP Other

**Medications taken at home/discharge**

PEDIATRICS ADMISSION HISTORY: Education level assessed and barriers to learning, preferred learning method; Communication problem; Use of tobacco, alcohol, illicit drugs; Fall Prevention; No new findings except for information noted below.

RN Initial: [initials]

| Medication / Dose | Taken (Y/N) | Cont. (Y/N) |
|---|---|---|
| None | | |

SMITH ,LEISHA DIANNE
01114276 96-332-838
F 47 Y
BRAKIA, ...JO MD - ADM: 08/17/09

Smith, Leisha Dianne (MR # 01114276) DOB: ( Encounter Date: 01/29/2018

**Media (continued)**

**Name:** LEISHA SMITH
**Date:** 6/11/10
**Ref #:**
**Consultant:**
[redacted]ing MD:

**Diagnosis:** VON WILLIBRANDS DISEASE
**Protocol:**
**BSA:** Today's BSA:
WT 65.5 HT 163 P 84

**DOB:**
% BSA Change:
BP 123/84 R 24 T 985
Head Circumferance:

## HISTORY

**CC:** VON WILLIBRANDS DISEASE

Consult [ ]
Referral [ ]
Follow-Up [ ]
Treatment [ ]

•Day —
•Week —
•Cycle

Transfusion [ ]
Counsel [ ]
Lab Only [ ]
Acute Illness [ ]

**ROS:**
CVL Problems Ø
Alopecia Ø
Mucositis Ø
Abdominal Pain Ø
Anorexia Ø
Nausea/Vomiting Ø
Diarrhea Ø
Constipation Ø
Diff. Walking Ø
EENT Ø Neuro Ø
Resp Ø Psych Ø
CV: Ø MS Ø
Skin Ø

ROUTINE MEDICATIONS: **HPI:**
- 11:00 Today @ OSH Stereotactic biopsy → Cluster of micro calcifi in Ⓛ breast (3rd)
- Has family history of BRCA (mother, cousin)
- Had son who died 2007 (CF, VWB, & Kidney TP

**FH/SH:**
Family of six. Leisha and 2 sons with VWD.

**PMH (and Problem List):**
Date Diagnosis
Prolonged bleeding following breast cyst biopsy.

## EXAMINATION

( Remarks: x = Abnormal V or / or N = Normal )

| | | |
|---|---|---|
| General | ✓ | Alert; Interactive |
| HEENT | ✓ | TM's Nl; O/P Nl; Conjunctivae Nl glasses / congestion |
| Lungs | ✓ | Resp. effort Nl; CTA |
| C[redacted]vascular | ✓ | RRR; No Murmurs; No Gallop Rhythm |
| A[redacted]en | ✓ | Soft; Non-Tender |
| Liver | ✓ | Palpable (No) Yes |
| Spleen | ✓ | Palpable (No) Yes |
| Ano-GU | | NOT EXAMINED |
| Extremities | ✓ | No Jt swelling; FROM; No Edema |
| Skin | ✓ | Nl |
| Lymph Nodes | ✓ | Cervical Nl; Axillary Nl |
| Neuro | ✓ | ( Mental Status; CN's; Motor; Sensory; Gait ) = Nl |
| Development | ✓ | Age appropriate |

Impression: ① VON WILLIBRANDS DISEASE ② Breast Lump

PLAN: ① Von Willibrands Disease - DDAVP in preparation for biopsy @ 11:00 am for breast lump
② Breast Lump - 3rd Bx of Ⓛ breast & strong family history of BRCA.

Reviewed and discussed with Patient [ ✓ ] Parent(s) [ ] Guardian [ ]
Counsel/Coordinate Care "face to face" (50%): Encounter Time 45 Counsel Time 30

## LABORATORY DATA

| | % Differential |
|---|---|
| WBC | segs |
| Hb | Bands |
| PLT(/K) | Lymphs |
| ANC | Mono |
| Retic | Eos |
| ESR | rLymphs |
| T Protein | Glucose |
| Alb | Alk Pase |
| Ca | AST |
| Na | ALT |
| K | T Bili |
| Cl | LDH |
| CO2-C | PO4 |
| BUN | Mg |
| Cr | Uric Acid |
| FEP | CSP |
| Ferritin | MTX |

[ ] CSF- Routine/Cytospin
[ ] CBC [ ] XRay
[ ] PCP
[ ] ESR
[ ] CSP

JUN 14 2010

Manoo Bhakta, MD
Eric Gratias, MD
Jennifer Keates-Baleeiro, MD
Charlotte Hughes, PNP
Janara Huff, MD Pediatric ID
T. C. THOMPSON CHILDREN'S HOSPITAL
CHATTANOOGA TN 37403
TEL (423)778-7289 FAX (423)778-6848

Addressograph: HOSP. NUMBER 111-42-76
SMITH ,LEISHA DIANNE
01114276 98-702-376
F 48 Y
KEATES-BALEEIRO, ADM: 06/11/10

SIGNATURE: [signature]

Lab/Radiology Ordered by: ...MD

NEXT VISIT: ___
ADMIT [ ]

6/11/10 LEISHA SMITH Age : 48.2 Yrs BSA:

BRP = Blood Return Present

| DRUGS - Physician | DOSE - Nurse | BRP | Initial | Time |
|---|---|---|---|---|
| 16 mg DDAVP IV over 30 minutes | 16 mg | ✓ | DD | 1000 |

IVF Hydration:

Blood Transfusion: Filter Irrad. CMV Neg.

Premedication: Benadryl Tylenol HC

**I. V. Access**

Peripheral: Angio.: ☐ Butterfly: ☒

Time: Place: left hand

CVL: Dressing Changed: ☐

NUMBY: ☐ EMLA: ☐ Fluori Methane: ☐

HICKMAN: ☐ PORT: ☐ PICC LINE: ☐

HEPARIN 10U/cc: ☐ HEPARIN 100U/cc: ☐

Following were noted and done: Initial:
- Good Blood Return
- Flushes Well
- Lab Drawn
- Flushed with NS and Heparin
- CVL access d/c and flushed with heparin (see above)
- Dressing Dry and intact

Injection: Arm: ☐ Thigh: ☐ IM: ☐ SQ: ☐

Faces Pain Scale: 0 NO HURT, 1 HURTS LITTLE BIT, 2 HURTS LITTLE MORE, 3 HURTS EVEN MORE, 4 HURTS WHOLE LOT, 5 HURTS WORST

**Nursing Notes**

0905 vitals (DM)
1000 - [illegible] IV started in left hand good dark blood return - DDAVP per IV infusion pump - BP - 110/[illegible] - resp. 20
1015 - BP - 129/75 - HR - 73 - Facial flushing noted - face - no other complaints.
1035 - DDAVP completely infused - flushed with NS - [illegible] IV discontinued BP - 132/74 - HR - 78.
[signature]

RN Patient Education: - Treatment - Other: DDAVP

Physical and Emotional Abuse: N Y

Language Spoken: ENG SP Other RN Initial:

100 fully active, normal
90 minor restrictions in physically strenuous activity
80 active, but tires more quickly
70 both greater restriction of, and less time spent in, active play
60 up and around but minimal active play, keeps busy with quieter activities
50 gets dressed, but lies around much of the day, no active play; able to participate in quiet play and activities
40 mostly in bed; participates in quiet activities
30 in bed; needs assistance even for quiet play
20 often sleeping; play entirely limited to very passive activities
10 no play; does not get out of bed
0 unresponsive

Lansky Score:(1 - 16 Yr)

PEDIATRICS ADMISSION HISTORY: Education level assessed and barriers to learning, preferred learning method; Communication problem; Use of tobacco, alcohol, Illicit drugs; Fall Prevention;No new findings except for information noted

RN Initial: [signature]

SMITH , LEISHA DIANNE
01114276 98-702-376
2 F 48 Y
KEATES-BALEEIRO, ADM: 06/11/10

Historical Paper Chart - Scan on 1/29/2018 1:28 PM : comprehensive clinic sheets sept 1992--may 2005 (below)

**Media (continued)**

111-42-76

T. C. TH[illegible]ON CHILDREN'S HOSPITAL MEDICAL [illegible]NTER
HEMOPHILIA CLINIC

Date 9-15-92

NAME Leisha Smith Allergies: ____ Temp: 98[8]

Birthday ____ eight 112 Ht ____ B/P 113/79 Pulse 83 Resp 20

Chief Complaint and Duration: VWD - Annual ✓ up

Past History DDAVP TRIAL done 2/92 - Dental extraction 2/92
Amicar used post surg [illegible] DDAVP

**PHYSICAL EXAMINATION** | **ORTHOPEDIC**

General Appearance good

Head: WNL - extensive dental work

Heart: WNL no (m)

Lungs: CTA

Abdomen: Soft - no S/L ↓ Rt. Nephrectomy

Glands: (kidney donated to son)

Genitalia: ✓ Menorrhagia - Abd. Hyst. scheduled 10/2/92

Extremities: WNL

RECOMMENDATIONS:
CBC Hep. Profile
Retic PTT ī mixing studies
SMA Red top tube
U/A

Signed [signature] M.D.

Number of infusions given 0 Signed [signature] RN-CPNP R.N.

Numbers of units used 0

Address Change Yes ____ No ✓ Insurance Change Yes ____ No ✓

Diet Reg

Meds DDAVP, AMICAR

Activity As tolerated

Return 1 yr.

Teaching Module:

I understand the instructions given for care.
Patient/Responsible Adult Signature

CH 333 (Revised 8/87)

**Media (continued)**

T. C. THOMPSON CHILDREN'S HOSPITAL MEDICAL CENTER
HEMOPHILIA CLINIC

111-42-76

Date 9-22-93

NAME Leisha Smith Allergies: NKA Temp: 98?

Birthday ____ Weight 114½ Ht ____ B/P 107/67 Pulse 79 Resp 20

Chief Complaint and Duration: VWD - Annual Visit.

Past History 7/92 Dental extractions post-surg. bleed, DDAVP & Koate HP given
10/2/92 Abd. Hit - Koate HP used.

PHYSICAL EXAMINATION | ORTHOPEDIC

General Appearance Good

Head: WNL

Heart: WNL

Lungs: CTA

Abdomen: Soft - No H/S ↓ - Scar Rt. side - No pleth

Glands: WNL

Genitalia:

Extremities: WNL

RECOMMENDATIONS:

CBC PTT c mixing studies

Ratio Hep. Profile

CMA

U/A Signed [signature] M.D.

Number of infusions given 7 Signed [signature] RN CPNP R.N.

Numbers of units used 10,000 u.

Address Change Yes ____ No ✓ Insurance Change Yes ____ ✓ No

TN Hemophilia Program

Diet Reg. I understand the instructions given for care.

Meds Koate HP - DDAVP Patient/Responsible Adult Signature

Activity as tolerated

Return 1 yr.

Teaching Module?

CH 333 (Revised 8/87)

**Media (continued)**

**Media (continued)**

111-43-76

T. C. THOMPSON CHILDREN'S HOSPITAL MEDICAL CENTER
HEMOPHILIA CLINIC

Date 9-20-94

NAME Leisha Smith    Allergies: NKA    Temp: 98.6
Birthday ______ Weight 113½ Ht 162/in B/P 113/78 Pulse 87 Resp 16
Chief Complaint and Duration: Von Willebrand Disease ~ yearly ✓
Past History: no Problems past year related to Von Willebrand.

| PHYSICAL EXAMINATION | ORTHOPEDIC |
|---|---|
| General Appearance: good | |
| Head: WNL | |
| Heart: RRR no (m) | |
| Lungs: (c) BBS clear | |
| Abdomen: soft, no L/S/K – scar (R) neph rectomy | |
| Glands: WNL    mild thyroidectomy | |
| | |
| Genitalia: | |
| Extremities: WNL | |

RECOMMENDATIONS:
CBC
Ferritin
Hept Profile
HIV

Signed ____________ M.D.

Number of infusions given: 0    Signed: [illegible] RN R.N.
Numbers of units used: 0
Address Change Yes ____ No ✓    Insurance Change Yes ____ No ____
Tenn Hemophilia Program

Diet: Reg
Meds: DDAVP – [illegible]
Activity: As Tolerated
Return: 1 yr
Teaching Module:

I understand the instructions given for care.
Patient/Responsible Adult Signature

CH 333 (Revised 8/87)

**Media (continued)**

**Media (continued)**

T. C. THO N CHILDREN'S PITAL MEDICAL ITER
HEMOPHILIA CLINIC

Date 9-19-95

NAME Leisha Smith Allergies: Temp: 98.4

Birthday Weight 116 Ht B/P 116/82 Pulse 96 Resp 20

Chief Complaint and Duration:

Past History VWD no problems since last year ✓

**PHYSICAL EXAMINATION** | **ORTHOPEDIC**

General Appearance ✓

Head: nl

Heart: RRR

Lungs: clear

Abdomen: ОЅТ

Glands: nl

Genitalia: nl

Extremities: nl

RECOMMENDATIONS: CBC U/A
retic
Smt 4
Hep

Signed ______ M.D.

Number of infusions given ______ Signed [signature] R.N.

Numbers of units used ______

Address Change Yes ______ No ______ Insurance Change Yes ______ No ______

Diet ______ I understand the instructions given for care.

Meds ______ Patient/Responsible Adult Signature

Activity /

Return 1 year

Teaching Module: ______

CH 333 (Revised 8/87)

**Media (continued)**

Smith, Leisha Dianne (MR # 01114276) DOB: Encounter Date: 01/29/2018

**Media (continued)**

T. C. THOMPSON CHILDREN'S HOSPITAL MEDICAL CENTER
HEMOPHILIA CLINIC

Date 10-15-96

NAME Smith, Leisha Allergies: Temp: 97.7

Birthday Weight 55.7kg Ht 164.8cm B/P 108/60 Pulse 58 Resp 16

Chief Complaint and Duration: VWD mod

Past History needed Factor for breast biopsy

| PHYSICAL EXAMINATION | ORTHOPEDIC |
|---|---|
| General Appearance = | |
| Head: | |
| Heart: RRR | |
| Lungs: clear | |
| Abdomen: Benign | |
| Glands: NL | |
| | |
| | |
| Genitalia: NL | |
| Extremities: nl | |

RECOMMENDATIONS: CBC U/A
SMA24
HIV
Hepatitis

Signed [signature] M.D.

Number of infusions given 1 Signed [signature] R.N.

Numbers of units used Koate HP 2200 u

Address Change Yes______ No______ Insurance Change Yes______ No______

Diet______ I understand the instructions given for care.

Meds______ Patient/Responsible Adult Signature

Activity______

Return______

Teaching Module:______

CH 333 (Revised 8/87)

**Media (continued)**

**Media (continued)**

T. C. THOMPSON CHILDREN'S HOSPITAL MEDICAL CENTER
HEMOPHILIA CLINIC

Date 8-19-97

NAME Smith, Leisha Allergies:____ Temp: 98.2

Birthday____ Weight 117 lbs Ht 160cm B/P 114/75 Pulse 76 Resp 18

Chief Complaint and Duration: No problems VWD severe

Past History Had bleed p̄ breast lump excision. None since. Had nephrectomy and hysterectomy

| PHYSICAL EXAMINATION | ORTHOPEDIC |
|---|---|
| General Appearance ✓ | |
| Head: dental work with fillings | |
| Heart: NSR Ø Ⓜ | |
| Lungs: CTA | |
| Abdomen: ✓ surgical healed scars | |
| Glands: normal | |
| Genitalia: N/E | |

Extremities: normal.

RECOMMENDATIONS: Call if any problems.

Signed [signature] M.D.

Number of infusions given Ø Signed____ R.N.

Numbers of units used Ø

Address Change Yes___ No___ Insurance Change Yes___ No___

Diet____

Meds____

Activity____

Return 1 yr

Teaching Module:____

I understand the instructions given for care.

Patient/Responsible Adult Signature

CH 333 (Revised 8/87)

**Media (continued)**

**Media (continued)**

T. C. THOMPSON CHILDREN'S HOSPITAL MEDICAL CENTER
HEMOPHILIA CLINIC

Date 8-18-98. MR-01114276

NAME Leisha Smith Allergies: NKA Temp: 99' (O)
Birthday ______ Weight 54K Ht 164.6 B/P 115/71 Pulse 72 Resp 18
Chief Complaint and Duration: ∅ VWD severe
Past History ∅ problems, h/o ⓛ nephrectomy, hysterectomy and bad bleed ṗ breast lump excision.

PHYSICAL EXAMINATION | ORTHOPEDIC

General Appearance well
Head: nl, upper dental plate c̄ dentures in place.
Heart: RRR ∅ ⓜ
Lungs: CTA Ⓑ
Abdomen: soft, NT, ∅ masses, scar from surgery
Glands: nl

Genitalia:
Extremities: nl, FROM

RECOMMENDATIONS: CBC, CMP, hepatitis panel, HIV

Signed ______ M.D.
Number of infusions given ______ Signed ______ R.N.
Numbers of units used ______
Address Change Yes ______ No ______ Insurance Change Yes ______ No ______

Diet ______ I understand the instructions given for care.
Meds ∅ Patient/Responsible Adult Signature
Activity ______
Return ______
Teaching Module: ______

CH 333 (Revised 8/87)

**Media (continued)**

T. C. THO[illegible]ON CHILDREN'S [illegible]PITAL MEDICAL [illegible]NTER
HEMOPHILIA CLINIC

Date 8/17/89

NAME Leisha Smith Allergies: NKA Temp: 96.5 (o)
Birthday ______ Weight 58.5kg Ht 164.3cm B/P 110/81 Pulse 72 Resp 18
Chief Complaint and Duration: 0 None except occ (L) shoulder pain
Past History Under care of pvt md
Severe VWD
Hx of Fx relating to Bleeding

PHYSICAL EXAMINATION | ORTHOPEDIC

General Appearance Well
Head: Normal
Heart: NSR Ø (m)
Lungs: CTA
Abdomen: ✓
Glands: ✓

Genitalia: ·
Extremities:

RECOMMENDATIONS:
Reassure
Avoid ASA Ibuprofen

Signed [signature] M.D.
Number of infusions given Ø Signed ______ R.N.
Numbers of units used
Address Change Yes ______ No ______ Insurance Change Yes ______ No ______

Diet Reg
Meds None
Activity Normal
[illegible]turn 1 yr
Teaching Module ✓

I understand the instructions given for care.
Patient/Responsible Adult Signature

CH 333 (Revised 8/87)

**Media (continued)**

**SOUTHEASTERN COMPREHENSIVE HEMOPHILIA CENTER**
**At T. C. Thompson Children's Hospital**
**Chattanooga, TN**

Name: **SMITH, LEISHA** Date: **02-19-2002**

Age:________ PCP/Referring MD:________

Diagnosis: VWD Severity:________

T 98.6 P 86 R 20 BP 134/80 Height 162.5 cm Weight 62.3 kg

Inhibitors: Yes____ No ✓ (if yes, explain):________

Hepatitis: A X B X C chronic D ____ Ø acute hepatitis

Do other members of the family have a bleeding disorder? Yes____ No____ (if yes, explain):

| RELATIONSHIP | DIAGNOSIS |
|---|---|
| Nicholas — son | VWD, CF, Renal Transplant |
| Anthony — son | VWD, |
| | |
| | |
| | |

**INFUSION HISTORY OVER PAST TWELVE MONTHS:** Ø

Average # Bleeds/Month:________ Joints:________ Muscle:________ Other:________

Average Infusions/Month:________ Product used:________ Units/Dose:________

Total units/12 months: Ø How acquired:________ Date of Last Infusion:________

Do you do home Infusion: No Brought infusion records:________

Who infuses factor? Self N/A Mother____ Father____ RN____ Other____

| BLEED SITE | # OF BLEEDS | RESOLVES WITH ONE INFUSION | MILD | MOD. | SEV. |
|---|---|---|---|---|---|
| Ø | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICAL HISTORY OVER PAST TWELVE MONTHS:**

Diet: Regular Tobacco use: Ø Alcohol intake: Ø

Allergies (Medicine, Food, Other): NKA

Page 1 MAR 05 2007

**MEDICAL HISTORY CONTINUED:**

Medications being taken: Ø

Have you taken any medicines in the last week? (including Tylenol, Cough/Cold meds.): Ø

During the past twelve months, patient has experienced:

| SYMPTOM: | Y | N | COMMENTS: | SYMPTOM: | Y | N | COMMENTS: |
|---|---|---|---|---|---|---|---|
| Cough: | | ✓ | | Hematuria: | | ✓ | |
| Sinus Congestion: | | ✓ | | Constipation: | | ✓ | |
| Dyspnea: | | ✓ | | Diarrhea: | | ✓ | |
| Hemoptysis: | | ✓ | | Anorexia: | | ✓ | |
| Epistaxis: | | ✓ | | Nausea: | | ✓ | |
| Weight Loss: | | ✓ | | Hematemesis: | | ✓ | |
| Fever: | | ✓ | | Melena: | | ✓ | |
| Head Ache: | | ✓ | | Lymphadenopathy: | | ✓ | |
| Skin Lesions/Rash: | | ✓ | | Night Sweats: | | ✓ | |
| Nose Bleeds: | | ✓ | | Heavy Periods: | | ✓ | Controlled [illegible] |
| Vomiting Blood: | | ✓ | | Fatique: | | ✓ | |
| Yeast Infection: | | ✓ | | Other: | | | |

Other Medical Conditions: Breast Biopsy for Benign Cyst ~ 18 [illegible] ago Required [illegible] due [illegible] for continued bleed [illegible] biopsied site

Mobility Problems: Ø

Home Care: Yes_____ No ✓ (if yes, Company)__________

Physical Therapy: Yes_____ No ✓ Received from:__________

Pain Management: Yes_____ No ✓ MD providing:__________

Have you been admitted to the hospital or seen other doctors in the last twelve months?

| HOSPITAL / DOCTOR | REASON | DATE |
|---|---|---|
| | | |
| Ø | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Media (continued)**



**LAB RESULTS:**

CBC:
- WBC: 7.2
- HGB: 13.2
- HCT: 41.5
- Platelets: 252
- SEGS: 65
- Bands: 1
- Lymphs: 29
- Monos: 1
- EOS: 4
- BASO:

- Amylas:
- SGOT: 23
- SGPT: 10
- Alk. Pos: 55
- LDH: 475
- T. Bili: 0.2
- BUN: 14
- Creatinine: 0.9
- Retic:

- Creatinine: 0.9
- UA:
- Sodium: 144
- Potasium: 3.9
- Cloride: 103
- CO2: 26

CD4/total count: NA Date HIV +: HIV Viral Load:

CD4%:

Hepatitis Profile: HBsAG: — HBsAB: Pos AntiHBC: Hep C Ab: Hep A Ab:

**IMMUNIZATIONS:** see notes

Hepatitis B series given: Yes ✓ No

Dates: 1) 2) 3)
Second series: 1) 2)

Hepatitis A series given: Yes No Dates: 1) 2) 3)

**PAST MEDICAL HISTORY:**

See notes previous page

**PHYSICAL EXAMINATION:**

General appearance: Normal

Extremities: nl

HEENT: NL

Neurological: nl

Lungs: CTA Ø rhonchi

Development:

Cardiovascular: RRR Ø ⊖

Glands: Ø adenopathy

Abdomen: nl

Genitalia: N/S

**IMPRESSION:**

SAME - Cont. to monitor LFTs
consider if need for INTRON

MAR 05 2002

**RECOMMENDATION:**

Avoid ASA meds
Cont [illegible]

**ORTHOPEDIC NOTE:**

Ø

**PHYSICAL THERAPY NOTE:** Ø

**REFERRALS MADE:** Ø

| | WHO TO SEE | APPOINTMENT DATE |
|---|---|---|
| ORTHOPEDIC | | |
| PHYSICAL THERAPY | | |
| GENETICS | | |
| DENTAL | | |
| SOCIAL WORK | | |
| OTHER | | |

RETURN APPOINTMENT DATE FOR CLINIC: [illegible]

NURSE SIGNATURE

[signature] PHYSICIAN SIGNATURE

Southeastern Comprehensive Hemophilia Clinic
At T. C. Thompson Children's Hospital
910 Blackford Street
Chattanooga, TN 37403
TEL: (423) 778-7289
FAX: (423) 778-6848

CHARGE SHEET TURNED IN:
Yes______ No______

Patient Medical Record #: 111-54-18

Send copy to PCP/Referring MD:
Yes______ No______

STATE OF TENNESSEE
**DEPARTMENT OF HEALTH**
SOUTHEAST REGIONAL OFFICE
540 McCALLIE AVENUE
SUITE 450
CHATTANOOGA, TENNESSEE 37402

September 20, 1999

Dr. Manoo Bhakta
910 Blackford Street
Chattanooga, TN 37403

Talk with Leisha.
rept annual clinic
visit 10:7 + Hep C

Dear Dr. Bhakta:

The health department has be ... s C
test on Leisha D. Smith, DOE

Cases of acute hepatitis C (sec ... nt of
Health, per State rules and reg ... ou in
order to define this illness as ... ete
our investigation.

We will greatly appreciate you ... ce.
Please do not hesitate to conta
questions or comments.

Sincerely,

Lavada Allen

Lavadh Allen, RN
Communicable Disease Control

---

In my opinion, this case is: ACUTE_____ CHRONIC _____ PAST INFECTION _____

Symptoms: Jaundice:_________ Other (please specify):______________________________
Date of Onset of Symptoms: __________________

Serum aminotransferase level (ALT): ___________ U/L
Hepatitis A IgM (+/-): ___________
Hepatitis B Core Ab IgM (+/-): ___________
Hepatitis B Surface Ag (+/-): ___________
Hepatitis C Antibody (+/-): ___________

Is the patient pregnant? ______
Has the patient been informed of these test results? ______

For ACUTE cases ONLY, demographic information is needed.
Patient's Address: ______________________________
City _______________ State_______ Zip Code________
Patient's Phone Number: ______________________
Race: _____________ Ethnic: _______________

# Hepatitis, Viral, Acute

**(Revised September 1996)**

### Clinical case definition

An acute illness with a) discrete onset of symptoms and b) jaundice or elevated serum aminotransferase levels

### Laboratory criteria for diagnosis:

- *Hepatitis A*: immunoglobulin M (IgM) antibody to hepatitis A virus (anti-HAV) positive
- *Hepatitis B*:
  1. IgM antibody to hepatitis B core antigen (anti-HBc) positive or hepatitis B surface antigen (HBsAg) positive
  2. IgM anti-HAV negative (if done)
- *Hepatitis C*:
  1. Serum aminotransferase levels greater than 2.5 times the upper limit of normal, and
  2. IgM anti-HAV negative, and
  3. IgM anti-HBc negative (if done) or HBsAg negative, and
  4. Antibody to hepatitis C virus (anti-HCV) positive, verified by a supplemental test
- *Non-A, Non-B hepatitis*:
  1. Serum aminotransferase levels greater than 2.5 times the upper limit of normal, and
  2. IgM anti-HAV negative, and
  3. IgM anti-HBc negative (if done) or HBsAg negative, and
  4. Anti-HCV negative (if done)
- *Delta hepatitis**: HBsAg or IgM anti-HBc positive and antibody to hepatitis delta virus positive

### Case classification

*Confirmed*: a case that meets the clinical case definition and is laboratory confirmed or, for hepatitis A, a case that meets the clinical case definition and occurs in a person who has an epidemiologic link with a person who has laboratory-confirmed hepatitis A (i.e., household or sexual contact with an infected person during the 15-50 days before the onset of symptoms)

### Comment

1) Persons who have chronic hepatitis or persons identified as HBsAg positive or anti-HCV positive should not be reported as having acute viral hepatitis unless they have evidence of an acute illness compatible with viral hepatitis (with the exception of perinatal hepatitis B infection). (See Hepatitis, Viral, Perinatal Hepatitis B Virus Infection Acquired in the United States or U.S. Territories.)

2) Up to 20% of acute hepatitis C cases will be anti-HCV negative when reported and will be classified as non-A, non-B hepatitis because some (5%-10%) have not yet seroconverted and others (5%-10%) remain negative even with prolonged follow-up (6).

3) Available serologic tests for anti-HCV do not distinguish between acute and chronic or past infection. Thus, other causes of acute hepatitis should be excluded for anti-HCV positive patients who have an acute illness compatible with viral hepatitis.

---

* Delta Hepatitis is not a nationally notifiable disease.

**Go to:**
**Previous Case Definition for this Disease (1995)**
**Previous Case Definition for this Disease (1990)**

**Title Page** **Table of Contents** **About this Document** **Introduction**

**Comments** **MMWR Home Page** **CDC Home Page**

*From: CDC. Case definitions for Infectious Conditions Under Public Health Surveillance. MMWR 1997;46(No.RR-10):18-19*

**Media (continued)**

**SOUTHEASTERN COMPREHENSIVE HEMOPHILIA CENTER**
**At T. C. Thompson Children's Hospital**
**Chattanooga, TN**

Name: SMITH, LEISHA - MR# 111-42-76 Date: MAY 3, 2005

Age: 43 PCP/Referring MD:

Diagnosis: Von Willebrands Severity:

T 97 P 93 R 21 BP 112/77 Height 162.1 cm Weight 64.6 KG

Inhibitors: Yes____ No____ (If yes, explain):

Hepatitis: A____ B____ (C) ✓ D____

HIV positive____

Do other members of the family have a bleeding disorder? Yes ✓ No____ (if yes, explain):

| RELATIONSHIP | DIAGNOSIS |
|---|---|
| Uncle | Hemophilia |
| Sons x 2 | Von Willebrands |
| Cousins x 3 | Hemophilia |
| Cousin | Von Willebrands |
| Sister | Von Willebrand |

**INFUSION HISTORY OVER PAST TWELVE MONTHS:** PATIENT "DOESN'T KEEP TRACK"

Average # Bleeds/Month:____ Joints:____ Muscle:____ Other:____

Average Infusions/Month:____ Product used:____ Units/Dose:____

Total units/12 months:____ How acquired:____ Date of Last Infusion:____

Do you do home Infusion: NO Brought infusion records: NO

Who infuses factor? Self____ Mother____ Father____ RN ✓ Other____

| BLEED SITE | # OF BLEEDS | RESOLVES WITH ONE INFUSION | MILD | MOD. | SEV. |
|---|---|---|---|---|---|
| Last Bleed Nov 2003 Ankle | | NO | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Diet: N/D Tobacco use: NO Alcohol intake: NO

Allergies (Medicine, Food, Other): NKA

MAY 13 2005

Page 2 of 4
SMITH, LEISHA
MAY 3, 2005
111-42-76

**Medicines**
Medications being taken: NONE

Have you taken any medicines in the last week? (including Tylenol, Cough/Cold meds.): Tylenol + (oops Excedrin)

During the past twelve months, patient has experienced:

| SYMPTOM: | Y | N | COMMENTS: | SYMPTOM: | Y | N | COMMENTS: |
|---|---|---|---|---|---|---|---|
| Weight Loss | | X | | Blood in urine | | X | |
| Fever | | X | | Nose Bleeds | | X | |
| Night Sweats | | X | | Vomiting Blood | | X | |
| Coughing up blood | | X | | Blood in stools | | X | |
| Enlarged lymph nodes | | X | | Heavy Periods | | X | |
| Head Ache | | X | | Other | | X | |

Other Medical Conditions and physician you are seeing for these::
1.
2.
3.
4.
5.
6.
7.

Mobility Problems: /

Home Care: Yes____ No / (if yes, Company)

Physical Therapy: Yes____ No / Received from:

Pain Management: Yes____ No / MD providing:

Have you been admitted to the hospital or seen other doctors in the last twelve months?

| HOSPITAL / DOCTOR | REASON | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**LAB RESULTS:**

CBC: WBC: 7.4
HGB: 13.5
HCT: 42
Platelets: 320
SEGS: 69
Bands: 0
Lymphs: 19
Monos: 5
EOS: 2
BASO: 0

Amylase: ______
SGOT: 31
SGPT: 26
Alk. Pos: 83
LDH: 432
T. Bili: 0.4
BUN: 11
Creatinine: 0.9
Sodium 141

Potasium: 4.1
Cloride: 108
CO2: 25
UA: 3.7
Retic: 0.90
URINALYSIS - WNL

CD4/total count: ______ Date HIV +: ______ HIV Viral Load: ______

CD4%: ______

Hepatitis Profile: HBsAg: ______ Hep C genotype ______ Hep C viral load
HBe Ag: ______

Have you had treatment for Hepatitis C? ______ Date ______
Have you had treatment for Hepatitis B? ______
Date ______

**IMMUNIZATIONS:**

Hepatitis B series given: Yes ______ No ______

Dates: 1) ______ 2) ______ 3) ______
Second series: 1) ______ 2) ______

Hepatitis A series given: Yes ______ No ______ Dates: 1) 05/03/05 2) ______ 3) ______

**PAST MEDICAL and SURGICAL HISTORY other than already noted problems:**

[illegible handwriting]

**PHYSICAL EXAMINATION:**

General appearance: Good

HEENT: WNL
Lymphadenopathy: Ø
Lungs: CTA
Cardiovascular: RRR
Abdomen: [illegible]
Neurological: [illegible]
Extremities: [illegible] Joint abnormalities: Ø

MAY 13 2005

**Media (continued)**

Page 4 of 4
SMITH, LEISHA
MAY 3, 2005
111-42-76

**IMPRESSION:**

Well

**RECOMMENDATION:**

None

**ORTHOPEDIC NOTE:**

**PHYSICAL THERAPY NOTE:**

Ndrg

**REFERRALS MADE:**

| | WHO TO SEE | APPOINTMENT DATE |
|---|---|---|
| ORTHOPEDIC | | |
| PHYSICAL THERAPY ✓ | | |
| GENETICS | | |
| DENTAL | | |
| SOCIAL WORK ✓ | Noto in social work action | |
| OTHER | | |

RETURN APPOINTMENT DATE FOR CLINIC:

NURSE SIGNATURE

PHYSICIAN SIGNATURE

Southeastern Comprehensive Hemophilia Clinic
At T. C. Thompson Children's Hospital
910 Blackford Street
Chattanooga, TN 37403
TEL: (423) 778-7289
FAX: (423) 778-6848

CHARGE SHEET TURNED IN:
Yes______ No______

Send copy to PCP/Referring MD:
Yes______ No______

**Orders Placed**

None

**Medication Changes** As of 1/29/2018 11:59 PM

None

**Medication List at End of Visit** As of 1/29/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler** | 3 | 10/2/2017 | 4/25/2018 |
| 2 puffs every 4 hours as needed for wheezing or shortness of breath | | | |
| **CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL)** | | 5/27/2016 | |

**Medication List at End of Visit (continued)** As of 1/29/2018 11:59 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| take 2 by mouth daily as directed<br>Patient Reported | | | |
| **diclofenac sodium** | | | |
| **diclofenac sodium 1 % gel**<br>Apply 2 g topically 4 (four) times a day. - topical (top) | 3 | 6/9/2017 | |
| **diclofenac sodium 1 % gel**<br>Patient Reported | | 6/12/2017 | 2/20/2018 |
| **MONTELUKAST SODIUM** | | | |
| **montelukast (SINGULAIR) 10 mg tablet**<br>take 1 tab by mouth qdaily | 3 | 6/1/2017 | |
| **montelukast (SINGULAIR) 10 mg tablet**<br>Take 1 tablet (10 mg total) by mouth once daily. - oral<br>Patient not taking: Reported on 2/20/2018 | 3 | 10/2/2017 | 2/20/2018 |
| **MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL)**<br>Take one by mouth daily<br>Patient Reported | | 5/27/2016 | |
| **tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist**<br>Take 2 puffs daily | 3 | 10/2/2017 | 4/23/2018 |
| **traZODone (DESYREL) 50 mg tablet**<br>1-2 tabs po at night<br>Patient taking differently: 25 mg daily. 1-2 tabs po at night | 3 | 6/1/2017 | 3/30/2018 |

**Visit Diagnoses**

None

# Leisha Dianne Smith

Summary of Care, generated on Jul. 30, 2018

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity |
|---|---|---|---|
| | (Mobile)<br>(Home)<br>(Home) | English - Written (Preferred) | White / Not Hispanic or Latino |

## Note from Erlanger Health System

This document contains information that was shared with Leisha Dianne Smith. It may not contain the entire record from Erlanger Health System.

## Reason for Referral

Physical Therapy (Routine)

| Status | Reason | Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|---|---|
| **Pending Review** | Specialty Services Required | Physical Therapy | Diagnoses<br>Pain of both hip joints<br>Pelvic floor dysfunction | Speer, Lydia, DO<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421<br>Phone: 423-778-8909<br>Fax: 423-778-8910 | Benchmark Physical Therapy - Cleveland<br>102b Dunhill Place<br>Cleveland, TN 37312<br>Phone: 423-559-0444<br>Fax: 844-370-2959 |

## Reason for Visit

| Reason |
|---|
| Follow-up |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 06/19/2018 | Office Visit | EMG Primary Care at East<br>1751 Gunbarrel Road<br>Suite 201<br>Chattanooga, TN 37421-7177<br>423-778-8909 | **Speer, Lydia, DO**<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421<br>423-778-8909<br>423-778-8910 (Fax) |

## Allergies - as of this encounter

No Known Allergies

## Medications - as of this encounter

| Prescription | Sig. | Disp. | Start Date | End Date | Status |
|---|---|---|---|---|---|
| MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | 05/27/2016 | | Active |
| CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | 05/27/2016 | | Active |
| montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily | 90 tablet | 06/01/2017 | | Active |
| diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 06/09/2017 | | Active |
| antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 02/20/2018 | | Active |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet | TK 1 T PO Q 4 H PRN P | | 02/20/2018 | | Active |
| albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath. | 90 mL | 04/25/2018 | 04/25/2019 | Active |
| albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 04/25/2018 | | Active |
| omeprazole-sodium bicarbonate 20-1,680 mg packet | | | | | Active |
| cyclobenzaprine (FLEXERIL) 10 mg tablet | | | 04/27/2018 | | Active |
| sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln | Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | 2 Bottle | 06/19/2018 | | Active |
| linaclotide (LINZESS) 72 mcg capsule | Take 72 mcg by mouth daily. | 30 capsule | 03/06/2018 | 06/19/2018 | Discontinued |
| traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. | 90 tablet | 03/30/2018 | 06/28/2018 | Expired |

| Prescription | Sig. | Disp. | Start Date | End Date | Status |
|---|---|---|---|---|---|
| omeprazole (PriLOSEC) 40 mg capsule | | | | 07/24/2018 | Discontinued |
| HUMATE-P 250-600 unit injection | | | 05/08/2018 | 07/26/2018 | Discontinued |
| linaclotide (LINZESS) 290 mcg capsule | Take 290 mcg by mouth daily. | 30 capsule | 06/19/2018 | 07/05/2018 | Discontinued |

## Active Problems

| Problem | Noted Date |
|---|---|
| Family history of polyps in the colon | 06/19/2018 |
| Acid reflux disease | 06/19/2018 |
| Reactive airway disease | 04/23/2018 |
| Acute hemorrhoid | 02/19/2018 |
| Breathlessness on exertion | 10/02/2017 |
| Chronic cough | 10/02/2017 |
| Acute pyelonephritis | 08/15/2017 |
| Low back pain | 08/15/2017 |
| Acute hepatitis C | 06/01/2017 |
| Joint pain | 05/27/2016 |
| Goiter | 05/27/2016 |
| Limb pain | 03/18/2016 |
| Chronic pain syndrome | 10/23/2015 |
| Inflammation of artery due to allergy | 10/23/2015 |
| Nonspecific (abnormal) findings on radiological and other examination of lung field | 05/08/2015 |
| Constipation | 08/01/2014 |
| Anemia | 01/09/2014 |
| Decreased white blood cell count | 12/20/2013 |
| Chronic hepatitis C virus infection | 12/13/2013 |
| Eustachian tube dysfunction | 08/28/2013 |
| Viral hepatitis | 08/02/2013 |
| Elevated white blood cell count | 07/21/2013 |
| Other depressive disorder | 07/18/2013 |
| Von Willebrand's disease | 04/06/2012 |

## Immunizations - as of this encounter

| Name | Dates Previously Given | Next Due |
|---|---|---|
| Td, Unspecified | 01/01/2007 | |

## Social History - as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Former Smoker | Cigarettes | 1 | 25 | 1982 - 2007 |
| Smokeless Tobacco: Never Used | | | | |

| Alcohol Use | Drinks/Week | oz/Week |
|---|---|---|
| No | | |

## Last Filed Vital Signs - in this encounter

| Vital Sign | Reading | Time Taken |
|---|---|---|
| Blood Pressure | 118/72 | 06/19/2018 2:26 PM EDT |
| Pulse | 98 | 06/19/2018 2:26 PM EDT |
| Temperature | - | - |
| Respiratory Rate | 16 | 06/19/2018 2:26 PM EDT |
| Oxygen Saturation | 97% | 06/19/2018 2:26 PM EDT |
| Inhaled Oxygen Concentration | - | - |
| Weight | 65.5 kg (144 lb 4.8 oz) | 06/19/2018 2:26 PM EDT |
| Height | - | - |
| Body Mass Index | 24.77 | 06/19/2018 2:26 PM EDT |

## Instructions - in this encounter

Patient Instructions - Speer, Lydia, DO - 06/19/2018 2:15 PM EDT

Refer to physical therapy
Extend short term disability Sept 17, 2018
Increase linzess to 290mcg

## Ordered Prescriptions - in this encounter

| Prescription | Sig. | Disp. | Start Date | End Date |
|---|---|---|---|---|
| linaclotide (LINZESS) 290 mcg capsule | Take 290 mcg by mouth daily. | 30 capsule | 06/19/2018 | 07/05/2018 |

## Plan of Treatment - as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 08/06/2018 | Office Visit | Orthopaedic Surgery | **Higgins, Matthew, MD**<br>979 EAST THIRD ST suite c430<br>CHATTANOOGA, TN 37403<br>423-778-4900<br>423-778-4901 (Fax) |
| 08/15/2018 | Surgery | | **Swaby, Laurie-Anne, MD**<br>979 EAST THIRD STREET<br>SUITE C-825<br>CHATTANOOGA, TN 37403<br>423-778-4830<br>423-778-4831 (Fax) |
| 09/05/2018 | Office Visit | Family Medicine | **Speer, Lydia, DO**<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421<br>423-778-8909<br>423-778-8910 (Fax) |
| 09/05/2018 | Office Visit | Gastroenterology | **Swaby, Laurie-Anne, MD**<br>979 EAST THIRD STREET<br>SUITE C-825<br>CHATTANOOGA, TN 37403<br>423-778-4830<br>423-778-4831 (Fax) |
| 10/23/2018 | Office Visit | Pulmonology | **Koo, Patrick, MD**<br>979 EAST THIRD STREET<br>SUITE C-735<br>CHATTANOOGA, TN 37403<br>423-778-9101<br>423-778-9190 (Fax) |

### Scheduled Referrals

| Name | Priority | Associated Diagnoses | Order Schedule |
|---|---|---|---|
| AMB REFERRAL TO PHYSICAL THERAPY | Routine | Pain of both hip joints<br>Pelvic floor dysfunction | Ordered: 06/19/2018 |

## Results - in this encounter

Not on file

## Visit Diagnoses

| Diagnosis |
|---|
| Constipation - Primary |
| Pain of both hip joints |
| Pelvic floor dysfunction |

## Insurance - as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Type | Phone | Address |
|---|---|---|---|---|---|
| CIGNA | CIGNA-VOLKSWAGEN | xxxxxxxxxxx | | +1-800-230-6138 | PO BOX 981804<br>EL PASO, TX 79998-1804 |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| SMITH,LEISHA DIANNE | Personal/Family | Self | | Home: | |

## Document Information

| Primary Care Provider | Document Coverage Dates |
|---|---|
| **Lydia Speer DO** (Mar. 17, 2017 - Present)<br>423-778-8909 (Work)<br>423-778-8910 (Fax)<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421 | Jun. 19, 2018 |

| Custodian Organization |
|---|
| **Erlanger Health System**<br>975 East 3rd Street<br>CHATTANOOGA, TN 37403 |

| Encounter Providers | Encounter Date |
|---|---|
| **Lydia Speer DO** (Attending)<br>423-778-8909 (Work)<br>423-778-8910 (Fax)<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421 | Jun. 19, 2018 |

# Leisha Dianne Smith

Summary of Care, generated on Jul. 30, 2018

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity |
|---|---|---|---|
| | (Mobile)<br>(Home)<br>(Home) | English - Written (Preferred) | White / Not Hispanic or Latino |

## Note from Erlanger Health System

This document contains information that was shared with Leisha Dianne Smith. It may not contain the entire record from Erlanger Health System.

## Reason for Visit

| Reason |
|---|
| Hemorrhoids |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 02/18/2018 | Emergency | EEH Emergency Room<br>1755 Gunbarrel Road<br>Chattanooga, TN 37421-7177<br>423-680-8500 | **Connaughton, Sara, MD**<br>975 EAST THIRD STREET<br>CHATTANOOGA, TN 37403<br>423-778-7628<br>423-326-2580 (Fax) |

## Allergies - as of this encounter

No Known Allergies

## Medications - as of this encounter

| Prescription | Sig. | Disp. | Start Date | End Date | Status |
|---|---|---|---|---|---|
| MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | 05/27/2016 | | Active |
| CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | 05/27/2016 | | Active |
| montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily | 90 tablet | 06/01/2017 | | Active |
| diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 06/09/2017 | | Active |
| traZODone (DESYREL) 50 mg tablet | 1-2 tabs po at night | 60 tablet | 06/01/2017 | 03/30/2018 | Discontinued |
| diclofenac sodium 1 % gel | | | 06/12/2017 | 02/20/2018 | Discontinued |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 10/02/2017 | 02/20/2018 | Discontinued |
| albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 10/02/2017 | 04/25/2018 | Discontinued |
| tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 10/02/2017 | 04/23/2018 | Discontinued |

## Active Problems

| Problem | Noted Date |
|---|---|
| Breathlessness on exertion | 10/02/2017 |
| Chronic cough | 10/02/2017 |
| Acute pyelonephritis | 08/15/2017 |
| Low back pain | 08/15/2017 |
| Acute hepatitis C | 06/01/2017 |
| Joint pain | 05/27/2016 |
| Goiter | 05/27/2016 |
| Limb pain | 03/18/2016 |
| Chronic pain syndrome | 10/23/2015 |
| Inflammation of artery due to allergy | 10/23/2015 |
| Nonspecific (abnormal) findings on radiological and other examination of lung field | 05/08/2015 |
| Constipation | 08/01/2014 |
| Anemia | 01/09/2014 |
| Decreased white blood cell count | 12/20/2013 |
| Chronic hepatitis C virus infection | 12/13/2013 |
| Eustachian tube dysfunction | 08/28/2013 |
| Viral hepatitis | 08/02/2013 |
| Elevated white blood cell count | 07/21/2013 |
| Other depressive disorder | 07/18/2013 |
| Von Willebrand's disease | 04/06/2012 |

## Immunizations - as of this encounter

| Name | Dates Previously Given | Next Due |
|---|---|---|
| Td, Unspecified | 01/01/2007 | |

## Social History - as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Former Smoker | Cigarettes | 1 | 25 | 1982 - 2007 |
| Smokeless Tobacco: Never Used | | | | |

| Alcohol Use | Drinks/Week | oz/Week |
|---|---|---|
| No | | |

## Last Filed Vital Signs - in this encounter

| Vital Sign | Reading | Time Taken |
|---|---|---|
| Blood Pressure | 141/76 | 02/18/2018 2:01 PM EST |
| Pulse | 84 | 02/18/2018 2:01 PM EST |
| Temperature | 37.1 °C (98.8 °F) | 02/18/2018 2:01 PM EST |
| Respiratory Rate | 18 | 02/18/2018 2:01 PM EST |
| Oxygen Saturation | 98% | 02/18/2018 2:01 PM EST |
| Inhaled Oxygen Concentration | - | - |
| Weight | 69.9 kg (154 lb) | 02/18/2018 2:01 PM EST |
| Height | 162.6 cm (5' 4") | 02/18/2018 2:01 PM EST |
| Body Mass Index | 26.43 | 02/18/2018 2:01 PM EST |

## Discharge Instructions - in this encounter

Connaughton, Sara, MD - 02/18/2018

Return if you have chest pain, shortness of breath, severe abdominal pain, unable to tolerate liquids because of vomiting, or other concerning symptoms.

**The following attachments were made available to the patient upon discharge.**

HEMORRHOIDS (ENGLISH)

## Medications at Time of Discharge - as of this encounter

| Medication | Sig. | Disp. | Start Date | End Date |
|---|---|---|---|---|
| CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | 05/27/2016 | |
| diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 06/09/2017 | |
| montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily | 90 tablet | 06/01/2017 | |
| MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | 05/27/2016 | |
| albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 10/02/2017 | 04/25/2018 |
| diclofenac sodium 1 % gel | | | 06/12/2017 | 02/20/2018 |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 10/02/2017 | 02/20/2018 |
| PROCTOFOAM HC rectal foam | APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT | | 02/18/2018 | 04/23/2018 |
| tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 10/02/2017 | 04/23/2018 |
| traZODone (DESYREL) 50 mg tablet | 1-2 tabs po at night | 60 tablet | 06/01/2017 | 03/30/2018 |

## Plan of Treatment - as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 08/06/2018 | Office Visit | Orthopaedic Surgery | **Higgins, Matthew, MD**<br>979 EAST THIRD ST suite c430<br>CHATTANOOGA, TN 37403<br>423-778-4900<br>423-778-4901 (Fax) |
| 08/15/2018 | Surgery | | **Swaby, Laurie-Anne, MD**<br>979 EAST THIRD STREET<br>SUITE C-825<br>CHATTANOOGA, TN 37403<br>423-778-4830<br>423-778-4831 (Fax) |
| 09/05/2018 | Office Visit | Family Medicine | **Speer, Lydia, DO**<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421<br>423-778-8909<br>423-778-8910 (Fax) |
| 09/05/2018 | Office Visit | Gastroenterology | **Swaby, Laurie-Anne, MD**<br>979 EAST THIRD STREET<br>SUITE C-825<br>CHATTANOOGA, TN 37403<br>423-778-4830<br>423-778-4831 (Fax) |
| 10/23/2018 | Office Visit | Pulmonology | **Koo, Patrick, MD**<br>979 EAST THIRD STREET<br>SUITE C-735<br>CHATTANOOGA, TN 37403<br>423-778-9101<br>423-778-9190 (Fax) |

## Results - in this encounter

Not on file

## Visit Diagnoses

| Diagnosis |
|---|
| Hemorrhoids - Primary |

## Insurance - as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Type | Phone | Address |
|---|---|---|---|---|---|
| CIGNA | CIGNA-VOLKSWAGEN | xxxxxxxxxxx | | +1-800-230-6138 | PO BOX 981804<br>EL PASO, TX 79998-1804 |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| SMITH,LEISHA DIANNE | Personal/Family | Self | | Home: | |

## Document Information

| Primary Care Provider | Document Coverage Dates |
|---|---|
| **Lydia Speer DO** (Mar. 17, 2017 - Present)<br>423-778-8909 (Work)<br>423-778-8910 (Fax)<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421 | Feb. 18, 2018 |

Custodian Organization

**Erlanger Health System**
975 East 3rd Street
CHATTANOOGA, TN 37403

| Encounter Providers | Encounter Date |
|---|---|
| **Sara Connaughton MD** (Attending)<br>423-778-7628 (Work)<br>423-326-2580 (Fax)<br>975 EAST THIRD STREET<br>CHATTANOOGA, TN 37403 | Feb. 18, 2018 |

# Leisha Dianne Smith

Summary of Care, generated on Jul. 30, 2018

## Patient Demographics - Female; born

| Patient Address | Communication | Language | Race / Ethnicity |
|---|---|---|---|
| | (Mobile)<br>(Home) | English - Written (Preferred) | White / Not Hispanic or Latino |

## Note from Erlanger Health System

This document contains information that was shared with Leisha Dianne Smith. It may not contain the entire record from Erlanger Health System.

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 02/20/2018 | Office Visit | EMG CH Oncology<br>910 Blackford Street<br>5th Fl Massoud<br>Chattanooga, TN 37403-2147<br>423-778-7289 | **McManus, Meghann, DO**<br>910 BLACKFORD STREET<br>CHATTANOOGA, TN 37403<br>423-778-7289<br>423-778-6848 (Fax) |

## Allergies - as of this encounter

No Known Allergies

## Medications - as of this encounter

| Prescription | Sig. | Disp. | Start Date | End Date | Status |
|---|---|---|---|---|---|
| MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL) | Take one by mouth daily | | 05/27/2016 | | Active |
| CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | take 2 by mouth daily as directed | | 05/27/2016 | | Active |
| montelukast (SINGULAIR) 10 mg tablet | take 1 tab by mouth qdaily | 90 tablet | 06/01/2017 | | Active |
| diclofenac sodium 1 % gel | Apply 2 g topically 4 (four) times a day. | 100 g | 06/09/2017 | | Active |
| antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 02/20/2018 | | Active |
| traZODone (DESYREL) 50 mg tablet | 1-2 tabs po at night | 60 tablet | 06/01/2017 | 03/30/2018 | Discontinued |
| diclofenac sodium 1 % gel | | | 06/12/2017 | 02/20/2018 | Discontinued |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 10/02/2017 | 02/20/2018 | Discontinued |
| albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs every 4 hours as needed for wheezing or shortness of breath | 3 Inhaler | 10/02/2017 | 04/25/2018 | Discontinued |
| tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist | Take 2 puffs daily | 3 Inhaler | 10/02/2017 | 04/23/2018 | Discontinued |

## Active Problems

| Problem | Noted Date |
|---|---|
| Acute hemorrhoid | 02/19/2018 |
| Breathlessness on exertion | 10/02/2017 |
| Chronic cough | 10/02/2017 |
| Acute pyelonephritis | 08/15/2017 |
| Low back pain | 08/15/2017 |
| Acute hepatitis C | 06/01/2017 |
| Joint pain | 05/27/2016 |
| Goiter | 05/27/2016 |
| Limb pain | 03/18/2016 |
| Chronic pain syndrome | 10/23/2015 |
| Inflammation of artery due to allergy | 10/23/2015 |
| Nonspecific (abnormal) findings on radiological and other examination of lung field | 05/08/2015 |
| Constipation | 08/01/2014 |
| Anemia | 01/09/2014 |
| Decreased white blood cell count | 12/20/2013 |
| Chronic hepatitis C virus infection | 12/13/2013 |
| Eustachian tube dysfunction | 08/28/2013 |
| Viral hepatitis | 08/02/2013 |
| Elevated white blood cell count | 07/21/2013 |
| Other depressive disorder | 07/18/2013 |
| Von Willebrand's disease | 04/06/2012 |

## Immunizations - as of this encounter

| Name | Dates Previously Given | Next Due |
|---|---|---|
| Td, Unspecified | 01/01/2007 | |

## Social History - as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Former Smoker | Cigarettes | 1 | 25 | 1982 - 2007 |
| Smokeless Tobacco: Never Used | | | | |

| Alcohol Use | Drinks/Week | oz/Week |
|---|---|---|
| No | | |

## Last Filed Vital Signs - in this encounter

| Vital Sign | Reading | Time Taken |
|---|---|---|
| Blood Pressure | 123/68 | 02/20/2018 1:40 PM EST |
| Pulse | 70 | 02/20/2018 1:40 PM EST |
| Temperature | 36.6 °C (97.9 °F) | 02/20/2018 1:40 PM EST |
| Respiratory Rate | 20 | 02/20/2018 1:40 PM EST |
| Oxygen Saturation | - | - |
| Inhaled Oxygen Concentration | - | - |
| Weight | 69.6 kg (153 lb 7 oz) | 02/20/2018 1:40 PM EST |
| Height | 161.8 cm (5' 3.7") | 02/20/2018 1:40 PM EST |
| Body Mass Index | 26.59 | 02/20/2018 1:40 PM EST |

## Instructions - in this encounter

Patient Instructions - McManus, Meghann, DO - 02/20/2018 1:30 PM EST

Humate-P 3000 units given today

Home supply of Humate-P should be getting to you for as needed infusions

If you have continued bleeding, ok to give Humate-P every 2-3 days

If there is no bleeding, I would give Humate-P again in 4-5 days (Saturday or Sunday) to help keep you from bleeding

Call your surgeon to ask about what to expect from a bleeding standpoint

Please follow up with us yearly for Comprehensive Evaluation

## Ordered Prescriptions - in this encounter

| Prescription | Sig. | Disp. | Start Date | End Date |
|---|---|---|---|---|
| antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection | Give 3000 units (vWF) of Humate-P IV as needed for bleeding | 6 vial | 02/20/2018 | |

## Plan of Treatment - as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 08/06/2018 | Office Visit | Orthopaedic Surgery | **Higgins, Matthew, MD**<br>979 EAST THIRD ST suite c430<br>CHATTANOOGA, TN 37403<br>423-778-4900<br>423-778-4901 (Fax) |
| 08/15/2018 | Surgery | | **Swaby, Laurie-Anne, MD**<br>979 EAST THIRD STREET<br>SUITE C-825<br>CHATTANOOGA, TN 37403<br>423-778-4830<br>423-778-4831 (Fax) |
| 09/05/2018 | Office Visit | Family Medicine | **Speer, Lydia, DO**<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421<br>423-778-8909<br>423-778-8910 (Fax) |
| 09/05/2018 | Office Visit | Gastroenterology | **Swaby, Laurie-Anne, MD**<br>979 EAST THIRD STREET<br>SUITE C-825<br>CHATTANOOGA, TN 37403<br>423-778-4830<br>423-778-4831 (Fax) |
| 10/23/2018 | Office Visit | Pulmonology | **Koo, Patrick, MD**<br>979 EAST THIRD STREET<br>SUITE C-735<br>CHATTANOOGA, TN 37403<br>423-778-9101<br>423-778-9190 (Fax) |

## Results - in this encounter

Not on file

## Visit Diagnoses

| Diagnosis |
|---|
| Type 2N von Willebrand disease (CMS/HCC) - Primary |
| Von Willebrand's disease |
| Acute hemorrhoid |

## Insurance - as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Type | Phone | Address |
|---|---|---|---|---|---|
| CIGNA | CIGNA-VOLKSWAGEN | xxxxxxxxxxx | | +1-800-230-6138 | PO BOX 981804<br>EL PASO, TX 79998-1804 |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
|---|---|---|---|---|---|
| SMITH,LEISHA DIANNE | Personal/Family | Self | | Home: | |

## Document Information

| Primary Care Provider | Document Coverage Dates |
|---|---|
| **Lydia Speer DO** (Mar. 17, 2017 - Present)<br>423-778-8909 (Work)<br>423-778-8910 (Fax)<br>1751 GUNBARREL ROAD, SUITE 201<br>CHATTANOOGA, TN 37421 | Feb. 20, 2018 |

| Custodian Organization |
|---|
| **Erlanger Health System**<br>975 East 3rd Street<br>CHATTANOOGA, TN 37403 |

| Encounter Providers | Encounter Date |
|---|---|
| **Meghann McManus DO** (Attending)<br>423-778-7289 (Work)<br>423-778-6848 (Fax)<br>910 BLACKFORD STREET<br>CHATTANOOGA, TN 37403 | Feb. 20, 2018 |

**n0304629**

**From:** Leisha Smith
**Sent:** Monday, July 30, 2018 10:11:58 AM
**To:** DisabilityDocuments
**Subject:** records
**Attachments:** dr. Speer visit June.pdf

Leisha Smith DOB

Claim # 8248892
SEE ATTACHED

**n0304629**

**From:** Leisha Smith
**Sent:** Monday, July 30, 2018 10:12:56 AM
**To:** DisabilityDocuments
**Subject:** records
**Attachments:** ER VISIT FEBRUARY 2018.pdf

Leisha Smith DOB
Claim # 8248892
SEE ATTACHED

**n0320651**

**From:** Leisha Smith
**Sent:** Monday, July 30, 2018 9:53:26 AM
**To:** DisabilityDocuments
**Subject:** doctor records
**Attachments:** Dr. McManus visit February 2018.pdf

Leisha Smith
DOB
CLAIM # 8248892

SEE ATTACHMENT

ReleasePoint

## Medical Record Overview

**Date:** **July 24, 2018**

**Patient Name:** SMITH, LEISHA

**Records From:** DUNN, DR JASON
2253 CHAMBLISS AVE STE 100
CLEVELAND, TN 37311
(423) 472-5423

**Request Scope:** From February 1, 2018 to Present

**Chart Range:** 02/19/2018 - 05/21/2018

**RP ID:** 4350441

**Client ID:** 8248892

**Source:** LIBMT5

**Req By:** B Downs
05-290468

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 19 2018 | May 21 2018 | 8 | 2 |
| Request Corr. | | | 4 | 10 |

**Total Page Count:** 12

# 5/21/2018 10:01:00 AM

***LEISHA SMITH, Sex: F, DOB: Encounter Date and Time: 5/21/2018 10:01AM, Examiner: Jason L. Dunn, MD***

## Chief complaint

The Chief Complaint is: Post op flex sigmoid with hemorrhoid banding 5/14/18---AC.

## Referred here

Primary physician: Tye Young, MD.

## History of present illness

LEISHA SMITH is a 56 year old female.

Here for postoperative visit following flexible sigmoidoscopy with hemorrhoidal banding, patient still having some stinging, burning rectal pain, she denies any bleeding with bowel movements, she began having bowel movements 2 days after the procedure, she is urinating well, no fever, patient had steroid injection in her hip 3 days ago, she has had some hot flashes and a rash since then, reviewed operative findings with the patient, patient had banding of right posterior internal hemorrhoid.

## Personal history

*Behavioral:* Former smoker.

## Current medication

Medication List Reconciled.
Spiriva Respimat by inhalation route.
Linzess by oral route.
Omeprazole by oral route.

## Allergies and Adverse Reactions

Allergies Reviewed.
No Known Allergies.

## Physical findings

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 81 bpm | 5/21/2018 |
| Blood pressure | 120/70 mmHg | 5/21/2018 |
| Weight | 147 lbs | 5/21/2018 |
| Body mass index BMI Percentile: Off Chart | 25.2 kg/m2 | 5/21/2018 |
| Height | 64 in | 5/21/2018 |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 5/21/2018 |

Patient was not observed to be obese.

**General Appearance:**

Alert and in no acute distress.

**Abdomen:**

*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**

*Anus Examination:* The anal sphincter tone was normal, did not have hemorrhoids Minimal residual tissue of the right posterior hemorrhoid seen, otherwise no obvious hemorrhoids noted, and showed no abnormality.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed and was not anxious.

## Assessment

- Postprocedural states [[Z98.890: Other specified postprocedural states]]

## Counseling/Education

- Patient education - High Fiber Diet

## Plan

- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit prn.
Patient will call for appointment.

Discussed with the patient today the need to continue fiber and stool softeners on a daily basis, she will continue to watch for any rectal bleeding, rectal pain should slowly improve with time, she will follow up here PRN.

Cc: Spear, Bhakta.

## 5/9/2018 1:59:00 PM

### *LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 5/09/2018 01:59PM, Examiner: Jason L. Dunn, MD*

### Chief complaint
The Chief Complaint is: Pt c/o Thrombosed hemorrhoid-AH.

### Referred here
Primary physician: Tye Young, MD.

### History of present illness
LEISHA SMITH is a 56 year old female.

Here for recheck of hemorrhoids, patient with history of thrombosed external hemorrhoids, this was treated in February 2018, patient continues to have some rectal bleeding with her bowel movements, blood is pink in color, she continues to have stinging rectal pain with bowel movements and with bending over, this pain has been present for last couple of months since her procedure for the external hemorrhoids, she has not been able to go back to work secondary to the pain, she is having 3 bowel movements per day, she is taking Linzess, she states her bowel movements are loose 1st thing in the morning, no nausea or vomiting urinating well, no fever, reviewed office note from Dr. Stanley, colorectal surgery, from April 27, 2018, patient had rigid proctoscopy performed and was found to have posterior internal hemorrhoidal enlargement, rubber band ligation was recommended, patient with history of von Willebrand's disease, she has arranged with her hematologist her factor supply to be available if any procedure needs to be done, last colonoscopy was in 2013, she did not have any polyps, +maternal Grandfather with history of colon cancer.

### Past medical/surgical history
**Other:**

Easy bleeding after major surgery or trauma VAN WILLE BRANDS TYPE 2N

**Reported:**

*Surgical / Procedural:* Prior surgery.
*Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**

- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

### Family history
Mother deceased AGE 73 LUNG CANCER
A reaction to anesthetics
Hypertension
Hematologic disorder
Cancer PGM- THYROID

**Maternal:**

Lung cancer
Breast cancer

**Paternal grandfather's:**

Prostate cancer

**Maternal grandfather's:**

Colon cancer.

### Personal history
*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY. Former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

### Current medication
Medication List Reconciled.
Linzess by oral route.
Omeprazole by oral route.
Spiriva Respimat by inhalation route.

### Allergies and Adverse Reactions
Allergies Reviewed.
No Known Allergies.

### Review of systems
**Gastrointestinal:** Constipation and anal pain.
**Hematologic:** Easy bleeding and a tendency for easy bruising.

**Musculoskeletal:** Bone pain.
**Psychological:** Depression.
**Past Medical:** Currently wearing eyeglasses and wearing dentures.
No other symptoms reported on complete 13-system review form except those listed.
**Psychiatric Disorders:** • Other psychiatric disorders

## Physical findings

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 78 bpm | 5/09/2018 |
| Blood pressure | 140/80 mmHg | 5/09/2018 |
| Weight | 150 lbs | 5/09/2018 |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 5/09/2018 |
| Height | 64 in | 5/09/2018 |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 5/09/2018 |

Patient was not observed to be obese.

**General Appearance:**
Alert and in no acute distress.

**Neck:**
*Appearance:* The appearance of the neck was normal.

**Eyes:**
**General/bilateral:**
*Pupils:* PERRL.
*Sclera:* The sclera showed no icterus.

**Lymph Nodes:**
No adenopathy.

**Lungs:**
Respiration rhythm and depth was normal and the lungs were clear to auscultation.

**Cardiovascular:**
*Heart Rate And Rhythm:* Heart rate and rhythm normal.
*Murmurs:* No murmurs were heard.
*Edema:* Edema not present.

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* No mass was palpated in the abdomen, the abdomen was soft, and abdominal non-tender.

**Rectal:**
*Anus Examination:* No anal fissure was observed and sphincter tone was normal. Hemorrhoids were seen Right posterior internal hemorrhoid mildly prolapsed with Valsalva maneuver, no other masses noted. Anus was normal.
*Rectum:* The rectum was normal.

**Musculoskeletal System:**
*General/bilateral:* Normal movement of all extremities.

**Neurological:**
Oriented to time, place, and person.

**Psychiatric:**
*Mood:* The mood was not depressed and was not anxious.

**Skin:**
The skin general appearance was normal.

## Assessment

• Hemorrhoids with bleeding [[K64.1: Second degree hemorrhoids]]
Rectal pain [[K62.89: Other specified diseases of anus and rectum]].• Rectal hemorrhage [[K62.5: Hemorrhage of anus and rectum]]

## Counseling/Education

• Patient education - High Fiber Diet

## Plan

Follow-up visit 1 week(s);Post Op 1st.
Discussed with the patient today that at this point we will proceed with flexible sigmoidoscopy with rubber band ligation of this right posterior internal hemorrhoid, I have discussed the risks of this procedure as noted above, have discussed the risk of possible reoccurrence of hemorrhoid, I have discussed the risk of possible continued pain following the procedure, I have discussed the risk of possible increased risk for bleeding secondary to her history of von Willebrand's disease, patient has her plan in place for her factor replacement by her hematologist, bowel prep orders given, patient has agreed to proceed with this procedure as

discussed, all questions have been answered appropriately, she will follow up here one week after the procedure.

Cc: Speer, Bhakta.
Colonoscopy Procedure, Possible Biopsy
Discussed risks, including but not limited to: Bleeding, Infection, Perforation.

## 4/5/2018 9:41:00 AM

### *LEISHA SMITH, Sex: F, DOB: Encounter Date and Time: 4/05/2018 09:41AM, Examiner: Jason L. Dunn, MD*

**Chief complaint**

The Chief Complaint is: Recheck hemorrhoids. MW.

**Referred here**

Primary physician: Tye Young, MD.

**History of present illness**

LEISHA SMITH is a 56 year old female.

Here for postoperative visit following incision of thrombosed external hemorrhoids, overall her pain has improved but she still has some stinging, burning pain around her anus with bowel movements, she is having watery bowel movements but denies any blood in her stools, she is taking Lizness for her diarrhea, she continues to soak on a daily basis, she is not take any supplemental fiber, she has stopped her stool softeners, urinating well, no fever, no abdominal pain, patient has appointment with colorectal surgery later this month.

**Personal history**

*Behavioral:* Former smoker.

**Current medication**

Medication List Reconciled.
Spiriva Respimat by inhalation route.
TraZODone by oral route.
- omeprazole. by oral route
- Linzess. by oral route

**Allergies and Adverse Reactions**

Allergies Reviewed.
No Known Allergies.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 81 bpm | 4/05/2018 |
| Blood pressure | 124/82 mmHg | 4/05/2018 |
| Weight | 150 lbs | 4/05/2018 |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 4/05/2018 |
| Height | 64 in | 4/05/2018 |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 4/05/2018 |

Patient was not observed to be obese.

**General Appearance:**

Alert and in no acute distress.

**Eyes:**

General/bilateral:
*Pupils:* PERRL.

**Abdomen:**

*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**

*Anus Examination:* No anal fissure was observed, sphincter tone was normal, did not have hemorrhoids No remaining thrombosed external hemorrhoids, no obvious prolapse of internal hemorrhoids with Valsalva maneuver, and showed no abnormality small external tag at left posterior anus.
*Rectum:* The rectum was normal.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed and was not anxious.

## Assessment
Residual hemorrhoidal skin tags were observed [[K64.4: Residual hemorrhoidal skin tags]].

## Counselling/Education
- Patient education - High Fiber Diet

## Plan
- Return to the clinic if condition worsens or new symptoms arise

Follow-up visit prn.

Patient will call for appointment

- traZODone by oral route. DISCONTINUED BY: DKIMSEY. REASON: Course Complete

Discussed with the patient today the need to slowly increase her daily supplemental fiber intake, she will start at 5 g per day and slowly increase this over the next couple of months to 15 to 20 g per day, at this point there is no need for any further surgical intervention, she will see colorectal surgery later this month, she will follow up here PRN.

cc: Spear, Bhakta.

## Practice Management
Estab outpatient focused h&p - straightforward decisions.

## Signoff Information
Electronically Signed By: JASON L. DUNN, MD on 05/14/2018 at 06:35 AM.

# 3/1/2018 10:19:00 AM

### *LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 3/01/2018 10:19AM, Examiner: Jason L. Dunn, MD*

## Chief complaint
The Chief Complaint is: Post op hemorrhoidectomy --DB.

## Referred here
Primary physician: Tye Young, MD.

## History of present illness
LEISHA SMITH is a 55 year old female.

Here for postoperative visit following removal of thrombosed hemorrhoids, patient continues to have lots of pain in her rectal area, pain however is slowly improving, following the procedure patient did develop some whelps around her buttocks area, this has improved, she has nausea and vomiting after the procedure but none currently, she has been taking stool softeners and fiber, she has had some bleeding her rectum that has been red in color, patient currently on von Willebrand factor replacement every other day for the next week which is being managed by her hematologist, she has had bowel movements, she is urinating well, no fever.

## Personal history
*Behavioral:* Former smoker.

## Current medication
Medication List Reconciled.

TraZODone by oral route.

Spiriva Respimat by inhalation route.

## Allergies and Adverse Reactions
No Known Allergies.

Allergies Reviewed.

## Physical findings
**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 93 bpm | 3/01/2018 |
| Blood pressure | 124/82 mmHg | 3/01/2018 |
| Weight | 149 lbs | 3/01/2018 |
| Body mass index BMI Percentile: Off Chart | 25.6 kg/m2 | 3/01/2018 |
| Height | 64 in | 3/01/2018 |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 3/01/2018 |

Patient was not observed to be obese.

**General Appearance:**

Alert and in no acute distress.

**Abdomen:**

*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.

*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**

*Anus Examination:* The anal sphincter tone was normal and did not have hemorrhoids Left sided thrombosed hemorrhoids have resolved, incisions have healed well, no erythema.

**Neurological:**

Oriented to time, place, and person.

## Assessment

- Postprocedural states [[Z98.890: Other specified postprocedural states]]

## Counseling/Education

- Patient education - High Fiber Diet

## Plan

- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit 3 week(s);Post Op Not Ist.

Discussed with the patient the need to continue soaking in warm water TID, continue stool softeners and fiber supplementation, she will avoid straining for the next 2 weeks, we will keep her out of work for the next 2 weeks to allow for complete healing, she will continue her factor replacement according to her hematologist, she will follow up here in 2 weeks for a recheck.

Cc: Spear, Bhakta.

## Signoff Information

Electronically Signed By: JASON L. DUNN, MD on 04/22/2018 at 05:23 PM.

# 2/19/2018 2:17:00 PM

### *LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 2/19/2018 02:17PM, Examiner: Jason L. Dunn, MD*

## Chief complaint

The Chief Complaint is: Pt c/o hemorroids x 5 days, no bleeding---AC.

## Referred here

Primary physician: Tye Young, MD.

## History of present illness

LEISHA SMITH is a 55 year old female.

Here for rectal pain and swelling, pain present for last 5 days, pain pressure like in nature, pain worse with sitting, patient has been using Preparation H suppositories, she has also been using some lidocaine ointment for her pain, she does heavy lifting at work, no other obvious straining noted, she denies any rectal bleeding, patient does have history of von Willebrand factor disease, patient has been taking a stool softeners and fiber, she has had some recent constipation secondary to her rectal pain, she has a long history of hemorrhoids since the birth of her last child, her last colonoscopy was in 2013, patient states that she did not have any polyps, she was found to have hemorrhoids at that time, she has a family history of colon cancer in a maternal grandfather who had cancer at 62.

## Past medical/surgical history

**Other:**

Easy bleeding after major surgery or trauma VAN WILLE BRANDS TYPE 2N

**Reported:**

*Surgical / Procedural:* Prior surgery.

*Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**

- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

## Family history

Mother deceased AGE 73 LUNG CANCER

A reaction to anesthetics

Hypertension

Hematologic disorder

Cancer PGM- THYROID

**Maternal:**

Lung cancer

Breast cancer

**Paternal grandfather's:**

Prostate cancer

**Maternal grandfather's:**

Colon cancer.

## Personal history

*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY. Former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

## Current medication

Medication List Reconciled.

- traZODone. by oral route
- Spiriva Respimat. by inhalation route

## Allergies and Adverse Reactions

Allergies Reviewed.
No Known Allergies.

## Review of systems

**Gastrointestinal:** Constipation and anal pain.
**Genitourinary:** Date of last menstruation 1992.
**Hematologic:** Easy bleeding and a tendency for easy bruising.
**Musculoskeletal:** Bone pain.
**Psychological:** Depression.
**Past Medical:** Currently wearing eyeglasses and wearing dentures.
No other symptoms reported on complete 13-system review form except those listed.
**Psychiatric Disorders:** • Other psychiatric disorders

## Physical findings

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 90 bpm | 2/19/2018 |
| Blood pressure | 110/62 mmHg | 2/19/2018 |
| Weight | 153 lbs | 2/19/2018 |
| Body mass index BMI Percentile: Off Chart | 26.3 kg/m2 | 2/19/2018 |
| Height | 64 in | 2/19/2018 |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 2/19/2018 |

Patient was not observed to be obese.

**General Appearance:**

Alert and in no acute distress.

**Neck:**

Neck: normal.

**Eyes:**

**General/bilateral:**
*Pupils:* PERRL.

**Oral Cavity:**

*Teeth:* Dental no abnormalities.

**Lymph Nodes:**

Lymph nodes: normal. Adenopathy.

**Lungs:**

Lungs clear to auscultation and no wheezing was heard.

**Cardiovascular:**

*Heart Rate And Rhythm:* Heart rate and rhythm normal.
*Murmurs:* No murmurs were heard.
*Edema:* Edema not present.

**Abdomen:**

*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**

*Anus Examination:* No anal fissure was observed and sphincter tone was normal. Hemorrhoids were seen Rectal exam reveals the whole left side of her anal canal has thrombosed with minimal ulceration.

**Musculoskeletal System:**

*General/bilateral:* Musculoskeletal system: normal.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed. The mood was anxious.

**Skin:**

The skin general appearance was normal.

## Assessment

- Thrombosed external hemorrhoids [[K64.5: Perianal venous thrombosis]]

Rectal pain [[K62.89: Other specified diseases of anus and rectum]].

## Therapy

- Brief operative note: Enucleation of thrombosed external hemorrhoid located at left anal canal

The perianal area was prepped and then using 1% Xylocaine with epinephrine as local anesthesia, the thrombosed external hemorrhoid was anesthetized. Three separate incisions were made overlying the left sided thrombosed external hemorrhoids. The hemorrhoids were then dissected up with hemostats and scissors removing hemorrhoidal tissue and clot. Approximately 20 separate blood clots were removed from the left side. Bleeding was controlled. The incisions were partially closed with absorbable suture leaving adequate opening for drainage. Gauze dressings were applied. The patient tolerated the procedure well. The patient was given instructions for activity, wound care and follow up.

## Counseling/Education

- Patient education - High Fiber Diet

## Plan

- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen
- Incision of external thrombosed hemorrhoid

Follow-up visit 1 week(s);Post Op 1st.

Discussed with the patient the need to soak in warm water at least 3 to 4 times per day, she will start her factor replacement as she has been instructed in the past, she will contact her hematologist for further instructions regarding the length of use for her factor replacement, I have instructed her to continue her stool softeners and fiber on a daily basis, she will continue to use lidocaine ointment for pain, I will see her back here in 10 days for a recheck, I have instructed the patient to avoid any heavy lifting or straining or work until this area has healed appropriately.

Cc: Spear, Bhakta.

## Signoff Information

Electronically Signed By: JASON L. DUNN, MD on 04/22/2018 at 05:23 PM.

Liberty Mutual. INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 23, 2018

SURGICAL ASSOCIATES
2253 CHAMBLISS AVE NW STE 100
ATTN: MEDICAL RECORDS.
CLEVELAND, TN 37320

**Re: Long Term Disability Benefits**
Claim# 8248892 4350441
Claimant: SMITH, LEISHA
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From February 1, 2018 to Present**

- Seen By: DUNN, DR JASON

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Irene Jardin
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430 1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ____ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

---

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | SMITH, LEISHA |
| RP ID: | 4350441 |
| Access Code: | SURGAC |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

ReleasePoint

# Quality Assurance Report

**Request Information**

Report Date: July 24, 2018 **RP ID:** 4350441

Patient Name: SMITH, LEISHA

Provider Name: SURGICAL ASSOCIATES

**Quality Assurance Information**

Special Request: - Seen By: DUNN, DR JASON

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: MAGUI

**From February 1, 2018 to Present**

2 pages

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

ATTN
Blair Downs

Fax #
603
430
1751

*000618*

MS. LEISHA SMITH

*4004000100080000010000618618*

Liberty Mutual INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return To:** Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Manoo Bhakta
Specialty: Hematology
Address: Erlanger/TC Thompsons
3rd St Chatt TN 37401
Telephone No.: (423) 778 7289 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

July 20, 2018

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 8248892

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 20, 2018, we requested medical records from Dr. Dunn, Dr. Swaby, Dr. Speer, Dr. Stanley, Dr. Higgins, and Benchmark Physical Therapy. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2018 through the present from Dr. Dunn, Dr. Swaby, Dr. Speer, Dr. Stanley, Dr. Higgins, and Benchmark Physcial Therapy

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Volkswagen Group of America's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than August 2, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Blair Downs
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14174
Secure Fax No.: (603) 430-1751

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

FAX#

From:
MS. LEISHA SMITH

603 430 1751

attn Blair Downs
8 pages total

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Leisha Smith

Date of Birth: ________ Claim Number: 8248892 Date: 7-17-18

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Pg 1 of 2

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

Return To: Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Jason Dunn
Specialty: Surgeon
Address: 2253 Chambliss Ave NW #100
Cleveland TN 37311
Telephone No.: (423) 4725923 Fax No.: (423) 4765523

Name: AFC Urgent Care
Specialty: Walk in Clinic
Address: 170 Mouse Creek Rd NW
Cleveland TN 37312
Telephone No.: (423) 799 4128 Fax No.: ( )

Name: Dr Lydia Speer
Specialty: PCP
Address: 1751 Gunbarrel Rd # 201
Chattanooga TN 37421
Telephone No.: (423) 778 8909 Fax No.: ( )

Name: Erlanger East (ER)
Specialty: Hospital
Address: 1751 Gunbarrel Rd
Chattanooga TN 37421
Telephone No.: (423) 680 8000 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Dr. Laurie Anne Seaby
Specialty: GI Doctor
Address: 979 E 3rd St
Chatt TN 37403
Telephone No.: (423 778 4830 Fax No.: ( )

Name: Dr Daniel Stanley
Specialty: Colorectal Specialist
Address: 979 E 3rd St Ste C 300
Chattanooga TN 37403
Telephone No.: (423) 267 0466 Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: McGrady Dr
Cleveland TN 37311
Telephone No.: (423 559 9094 Fax No.: ( )

Name: CVS
Specialty: Pharmacy
Address: APD 40
Cleveland TN 37311
Telephone No.: (423 472 2649 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Leisha Smith DATE: 2/17-18

ADDITIONAL INFORMATION
Pg 2 of 2

Dr MATTHEW Higgins
~~ORTOP~~ ORTHOPEDIC surgeon
979 E 3rd St C
Chattanooga TN 37403
423 778 4900 Phone

Benchmark
Physical Therapy
3575 Keith St NW
STE 205
Cleveland TN
37312
423 559
0444

(Medical Ins -
Cigna VW)

Tennova Hospital - GI surgery performed!
2305 Chambliss Ave NW
Cleveland TN 37311
423 559 6000

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return to:** Blair Downs

**EMPLOYEE/CLAIMANT NAME:** Leisha Smith **CLAIM #:** 8248892
**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:** ______

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Smith Leisha D | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status M | |
| Spouse's Full Name and Date of Birth Eddie Gene Smith | Number of Children 4 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Eddie Gene Smith Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability Lib. Mutual | $ 434.22 | 2-16-18 | 8-16-18 | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Leisha Smith

**DATE:** 7-17-18 **EMPLOYEE'S SIGNATURE:** Leisha Smith

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

Liberty Mutual. INSURANCE

Return to: Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ------

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ___ Married ✓ Divorced ___
If married, please indicate your spouse's name and date of birth. Name: Eddie Gene Smith DOB:

Do you have children or dependents*? Yes ✓ No ___
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Nicholas Ratliff | | (Deceased 7-28-07) | | |
| Jason Smith | | — | — | — |
| Anthony Smith | | — | — | — |
| Chloe Smith | | — | — | — |

Is your spouse and/or children receiving Social Security benefits? Yes: ___ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Leisha Smith Date: 7-17-18

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: N/A Certificate Program completed: ______

Associates Degree: N/A College: number of years: ______

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work (N/A) I ATTEND CHURCH

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: VW Department: Paint From: 6-2011 To: current
   Job Title(s): Fixture Deck 14 mos, Paint Quality 2012-current
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): I work the Quality Area on Finesse Lines in the Paint Shop

2. Company: BC Nursing Home Department: Unit Clerk From: May 2011 To: MAy 2011 2 weeks
   Job Title(s): Unit Clerk
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): I was training for this JOB when I took JOB at VW

A Liberty Mutual Company

3. Company: NHM (temp) Department: Cafeteria From: March 2011 To: April 2011
Job Title(s): Cashier
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): Clean dining room
assist check out

4. Company: Valley View School Department: Cafeteria From: Jan 2011 To: March 2011
Job Title(s): dishwasher
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): wash trays and dishes

5. Company: Bradley Litho Department: Customer rep From: Jan 1998 To: April 2008
Job Title(s): assist In JOB orders
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): answer phone order supplies
darkroom Bindery

**Computer Utilization:**

Computer Training/Courses, Certifications: N/A

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☐ | | | |
| Spread Sheet (MS Excel) | ☒ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: | | |

How much time is spent daily on your work computer? ☒ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) 65 wpm
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: LiSmith@vw.com

SIGNATURE: Leisha Smith PHONE NO: ______



Lincoln/Smith 1129

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| **7/18/2018** |
| Request ID # |
| **0250545949** |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON
**Patient Name:** SMITH LEISHA
**CLAIM NUMBER:** 3955162
**DOB:**

Ship to:

CAROLANN PRUITT
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Records from:

ERLANGER EAST FAMILY MEDICINE
1751 GUNBARREL RD
STE 201
CHATTANOOGA, TN 37421

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

Liberty Mutual. INSURANCE

5/-
/B

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

June 27, 2018

Dr. Lydia Speer

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:
)-pt

Dear Dr. Lydia Speer:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2018 through the present

We ask that you provide this information by July 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-5072 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Carolann Pruitt
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14005
Secure Fax No.: (603) 559-5072

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR. LYDIA SPEER |
| Attn: | Medical Records |
| Fax: | (423) 778-8910 |
| From: | Carolann Pruitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-5072 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

CiOX HEALTH

CIOX Health is under agreement with healthcare providers to release authorized copies of medical records, which are protected by federal and other laws. CIOX Health employees will not forward confidential records without proper authorization. We have checked the patient's file and regret that we cannot respond to your request for records at this time due to the following:

- ☐ **There are No Dates of Treatment** for the records you have requested.
- ☐ **Unable to identify patient** Additional information is needed to identify the correct patient. Please provide a date of birth/social security number, and/or any other names used by the patient.
- ☐ **HIPAA-compliant authorization** Patient authorization must contain statements of notification to the patient. One or more of the following statements is missing from your authorization:
  - ☐ Individual's right to revoke authorization
  - ☐ Description of how to revoke it
  - ☐ Potential for disclosed information to be re-disclosed by recipient
  - ☐ Expiration date or event upon which the authorization will expire.
- ☐ **HIPAA-compliant request for medical records** Request for medical records must include all of the information below. One or more core elements are missing from your request:
  - ☐ Name of patient.
  - ☐ Description of the information to be disclosed.
  - ☐ Name of person/entity authorized to disclose and person/entity authorized to receive the records.
  - ☐ Description of the purpose for the disclosure.
- ☐ **Special Authorization Required** The chart may contain sensitive information. The authorization must specify that permission is given to disclose such information.
- ☐ **The Patient Authorization has expired**
- ☐ **The Patient is Not a Minor** Patient must sign for himself/herself, unless proof is provided of the patient's incapacity.
- ☒ **Inadequate Authorization** A proper authorization to release records was not included with your request. Please have the patient or the person holding his/her healthcare power of attorney/legal guardian, complete a consent form and return it to the medical facility, along with your original request.
- ☐ **A Death Certificate or "Letter of Administration/Testament"** must accompany the request for records for a deceased individual. Requests for records regarding deceased or incapacitated individuals must be accompanied by documentation which supports that the individual requesting and/or authorizing the release of this information is legally capable of doing so. Please re-request and provide the necessary supporting documentation (i.e., court documents naming the signor as the executor of the estate or death certificate which names the signor as the next-of-kin).
- ☐ **Other:**

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

***If you must provide additional information, please return the updated request and authorization to the facility you originally requested the information from.***

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 17 Jul 2018 11:38:05 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 8248892, LEISHA SMITH and LDW 2/15/2018

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 8248892.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 17 Jul 2018 11:45:36 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3955162, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/16/2018. The claim has been approved through 8/16/2018. As of 8/17/2018 this claim is closed. The case manager for this claim is Blair Downs. The claim number is 3955162.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

July 16, 2018

Ms. Leisha D. Smith

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 8248892 and 3955162

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since February 16, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through August 16, 2018.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Volkswagen Group of America's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than August 29, 2018.

- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Family Information Questionnaire
- X Training Education Experience
- ___ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Blair Downs
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14174
Secure Fax No.: (603) 430-1751

Attachments: Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 8248892 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return To:** Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return to:** Blair Downs

**EMPLOYEE/CLAIMANT NAME:** Leisha Smith **CLAIM #:** 8248892

**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________

**DATE:**__________ **EMPLOYEE'S SIGNATURE:** ________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

**Return to:** Blair Downs

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: _____ No: _____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1751

EMPLOYEE/CLAIMANT NAME: Leisha Smith
CLAIM NO: 8248892
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____ Certificate Program completed: ____

Associates Degree: ____ College: number of years: ____

Bachelor's Degree: BA /BS Major: ____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____

Professional Training, License, Certificates(s): ____

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: ____

Additional Skills, Hobbies & Volunteer Work ____

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____ Department: ____ From: ____ To: ____
   Job Title(s): ____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____

2. Company: ____ Department: ____ From: ____ To: ____
   Job Title(s): ____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____

A Liberty Mutual Company

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

## Essential Job Functions & Physical Demands by Area

| | | | |
|---|---|---|---|
| **Job Area:** | Paint | **Job Pace:** | Approximately 27 cycles/hour |
| **Job/Group/Line:** | Quality Control (QC) | **Class:** | Medium |
| **Job Title:** | QC Finesse E/W L | **Analysis Date:** | Mar 2015 |
| | | **Evaluator:** | Corey Stansifer, ATC |

**Essential Job Functions:**

W/M
Hood raise (20lbs)

For a more detailed account of the standardized work process, please refer to the Process book located at each pitch station.

## Essential Job Functions & Physical Demands by Area

| Paint - Quality Control (QC) - QC Finesse E/W L | | | | | |
|---|---|---|---|---|---|
| | Rarely | Infreq | Occas | Freq | Const |
| | * Neg (negligible) represents weight of <= 4 lbs | | | | |
| **Material Handling Activities** | < 1 rep/day | 1-7 reps/day<br>1 rep/hour | 8-32 reps/day<br>1-4 reps/hour | 33-250 reps/day<br>5-31 reps/hour | >250 reps/day<br>>31 reps/hour |
| Floor to Waist (1in .- 42in.) | Neg* | | | | |
| Waist to Shoulder (43in. - 54in.) | | | | 20 lbs | Neg* |
| Shoulder to Overhead (55in. - 84in.) | | | | 20 lbs | |
| Carry | | | | | Neg* |
| Push/Pull - Standing | | | | Neg* | |
| Push/Pull - Walking | Neg* | | | | |
| **Non-Material Handling Activities** | < 1 rep/day | 1-7 reps/day<br>1 rep/hour | 8-32 reps/day<br>1-4 reps/hour | 33-250 reps/day<br>5-31 reps/hour | >250 reps/day<br>>31 reps/hour |
| Squatting / Crouching | | | | X | |
| Bending/ Stooping | | | | | X |
| Kneeling | X | | | | |
| Crawling | X | | | | |
| Trunk Rotation | | | | X | |
| Combined Twist/ Bend | | | | | X |
| Neck Flexion | | | | X | |
| Neck Extension | | | X | | |
| Neck Rotation | | | | X | |
| **Upper Extremity Activities** | 1-7 reps/day | 8-32 reps/day<br>1-4 reps/hour | 33-250 reps/day<br>5-31 reps/hour | 250-1000 reps/day<br>32-125 reps/hour | > 1000 reps/day<br>>125 reps/hour |
| Simple Grasping | | | | | X |
| Firm Grasping | | | X | | |
| Fine Hand Manipulation | | | X | | |
| Wrist Flexion/Extension/Deviation | | | | X | |
| Vibratory Hand Tools | X | | | | |
| Impact Hand Tools | X | | | | |
| Hand Strikes | X | | | | |
| Forward Reaching | | | | | X |
| Overhead Reaching | | | | X | |
| **Dynamic & Static Activities** | (< 1% of day) | (1-5% of day) | (6-33% of day) | (34-66% of day) | (67-100% of day) |
| Sitting | X | | | | |
| Standing (Less than 3 Steps) | | | | X | |
| Walking (Greater than 3 Steps) | | | | X | |
| Stair Climbing | | X | | | |
| Ladder Climbing | X | | | | |
| Driving (e.g. Forklift, Vehicle, etc.) | X | | | | |
| Foot Controls | X | | | | |
| Critical Balance | X | | | | |
| Perform Overhead Work | | | X | | |

| Reaches | Barrier | Horizontal | Vertical |
|---|---|---|---|
| | | | |

## Essential Job Functions & Physical Demands by Area

| | | | |
|---|---|---|---|
| **Job Area:** | Paint | **Job Pace:** | Approximately 27 cycles/hour |
| **Job/Group/Line:** | Quality Control (QC) | **Class:** | Medium |
| **Job Title:** | QC Finesse E/W R | **Analysis Date:** | Mar 2015 |
| | | **Evaluator:** | Corey Stansifer, ATC |

**Essential Job Functions:**

W/M
Hood raise (20lbs)

For a more detailed account of the standardized work process, please refer to the Process book located at each pitch station.

## Essential Job Functions & Physical Demands by Area

| Paint - Quality Control (QC) - QC Finesse E/W R | | | | | |
|---|---|---|---|---|---|
| | Rarely | Infreq | Occas | Freq | Const |
| **Material Handling Activities** | < 1 rep/day | 1-7 reps/day 1 rep/hour | 8-32 reps/day 1-4 reps/hour | 33-250 reps/day 5-31 reps/hour | >250 reps/day >31 reps/hour |
| Floor to Waist (1in .- 42in.) | Neg* | | | | |
| Waist to Shoulder (43in. - 54in.) | | | | 20 lbs | Neg* |
| Shoulder to Overhead (55in. - 84in.) | | | | 20 lbs | |
| Carry | | | | | Neg* |
| Push/Pull - Standing | | | | Neg* | |
| Push/Pull - Walking | Neg* | | | | |
| **Non-Material Handling Activities** | < 1 rep/day | 1-7 reps/day 1 rep/hour | 8-32 reps/day 1-4 reps/hour | 33-250 reps/day 5-31 reps/hour | >250 reps/day >31 reps/hour |
| Squatting / Crouching | | | | X | |
| Bending/ Stooping | | | | | X |
| Kneeling | X | | | | |
| Crawling | X | | | | |
| Trunk Rotation | | | | X | |
| Combined Twist/ Bend | | | | | X |
| Neck Flexion | | | | X | |
| Neck Extension | | | X | | |
| Neck Rotation | | | | X | |
| **Upper Extremity Activities** | 1-7 reps/day | 8-32 reps/day 1-4 reps/hour | 33-250 reps/day 5-31 reps/hour | 250-1000 reps/day 32-125 reps/hour | > 1000 reps/day >125 reps/hour |
| Simple Grasping | | | | | X |
| Firm Grasping | | | X | | |
| Fine Hand Manipulation | | | X | | |
| Wrist Flexion/Extension/Deviation | | | | X | |
| Vibratory Hand Tools | X | | | | |
| Impact Hand Tools | X | | | | |
| Hand Strikes | X | | | | |
| Forward Reaching | | | | | X |
| Overhead Reaching | | | | X | |
| **Dynamic & Static Activities** | (< 1% of day) | (1-5% of day) | (6-33% of day) | (34-66% of day) | (67-100% of day) |
| Sitting | X | | | | |
| Standing (Less than 3 Steps) | | | | X | |
| Walking (Greater than 3 Steps) | | | | X | |
| Stair Climbing | | X | | | |
| Ladder Climbing | X | | | | |
| Driving (e.g. Forklift, Vehicle, etc.) | X | | | | |
| Foot Controls | X | | | | |
| Critical Balance | X | | | | |
| Perform Overhead Work | X | | | | |

| **Reaches** | **Barrier** | **Horizontal** | **Vertical** |
|---|---|---|---|
| | | | |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

June 22, 2018

Dr. Laurie-Anne Swaby
Gastro

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Laurie-Anne Swaby:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2018 through present.

We ask that you provide this information by June 29, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9587 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Candance Sutton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13969
Secure Fax No.: (603) 334-9587

Mail

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

| | |
|---|---|
| Date: | June 22, 2018 |
| To: | DR LAURIE-ANNE SWABY<br>GASTRO |
| Attn: | medical records |
| Fax: | (423) 778-4831 |
| From: | Candance Sutton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-9587 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

CIOX Health is under agreement with healthcare providers to release authorized copies of medical records, which are protected by federal and other laws. CIOX Health employees will not forward confidential records without proper authorization. We have checked the patient's file and regret that we cannot respond to your request for records at this time due to the following:

- ☐ **There are No Dates of Treatment** for the records you have requested.
- ☐ **Unable to identify patient** Additional information is needed to identify the correct patient. Please provide a date of birth/social security number, and/or any other names used by the patient.
- ☐ **HIPAA-compliant authorization** Patient authorization must contain statements of notification to the patient. One or more of the following statements is missing from your authorization:
  - ☐ Individual's right to revoke authorization
  - ☐ Description of how to revoke it
  - ☐ Potential for disclosed information to be re-disclosed by recipient
  - ☐ Expiration date or event upon which the authorization will expire.
- ☐ **HIPAA-compliant request for medical records** Request for medical records must include all of the information below. One or more core elements are missing from your request:
  - ☐ Name of patient.
  - ☐ Description of the information to be disclosed.
  - ☐ Name of person/entity authorized to disclose and person/entity authorized to receive the records.
  - ☐ Description of the purpose for the disclosure.
- ☐ **Special Authorization Required** The chart may contain sensitive information. The authorization must specify that permission is given to disclose such information.
- ☐ **The Patient Authorization has expired**
- ☐ **The Patient is Not a Minor** Patient must sign for himself/herself, unless proof is provided of the patient's incapacity.
- ☒ **Inadequate Authorization** A proper authorization to release records was not included with your request. Please have the patient or the person holding his/her healthcare power of attorney/legal guardian, complete a consent form and return it to the medical facility, along with your original request.
- ☐ **A Death Certificate or "Letter of Administration/Testament"** must accompany the request for records for a deceased individual. Requests for records regarding deceased or incapacitated individuals must be accompanied by documentation which supports that the individual requesting and/or authorizing the release of this information is legally capable of doing so. Please re-request and provide the necessary supporting documentation (i.e., court documents naming the signor as the executor of the estate or death certificate which names the signor as the next-of-kin).
- ☐ **Other:**

________________________________________

****If you must provide additional information, please return the updated request and authorization to the facility you originally requested the information from.*****

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| 6/27/2018 |
| Request ID # |
| 0248882186 |

**Ship to:**

LIBERTY MUTUAL
LIBERTY MUTUAL
PO BOX 7207
LONDON, KY 40742-7207

**Requested By:** LIBERTY MUTUAL
**Patient Name:** SMITH LEISHA
CLAIM NUMBER: 3955162
DOB:

**Records from:**

ACADEMIC GASTROENTEROLOGY
979 E 3RD ST
STE C825
CHATTANOOGA, TN 37403-3357

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

3N183180106

******AUTO**MIXED AADC 300
978 2 MB 0.424 000978
LIBERTY MUTUAL
PO BOX 7207
LONDON, KY 40742-7207 6pgs

*000600978K07*

# ATTENTION

## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

198686982

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Leisha Smith

Name of legal representative, if applicable (print) N/A Relationship self

Signature of claimant or legal representative DocuSigned by: Leisha Smith 8FD3388DC6C9405...

Date of Birth: __ ________ Claim Number: 3955162 Date: 7/2/2018

**A copy of this authorization will be considered as valid as the original.**

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 2 Jul 2018 11:32:06 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3955162, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/16/2018. This claim is approved through 8/16/2018. This indicates an extension of benefits. The case manager for this claim is Carolann Pruitt. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 3955162 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR LAURIE-ANNE SWABY<br>GASTRO |
| Attn: | Karen |
| Fax: | (423) 778-6154 |
| From: | Carolann Pruitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-5072 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

June 27, 2018

Dr. Laurie-Anne Swaby
Gastro

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Laurie-Anne Swaby:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2018 through the present

We ask that you provide this information by July 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-5072 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an

individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Carolann Pruitt
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14005
Secure Fax No.: (603) 559-5072

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR. LYDIA SPEER |
| Attn: | Medical Records |
| Fax: | (423) 778-8910 |
| From: | Carolann Pruitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 559-5072 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

June 27, 2018

Dr. Lydia Speer

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Lydia Speer:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2018 through the present

We ask that you provide this information by July 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-5072 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Carolann Pruitt
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14005
Secure Fax No.: (603) 559-5072

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-5072

June 28, 2018

Ms. Leisha D. Smith

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Volkswagen Group of America's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 27, 2018, we requested medical records from Dr. Speer and Dr. Swaby. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2018 through the present from Dr. Speer and Dr. Swaby

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Volkswagen Group of America's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than July 26, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Carolann Pruitt
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14005
Secure Fax No.: (603) 559-5072

erlanger Health System

# CONFIDENTIAL FAX

Academic Gastroenterology at Erlanger
979 East Third Street, Suite C-825
Chattanooga, TN 37403
Phone: 423-778-4830 Fax: 423-778-6154

- ☐ Arslan Kahloon, MD
- ☐ Steven Kessler, DO
- ☐ Louis Lambiase, MD
- ☐ George Philips, MD
- ☒ Laurie-Anne Swaby, MD
- ☐ Suril Patel, MD
- ☐ Jasna Beard, MD
- ☐ Sharif Murphy, MD
- ☐ Gena Thompson, PA

| | |
|---|---|
| Date: 6/27/18 | Attention: Short term Disability Claims |
| To: Liberty Mutual | From: **Karen Campbell, LPN** |
| Phone: (603) 559-5072 | Fax: (423) 778-6154 |
| Re: Keisha Smith | # of pages(including cover) 7 |

**Comments:**

Urgent Please Reply Please Review Referral For Your Records

Confidentiality Notice
This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named above as the Recipient. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health Systems at 423-778-4156 and arrange for the return or destruction of these documents.
Erlanger Health System-Confidential Information
975 East Third Street, Chattanooga, TN 37403
(ATTN: Health Information Management)

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 6/19/2018
Status: Open
EMG Gastroenterology

Provider: Laurie-Anne Swaby, MD (Gastroenterology)
Primary diagnosis: Gastroesophageal reflux disease, esophagitis presence not specified
Reason for Visit: Abdominal Pain, Heartburn; Referred by Lydia Speer, DO

## Instructions

Return in about 3 months (around 9/19/2018).

**Patient Instructions**

After Visit Summary (Printed 6/19/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 125/85 (BP Location: Right arm, Patient Position: Sitting) Pulse 72 Ht 1.626 m (5' 4") Wt 65 kg (143 lb 4.8 oz) BMI 24.60 kg/m² BSA 1.71 m² More Vitals |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies |

## Media

› Consent - Other - Scan on 6/19/2018 11:44 AM : GI

## Orders Placed

Case request operating room: UPPER GASTROINTESTINAL ENDOSCOPY WITH BIOPSY, DIAGNOSTIC FLEXIBLE COLONOSCOPY PROXIMAL TO SPLENIC FLEXURE WITH COLLECTION OF SPECIMEN BY WASHING AND COLON DECOMPRESSION, ESOPH/GASTROESOPH REFLUX TEST; W/MUCOUS TELEMETR... Once

## Medication Changes

As of 6/19/2018 12:54 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln** | 0 | 6/19/2018 | |
| Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed | | | |
| **Discontinued: DME PRESCRIPTION** | | | |
| **Discontinued: tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist** | | | |

## Visit Diagnoses

Gastroesophageal reflux disease, esophagitis presence not specified K21.9
Family history of colonic polyps Z83.71

## linaclotide (LINZESS) 290 mcg capsule [34870646]

Order Details

| | | |
|---|---|---|
| Dose: **290 mcg** | Route: **oral** | Frequency: **Daily** |
| Dispense Quantity: 30 capsule | Refills: 11 | Fills remaining: -- |

Sig: Take 290 mcg by mouth daily.

| | | |
|---|---|---|
| Written Date: 06/19/18 | Expiration Date: 06/19/19 | |
| Start Date: 06/19/18 | End Date: -- | |
| Ordering Provider: -- | Phone: -- | Fax: -- |
| Address: -- | NPI: -- | |
| Authorizing Provider: Lydia Speer, DO | Phone: 423-778-8909 | Fax: 423-778-8910 |
| Address: 1751 GUNBARREL ROAD, SUITE 201, CHATTANOOGA TN 37421 | NPI: 1073833364 | |
| Ordering User: Lydia Speer, DO | | |
| Pharmacy: CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA | Phone: 423-472-2649 | Fax: 423-614-6709 |
| Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323 | | |
| Pharmacy Comments: -- | | |

Fill quantity remaining: -- Fill quantity used: --

## Warnings History

No Interaction Warnings Shown

## Order Audit Trail

Number of times this order has been changed since signing: 1

Order Audit Trail

## E-Prescribing Status

Medication

**linaclotide (LINZESS) 290 mcg capsule**

**Sig:** Take 290 mcg by mouth daily.

**Class:** Normal

Medication

**Route:** oral

**Date/Time Signed:** 6/19/2018 15:02

**E-Prescribing Status:** Receipt confirmed by pharmacy (6/19/2018 3:02 PM EDT)

## Event History

Event History

## Order Transmittal Tracking

linaclotide (LINZESS) 290 mcg capsule (Order #34870646) on 6/19/18

## Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **linaclotide (LINZESS) 290 mcg capsule** | 30 capsule | 11 | 6/19/2018 | |

**Sig - Route:** Take 290 mcg by mouth daily. - oral

**E-Prescribing Status:** Receipt confirmed by pharmacy (6/19/2018 3:02 PM EDT)

| Print Trail | | | |
|---|---|---|---|
| Printed On | Printed By | Printed To | Report |
| 6/19/18 3:02 PM | Lydia Speer, DO | RETAIL E-PRESCRIBING INTERFACE | GENERIC ORDER COMPLETION REPORT |

## sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln [34870644]

Order Details

Dose, Route, Frequency: As Directed
Dispense Quantity: 2 Bottle | Refills: 0 | Fills remaining: --

Sig: Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed

Written Date: 06/19/18 | Expiration Date: 06/19/19
Start Date: 06/19/18 | End Date: --

Ordering Provider: -- | Phone: -- | Fax: --
Address: -- | NPI: --

Authorizing Provider: Laurie-Anne Swaby, MD | Phone: 423-778-4830 | Fax: 423-778-4831
Address: 979 EAST THIRD STREET SUITE C-825, CHATTANOOGA TN 37403 | NPI: 1851591499

Ordering User: Laurie-Anne Swaby, MD
Pharmacy: CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA | Phone: 423-472-2649 | Fax: 423-614-6709
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Pharmacy Comments: --

Fill quantity remaining: -- Fill quantity used: --

## Orders with any of the following pharmaceutical classes: LAXATIVES AND CATHARTICS

| Name | Dose | Frequency | Start Date | End Date | Medication Warnings | Interventions? | Order Mode |
|---|---|---|---|---|---|---|---|
| CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL) | | | 05/27/16 | | | | Outpatient |

## Warnings History

Total number of overridden warnings: 2

Full Warnings History


Lincoln/Smith 1172

## Order Audit Trail

Number of times this order has been changed since signing: **1**

Order Audit Trail

## E-Prescribing Status

Medication

**sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln**

**Sig:** Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed

**Class:** Normal

**Date/Time Signed:** 6/19/2018 12:54

**E-Prescribing Status: Receipt confirmed by pharmacy** (6/19/2018 12:54 PM EDT)

## Event History

Event History

## Order Transmittal Tracking

sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln (Order #34870644) on 6/19/18

## Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln** | 2 Bottle | 0 | 6/19/2018 | |

**Sig:** Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed

**E-Prescribing Status: Receipt confirmed by pharmacy** (6/19/2018 12:54 PM EDT)

Print Trail

| Printed On | Printed By | Printed To | Report |
|---|---|---|---|
| 6/19/18 12:54 PM | Laurie-Anne Swaby, MD | RETAIL E-PRESCRIBING INTERFACE | GENERIC ORDER COMPLETION REPORT |

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Patient Instructions** Encounter Date: 6/19/2018



## Laurie-Anne Swaby, MD

Gastroenterology

EGD/COLONOSCOPY
Bravo pH probe
suprep
Hold omeprazole for 7 days prior to EGD
Ok to take pepcid or zantac prn during time off omeprazole
Hold pepcid/zantac on AM of procedure and testing.
Contact Dr. Bhakta for instructions on vWF correction prior to procedure.
Will discuss constipation at follow-up visit.
3 mth f/u

Electronically Edited/Signed by Laurie-Anne Swaby, MD on 6/19/2018 12:54 PM.

Office Visit on 6/19/2018 Note shared with patient

## Chart Review Routing History

| Recipient | Method | Report | Sent By |
|---|---|---|---|
| Lydia Speer, DO<br>Phone: 423-778-8909<br>Sent: 5/15/2017 7:58 AM<br>Filed: 5/15/2017 | In Basket | Media | Misty Helton, LPN [908] |
| EPHS East Imaging<br>Fax: 423-308-0512<br>Phone: 423-680-8970<br>Sent: 9/21/2017 9:59 AM<br>Filed: 9/20/2017 | Fax | | Amber Denny, MA [851] |
| Amber Denny, MA<br>Sent: 2/19/2018 12:44 PM<br>Filed: 2/19/2018 | In Basket | Conversation | Misty Helton, LPN [908] |

Erlanger Health System -- Confidential Information

To/Recipient: Liberty mutual

Fax Number: 603-334-9587

Organization:

Date/Time: 6/27/18

From/Sender: Misty

Phone Number: 423-778-8909 Fax: 423-778-8910

Organization: UT ERLANGER EAST PRIMARY CARE

Subject: Records Requested.

*NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!*

Number of Pages (Including Cover Page):

**************************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Erlanger Health System at (423) 778-5827 and arrange for the return or destruction of these documents.

Erlanger Health System – Confidential Information
975 East Third Street, Chattanooga, TN 37403 (ATTN: Health Information Management)

UT Erlanger East Primary Care

Tye B. Young, DO Lydia Speer, DO
Justin A. Ossman, MD

1751 Gunbarrel Road, Suite 201
Chattanooga, TN 37421
Phone: (423) 778-8909 Fax: (423) 778-8910

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

| | |
|---|---|
| Date: | June 22, 2018 |
| To: | DR. LYDIA SPEER |
| Attn: | medical records |
| Fax: | (423) 778-8910 |
| From: | Candance Sutton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-9587 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

June 22, 2018

Dr. Lydia Speer

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Lydia Speer:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2018 through present

We ask that you provide this information by June 29, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9587 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Candance Sutton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13969
Secure Fax No.: (603) 334-9587

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 5/9/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Acute hemorrhoid
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Dr. Fowler-ENT-thyroid u/s may 16th

3D mammogram qualified-dense breasts

Silent GERD-on omeprazole 60mg daily for silent reflux-started on by Dr. Koo and Dr. Fowler
Patient has hoarse voice and cough that could be due to this
Doesn't really have burning feeling in her chest

Had arthritis and bone spurs in hips-saw Dr. Higgins-supposed to have hip injection and PT

Right hand tremor for over a year-at rest and with intention-seems to be more prominent
Father has parkinsons, grandmother had parkinsons
Worried this could be the start of it
Sometimes will be walking and feels like feet are stuck but body keeps moving forward
Would like neurology referral for further evaluation

Saw Dr. Stanley-he said she had new hemorrhoid that needs potential banding and posterior fissure-recommended she try nifedipine ointment and flexeril-tried flexeril-didn't really help
nifedpine hasn't tried-wants to talk to Dr. Dunn first

Patient out on short term disability until may 28th
Cont to have rectal pain-esp when standing up
Cont to have pink blood in toilet
If she needs to have banding-will need at least 8 weeks after procedure for recovery due to her von willebrands and what happened after she had her trombectomy-21 clots in feb 2018

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

Diagnosis Date

- Acne rosacea
- Depression
- Hemorrhoids
- Hepatitis C
  *genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015*
- Rheumatoid arthritis(714.0)
- Von Willebrand disease (CMS/HCC)

Current Outpatient Prescriptions:

- albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
- albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
- antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
- CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
- cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
- diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
- DME PRESCRIPTION, Please provide home nebulizer with supplies to use with four times daily as needed nebulizer treatments, Disp: 1 Device, Rfl: 0
- HUMATE-P 250-600 unit injection, , Disp: , Rfl:
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
- linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
- montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
- MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
- omeprazole (PriLOSEC) 40 mg capsule, , Disp: , Rfl:
- omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
- tiotropium bromide (SPIRIVA RESPIMAT) 2.5 mcg/actuation mist, Take 2 puffs daily, Disp: 3 Inhaler, Rfl: 3
- traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for voice change.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for rectal pain. Negative for abdominal pain and constipation.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for tremors. Negative for numbness and headaches.
Psychiatric/Behavioral: The patient is nervous/anxious.

**Vitals:**

| | 05/09/18 1021 |
|---|---|
| BP: | 132/82 |
| Pulse: | 76 |
| Resp: | 18 |
| SpO2: | 98% |
| Weight: | 148 lb 14.4 oz (67.5 kg) |

Body mass index is 25.56 kg/m².

**Objective**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Neurological: She is alert and oriented to person, place, and time.
**Right hand resting tremor**
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan**

**Office Visit on 03/30/2018**

| Component | Date | Value |
|---|---|---|
| • ANA Direct | 03/30/2018 | Negative |
| • C-Reactive Protein, Quant | 03/30/2018 | 0.63 |
| • RA Latex Turbid. | 03/30/2018 | <10.0 |
| • Sedimentation Rate-Weste* | 03/30/2018 | 7 |
| • CCP Antibodies IgG/IgA | 03/30/2018 | 6 |
| • TSH | 03/30/2018 | 1.856 |
| • Thyroxine (T4) | 03/30/2018 | 10.3 |

**Problems Addressed This Visit**

| | Codes |
|---|---|
| 1. **Acute hemorrhoid - Primary** | ICD-10-CM: K64.9<br>ICD-9-CM: 455.6 |
| 2. **Constipation** | ICD-10-CM: K59.00<br>ICD-9-CM: 564.00 |

Relevant Medications
DME PRESCRIPTION

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Mixed action and resting tremor**<br>refer to neurology for eval | ICD-10-CM: R25.9<br>ICD-9-CM: 781.0 |
| **Gastroesophageal reflux disease with esophagitis**<br>cont omeprazole. keep f/u with Dr. Swaiby | ICD-10-CM: K21.0<br>ICD-9-CM: 530.11<br>Relevant Medications<br>omeprazole-sodium bicarbonate 20-1,680 mg packet<br>omeprazole (PriLOSEC) 40 mg capsule |

## Instructions

Omeprazole 60mg total
Continue linzess

Extend short term disability

Refer to neurology

After Visit Summary (Printed 5/9/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/82 Pulse 76 Resp 18 Wt 148 lb 14.4 oz (67.5 kg) SpO2 98% BMI 25.56 kg/m$^2$ BSA 1.75 m$^2$ |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Communications

Letter sent to Leisha Dianne Smith and Lydia Speer, DO

## Orders Placed

None

## Medication Changes

As of 5/9/2018 11:13 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: meloxicam (MOBIC) 7.5 mg tablet** | | | |

## Visit Diagnoses

Acute hemorrhoid K64.9 - keep f/u with Dr. Dunn this afternoon
extend short term disability for 6 weeks after may 28 to allow for recovery from procedure
Constipation, unspecified constipation type K59.00 - cont linzess
Mixed action and resting tremor R25.9 - refer to neurology for eval
Gastroesophageal reflux disease with esophagitis K21.0 - cont omeprazole. keep f/u with Dr. Swaiby

# Smith, Leisha Dianne

MRN: 01114276
Description: 56 year old female

**Office Visit** 6/19/2018
EMG Primary Care at East

Provider: Lydia Speer, DO (Family Medicine)
Primary diagnosis: Constipation, unspecified constipation type
Reason for Visit: Follow-up; Referred by Lydia Speer, DO

## Progress Notes

Lydia Speer, DO (Physician) • Family Medicine

Expand All   Collapse All

**Subjective**

**Patient ID:** Leisha Dianne Smith is a 56 y.o. female.

Here for followup

Still having a hard time going to the bathroom-constipated
On linzess 145mcg
Saw Dr. Swaiby this morning-going to have upper endoscopy and colonoscopy august 15th

Had hemorrhoid surgery-went well overall-but still having pain in pelvic/buttock area with prolonged standing
Better with sitting

Hips continue to hurt
Interested in starting PT now that hemorrhoid procedure over

GERD/hoarse voice/cough has improved since starting on omeprazole-but can't be on this long term due to bone health

The following have been reviewed and updated as appropriate in this visit:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acne rosacea | |
| • Depression | |
| • Hemorrhoids | |
| • Hepatitis C<br>*genotype 1b s/p treatment boceprivir, IFN, ribavirin x 36 week for eVR and SVR as of 3/2015* | |
| • Rheumatoid arthritis(714.0) | |
| • Von Willebrand disease (CMS/HCC) | |

Current Outpatient Prescriptions:
• albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution, Take 3 mL (2.5 mg total) by nebulization 4 (four) times a day as needed for wheezing or shortness of breath., Disp: 90 mL, Rfl: 5
• albuterol HFA (VENTOLIN HFA) 90 mcg/actuation inhaler, 2 puffs every 4 hours as needed for wheezing or shortness of breath, Disp: 3 Inhaler, Rfl: 3
• antihemophilic factor-vWF (HUMATE-P) 1,000-2,400 unit injection, Give 3000 units (vWF) of Humate-P IV as needed for bleeding, Disp: 6 vial, Rfl: 3
• CALCIUM POLYCARBOPHIL (FIBER-TABS ORAL), take 2 by mouth daily as directed, Disp: , Rfl:
• cyclobenzaprine (FLEXERIL) 10 mg tablet, , Disp: , Rfl:
• diclofenac sodium 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 3
• HUMATE-P 250-600 unit injection, , Disp: , Rfl:
• HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet, TK 1 T PO Q 4 H PRN P, Disp: , Rfl: 0
• linaclotide (LINZESS) 72 mcg capsule, Take 72 mcg by mouth daily., Disp: 30 capsule, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, take 1 tab by mouth qdaily, Disp: 90 tablet, Rfl: 3
• MULTIVITAMIN (MULTIPLE VITAMIN ESSENTIAL ORAL), Take one by mouth daily, Disp: , Rfl:
• omeprazole (PriLOSEC) 40 mg capsule, , Disp: , Rfl:
• omeprazole-sodium bicarbonate 20-1,680 mg packet, , Disp: , Rfl:
• sodium,potassium,mag sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 gram recon soln, Dispense one kit (17.5g / 3.13g / 1.6g) 6 ounces. Take as directed, Disp: 2 Bottle, Rfl: 0
• traMADol (ULTRAM) 50 mg tablet, Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain., Disp: 90 tablet, Rfl: 3

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BREAST BIOPSY<br>*left* | | |
| • CESAREAN SECTION<br>*x 3* | | |
| • HEMORRHOID SURGERY<br>*cut out 21 blood clots* | | 02/19/2018 |
| • HYSTERECTOMY<br>*partial* | | |
| • KIDNEY SURGERY<br>*left removed* | | |

Patient has no known allergies.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Cancer | Father | |
| • Bleeding disorder | Father | |
| • Cancer | Other | |

reports that she quit smoking about 11 years ago. Her smoking use included Cigarettes. She started smoking about 36 years ago. She has a 25.00 pack-year smoking history. She has never used smokeless tobacco. She reports that she does not drink alcohol or use drugs.

Review of Systems
Constitutional: Negative for fatigue.
Gastrointestinal: Positive for constipation and rectal pain. Negative for nausea.

Musculoskeletal: Positive for arthralgias, back pain and myalgias.
Skin: Negative for rash.
Neurological: Negative for numbness.

**Vitals:**

| | |
|---|---|
| | 06/19/18 1426 |
| BP: | 118/72 |
| Pulse: | **(!) 98** |
| Resp: | 16 |
| SpO2: | 97% |
| Weight: | 144 lb 4.8 oz (65.5 kg) |

Body mass index is 24.77 kg/m².

**Objective**

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Right hip: She exhibits decreased range of motion and tenderness.
Left hip: She exhibits decreased range of motion and tenderness.
Psychiatric: She has a normal mood and affect.

**Assessment/Plan**

No visits with results within 2 Month(s) from this visit.
Latest known visit with results is:
**Office Visit on 03/30/2018**

| Component | Date | Value |
|---|---|---|
| • ANA Direct | 03/30/2018 | Negative |
| • C-Reactive Protein, Quant | 03/30/2018 | 0.63 |
| • RA Latex Turbid. | 03/30/2018 | <10.0 |
| • Sedimentation Rate-Weste* | 03/30/2018 | 7 |
| • CCP Antibodies IgG/IgA | 03/30/2018 | 6 |
| • TSH | 03/30/2018 | 1.856 |
| • Thyroxine (T4) | 03/30/2018 | 10.3 |

**Problems Addressed This Visit**

Codes

| | Codes |
|---|---|
| 1. **Pain in joint** | ICD-10-CM: M25.50 ICD-9-CM: 719.40 |
| Relevant Orders<br>Ambulatory referral to Physical Therapy | |
| 2. **Constipation - Primary** | ICD-10-CM: K59.00 ICD-9-CM: 564.00 |

**Other Visit Diagnoses**

| | Codes |
|---|---|
| **Pelvic floor dysfunction** | ICD-10-CM: M62.89<br>ICD-9-CM: 618.83 |
| refer to PT | Relevant Orders<br>Ambulatory referral to Physical Therapy |

## Instructions

Refer to physical therapy
Extend short term disability Sept 17, 2018
Increase linzess to 290mcg

After Visit Summary (Printed 6/19/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/72 Pulse 98 (Abnormal) Resp 16 Wt 144 lb 4.8 oz (65.5 kg) SpO2 97%<br>BMI 24.77 kg/m² BSA 1.72 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies |

## Orders Placed

Ambulatory referral to Physical Therapy Pending Review

## Medication Changes

As of 6/19/2018 5:50 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: linaclotide (LINZESS) 290 mcg capsule**<br>Take 290 mcg by mouth daily. - oral<br>Previously: 72 mcg oral Daily | 11 | 6/19/2018 | |

## Visit Diagnoses

Constipation, unspecified constipation type K59.00 - increase linzess to 290mcg daily

Pain of both hip joints M25.551, M25.552 - refer to physical therapy
extend short term disability September 17th to allow for PT, endoscopy/colonoscopy/followup
Pelvic floor dysfunction M62.89 - refer to PT

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** , ue 2l 02lun2l 8: 32 : 6+: 6l 32x8888
**To:** ej tern.vulie.cooper@w# .com
**Subject:** Claim292+5EE: 0J 2LI SHT A2HMS, T

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/16/2018. This claim is approved through 7/9/2018. This indicates an extension of benefits. The case manager for this claim is Carolann Pruitt. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

| | |
|---|---|
| Date: | June 22, 2018 |
| To: | DR. LYDIA SPEER |
| Attn: | medical records |
| Fax: | (423) 778-8910 |
| From: | Candance Sutton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-9587 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

June 22, 2018

Dr. Lydia Speer

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Lydia Speer:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2018 through present

We ask that you provide this information by June 29, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9587 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Candance Sutton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13969
Secure Fax No.: (603) 334-9587

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

| | |
|---|---|
| Date: | June 22, 2018 |
| To: | DR LAURIE-ANNE SWABY<br>GASTRO |
| Attn: | medical records |
| Fax: | (423) 778-4831 |
| From: | Candance Sutton<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-9587 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

June 22, 2018

Dr. Laurie-Anne Swaby
Gastro

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Laurie-Anne Swaby:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2018 through present.

We ask that you provide this information by June 29, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9587 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an

individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Candance Sutton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 13969
Secure Fax No.: (603) 334-9587

FAX to 603 334 9587
ATTN Candance Sutton

Liberty Mutual
Liberty Life Assurance

June 20, 2018
4 pages

Re: STD extension
Leisha Smith
Claim # 3955162

* Also left voice mail on 6-19-18 *
4 pages –
Doctor requests leave to be extended through September 17, 2018.

erlanger
Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 6/19/2018 2:15 PM EMG Primary Care at East 423-778-8909

## Instructions from Lydia Speer, DO

Refer to physical therapy
Extend short term disability Sept 17, 2018
Increase linzess to 290mcg

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
linaclotide • sodium,potassium,mag sulfates
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Ambulatory referral to Physical Therapy**
Expires: 12/16/2018 (requested)

## Today's Visit



You saw Lydia Speer, DO on Tuesday June 19, 2018. The following issues were addressed: Constipation, Pain of both hip joints, and Pelvic floor dysfunction.

| | |
|---|---|
| Blood Pressure 118/72 | BMI 24.77 |
| Weight 144 lb 4.8 oz | Pulse 98 |
| Respiration 16 | Oxygen Saturation 97% |

## What's Next

| | | |
|---|---|---|
| AUG 6 2018 | **Established** with Matthew Higgins, MD Monday August 6 10:00 AM (Arrive by 9:45 AM) | EMG Chattanooga Bone and Joint 1809 Gunbarrel Road, Suite 101 Chattanooga TN 37421-7162 423-893-9020 |
| SEP 5 2018 | **Established** with Laurie-Anne Swaby, MD Wednesday September 5 2:45 PM (Arrive by 2:30 PM) | EMG Gastroenterology East at Suite 300 1755 Gunbarrel Rd Suite 300 CHATTANOOGA TN 37421 |
| OCT 23 2018 | **Established** with Patrick Koo, MD Tuesday October 23 9:40 AM (Arrive by 9:25 AM) | EMG Respiratory and Critical Care 979 East 3rd Street, Suite C735 Chattanooga TN 37403-2147 423-778-9101 |

*MyChart*
**Patient Portal**
View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

erlanger Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 6/19/2018 12:00 PM EMG Gastroenterology 423-778-4830

## Instructions from Laurie-Anne Swaby, MD

EGD/COLONOSCOPY
Bravo pH probe
suprep
Hold omeprazole for 7 days prior to EGD
Ok to take pepcid or zantac prn during time off omeprazole
Hold pepcid/zantac on AM of procedure and testing.
Contact Dr. Bhakta for instructions on vWF correction prior to procedure.
Will discuss constipation at follow-up visit.
3 mth f/u

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #4093 - CLEVELAND, TN - 2651 APD-40 S FORKE PLZA AT SOUTH FORKE PLAZA**
sodium,potassium,mag sulfates
Address: 2651 APD-40 S FORKE PLZA, CLEVELAND TN 37323
Phone: 423-472-2649

**Return in about 3 months**
(around 9/19/2018).

## What's Next

| | | |
|---|---|---|
| JUN 19 2018 | **Established** with Lydia Speer, DO<br>Tuesday June 19 2:15 PM (Arrive by 2:00 PM) | EMG Primary Care at East<br>1751 Gunbarrel Road<br>Suite 201<br>Chattanooga TN<br>37421-7177<br>423-778-8909 |
| AUG 6 2018 | **Established** with Matthew Higgins, MD<br>Monday August 6 10:00 AM (Arrive by 9:45 AM) | EMG Chattanooga Bone and Joint<br>1809 Gunbarrel Road, Suite 101<br>Chattanooga TN<br>37421-7162<br>423-893-9020 |

## Today's Visit



You saw Laurie-Anne Swaby, MD on Tuesday June 19, 2018. The following issues were addressed: Acid reflux disease and Family history of polyps in the colon.

Blood Pressure
125/85

BMI
24.60

Weight
143 lb 4.8 oz

Height
5' 4"

Pulse
72

MyChart
**Patient Portal**
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart.**

Academic Gastroenterology
979 East 3rd St.
Chattanooga TN 37403
423-778-4830

Stop Cimperazole 5x before

Instructions for preparing for your procedure.

Your physician is:

X Dr. Laurie-Anne Swaby

Procedure Date: 8/15/18

***Procedure time and check- in are subject to change; the location checked below will provide you with a definite check-in time. ***

**You MUST have a responsible adult present to drive you home.**

Your procedure is scheduled at the following location:

____ Erlanger Health System
Located at 979 East 3rd street. Use valet parking at ground level. Enter doors and go directly to plaza surgery center to sign in. The phone number is 423-778-3192

____ Erlanger Health System- Surgical Services
Turn onto Hampton Street between the hospital and health department. Use valet parking located on corner on the right. The phone number is 423-778-2388

X Erlanger East Hospital
Side A of the hospital. Turn on Crane Road off of Gunbarrel. Park with Valet. Enter double doors and go to the information desk for registration. Phone number 423-680-8000

**DO NOT HAVE ANYTHING TO EAT OR DRINK AFTER MIDNIGHT EXCEPT YOUR BOWEL PREP!**
**This includes gum, candy, mints, or ice chips.**

Please see next pages for further instructions

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-9587

June 15, 2018

Ms. Leisha D. Smith

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Volkswagen Group of America's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Candance Sutton has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Megan Nweton
Contractor
On Behalf Of: Candance Sutton
Phone No.: (800) 291-0112 Ext. 13969
Secure Fax No.: (603) 334-9587

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 14 May 2018 15:41:23 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3955162, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/16/2018. This claim is approved through 7/8/2018. This indicates an extension of benefits. The case manager for this claim is Kristie Majeski. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

*000827*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

total: 3pages

Fax to 603 559
9402

MS. LEISHA SMITH

MAY 9, 2018

ATTN Kristie Majeski

Re: Claim#
3955162

Leisha Smith

*40000001000200000100082782 7*

erlanger
Health System

EMG PRIMARY CARE AT EAST
1751 Gunbarrel Road
Suite 201
Chattanooga TN 37421-7177
Dept: 423-778-8909
Dept Fax: 423-778-8910

May 9, 2018

Leisha Dianne Smith

Cleveland, TN 37323

Patient: **Leisha Dianne Smith**
Date of Birth:
Date of Visit: **5/9/2018**

To Whom it May Concern:

Leisha Smith was seen in my clinic on 5/9/2018 at 10:00 am. Please excuse Leisha for her absence from work and extend short term disability for 6 weeks after May 28, 2018 due to recurrence of hemorrhoid and need for physical therapy as well as possible surgical intervention.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lydia Speer, DO

CC: Lydia Speer, DO
Phone #: 423-778-8909
Fax #-423-778-8910

erlanger Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 5/9/2018 10:00 AM EMG Primary Care at East 423-778-8909



## Instructions from Lydia Speer, DO

Omeprazole 60mg total
Continue linzess

Extend short term disability

Refer to neurology

**Your medications have changed today**
**See your updated medication list for details.**

## Today's Visit

You saw Lydia Speer, DO on Wednesday May 9, 2018 for: Follow-up.

| | |
|---|---|
| Blood Pressure 132/82 | BMI 25.56 |
| Weight 148 lb 14.4 oz | Pulse 76 |
| Respiration 18 | Oxygen Saturation 98% |

## What's Next

| | | |
|---|---|---|
| MAY 18 2018 | **FL aspiration or injection** Friday May 18 8:30 AM (Arrive by 8:15 AM) Plavix, Effient, Aspirin, and all other anti-platelet drugs should be discontinued 5 days prior to the procedure. Warfarin / Coumadin should be discontinued 3 days prior to the procedure. Blood thinners like Pradaxa, Xarelto, and Eliquis should be discontinued at least 72 hours before the exam. Lovenox should be discontinued at least 12 hours prior to the exam. PLEASE CHECK WITH YOUR PHYSICIAN TO ENSURE THIS IS OK FOR YOU. | Medical Mall Diagnostic Radiology 979 East 3rd Street Chattanooga TN 37403-2147 423-778-3191 |
| JUN 19 2018 | **Established** with Laurie-Anne Swaby, MD Tuesday June 19 12:00 PM (Arrive by 11:45 AM) | EMG Gastroenterology 979 East 3rd Street Suite C-825 Chattanooga TN 37403-2147 423-778-4830 |
| AUG 6 2018 | **Established** with Matthew Higgins, MD Monday August 6 10:00 AM (Arrive by 9:45 AM) | EMG Chattanooga Bone and Joint 1809 Gunbarrel Road, Suite 101 Chattanooga TN 37421-7162 423-893-9020 |

*MyChart*
**Patient Portal**
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart.**

**n0228962**

**From:** LibertyMutualGBDisabilityClaims
**Sent:** Friday, May 11, 2018 1:17:44 PM
**To:** '
**Subject:** Liberty Life Short Term Disability (STD) Claim 3955162 - Benefit Extension Notification

Hello Leisha Smith,

I am emailing you with an update on your disability claim. Your disability claim has been extended through 7/8/2018.

If your time out of work needs to be extended beyond 7/8/2018, I may need to gather additional medical information from your treating provider(s). Please ensure both your provider(s) and Liberty Life Assurance Company of Boston (Liberty Life) have a copy of a signed authorization to release information to Liberty Life. If you have documents to submit, including signed authorizations, required forms, or medical records, you may email them to disabilitydocuments@libertymutual.com. Please be sure to include your full name and claim number in your email.

As we approach 7/8/2018, I will attempt to reach out to you to get an update and discuss next steps. However, if you have any estimated return to work updates, please contact me directly.

Best regards,
JAMES BROTEMARKLE
on behalf of KRISTIE MAJESKI
Disability Case Manager
Liberty Life Assurance Company of Boston
P.O. Box 7207, London, KY 40742-7207
Phone #: (800) 291-0112 ext. 13902
Fax #: (603) 559-9402

*******Please do not reply to this email as it has been generated from an automated mailbox. We are here to partner with you, so please direct questions or replies by calling your disability case manager referenced above.*******

This email, and any attachment thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and permanently delete the original and any copy of any email and any printout thereof.
Group products and services are offered by Liberty Life Assurance Company of Boston, a Liberty Mutual company. Home Office: Boston, MA Liberty Mutual Insurance, 175

Berkeley Street, Boston, MA 02116.

Fax to 603 559
9402

MAY 9, 2018

ATTN Kristie Majeski

Re: Claim#
3955162

Leisha Smith

erlanger

[illegible]

To Whom It May Concern:

[illegible]

If you have any questions or concerns, please don't hesitate to call.

[illegible]

erlanger

Lincoln/Smith 1210

# AFTER VISIT SUMMARY

[illegible]



## Instructions

[illegible]

**Your medications have changed today**

[illegible]

## Today's Visit

[illegible]

Blood Pressure 132/82

Weight 248 lb 14.4 oz

Respirations 18

Oxygen Saturation 98%

## What's Next

[illegible]

**Established** [illegible]

**Established** [illegible]

MyChart

Patient Portal

[illegible]



Lincoln/Smith 1211

**n0338386**

**From:** Leisha Smith
**Sent:** Wednesday, May 09, 2018 1:24:05 PM
**To:** DisabilityDocuments
**Subject:** Short term info ATTN: KRISTIE MAJESKI
**Attachments:** IMG_1212.jpg; ATT00001.txt; IMG_1213.jpg; ATT00002.txt; IMG_1214.jpg; ATT00003.txt; IMG_1215.jpg; ATT00004.txt

Claim number 3955162
Leisha Smith

I am emailing these documents today and will attempt to fax them tomorrow so I can be sure Kristie receives them.

My doctor is requesting the short term disability be extended for me.

Any questions please call me at

I have a 2pm appointment today (May 9)
with my surgeon because I may have to have more surgery for the same problem I had surgery for in February of this year.

Thank you.
Leisha Smith

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| **4/23/2018** |
| Request ID # |
| **0243603063** |

**Requested By:** LIBERTY LIFE
**Patient Name:** SMITH LEISHA
**DOB:**

Ship to:

LIBERTY LFIE
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Records from:

ERLANGER EAST FAMILY MEDICINE
1751 GUNBARREL RD
STE 201
CHATTANOOGA, TN 37421

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

)-S

April 5, 2018

Dr. Lydia Steer's

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.: )-pt

Dear Dr. Lydia Steer's:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2018 through the present

We ask that you provide this information by April 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430 1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

See attd. letter

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chelsea Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

| | |
|---|---|
| Date: | April 5, 2018 |
| To: | DR. LYDIA STEER'S |
| Attn: | medical records |
| Fax: | (423) 778-8910 |
| From: | Chelsea Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1874 |
| Total Pages (Including Cover): | 3 |
| Claim #: | 3955162 |
| Claimant: | Leisha Smith |
| | Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

CIOX
HEALTH

CIOX Health is under agreement with healthcare providers to release authorized copies of medical records, which are protected by federal and other laws. CIOX Health employees will not forward confidential records without proper authorization. We have checked the patient's file and regret that we cannot respond to your request for records at this time due to the following:

- ☐ **There are No Dates of Treatment** for the records you have requested.
- ☐ **Unable to identify patient** · Additional information is needed to identify the correct patient. Please provide a date of birth/social security number, and/or any other names used by the patient.
- ☐ **HIPAA-compliant authorization** Patient authorization must contain statements of notification to the patient. One or more of the following statements is missing from your authorization:
  - ☐ Individual's right to revoke authorization
  - ☐ Description of how to revoke it
  - ☐ Potential for disclosed information to be re-disclosed by recipient
  - ☐ Expiration date or event upon which the authorization will expire.
- ☐ **HIPAA-compliant request for medical records** Request for medical records must include all of the information below. One or more core elements are missing from your request:
  - ☐ Name of patient.
  - ☐ Description of the information to be disclosed.
  - ☐ Name of person/entity authorized to disclose and person/entity authorized to receive the records.
  - ☐ Description of the purpose for the disclosure.
- ☐ **Special Authorization Required** The chart may contain sensitive information. The authorization must specify that permission is given to disclose such information.
- ☐ **The Patient Authorization has expired**
- ☐ **The Patient is Not a Minor** Patient must sign for himself/herself, unless proof is provided of the patient's incapacity.
- ☒ **Inadequate Authorization** A proper authorization to release records was not included with your request. Please have the patient or the person holding his/her healthcare power of attorney/legal guardian, complete a consent form and return it to the medical facility, along with your original request.
- ☐ **A Death Certificate or "Letter of Administration/Testament"** must accompany the request for records for a deceased individual. Requests for records regarding deceased or incapacitated individuals must be accompanied by documentation which supports that the individual requesting and/or authorizing the release of this information is legally capable of doing so. Please re-request and provide the necessary supporting documentation (i.e., court documents naming the signor as the executor of the estate or death certificate which names the signor as the next-of-kin).
- ☐ **Other:**

***If you must provide additional information, please return the updated request and authorization to the facility you originally requested the information from.***

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-9402

April 12, 2018

Ms. Leisha D. Smith

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Volkswagen Group of America's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Kristie Majeski has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Kathryn Biller
Contractor
On Behalf Of: Kristie Majeski
Phone No.: (800) 291-0112 Ext. 13902
Secure Fax No.: (603) 559-9402

FAXED 4/9/18 DG

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

April 5, 2018

Cleveland Surgical Association/Dr Wm Johnson
2253 CHAMBLISS AVE
CLEVELAND, TN 37311

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.: [redacted]

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2018 through the present

We ask that you provide this information by April 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chelsea Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

## 4/5/2018 9:41:00 AM

***LEISHA SMITH, Sex: F, DOB:*** ***Encounter Date and Time: 4/05/2018 09:41AM,***

***Examiner: Jason L. Dunn, MD***

**Chief complaint**

The Chief Complaint is: Recheck hemorrhoids. MW

**Referred here**

Primary physician: Tye Young, MD.

**History of present Illness**

LEISHA SMITH is a 56 year old female.

Patient here to follow up hemorrhoids. She states she is continuing to soak daily. Normal bladder function. Normal BM's with daily use of Linzess. Denies having any fever/chills.

**Personal history**

*Behavioral:* Former smoker.

**Current medication**

Medication List Reconciled.

TraZODone by oral route.

Spiriva Respimat by inhalation route.

- omeprazole. by oral route
- Linzess. by oral route

**Allergies and Adverse Reactions**

Allergies Reviewed.

No Known Allergies.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 81 bpm | 4/05/2018 09:41AM |
| Blood pressure | 124/82 mmHg | 4/05/2018 09:43AM |
| Weight | 150 lbs | 4/05/2018 09:41AM |
| Body mass index BMI Percentile: Off Chart | 25.7 kg/m2 | 4/05/2018 09:41AM |
| Height | 64 in | 4/05/2018 09:41AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 | 4/05/2018 09:41AM |

**General Appearance:**

Alert and in no acute distress.

**Lungs:**

Lungs clear to auscultation and no wheezing was heard.

**Cardiovascular:**

*Heart Rate And Rhythm:* Heart rate and rhythm normal.

*Murmurs:* No murmurs were heard.

**Rectal:**

*Anus Examination:* Anus was normal small tag at left posterior.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed and was not anxious.

**Plan**

Follow-up visit prn

- traZODone by oral route. DISCONTINUED BY: DKIMSEY. REASON: Course Complete

Increase fiber diet.

## 3/1/2018 10:19:00 AM

***LEISHA SMITH, Sex: F, DOB:*** ***Encounter Date and Time: 3/01/2018 10:19AM,***

***Examiner: Jason L. Dunn, MD***

**Chief complaint**

The Chief Complaint is: Post op hemorrhoidectomy --DB.

**Referred here**

Primary physician: Tye Young, MD.

**History of present Illness**

LEISHA SMITH is a 55 year old female.

Here for postoperative visit following removal of thrombosed hemorrhoids, patient continues to have lots of pain in her rectal area, pain however is slowly improving, following the procedure patient did develop some whelps around her buttocks area, this has improved, she has nausea and vomiting after the procedure but none currently, she has been taking stool softeners and fiber, she has had some bleeding her rectum that has been red in color, patient currently on von Willebrand factor replacement every other day for the next week which is being managed by her hematologist, she has had bowel movements, she is urinating well, no fever.

**Personal history**

*Behavioral:* Former smoker.

**Current medication**

Medication List Reconciled.
TraZODone by oral route.
Spiriva Respimat by inhalation route.

**Allergies and Adverse Reactions**

No Known Allergies.
Allergies Reviewed.

**Physical findings**

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 93 bpm | 3/01/2018 10:19AM |
| Blood pressure | 124/82 mmHg | 3/01/2018 10:20AM |
| Weight | 149 lbs | 3/01/2018 10:19AM |
| Body mass index BMI Percentile: Off Chart | 25.6 kg/m2 | 3/01/2018 10:19AM |
| Height | 64 in | 3/01/2018 10:19AM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.7 | 3/01/2018 10:19AM |

Patient was not observed to be obese.

**General Appearance:**

Alert and in no acute distress.

**Abdomen:**

*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**

*Anus Examination:* The anal sphincter tone was normal and did not have hemorrhoids Left sided thrombosed hemorrhoids have resolved, incisions have healed well, no erythema.

**Neurological:**

Oriented to time, place, and person.

**Assessment**

- Postprocedural states [[Z98.890: Other specified postprocedural states]]

**Counselling/Education**

- Patient education - High Fiber Diet

**Plan**

- Postoperative visit, without charge
- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen.

Follow-up visit 3 week(s);Post Op Not 1st.

Discussed with the patient the need to continue soaking in warm water TID, continue stool softeners and fiber supplementation, she will avoid straining for the next 2 weeks, we will keep her out of work for the next 2 weeks to allow for complete healing, she will continue her factor replacement according to her hematologist, she will follow up here in 2 weeks for a recheck.

Cc: Spear, Bhakta.

## 2/19/2018 2:17:00 PM

***LEISHA SMITH, Sex: F, DOB:*** ***Encounter Date and Time: 2/19/2018 02:17PM,***

***Examiner: Jason L. Dunn, MD***

**Chief complaint**

The Chief Complaint is: Pt c/o hemorroids x 5 days, no bleeding---AC.

## Referred here

Primary physician: Tye Young, MD.

## History of present illness

LEISHA SMITH is a 55 year old female.

Here for rectal pain and swelling, pain present for last 5 days, pain pressure like in nature, pain worse with sitting, patient has been using Preparation H suppositories, she has also been using some lidocaine ointment for her pain, she does heavy lifting at work, no other obvious straining noted, she denies any rectal bleeding, patient does have history of von Willebrand factor disease, patient has been taking a stool softeners and fiber, she has had some recent constipation secondary to her rectal pain, she has a long history of hemorrhoids since the birth of her last child, her last colonoscopy was in 2013, patient states that she did not have any polyps, she was found to have hemorrhoids at that time, she has a family history of colon cancer in a maternal grandfather who had cancer at 62.

## Past medical/surgical history

**Other:**

Easy bleeding after major surgery or trauma VAN WILLE BRANDS TYPE 2N

**Reported:**

*Surgical / Procedural:* Prior surgery.
*Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**

- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

## Family history

Mother deceased AGE 73 LUNG CANCER
A reaction to anesthetics
Hypertension
Hematologic disorder
Cancer PGM- THYROID

**Maternal:**

Lung cancer
Breast cancer

**Paternal grandfather's:**

Prostate cancer

**Maternal grandfather's:**

Colon cancer.

## Personal history

*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY. Former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

## Current medication

Medication List Reconciled.

- traZODone. by oral route
- Spiriva Respimat. by inhalation route

## Allergies and Adverse Reactions

No Known Allergies.
Allergies Reviewed.

## Review of systems

**Gastrointestinal:** Constipation and anal pain.
**Genitourinary:** Date of last menstruation 1992.
**Hematologic:** Easy bleeding and a tendency for easy bruising.
**Musculoskeletal:** Bone pain.
**Psychological:** Depression.
**Past Medical:** Currently wearing eyeglasses and wearing dentures.
No other symptoms reported on complete 13-system review form except those listed.
**Psychiatric Disorders:** • Other psychiatric disorders

## Physical findings

**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 90 bpm | 2/19/2018 02:17PM |
| Blood pressure | 110/62 mmHg | 2/19/2018 02:18PM |
| Weight | 153 lbs | 2/19/2018 02:17PM |

| | | |
|---|---|---|
| Body mass index BMI Percentile: Off Chart | 26.3 kg/m2 | 2/19/2018 02:17PM |
| Height | 64 in | 2/19/2018 02:17PM |

**Standard Measurements:**

| | | |
|---|---|---|
| Standard Measurements: | Value | Date |
| Body surface area | 1.8 | 2/19/2018 02:17PM |

Patient was not observed to be obese.

**General Appearance:**
Alert and in no acute distress.

**Neck:**
Neck: normal.

**Eyes:**
**General/bilateral:**
*Pupils:* PERRL.

**Oral Cavity:**
*Teeth:* Dental no abnormalities.

**Lymph Nodes:**
Lymph nodes: normal. Adenopathy.

**Lungs:**
Lungs clear to auscultation and no wheezing was heard.

**Cardiovascular:**
*Heart Rate And Rhythm:* Heart rate and rhythm normal.
*Murmurs:* No murmurs were heard.
*Edema:* Edema not present.

**Abdomen:**
*Visual Inspection:* The abdomen was normal on visual inspection and shape was normal.
*Palpation:* The abdomen was soft and abdominal non-tender.

**Rectal:**
*Anus Examination:* No anal fissure was observed and sphincter tone was normal. Hemorrhoids were seen Rectal exam reveals the whole left side of her anal canal has thrombosed with minimal ulceration.

**Musculoskeletal System:**
*General/bilateral:* Musculoskeletal system: normal.

**Neurological:**
Oriented to time, place, and person.

**Psychiatric:**
*Mood:* The mood was not depressed. The mood was anxious.

**Skin:**
The skin general appearance was normal.

## Assessment

- Thrombosed external hemorrhoids [[K64.5: Perianal venous thrombosis]]
Rectal pain [[K62.89: Other specified diseases of anus and rectum]].

## Therapy

- Brief operative note: Enucleation of thrombosed external hemorrhoid located at left anal canal

The perianal area was prepped and then using 1% Xylocaine with epinephrine as local anesthesia, the thrombosed external hemorrhoid was anesthetized. Three separate incisions were made overlying the left sided thrombosed external hemorrhoids. The hemorrhoids were then dissected up with hemostats and scissors removing hemorrhoidal tissue and clot. Approximately 20 separate blood clots were removed from the left side. Bleeding was controlled. The incisions were partially closed with absorbable suture leaving adequate opening for drainage. Gauze dressings were applied. The patient tolerated the procedure well. The patient was given instructions for activity, wound care and follow up.

## Counseling/Education

- Patient education - High Fiber Diet

## Plan

- Return to the clinic if condition worsens or new symptoms arise watch for signs/symptoms of infection return to the clinic if seen
- Incision of external thrombosed hemorrhoid
Follow-up visit 1 week(s);Post Op 1st.

Discussed with the patient the need to soak in warm water at least 3 to 4 times per day, she will start her factor replacement as she has been instructed in the past, she will contact her hematologist for further instructions regarding the length of use for her factor replacement, I have instructed her to continue her stool softeners and fiber on a daily basis, she will continue to use lidocaine ointment for pain, I will see her back here in 10 days for a recheck, I have instructed the patient to avoid any heavy lifting or straining or work until this area has healed appropriately.

Cc: Spear, Bhakta.





Lincoln/Smith 1228

**History of present illness**

**Past medical/surgical history**

**Surgical**

**Family history**

**Personal history**

**Current medication**

**Allergies and Adverse Reactions**

**Review of systems**

**Physical findings**

**Vital Signs**



Lincoln/Smith 1230

Lincoln/Smith 1231

Liberty Mutual
INSURANCE

[illegible]

If you have any questions regarding this matter, please contact me.

Sincerely,

Chelsea Brown
Disability Claims Case Mgr I
Phone No.: [illegible]
Secure Fax No.: [illegible]

**n0338386**

| | |
|---|---|
| **From:** | Leisha |
| **Sent:** | Tuesday, April 10, 2018 2:10:13 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | Medical documents |
| **Attachments:** | IMG_8712.JPG; ATT00001.txt; IMG_8713.JPG; ATT00002.txt; IMG_8714.JPG; ATT00003.txt; IMG_8715.JPG; ATT00004.txt; IMG_8716.JPG; ATT00005.txt; IMG_8717.JPG; ATT00006.txt; IMG_8718.JPG; ATT00007.txt |

Attn: Chelsea Brown
From: Leisha Smith
Claim number 3955162

I received a letter from you on April 10 concerning medical information from my doctors:
Dr. Lydia Speer, primary care, Erlanger
Dr. Jason Dunn, Surgeon, Surgical Associates of Cleveland

I faxed you the medical documents I received from Dr. Lydia Speer from my March 30 visit and I am attaching pictures of my medical papers from Dr. Jason Dunn, surgeon and will also fax them to you as soon as I can.
I will call Misty, Dr. Lydia Speer's nurse, to double check that the forms you faxed to them on Friday April 4, were received and if so, will check to see if they have been filled out and faxed back to you.
If I need to provide any additional information please let me know.
I have appointments with the colorectal specialist on April 28 as well as an ENT on that same day. I also have to follow up with my hematology doctor in May.

Thank you,
Leisha Smith
Claim # 3955162

Sent from my iPhone

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 9 Apr 2018 11:18:38 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3955162, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/16/2018. This claim is approved through 5/28/2018. This indicates an extension of benefits. The case manager for this claim is Chelsea Brown. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 6 Apr 2018 11:43:54 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3955162, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/16/2018. This claim is approved through 4/27/2018. This indicates an extension of benefits. The case manager for this claim is Chelsea Brown. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

| | |
|---|---|
| Date: | April 5, 2018 |
| To: | DR. LYDIA STEER'S |
| Attn: | medical records |
| Fax: | (423) 778-8910 |
| From: | Chelsea Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1874 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

April 5, 2018

Dr. Lydia Steer's

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

Dear Dr. Lydia Steer's:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2018 through the present

We ask that you provide this information by April 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an

individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chelsea Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

| | |
|---|---|
| Date: | April 5, 2018 |
| To: | CLEVELAND SURGICAL ASSOCIATION/DR WM JOH<br>2253 CHAMBLISS AVE<br>CLEVELAND TN 37311 |
| Attn: | medical records |
| Fax: | (423) 476-5523 |
| From: | Chelsea Brown<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1874 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

April 5, 2018

Cleveland Surgical Association/Dr Wm Johnson
2253 CHAMBLISS AVE
CLEVELAND, TN 37311

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from February 16, 2018 through the present

We ask that you provide this information by April 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chelsea Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

April 5, 2018

Ms. Leisha D. Smith

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162

Dear Ms. Leisha Smith:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Volkswagen Group of America's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On April 05, 2018, we requested medical records from Dr. Steers and Celevand Sugrical Association . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 16, 2018 through the present from Dr. Steers and Celevand Sugrical Association

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Volkswagen Group of America's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than May 19, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chelsea Brown
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

FAX TO: 1-603-430-1874

# COVER SHEET

4-6-18

ATTN Chelsea Brown

3 pages total

RE: CLAIM # 3955162
Short Term EXTENSION

FAX #
1-603-430-1874

erlanger Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 3/30/2018 10:30 AM EMG Primary Care at East 423-778-8909



## Instructions from Lydia Speer, DO

Tramadol as needed

Need nebulizer machine

Extension of leave until May 28th

**Your medications have changed today**

See your updated medication list for details.

**Pick up these medications from any pharmacy with your printed prescription**

traMADol

**Referrals placed today**

X-ray hip 2 or 3 views left
Expires: 9/26/2018 (requested)

X-ray hip 2 or 3 views right
Expires: 9/26/2018 (requested)

## What's Next

APR 23 2018 — **Established** with Patrick Koo, MD
Monday April 23 3:20 PM (Arrive by 3:05 PM)

EMG Respiratory and Critical Care
979 East 3rd Street,
Suite C735
Chattanooga TN
37403-2147
423-778-9101

## Today's Visit

You saw Lydia Speer, DO on Friday March 30, 2018. The following issues were addressed: Pain of both hip joints; Rheumatoid arthritis involving left hip, unspecified rheumatoid factor presence (CMS/HCC); Constipation; and Goiter.

Blood Pressure 142/80

BMI 25.46

Weight 148 lb 4.8 oz

Height 5' 4"

Pulse 82

Respiration 16

Oxygen Saturation 98%

**Done Today**

ANA w/Reflex if Positive

C-reactive protein

Rheumatoid factor

Sedimentation rate, automated

Cyclic citrul peptide antibody, IgG/IgA

T4 and TSH

Re: CLAIM# 3955162
PATIENT Leisha Smith
Contact#

MyChart
**Patient Portal**
View your After Visit Summary and more online at https://mychart.erlanger.org/mychart.

# Your Medication List as of 3/30/18 11:04 AM

Always use your most recent med list.

| | |
|---|---|
| **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| * **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| * **HUMATE-P** 500-1,200 unit injection<br>Generic drug: antihemophilic factor-vWF | |
| **diclofenac sodium** 1 % gel | Apply 2 g topically 4 (four) times a day. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **HYDROcodone-acetaminophen** 5-325 mg per tablet<br>Commonly known as: NORCO | TK 1 T PO Q 4 H PRN P |
| **lidocaine HCl** 3 % cream | APP A SMALL AMOUNT TID TO ANUS PRN P |
| **linaclotide** 72 mcg capsule<br>Commonly known as: LINZESS | Take 72 mcg by mouth daily. |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | take 1 tab by mouth qdaily |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **PROCTOFOAM HC** rectal foam<br>Generic drug: hydrocortisone-pramoxine | APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT |
| **tiotropium bromide** 2.5 mcg/actuation mist<br>Commonly known as: SPIRIVA RESPIMAT | Take 2 puffs daily |
| START **traMADol** 50 mg tablet<br>Commonly known as: ULTRAM<br>Started by: Lydia Speer, DO | Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

FAX TO: 1-603-430-1874

COVER SHEET

4-6-18

ATTN Chelsea Brown

3 pages total

RE: CLAIM # 3955162
Short Term EXTENSION

FAX #
1-603-430-1874

erlanger Health System

# AFTER VISIT SUMMARY

**Leisha D. Smith** MRN: 01114276 3/30/2018 10:30 AM EMG Primary Care at East 423-778-8909



## Instructions from Lydia Speer, DO

Tramadol as needed

Need nebulizer machine

Extension of leave until May 28th

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications from any pharmacy with your printed prescription**
traMADol

**Referrals placed today**
X-ray hip 2 or 3 views left
Expires: 9/26/2018 (requested)

X-ray hip 2 or 3 views right
Expires: 9/26/2018 (requested)

## What's Next

APR 23 2018 **Established** with Patrick Koo, MD
Monday April 23 3:20 PM (Arrive by 3:05 PM)

EMG Respiratory and Critical Care
979 East 3rd Street,
Suite C735
Chattanooga TN
37403-2147
423-778-9101

## Today's Visit

You saw Lydia Speer, DO on Friday March 30, 2018. The following issues were addressed: Pain of both hip joints; Rheumatoid arthritis involving left hip, unspecified rheumatoid factor presence (CMS/HCC); Constipation; and Goiter.

Blood Pressure
142/80

BMI
25.46

Weight
148 lb
4.8 oz

Height
5' 4"

Pulse
82

Respiration
16

Oxygen Saturation
98%

**Done Today**
ANA w/Reflex if Positive
C-reactive protein
Rheumatoid factor
Sedimentation rate, automated
Cyclic citrul peptide antibody, IgG/IgA
T4 and TSH

Re: CLAIM# 3955162
PATIENT Leisha Smith
Contact #

MyChart
**Patient Portal**
View your After Visit Summary and more online at **https://mychart.erlanger.org/mychart.**

# Your Medication List as of 3/30/18 11:04 AM

Always use your most recent med list.

| | |
|---|---|
| **albuterol HFA** 90 mcg/actuation inhaler<br>Commonly known as: VENTOLIN HFA | 2 puffs every 4 hours as needed for wheezing or shortness of breath |
| * **antihemophilic factor-vWF** 1,000-2,400 unit injection<br>Commonly known as: HUMATE-P | Give 3000 units (vWF) of Humate-P IV as needed for bleeding |
| * **HUMATE-P** 500-1,200 unit injection<br>Generic drug: antihemophilic factor-vWF | |
| **diclofenac sodium** 1 % gel | Apply 2 g topically 4 (four) times a day. |
| **FIBER-TABS ORAL** | take 2 by mouth daily as directed |
| **HYDROcodone-acetaminophen** 5-325 mg per tablet<br>Commonly known as: NORCO | TK 1 T PO Q 4 H PRN P |
| **lidocaine HCl** 3 % cream | APP A SMALL AMOUNT TID TO ANUS PRN P |
| **linaclotide** 72 mcg capsule<br>Commonly known as: LINZESS | Take 72 mcg by mouth daily. |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | take 1 tab by mouth qdaily |
| **MULTIPLE VITAMIN ESSENTIAL ORAL** | Take one by mouth daily |
| **PROCTOFOAM HC** rectal foam<br>Generic drug: hydrocortisone-pramoxine | APPLY RECTALLY BID PRF HEMORRHOIDAL DISCOMFORT |
| **tiotropium bromide** 2.5 mcg/actuation mist<br>Commonly known as: SPIRIVA RESPIMAT | Take 2 puffs daily |
| START **traMADol** 50 mg tablet<br>Commonly known as: ULTRAM<br>Started by: Lydia Speer, DO | Take 1 tablet (50 mg total) by mouth every 6 (six) hours as needed for moderate pain. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 8 Mar 2018 13:47:22 +0000 |
| **To:** | extern.julie.cooper@vw.com |
| **Subject:** | Claim # 3955162, LEISHA SMITH |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/16/2018. This claim is approved through 4/20/2018. This indicates an extension of benefits. The case manager for this claim is Chelsea Brown. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

| | Elig code | Sys1 code | From elig-semi monthly | from elig biweekly | Semi-monthly to weekly | Bi-weekly to weekly |
|---|---|---|---|---|---|---|
| 1 | UNWY | LEGL | | $0.00 | $0.00 | $0.00 |
| 2 | DMPR | DBPR | | $0.00 | $0.00 | $0.00 |
| 3 | DELF | DELF | | $0.00 | $0.00 | $0.00 |
| 4 | SADD | ADSP | | $0.49 | $0.00 | $0.25 |
| 5 | DADD | ADDE | | $0.00 | $0.00 | $0.00 |
| 6 | PTFS | N/A | | $0.00 | $0.00 | $0.00 |
| 7 | LFPR | LFPR | | $9.33 | $0.00 | $4.67 |
| 8 | PTHS | N/A | | $0.00 | $0.00 | $0.00 |
| 9 | PTDP | N/A | | $0.00 | $0.00 | $0.00 |
| 10 | PTDN | PTDN | | $8.77 | $0.00 | $4.39 |
| 11 | DNPR | DNPR | | $0.00 | $0.00 | $0.00 |
| 12 | PTMD | PTMD | | $88.62 | $0.00 | $44.31 |
| 13 | MDPR | DPMD | | $0.00 | $0.00 | $0.00 |
| 14 | PTVS | PTVS | | $4.71 | $0.00 | $2.36 |
| 15 | VISN | VISN | | $0.00 | $0.00 | $0.00 |
| | | | $111.92 | $111.92 | $0.00 | $55.96 |

**Sal calc-**

$46592 annually / 52 = $896.00 wkly salary

SSN | Last Name SMITH | First Name LEISHA | MI D

Claim Number | Customer Create Date 02/27/2018 | S1 Processing Date 02/28/2018 | Historical Snapshot Date

Address Line 1 | Address Line 2

City | State | Zip | Country USA | Phone

Federal Tax Options

\# of Allowances 0

Federal Tax Filing Status

Medical Coverage Carrier

Contact

| Contact Type | Suffix | Last Name | First Name |
|---|---|---|---|
| Manager | | COOPER | JULIE |

Miscellaneous

| Number | Text |
|---|---|
| 9 | UNWY000.00 |
| 8 | JULIE;COOPER;JULIE.COOPER@VW.COM |
| 6 | CHT BIWEEKLY - VSW |
| 5 | DMPR000.00 |
| 4 | DELF000.00_SADD000.49_DADD000.00 |
| 3 | PTFS000.00_LFPR009.33 |
| 2 | PTHS000.00_PTDP000.00 |
| 1 | PTDN008.77_DNPR000.00_PTMD088.62_MDPR000.00_PTVS004.71_VISN000.00 |

***Complete Payment Details highlighted in green using the current multi-mode payment information in SystemOne***

| Payment Details | | | |
|---|---|---|---|
| Federal Taxable Wages | $ 1,062.68 | Federal Filing Status | Single |
| Mode | Weekly (7) | Federal Personal Exemptions | 0 |
| Days Paid | 14 | | |

***Fields Below This Point Will Populate Automatically***

| Current Federal Withholding | | |
|---|---|---|
| Federal Taxable Wages (per mode) | $ | 1,062.68 |
| Annualized Federal Taxable Wages | $ | 55,259.36 |
| Less: Personal Exemptions | $ | - |
| Annualized Taxable Wages | $ | 55,259.36 |
| Less: Tax Bracket | $ | (42,400.00) |
| Marginal Taxable Income | $ | 12,859.36 |
| Percentage | | 22% |
| Tax Per Bracket | $ | 2,829.06 |
| Plus Amount | $ | 4,453.50 |
| Annualized Tax | $ | 7,282.56 |
| **Total Tax for Payment (Verify with current FIT in SystemOne)** | **$** | **140.05** |

*Amount in Yellow should match the Scheduled Payment's Federal Withholding in Calc Next Check. Please do not send override amount to DCM If the variance is greater than $0.01.*

| Federal Withholding Override | | |
|---|---|---|
| Federal Taxable Wages (per mode) | $ | 531.34 |
| Annualized Federal Taxable Wages | $ | 27,629.68 |
| Less: Personal Exemptions | $ | - |
| Annualized Taxable Wages | $ | 27,629.68 |
| Less: Tax Bracket | $ | (13,225.00) |
| Marginal Taxable Income | $ | 14,404.68 |
| Percentage | | 12% |
| Tax Per Bracket | $ | 1,728.56 |
| Plus Amount | $ | 952.50 |
| Annualized Tax | $ | 2,681.06 |
| Tax Per Mode | $ | 51.56 |
| Total Modes | | 2.00 |
| **Total FIT for Multi-Mode Payment** | **$** | **103.12** |

*Amount in Red is the Override amount to be entered in SystemOne for Multi-mode FIT.*

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 1 Mar 4208 05:25:30 +2222
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3911064, LEISHA SMITH

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/16/2018. The claim has been approved through 3/20/2018. The case manager for this claim is Chelsea Brown. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LEISHA SMITH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 3, 2018

Ms. Leisha D. Smith

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162

Dear Ms. Leisha Smith:

We are writing with regard to your claim for disability benefits under the Volkswagen Group of America Chattanooga s Income Protection Program, administered by Liberty Life Assurance Company of Boston ( Liberty ). The Plan states you must meet the following definition of disability:

> ***"Disability" or "Disabled", with respect to Short Term Disability, means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.***

Based on the medical information in your file, along with standard Liberty Life Assurance Company of Boston s guidelines, we have determined you are eligible to receive benefits. We have determined that your date of disability is February 16, 2018 with benefits beginning on February 23, 2018 and a current approval through March 20, 2018.

If you are unable to return to work by March 20, 2018, additional medical information will be required to support your ongoing claim for benefits.

This information can include, but is not limited to, items such as office notes, diagnostic test results. Your assistance in the claims process is critical to making timely ongoing decisions on your claim. To minimi e any delays in claim payments, please contact your physician when outstanding medical information is required and contact me with any changes in your treatment, restrictions and limitations and/or return to work plans.

The following information is very important with regard to your return to work. You must schedule a fit for duty appointment with the On-Site Medical Clinic (OMC) at least one business day prior to your return. You should bring:

A copy of all medical documentation for the condition in which you have been absent from work involving all treating physicians whom provided your care.

A return to work note stating you are not under any current restrictions that would prohibit you from performing the essential functions of your job.

Failure to do so could result in your appointment being rescheduled thus a delay in returning to work. If you have questions, please contact the OMC at 582-4466.

While receiving Short-Term Disability payments from Liberty, benefit (e.g. medical, dental, vision, etc.) deductions with the exception of 401(k) contributions, health savings account contributions and leased car payments will be deducted from any disability payments issued to you. If you have any leased vehicles, you will receive information regarding the applicable payment requirements from Benefit Concepts within 7-10 business days after your short-term disability benefits have begun. You are responsible for ensuring that any leased car payments are submitted on a monthly basis to Benefit Concepts for the duration of your leave of absence. Any 401(k) contributions and/or loans and health savings contributions will resume once you return to work.

If benefits are overpaid, Volkswagen Chattanooga has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you will return to work or begin receiving "other income benefits" as indicated in your Plan.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Craig Atherton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext.
Secure Fax No.: (603) 334-0380

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Friday, March 2, 2018 4:30:15 PM
**To:** extern.Julie.Cooper@vw.com;
**CC:**
**BCC:**
**Subject:** Volkswagen Group of America Claim No. 3955162 Leisha Smith
**Attachments:** 97623c92af116701a7d2d4ba32ab80db499faf91f6bb84af_4742276.pdf;

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 2, 2018

Julie Cooper
Volkswagen Group of America

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith

Dear Julie Cooper:

We are writing with regard to Leisha Smith's claim for disability benefits under the Volkswagen Group of America Chattanooga s Income Protection Program, administered by Liberty Life Assurance Company of Boston ( Liberty ). The Plan states she must meet the following definition of disability:

> ***"Disability" or "Disabled", with respect to Short Term Disability, means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.***

Based on the medical information in Ms. Smith's file, along with standard Liberty Life Assurance Company of Boston s guidelines, we have determined she is eligible to receive benefits. We have determined that her date of disability is February 16, 2018 with benefits beginning on February 23, 2018 and a current approval through March 20, 2018.

If Ms. Smith is unable to return to work by March 20, 2018, additional medical information will be required to support her ongoing claim for benefits.

This information can include, but is not limited to, items such as office notes, diagnostic test results. Your assistance in the claims process is critical to making timely ongoing decisions on her claim. To minimi e any delays in claim payments, please contact her physician when outstanding medical information is required and contact me with any changes in her treatment, restrictions and limitations and/or return to work plans.

The following information is very important with regard to Ms. Smith's return to work. She must schedule a fit for duty appointment with the On-Site Medical Clinic (OMC) at least one business day prior to her return. She should bring:

A copy of all medical documentation for the condition in which she has been absent from work involving all treating physicians whom provided her care.

A return to work note stating she is not under any current restrictions that would prohibit her from performing the essential functions of her job.

Failure to do so could result in Ms. Smith's appointment being rescheduled thus a delay in returning to work.  If she has questions, please contact the OMC at 582-4466.

While receiving Short-Term Disability payments from Liberty, benefit (e.g. medical, dental, vision, etc.) deductions with the exception of 401(k) contributions, health savings account contributions and leased car payments will be deducted from any disability payments issued to Ms. Smith.  If she has any leased vehicles, she will receive information regarding the applicable payment requirements from Benefit Concepts within 7-10 business days after her short-term disability benefits have begun. She is responsible for ensuring that any leased car payments are submitted on a monthly basis to Benefit Concepts for the duration of her leave of absence. Any 401(k) contributions and/or loans and health savings contributions will resume once she returns to work.

If benefits are overpaid, Volkswagen Chattanooga has the right to recover the amount overpaid in full.  To avoid an overpayment, please notify our office immediately if she will return to work or begin receiving "other income benefits" as indicated in her Plan.

If you have any questions about Ms. Smith's disability benefits, please feel free to contact me.

Sincerely,

Craig Atherton
Disabil Claims Case Mgr I
Phone No.: (800) 291-0112 Ext. 14049
Secure Fax No.: (603) 334-0380

FAXED 2/28/18

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

| | |
|---|---|
| Date: | February 23, 2018 |
| To: | CLEVELAND SURGICAL ASSOCIATION/DR WM JOH<br>2253 CHAMBLISS AVE<br>CLEVELAND TN 37311 |
| Attn: | |
| Fax: | (423) 476-5523 |
| From: | Retrina Dunn<br>Dis Claims Std Case Mgr II<br>On Behalf Of: Chelsea Brown<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1874 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

February 23, 2018

Cleveland Surgical Association/Dr Wm Johnson
2253 CHAMBLISS AVE
CLEVELAND, TN 37311

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2018 through present

We ask that you provide this information by March 2, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Retrina Dunn
Dis Claims Std Case Mgr II
On Behalf Of: Chelsea Brown
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

**LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 2/19/2018 02:17PM, Examiner: Jason L. Dunn, MD**

## Chief complaint
The Chief Complaint is: Pt c/o hemorroids x 5 days, no bleeding---AC.

## Referred here
- Primary physician: Tye Young, MD

## History of present illness
LEISHA SMITH is a 55 year old female.

Patient referred here for thrombosed hemorrhoids. She has a bleeding disorder. She c/o BM's are painful. Last colonoscopy was 2013. Family history colon cancer to include maternal grandfather. Mother had breast and lung cancer.

## Past medical/surgical history
**Other:**

Easy bleeding after major surgery or trauma VAN WILLE BRANDS TYPE 2N

**Reported:**

- *Surgical / Procedural:* Prior surgery.
  *Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**
- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

## Family history
Mother deceased AGE 73 LUNG CANCER
A reaction to anesthetics
Hypertension
Hematologic disorder
Cancer PGM- THYROID

**Maternal:**

Lung cancer
Breast cancer

**Paternal grandfather's:**

Prostate cancer

**Maternal grandfather's:**

Colon cancer.

## Personal history
*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY and former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

## Current medication
Medication List Reconciled.
- traZODone. by oral route
- Spiriva Respimat. by inhalation route

## Allergies and Adverse Reactions
Allergies Reviewed.
No Known Allergies.

## Review of systems
**Gastrointestinal:** Constipation and anal pain.
**Genitourinary:** Date of last menstruation 1992.
**Hematologic:** Easy bleeding and a tendency for easy bruising.
**Musculoskeletal:** Bone pain.
**Psychological:** Depression.

No other symptoms reported on complete 13-system review form except those listed.

**Psychiatric Disorders:** Other psychiatric disorders.
**Past Medical:** Currently wearing eyeglasses and wearing dentures.

## Physical findings
**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 90 bpm | 2/19/2018 02:17PM |
| Blood pressure | 110/62 mmHg | 2/19/2018 02:18PM |
| Weight | 153 lbs | 2/19/2018 02:17PM |
| Body mass index BMI Percentile: Off Chart | 26.3 kg/m2 | 2/19/2018 02:17PM |
| Height | 64 in | 2/19/2018 02:17PM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 m2 | 2/19/2018 02:17PM |

**General Appearance:**

Alert and in no acute distress.

**Rectal:**

*Anus Examination:* Hemorrhoids were seen left.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed and was not anxious.

## Assessment

- Thrombosed external hemorrhoids [[K64.5: Perianal venous thrombosis]]
- Rectal pain [[K62.89: Other specified diseases of anus and rectum]]

## Plan

- Incision of external thrombosed hemorrhoid
- Follow-up visit 1 week(s);Post Op 1st

Liberty Mutual. INSURANCE

# Reporting a Continuous Absence for your Own Disability

The Volkswagen Group of America Short-Term Disability Plan and Family & Medical Leave Policy are administered in partnership with Liberty Life Assurance Company of Boston, a Liberty Mutual company. Disability insurance provides income when you are absent from work due to your own illness or injury. FMLA provides unpaid, job-protected leave provided by the Family and Medical Leave Act. Both will run concurrently and are coordinated during a continuous, disability absence.

Liberty Mutual Insurance is available offers employees 24/7 access direct access to claim/leave resources and information. You can easily report a claim/leave and check its status through Liberty Mutual Insurance's dedicated secure website or by telephone.

## When Do I Report a Claim/Leave?

For your own serious illness, disability, or maternity leave, you should report a claim as soon as you are aware that you will be disabled due to illness or injury for 7 consecutive days, up to 30 days in advance.

If you want to request an intermittent leave for your own disability or for care of a family member or bonding, please use the alternate "Reporting a Leave for a Family Member or your own Intermittent Leave" form.

## How Do I Report a Claim/Leave?

1. Contact your supervisor to report your absence.
2. Make a copy of this document, sign and date the Authorization to Release Information section below, and leave with your physician or medical care provider at your next visit. Your disability case manager will need your authorization to obtain the information needed from your physician to make a determination on your claim.
3. There are two options to report your claim/leave:
   - Report your claim/leave via www.mylibertyconnection.com. First time users must register using Company Code VWGOA.
   - Or you can call 1-888-408-7300 and speak with an Intake Specialist to report your claim/leave.

   Please have the following information available when you report your claim/leave:
   - Your physician or medical care provider's name, address, fax and telephone numbers
   - Your manager's name, telephone number and e-mail address
   - Reason you are out of work (diagnosis/symptoms)
   - Your last day worked, first day absent from work, and anticipated return to work date
4. Keep a record of your claim/leave number. Reporting your claim/leave online provides the added convenience of printing a report which includes your claim number and a summary of your claim/leave details.
5. You may securely check the status of your claim/leave online at www.mylibertyconnection.com or by calling your Disability Case Manager at 1-800-291-0112.

## Authorization to Release Information

I authorize any health care provider having information about my physical or mental condition and treatment to give all information to the Company in the Liberty Mutual Insurance of companies and/or Plan Sponsor to which I am submitting a claim. I understand the information obtained by this Authorization will be used to determine eligibility for benefits. Information obtained under this Authorization or directly from me may be released to persons/organizations providing medical treatment or claim management/advisory services in connection with my claim, including, Employee Assistance Programs (EAP), or other similar disease management/assistance programs providing services to the Plan Sponsor and/or the Company. This Authorization is valid for two years from the date appearing below with my signature. I have the right to revoke this Authorization by notifying the Company. I know that I may request a copy of the Authorization and I agree that a photographic copy shall be as valid as the original.

Employee Signature *Leesha Smith* Date *2-19-18*

Print Employee Name *Leisha Smith*

Group products and services are offered by Liberty Life Assurance Company of Boston, a Liberty Mutual company.

FAXED 2/28/18

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

| | |
|---|---|
| Date: | February 23, 2018 |
| To: | CLEVELAND SURGICAL ASSOCIATION/DR WM JOH<br>2253 CHAMBLISS AVE<br>CLEVELAND TN 37311 |
| Attn: | |
| Fax: | (423) 476-5523 |
| From: | Retrina Dunn<br>Dis Claims Std Case Mgr II<br>On Behalf Of: Chelsea Brown<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1874 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

February 23, 2018

Cleveland Surgical Association/Dr Wm Johnson
2253 CHAMBLISS AVE
CLEVELAND, TN 37311

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2018 through present

We ask that you provide this information by March 2, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Retrina Dunn
Dis Claims Std Case Mgr II
On Behalf Of: Chelsea Brown
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

**LEISHA SMITH, Sex: F, DOB: , Encounter Date and Time: 2/19/2018 02:17PM, Examiner: Jason L. Dunn, MD**

## Chief complaint
The Chief Complaint is: Pt c/o hemorroids x 5 days, no bleeding---AC.

## Referred here
- Primary physician: Tye Young, MD

## History of present illness
LEISHA SMITH is a 55 year old female.

Patient referred here for thrombosed hemorrhoids. She has a bleeding disorder. She c/o BM's are painful. Last colonoscopy was 2013. Family history colon cancer to include maternal grandfather. Mother had breast and lung cancer.

## Past medical/surgical history
**Other:**

Easy bleeding after major surgery or trauma VAN WILLE BRANDS TYPE 2N

**Reported:**

- *Surgical / Procedural:* Prior surgery.
  *Pregnancy:* Gravida 3 and para 3 having 3 cesarean section(s).

**Surgical:**
- Kidney surgery LEFT KIDNEY REMOVED TO GIVE TO SON
- Hysterectomy 1992 PARTIAL
- Cesarean section 1982,1983,1984

## Family history
Mother deceased AGE 73 LUNG CANCER
A reaction to anesthetics
Hypertension
Hematologic disorder
Cancer PGM- THYROID

**Maternal:**
Lung cancer
Breast cancer

**Paternal grandfather's:**
Prostate cancer

**Maternal grandfather's:**
Colon cancer.

## Personal history
*Behavioral:* Caffeine use 5-6 CUPS COFFEE PER DAY and former smoker.
*Work:* Occupation QUALITY PAINT DEPT VW.
*Marital:* Currently married.

## Current medication
Medication List Reconciled.
- traZODone. by oral route
- Spiriva Respimat. by inhalation route

## Allergies and Adverse Reactions
Allergies Reviewed.
No Known Allergies.

## Review of systems
**Gastrointestinal:** Constipation and anal pain.
**Genitourinary:** Date of last menstruation 1992.
**Hematologic:** Easy bleeding and a tendency for easy bruising.
**Musculoskeletal:** Bone pain.
**Psychological:** Depression.
No other symptoms reported on complete 13-system review form except those listed.
**Psychiatric Disorders:** Other psychiatric disorders.
**Past Medical:** Currently wearing eyeglasses and wearing dentures.

## Physical findings
**Vital Signs:**

| Vital Signs/Measurements | Value | Date |
|---|---|---|
| PR | 90 bpm | 2/19/2018 02:17PM |
| Blood pressure | 110/62 mmHg | 2/19/2018 02:18PM |
| Weight | 153 lbs | 2/19/2018 02:17PM |
| Body mass index BMI Percentile: Off Chart | 26.3 kg/m2 | 2/19/2018 02:17PM |
| Height | 64 in | 2/19/2018 02:17PM |

**Standard Measurements:**

| Standard Measurements: | Value | Date |
|---|---|---|
| Body surface area | 1.8 m2 | 2/19/2018 02:17PM |

**General Appearance:**

Alert and in no acute distress.

**Rectal:**

*Anus Examination:* Hemorrhoids were seen left.

**Neurological:**

Oriented to time, place, and person.

**Psychiatric:**

*Mood:* The mood was not depressed and was not anxious.

## Assessment

- Thrombosed external hemorrhoids [[K64.5: Perianal venous thrombosis]]
- Rectal pain [[K62.89: Other specified diseases of anus and rectum]]

## Plan

- Incision of external thrombosed hemorrhoid
- Follow-up visit 1 week(s);Post Op 1st

Liberty Mutual. INSURANCE

# Reporting a Continuous Absence for your Own Disability

The Volkswagen Group of America Short-Term Disability Plan and Family & Medical Leave Policy are administered in partnership with Liberty Life Assurance Company of Boston, a Liberty Mutual company. Disability insurance provides income when you are absent from work due to your own illness or injury. FMLA provides unpaid, job-protected leave provided by the Family and Medical Leave Act. Both will run concurrently and are coordinated during a continuous, disability absence.

Liberty Mutual Insurance is available offers employees 24/7 access direct access to claim/leave resources and information. You can easily report a claim/leave and check its status through Liberty Mutual Insurance's dedicated secure website or by telephone.

## When Do I Report a Claim/Leave?

For your own serious illness, disability, or maternity leave, you should report a claim as soon as you are aware that you will be disabled due to illness or injury for 7 consecutive days, up to 30 days in advance.

If you want to request an intermittent leave for your own disability or for care of a family member or bonding, please use the alternate "Reporting a Leave for a Family Member or your own Intermittent Leave" form.

## How Do I Report a Claim/Leave?

1. Contact your supervisor to report your absence.
2. Make a copy of this document, sign and date the Authorization to Release Information section below, and leave with your physician or medical care provider at your next visit. Your disability case manager will need your authorization to obtain the information needed from your physician to make a determination on your claim.
3. There are two options to report your claim/leave:
   - Report your claim/leave via www.mylibertyconnection.com. First time users must register using Company Code VWGOA.
   - Or you can call 1-888-408-7300 and speak with an Intake Specialist to report your claim/leave.

   Please have the following information available when you report your claim/leave:
   - Your physician or medical care provider's name, address, fax and telephone numbers
   - Your manager's name, telephone number and e-mail address
   - Reason you are out of work (diagnosis/symptoms)
   - Your last day worked, first day absent from work, and anticipated return to work date
4. Keep a record of your claim/leave number. Reporting your claim/leave online provides the added convenience of printing a report which includes your claim number and a summary of your claim/leave details.
5. You may securely check the status of your claim/leave online at www.mylibertyconnection.com or by calling your Disability Case Manager at 1-800-291-0112.

## Authorization to Release Information

I authorize any health care provider having information about my physical or mental condition and treatment to give all information to the Company in the Liberty Mutual Insurance of companies and/or Plan Sponsor to which I am submitting a claim. I understand the information obtained by this Authorization will be used to determine eligibility for benefits. Information obtained under this Authorization or directly from me may be released to persons/organizations providing medical treatment or claim management/advisory services in connection with my claim, including, Employee Assistance Programs (EAP), or other similar disease management/assistance programs providing services to the Plan Sponsor and/or the Company. This Authorization is valid for two years from the date appearing below with my signature. I have the right to revoke this Authorization by notifying the Company. I know that I may request a copy of the Authorization and I agree that a photographic copy shall be as valid as the original.

Employee Signature *Leesha Smith* Date *2-19-18*

Print Employee Name *Leisha Smith*

Group products and services are offered by Liberty Life Assurance Company of Boston, a Liberty Mutual company.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

| | |
|---|---|
| Date: | February 23, 2018 |
| To: | CLEVELAND SURGICAL ASSOCIATION/DR WM JOH<br>2253 CHAMBLISS AVE<br>CLEVELAND TN 37311 |
| Attn: | |
| Fax: | (423) 476-5523 |
| From: | Retrina Dunn<br>Dis Claims Std Case Mgr II<br>On Behalf Of: Chelsea Brown<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1874 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3955162<br>Claimant: Leisha Smith<br><br>Volkswagen Group of America |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1874

February 23, 2018

Cleveland Surgical Association/Dr Wm Johnson
2253 CHAMBLISS AVE
CLEVELAND, TN 37311

RE: Short Term Disability (STD) Benefits
Volkswagen Group of America
Claim #: 3955162
Claimant: Leisha Smith
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leisha Smith.

To evaluate Ms. Smith s eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2018 through present

We ask that you provide this information by March 2, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1874 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

Genetic information as defined by GINA, includes an individual s family medical history, the results of an individual s or family member s genetic tests, the fact that an individual or an individual s family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Retrina Dunn
Dis Claims Std Case Mgr II
On Behalf Of: Chelsea Brown
Phone No.: (800) 291-0112 Ext. 14016
Secure Fax No.: (603) 430-1874

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 21 Feb 2018 13:49:04 +0000
**To:** extern.julie.cooper@vw.com
**Subject:** Claim # 3955162, LEISHA SMITH and LDW 2/15/2018

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3955162.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.