**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| LEISHA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 1:20-cv-00294-CLC-SKL |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO APPLY COURT'S NOVEMBER 24, 2020 SCHEDULING ORDER TO COUNTERCLAIM**

The parties, by their undersigned counsel, hereby move the Court to apply its November 24, 2020 Scheduling Order (Doc. 14) to the Defendant's counterclaim, and in support thereof, state as follows:

1. Parties' counsel had their Rule 26(f) conference on February 9, 2021 regarding Defendant Lincoln Life Assurance Company of Boston's counterclaim.

2. On October 15, 2020, Plaintiff filed her complaint (Doc. 1) pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, regarding her denial of long-term disability benefits by Defendant.

3. On November 23, 2020, Defendant filed its answer (Doc. 13) which contained a counterclaim alleging, *inter alia*, that Plaintiff's receipt of Social

Security disability benefits created an overpayment by Defendant during its monthly long-term disability payments to Plaintiff from August 17, 2018 to August 16, 2019.

4. On November 24, 2020, this Court entered a Scheduling Order (Doc. 14) and indicated in footnote 1 that after the Plaintiff had answered Defendant's counterclaim the Court would enter a separate scheduling order on said counterclaim.

5. In paragraph 6 of the Plaintiff's December 7, 2020 Answer to Defendant's Counterclaim (Doc. 16), the Plaintiff admitted that if she has received an overpayment of benefits under the Defendant's long-term disability policy due to her receipt of a Social Security disability benefit award, then said overpayment may offset in some manner any award of disability benefits she may receive under said policy.

6. In other words, if the Court finds the Plaintiff disabled then the Plaintiff would be entitled to certain back benefits with the overpayment subtracted; if the Court finds the Plaintiff not disabled then Defendant would be entitled to reclaim the overpayment.

7. The parties acknowledge that the precise amount of the back benefits and overpayment are in dispute and that said claims may be subject to additional considerations; however, these issues would naturally flow from this Court's

decision on Plaintiff’s original claim and do not require a separate scheduling order as the issues would be briefed after judgment on the original claim was entered.

8. On January 5, 2021, this Court entered a Notice of Scheduling Conference (Doc. 18) for the purpose of entering a scheduling order on the Defendant’s counterclaim and discussing the possibility of settlement.
9. The parties agree that the issue of the alleged overpayment will be resolved when this Court rules on Plaintiff’s claim for additional disability benefits from August 17, 2019 through the date of any judgment without the need of a separate judgment or order and that, therefore, no separate scheduling order is required.
10. Additionally, the parties have already begun settlement negotiations and the Plaintiff has submitted a demand to the Defendant.

**WHEREFORE**, the parties respectfully request that the Court apply its November 24, 2020 Scheduling Order (Doc. 14) to the Defendant’s counterclaim.

Dated this 9th day of February, 2021.

////

////

////

////

Respectfully submitted,

BY: *<u>/s/D. Seth Holliday</u>*
D. SETH HOLLIDAY, ESQ.
**MCMAHAN LAW FIRM, LLC**

700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
(706) 217-6118
Sholliday@mcmahanfirm.com

*Attorneys for Plaintiff*

*<u>/s/Iwana Rademakers</u>*
IWANA RADEMAEKERS
**LAW OFFICES OF IWANA RADEMEKERS, P.C.**

14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
Iwana@rademaekerslaw.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Parties of Record, including the following:

Iwana Rademaekers, Esq.
Email: Iwana@rademaekerslaw.com

*<u>/s/D. Seth Holliday</u>*
D. Seth Holliday