**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| LEISHA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 1:20-cv-00294-CLC-SKL |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON JOINT MOTION TO APPLY COURT'S NOVEMBER 24, 2020 SCHEDULING ORDER TO COUNTERCLAIM**

UPON CONSIDERATION of the parties' Joint Motion to Apply Court's November 24, 2020 Scheduling Order to Counterclaim, it is, this __________ day of _________ 2021;

ORDERED, that the motion is **GRANTED** and the November 24, 2020 Scheduling Order, Court Document 14, also applies to Defendant's counterclaim.

SO ORDERED.

_________________________
Curtis L. Collier
United States District Judge