UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| LEISHA SMITH, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:20-CV-294 |
| v. | ) | |
| | ) | Judge Collier |
| LINCOLN LIFE ASSURANCE | ) | Magistrate Judge Lee |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| *Defendant.* | ) | |

**O R D E R**

Before the Court is the parties' joint motion to extend the Scheduling Order on Plaintiff's Employment Retirement Income Security Act ("ERISA") claim (Doc. 14) to Defendant's breach-of-contract counterclaim. (Doc. 22.) The parties represent that Defendant's counterclaim will be substantially resolved based on the Court's decision on Plaintiff's ERISA claim and does not require a separate scheduling order. (*Id.*)

For good cause shown, the parties' joint motion (Doc. 22) is **GRANTED**. The November 24, 2020, Scheduling Order (Doc. 14) shall apply to Defendant's counterclaim. Further, the February 11, 2021, scheduling conference is **CANCELED**.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**