UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **LEISHA SMITH,** | ) |
| | ) CIVIL ACTION NO. 1:20-cv-00294-CLC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Clifton L. Corker |
| | ) |
| **LINCOLN LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) Chief Magistrate Judge Susan K. Lee |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Leisha Smith and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 18th day of March, 2021.

Respectfully submitted,

**MCMAHAN LAW FIRM, LLC**

/s/ D. Seth Holliday
D. Seth Holliday
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
PH: (706) 217-6118
Email: Sholliday@mcmahanfirm.com

ATTORNEY FOR PLAINTIFF

- AND -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT